**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Daniel S. Hurwitz (SBN 235260)
Email: Daniel.Hurwitz@klgates.com
Bradley W. Gunning (SBN 251732)
Email: Brad.gunning@klgates.com

Attorneys for Defendant Crane Co.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCLAFANI, an individual; and PATRICIA ANN SCLAFANI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 2:12-cv-03037-SVW (PJWx)<br><br>Assigned to the Hon. Stephen V. Wilson<br><br>**DECLARATION OF BRADLEY W. GUNNING IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>*[Defendants' Notice of Motion and Motion for Summary Judgment, Memorandum of Points and Authorities; and Statement of Uncontroverted Facts filed concurrently herewith]*<br><br>Date: March 18, 2013<br>Time: 1:30 p.m.<br>Ctrm: 6 |

LA-526386 v1

**RECYCLED PAPER**
12-cv-03037

# DECLARATION OF BRADLEY W. GUNNING

I, Bradley W. Gunning, declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the state of California. I am an associate with the law firm of K&L Gates LLP, counsel of record for Defendant Crane Co. in the within action. I am one of the attorneys responsible for handling this action and am intimately familiar with the legal proceedings in this action. The facts set forth herein are of my own personal knowledge and, if called upon as a witness, I could and would testify competently to such facts under oath.

2. Attached to this declaration as Exhibit "1" is a true and correct copy of Plaintiffs' Complaint originally filed in the Superior Court of the State of California for the County of Los Angeles, and subsequently removed to the United States District Court for the Central District of California.

3. Attached hereto as Exhibit "2" is a true and correct copy of Crane Co.'s Special Interrogatories propounded on Plaintiffs in this action.

4. Attached hereto as Exhibit "3" is a true and correct copy of Plaintiffs' Responses to Crane Co.'s Special Interrogatories.

5. Mr. Sclafani was deposed in this matter off and on from June 26, 2012 until July 17, 2012. Mr. Sclafani's deposition was recorded by an authorized and licensed court reporter. I received an electronic copy of the transcript from the court reporter. Attached to this declaration as Exhibit "4" are true and correct copies of the relevant pages from Mr. Sclafani's deposition. Also attached are the deposition's prefatory pages and the deposition reporter's certification.

6. Attached to this declaration as Exhibit "5" is a true and correct copy of the Local Rule 7-3 Meet and Confer e-mail from my office to Plaintiffs' counsel regarding this motion.

7. Attached hereto as Exhibit "6" is a true and correct copy of the Affidavit of David Sargent, retired Rear Admiral of the United States Navy, February 9, 2012, in <u>George Bolton, et al. v. Air & Liquid Systems Corporation, et al.</u>, United States District Court, Northern District of California, No. RG-11-605776.

8. Attached hereto as Exhibit "7" is a true and correct copy of the Expert Opinion of David Sargent served in this case.

9. Attached hereto as Exhibit "8" is a true and correct copy of the Affidavit of Anthony Pantaleoni, June 2, 2011, in <u>Barry Kelly, et al. v. Thomas Dee Engineering Company, et al.</u>, United States District Court, Northern District of California, No. CGC-11-275824.

10. Attached hereto as Exhibit "9" is a true and correct copy of the Affidavit of Samuel A. Forman, March 13, 2012, in <u>Daniel Swain, et al. v. Alfa Laval Inc., et al.</u>, United States District Court, Central District of California, No. 2:12-cv-02168.

11. Attached hereto as Exhibit "10" is a true and correct copy of the Report of Samuel A. Forman in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February 2013, at Los Angeles, California.

*[signature]*
Bradley W. Gunning