# EXHIBIT 4

Page 1

```
                              VOLUME: I
                              PAGES:  1-155
                              EXHIBITS: A-B


       UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA
```

DAVID SCLAFANI, an individual; and )
PATRICIA ANN SCLAFANI, an )
individual, )
    Plaintiffs, )
) Case NO.
vs. ) 2:2012-cv-03013-
) SVW-PJW
AIR & LIQUID SYSTEMS CORPORATION, a )
subsidiary of AMPCO-PITTSBURGH )
CORPORATION, individually and as )
successor by merger to BUFFALO )
PUMPS, INC., individually and as )
successor-in-interest to BUFFALO )
FORGE COMPANY; et al., )
    Defendants. )
)

Audiovisual Deposition of DAVID SCLAFANI
Tuesday, June 26, 2012
White Hill Road
Claremont, New Hampshire

----- Darlene Caiazzo Sousa, CSR, RPR -----
HG LITIGATION SERVICES, L.P.
2501 Oak Lawn Avenue, Suite 600
Dallas, TX 75219
888.656.DEPO

1  two separate types of valves?
2      A.   Right.
3      Q.   What kind of work did you do on the Crane
4  valves?
5           DEFENSE COUNSEL:  Objection.  Leading.
6  Overbroad.  Compound.
7      A.   Repacking.
8      Q.   Did you ever have to change out a gasket on
9  these Crane valves?
10     A.   Yes.
11     Q.   What was the process like when you would
12 repack these Crane valves?
13          DEFENSE COUNSEL:  Objection.  Leading.
14 Overbroad.  Compound.
15     A.   Basically you're digging out the old and
16 loosening up dust basically.
17     Q.   Then you put in a new one?
18          DEFENSE COUNSEL:  Objection.  Leading.
19 Compound.  Overbroad.
20     A.   Then you were handling new too.
21          DEFENSE COUNSEL:  Move to strike
22 non-responsive portions.
23     A.   Repack.
24     Q.   Did you use any tools to remove the packing
25 from these Crane valves?

Page 114

```
 1  you just can't remember which one?
 2       A.   Right.
 3            DEFENSE COUNSEL: Objection. Leading.
 4  Compound. Overbroad.
 5       Q.   How about the Crane -- the gasket that you --
 6  I'm sorry, strike that.
 7            Did you ever have to replace the gaskets that
 8  you removed from these Crane valves with new gasket?
 9            DEFENSE COUNSEL: Objection. Leading.
10  Compound. Overbroad.
11       A.   Yes.
12       Q.   Did you ever see the name Cranite on any of
13  these gasket?
14            DEFENSE COUNSEL: Objection. Leading.
15  Compound. Overbroad. Vague.
16       A.   Yes.
17            DEFENSE COUNSEL: Move to strike
18  non-responsive portions. Assumes facts not on the
19  record.
20       Q.   Did you ever see the name Cranite on any
21  gasket you removed from these Crane --
22            DEFENSE COUNSEL: Objection. Leading.
23  Compound. Vague. Overbroad. Lacks foundation. Assumes
24  facts not on the record.
25       A.   Yes.
```

Page 149

1                     CHANGES AND SIGNATURE

2  PAGE    LINE      CHANGE                REASON

3 _____

4 _____

5 _____

6 _____

7 _____

8 _____

9 _____

10 _____

11

12      I, DAVID SCLAFANI, have read the foregoing deposition and hereby affix my signature that the same is true and correct
13 except as noted above.

14                      _____
                      DAVID SCLAFANI
15
   THE STATE OF _____)
16 COUNTY OF _____)
   Before me _____ on this day, personally
17 appeared DAVID SCLAFANI, known to be (or proved to me under oath or through _____)to be the person whose name is
18 subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration
19 therein expressed.
   Given under my hand and seal of office this _____ day
20 of _____ 2012.

21 Notary Public in and for the State of

22

23

24

25

Page 150

```
 1                    REPORTER'S CERTIFICATION
                    DEPOSITION OF DAVID SCLAFANI
 2                     TUESDAY, JUNE 26, 2012

 3          I, Darlene Caiazzo Sousa, Registered Professional
    Reporter and Certified Shorthand Reporter in and for the State
 4  of New Hampshire, hereby certify to the following:
            That the witness, DAVID SCLAFANI, was duly sworn by the
 5  officer and that the transcript of the oral deposition is a
    true record of the testimony given by the witness;
 6
            That the deposition was submitted on
 7  _____ to the witness or the attorney for the witness
    for examination, signature, and returned to HG LITIGATION
 8  SERVICES, L.P.  by _____:

 9          That pursuant to information given to the deposition
    officer at the time said testimony was taken, the following
10  includes counsel for all parties of record:

11  Representing the Plaintiffs:
            WEITZ & LUXENBERG, PC
12          1880 Century Park East
            Suite 700
13          Los Angeles, CA  90067
            BY:  LEONARD SANDOVAL, ESQ.
14          310.247.0921   310.786.9927 (Fax)
            LSandoval@weitzlux.com
15  .
    Representing Crane Co.; Air & Liquid Systems Corporation, as
16  successor-by-merger to Buffalo Pumps, Inc., erroneously sued
    herein as a subsidiary of AMPCO-Pittsburgh Corporation:
17          GOVERNO LAW FIRM, LLC
            Two International Place
18          Boston, MA  02110
            BY:  LONNA J. CARTER, ESQ.
19          617.737.9045   617.737.9046 (Fax)
            LCarter@governo.com
20

21

22

23

24

25
```

Page 507

```
                              VOLUME: IV
                              PAGES: 507-608
                              EXHIBITS: No. 1
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

```
DAVID SCLAFANI, an individual; and     )
PATRICIA ANN SCLAFANI, an              )
individual,                            )
        Plaintiffs,                    )
                                       )   Case NO.
vs.                                    )   2:2012-cv-03013-
                                       )   SVW-PJW
AIR & LIQUID SYSTEMS CORPORATION, a    )
subsidiary of AMPCO-PITTSBURGH         )
CORPORATION, individually and as       )
successor by merger to BUFFALO         )
PUMPS, INC., individually and as       )
successor-in-interest to BUFFALO       )
FORGE COMPANY; et al.,                 )
        Defendants.                    )
                                       )
```

Continued Audiovisual Deposition of DAVID SCLAFANI
Friday, June 29, 2012
White Hill Road
Claremont, New Hampshire

----- Darlene Caiazzo Sousa, CSR, RPR -----
HG LITIGATION SERVICES, L.P.
2501 Oak Lawn Avenue, Suite 600
Dallas, TX  75219
888.656.DEPO

1      A.   I don't know.  I can't give you a percentage.

2      Q.   Okay.  Are you able to estimate how often you

3   handled it?

4      A.   I can't give you a percentage there.  I mean,

5   we were doing different things every day.  I can't

6   specifically remember.

7      Q.   Sure.  And you're not able to estimate then

8   how often a colleague may have worked on it in your

9   presence; is that fair?

10     A.   No.  Same answer.

11     Q.   Okay.  Is it fair to say that the first time

12  you encountered Cranite was when you were in the Navy?

13     A.   Yes.

14     Q.   Okay.  Did you encounter it before you served

15  aboard the U.S.S. Morton?

16          MR. SANDOVAL:  Asked and answered.

17     A.   No, I didn't, no.

18     Q.   Did you encounter it after you left the U.S.S.

19  Rogers?

20     A.   No.

21     Q.   Okay.  So do you have a specific recollection

22  of using it on the U.S.S. Rogers?

23     A.   Yes.  I used it on either one or both.

24     Q.   Okay.  Fair to say you have a general memory

25  of using it then?

1   if you worked near others who used the material aboard
2   the U.S.S. Morton or the U.S.S. Rogers or both?
3       A.   I don't exactly remember.
4       Q.   Right.  And so it would be fair to say you
5   don't remember whether or not they did this in a
6   particular area of the fire room; is that fair?
7       A.   That's fair.
8       Q.   You're unable to estimate the number of times
9   they did this in front of you?
10      A.   No, I can't give you a percentage.
11      Q.   Okay.  Now have we talked about all the ways
12  in which you encountered Cranite materials in the Navy?
13           MR. SANDOVAL:  Overbroad.
14      A.   I'd almost say so, yes.
15      Q.   Do you have anything else that you remember
16  about the Cranite?
17      A.   No.
18      Q.   Okay.  We're going to switch topics now.  Do
19  you want to take a break?
20      A.   No.
21      Q.   Okay.  Now, a moment ago you mentioned that
22  you used the Cranite materials on Crane valves?
23      A.   Yes.
24      Q.   Okay.  Do you remember when the first time it
25  was that you encountered a Crane valve?

1    A.    I don't remember that, no.

2    Q.    Is it fair to say that you first encountered
3    them while you were in the Navy?

4    A.    That's fair to say, exactly fair to say, yes.

5    Q.    Did you ever encounter them after you left the
6    Navy?

7    A.    No.

8    Q.    Okay.  Is it fair to say that you remember
9    them on either the U.S.S. Morton or the U.S.S. Rogers or
10   both?

11   A.    One or both.

12   Q.    But you never encountered them while you were
13   in training?

14   A.    No.

15   Q.    Okay.  I just want to be clear.  There were
16   lots of different types of valves on these ships,
17   correct?

18         MR. SANDOVAL:  Vague.  Ambiguous.

19   A.    Yes, there was more -- Crane stands out to me
20   because I think there was more Crane valves than --
21   but....

22   Q.    Okay.  Are you able to say what percentage of
23   the valves were made by Crane?

24   A.    No.  When I get into percentages, no.

25   Q.    Okay.  Are you able to estimate the number of

1                CHANGES AND SIGNATURE

2   PAGE    LINE       CHANGE              REASON

3   _____

4   _____

5   _____

6   _____

7   _____

8   _____

9   _____

10  _____

11

12      I, DAVID SCLAFANI, have read the foregoing deposition
    and hereby affix my signature that the same is true and correct
13  except as noted above.

14              _____
                DAVID SCLAFANI
15
    THE STATE OF _____ )
16  COUNTY OF _____ )
    Before me _____ on this day, personally
17  appeared DAVID SCLAFANI, known to be (or proved to me under
    oath or through _____)to be the person whose name is
18  subscribed to the foregoing instrument and acknowledged to me
    that he executed the same for the purposes and consideration
19  therein expressed.
        Given under my hand and seal of office this _____ day
20  of _____ 2012.

21  Notary Public in and for the State of

22

23

24

25

Page 602

Page 603

1        REPORTER'S CERTIFICATION
         DEPOSITION OF DAVID SCLAFANI
2             FRIDAY, JUNE 29, 2012

3        I, Darlene Caiazzo Sousa, Registered Professional
Reporter and Certified Shorthand Reporter in and for the State
4  of New Hampshire, hereby certify to the following:
         That the witness, DAVID SCLAFANI, was duly sworn by the
5  officer and that the transcript of the oral deposition is a
true record of the testimony given by the witness;
6
         That the deposition was submitted on
7  _____ to the witness or the attorney for the witness
for examination, signature, and returned to HG LITIGATION
8  SERVICES, L.P.  by _____:

9        That pursuant to information given to the deposition
officer at the time said testimony was taken, the following
10  includes counsel for all parties of record:

11  Representing the Plaintiffs:
         WEITZ & LUXENBERG, PC
12       1880 Century Park East
         Suite 700
13       Los Angeles, CA  90067
         BY:  LEONARD SANDOVAL, ESQ.
14       310.247.0921   310.786.9927 (Fax)
         LSandoval@weitzlux.com
15

16  Representing Crane Co.; Air & Liquid Systems Corporation, as
successor-by-merger to Buffalo Pumps, Inc., erroneously sued
17  herein as a subsidiary of AMPCO-Pittsburgh Corporation:
         GOVERNO LAW FIRM, LLC
18       Two International Place
         Boston, MA  02110
19       BY:  LONNA J. CARTER, ESQ.
         617.737.9045   617.737.9046 (Fax)
20       LCarter@governo.com

21

22

23

24

25