# EXHIBIT 5

## Gunning, Bradley W.

**From:** Gunning, Bradley W.
**Sent:** Thursday, January 31, 2013 8:48 AM
**To:** 'Sandoval, Leonard'
**Subject:** Sclafani MSJ - meet and confer

Leonard -

Pursuant to LR 7-3, I am attempting to meet and confer before filing Crane Co.'s motion for summary judgment in the Sclafani case. The grounds for MSJ or partial MSJ are:

1) The government contractor defense is established on the evidence in the case, absolving Crane Co. of liability.

2) Plaintiffs' breach of warranty claim fails for failure to prove the language of an express warranty, and failing to prove that any implied warranty recognized by law was breached.

3) Plaintiffs' prayer for punitive damages should be summarily adjudicated in Crane Co.'s favor because there is no admissible evidence of malice, fraud or oppression directed towards Mr. Sclafani by Crane Co.

Please advise if there is any aspect of the above list to which plaintiffs will stipulate, or what evidence or authority invalidates these arguments.

Please feel free to call me to discuss further.

Brad



**Brad Gunning**
K&L Gates LLP
10100 Santa Monica Blvd.
Seventh Floor
Los Angeles, CA 90067
Phone: 310.552.5546
Fax: 310.552.5001
brad.gunning@klgates.com
www.klgates.com

2/7/2013