# EXHIBIT 6

1   MICHELE C. BARNES (SBN 187239)
    michele.barnes@klgates.com
2   MEGAN CESARE-EASTMAN (SBN 253845)
    megan.cesare-eastman@klgates.com
3   K&L GATES LLP
    Four Embarcadero Center, Suite 1200
    San Francisco, CA 94111
4   Telephone: (415) 882-8200
    Facsimile: (415) 882-8220
5

6   Attorneys for Defendant
    CRANE CO.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISON

11  GEORGE BOLTON, and           | Civil Action No. (Superior Court of the State of
    KAREN BOLTON,                | California for the County of Alameda, CA
                                 | NO. RG-11-605776
12
                     Plaintiffs, | **AFFIDAVIT OF ADMIRAL DAVID P.**
13                               | **SARGENT, JR.**

            vs.

14
    **AIR & LIQUID SYSTEMS**
15  **CORPORATION,** a subsidiary of AMPCO-
    PITTSBURGH CORPORATION,
16  individually and *as* successor by merger to
    BUFFALO PUMPS, INC., individually and as
17  successor in interest to BUFFALO FORGE
    COMPANY; **BLACKMER PUMP**
18  **COMPANY; BURNHAM LLC,** individually
    and as successor in interest to BURNHAM
19  CORPORATION; **CBS CORPORATION**
    **f/k/a VIACOM, INC.,** successor by merger
20  to CBS CORPORATION f/k/a
    WESTINGHOUSE ELECTRIC
21  CORPORATION *as* successor in interest to
    BF STURTEVANT; **CRANE CO.; FMC**
22  **CORPORATION,** individually and as
    successor in interest to NORTHERN PUMP
23  COMPANY f/k/a NORTHERN FIRE
    APPARATUS COMPANY and PEERLESS
24  PUMP COMPANY; **FOSTER WHEELER,**
    **LLC,** a/k/a and individually and as successor
25  in interest to FOSTER WHEELER

26

27

28

1   LLC, a/k/a and individually and as successor in interest to FOSTER WHEELER

2   CORPORATION and FOSTER WHEELER ENERGY CORPORATION; **GEORGIA-**

3   **PACIFIC LLC,** f/k/a GEORGIA-PACIFIC CORPORATION; **GENERAL ELECTRIC**

4   **COMPANY; IMO INDUSTRIES, INC.,** individually and as successor in interest to

5   DELAVAL STEAM TURBINE COMPANY; **INGERSOLL-RAND COMPANY,**

6   individually and as successor in interest to ALDRICH PUMP COMPANY; **KELLY-**

7   **MOORE PAINT COMPANY, INC.; LENNOX INDUSTRIES, INC.; VIKING**

8   **PUMP, INC.; WARREN PUMPS, LLC,** f/k/a WARREN PUMPS, INC., individually

9   and as successor in interest to QUIMBY PUMP COMPANY; **YARWAY**

10   **CORPORATION;** and DOES 1 through 400, inclusive,

11                              Defendants.

12

13                   **AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

14                              **Background and Experience**

15   1.   I am a retired Rear Admiral of the United States Navy, in which I served between

16   1967 and 1999. I began my active naval career in 1967 after receiving a Bachelor of Science degree

17   in Mechanical Engineering from Cornell University and receiving a commission in the Navy through

18   the Naval ROTC program. Upon commissioning in the Navy, I attended the Cruiser-Destroyer Forces

19   Pacific Fleet Engineering Officer's School in a course focused on the operation and maintenance of

20   engineering plants of World War II era warships. In 1974, I received a Master of Mechanical

21   Engineering degree from the Naval Postgraduate School, Monterey, California. In addition, I am a

22   licensed Professional Engineer (Mechanical) with extensive operational experience in ship

23   engineering, ship maintenance and at-sea operations.

24   2.   My assignments from 1967 until 1988 were primarily involved with the operation and

25   maintenance of Navy warships. Thereafter, I held a variety of program and technical management

26   positions in the Naval Sea Systems Command program offices where I was responsible for the

27   design, construction, fleet introduction, in-service support, and modernization of various classes of

28   warships. Upon selection to Rear Admiral in 1994, I was assigned as Commander, Naval Surface

Warfare Center, a diverse organization of research laboratories and engineering stations responsible for research and development of all technical aspects of Navy surface ships and submarines. My final assignment before retirement in 1999 was as Program Executive Officer for Aircraft Carriers, Expeditionary Warfare and Auxiliary ships. In that position, I had overall responsibility for all matters relating to both the technical and programmatic details of design, construction, delivery and support of both new and in-service aircraft carriers, expeditionary warfare and auxiliary ships of the Navy.

3.     I am now the President of Sargent Enterprises, Inc. which includes several business units:  SEI Associates, a consulting business that provides technical and management advice to marine industries; SEI Marine Technologies LLC; a company that operates and maintains various test and demonstration craft for R&D companies involved in developing new equipment and hull forms for future high performance ships, SEI Vistas LLC that is focused on the introduction of innovative durable construction technologies for maritime related uses, and SEI Properties LLC, a business unit involved in the management and renovation of rental properties, I have served for many years in active leadership of the American Society of Naval Engineers (ASNE) and in 2001 was elected to serve as President ASNE, and served two consecutive two-year terms. I continue as an active member of ASNE leadership. I am also a member of the Sigma Xi Engineering Honorary Society, the American Society of Mechanical Engineers, The Cornell Engineering Alumni Association, the U.S. Navy League and several other professional societies. I serve on the Board of Directors of the Maritime Technology Alliance.

4.     As a Navy engineering officer and program manager, I was often called upon to assist in determining conformance of shipbuilders and equipment vendors to drawings and specifications prior to acceptance by the Navy. The chain of command within the Navy concerning ship design and construction involves several layers of authority, particularly in the lines of command for technical and contractual control over Navy ship design, construction, maintenance and repair. Ultimately, the Secretary of the Navy has authority over the Navy including Navy shipbuilding design, construction and operation. During the 1940s, 1950s and 1960s, the Navy Bureau of Ships (BUSHIPS) (later known as NAVSHIPS and currently as NAVSEA) controlled all Navy ship design and construction.

3
AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

5.     I am knowledgeable from my own Navy service, and also from my education, training, research and experience with the historical practices and procedures employed by the Navy in the design and construction of vessels and the operation of its vessels and facilities.

## The Military Environment on Navy Warships is Unique

6.     The military setting on Navy ships is unique and distinct from the civilian environment, and also differs somewhat from that of land based military organizations. All have management structures, but the military command hierarchy of rank is well defined and the accountability and authority of the Navy ship's Commanding Officer approaches absolute. This authority is based in Federal statute, as well as in Navy Regulations and Instruction. Over time, there have been evolutionary changes in these to incorporate changing societal values, but the authority of the individual in command remains constant. When routine "orders" are given, prompt and appropriate response is expected. The failure to obey a lawful order is a punishable offense and, depending upon the situation (wartime, national emergency, misconduct), the punishment can be severe. Individual freedoms that are common to civilians are not as universally applied to military members. Civil liberties indeed exist, but they are tempered to the strict Uniform Code of Military Justice (UCMJ) and the requirements of individuals serving in the Country's national defense. Military personnel are required to wear uniforms with rank insignia, and to maintain strict physical and grooming standards. Military members ask for permission to leave the presence of a senior in a normal setting, and juniors initiate salutes when in uniform. Although the actual work tasks and duties performed by Navy sailors may be similar to some civilian trades, naval uniformed personnel are not civilians "doing their job".

7.     The normal day in the military also differs dramatically from the civilian environment. Whereas civilians have a "normal work day" of 8 or so hours and then return to their "private life", in the military the "work day" is 24 hours long. Here again that 24 hour day is unique for Navy personnel on ships for several reasons. First, a warship is the only weapons system in which the operators live. Armies live in barracks or tents, store their weapons in ammo magazines, and conduct their daily military tasks in locations separate from both of those. On Navy ships, the ship is the "barracks", the "magazine, the "weapon", and the military "work site", and is continuously in motion

1   on the oceans of the world.  Thus, sailors on a Navy ship must continuously operate the ship's

2   propulsion system and "hotel services" equipment that make the ship safe and livable, but must also

3   spend a "military work day" focused on training and maintenance of the "weapon systems" to be

4   battle ready.  These two requirements are done concurrently on ships through a "watch bill" in which

5   personnel operate the ships on a twenty-four hour basis, and a "work day" of approximately eight

6   hours.  The "watch bill" is typically comprised of four hour "watches" during which the "engineers"

7   operate the propulsion, electrical generating, and other systems that make the ship mobile, safe and

8   livable, the ship's officers and "deck force" stand navigation and ship control watches on the bridge,

9   and the "operations crew" continuously operate the ships radars, communications, and other

10  electronics equipment.  There are typically three "watch sections", thus allowing the personnel to be

11  "on watch" for four hours, and "off watch" for eight hours.  Those watch sections in an "off watch"

12  status during the daylight hours use that time to accomplish the "military work day" focused on

13  training and readiness of the war fighting equipment.  Thus, a typical day for a sailor on a Navy ship

14  includes two four hour "watches" and up to eight hours of "military work".  In addition to the

15  concurrent "watches" and "military work", a Navy ship typically conducts "underway replenishment"

16  every three or four days.  During these "underway replenishments", warships rendezvous in close

17  formation with Navy oilers, ammunition ships, and food cargo ships and transfer large quantities of

18  fuel, ammunition, and food to that are needed to keep the ship operating and battle ready.  These

19  "underway replenishments" typically take three to four hours to complete, and require "all hands" to

20  be involved to operate the special equipment and to handle the food, ammunition, and cargo coming

21  aboard.  These "underway replenishments" can occur at any time of the day, and are often done in the

22  middle of the night. Therefore, a Navy sailors' "typical work day" is very busy with "watches",

23  "work", and "special evolutions" such as replenishment.

24                         **Navy Warships are Unique and Complex**

25       ·8.       Warships must be designed to meet very demanding performance requirements such

26  as high speed and firing of weapons, the ability to safely carry and employ a vast array of explosives

27  and ammunition, the ability to operate for long periods at sea without support or replenishment, and

28  do all these missions both in peacetime and in combat.

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

9.   Navy warships are some of the most complex machines ever designed and constructed. They are high-speed, floating, heavily armed communities that must support hundreds of crew members and a vast array of complex systems for months at sea. Ships are the only machines sufficiently large, complex and mobile that the operators must live inside the machines they operate. Thus, warships of all sizes and types contain all the facilities of a community plus multiple the armaments and ammunition. Major characteristics and capabilities include a sturdy and survivable hull form, high performance propulsion systems, electrical power generation to support all needs, fresh water distilling systems, food storage, preparation, and eating spaces as well as clean up, living spaces, laundry services, medical spaces, library, firefighting and damage control capabilities, and many other services.

10.   An example will help to illustrate the immense task faced by the Navy in designing warships. Among the vessels constructed by the Navy during the general period in question were the so-called *FORRESTAL* class aircraft carriers. These ships were designed and constructed during the 1950s and served the Navy into the 1990s.

11.   The *FORRESTAL* class carriers were 1,063 feet long, with an extreme width of 252 feet. They displaced about 80,000 tons. Their draft, or depth below the waterline, was approximately 37 feet (about the height of a 4 story building). The overall height of the ships was greater than the height of a 25 story building, and they had 19 different "levels" or floors. The flight deck from which aircraft took off and landed was approximately four acres in size, and the hangar bay consumed an additional two acres. The vessels had approximately 3,000 separate compartments or rooms, ranging in size from small offices to engineering spaces the size of gymnasiums. The onboard storerooms were equal in size to a six-story building. It took about 300,000 gallons of paint to paint the entire ship. There were multiple large food preparation and serving areas to feed the crew around the clock.

12.   The *FORRESTAL* class carriers were capable of speeds in excess of 30 knots (about 36 mph), produced more than 200,000 gallons of fresh water a day by distilling salt water, and carried several hundred-thousand gallons of ship and aviation fuel. Each had eight large turbo-generators that produced enough electricity to power a good sized city. The Navy estimates that the

ships had more than 10,000 miles of electrical cable installed and many miles of piping the ships carried more than 80 aircraft each, and they had crews of more than 5,500.

13. Navy warships must be designed to operate effectively in very harsh and hostile environments, to survive battle damage and fight again, and to meet demanding speed and maneuvering requirements. Over time, the specific types of enemies, weapons and combat which Navy ships must face has changed, from a focus on surface-to-surface combat involving heavy guns to greater use of aircraft and missiles. These changes have created fundamental changes in the design and construction of Navy vessels.

14. Beginning in and following World War II, the aircraft carrier became the most significant type of surface ship. An aircraft carrier must use high speed to create wind over the deck to launch and recover aircraft. The result was an overall increase in the speed demanded of Navy vessels of all types, whether carriers or the support and escort vessels that accompany them. To meet these demands, Navy designers had to develop significantly higher horsepower propulsion plants. It was also imperative that this increased power be achieved without significant increase in either the size or the weight of the propulsion plant, since increased size and weight would require even more horsepower.

15. The unique aspects of Navy warship design and development placed other requirements on the Navy establishment. Since there was no U.S. industry that either designed or assembled these high performance propulsion plants, the Navy had to undertake itself the design of these complex and state-of-the-art warships, and had to develop ways to verify the performance and reliability of these new designs. To accomplish this, the Navy maintained an engineering establishment with many different engineering specialties. The Navy had the most diverse and advanced engineering workforce in the nation. Additionally, verifying the performance of these new propulsion designs required that the Navy engineering organization build large shore-based laboratories in which they assembled and operated prototypes of these propulsion plants. These prototypes served many uses including verifying performance, validating reliability, and developing optimum operating procedures.

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

Navy Vessels - Concept to Operational- The Process

Cost and Feasibility Studies

16.     Prior to the 1940s through the 1970s, the design of Navy warships started with the establishment of naval war fighting requirements at the national level.   Examples included requirements such as the need to ensure that sea lanes in international waters cannot be denied by an enemy, the need to detect and neutralize hostile ships, submarines, and aircraft that might threaten U.S. or allied coasts, the need to transport and operate aircraft near enemy territory, and the need to transport and debark Marines anywhere in the world. From requirements such as these, various ship concepts were formulated.

17.     Rigorous feasibility studies were done on these concepts by both seasoned naval operators and by experienced ship engineers and designers to validate and mature the concepts, and to develop initial cost estimates for budgeting and congressional funding requests.  A final ship concept design emerged, describing such parameters as approximate physical size and displacement of the ship, what weapons and sensors would be used aboard, what speed it was required to achieve, what range it must be able to achieve without refueling, and how long it must operate at sea without replenishment.  Typically, it took a year or more to progress from a defined new warship requirement set to an agreed to concept design to meet those requirements.


Preliminary Design

18.     The next step in the creation of a new warship during the time periods in question was the conversion of the concept design into a preliminary design package that contained sufficient details of the structure and all ships systems to allow engineers to verify that the ship would meet established requirements.   During preliminary design Navy engineers determined all equipment arrangements, the weight and stability of the ship, a detailed understanding of the ship's displacement and powering requirements, and a much better cost estimate.  Work included investigation of details such as identification of what materials and technologies existed or could be developed in time to achieve the performance of each system, and ensuring that these technologies and design details could in fact be manufactured and integrated into a completed warship.

8

19.     The preliminary design phase was accomplished by dividing the very complex ship into many groupings and sub-groupings such as hull design, propulsion, electrical, deck equipment, messing and berthing, medical, navigation, weapons, sensors, and auxiliary systems to name just a few. During this preliminary design phase, engineers had to develop and document the performance, configuration, and location of each system and piece of equipment that is required to meet the overall ship performance requirements.

20.     The preliminary design also had to comply fully with extensive Navy warship design General Specifications and other design guidance developed over many decades of experience. Examples include aspects such as how much damage the ship must be able to experience and still remain operable, what levels of shock from battle damage equipment must withstand and remain operational, and what firefighting and damage control capabilities must be included in the design. At the completion of the preliminary design and related documentation, the Navy was confident that the ship and all included systems and equipment would function as designed and would meet the war fighting requirements.

21.     Although the time to develop a preliminary design varied greatly depending on the size and complexity of the warship, typically for a destroyer-type warship, the preliminary design required six months to a year and thousands of man-years of engineering work.

Development of the Contract Design package

22.     The next phase in progressing from a ship design to an operational warship was the contract design process, in which the preliminary designs were converted into documentation of proper format and sufficient details for use in the government acquisition contracting process. In essence, this effort was to "design" the procurement contract.

23.     The complex ship systems and subsystems described in the preliminary design were typically comprised of a myriad of individual mechanical and electrical components connected together in intricate ways. During the contract design phase, Navy engineers had to confirm that sources exist from which the specified materials, equipment, and consumables could be obtained. However, usually there was no one source from which the Navy could obtain these complex warship systems and subsystems. Rather, sources had to be identified for individual components that can later

9

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

be assembled into the Navy's complete systems. Thus, the Navy typically had to procure, for each vessel, countless individual components from dozens of individual suppliers and sources. Examples of components associated with just the propulsion systems on Navy warships include specific types of steel and fasteners, pipe and fittings; pumps, valves, turbines, condensers; electrical motors, generators, and switchboards; gauges, meters, alarms; boilers, condensers and reduction gears. During World War II and well into the 1960s, virtually all equipment that was to be installed in warships was procured by the Navy and provided to the building shipyard as government-furnished equipment.

24.     This detailed design of all equipment, subsystems, systems, and the entire ship had to fully comply with a plethora of Navy design guidance developed from previous experience. For example, the Navy set and followed internal standards and requirements regarding such matters as levels of redundancy necessary to preclude single points of failure, standardization of consumables and spare parts amongst different equipment and systems, and across warship classes, crew operating environmental requirements such as temperature, noise, lighting, equipment labeling, standard Navy identification and labeling of decks, doorways, compartments, and equipment, and housekeeping matters such as heating and ventilation, food storage preparation and serving, and laundry requirements.

25.     The contract design package when complete included the entire set of Ship Specifications with detailed design information, the contract plan for procuring all equipment as well as contracting for ship construction, and the multitude of individual requests for proposals that were required to describe every piece of material, equipment and subsystem that had to be procured to allow construction of the warship. The development of the contract design package involved multiple government decisions. Examples include decisions which were subject to various Navy and other federal guidance and regulations, such as Federal Specifications, Federal Acquisition Regulations and Defense Federal Acquisition Regulations.

26.     The Navy developed specifications called, since the 1950s, Military Specifications (MILSPECs) for use in the contract design package. Thousands of MILSPECs were developed for various specific materials, equipment, components, books, manuals, label plates, etc. These

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

MILSPECs presented very detailed descriptions of what the government required when procuring the items covered by the MILSPECs, including requirements such as chemical composition, dimensions, required testing and performance demonstrations, required labeling, packaging and shipping requirements, and similar content. These specifications typically cross-referenced and invoked other specifications.

27.     The Navy maintained the responsibility to develop the MILSPECs and other standards for the manufacture and supply of equipment used in the construction, maintenance and repair of Navy ships.  Specifications for any equipment intended for use aboard Navy ships were drafted, approved and maintained by the Navy.  Once promulgated, only the Navy could make changes or modifications to those specifications. MILSPECs were prepared by hundreds of Navy engineers highly qualified in specialty areas such as, among many other things, pumps, valves, steam turbines, gas turbines, reduction gears, ship propulsion, and auxiliary equipment.  Examples of specifications for the types of pumps at issue in this case are attached hereto as Exhibits A..

28.     This specification system was initiated in the 1930s and was expanded in both scope and detail for use in the procurement of the large number of complex warships procured in the World War II timeframe and since.  The technical specifications system always included a disciplined revision and change process to ensure technical specifications were kept current and reflected changing requirements, technology, materials, and other related updates.  Manufacturers of components, such as pumps and valves, procured by the Navy for use in warships were required to comply with technical specifications in all details in order for the Navy to accept the equipment being manufactured, tested, and shipped.

29.     Navy specifications were communicated to vendors when the Navy (or private entities, such as shipyards or design professional firms) issued Requests for Proposal (formerly called Invitations for Bid) for the manufacture or supply of certain equipment.  Compliance with the standards and specifications issued for equipment supplied for ultimate use aboard Navy ships was directly monitored by Naval Machinery Inspectors under both of the following divisions: (a) Machinery Inspectors under the Bureau of Supplies and Accounts worked on-site at vendors' facilities, and (b) Machinery Inspectors under BUSHIPS carried out their responsibilities at the

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

shipbuilding yards.  The Machinery Inspectors ultimately worked for the Secretary of the Navy or the Secretary of War.  These Inspectors exercised primary, front line control and direction over the work performed for the Navy by original equipment manufacturers, regardless of whether the equipment was being constructed or supplied pursuant to a Navy or private contract.  The Navy required in process testing and approval. For example, shock testing, balance testing, vibration testing, tolerance measurements, endurance testing, radiographic testing, etc., were reviewed at the manufacturer's facility and approved by the Machinery Inspectors before the equipment was shipped.  Compliance with the testing requirements necessitated unique design and engineering to ensure the necessary strength and durability of the equipment for battle conditions.   Equipment could not have been installed aboard Navy vessels unless it was first determined by the Navy to be in conformity with all applicable Navy specifications.  The Navy required equipment manufacturers to supply drawings and plans, which the Navy would approve and sometimes revise or comment on before equipment was constructed and shipped.

30.     The incredible level of detail contained in these specifications is necessary to ensure complete and common understanding between the government and vendors of what it is the government is requires and is committing to pay for, to ensure commonality across systems with similar components, and ensure that replacement parts, equipment and consumable materials, some provided by different manufacturers, will all perform as desired.  An acquisition contract typically invokes many different MILSPECs, various technical documents such as drawings prepared by the Navy's Bureau of Ships.  Taken together, the contract and the incorporated materials present all details of what the Navy requires.   It is through this detailed acquisition process that misunderstanding, or rejection at the time of government acceptance inspection, is avoided.  This process also minimizes contract disputes between the government and industry vendors.

31.     Developing the contract design package is comparable to the effort required if a team was to simultaneously develop the detailed designs and contracts to construct a small city including all the required services such as utilities, hospitals, restaurants, and the like.  Because of the complexity and thoroughness required, development of the contract design package for a warship

1  such as a destroyer typically took two years or more to complete, with thousands of man-years of

2  effort from engineers, logisticians, contract and legal specialists.

3  Detailed Design

4  32.   From the 1940s through the 1970s, the next step in the creation of a new warship was

5  the conversion of the contract design into detailed design package that contains sufficient details of

6  the structure and all ships systems to allow the building shipyard to build the ship and integrate all

7  specified equipment in accordance with Navy requirements and specifications.  The detailed design

8  was typically accomplished by the construction shipyard - whether a Navy yard or a private yard after

9  the construction contract was awarded.  During this detailed design phase, engineers had to develop

10  and document in detail the exact location, mounting details, and interface details of each system and

11  piece of equipment in the total ship.  Even where not performed by Navy personnel, the detailed

12  design was also overseen by Navy representatives. Pursuant to those design plans and specifications,

13  the shipyard connected an array of components such as pumps, valves, boilers, turbines, generators,

14  and other equipment to pipes by adding gaskets to the flanges of each piece of equipment and piping.

15  Where flange gaskets contained asbestos, it was because the Navy required it; the manufacturers of

16  pumps and valves did not manufacture or supply the flange gaskets.

17  Warship Construction

18  33.   The final phases in getting the warship operational included the construction, testing

19  and trials, and acceptance by the Navy.  During World War II and up until the mid-1960s, some Navy

20  warships were constructed at Naval Shipyards and others were constructed at private shipyards under

21  Navy contract and supervision.  Once the Navy selected a construction shipyard, that shipyard was

22  required to comply with all details of the contract in the procurement of material and equipment, the

23  construction of the ship, the testing of equipment, subsystems, and systems and the demonstration to

24  the government that all systems functioned properly.  All construction and testing was overseen on a

25  daily basis by the on-site Navy Supervisor of Shipbuilding team.  Formal acceptance of the

26  completed warship was recommended by the Navy Board of Inspection and Survey only after the

27  members of the Board had witnessed successful sea trials of all systems.

28

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

34.     Construction of even a relatively small warship such as a destroyer typically took three to five years, with larger ships requiring somewhat longer.  During World War II, the construction time for warships was dramatically reduced through the concerted efforts of both the Navy and the industries involved.  The Navy, working with the War Production Board, instituted standardization of warship designs, central procurement of ships' major equipment, propulsion machinery, and ordnance, and allocation of key materials.  Industry went to twenty-four hour workdays with multiple shifts, prefabrication and automation of many processes, and multiple other time saving methodologies.  The Navy and the U.S. Maritime Commission worked closely with the shipbuilding industries and increased the number of shipyards capable of constructing destroyers and larger ships from approximately a dozen in 1940 to around 70 in about two years.

### Asbestos and Insulation in the Navy

35.     As described above, the Navy requirements for aircraft carriers and other warships of World War II and later included the need for significantly higher speeds than previously.  This high speed required was achieved by the design and development of sophisticated high-pressure steam propulsion systems.  Steam pressures of 600 pounds per square inch and the ability to superheat the steam to 8500 F became the norm.

36.     The key to meeting this high horsepower demand was the development by the Navy of much high pressure, superheated steam propulsion plants.  With the increased pressures came greatly increased temperatures and thus the need for much improved insulation technologies, both for plant efficiency and for operator comfort and safety.  These "high power density" propulsion plants increased the operating temperatures of machinery and piping, and they created a need for greatly improved thermal insulating and lagging materials.  The Navy maintained significant expertise in the important areas of heat transfer and insulation.  As a consequence, the thermal insulation needs associated with various equipment and systems was a significant issue in the design of Navy vessels from a number of perspectives.  Thermal insulation served a number of important functions, as set forth, for example, by the 1947 version of the Navy's BUSHIPS Manual, a technical reference for Navy engineers, where Chapter 39 was devoted entirely to "Thermal Insulation":

39-2. REASONS FOR INSULATING

(1) In every power plant there is a heat loss from all heated surfaces and a heat flow to all cooled surfaces. Heat flow may occur in three ways; by conduction, by convection, and by radiation.

(2) Conduction is the heat flow from one part of a body to another part of the same body, or from one body to another with which it is in physical contact, without displacement of the particles of the body. This manner of heat flow is most important in insulation as it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant insulation). Heat transfer from insulated pipes or large blanketed or cemented surfaces (turbines, evaporators, etc.) to the outer surface of their lagging is included in this mode. Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (B.t.u.) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

(3) Convection is the transfer of heat from one point to another within a fluid, gas or liquid, by circulating or mixing of one portion of the fluid with another. These currents are produced by warm fluid being displaced by heavier cold fluid. It is of interest to note that convection reduces the effectiveness of air space insulation unless such space is very small.

(4) Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. Radiant heat, like light, travels in straight lines and with the speed of light. The surface condition greatly

15
**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

affects the ability of a body to radiate heat. Dull, dark, rough finished surfaces are the best radiators. Conversely, bright, shiny, smooth surfaces are good heat reflectors.

(5) In order to minimize the transfer of heat from or to a body or surface which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. This thermal insulation is a material or materials of low thermal conductivity. (See par. 39-2 (2).) While increasing the economy of the plant, thermal insulation also reduces the quantity of air necessary for ventilating and cooling requirements and prevents injury of personnel due to burns from contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal. Insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.

(Exhibit B, 39-2).

37.     Due to the importance of heat transfer and insulation in Navy propulsion plants and aboard Navy vessels more generally, the Navy maintained significant expertise in these areas. The BUSHIPS manual and other documents issued and continuously updated by the Navy contained detailed instructions for the insulation by Navy shipyards or private contractors of various systems and equipment, including, primarily, the miles of piping associated with thermal systems aboard vessels. The Navy's specifications provided detailed instructions as to the specific insulating materials to be used, and also as to the amounts of those materials and the manner in which they were to be applied.

38.     A 1946 article entitled "A Health Survey of Pipe Covering Operations in Constructing Naval Vessels" summarized the extent of and reasons for the Navy's use of asbestos-containing insulation during World War II:

The chief reasons for the wide use of amosite felt and pipe covering in naval work are its low thermal conductivity, light weight, strength, and refractoriness. When the felt and pipe cover were first developed, we were still building vessels under the Washington Treaty of Limitations in Tonnage, and every pound saved meant that much more armor, guns or ammunition for a given displacement, to say nothing of more economic operation for the weight involved in insulation.

Amosite pipe covering weighs about 14 pounds per cubic foot, with a temperature limit of 750 degrees F. as compared to magnesia with a weight of 16 pounds per cubic foot[....]

The development of amosite felt started in 1934 when a need existed to secure a thermal insulation lighter in weight and thermally more efficient than the materials (blocks and cement or asbestos blankets) which were then being used in destroyer turbines.... Originally amosite was used only for turbine insulation, but it proved so satisfactory that its field of application enlarged to include insulation of valves, fittings, flanges, etc. From the initial destroyer, it has been used on almost all the destroyers built since that time and on all other combat vessels built since before the War.

Pipe covering was a later development in late 1935 and early 1936. Due to the manufacturing problems involved, it took a longer time to evolve into a satisfactory shape, and its first use on naval vessels was in 1937. Since that time its use has spread markedly and it was used on the great majority of naval combat vessels built during World War II.

(Exhibit C, p. 9).

39.     The Navy's dictation of the methods and materials for insulation of thermal systems took various forms. As noted above, these included serial iterations of the BUSHIPS Manual's

17

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

Chapter 39 on "Thermal Insulation." See Exhibits B (1947) and D (1959). The Navy also prepared and imposed upon Navy design engineers General Specifications for Machinery for Vessels of the United States Navy. Those specifications included an entire section - Section S39 - governing "Thermal Insulation for Machinery and Piping." The 1951 version of this document is attached as Exhibit E. Beginning in 1962, the Navy began issuing a Military Standard intended "to amplify the general requirements for insulation of piping, machinery, uptakes, and mechanical equipment covered in the General Specifications for Ships of the U.S. Navy or in ships specifications. (Exhibit F).

40.     The Navy and/or its design agents prepared for the builders of Navy ships detailed drawings and plans showing the precise methods and materials for insulation of various systems and equipment. Those documents - referred to as "Insulation and Lagging Schedules" - implemented the overall requirements of the General Specifications and they provided the actual instructions to the personnel applying insulation as part of an integrated system of temperature control and energy conservation consistent with the Navy's needs in the operation of its ships. These plans are referred to as "Insulation and Lagging Schedules." They were typically developed for each class of warship. Examples of such plans for the *USS Fletcher* and *USS Sumner/Gearing* class destroyers and the *USS Essex* class aircraft carriers are attached as Exhibits G, H and I. The Insulation and Lagging Schedules included details on the materials to be used, the thickness, installation procedures, and finishing details for tens or even hundreds of tons of thermal insulation materials to be applied by Navy and private shipyards. Once the Navy selected a construction shipyard, that shipyard was required to comply strictly with all Navy specifications, plans and drawings in the application of insulation and lagging to systems and equipment aboard Navy vessels.

41.     As the attached documents demonstrate, throughout the World War II and post- World War II era, the vast majority of thermal insulating materials used aboard Navy vessels contained asbestos. Asbestos-containing materials offered many advantages over previous or alternative materials in meeting these needs. They were relatively light compared with previous materials, had better insulating properties, did not require excessive thicknesses in application, were more durable

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

1 and were resistant dissolving in or absorbing salt water. The materials also served as fire protection
2 in an environment in which fires were an ever-present danger.

3     42.    Thus, the use of asbestos in thermal insulation allowed the Navy to design and field
4 propulsion systems that met the demanding war fighting requirements of World War II and later. The
5 importance of asbestos to Navy warships is attested to by the fact that it was assigned a high priority
6 in the U.S. government's critical materials allocation process. Asbestos was in short supply during
7 World War II, and its use was controlled through the War Production Board process. A very large
8 percentage of asbestos was allocated to the needs of the Navy and U.S. Maritime Commission for use
9 in insulation for ship construction.

10     43.    The Navy's demands for asbestos-containing insulation were extraordinary. For
11 example, the Insulation and Lagging schedules for destroyers of the Navy's *Sumner* and *Gearing*
12 classes - relatively small vessels of which the Navy constructed approximately 200 during World
13 War II - specified nearly 24 tons of asbestos containing thermal insulation be installed. A 1979
14 Department of the Navy letter (Exhibit J) recites the following estimates of the quantities of thermal
15 insulation aboard different types of Navy vessels of the 1950s and 1960s:

16     Destroyer – DD            87,634lbs
17     Guided Missile Cruiser – CGN    123,770lbs
18     Submarine – SSN           62,465lbs
19     Replenishment Oiler – AOR     78,515lbs
20     Large Harbor Tug – YTB        6,858lbs

22 Larger vessels, such as aircraft carriers and battleships, required multiples of those amounts. Taken as
23 a whole, in both new construction and overhaul, the Navy applied thousands of tons of asbestos
24 materials aboard its vessels from the 1930s through the 1970s.

25     44.    Due to the complexities of the ship design and construction process, and the global
26 nature of the Navy's approach to selection and procurement of insulation and lagging materials,
27 manufacturers of components were not consulted by the Navy with respect to insulation of their
28 equipment. Moreover, they had no control over the types and quantities of insulation products to be

used in conjunction with their equipment, nor could they even be certain whether or not any insulation would, in fact, be applied to their equipment due to the variety of circumstances and potential uses of the original equipment once aboard a Navy vessel.

45.    Above and beyond the tens or hundreds of tons of thermal insulation used, other asbestos materials were ubiquitous aboard Navy vessels pursuant to Navy specifications and requirements.  These materials included electrical insulating materials, flooring, refractories and sealing materials.

### Navy Shipboard Documentation

46.    Navy warships are sophisticated "mobile communities" outfitted with a vast array of complex equipment and manned by a crew of operators comprised of brand new recruits with no experience to seasoned senior technical professionals. In order to ensure effective, efficient and safe operation of its warships, the Navy, since at least World War II, has developed and maintained extensive documentation for each ship class and individual ship. This extensive "library" of documentation consists of different major categories of subjects such as Organizational Regulations and Policy, Tactical, Technical, Administration, Logistics, and Training to name just a few. The intended audience and purpose of a document differs amongst categories and documents within those categories. Some documentation contains information relevant to the entire crew or ship while other documents address more focused subjects such as a ship department, a specific technical rating or an individual piece of equipment. Understanding the specific Navy objectives of different categories of documentation is helpful in understanding the required content and level of detail that the Navy specified to be included. Of particular relevance to shipboard operators of equipment are the categories of Training and Technical documentation.

### Navy Shipboard Training Documentation

47.    Shipboard training of Navy personnel consists of both individual and team training and each category includes both technical and non-technical requirements. The Navy defines individual training as any training, including in-rate training, which improves a member's usefulness to his unit. Team training is defined as the training of groups of officers and enlisted members to work effectively together as teams in the engineering spaces, on the bridge, in damage control parties

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

and similar team efforts. Technical requirements (sometimes referred to as Occupational Standards) include the specific knowledge expected of an individual in his or her specialty, rate and rating. Non-technical requirements (sometimes referred to as Naval Standards) include subjects such as general naval knowledge of discipline, Navy Regulations, Uniform Regulations, first aid, shipboard safety, and similar all-hands subjects.

48.     Training documentation in support of individual and team, technical and non-technical training was developed under the directives of the Chief of Naval Operations and the Chief of Naval Personnel. Examples of individual technical training documentation are the various Naval Personnel (NAVPERS) rate training manuals such as Machinist's Mate 3&2 and Boilerman 3&2 and similar manuals for all ratings. Examples of individual non-technical training documentation are the Military Requirements for Petty Officers 3&2 and General First Aid Manual. Damage Control and Engineering Casualty Control Exercise Drill outlines are examples of Navy-developed team training documentation.

49.     Training documentation, both technical and non-technical, was developed by the Navy with specific focus on the skills, level of experience, education and advancement requirements of the individuals and groups for which it was developed. It was typically developed with content applicable to all Navy members of that group. Thus, technical rate training manuals included general information about equipment and systems as opposed to focusing on any specific make or model. Non-technical general training documentation included information and examples that were relevant to all Navy personnel whether stationed afloat or ashore. The ultimate use of Navy training documentation was, and is, to assist the Navy members to become as proficient as possible both in their rates and specific skills and as Navy leaders and managers.

### Navy Shipboard Technical Documentation

50.     Unlike Navy shipboard training documentation that is focused on training individuals and teams, Navy shipboard technical documentation is developed and provided as reference material that can be consulted if and when required in the operation, maintenance and repair of equipment and systems. Navy shipboard technical documentation includes various categories from high level Navy

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

technical policy documents such as the Bureau of Ships Technical Manual to equipment specific documents such as BUSHIPS drawings/blue prints, system schematics, and troubleshooting manuals.

51.    The Bureau of Ships Technical Manual (BSTM) was a multi-chapter manual that documented the Bureau of Ships-level technical policy and procedures developed and used by BUSHIPS engineering and technical organizations in the design and life-cycle support of Navy ships and installed equipment.

52.    Equipment specific technical documents such as BUSHIPS drawings and systems schematics contain information of sufficient detail to allow maintenance and repair of shipboard equipment by ship's force personnel while operating at sea and in remote areas where outside assistance is not available.

53.    The Navy typically developed equipment operational guidance manuals for more complex equipment and systems. Typically, the Navy required these "instructional manuals" for equipment that required operator involvement in start-up, operation, and shutdown. Equipment that did not require operational steps, such as globe and gate valves, and equipment that operated "passively", without operator involvement, such as steam traps and check valves, would typically not require a "technical or instructional manual". Examples include equipment level Technical Manuals (sometimes called Instruction Books) and system-level manuals such as the DD-445/692 Classes Main Propulsion Plant Operations Manual.

54.    The Navy identified a need and developed standards for equipment Technical Manuals. Unlike a civilian "owner's manual" for an appliance or consumer purchased equipment that was developed by the manufacturer with content that might be considered "helpful" to a broad range of potential customers or users, Navy equipment Technical Manuals were developed by the Navy to detailed technical content and format requirements for use by a known audience of Navy-trained shipboard technicians. The purpose of these documents was to provide information specific to the equipment, with a focus on its operation, and avoidance of injuries or accidents that might occur during operation.

55.    The purpose of Navy shipboard technical documentation was to provide technical information that could be referenced and understood by the ship's operators if and when needed.

Although certainly available to augment Navy training documentation if desired, the shipboard technical documentation was not readily accessible by all personnel, and was not part of the training documentation.

### Documentation Regarding Warnings

56.     As described above, the content of Navy training documentation focuses on Navy-wide groups of users whereas Navy technical reference documentation is equipment and system specific. Thus, Navy decisions concerning which category of document to include desired warnings and cautions were dependent on the nature of such warnings and caution statements. Warnings and cautions concerning Navy-wide/all-hands subjects such as general shipboard safety, safe driving awareness, hearing loss prevention and later asbestos health warnings were included in readily available and broadly used training documents, some in technical documentation such as Navy rate training manuals, and some in non-technical documentation such as General Military Training syllabuses. Warnings and cautions concerning immediate hazards unique to the operation and maintenance of specific equipment were included in equipment and system specific technical documents such as equipment technical manuals and system level operating manuals which were aimed and available to only limited audiences of personnel directly involved in work on the specific systems or equipment covered by the manuals.   Such manuals were not, therefore, appropriate locations for warnings and cautions relating to general or widespread shipboard health issues.

### Written Materials Regarding Equipment Supplied to the Navy

57.     Technical specifications referenced in the procurement documents for components such as pumps have, since at least the 1940s, included detailed requirements regarding all written materials supplied with pumps.  Manufacturers were required to supply drawings and plans, and at times draft technical manuals for equipment.   The applicable specifications included strict instructions regarding the labeling of and packaging of the components themselves, and for all technical documentation that was procured with them.

58.     To achieve its objective of ensuring that, in form and content, the marking on equipment filled the specific informational role, for the specific Navy audience and environment, the Navy developed precise specifications as to the nature of any markings, communication or directions

1  affixed to or made a part of any equipment supplied by OEMs for ultimate use aboard Navy ships.

2  OEMs would not have been permitted, under the specifications, associated regulations and

3  procedures, nor under the actual practice as it evolved in the field, to vary or to deviate in any respect

4  from the Navy specifications in supplying equipment, including affixing any type of warning or

5  caution statement to equipment intended for installation in a Navy ship, beyond those specifically

6  required by the Navy without prior discussion and express approval by the Navy.

7        59.    The Navy likewise had precise specifications as to the nature of written materials to be

8  delivered with equipment supplied by OEMs to the Navy. This written material included a variety of

9  formats such as design drawings, system schematics as well as operator reference materials to assist

10  the equipment operators in operating, servicing and maintaining such equipment and to assist the

11  Navy training establishment to develop instructional materials and courses.  Through specifications,

12  the Navy required that certain equipment be supplied with a defined number of copies of one or more

13  instruction books or technical manuals. The Navy typically developed these technical manuals by

14  including development of a draft manual as part of equipment procurement contracts. The draft

15  manuals were required to be submitted to the Navy for detailed review and feedback. Once the draft

16  manuals were found to be acceptable to the Navy, a BUSHIPS number was assigned and the manual

17  became an official BUSHIPS document the contents of which were controlled by the Navy. The term

18  "manufacturer's instruction books" that is found in many Navy rate training manuals refers to these

19  Navy developed and approved technical manuals.

20        60.    Navy personnel or those of the Navy's Design Agents participated intimately in the

21  preparation and review of these instruction books and technical manuals in a standardized format

22  used by the Navy.  These manuals included safety information to the extent – and only to the extent –

23  directed by the Navy.  Manufacturers of components and equipment were not permitted, under the

24  specifications, associated regulations and procedures, nor under the actual practice as it evolved in

25  the field, to include any type of warning or caution statement in instruction books or technical

26  manuals, beyond those required and approved by the Navy without prior discussion and approval by

27  the Navy.  The Navy dictated and, itself or through its Design Agents, reviewed and approved the

28  contents of all technical manuals, including any cautionary language or emphasis.  The Navy

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

approached this process for review and approval of technical manuals in an exacting manner. It often created lengthy memoranda detailing word-by-word line edits to the content of technical manuals submitted for approval, including the wording of instructional material and warnings. Examples of such correspondence are attached hereto as Exhibit K. Review of and comment upon instructional materials by the Navy's Design Agents was similarly detailed.

61. The reasons for the Navy's detailed control over and review and approval of all written communication regarding equipment it procured was to ensure consistency of that information with the overall goals and priorities of the Navy in its operations. The Navy employed millions of uniformed and civilian personnel aboard thousands of vessels and at hundreds of land-based facilities around the world. The information provided with regard to equipment had to be consistent with the Navy's overall evaluation of the appropriate types and level of information its personnel required to efficiently perform their job responsibilities under a variety of circumstances. In addition, written communications regarding work practices, including safety precautions and equipment, had to be coordinated with the training of Navy personnel, the physical circumstances in which they performed their work, and the tools, protective devices and equipment and other materials available aboard Navy vessels and at Navy installations.

62. Uniformity and standardization of any communication, particularly safety information, are critical to the operation of the Navy and Navy ships. The Navy could simply not operate safely and effectively if personnel were trained differently, or were provided with inconsistent information received from different manufacturers, each left to its own discretion in trying to anticipate the Navy's needs. If every equipment, structural steel and pipe manufacturer were allowed to decide on the need for, and provide its own safety and health warnings (including those concerning asbestos insulation that might be used on or around its product), inconsistent warnings would certainly have resulted. If each were to warn about all the possible substances that might be used on or around its equipment, sailors would quickly become inundated with inconsistent information on a myriad of substances. Therefore, the Navy's detailed specification of what warnings were required, both on equipment and in technical documentation, was logical and necessary.

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

63.     Asbestos-associated health issues, and the insulation materials with which the Navy associated those issues, were ubiquitous in Navy environments.  Tens of tons of asbestos-containing insulation were present in mechanical and other spaces aboard Navy vessels.  Consistent with its objective to ensure that all documentation to which its personnel were exposed be thoroughly consistent with its overall training and procedures, the Navy would not have permitted equipment suppliers to place asbestos-related warnings on packaging or containers for pumps or related parts or items supplied during the 1940s, 1950s, or 1960s.  Similarly, the Navy would not have permitted equipment suppliers to place asbestos-related warnings in any literature or documentations supplied with pumps for Navy ships during the 1940s, 1950s and 1960s.

64.     In this regard, it is useful to consider the Bureau of Ships Technical Manual.  This manual, prepared by the Navy and updated periodically, was intended to provide guidance and information to Navy personnel on various matters.  The Manual contained specific chapters covering numerous topics.

65.     A review of examples of Chapter 47 relating to pumps and Chapter 95 relating to gaskets and packing reveals that even when drafting its own manuals governing activities widely known to involve asbestos, the Navy nowhere included any cautionary language regarding – or even any mention of – any potential hazards relating to asbestos.  In addition, neither Chapter 39 of the BUSHIPS Manual relating to insulation nor Chapter 48 covering piping (and valves) likewise contained reference to such hazards during the 1940s, 1950 and 1960s.  Similarly, the Navy's system-level manuals of the type described above likely did not, even where they pertained to propulsion or other systems on which the Navy required shipbuilders and Navy personnel to install large amounts of asbestos insulation, contain asbestos-related cautions to Navy personnel.

66.     The absence of asbestos-related cautionary language in the Navy's own manuals for equipment or for asbestos-containing materials is consistent with the notion that the Navy did not accept, and did not permit, asbestos-related warnings in technical manuals relating to individual pieces of machinery or equipment, and is fully consistent with my experience that such warnings were not neither sought nor welcome from manufacturers of such items.

67.    Based upon my knowledge of and experience in the design, inspection and procurement of equipment for use on Navy vessels, the Navy would not have permitted equipment suppliers to place asbestos-related warnings on packaging or containers for pumps or related parts or items supplied during the 1940s, 1950s, or 1960s.  Similarly, it is also my opinion that the Navy would not have permitted equipment suppliers to place asbestos-related warnings in any literature or documentations supplied with pumps for Navy ships in the 1940s, 1950s and 1960s.

68.    The Navy maintained precise Navy Specifications and later Military Specifications that detailed all aspects of label plates that were required on equipment.  The Navy and military specifications for identification plates included materials to be used, method of attachment, size of plate, information and format of information required, and many other details to ensure standardization of such plates.  The content and format of information that was to appear on those plates was required to be submitted to the Navy for approval.  MIL-I-15024 and MIL-I-15024B are examples of such precise military specifications for identification plates, and are attached as Exhibits L and M.

69.    I have reviewed and am familiar with the BUSHIPS and later MILSPEC standards for technical manuals, including BUSHIPS General Specifications for Machinery Subsection S-I-1 of 1941 (Exhibit N); and later MILSPECS including MIL-M-15071 (Exhibit O), MIL-M-15071A (Exhibit P), MIL-M-15071B (Exhibit Q), MIL-M-15071C (Exhibit R), and MIL-M-15071D (Exhibit S).  These MILSPECs confirm that the Navy was very specific in detailing what information would be included in these equipment technical manuals.  The wording of these documents is consistent with my overall opinion that the Navy intended technical manual text to address operating procedures and related equipment and personnel safety issues specifically associated with the particular equipment to which the technical manual related, rather than to generic occupational health issues.  In MIL-M-15071D, adopted in 1961, the Navy included the terms Note, Caution and Warning as possible text in technical manuals. In the section of that MILSPEC that details the requirements for Text to be used, the MILSPEC includes what is termed "Emphasis" language to be used when necessary.  It further defines three emphasis terms to be used: "Note", "Caution" and "Warning".  The MILSPEC clearly states that these terms will be used sparingly and as adjuncts to text that details

27

1   operating procedures for the equipment. Thus, these terms could only be included in a technical

2   manual to emphasize specific operating instructions that, if not properly followed, would result in

3   either damage to the equipment or related injury to the operator. The term "Caution" is specified to

4   be used to emphasize an operating procedure that must be followed to prevent damage to the

5   equipment, and the term "Warning" is specified to be used to emphasize a procedure that must be

6   followed to prevent personal injury while operating the equipment. Like both earlier and later

7   versions of the 15071 series, MIL-M-15071D required that all manuals be submitted in draft to the

8   Navy for review and approval prior to finalization and delivery with equipment.

9        70.    It is also my personal experience that the terms "Note", "Caution" and "Warning",

10   when used in Navy equipment technical manuals refer specifically to safe operating and maintenance

11   procedures and not to any more generic health related issues.

12                **MIL-STD-129 - Purpose and Utilization in Navy Procurement Actions**

13        71.    MIL-STD-129, titled "Marking for Shipment and Storage", is a Department of

14   Defense level Military Standard that provides guidance for the uniform marking of military supplies

15   and equipment for shipment and storage. It was first issued in August 1951 and consolidated and

16   superseded previous requirements that had been issued by the separate military services. It has been

17   updated several times since then. Since it was first issued, MIL-STD-129 has been included as one of

18   many higher level referenced documents in many Military Specifications. The Military Specifications

19   typically state that those higher level referenced documents form a part of the Military Specification

20   to the extent described in the Military Specification. The Military Specifications are more detailed in

21   their content and requirements than Military Standards and include a wide range of detailed

22   requirements for equipment and materials. Navy procurement contracts utilize numerous applicable

23   Military Specifications to detail the technical requirements that must be met in complying with the

24   contract.

25        72.    Military Specification MIL-P-16789B(SHIPS) of 9 November 1962, titled "Military

26   Specification, Preservation, Packaging, Packing and Marking of Pumps, General, and Associated

27   Repair Parts", is one example of a Military Specification that references MIL-STD-129. Paragraph

28   2.1 of MIL-P-16789B states that MIL-STD-129 and the other listed Federal and Military

---

28

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

Specifications and Standards form a part of MIL-P-16789B to the extent specified therein. Paragraph 3.4, titled "Marking", stated that in addition to any special marking required by the contract or order, interior packages and exterior shipping containers shall be marked in accordance with MIL-STD-129. In this way, the requirements defined in MIL-STD-129 are invoked in the contract without having to repeat them. MIL-STD-129 defines two types of interior packages:

- Unit package is the first tie, wrap, or container applied to a single item or a multiple thereof, or a group of items preserved or unpreserved, which involves a complete or identified package.

- Intermediate package is an interior container which contains two or more unit packages.

73.   MIL-STD-129 (including version 129C) is detailed and complete in specifying all aspects of marking requirements for shipment and storage. Specific requirements are imposed with respect to cautionary labels required by the government and, by omission, those not permitted on packaging or containers. Examples of required cautionary labels include radioactive and magnetic materials. Compliance with these requirements is mandatory. Deviations cannot be made without approval and specific instructions from a cognizant military authority. Paragraph 4.2.1 of MIL-STD-129C states, "No markings, other than those specified in this standard, or authorized by the cognizant activity concerned, or those required by regulation or statute, shall be placed on any container, except as permitted in 4.2.1.1." (Paragraph 4.2.1.1 addresses advertising and case marking and does not relate to warnings, cautions or instructions.) Thus, deviations in required markings, including fewer markings, additional markings, or markings not exactly in accordance with the standard all required prior specific instructions from the cognizant military authority.

74.   Section 5.2.2.4 of MIL-STD-129C imposes a requirement that packages or containers of "hazardous chemicals" must "have affixed thereto such warning labels as may be required by the Manufacturing Chemists Association (MCA) Manual L-1 "A Guide for Preparation of Warning Labels for Hazardous Chemicals", or by appropriate Department of Defense instructions and Military specifications and standards as published which shall take precedence." Neither the referenced Manufacturing Chemists Association document, nor Section 5.2.2.4 has any applicability to

1    equipment such as pumps and valves, to technical manuals relating to such items, or to asbestos-

2    containing gaskets or packing that might have been supplied with such equipment.

3         75.    Both MIL-STD-129 and the referenced MCA Manual L-1 by their terms apply to

4    external marking of the shipping/storage containers and interior packages as defined above of

5    military supplies and equipment. In the case of equipment such as pumps and valves procured by the

6    Navy for use in the construction or repair of ships, there are no interior packages as defined in MIL-

7    STD-129. The exterior shipping container would typically be opened and discarded at the receiving

8    shipyard or repair activity before the equipment or valve was taken aboard the ship. Thus, the MIL-

9    STD-129 shipping markings would not be seen by the mechanics installing the equipment and

10   certainly would have never been seen by the operators and maintainers of the equipment once it was

11   aboard the ship.

12        76.    I have reviewed the Secretary of the Navy Instruction of 24 September 1956 and three

13   enclosures (labeled SECNAV 6260.3 and hand changed to 5100.8) titled Uniform Labeling Program

14   for hazardous industrial chemicals and materials. In my opinion that instruction when issued and

15   since was not intended to and never did apply to the labeling of equipment for naval ships

16   manufactured in response to Navy procurement requests and in compliance with applicable Navy and

17   MILSPEC technical reference documents.

18        77.    This particular SECNAV Instruction, as clearly stated in paragraphs 1 and 2, addresses

19   standardized labeling of the containers that are used for hazardous chemical products that will

20   ultimately be used by personnel at the shop, office or unit level. Furthermore, paragraph 3 states that

21   the instruction is issued in response to "the rapid development of new chemical products and the

22   introduction of new chemical processes."

23        78.    SECNAV Instruction 5100.8 also was not intended and did not apply to the labeling of

24   equipment for naval ships manufactured in response to Navy procurement requests and in compliance

25   with applicable Navy and MILSPEC technical reference documents. The SECNAV Instruction for

26   labeling the containers of chemical products for use by personnel has no relevance to the

27   manufacture, packaging and labeling of equipment such as pumps and valves procured by the Navy

28   from industry. This equipment typically was packaged and shipped either to a shipyard for use in

building or modernizing a ship or to the Naval Supply Systems Command as repair parts. They are not shipped to end users such as those described in the SECNAV Instruction 5100.8 mentioned above.

79.    Also included in the SECNAV Instruction 5100.8 discussed above were specific implementation actions to be taken by various Navy organizations including the technical bureaus including the Bureau of Ships (BUSHIPS). Those bureaus were required to implement the instruction and to undertake the classification and labeling of chemical and hazardous materials as defined in SECNAV Instruction 5100.8. Yet in review of numerous MILSPECS and other technical reference documents for equipment such as pumps and valves procured and installed on naval ships in the late 1950s and subsequent, I have never seen this SECNAV instruction referenced nor have I seen the classification of such pumps and valves as hazardous equipment as defined in the instruction. This is further evidence that this instruction does not apply to equipment such as valves and pumps.

### Navy Organization

80.    Consistent with the sweeping scope of its mission and responsibilities, the Navy is comprised of many different organizations, each of which is specialized in focus, talent and experience. These organizations work together in accomplishing the very complex and unique sequential efforts from the defining naval war fighting requirements, designing ships and weapon systems that will meet these requirements, and contracting with industry and other government agencies to procure the vast array of required equipment and materials and to construct and test warships. This diverse Navy organization can be described in four major groupings:

- Secretary of the Navy (SECNAV) and the Chief of Naval Operations (CNO) headquarters staffs (CNO staff is referred to as OPNAV)

- Operational Fleets

- Technical Bureaus (now called Systems Commands)

- Staff Corps (Medical, Dental, Legal, etc.)

### SECNAV and CNO Staffs

81.    The staffs of Secretary of the Navy (SECNAV) and the Chief of Naval Operations (CNO) are involved in the analysis of national naval war fighting needs, and the development of

specific war fighting requirements that must be met. At a top level for warships, these requirements include such things as the types and numbers of ships needed; the capabilities for these ships such as speed, weapons to be installed; types and numbers of aircraft to be embarked; the range and duration at which these ships must be able to operate independently at sea without replenishment; and the reliability of systems that must be guaranteed in order for the Navy to meets its war fighting mission. These staffs are manned by a combination of experienced uniformed Navy personnel with extensive Fleet experience and career civil servants.

### Operational Fleets

82.    The Operational Fleets are the Navy's war fighters who control and operate the various ships, aircraft, and other equipment in the Navy and Marine Corps. There are several numbered Fleets (e.g., Sixth Fleet, Seventh Fleet) with regional geographic responsibilities around the world. These Operational Fleets have always worked closely with the headquarters staffs in the development of naval warship required capabilities.

### Technical Bureaus

83.    The Bureau System was established in 1842 to provide the Navy with necessary technical and management control. By the early 1940s, there were six bureaus:

- Bureau of Naval Yards and Docks

- Bureau of Ships (BUSHIPS)

- Bureau of Supplies and Accounts (BUSANDA)

- Bureau of Ordnance and Hydrography

- Bureau of Medicine and Surgery

- Bureau of Aeronautics

84.    In the 1950s, a Bureau of Weapons (BUWEPS) was formed by merging the Bureau of Ordnance and the Bureau of Aeronautics. In the 1960s the bureau system evolved several times into what are now called the Systems Commands where BUWEPS was divided into the Naval Air Systems Command and Naval Ordnance Command (NAVORD), and BUSHIPS was divided into the Naval Ship Systems Command (NAVSHIPS) and the Naval Electronics Systems Command. In 1975, another reorganization took place in which NAVSHIPS and NAVORD became the Naval Sea

Systems Command (NAVSEA). During this organizational evolution the Bureau of Supplies and Accounts (BUSANDA) became the Naval Supply Systems Command.

<u>Navy Staff Corps</u>

85.     The various staff corps of the Navy are comprised of professionals such as doctors, dentists, and lawyers who support all aspects of the Navy in their respective specialties.

86.     The Bureau of Medicine & Surgery (BUMED) has always had a very significant role in both the design and operation of Navy warships, in addition to its fundamental role in the overall health and well-being of Navy personnel. All ships have medical facilities integrated into the design, both for normal medical support of the large crews, and for treatment of battle injuries. Small ships such as destroyers have a modest infirmary space and other spaces that can be converted for medical use while at battle stations.  Larger ships have much greater medical capability, with aircraft carriers being fully equipped with several operating rooms for surgery and large hospital wards for sick and wounded personnel.

87.     BUMED also plays a very significant role in the operation of Navy ships. BUMED establishes the medical policies and procedures, both preventive and curative, which are utilized on all Navy warships.  Additionally, the crew of each warship includes medical personnel who are involved in preventive medicine, crew training, health inspections, and treatment of ailments and injuries.  Small ships such as destroyers typically have one highly trained enlisted hospital corpsman assigned, and large ships have both physicians and hospital corpsmen. Aircraft carriers have numerous medical doctors and surgeons with various specialties.

**Responsibilities in Warship Design and Construction**

88.     Responsibilities for the various functions associated with warship design and construction in from the World War II period to the 1970s were as follows:

<u>SECNAV and OPNAV Staffs</u>

89.     Working closely with the Operational Fleets and Bureaus, these staffs had the responsibility for defining naval war fighting requirements, developing concepts of operations and ship concepts, and requesting congressional authority and funding to build war ships.

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

## BUSHIPS

90.    The Bureau of Ships (BUSHIPS) was comprised of a broad assortment of engineers and technical personnel, and was responsible for all technical aspects of Navy warships. Included were the preliminary designs of ships, the detailed design of ships, subsystems and equipment, and development of the contract design package. BUSHIPS, aided by BUSANDA, had the responsibility to develop the contract design package and the myriad invitation for bids required to actually procure and construct the ships. All U.S. Naval Shipyards were under the direct command of BUSHIPS, as were the resident Supervisors of Shipbuilding who performed the same government supervisory functions at civilian shipyards. Thus, BUSHIPS was responsible for both the new construction and future repair and overhaul of ships at both naval and private shipyards. BUSHIPS and BUSANDA each had on-site Navy inspectors at various vendors' plants that were responsible for verifying that the vendor complied exactly with all provisions of that vendor's procurement contracts. BUSHIPS was also responsible for the design development of equipment repair and maintenance standards and procedures, and for the development of Navy Specs/MILSPECs that related to ships and ship equipment.

### Other Technical Organizations

91.    Warships are equipped with many different weapon systems, aviation capabilities, and the accompanying electronic equipment. Therefore, many other Navy and national technical organizations provided support to BUSHIPS in all phases of design and construction. Principal supporting organizations included the Bureau of Ordnance, the Bureau of Aeronautics, and the Naval Electronics Command. Also key in the development and testing of warship propulsion equipment and systems were the National Boiler Test Lab and the Naval Ship System Engineering Station.

### BUSANDA

92.    The Bureau of Supplies and Accounts (BUSANDA) was comprised of a variety of professionals with specialties in areas such as government contracting, logistics planning, financial and business management, warehousing and parts distribution management, etc. BUSANDA, in addition to on-site and continuous support of BUSHIPS and other technical bureaus, also provided all Supply Corps officers to the Operational Fleet. The Supply Corps officers were assigned to both

AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.

ships and Fleet staffs and were responsible for planning and managing all shipboard messing, berthing and spare parts management.  BUSANDA was responsible for maintaining and managing the vast inventory of spare parts, consumables, documentation, and replacement equipment for the Navy.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on 9 February, 2012.

David P. Sargent, Jr.

35

**AFFIDAVIT OF ADMIRAL DAVID P. SARGENT, JR.**

# EXHIBIT A

Code (451)

CHANGE "BUREAU OF ENGINEERING" AND "BUREAU OF CONSTRUCTION AND REPAIR" TO READ "BUREAU OF SHIPS." (82)



S47-1

GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Engineering, Navy Department

SUBSECTION S47-1. – RECIPROCATING PUMPS, DIRECT-ACTING STEAM AND MOTOR DRIVEN

1 March 1939

(Superseding Subsection S47-1. – Reciprocating Displacement Pumps, Direct-Action Steam and Motor-Driven; of 1 April 1934.)

GENERAL REQUIREMENTS

S47-1-a.  Reference subsections.

Issue in effect, including changes in effect, on date of invitation for bids shall govern.  (Copies obtainable only from the Bureau of Engineering.)

1.  General requirements ..................................................... A1
2.  Plans ............................................................................. S1-1
3.  Materials, workmanship, and welding ......................... S1-2
4.  Bolts, studs, nuts, etc ................................................. S1-3
5.  Painting and preservation ........................................... S10-1
6.  Designation and marking, machinery installations ...... S26-1.
7.  Spare parts .................................................................. S31-1
8.  Heat insulation and lagging for piping and machinery ... S39-1
9.  Reduction gears, helical tooth type ............................. S42-1
10. Reduction gears, worm type ........................................ S42-3
11. Lubrication systems ..................................................... S45-1
12. General piping systems ................................................ S48-1
13. Drain systems, steam and water................................... S48-2
14. Valves and cocks.......................................................... S48-5
15. General requirements for electrical machinery............. S60-1
16. Shipboard applications for direct-current motors and controllers.. S63-3
17. Alternating current motors and controllers and their shipboard application .............................................. S63-6
18. Pressure and vacuum gages.......................................... S87-3
19. Thermometers .............................................................. S87-4
20. Bureau standard drawings ........................................... Appendix-1

S47-1

— 2 —

S47-1-b.  Reference Navy Department Specifications (N. D. Specs.)

Issue in effect on date of invitation for bids shall govern. (Copies obtainable from the Bureau of Supplies and Accounts, Navy Department, Washington, D. C.)

1. Bearings, ball ...............................................................
2. Bolts, nuts, studs, and material for same .......................... 42B5
3. Bolt-studs, nuts, and bars; steel (For service at temperatures up to 850° F.) ........................................................... 43B11
4. Brass, naval; castings ................................................. 43B14
5. Brass, naval, rolled; plates, rods, shapes, sheets, and tubing...... 46B10
6. Bronze, valve; castings .............................................. 46B6
7. Bronze, manganese; castings ........................................ 46B8
8. Bronze, manganese; rods, shapes and plates ....................... 49B3
9. Bronze, phosphor; castings .......................................... 46B15
10. Bronze, phosphor, rolled or drawn; rods, sheets, and plates ...... 46B5
11. Bronze, journal ..................................................... 46B14
12. Compound, rust-preventive .......................................... 46B9
13. Controllers, alternating-current, (shipboard use) .................. 14C4
14. Gages, pressure, for direct stem mounting ......................... 17C10
15. Gages, pressure and vacuum ......................................... 46G7
16. Iron, gray; castings ................................................ 45G1
17. Iron, gray, high-test (semi-steel); castings ....................... 46-I-6
18. Metal, gun; castings ............................................... 46-I-5
19. Metal, anti-friction; ingots and castings .......................... 46M6
20. Motors and controllers, direct-current. (shipboard use) ........... 48M2
21. Motors, alternating-current (shipboard use) ....................... 17M9
22. Nickel-copper alloy; castings ...................................... 17M10
23. Nickel-copper alloy; rods, shapes, plates, sheets, and strips ...... 46M1
24. Nickel-copper-aluminum alloy; forgings, rods, strips, and wire..... 46M7
25. Packing, asbestos, rod, high-pressure, symbol 1100 ............... 46N5
26. Packing, flax (symbol 1260) ....................................... 33P16
27. Packing, hydraulic (symbols 1301 and 1303) ....................... 33P1
28. Packing, metallic, flexible (symbol 1430) ......................... 33P7
29. Packing, metallic and non-metallic, plastic ....................... 33P17
30. Packing, semi-metallic (symbol 1400) ............................. 33P26
31. Steel; castings .................................................... 33P19
32. Steel, corrosion-resisting; bars, billets and forgings ............ 49S1
33. Steel, forgings for hulls, engines and ordnance .................. 46S18
34. Steel, molybdenum alloy; castings ................................ 49S2
35. Valves, pump, rubber .............................................. 46S33
36. Wire, spring, phosphor-bronze ..................................... 11V1
                                                                        22W5

- 3 -

**S47-1-c.  General design.**

1.  The principle of reliability is paramount and no compromise of this principle shall be made with any other basic requirements of the design.  It is the intention of this specification to obtain pumps of such a design that they will operate over a long period of years with a minimum of servicing.  Where wear or erosion is unavoidable the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum.  The design and construction of all pumps shall be the most compact consistent with the following requirements listed in order of their importance.

    (a)  Reliability.
    (b)  Accessibility for repair
    (c)  Resistance to wear or corrosion
    (d)  Economy

2.  All pumps shall be of a type and make which has satisfactorily passed a test for type approval ( See par. S47-1-aa), in accordance with the standard requirements for its class as set forth in paragraph S47-1-d following.  For conditions governing type approval tests, see section A1.

3.  Pumps will normally operate in a vertical or horizontal position, as specified, but they shall be designed to operate satisfactorily in inclined positions.

4.  In purchasing a pump and its driving unit under this specification, the following information will be necessary to define fully the characteristics of the pump desired; such information will be stated in the requisition or order.

    (a)  Classification as per paragraph S47-1-d following, and whether horizontal or vertical.

    (b)  Type of drive and characteristics of power or steam supply.

        (1)  Direct-acting steam reciprocating driven.  Steam pressure and superheat, if any, or total steam temperature.  Exhaust pressure.

        (2)  Motor driven, gear or chain drive (specify one), and controller.  Direct current – see Subsection S63-3 and N. D. Spec. 17M9.  Alternating current – see Subsection S63-6 and N. D. Spec. 17M10 covering motors, and N. D. Spec. 17C10 covering controllers, including classification of motors and control equipment.

    (c)  Capacity, in gallons per minute.  For contract purposes this shall be understood to mean the capacity of the specified liquid pumped at the maximum temperature, as determined by calibrated meter, tank, or other approved means at the pump discharge beyond the point of turbulence.

S47-1

- 4 -

(d) Characteristics of liquid to be pumped.

   (1) Description
   (2) Maximum specific gravity
   (3) Maximum operating temperature

(e) Discharge pressure in pounds per square inch gage.  For contract purposes this shall be understood to mean the head as indicated by the corrected reading of a calibrated pressure gage connected to the pump discharge, referred to the top of the discharge valve deck, while the pump is handling the specified capacity of the required liquid at the specified temperature and suction conditions.  When calculating the discharge head to be specified for a prospective installation the following factors are considered:

   (1) Static discharge head; pressure corresponding to the vertical distance from the top of the discharge valve deck to the elevation at which the liquid is to be discharged.  This may be negative if the delivery point is below the pump.

   (2) Discharge friction loss in piping from the pump to the point of delivery.

   (3) Pressure of liquid in receiving vessel at the point of discharge, into which pump discharges (if any).

(f) Suction head (or lift) in feet of liquid pumped or the equivalent pressure in pounds per square inch gage (or vacuum in inches of mercury, if lift is involved).  For contract purposes this shall be understood to mean the corrected reading of a calibrated pressure (or vacuum) gage, connected at the pump suction referred to the top of the discharge valve deck while the pump is handling the specified capacity of the required liquid at the specified temperature and discharge pressure.  When calculating the suction head to be specified for a prospective installation the following factors are considered:

   (1) Static suction head (or lift); pressure corresponding to the vertical distance from the top of the discharge valve deck to the surface of the liquid from which the pump takes suction.

   (2) Friction and entrance losses in suction piping.

   (3) Pressure (or vacuum) of liquid in the vessel from which pump takes suction (if any).

(g) The approximate diameter of the steam and liquid ends together with the approximate length of stroke shall be given for steam-driven pumps based on the Bureau's experience in connection with reciprocating pumps for the required service a pump will be considered to meet this requirement if no linear dimension specified is varied by more than plus or minus 10 percent.  If more or less deviation from the specified dimensions is permissible it shall be so stated in the requisition or order.  All direct-acting reciprocating steam-driven pumps for general service, class II, shall have steam and liquid cylinders so proportioned that the pumps will deliver full rated discharge pressure with steam pressure at the inlet to pump reduced to 80 percent of normal.

S47-1

- 5 -

(h)  The size and location of the steam inlet, exhaust, suction and discharge connection or a statement that these shall be as approved.

(i)  The operating conditions for which guarantees of overall steam or power consumption are desired and the penalty (as liquidated damages) for excess steam or power consumption.

(j)  Limits of height, length and width for the unit and for disassembly of unit for normal maintenance overhaul.

(k)  Maximum and/or minimum weight allowed, and, if necessary, penalty (as liquidated damages) for excess weight over the guarantees.

(ℓ)  A statement as to whether or not right-hand and left-hand units are required, and if not, that all units are to be to the same hand.

(m)  A complete list of all items of equipment, not essentially parts of the pump, which the pump contractor is required to furnish.  Usually mention shall be made in such a list of spare parts.  Also the following items should be considered if it is desired to have the pump manufacturer or contractor supply same:

(1)  Relief valves.
(2)  Drain valves.
(3)  Suction and discharge valves.
(4)  Check valves.
(5)  Air chambers.
(6)  Pressure and/or vacuum gages.
(7)  Thermometers and thermometer sockets.
(8)  Permanently connected revolution indicators.
(9)  Air or vent valves and cocks.
(10)  Snifting valves.
(11)  Special tools and number of sets per vessel.
(12)  Indicators or indicator gear or other similar items.

5.   The overall steam or power consumption of a pumping unit when operating under conditions specified in the order shall be stated in the bid and guaranteed in the contract.

6.   The weight of the pumping unit complete with spare parts, but excluding spare parts boxing, shall be stated in the bid and guaranteed in the contract.

7.   Electric motor-driven pumps shall be of the horizontal or vertical, single or double acting type, as specified or approved.  The motor shall drive the crank shaft through suitable gearing or silent chain, as specified.  The crank shaft shall be of the balanced type.  Connecting rods shall be bored for crosshead or wrist pins

S47-1

- 6 -

and the crank end shall be fitted with removable, split, bearing linings.  The gear train or chain sprocket shall be designed to impart the necessary flywheel effect to the crank shaft or flywheels may be fitted, if necessary.  Pumps may be either of the trunk-piston or crosshead type as approved.  The complete unit shall be provided with an efficient, self-contained, forced-lubricating system.  Adequate provision shall be made, by means of suitable piston-rod wipers and packing glands, or otherwise as approved, for preventing lubricating oil from the crank case being carried into the cylinders.  The momentary fluctuations in pressure on the discharge of the pumps shall not exceed plus 10 percent or minus 20 percent of the rated discharge pressure.

S47-1-d.  Classification.

1.  The classification of pumps under this specification and a description of standard services for which reciprocating pumps may be specified or approved for shipboard service are set forth in the following table.  This table should be used as a guide when ordering in accordance with paragraph S47-1-c above and when submitting designs for type approval in accordance with paragraph S47-1-aa following.

S47-1

| Class of Application | Service | Discharge pressure, pounds per square inch, gage | Rated capacity, gallons per minute | Characteristics of liquid to be handled by class | Minimum suction head or maximum suction lift and max. liquid temperature | Preferred type of pump | Preferred type of drive |
|---|---|---|---|---|---|---|---|
| I | Boiler feed pumps, high pressure. | 300 to 750 | 100 to 300 | Clean fresh water | 20 pounds, gage, head and 240° F. to 10" Hg. lift and 90° F. | Vertical single cylinder, double acting | Single steam cylinder, direct acting |
| II | General service pumps, fire, bilge, etc. | 50 to 150 | 50 to 500 | Clean seawater; specific gravity, 1.03 to mixtures of seawater fuel oil, dirt and sediment, specific gravity, 1.08 | 4 feet head and 90° F. to 25" Hg. lift and 90° F. | Vertical single cylinder, double acting | Single steam cylinder, direct acting |

S47-1

– 8 –

S47-1-e.  Mounting, bedplates and installation.

1.  Direct-acting steam-driven pumps.

(a)  All pumps shall be provided with adequate brackets for securing to the foundation or ship's structure.

(b)  Special care shall be taken with the installation of pumps, to the end that the working of the vessel's structure, such as bulkheads, etc., cannot change the alignment.  Due consideration must be given to the fact that a vessel laboring in a seaway will set up strains in such mounting structures.  Allowance shall also be made for expansion of the pump due to temperature of the steam and liquid pumped.  To this end mounting bolt holes in the pump brackets or foundation shall be suitably slotted in the direction of expansion, or other means for expansion provided, as approved.

(c)  After the pumps are erected in the vessel their alignment shall be checked to insure that installation stresses have not destroyed the alignment.

(d)  Pumps shall be so placed that the pistons, plungers, and valves can be readily examined, removed, and replaced.

2.  Motor-driven pumps.

(a)  A pump and its driving unit shall be mounted on a common bedplate (side plate for bulkhead mounting) of cast steel or structural steel fabricated by welding, designed to carry the weight of the assembly and with sufficient rigidity to insure that proper alignment of the assembled unit is maintained in service.  The type, construction, and design of the bedplate or sideplate shall be clearly stated and shown on plans.  All independent units of the assembly shall be centered on the bedplate or sideplate by heavy dowel pins.  All top and bottom bearing surfaces of bedplate and sideplates shall be finished machined.

(b)  The installation of the assembled unit with its bedplate (sideplate) shall be such that when the unit is secured to the structural foundation in the vessel a weaving of the frames cannot produce misalignment between driving and driven units.

SPECIAL REQUIREMENTS

S47-1-f.  Drawings.

1.  Drawings shall conform to the requirements of Subsection S1-1.  The assembly drawing shall show all parts assembled in correct position, each part being identified by a part number.  This assembly plan shall contain a material list in which shall appear the name of every part identified by part numbers in numerical sequence with the number of the drawing on which each part is detailed.  The assembly drawing shall show all assembly clearances and shall include brief description and instructions for the operation of the pump including the steam valve gear.

S47-1

- 9 -

2.  The assembly drawing shall contain a table of operating characteristics, and table of weights.  Type D drawings shall contain a set of performance curves based on data obtained on acceptance tests.

§47-1-g.  Materials, workmanship and welding.

1.  Materials, workmanship and welding shall conform to the requirements of Subsection S1-2.

2.  All high-test gray iron castings shall be relief annealed at a temperature of not less than 900° F.

3.  All steel joint pins of valve gear shall be hardened and ground to true cylindrical surfaces.

§47-1-h.  Threaded parts.

1.  Threaded parts shall conform to the requirements of Subsection S1-3.

§47-1-i.  Preservative coatings.

1.  Painting shall be in accordance with the requirements of Subsection S19-1.

2.  All openings shall be closed against the ingress of moisture, and foreign matter during stowage and shipment.

3.  Internal non-machined surfaces, ports, etc., shall be cleaned thoroughly of all scale, corrosion, molding sand, welding beads or other such substance which might become detached in service.

4.  All finished surfaces including piston and valve rods liable to rust or corrode shall be covered with a rust preventive compound, type A, grade II, in accordance with N.D. Spec. 14C4 upon completion of acceptance tests and before shipment.

§47-1-j.  Designation and marking.

1.  Designation and marking shall conform to the requirements of Subsection S28-1.

§47-1-k.  Heat insulation and lagging.

1.  The steam cylinders and valve chests of reciprocating pumps shall be insulated and lagged in accordance with the requirements of Subsection S39-1.

2.  Special care shall be taken to insure that the lagging is properly jointed to permit repair and inspection work without destroying the covering.

S47-1

– 10 –

S47-1-l.  Lubrication.

1.  The steam valves and pistons of all pumps shall be of such design as to operate satisfactorily without lubrication.

2.  A simple and effective lubrication system to use Navy lubricant shall be provided for all other working parts, which so far as practicable, shall conform to the general requirements of Subsection S45-1.

S47-1-m.  Piping and valves.

1.  All flanges and fittings for pipe connections shall conform to the standards of the Bureau of Engineering.  (See Bureau drawing 6-Y-554).

2.  All valves shall, as nearly as practicable, conform to the standards and/or specifications of the Bureau.  (See Bureau drawing 6-Y-554).

3.  All pumps shall be fitted with relief valves on the discharge side.  They shall be located on the discharge chambers of the pumps, or on a fitting between the pump and the valve in the discharge line.

4.  Relief valves shall discharge back to the suction side of the pump.  An additional 1/2-inch relief valve shall be installed on the suction side of the pump between the pump and the suction line valve; this relief valve shall be set to lift at 50 pounds for pumps having a suction pressure of 40 pounds or less, and at 10 pounds above the maximum suction pressure when such suction pressure is in excess of 40 pounds.  Valve overflow shall be arranged to discharge to the proper drain collecting system.

## DETAIL REQUIREMENTS

S47-1-n.  Materials.

1.  Materials shall in general conform to the following requirements:

(a)  Steam cylinders and valve chests, class B cast steel (N.D. Spec. 49S1) or class B forged steel (N. D. Spec. 49S2) for temperatures not exceeding 650° F., carbon molybdenum steel, cast (N. D. Spec. 46S33) for temperatures above 650° F.

(b)  Steam cylinder and valve chest liners, high-test gray iron (N. D. Spec. — 46-I-5), or special chrome nickel cast iron, minimum hardness 200 Brinell.

(c)  Steam cylinder pistons, high-test gray iron (N. D. Spec. 46-I-5), class B cast steel (N. D. Spec 49S1), or special chrome nickel cast iron.

(d)  Steam valve pistons, high-test gray iron (N. D. Spec. 46-I-5) or special chrome nickel cast iron.

S47-1

- 11 -

(e)  Steam end piston rods and valve rods, class An forged steel (N. D. Spec. 49S2); nickel-copper-aluminum-alloy (N. D. Spec. 46N5) minimum hardness 265 Brinell.

(f)  Steam end stuffing box bushings, nickel-copper-alloy, cast (N. D. Spec. 46M1) or rolled (N. D. Spec. 46M7).

(g)  Stuffing box spacers, followers and glands, gun metal (N. D. Spec. 46M6) or valve bronze (N. D. Spec. 46B8).

(h)  Crossheads, class An forged steel (N. D. Spec. 49S2) or corrosion resisting steel, grade 7 (N. D. Spec. 46S18).

(i)  Liquid end piston rods, nickel-copper-aluminum-alloy (N. D. Spec. 46N4) minimum hardness 265 Brinell.

(j)  Liquid end pistons, gun metal (N. D. Spec. 46M6).

(k)  Liquid end cylinders, covers and valve chambers, gun metal (N. D. Spec. 46M6).

(l)  Liquid cylinder liners, nickel-copper-alloy, cast (N. D. Spec. 46M1) centrifugally cast.

(m)  Liquid end stuffing box throat bushings, journal bronze (N. D. Spec. 46B9) or phosphor bronze (N. D. Spec. 46B5).

(n)  Pump valves, manganese bronze, cast or rolled (N. D. Specs. 49B3 or 46B15), phosphor bronze, cast or rolled (N. D. Specs 46B5 or 46B14), corrosion-resisting steel, grade 1 or 7 (N. D. Spec. 46S18), nickel-copper-alloy, cast (N. D. Spec. 46M1), or for Class II pumps only, rubber (N. D. Spec. 11V1).

(o)  Pump valve seats, manganese bronze (N. D. Spec. 49B3), phosphor bronze (N. D. Spec. 46B5) or nickel-copper-alloy, cast (N. D. Spec. 46M1).

(p)  Pump valve springs, phosphor-bronze (N. D. Spec. 22W5).

(q)  Pump valve studs, phosphor-bronze (N. D. Spec. 46B14), nickel-copper-alloy, rolled (N. D. Spec. 46M7), or corrosion resisting steel, grade 7 (N. D. Spec. 46S18).

(r)  Pump valve guards, phosphor-bronze, cast (N. D. Spec. 46B5), nickel-copper alloy, cast (N. D. Spec. 46M1) or gun metal (N. D. Spec. 46M6).

(s)  Cylinder tie rods, class An forged steel (N. D. Spec. 49S2).

S47-1

- 12 -

S47-1-o.  Steam cylinders and chests.

1.  Steam cylinders shall be counterbored at both ends, leaving the working bores of such length that the piston rings shall slightly override at the top and the bottom when making full stroke.  All cylinders shall be lined full length with liners not less than seven-thirty-seconds inch thick supported by the cylinder throughout their length and firmly secured in a manner satisfactory to the Bureau.

2.  The steam chests shall be cast separately from the cylinders and shall be secured thereto in a manner satisfactory to the Bureau.  Steam chests shall be held in alignment with the cylinder in a manner satisfactory to the Bureau.

3.  Bosses or brackets shall be cast on the cylinders or cylinder covers for attachment of the rods and for securing to foundations.  Jack bolts and lifting bolts shall be provided as required for convenience in disassembly.

4.  All cylinders and steam chest covers shall be flanged.

5.  The steam and exhaust connections shall be located on the steam cylinder casting or elsewhere than on the valve chest casting so as to avoid the necessity of disconnecting steam and exhaust piping when removing steam valve gear for overhaul.

6.  The lower cylinder head and valve chest to cylinder joints shall be made tight by metal to metal ground joints, without gaskets.  The top cylinder head and valve chest covers may be made up with approved metal gaskets.  The lower cylinder head may be cast integral with the cylinder.

7.  The steam cylinders of all reciprocating pumps above 6-inches bore diameter shall be fitted with 3/4-inch diameter indicator fittings and closed with screwed plugs.

8.  All parts of steam cylinders and valve chests, where condensate can accumulate, shall be provided with drain valves and pipes of ample size.

S47-1-p.  Steam pistons.

1.  Steam pistons shall have followers and packing ring or rings, as approved; for cylinders 6 inches in diameter or less, pistons may be of an approved box type fitted with snap rings.

2.  Followers shall be secured by collar studs, and with the nuts prevented by backing off by split pins, or as approved.

3.  The pistons shall be taper bored for the piston rod.

S47-1

– 13 –

S47-1-q.  Steam valve gear.

1.  The steam valve gear shall be of a compact, simple, durable and reliable type.  The main steam valve shall be of the steam thrown piston type.  A flat face or other type of main steam valve not inherently balanced as regards steam pressure will not be acceptable.  The movement of the main steam valve shall be controlled by the alternate admission of steam to and/or the release to exhaust from opposite ends of the main valve operating piston cylinder; such admission of steam, or release to exhaust, may be controlled either by a pilot valve or automatically, by the movement of the main steam piston of the pump.

2.  The pilot valve, where used, shall be of the reciprocating piston type.  The pilot valve stem or link rods shall be fitted with tappets, collars, or other means satisfactory to the Bureau, for adjustment and regulation of the stroke of the pump.  The pilot valve stem packing shall not be subjected to pressure in excess of the pump exhaust pressure.

3.  The valve chests shall be fitted with removable liners designed in such a manner that they will serve as removable seats for the valves.

S47-1-r.  Piston rods.

1.  Piston rods shall be accurately finished to a true cylindrical surface.  They shall be tapered on the piston ends and shall seat on a shoulder coincident with the fit on the taper, and they shall be secured in the pistons by locked nuts or other means satisfactory to the Bureau.  They shall be threaded on the other ends for attaching to the crosshead, and the extreme end of the rods shall be notched to suit a taper pin inserted through the cross head and the notched end of the rods to prevent the rods from backing out.

2.  The piston rods shall be provided with wrench flats adjacent to crossheads.

S47-1-s.  Crossheads.

1.  Crossheads shall be of the split type, unless otherwise approved.

S47-1-t.  Stuffing boxes.

1.  Stuffing boxes shall be machined uniformly for the entire depth within a tolerance of plus or minus .005-inch, and the accuracy of alignment between the box and the rod shall be sufficient to insure proper operation of the pump.

2.  All stuffing boxes shall conform to Bureau of Engineering standard B-132 for steam pressure 300 pounds and below and liquid pressures 400 pounds and below; for pressures in excess of these, the depth of stuffing boxes may be increased for additional packing rings as necessary.

S47-1

- 14 -

3. All stuffing box glands shall be set up by nuts working on studs.

4. The throat of all stuffing boxes shall be composition bushed.

5. Packing shall be in accordance with Bureau of Engineering standard B-153. All packing shall be of an approved brand.

S47-1-u.  Pump cylinders and valve chambers.

1. Pump cylinders over 6-inches inside diameter shall be fitted with working liners, not less than seven thirty-seconds inch thick. These liners shall be in one piece and secured in a manner satisfactory to the Bureau.

2. Liners shall extend to the top of the cylinder, but may terminate at the bottom against a shoulder in the cylinder above the lower part. The width of this shoulder shall be approximately half the thickness of the cylinder liner.

3. All pump cylinders shall be so designed that the pistons and valves are easily accessible and fitted for overhauling without disturbing the framing, piping, or cylinders.

4. The covers of pump cylinders and valve chambers over 2-1/2-inches in diameter shall be flanged, and in all pumps when covers are removed, the openings left shall be large enough to withdraw the plungers and valves.

5. Care shall be taken that all cylinders and valve chamber passages are free and of ample size.

S47-1-v.  Liquid and pistons.

1. Pump piston shall be fitted with followers secured by collar studs, and with the nuts prevented from backing off by split pins, or as approved.

2. The pistons shall be taper bored for the reception of the piston rods.

3. Pistons shall be fitted with approved type and brand of packing.

S47-1-w.  Pump valves.

1. Rubber valves when used shall be made from a highly vulcanized rubber compound in accordance with Navy Department Specifications.

2. Pump valves shall be of the single disk type.

3. Valves shall be held concentric on their seats by studs or valve bolts secured in a manner satisfactory to the Bureau. The studs or bolts shall also carry the valve guards which shall be secured against backing off. The valves shall be held to their seats by light helical springs.

- 15 -                                                                       S47-1

S47-1-x.  Stroke index.

1.  All pumps fitted with crossheads shall have the top and bottom of the full
stroke plainly marked on adjacent fixed and moving parts.  A suitable stroke indi-
cator shall be fitted to the moving parts.

S47-1-y.  Air chambers.

1.  Air chambers shall be fitted on the suction and discharge side of all pumps,
except when otherwise specified or approved.

2.  The volume of suction air chambers shall be not less than 1.25 times the dis-
placement of the liquid cylinder per single stroke.

3.  The volume of discharge air chambers shall be not less than the displacement
of the liquid cylinder per single stroke.

## TESTS

S47-1-z.  Hydrostatic tests.

1.  Pump cylinders and valve chambers shall be tested hydrostatically to one
and one-half times the rated pump discharge pressure.

2.  Steam cylinders and valve chests shall be tested hydrostatically to one
and one-half times the maximum designed boiler steam drum pressure.

S47-1-aa.  Type approval test.

1.  Tests for type approval will be authorized by the Bureau and conducted at
the Engineering Experiment Station, Annapolis, Md., at the expense of the exhibitor.
The same or separate units must be tested for each class of service as set forth in
paragraph S47-1-d.  The size, head, and capacity of the unit for type approval test
shall be as arranged between the Bureau and the exhibitor.

S47-1-bb.  Performance acceptance tests.

1.  One pump of each type and size on contract, or contracts in hand at the same
time for identical units with identical contract guarantees, as selected by the
Bureau's inspector, complete, shall be given a test in the shop to determine the
overall power or steam consumption of the unit under the conditions of the contract
guarantees.  This test may be conducted in the shop of the contractor or a sub-
contractor, as arranged with the Bureau.  The test shall continue for at least 2
hours and shall demonstrate that the unit is satisfactory in all respects.  On this
test the unit shall handle the liquid at the capacity, suction lift or pressure,
temperature and discharge pressure specified in the contract.  The Bureau may con-
sider waiver of overall steam consumption tests of direct acting steam pumps, pro-
vided pumps of identical type, design and size for similar operating conditions have
previously been tested.

S47-1

- 16 -

2.  During the foregoing tests sufficient data shall be taken to prepare the following curves plotted against piston speed, double strokes per minute or r.p.m., copies of which shall be included on the type D finished plans.

(a)  Total steam consumption or power input to motor.
(b)  Indicated horsepower.
(c)  Capacity, gallons per minute.
(d)  Overall efficiency.
(e)  Volumetric efficiency.

The above curves shall be obtained for 100, 75, and 50 percent of rated discharge pressure.

3.  In addition all pumps on a contract shall be assembled with their driving units, either at the works of the contractor or of the subcontractor for a test sufficient to demonstrate harmony of assembly, accuracy of dimensions and alignment. This test may be conducted at low speeds or low pressure, if desired, but shall show a satisfactory assembly run of at least 30 minute duration.

4.  All tests shall be made with the pumps discharging into an air bound receiver in which the pressure is maintained constant at a pressure equal to the rated discharge pressure of the pump.  Test of the pump in which the pump discharges through a throttling valve into an open tank will not be acceptable.

S47-1-cc.  Ship tests.

1.  After installation aboard ship, alignment shall be carefully checked and a running test made to check practical performance.

## SPARE PARTS AND TOOLS

S47-1-dd.  Spare parts.

1.  All spare parts, except spare piston rings, shall be finished and fitted ready for use and arranged for stowage in accordance with Subsection S31-1.

2.  Interchangeability among the sets of spares provided for service maintenance of a given number of similar units on any vessel, or groups of similar vessels on the same contract, shall be positively assured.

3.  The following spare parts shall be furnished to each vessel, for each size and type of pump, to be carried on board and included in penalty weight:

S47-1

- 17 -

### Parts as Applicable to Pumps Furnished

| | | |
|---|---|---|
| | Number similar pumps per vessel......................... | 1 2 3 4 5 6 7 8 |
| 1. | Piston rods and nuts, complete .......................... | 1 1 1 1 2 2 2 2 |
| 2. | Pump rods and nuts, complete .......................... | 1 1 1 1 2 2 2 2 |
| 3. | Valve stems and nuts, including valve and link rods and tappet nuts complete................. | 1 1 1 1 2 2 2 2 |
| 4. | Pump valves, with backing plates, guards, bolts, and springs complete sets ................... | 1 2 3 4 5 6 7 8 |
| 5. | Steam piston rings for main and valve pistons, 0.010-inch diameter oversize and rough turned, complete sets ................................................... | 1 1 1 1 2 2 2 2 |
| 6. | Bearings, sleeve type, complete sets................. | 1 1 1 1 2 2 2 2 |
| 7. | Bushings, including throat bushings, complete sets .................................................................. | 1 1 1 1 2 2 2 2 |
| 8. | Drive chain and/or pinion (motor driven pumps).. | 1 1 1 1 2 2 2 2 |
| 9. | Ball bearings, complete sets.............................. | 1 2 3 4 5 6 7 8 |
| 10. | Main steam valve chest liners .......................... | 1 1 1 1 2 2 2 2 |
| 11. | Auxiliary steam valve chest liners.................... | 1 1 1 1 2 2 2 2 |
| 12. | Main steam valve piston.................................... | 1 1 1 1 2 2 2 2 |
| 13. | Auxiliary steam valve piston.............................. | 1 1 1 1 2 2 2 2 |
| | For salt water pumps only | |
| 14. | Discharge valve seats, complete sets................. | 1 1 1 1 2 2 2 2 |
| 15. | Suction valve seats, complete sets.................... | 1 1 1 1 2 2 2 2 |

S47-1-ee. Tools.

1. One complete set of special wrenches shall be supplied for each machinery compartment in which the pumps are to be installed. Each special wrench shall be indelibly marked for the purpose intended. No ordinary commercial wrenches shall be furnished.

2. One complete set of special tools indelibly marked for the purpose intended shall be furnished for each vessel. A jacking device of a design that will not injure the polished surface of piston rods shall be included for pumps not fitted with crossheads.

NOTICE:  See Amendments
attached hereto

GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Engineering Navy Department

August 1, 1938

SUBSECTION S47-2. - CENTRIFUGAL AND AXIAL FLOW PUMPS

(Superseding Subsection S47-2. - Centrifugal (including Propeller Type) Pumps,
Feed, Circulating, Condensate, Bilge, and Similar Services, Turbine or Motor
Driven, for Water or Aqueous Saline Solutions, dated May 1, 1936).

GENERAL REQUIREMENTS

S47-2-a.  Reference subsections.

Issue in effect including changes in effect on date of invitation for
bids shall govern.  (Copies obtainable only from the Bureau of Engineering).

1.  General requirements ........................................................ A1
2.  Pipe ...................................................................... B1-1
3.  Materials, workmanship, and welding ...................................... S1-2
4.  Bolts, studs, nuts, etc. ................................................. S1-3
5.  Painting and preservation ............................................... S19-1
6.  Designating and marking, machinery installations ........................ S22-1
7.  Designating and marking, electrical installations ....................... S22-2
8.  Spare parts .............................................................. S37-1
9.  Heat insulation and lagging for piping and machinery .................... S39-1
10. Reduction gears, helical tooth type ..................................... S42-1
11. Reduction gears, worm type .............................................. S42-3
12. Ball bearings, general service .......................................... S47-4
13. Lubrication systems ..................................................... S45-1
14. Condensers .............................................................. S46-1
15. Pump pressure regulating governors (steam driven pumps) ................. S47-3
16. General piping systems .................................................. S48-1
17. Drain system, steam and water ........................................... S48-2
18. Valves and cocks ........................................................ S48-5
19. Horizontal turbines, general service .................................... S50-1
20. Vertical turbine, general auxiliary ..................................... S50-2
21. Feed water systems and tanks ............................................ S55-2
22. Distilling plants, low pressure ......................................... S58-1
23. General requirements for electrical machinery ........................... S50-1
24. Shipboard applications for direct current motors and
    controllers .......................................................... S53-5

347-2

-2-

25. Alternating current motors and controllers and their
    shipboard Application.......................................
26. Pressure and vacuum gages................................ 565-6
27. Thermometers............................................. 587-3
28. Bureau standard drawings................................. 227-4
                                               ...........Appendix I

347-2-b.   Reference Navy Department Specifications (N. D. Specs.).

Issue in effect on date of invitation for bids shall govern. (Copies
obtainable from the Bureau of Supplies and Accounts, Navy Department,
Washington, D. C.).

 1. Bearings, ball.........................................
 2. Bolts, nuts, studs, and material for same.............. 42B5
 3. Bolt-studs, nuts and bars; steel (for service at
    temperatures up to 650° F.)............................ 43B11
 4. Brass, naval, rolled; plates, rods, shapes, sheets and
    strips................................................. 43B14
 5. Bronze, valve castings................................. 46B6
 6. Bronze, manganese castings............................. 46B9
 7. Bronze, manganese; rods, shapes and plates............. 49B3
 8. Bronze, phosphor; castings............................. 46B15
 9. Bronze, phosphor, rolled or drawn; rods, sheets and
    plates................................................. 46B5
10. Bronze, journal........................................ 46B14
11. Bronze, bearing, castings.............................. 46B9
12. Cocks, ground key...................................... 46B22
13. Compound, rust-preventative............................ 45C3
14. Controllers, alternating current (shipboard use)....... 14C4
15. Gages, pressure, for direct stem mounting.............. 17C10
16. Gages, pressure and vacuum............................. 46C7
17. Iron, gray, high test (semi-steel); castings.......... 46C1
18. Metal, anti-friction; ingots and castings............. 46AI-5
19. Metal, gun; castings................................... 46M2
20. Motors and controllers, direct current (shipboard use). 46M6
21. Motors, alternating-current (shipboard use)............ 17M3
22. Nameplates, instruction plates, and other designating
    markings for electrical and mechanical equipment....... 17M10
23. Nickel-copper alloy; castings.......................... 42N2
24. Nickel-copper alloy; rods, shapes, plates, sheets and
    strips................................................. 46N1
25. Nickel-copper-aluminum alloy; forgings, rods, strips and
    wire................................................... 42N3
26. Packing, rubber, cloth insertion....................... 42N5
27. Packing, rubber, wire insertion........................ 33P9
28. Packing, sheet, asbestos compressed.................... 33P10
29. Phenolic material, laminated........................... 33P13
30. Plates, boiler (naval)................................. 42PA
31. Rods, welding, chromium-cobalt composition............. 42R2
32. Screws, machine (including screws, set)................ 42R3
33. Steel, castings........................................ 42S9
                                                           49S1

547-2

-3-

34. Steel, corrosion-resisting; rods, bars, billets and forgings.. 46618
35. Steel, forgings for hulls, engines and ordnance................ 46982
36. Steel, forging for nitriding and nitrided steel................ 46930
37. Steel, shapes, and bars for hull construction including
    material for drop and miscellaneous forgings................ 46931

547-2-c. General design.

1. The principle of reliability is paramount and no compromise to this principle shall be made with any other basic requirements of the design. It is the intention of this specification to obtain pumps of such a design that they will operate over a long period of years with a minimum of servicing. Where wear or erosion is unavoidable the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum. The design and construction of all pumps shall be the most compact consistent with the following requirements listed in order of their importance.

        (a) Reliability
        (b) Accessibility for repair
        (c) Resistance to wear or corrosion
        (d) Economy

2. All pumps shall be of a type and make which has satisfactorily passed a test for type approval (See par. 547-2-ua), in accordance with the standard requirements for its class as set forth in paragraph 547-2-t following. For conditions governing type approval see Section AI.

3. In purchasing a pump and its driving unit under these specifications the following information will be necessary to define fully the characteristics of the pump desired; such information will be stated in the requisition or order.

        (a) Classification as per paragraph 547-2-d following and whether horizontal or vertical.

        (b) Type of drive, and characteristics of power supply:

            (1) Turbine, direct connected or geared, horizontal or vertical.
                (See Subsections 550-1 or 550-2). Steam pressure and
                temperature, exhaust pressure.
            (2) Motor and controller, horizontal or vertical, direct
                current (See Subsection 563-6 and N. D. Spec. 17M3);
                alternating current (See Subsection 563-6 and N. D. Spec.
                17M10 covering motors, and 17C10 covering controllers,
                including classification of motor and control equipment).

8-7-2

-4-

(3) Type of drive coupling, i.e., reduction gear, direct closecoupled, direct motor drive through flexible coupling; etc.

(c) Capacity in gallons per minute.  For contract purposes this shall be understood to mean the capacity of the specified liquid pumped, at the specified maximum temperature, as determined by calibrated meter, or other approved means, at the pump discharge beyond the point of turbulence.

(d) Characteristics of liquid to be pumped:

(1) Description
(2) Maximum specific gravity
(3) Maximum temperature.

(e) Total dynamic head, in feet of liquid pumped, or the equivalent pressure in pounds per square inch.  For contract purposes this shall be understood to mean the difference between the elevation corresponding to the pressure at the discharge flange of the pump and the elevation corresponding to the vacuum or pressure at the suction flange of the pump, corrected for the same datum plane, plus velocity head at the discharge flange of the pump minus the velocity head at the suction flange of the pump.  The velocities to be used in calculating the velocity heads shall be those calculated by dividing the capacity by the cross sectional area of the pump nozzles at the gage connections.  The total dynamic head defined above is the algebraic sum of the total dynamic discharge head and the total dynamic suction head (or lift).  When calculating the discharge head to be specified for a prospective installation the following factors are considered:

(1) Static discharge head; pressure corresponding to the vertical distance from the horizontal centerline of the pump first stage impeller to the elevation at which the liquid is to be discharged.  This may be negative, if the delivery point is below the pump.

(2) Discharge friction loss in piping from pump to point of delivery.

(3) Pressure of liquid in receiving vessel, at the point of discharge, into which pump discharges.

(4) Velocity head at the pump discharge flange.

(f) Total dynamic suction head (or lift), in feet of liquid pumped or the equivalent pressure in pounds per square inch gage (or absolute pressure if lift is involved).  For contract purposes this shall be understood to mean the corrected reading of a calibrated pressure or vacuum gage connected at the pump suction, referred to the horizontal centerline of the pump first stage impeller when the pump is handling the specified capacity of the required liquid at the specified temperature and discharge head.  When calculating the total dynamic suction head (or lift) to be specified for a prospective installation the

512-8                                          -5-

following factors are considered:

    (1) Static suction head (or lift); pressure corresponding to the vertical distance in feet from the horizontal centerline of the pump first stage impeller to the surface of the liquid from which the pump takes suction.

    (2) Friction and entrance losses in suction piping.

    (3) Pressure (or vacuum) of liquid in the vessel from which pump takes its suction (if any).

    (4) Velocity head at suction flange of pump.

For classes B-1 and B-2 pumps the static suction head or submergence and the vacuum or absolute pressure in the condenser or evaporator shell shall be specified in lieu of the suction lift.

    (g) For class C-3 bilge pumps and other pumps for which self priming is specified, the following additional information is required (see paragraph 512-2.32):

    (1) Minimum air removal capacity expressed in cubic feet of air per minute measured at the vacuum.

    (2) Maximum vacuum expressed in inches of mercury.

    (3) Temperature of sealing water for primer, 60°F., unless otherwise specified.

    (h) The size and location of the suction and discharge connections or a statement that these shall be as approved.

    (i) The operating conditions for which the overall steam or power consumption is to be stated in bids and guaranteed in the contract, and penalties (as liquidated damages) for excess steam or power consumption.

    (j) Limits of height, length, and width for the unit and for disassembly of unit for normal maintenance overhaul.

    (k) Maximum and/or minimum weight allowed and, if necessary, penalty (as liquidated damages) for excess weight over the guarantees.

547-2

-6-

(£) A statement as to whether or not clockwise (right hand) and counterclockwise (left hand) units are required, and if new, that all units shall be to the same hand. Direction of rotation of a horizontal pump shall be determined by standing at the driving end and facing toward the pump; for a vertical pump by looking down upon the top of the pump.

(m) A complete list of all items of equipment, not essentially parts of the pump, which the pump contractor is required to furnish. Usually mention shall be made in such a list of spare parts and pressure-regulating governors; see paragraph 547-2-o. Also the following items should be considered if it is desired to have the pump manufacturer or contractor supply same.

(1) Relief valves.
(2) Drain valves.
(3) Suction and discharge valves.
(4) Check valves.
(5) Pressure and/or vacuum gages.
(6) Thermometers and thermometer sockets.
(7) Permanently connected revolution indicators.
(8) Air or vent valves and cocks.
(9) Special tools and number of sets per vessel.
(10) The number and distribution of instruction books and finished plans.
(11) Insulation and lagging.
(12) Other similar items.

4. The overall steam or power consumption of a pumping unit when operating under conditions specified in the order shall be stated in the bid and guaranteed in the contract.

5. The weight of the pumping unit complete with spare parts, but excluding sparepart boxing, shall be stated in the bid and guaranteed in the contract.

6. Each pump shall be installed with approved type of pressure gage on discharge and compound gage on suction.

547-2-d. Classification.

1. Classification and description of standard services for which centrifugal pumps may be specified, or approved, for the naval service are set forth in the following table, which is to be used as a guide when ordering and when submitting designs for type approval in accordance with paragraph 547-2-a and paragraph 547-2-uu.

-7-

847-2

CLASSIFICATION OF CENTRIFUGAL PUMPS BASED ON TOTAL SERVICE APPLICATION AND CHARACTERISTICS

| CLASS | SERVICE | Rated Capacity Gallons per Minute | Rated Total Head Pounds per Square Inch | Liquid Handled | Minimum Suction Head / Maximum Suction Lift / Suction Conditions | Priming Vacuum Required | Horizontal or Vertical | Type of Motor | Preferred Motor |
|---|---|---|---|---|---|---|---|---|---|
| A | Boiler feed pumps | 1000 to 1050 | 800 to 750 | Clean fresh water | 2 feet head and 160°F. to 40 lb. head and 270°F. | Yes | Horizontal or Vertical | Direct connected turbine | Single stage double suction for low head and single stage double suction or multi-stage for high head |
| B | Main condensate & circulating pumps | 3,000 to 100,000 | 10 to 50 | Sea water | Low No. lift, with suction 20 feet static submergence | No | Horizontal | Geared motor or geared turbine | Axial or mixed flow |
| C-1 | Miscellaneous circulating and bilge pumps | 10 to 10,000 | 22 to 100 | Fresh water / Sea water / Brine / etc. | Low No. lift, 20' to head of suction operation | As required | Direct connected motor | Single stage, single or double suction, volute |
| C-2 | Fire or dockyard fire and flushing pumps | 100 to 1,000 | 200 | Sea water | 20' No. lift at 70°F. | Yes | Horizontal | Direct connected motor | Single stage, double suction, volute |
| C-3 | Bilge pumps | 100 to 4,000 | 60 | Sea water, dirt, oil, mud, etc. | 20' No. lift at 70°F. | No | Vertical | Reciprocating or C-1 | Single stage, single or double suction, volute |
| D-1 | Condensate and feed pump / temperature pumps | 25 to 4,000 | 22 to 70 | Clean fresh condensate / sea water | 14 inch or lower water surface lift to 4 feet head at 160°F. | Yes | Type of C-1 | Single stage, multi-stage volute |
| D-2 | Condensate pumps | 25 to 4,000 | 22 to 400 | Clean fresh water | 6 foot submergence 4-foot submergence to lift higher than 160°F. | Yes | Vertical | Single or two stage, single or double, axial volute |
| E | Feed booster pumps | 25 to 1,000 | 25 to 1,000 | Clean fresh water |  |  |  |  |  |

547-2

-8-

2. When class C-1 or C-2 pumps are required to be self priming they shall be designated as "Class C-1 (or C-2) self-priming". (See subparagraph 547-2-kk-9 following.)

3. Where the combination of bilge pumping service with other services falling under class C-1 or C-2 is approved, such pumps shall be designated as C-1 and C-3" or C-2 and C-3" as applicable. (See subparagraph 547-2-aa-1 following).

4. Pumps for use on drain systems handling hot water at or near boiling temperature shall be designated as "Class H special".

547-2-v. Mounting bedplates and installation.

1. Each pump and its driving unit complete with all appurtenances shall be mounted on a common bedplate (sideplate for bulkhead mounting).

2. Bedplates (and sideplates) shall be of cast stock, class 6, Navy Department Specification 49S1, or structural steel fabricated by welding.

3. Bedplates (and sideplates) shall be sufficiently rigid to permit handling, shipment and installation of the unit on board ship, without disturbing the alignment of the assembled unit, and the installation on board ship, shall be such that normal distortion, weaving or vibration of the supporting structure through cable misalignment between the pump and its driving unit.

4. All bearing and seating surfaces of bedplates (and sideplates) shall be finished machined.

5. Each component part of an assembled unit supported directly by the bedplate shall be doweled thereto to facilitate reassembly and maintenance of alignment.

6. The design and installation of all pumps shall be such that alignment will not be disturbed or undue stresses set up in any part by normal vibration, contraction and expansion of piping attached thereto in service.

7. When motor driven pumps of the close-coupled type are specified, a bedplate will not be required; however, the pump casing shall be provided with a supporting foot for bolting to foundation to augment the support from the motor frame. Where such construction is approved special attention shall be given the design to insure that leakage from the pump stuffing box gland and between shaft and shaft sleeve cannot enter the motor frame or bearing brackets.

S47-2

-2-

## SPECIAL REQUIREMENTS

S47-2-f.  Drawings and instruction books.

1.  Drawings and instruction books shall conform to the requirements of Subsection 51-1.

2.  The assembly plans furnished with types B and D drawings shall show all parts assembled in correct position; each part being identified by a part number.  This assembly plan shall contain a material list in which shall appear the names of every part identified by part numbers in numerical sequence, with the number of the drawing on which each part is detailed.

3.  The assembly plan shall show all assembly clearances.

4.  A table of pump and driving unit characteristics and a table of weights shall be shown on assembly drawings.

5.  The assembly drawing of turbine driven pumps shall include a cross-section view of both the pump and turbine including reduction gears if furnished whenever a common or rigid coupled shaft is used.

6.  Complete characteristic curves based on performance acceptance tests shall be included on type D drawings.

7.  Instruction books shall be furnished for the following pumps:

    Boiler feed
    Main circulating
    Main, cruising and auxiliary (dynamo) condensate
    Main, cruising and auxiliary feed booster
    Fire or combined fire and flushing
    Bilge and other pumps fitted with self-priming units.

8.  Instruction books shall contain:

    (a) Pump and driving unit characteristic data.
    (b) General information, serial numbers of pumps and
        driving units, and weights.
    (c) Full, clear and concise description of the pump and
        its driving unit including controller and pump
        pressure regulating governor as applicable, suitably
        divided with sufficient photographs, drawings and
        sketches to indicate clearly all parts referred to.
        Part numbers and nomenclature shall correspond to
        those shown on the assembly drawings.

(d) Operating instructions for starting, stopping and operation.
(e) Safety precautions and procedure in case of difficulties which may be anticipated, methods of disassembly and reassembly, repair and maintenance.
(f) Performance curves based on test data.
(g) List of finished drawings by number and legend, leaving space for insertion of Bureau plan numbers after each.
(h) List of all parts identified by drawing and part numbers.

S47-2-g. Materials, workmanship and welding.

1. Materials, workmanship and welding shall conform to the requirements of Subsection S1-2.

S47-2-h. Threaded parts.

1. Threaded parts such as bolts, studs and nuts shall conform to the requirements of Subsection S1-3.

S47-2-i. Preservative coating.

1. Painting shall be in accordance with the requirements of Subsection S19-1.

2. All openings shall be closed against the ingress of moisture and foreign matter during storage and shipment.

3. Internal non-machined surfaces, parts, etc., shall be cleaned thoroughly of all scale, corrosion, molding sand, welding beads or other such substance which might become detached in service.

4. All finished surfaces including shaft journals, stuffing boxes, etc., liable to rust or corrode shall be covered with a rust preventative compound, type A, grade II, in accordance with Navy Department Specification 14C4, upon completion of acceptance tests and before shipment.

S47-2-j. Designating and marking.

1. Designating and marking shall conform to the requirements of Subsections S28-1 and S28-2.

2. Nameplates and rotation plates or cast arrows shall be provided on all pumps prominently located and securely attached thereto.

S47-2-3. Heat insulation and lagging.

1. Casings of pumps handling water at a temperature in excess of 180°F shall be insulated and lagged in accordance with the requirements of Sub-section S33-1.

2. Special care shall be taken to insure that the lagging is properly jointed to permit repair and inspection work such as opening of casings, without destroying the integrity of the covering.

S47-2-4. Radial bearings:

1. Bearings may be of sleeve or ball type except for class A or class B pumps where sleeve bearings only are acceptable. The use of ball bearings on shafts in excess of 2-inches diameter is, in general, not acceptable unless specifically approved.

2. Ball bearings and their installation shall be in strict accordance with Subsection S42-4 and Navy Department Specification 42B6.

3. Bearings shall be installed in housings separate from and independent of the stuffing boxes and with adequate protection from gland leakage. Suitable means shall be provided to prevent the escape of oil around the shaft. All baffles, wipers, etc., shall be readily renewable.

4. Sleeve bearings for horizontal pumps may be of the fixed or self aligning type, as approved. The bearings shall consist of a cap and bearing shells, supported by a bracket integral with the pump casing, carried on a shoulder machined thereon, or held in alignment therewith by at least two heavy dowels and securely bolted thereto. The use of bolts alone for securing these brackets is prohibited. The bearing shells shall be split along the axis and so arranged as to permit lifting off the upper halves readily and to permit rolling out the lower halves without removal of the shafts. The bearings shall be neatly fitted in their seating to prevent axial play. Bearings and their seatings shall be finished machined.

5. Sleeve type bearings for vertical pumps shall be of split design with removable caps, so fitted as to permit renewal or refitting without removal of pump rotor from the casing. When specifically approved, vertical steady bearings of the bushing type will be accepted if wear will be slight and if made of non-seizing and non-scoring material.

347-2

-12-

**S47-2-a.   Thrust bearings.**

1.   A suitable thrust bearing shall be installed on each pump for counter-acting any unbalanced hydraulic or mechanical thrust in either direction. In this connection consideration shall be given to the fact that rolling, pitching, or list of a ship at sea may introduce thrust loads in a horizontal unit which is in hydraulic balance.

2.   Thrust bearings for pumps may be of the following types:

    (a) Straight thrust ball type.
    (b) Combined radial and thrust ball type.
    (c) Pivoted segmental type.

3.   Ball type thrust bearings shall be in strict accordance with Sub-section 545-4 and Navy Department Specification 42B5.  Where ball type thrust bearings are installed on shafts carrying single inlet impellers the bearings shall have a load rating at least 300 percent in excess of the actual thrust load.  This load rating shall be as tabulated in Navy Department Specification 42B5, based on a standard life of 4000 hours.

4.   The straight thrust ball type bearings shall not be used in units over 100 horsepower or where the speed of the shaft is in excess of 1200 revolutions per minute.  For class A pumps the pivoted segmental type only is acceptable.

5.   Combined radial and thrust ball bearings shall preferably be type C, class b or c, single row, angular contact, duplex mounted, in accordance with Navy Department Specification 42B5.

6.   When pivoted segmental type thrust bearings are used, the design shall be such as to permit renewal or refitting of shoes without removal of the shaft.

7.   For vertical pumps thrust bearings shall be installed at the top of the unit.

**S47-2-b.   Lubrication.**

1.   A simple positive and self contained lubricating system shall be provided on each pump assembly, which, so far as practicable, shall conform to the general requirements of Subsection 545-1.

2.   Where forced lubrication is provided, the gear oil pump and its suction shall be located below the level of oil in the lubricating oil drain tank under all conditions of operation including inclined operating conditions.

847-2

-15-

3. All thrust bearing housings, particularly those of the pivoted segmental type, shall be so designed that the thrust bearing will be adequately lubricated immediately the shaft starts to turn. This shall be accomplished by properly locating oil supply and drain pipes, and adequate sealing of the bearing housing so that regardless of the length of time the unit is idle an adequate supply of oil  ill remain in the bearing housing.

4. Where the use of ball bearings is approved the lubrication requirements of Subsection 843-4 and Navy Department Specification #28 shall govern.

5. Where forced feed lubrication is provided, external oil coolers will be required. These shall be of approved type and in accordance with Subsection 845-1. Coolers shall be arranged so that oil may be by-passed and water shut off to permit replacement of tube nest or cooler without interruption of operation of the unit being served.

6. Internal cooling coils when permitted for ring or disk lubricated bearings shall be continuous (without joints) and readily removable as a unit. All connections thereto shall be external. They shall be supported throughout their length to prevent rupture due to bending or vibration. Cooling coils shall be designed to withstand a hydrostatic test pressure of 225 pounds per square inch gage. The use of cored water spaces in bearing housings for cooling will not be approved.

847-2-o.  Pump pressure regulating governors.

1.  One pump pressure regulating governor of an approved type and in accordance with Subsection 847-6 shall be furnished with each turbine driven pump for the following services:

    (a) Boiler feed.
    (b) Fire and flushing, except when dual motor and turbine drive is specified.

2.  Contractors are cautioned to take into account steam pressure drop through pump pressure regulating governors when rating turbine driven pumps. (See Subsection 847-6).

847-2-p.  Piping and valves.

1.  The requirements of Subsections 843-1, 843-2, and 843-3 shall apply except as hereinafter modified.

2.  All flanges and fittings for pipe connections shall conform to the standards of the Bureau of Engineering. (See Bureau drawing S-X-554).

347-2

-14-

3.   All valves shall conform to the standards and/or specification of the Bureau.  (See Bureau drawing 6-1-654).

4.   When two or more pumps are arranged to run in parallel, a check valve shall be installed in the discharge pipe from each pump to prevent back flow through a pump that is not up to pressure.

347-2-q.   Turbines.

1.   All turbines for driving pumps shall be in accordance with the requirements of Subsections 850-1 and 850-2.  Attention is directed particularly to the requirements regarding approved designs.

347-2-r.   Feed systems.

1.   The requirements of Subsection 856-2 shall apply.

347-2-s.   Motors and controllers.

1.   All motors for use with centrifugal pumps shall be of constant, adjustable speed or multispeed as specified or approved, and shall conform to the requirements of Subsection 563-5 for direct current, or 563-6 for alternating current motors.

2.   Motor rotors for use on dual turbine and motor driven class C-2 pumps shall be designed and tested for a speed 25 percent in excess of rated turbine speed.

347-2-t.   Pressure and vacuum gages.

1.   The requirements of Subsection 587-3 shall apply.

347-2-u.   Thermometers.

1.   The requirements of Subsection 587-4 shall apply.

347-2-v.   Other Subsections.

1.   The requirements of all other referenced Subsections (paragraph 347-2-a) shall be met.

S47-2

=16=

DETAIL REQUIREMENTS

ALL CLASSES

S47-2-w.  Casings.

1.  The casings shall be divided into two parts so as to permit ready removal of the rotors and for bearing and gland replacement.

2.  The design of casings shall be sufficiently rigged to withstand without fracture or appreciable distortion the strains to which they may be subjected.

3.  Sufficient clearance shall be provided around bolt heads and nuts to permit the use of ordinary tools.

4.  Fitted bolts or heavy dowel pins shall be provided to insure maintenance of alignment of casing halves in reassembly.

5.  Forcing bolts shall be provided for breaking joints.

6.  All pumps shall be fitted with drain connections and valves.

7.  All pumps shall be fitted with vent connections and valves on the discharge casings of each stage.

S47-2-x.  Suction and discharge connections.

1.  Suction and discharge connections shall be flanged.

2.  Suction and discharge connections shall in general be located on the bottom or fixed half of casings.  Where connections on the removable half of casings are approved in special cases, adjacent sections of piping shall be short and readily removable, so as to permit disassembly of pump with a minimum disturbance of piping.

3.  The size of suction and discharge connections shall be as required by applicable Bureau of Engineering Standard Sheets, B-114, B-115, and B-116 or as approved.

S47-2-y.  Impellers and shafts.

1.  Outside surfaces of impellers shall be smooth finished; inside surfaces shall be file finished in so far as practical.

2.  Impellers shall be keyed on the shaft and securely held against lateral movement by locked nuts or other approved means.

3.  Impellers shall be fitted with removable wearing rings except as otherwise specified under detail requirements of the individual class of pump.

S47-Z

-16-

4.  All shaft threading shall be counter to the direction of rotation
except where right hand and left hand units are installed in which case,
in order to reduce the number of spare shafts required, the threading shall
be right hand for all units and the threaded parts shall be locked in place
in a manner satisfactory to the Bureau.

5.  All shafts one inch in diameter and larger shall be fitted with shaft
sleeves in way of stuffing boxes, diaphragm bushings and water lubricated
bearings.

6.  Shaft flingers shall be provided for all pumps adjacent to stuffing
boxes.

7.  The shaft of all pumps except those driven by alternating current
motors, shall be provided with means to permit the ready and direct use of
a portable tachometer.

8.  All rotors shall be dynamically balanced with all rotating parts
connected thereto; for common shaft assemblies or those using a rigid coupling
this requires dynamic balance with the rotating elements of the driving unit
in place.  This dynamic balance shall be carefully made, shall be practically
perfect, and such as to insure that no appreciable vibration will be deve-
loped at any speed of rotation up to 25 percent in excess of the maximum
operating speed.

547-2-x.  Stuffing boxes and packing.

1.  Stuffing boxes shall be of adequate depth and design to reduce
leakage to a minimum under all operating conditions.

2.  Packing shall be in accordance with Bureau of Engineering standard
sheet S-153.  All packing shall be of an approved brand.

3.  All stuffing boxes shall be fitted with composition throat bushings.

4.  The stuffing boxes of all pumps subjected to suction pressure which
under any condition of operation may be below atmospheric pressure shall
be fitted with water seal connections and lantern rings located between
inner and outer sets of packing.  Special care shall be taken in the design
to insure that compression of the inner packing will not allow the lantern
ring to move sufficiently to cut off or restrict the sealing water supply.
In special designs where a water lubricated bearing is approved, considera-
tion will be given to the use of a combination lantern ring, throat bushing
and bearing, in which case the inner rings of packing may be omitted.
Sealing water connections shall be as specified under detail requirements of
the individual class of pump.

-37-                              347-2

5.  The design shall be such as to insure that leakage from the glands
cannot reach the bearings or be thrown over bearing housings or driving
units.  This shall preferably be accomplished by using glands, cored out
internally and provided with a shaft slinger.  Ample drip pockets, spray
shields and drains shall be provided.  For requirements regarding drain
collecting systems see Subsection 348-2.

6.  Gland and lantern rings shall be split in halves with the halves
secured together in an approved manner to form a solid ring for setting up.
If ample space is provided to renew packing and repack glands lantern
rings and glands need not be split.

7.  All stuffing box glands shall be set up by nuts threaded on gland
swing bolts or studs secured in the casing.

8.  Sufficient space shall be provided between bearings and stuffing
boxes to permit easy renewal of packing and inspection and overhaul of
bearings.

347-2-aa.  Couplings.

1.  For horizontal or vertical 4 bearing units an all metal flexible
coupling of a type guaranteed by the contractor and of a design satisfactory
to the Bureau shall be installed between the pump and its driving unit.

2.  For horizontal 3 bearing units the pump and driving unit shaft shall
be continuous or fitted with a rigid coupling between pump and driving unit
as specified or approved.

3.  Vertical 3 bearing units will be approved only when space consider-
ations are such that a 4 bearing unit cannot be installed.  When approved,
the unit shall be fitted with a rigid coupling between pump and driving
unit.

4.  All flexible coupling hubs shall be keyed to the shaft and secured
by lock nuts.  For shafts one-inch in diameter and larger the hubs shall
be fitted on a taper with keys parallel to the taper.

5.  All rigid couplings shall have fitted bolts and the coupling flanges
shall be marked at assembly to insure proper reassembly after overhaul of
the unit.

347-2-bb.  Fittings.

1.  The bottom of all pump casings shall be fitted with suitable con-
nections and valves to permit complete draining of the pump.

2.  The bottom of all drip pockets shall be pipe tapped for drain con-
nections.

3.  All drain connections shall be led to the proper drain collecting
system as specified in Subsection 348-2.

847-2

-18-

4.  The tops of all pump casings shall be fitted with vent connections.

5.  Class A, D, and E pumps are required to be fitted with suction casing vent connections to prevent vapor binding and to permit removal of air entrained with the liquid handled.

Class A Pumps

847-2-aa.  Performance characteristics.

1.  The total capacity of all main feed pumps installed on a particular vessel shall be that necessary to supply the amount of feed water needed for full power operation of the vessel plus 50 percent plus a 5 percent allowance for recirculation from the pump discharge to the feed tank.

2.  The rated capacity of cruising feed pumps, if installed shall be as specified and shall be in addition to the above.

3.  The head-capacity curves of feed pumps shall rise continuously from rated capacity to shut-off so that at constant rated speed the shut-off pressure shall be not less than 15 percent greater than at rated capacity.

4.  At constant rated speed the pumps shall develop 120 percent rated capacity at a pressure not less than 80 percent of rated discharge pressure.

5.  All pumps in this class for use with open feed tank systems shall, unless otherwise specified or approved, develop rated capacity and pressure at rated speed when operating under a suction head of 2 feet and at a temperature of 160° F.  Pumps for use in connection with closed feed systems shall develop rated capacity and pressure at rated speed when operating under a suction head of 29 pounds per square inch gage and at a temperature of 250° F.

6.  All class A main and cruising feed pumps discharging into the same feed main shall operate satisfactorily in parallel without surging under all conditions of operation from shut-off to full capacity when operating under any of the following methods of control of the driving unit:

(a) Unit operating at constant speed under control of speed limiting governor.

(b) Unit operating at variable speed under manual control of hand throttle.

(c) Unit operating at variable speed under control of constant pressure pump governor.

-19-                                  347-2

7.  The rotative speed of class A pumps shall not exceed that indicated
by Bureau of Engineering  Standard sheet S-170, for a given capacity, suction
pressure and temperature.

347-2-4d.  Materials.
1.  Materials for class A pumps shall conform to the following:
(a) Casings, class B cast steel (N.D. Spec. 49S1) for pressures ex-
ceeding 600 pounds per square inch gage; class B cast steel or gun metal
(N.D. Spec. 46M2) for pressures 600 pounds per square inch gage and below.

(b) Casing bolts, alloy #2 forged steel (N.D. Spec. 49S2) or steel
(N. D. Spec. 43S1A).

(c) Diaphragm (interstage pieces), class B cast steel (N. D. Spec.
49S1) or gun metal (N. D. Spec. 46M2).

(d) Diaphragm bushings, bearing bronze, grade 1 (N. D. Spec. 46S22)
nitrided steel (N. D. Spec. 46S30), class B forged steel (N. D. Spec.
49S2) surfaced with cobalt-chromium alloy (N. D. Spec. 45S5).

(e) Diffusers, gun metal (N. D. Spec. 46M2), manganese bronze (N. D.
Spec. 49S3), nickel-copper alloy, cast (N. D. Spec. 46M1).

(f) Impellers, nickel-copper alloy, cast (N. D. Spec. 46M1).

(g) Impeller wearing rings, nickel-copper alloy, (N.D. Specs. 46M1 or
46M7) corrosion resisting steel, grade 6 (W. D. Spec. 46S18), gun metal
(N. D. Spec. 46M2).

(h) Casing wearing rings, nickel-copper alloy (N. D. Spec. 46M1 or
46M7), phosphor bronze grade 1(N. D. Spec. 46S5), journal bronze (N. D.
Spec. 48S0), or gun metal (N. D. Spec. 46M2).

(i) Shafts, class An or alloy #2 forged steel (N. D. Spec. 49S2),
or nickel-copper-aluminum alloy (N. D. Spec. 46S5).

(j) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46S5)
minimum hardness 265 Brinell.

(k) Pressure breakdown drums and bushings, gun metal (N. D. Spec.
46M2), manganese bronze (N. D. Spec. 49S3), class B forged steel (N. D.
Spec. 49S2) surfaced with cobalt chromium alloy (N. D. Spec. 45S5), or
nickel-copper-aluminum alloy (N. D. Spec. 46S5) minimum hardness 265
Brinell.

347-2

-20-

(g) Bearing brackets and caps, class B cast steel (N. D. Spec. 49S1), or gun metal (N. D. Spec. 46R8).

(h) Bearing shells, cast steel or gun metal (N. D. Spec. 46R8) lined with anti-friction metal grade C (N. D. Spec. 46R2).

(i) Lantern rings and glands, gun metal (N. D. Spec. 46R8), or phosphor bronze grade B (N. D. Spec. 46R5).

2.  Impeller and casing wearing rings shall be of dissimilar metals.

3.  Pressure break-down drums and bushings shall be of dissimilar metals.

347-3-cc.  Design and construction.

1.  Class A pumps shall be hydraulically balanced.

2.  Boiler feed pumps shall preferably be of 4 bearing construction with a flexible coupling between pump and driving unit.  Special designs of 3 bearing units will be considered for specific approval where space limitations are such that a 4 bearing unit cannot be installed.

3.  Pumps in this class shall be fitted with pivoted segmental type bearings designed to take thrust in either direction.

4.  The first critical speed shall be at least 25 percent above the maximum operating speed of the unit.  Critical speeds shall be stated on pump assembly plans.

5.  Where diaphragms are fitted between stages they shall be sealed around shaft sleeves by labyrinth type packing.

6.  Casing wearing rings shall be fitted to all pumps.  Impeller wearing rings shall be fitted to all pumps except where casing rings are of labyrinth construction.  Impeller wearing rings shall preferably be secured to the impeller by threading with threads counter to the direction of rotation.

7.  The radial clearance between impeller and casing wearing rings shall be not less than indicated in the following table; all clearances to be measured on radius, i.e., the difference in diameters between impeller and casing wearing rings shall be not less than twice the clearance given below.

| Rated pump capacity G.P.M. | Clearance Inches |
|---|---|
| 249 and below | 0.005 |
| 250 to 499 | 0.0075 |
| 500 and above | 0.009 |

-22-                              347-2

8.  Pump casing joints may be made up either metal to metal or by use of one of the following gasket materials:

    Soft annealed copper
    Soft annealed iron
    Compressed asbestos sheet 1/64-inch thick

9.  The design shall be such that pressure on the stuffing boxes will not exceed pump suction pressure by more than 50 pounds per square inch. In order to accomplish this pressure breakdown drums and/or labyrinth packing shall be fitted inside pump stuffing boxes and a leakoff connection shall be taken between pressure breakdown device and the inside turn of packing.  This leakoff connection shall be led to the suction nozzle of the pump and in such a manner as to avoid disturbance in the flow of water.

10.  Each class A pump shall be fitted with a recirculating connection on the volute of the last stage or on the discharge nozzle.  This connection shall lead directly to the feed tank.  The line shall be fitted with a suitable stop valve and restricting orifice designed to pass approximately 5 percent of the rated capacity of the pump.  Individual recirculating lines from each pump may be combined into a common line.  A stop valve with means for normally locking them in the open position shall be fitted in the recirculating line adjacent to the feed tank.

11.  All class A pumps shall be fitted with suction vent connections. These connections shall be fitted with suitable stop valves and shall be piped through a continuously rising line to the top of feed tank or to vent condenser.

12.  Casing vent connections shall be fitted with suitable valves and led through sight flow fittings to drain collecting system as specified in subsection 346-2, or to bilge in a manner to afford protection to personnel, as specified or as approved.

13.  The following connections on feed pump casings shall be flanged:

    Discharge pressure gage line
    Pump governor actuating line
    Casing vents
    Casing drains
    Suction vents
    Pressure breakdown leakoff and its connection to
       suction nozzle

The use of seal welded flanged nipples will be acceptable where connection to flanges cast integral with casing is not practical due to interference with lagging or adjacent parts.

S47-2

-22-

14. All boiler feed pumps shall be provided with relief valves on the discharge side, installed on a fitting between pump and discharge stop valve. The relief valves shall discharge to the bilges and in such a manner as to afford protection to personnel. The size of relief valves shall be not less than one-half the diameter of the discharge line.

15. Feed pumps, designed to operate in parallel, shall be provided with check valves installed in the discharge line from each pump and fitted with an indicator in order to show the amount of valve opening.

Class B Pumps

S47-2-ff.  Performance characteristics.

1.  All main circulating pumps shall be capable of pumping bilges at a rate not less than 25 percent of the rated capacity with a dynamic suction lift of 15 feet of water.

S47-2-gg.  Materials.

1.  Materials for class B Pumps shall conform to the following:-

(a) Casings, gun metal (N. D. Spec. 46M6).

(b) Casing bolts, nickel-copper alloy rolled, class a or b (N. D. Spec. 46M7), manganese bronze, rolled (N. D. Spec. 46M16) or Naval brass, rolled (N. D. Spec. 45M4).

(c) Propellers or impellers, nickel-copper alloy, cast (N. D. Spec. 46M1).

(d) Guide vanes, gun metal (N. D. Spec. 46M6) or manganese bronze, cast (N. D. Spec. 46M3).

(e) Shafts, nickel-copper-aluminum alloy (N. D. Spec. 46M5) minimum hardness 255 Brinell.

(f) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46M5) minimum hardness 255 Brinell.

(g) Internal water lubricated bearings laminated phenolic material grade FBM (N. D. Spec. 17M5), bearing bronze, grade B (N. D. Spec. 46M22) or high lead content bronze of characteristics satisfactory to the Bureau.

S47-2-bb. Design and construction.

1. All main circulating pumps shall be provided with a bilge suction connection one-half the diameter of the pump inlet. This connection shall be provided on a fitting adjacent to pump inlet unless otherwise specified.

2. The pump casing shall be split to facilitate the ready removal and replacement of pump shaft, internal pump bearings, and impellers.

3. Pump casing joints shall be made up using a 1/16-inch gasket of one of the following materials:

(a) Rubber sheet cloth insertion, N.D. Spec. 33R9.
(b) Rubber sheet wire insertion, N.D. Spec. 33R10, or
(c) Compressed asbestos sheet, N.D. Spec. 33P13.

4. Class B pumps direct connected to driving turbine shall be fitted with two radial bearings, one located in the pump and one outboard or above the turbine.

5. Class B pumps driven through a reduction gear shall be provided with three radial bearings, one on each side of gear wheel and one in the pump.

6. Radial bearings shall be of the sleeve type. The design of internal water lubricated bearings shall be subject to the specific approval of the Bureau.

Class C-1 and C-2 Pumps

S47-2-ii. Performance characteristics.

1. Class C-1 pumps intended for parallel operation shall have a constantly rising head-capacity characteristic curve such that total head at shut-off is not less than 10 percent above total head at rated capacity.

2. Class C-2 pumps shall have a constantly rising head-capacity characteristic curve such that when operating on flushing service at constant rated speed the total head at shut-off will be not less than 10 percent nor more than 30 percent above total head at rated capacity.

S47-2-jj. Materials.

1. Materials for class C-1 and C-2 pumps shall conform to the following:

(a) Castings, gun metal (N. D. Spec. 46B8).
(b) Casing bolts, salt water service, nickel-copper alloy rolled, class a or b (N. D. Spec. 46M7), Naval brass (N. D. Spec. 46B6), or manganese bronze (N. D. Spec. 46B15); fresh water service, steel (N. D. Spec. 43S11).

347-2                          -24-

(a) Impellers, nickel-copper alloy cast (N. D. Spec. 46M1), for pumps having a total head of less than 100 feet per stage; impellers may be of gun metal (N. D. Spec. 46M5).

(d) Impeller and casing wearing rings: nickel-copper alloy (N. D. Spec. 46M1 or 46M7), gun metal (N. D. Spec. 46M5), phosphor bronze, grade I (N. D. Spec. 46B5), or journal bronze (N. D. Spec. 46B9). A wearing ring and its opposing surface shall be of dissimilar metals.

(e) Shafts fitted with shaft sleeves:

(1) Salt water service, nickel-copper-aluminum alloy (N. D. Spec. 46M8), or nickel-copper alloy rolled, class a (N. D. Spec. 46M7).

(2) Fresh water service, class A or class B forged steel (N. D. Spec. 46S2), nickel-copper alloy rolled, class a (N. D. Spec. 46M7), or nickel-copper-aluminum alloy (N. D. Spec. 46M8).

(f) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46M8), minimum hardness 265 Brinell.

(g) Shafts without sleeves, fresh or salt water service, nickel-copper-aluminum alloy (N. D. Spec. 46M8) minimum hardness 265 Brinell.

(h) Bearing brackets and caps, gun metal (N. D. Spec. 46M5), or class B cast steel (N. D. 49S1).

(i) Bearing shells for oil lubricated sleeve bearings, cast steel or gun metal (N. D. Spec. 46M5) lined with anti-friction metal grade 2 (N. D. Spec. 46M2).

(j) Lantern rings and glands, gun metal (N. D. Spec. 46M5), or phosphor bronze, grade I (N. D. Spec. 46B5).

(k) Mounting brackets for close coupled pumps, gun metal (N. D. Spec. 46M5), or class B cast steel (N. D. Spec. 49S1) for fresh water service only.

2.  Pumps for refrigerating plant brine circulating service shall be of all iron construction.

-25-                                    847-2

847-2-kk.  Design and construction.

1.  Hydraulic unbalance due to the use of single inlet impellers shall not exceed 150 pounds.

2.  Impeller wearing rings shall be fitted to all pumps of these classes having a rated capacity of 75 gallons per minute or more.

3.  Casing wearing rings shall be fitted in all pumps of these classes.

4.  Pump casing joints shall be made up using 1/32-inch compressed asbestos sheet gaskets.

5.  All refrigerating plant brine pumps shall be insulated from their driving units and bedplates.

6.  Horizontal class C-1 pumps driven by electric motors and having capacities under 1000 gallons per minute, may be of the close coupled type unless otherwise specified.

7.  Class C-2 pumps shall, unless otherwise specified or approved be of the horizontal coupled type.

8.  Class C-2 pumps for fire and flushing service and driven by both steam turbine and electric motor shall be fitted with over-running clutch coupling of an approved type between pump and turbine, and with a flexible coupling between pump and motor.  Motor rotors shall be designed for and shall be tested for a speed 25 percent in excess of rated turbine speed. A mechanical interlock shall be fitted between turbine throttle and motor controller so arranged that the turbine throttle cannot be opened until motor is disconnected from the power supply.

9.  When class C-1 and C-2 pumps cannot be so located in the vessel as to have a suction submergence, such units may be fitted with self-priming devices of an approved type, as described under class C-3 pumps, following.

Class C-3 Pumps

847-2-ll.  Performance characteristics.

1.  The characteristics of class C-3 pumps for bilge service including maximum suction lift and air removal capacity of vacuum pump for self-priming shall be as specified for each individual installation.

2.  Air removal capacity of vacuum pump, hereinafter referred to as the primer, shall be not less than that required to remove air from suction line and start flow of water to the pump within 3 minutes.

347-2                    -26-

347-2-m2.  Materials.

1.  The materials of class C-3 pumps shall be as specified for class C-1 and C-2 pumps supplemented by the following.

2.  Materials for primers shall be in accordance with the following:

(a) Mounting brackets, gun metal (N. D. Spec. 46M9).

(b) Casings, including port plates and lobes, gun metal (N. D. Spec. 46M9).

(c) Rotor, gun metal (N. D. Spec. 46M9).

(d) Shaft, nickel-copper-aluminum alloy (N. D. Spec. 46M9) minimum hardness 255 Brinell, or same material as bilge pump shaft if integral.

(e) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46M9) minimum hardness 255 Brinell.

(f) Gaskets, compressed asbestos sheet (N. D. Spec. 35F13) 1/64 inch thick.

347-2-m3.  Design and construction.

1.  Bilge pumping service shall not be combined with other pump service except where space considerations prohibit the use of separate pump units for bilge service only. Where such services are combined the primer shall be independently driven as specified hereinafter.

2.  For close coupled motor driven bilge pumps the primer shall be installed as follows:

(a) Primer shall be mounted on end bell of driving motor, opposite to pump, with rotor mounted on an extension of motor shaft.

(b) An automatic priming valve shall be fitted that will prevent bilge water from being drawn into primer and to act to unload the primer after bilge pump receives water.

(c) A removable basket-type strainer and vacuum breaker shall be installed in line between pump and primer.

-27-

547-2

3. For horizontal 4 bearing flexible coupled bilge pumps, the primer
shall be independently driven by an electric motor and installed as
follows:

(a) Primer shall be mounted on the pump bedplate.

(b) The primer shall be entirely automatic in operation,
controlled by a pressure switch, and designed to start simultaneously with
the bilge pump and to cut off automatically when bilge pump is primed.

(c) Primer shall be designed to cut in automatically whenever
the bilge pump loses its prime.

(d) An automatic priming valve shall be located between pump
and primer that will prevent water handled by a pump from entering the
primer, and when primer is shut down to prevent air being drawn into the
pump through the primer.

(e) A removable basket-type strainer shall be fitted in line
between pump and primer.

4. Primers for vertical bilge pumps shall be mounted and driven as
specified or approved.

5. Motor driven primers for pumps driven by steam turbine or internal
combustion engine shall be as specified above except that primer motor may
be manually started but thereafter shall be under automatic control by
means of the pressure switch.

6. A source of cleaning sealing water shall be provided for such priming
unit. Sealing water may be taken from a fresh & sea water system that is
constantly under pressure, or may be provided by means of a sealing water
tank mounted adjacent to the pump. Particular attention shall be given
to the importance of providing cold sealing water in order that the primer
capacity will not be excessively reduced.

7. All class C-3 pumps shall be capable of running for at least 3
minutes before receiving water.

Class D-1 and D-2 Pumps

547-2-00. Performance characteristics.

1. Pumps in these classes of a capacity of 40 gallons per minute or
more shall have a constantly rising head-capacity characteristic curve
such that at constant rated speed the total head at shut-off is at least
15 percent in excess of the total head at rated capacity.

S47-2

-29-

2.   Pumps in these classes of a capacity of less than 40 gallons per minute shall have a constantly rising head-capacity characteristic curve such that at constant rated speed the total head at shut-off is at least 5 percent in excess of the total head at rated capacity.

3.   Condensate pumps discharging into the same line and required to run in parallel shall have total heads at shut-off such that a pump of lower rated capacity will have a shut-off pressure at constant rated speed of at least 6 pounds per square inch in excess of a higher capacity pump.

4.   The rotative speeds of class D-1 and D-2 pumps shall not exceed that indicated by Bureau of Engineering Standard sheet E-171 for a given capacity, vacuum and suction submergence.

S47-2-pp.   Materials.

1.   Materials for class D-1 and D-2 pumps shall conform to the following:-

   (a) Casings, gun metal (N. D. Spec. 46B5), or class B cast steel, (N. D. Spec. 49S1).

   (b) Casing bolts, steel (N. D. Spec. 49B11), or nickel-copper alloy, class a or b (N. D. Spec. 46B7).

   (c) Diaphragm (interstage pieces), gun metal (N. D. Spec. 46B5), or class B cast steel (N. D. Spec. 49S1).

   (d) Diaphragm bushings, bearing bronze, grade 2 (N. D. Spec. 46B22).

   (e) Impellers, nickel-copper-alloy, cast (N. D. Spec. 46Wa).

   (f) Impeller and casing wearing rings, nickel-copper alloy (N. D. Spec. 46W1 or 46W2), gun metal (N. D. Spec. 46B5), phosphor bronze, grade 1 (N. D. Spec. 46B6), or journal bronze (N. D. Spec. 46B9). A wearing ring and its opposing surface shall be of dissimilar metals.

   (g) Shafts, fitted with shaft sleeves, class A or class B forged steel (N. D. Spec. 49S2), nickel-copper alloy, rolled, class a (N. D. Spec. 46W7), or nickel-copper-aluminum alloy (N. D. Spec. 46W5).

   (h) Shaft sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46W5) minimum hardness 255 Brinell.

   (i) Shafts without sleeves, nickel-copper-aluminum alloy (N. D. Spec. 46W5) minimum hardness 255 Brinell.

-29-                          347-2

(j) Bearing brackets or caps, gun metal (N. D. Spec. 46M5) or
class B cast steel (N. D. Spec. 48S1).

(k) Bearings, internal water lubricated, laminated phenolic
material grade FBM (N. D. Spec. 17P5), bearing bronze, grade 2 (N. D. Spec.
46B22), or special high lead content bronze of characteristics satisfactory
to the Bureau.

(l) Lantern rings and glands, gun metal (N. D. Spec. 46M5) or
phosphor bronze grade 1 (N. D. Spec. 45P5).

(m) Mounting brackets for driving units, gun metal (N. D. Spec.
46M5), or class B cast steel (N. D. Spec. 48S1).

347-2-qq.   Design and construction.

1.   Condensate pumps shall be single or two stage as approved or speci-
fied for the total head involved.

2.   For class D-2 service, vertical pumps with single top inlet first
stage impellers located at the bottom of the pump so as to have maximum
possible submergence, shall be provided.

3.   The pump casings of vertical condensate pumps shall be split vertical-
ly in such a manner as to allow the removal of the rotor without disturb-
ing the pump on its foundations, the piping thereto, or the driving unit.

4.   Where two stage pumps are provided, diaphragms (interstage pieces)
shall be fitted with a bushing.

5.   Pump casing joints shall be made up using a 1/64-inch compressed
asbestos sheet gasket, except that for small horizontal close coupled
pumps a 1/32-inch gasket will be acceptable.

6.   Hydraulic unbalance due to the use of single inlet impellers shall
not exceed 150 pounds.

7.   Casting wearing rings shall be fitted in all pumps of these classes.

8.   Impeller wearing rings shall be fitted to all pumps of these
classes having a rated capacity of 75 gallons per minute or more.

347-2                                        -30-

9.  The radial clearance between impeller and casing wearing rings shall be not less than indicated in the following table; all clearances to be measured on radius, i.e., the difference in diameters between the impeller and casing wearing rings shall be not less than twice the clearance given below.

| Rated Capacity G.P.M. | Clearance Inches |
|---|---|
| 249 and below | 0.006 |
| 250 to 499 | 0.008 |
| 500 to 749 | 0.010 |
| 750 and above | 0.012 |

10.  All class B-1 and B-2 pumps shall be fitted with separate flanged suction vent connections, unless self venting pumps without separate vent connections are specifically approved.  Evaporator brine overboard pumps shall be vented back to the evaporator shell from which suction is taken.  All vent lines shall rise continuously from the pump to the condenser or evaporator shell.  Each individual condensate pump shall be provided with a stop valve in the vent line adjacent to the condenser shell.

11.  Gland seal piping for shaft packing of condensate pumps shall be taken from the combined condensate discharge piping.  For evaporator brine overboard pumps the sealing water shall be taken from the distiller condenser circulating pump discharge.

Class E Pumps

347-2-rr:  Performance characteristics.

1.  Capacities of main feed booster pumps shall exceed the capacities of the corresponding feed pumps by at least 30 gallons per minute.

2.  At constant rated speed class E pumps shall develop 120 percent rated capacity at a total head not less than 60 percent of the rated total head.

3.  Class E pumps shall have a constantly rising head-capacity characteristic curve such that the total head at shut-off is at least 10 percent above total head at rated capacity.

4.  All class E pumps shall operate satisfactorily in series with class A pumps and shall operate satisfactorily in parallel without surging under all conditions of operation from shut-off to full capacity.

5.  Feed booster pumps shall have total heads at shut-off such that a pump of lower rated capacity will have a shut-off pressure at constant rated speed of at least 5 pounds per square inch in excess of a higher capacity pump.

-51-                     S47-2

S47-2-ss.   Materials.

1.  The materials of class E pumps shall conform to the requirements
for class D-1 and D-2 pumps (See paragraph S47-2-pp).

S47-2-tt.   Design and construction.

1.  Feed booster pumps shall be single or multi-stage as approved or
specified for the total head involved.

2.  The pump casing of vertical feed booster pumps shall be split
vertically in such a manner as to allow the removal of the rotor without
disturbing the pump on its foundation, the piping thereto, or the driving
unit.

3.  Where multi-stage pumps are provided, diaphragms (interstage pieces,
shall be fitted with a bushing.

4.  Pump casing joints shall be made up using a 1/64-inch compressed
asbestos gasket except that for small horizontal close coupled pumps a
1/32-inch gasket will be acceptable.

5.  Class E pumps shall be hydraulically balanced.

6.  Casing and impeller wearing rings shall be fitted.

7.  The radial clearance between casing and impeller wearing rings
shall be as required for class D-1 and D-2 pumps (see subparagraph S47-
2-qq-9).

9.  All class E pumps shall be fitted with separate flanged vent connect-
ions from each feed booster pump suction casing to the feed tank.  All
vent lines shall rise continuously from the pumps to the feed tank.  A
stop valve shall be located in the vent line or lines adjacent to the
feed tank.

TESTS

S47-2-uu.   Type approval tests.

1.  Type approval will be granted only as a result of service test or
as a result of test conducted at the Engineering Experiment Station,
Annapolis, Maryland.  Tests will be authorized at the Engineering Experi-
ment Station by the Bureau of Engineering at the expense of the exhibitor.
The head, capacity and other characteristics of the unit for test shall be as
arranged between the Bureau and the exhibitor.

247-2                          -32-

2.  To be granted type approval as the result of service tests the following requirements must be met.

(a) Two or more pumps of the same general design and general operating characteristics must have given satisfactory service on board a Naval vessel for a period of at least two years and must still be in service on such vessel at the time type approval is requested.

(b) When the design of pump in service for which manufacturer requests type approval does not meet current Naval requirements as regards head and capacity characteristics, the manufacturer will be required to furnish satisfactory evidence that he has produced pumps of a design, head and capacity characteristics equal to those currently required for Naval service.  The Bureau reserves the right to require additional type approval tests of any design of pump which in its opinion has been changed sufficiently to require further demonstration of its suitability.

(c) Any manufacturer placed on the acceptable list as a result of service test will be required on his first contract or order after being granted type approval to submit a complete unit to the Engineering Experiment Station for a check test which will conform to the requirements for a type approval test.  This test will be conducted at the expenses of the manufacturer.

3.  Separate type approval or service tests will be required on single and on multi-stage class A pumps.

4.  Separate type approval or service tests will be required on vertical and on horizontal units under each class, except that type approval granted on vertical design may be extended to cover horizontal design also.  In the case of class C-1 pumps, approval for vertical service may be extended where approval of horizontal C-1 and or vertical B, B-1 or B-2 pumps has already been granted.

5.  Separate type approval or service tests will be required on centrifugal and on axial or mixed flow pumps under class B or C-1.

6.  Type approval tests on class B pumps will not be made at the Engineering Experiment Station.  Type approval tests for this class will be made at the works of the manufacturer or elsewhere under conditions to be arranged with and to the satisfaction of the Bureau.

7.  Type approval of class C-3 pumps will be considered as having been met where pump manufacturer proposes the use of a priming unit which has been granted type approval, in combination with an approved class C-1 pump.

8.  Separate type approval tests on class B pump will not be required if manufacturer is already on the acceptable list for class A and class B-2 pumps, otherwise type approval tests will be required.

9. Three bearing, close coupled or rigid coupled centrifugal pumps in which a common shaft or extension thereof, without flexible coupling, serves both the pump and its driving unit, shall be tested for type approval with its driving unit. In the case of close & pumps type approval on a 2 bearing pump will be extended to a 4 bearing units, but a type approval test on a 4 bearing unit will apply to that design only.

247-2-vv.   Shop tests.

1.   Pump casings shall be tested hydrostatically to a pressure one and one-half times the maximum rated discharge pressure or total head which ever is greater, but in no case to less than 50 pounds per square inch gage.

2.   Pumps for submarine circulating systems which are subjected to sea pressure shall withstand a hydrostatic test pressure equal to one and one-half times designed submergence pressure of the vessel plus one and one-half times total head of the pump.

3.   All class 0.5 pumps and other self priming centrifugal pumps shall demonstrate their ability to run for at least 3 minutes before receiving water, and this test shall be repeated 6 times on each unit.

4.   All pumps on order, except those driven by alternating current motors shall be tested in the shop of the manufacturer or contractor at 25 percent above designed maximum operating speed by a continuous non-stop run of at least 30 minutes. This test shall be conducted in the presence of the Bureau's inspector, who will check operation and smoothness of running. While running at this speed the pump need not be loaded except as required to prevent injury, as this test is to insure proper strength and balance. For 4 bearing and geared units, these tests may be conducted with or without the driving units and gear units, provided the driving units and gear units have already been independently tested in the same manner. For continuous or rigid coupled shaft sets, these tests shall be made with the driving units connected in place. In the case of pumps driven by alternating current motors each unit shall be tested for balance and smoothness of operation at full load and full speed.

247-2-ww.   Performance acceptance tests.

1.   The driving unit shall be tested as required by the applicable subsection.

2.   One pump of each type and size on contract or order, as selected by the Bureau's inspector, complete including the turbine and reduction gear, if used, or the motor and controller; shall be given a test to determine the overall power or steam consumption of the unit under the specified or guaranteed conditions. This test may be conducted in the shop of the main contractor or subcontractor as arranged with the Bureau. The Bureau may consider waiver of overall power or steam consumption tests on centrifugal pumps where identical units with identical guarantees have been previously tested.

847-3

-34-

3.   For turbine driven pumps, the functioning of the speed governors shall be carefully observed during these tests, and all adjustments that may be necessary to insure satisfactory operation at all normal operating speeds shall be made before the units are accepted.  The governors shall function as specified in Subsection 850-1, and those on units not included in the shop test shall be tested after installation aboard the vessels.  When pressure regulating governors are specified, the foregoing requirements shall apply to this equipment also, and compliance with Subsection 847.5 shall be demonstrated.

4.   This test shall ordinarily be conducted at the same time as, and shall included the inclined operation tests as specified for the driving unit.  For inclined operation tests, the unit shall be run at maximum operating speed, but need not be fully loaded.  For requirements as to inclined operating tests see applicable Subsections for driving units; auxiliary turbines (Subsections 850-1 and 850-2); motors (Subsection 850-1), and lubrication systems (Subsection 849-1).

5.   Performance acceptance tests shall adequately demonstrate the ability of the pump to handle its rated capacity of specified liquid at the maximum temperature and minimum suction head or maximum suction lift or vacuum.

6.   Sufficient data shall be taken during the tests to prepare pump characteristic curves as required below.  In all cases the test data shall be corrected to the specified operating conditions as to steam pressure and temperature, exhaust pressure, voltage, frequency, temperatures, specific gravity, suction head or lift, vacuum, etc., as set forth in the contract or order; such conditions shall be clearly shown on the data sheets.  Data sheet shall state the actual finished diameter of pump impellers installed on test.  Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.

7.   The following test curves shall be supplied for all classes of pumps at constant speeds of approximately 90, 100 and 110 percent of designed speed.  Where pumps are driven by constant or multi-speed alternating current motors the curves required below shall be obtained for the rated speed conditions of the motor in lieu of those noted above.

(a)   Capacity versus total head or discharge pressure.

(b)   Capacity versus pump efficiency.

(c)   Capacity versus brake horsepower.

(d)   Capacity versus steam consumption or electrical horse-power input.

36

347-2

8.  The basic test curves required above shall be supplemented by the following additional curves for individual classes of pumps.

(a) Class A pumps; curves of capacity versus revolution per minute, and capacity versus steam consumption at constant discharge pressure of 80, 90 and 100 percent of normal discharge pressure.

(b) Class B pumps; curves of capacity versus total head, efficiency, brake horsepower, and steam consumption at a suction lift of 15 feet and at a constant speed as required to meet the bilge pumping condition specified in paragraph 347-2-ff-1.

(c) Class C-5 pumps; curves of capacity versus total head at constant rated speed with suction lifts of approximately 60, 80, 100 and 120 percent of designed suction lift.

(d) Priming units; curves of vacuum versus air capacity at the vacuum, air capacity in free air, efficiency, and brake horsepower at constant rated speed.

(e) Class D-1 and D-2 pumps; curves of capacity versus total head at constant rated speed and designed vacuum and at suction submergences of approximately 70, 85, 100 and 125 percent of designed submergence.

(f) Class E pumps; curves of capacity versus total head at constant rated speed and at suction heads of approximately 75, 100, and 125 percent of designed suction head with constant rated water temperature.

9.  To simplify the foregoing requirements the Bureau may, when requested, authorize separate tests of the driving unit, including reduction gear, if used, and driven unit constituting an assembly, at the works of different manufacturers and will accept overall power and steam consumption results and characteristic curves computed from the results therefrom.  This shall not be construed in any way to release the primary contractor from an operating run on one completely assembled unit from each contract or contracts on hand at the same time for identical units.  This operating test shall be run with the unit fully loaded and shall demonstrate all requirements of the specifications as to thrust, governing, balance, lubrication, etc., at maximum operating speed.

10.  Complete test reports including test data on both pump and driving units shall be assembled and distributed as specified in Subsection 31-1.

547-2

-36-

## 547-2-x1. Shipboard tests.

1. After installation, alignment shall be carefully checked and a careful running test made to check practical performance, including all governing features and parallel operation, if required.

2. Bilge pumping tests on main circulating pumps after installation are not required. The ability of such units to pump bilge shall be demonstrated during performance acceptance tests at manufacturer's shop.

### SPARE PARTS AND TOOLS

## 547-2-yy. Spare parts.

1. All spare parts for pumps of a given type and size furnished on the same contract shall be strictly interchangeable.

2. The following spare parts shall be furnished to each vessel for each size and type of pump, to be carried on board and included in the penalty weight. All spare parts shall be boxed as required by Subsection S6X-1. Boxing shall not be included in penalty weights.

| Parts as applicable to pump furnished | Quantities furnished per vessel | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number similar pumps per vessel | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (a) Ball bearings, complete sets | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (b) Sleeve bearings, complete sets | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (c) External water lubricated bearings | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| (d) Pivoted segmental bearings, sets | 2 | 3 | 4 | 4 | 5 | 6 | 7 | 8 |
| (e) Diffusion vanes, sets | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |
| (f) Motors, completely assembled, including shaft, impellers, impeller and casing wearing rings, casing, diaphragms and bushings, drum, sleeve, keys, nuts and complete coupling | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| (g) Oversize impeller wearing rings, sets | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |
| (h) Oversize casing wearing rings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| (i) Diaphragm bushings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| (j) Pressure breakdown drum bushings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| (k) Stuffing box throat bushings, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| (l) Coupling bushings and pins or other wearing parts, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| (m) Lubricating oil pumps complete including drive wearing and gears | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (n) Oil pump gears, sets, (in addition to item (m)) | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| (o) Felt wiper rings or oil seals, sets | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 |
| (p) Special packing, sets | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| (q) Lantern rings, sets | 1 | 2 | 2 | 3 | 3 | 4 | 4 | 4 |

-37-                          S47-2

3.  Spare pump rotors, item (f) above, shall be completely assembled ready for installation on the unit for which intended.  This shall be interpreted to include any non-rotating parts which can be installed only by removing some rotating part or parts of the pump rotor.  For pumps with shafts common to both pump and driving turbine, such as boiler feed pumps and in some instances main circulating pumps, the spare turbine rotor and removable parts in way of turbine, including governor parts, shall be separately packed.  In the case of close-coupled motor driven pumps de-signed for extreme withdrawal of impellers, the impeller and pump parts may be furnished disassembled.  All other spare pump rotors having common parts shall be completely assembled, including rotating parts of the driv-ing units unless otherwise specifically approved by the Bureau.

4.  The quantities of spare parts listed above for all items shall not be reduced by reason of the same part being furnished with spare rotor, item (f).

5.  Casing and impeller wearing rings, items (g) and (h) above, shall be machined undersize and oversize as applicable by at least 0.015-inch in order to permit finish machining as required for replacement on board ship.

S47-2-z.  Tools.

1.  The following special tools shall be supplied to each vessel for each size and type of pump installed:

(a)  Complete set of special wrenches for each machinery com-partment in which pumps are installed, arranged for convenient and acces-sible stowage.  No ordinary commercial tools should be included in such sets.  Wrenches should be of forged steel with hardened jaws.

(b)  One jacking tool for removing impellers from shaft.

(c)  One set of babbitting mandrels with collars, complete, for renewing white metal of all bearings.

(d)  One set of ball bearing pulling tools.

(e)  Any other special tools or equipment, which in the opinion of the Bureau or the Bureau's inspector are necessary for the proper maintenance of the pump units in service.

Subsection S47-2  Centrifugal and Axial Flow Pumps
(Edition of 1 August 1939)

Par. S47-2-b.  Reference Navy Dept. Specifications
Insert the following in its proper alphabetical
location:  "Coolers, lubricating oil and jacket
water .. 66S1".  (S2)

Par. S47-2-n.  Lubrication.
Subpar. 5, second sentence.  Delete "Subsection
545-1" and substitute therefor "Navy Dept. Speci-
fication 66S1."  (S2)

CHANGE "BUREAU OF ENGINEERING" AND "BUREAU OF CON-
STRUCTION AND REPAIR" TO READ "BUREAU OF SHIPS."  (S2)

MIL-P-17639(SHIPS)
8 October 1953
SUPERSEDING
S47-2 (in part)*
1 August 1939

MILITARY SPECIFICATION

PUMPS, CENTRIFUGAL, MISCELLANEOUS SERVICE,

FOR USE ON NAVAL SHIPS

1. SCOPE

1.1 Scope.- This specification covers the requirements applicable to the design and construction of centrifugal pumps for miscellaneous services aboard Naval ships.

1.2 Classification.- Pumps shall be of the following classes as specified (see 6.1):

Class C-1 - Pumps with overhung impellers (other than Navy standard close-coupled).
Class C-2 - Pumps with impeller between bearings, split case.

2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications and drawings, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
GGG-P-781 - Pullers, Bushing, Bearing, Gear, Wheel Hub and Cylinder Sleeve, Installing and Removing.

MILITARY
MIL-B-857 - Bolts, Nuts, Studs, and Tap Rivets (and Material for Same).
MIL-S-890 - Steel; Forgings and Bars for Hulls, Engines, and Ordnance (Heat-Treated).
MIL-B-892 - Bronze, Phosphor, Rolled or Drawn; Bars, Plates, Rods, Sheets, and Strips.
MIL-N-894 - Nickel-Copper-Alloy: Wrought.
MIL-S-901 - Shockproof Equipment, Class HI (High-Impact), Shipboard Application, Tests for.
MIL-D-963 - Drawings, Production (for Electrical and Mechanical Equipment for Naval Shipboard Use).
MIL-B-994 - Brass, Naval, Wrought.
MIL-C-2174 - Controllers and Master Switches, Direct-Current (Naval Shipboard Use).
MIL-C-2212 - Controllers and Master Switches, Alternating-Current (Naval Shipboard Use).
MIL-I-15024 - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment.
MIL-B-15071 - Books, Instruction, Preparation, Contents, and Approval.
MIL-S-15083 - Steel; Castings.
MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).
MIL-E-15163 - Engines, Diesel, Commercial-Type.
MIL-T-15243 - Tools, Nonsparking.
MIL-B-16261 - Bronze, Bearing: Castings.
MIL-B-16540 - Bronze, Phosphor: Castings.
MIL-B-16541 - Bronze, Valve: Castings.

*See 6.3

DEFENDENT'S
EXHIBIT
Buffalo Pumps

79

MIL-P-17639(SHIPS)

MILITARY (cont'd.)
MIL-M-16576 - Metal, Gun: Castings.
MIL-P-16789 - Preservation, Packaging, Packing, and Marking of Pumps, Centrifugal, Close-Coupled, Navy Standard. ~~(~~...~~)~~
MIL-M-17059 - Motors, Alternating-Current, Fractional HP (Shipboard Use).
MIL-M-17060 - Motors, Alternating-Current, Integral HP (Shipboard Use).
MIL-M-17413 - Motor, Direct-Current, Integral HP (Shipboard Use).
MIL-N-17506 - Nickel-Copper-Aluminum Alloy, Wrought.
MIL-B-17511 - Brass, Naval: Castings.
MIL-T-17523 - Turbine Steam General Auxiliary (Naval Shipboard Use).
MIL-M-17556 - Motor, Direct-Current, Fractional HP (Shipboard Use).
MIL-N-20184 - Nickel-Copper-Alloy: Castings.

NAVY DEPARTMENT
General Specifications for Inspection of Material.
42B5 - Bearings, Ball.
42B10 - Bearings, Roller.
46M2 - Metal, Antifriction: Ingots and Castings.
46B15 - Bronze, Manganese, Wrought: Bars, Forgings, Plates, Rods, Shapes, Sheets, and Strips.

BUREAU OF SHIPS
General Specifications.
Appendix 6 - Instructions for Painting.
General Specifications for Machinery:
Section S1-3 - Bolts, Bolt-Studs, Stud-Bolts, Studs, Screws, and Nuts.
Section S1-4 - Welding and Allied Processes.
Section S47-6 - Pump Pressure Regulating Governors (Steam-Driven Pumps).
Section S87-3 - Gages, Pressure and Vacuum.
Section S87-4 - Thermometers.

DRAWINGS

BUREAU OF SHIPS
B-104 - Flanged Composition Pipe Fittings, 100 P.S.I. and Below 425° F.
B-105 - Flanged Composition Pipe Fittings, 101 to 200 P.S.I. Steam Service.
B-153 - Packings and Gaskets, Standard Application of.
B-176 - Flanges, Composition, Silver Brazing, for Copper and Copper-Nickel-Alloy, Tubing and Brazed Pipes; Pressures 100 Pounds and Below.
B-177 - Flanges, Composition, Silver Brazing, for Copper and Copper-Nickel-Alloy Tubing, 1/4 to 10 Inches, Inclusive, Pressures, Steam-Service, 101 to 200 Pounds Hydraulic and Pneumatic Services, 101 to 400 Pounds.
B-214 - Root Connections for Attaching Piping.
5000-S4800-3000 - Piping Schedule, Pipe Fittings, Valves, and Types of Joints Used in Piping Systems.

(Copies of specifications, standards, and drawings required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 Other publications.- The following publication, of the issue in effect on date of invitation for ids, unless otherwise stated, forms a part of this specification:

NATIONAL BUREAU OF STANDARDS PUBLICATION
Handbook H28 - Screw Thread Standards for Federal Services.

Application for copies should be addressed to the Superintendent of Documents, Government Printing Washington 25, D. C.)

MIL-P-17639(SHIPS)

## 3. REQUIREMENTS

3.1  Qualification. - Pumps furnished under this specification shall be of a product which has been tested and has passed the qualification tests specified in section 4 (see 6.2).

3.2  Materials. -

3.2.1  All material used in the construction of the pumps and associated equipment shall be of the quality best suited for the purpose intended, and shall be strictly in accordance with the material specifications.

3.2.2  The use of materials differing in properties from those specified for a given application will be considered when the contractor shows the necessity for such substitution, the material proposed is readily obtainable, and provided that the material is satisfactory to the bureau or agency concerned.

3.2.3  Where no specifications are specified herein for the material for certain parts, the material used shall be of a type and quality consistent with that specified for associated parts in the pump.  The use or substitution of manufacturer's material shall be subject to approval by the bureau or agency concerned and shall be clearly indicated in a list submitted with the master drawings.

3.3  General design. -

3.3.1  The principle of reliability is paramount and no compromise of this principle shall be made with any other basic requirements of design.  It is the intention of this specification to obtain pumps of such design that they will operate over a long period of years with a minimum of servicing.  Where wear or erosion is unavoidable the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum.  The design and construction of all pumps shall be the most compact consistent with the following requirements:

- (a)  Reliability
- (b)  Accessibility for repair
- (c)  Resistance to wear or corrosion
- (d)  Economy
- (e)  Satisfactory operation when inclined as follows:
    - (1)  Up to 5 degrees for submarines, from the normal horizontal position in the plane of axis (permanently inclined) for surface ships; and for submarines, 7 degrees for machinery for surface operation, 15 degrees for machinery for submerged operation.
    - (2)  Up to 15 degrees to either side (permanently inclined).
    - (3)  With the ship rolling up to 45 degrees from the vertical to either side.
    - (4)  With the ship pitching 10 degrees up and down from the normal horizontal plane.

Note. -  Horizontal pumps are normally in a ship with the shaft in the fore and aft position.

3.3.2  Mounting. -

3.3.2.1  Pump units shall be horizontal or vertical mounted as specified (see 6.1).

3.3.2.2  Each horizontal flexible or rigid coupled pump and separable driving unit, complete with all appurtenances, shall be mounted on a common bedplate.

3.3.2.3  Bedplates shall be of cast steel, class CW of Specification MIL-S-15083, or of structural steel fabricated by welding.

3

MIL-P-17639(SHIPS)

3.3.2.4  Bedplates shall be sufficiently rigid to permit handling, shipment, and installation of the units onboard ship, without disturbing the alignment of the assembled units; and such that the normal distortion, weaving or vibration of the supporting structures onboard ships cannot cause misalignment between the pumps and driving units.

3.3.2.5  All bearing and seating surfaces of bedplates shall be finish machined.

3.3.2.6  Each component part of an assembled unit supported directly by a bedplate shall be doweled thereto to facilitate reassembly and maintenance of alignment.

3.3.2.7  In the event special bulkhead mounting is required, sideplates shall be furnished subject to all conditions specified for bedplates.

3.3.2.8  When motor driven pumps of the close-coupled type are specified, bedplates will not be required.  Each pump shall be provided with a support for bolting to the foundation to augment the support from the motor frame.

3.3.2.9  Vertical pumps shall be base-mounted unless otherwise specified in the contract or order.  The base shall have provisions for bolting to foundation.

3.3.2.10  Special attention shall be given the design of close-coupled type pumps to insure that leakage from the pump stuffing box glands cannot enter motor frames or bearing brackets.

3.3.3  Bearings. -

3.3.3.1  Types. -

3.3.3.1.1  Radial and thrust bearings may be of the sliding contact or rolling contact types.

3.3.3.1.2  The use of rolling contact bearings shall be subject to the speed limitations of Specifications 42B5 and 42B10 except where prior approval of the bureau or agency concerned has been granted.

3.3.3.1.3  Sliding contact radial bearings may be of the fixed or self-aligning type.

3.3.3.2  Installation. -

3.3.3.2.1  Bearings shall be installed in housings separate from and independent of the stuffing boxes and with adequate protection from gland leakage.  Suitable means shall be provided to prevent escape of oil around the shaft.  All baffles, wipers and related parts shall be readily renewable.

3.3.3.2.2  Bearing brackets shall be either cast integral with the casing, securely bolted to the casing on a machined shoulder, or held in alignment with the casing by at least two heavy dowels and securely bolted thereto.  The use of bolts alone for securing brackets is prohibited.

3.3.3.2.3  Bearing housings shall be cast integral with the bracket or secured thereto in such a manner as to insure alignment.

3.3.3.2.4  Sliding contact radial bearing shells shall be split along the axis and so arranged as to permit renewal or refitting without removal of the pump rotor from the casing.  They shall be neatly fitted in their seating to prevent axial play.  Shells and their seatings shall be finish machined.

3.3.3.3  Radial bearings. -

3.3.3.3.1  Rolling contact bearings for radial load and their installation shall be in strict accordance with Specification 42B5 or 42B10, as applicable.

3.3.3.3.2  Water lubricated sliding contact bearings shall not be furnished for salt water service.

4

MIL-P-17639(SHIPS)

3.3.3.4 Thrust bearings. -

3.3.3.4.1 A suitable thrust bearing shall be installed on each pump for counteracting any unbalanced hydraulic or mechanical thrust in either direction. In this connection consideration shall be given to the fact that rolling, pitching or list of a ship at sea may introduce thrust loads even though the unit is in hydraulic balance.

3.3.3.4.2 Thrust bearings may be of the combined radial and thrust rolling contact type or pivoted segmental type.

3.3.3.4.3 Combined radial and thrust bearings shall preferably be type C, class b or c, single row, angular contact, duplex mounted, ball bearings in accordance with Specification 42B5; or type C or D, class a, b, or c roller bearings in accordance with Specification 42B10.

3.3.3.4.4 When pivoted segmental type thrust bearings are used, the design shall be such as to permit renewal or refitting of shoes without removal of shafts.

3.3.3.4.5 Thrust bearings for vertical, flexible coupled pumps shall be installed at the tops of the pumps.

3.3.4 Lubrication. -

3.3.4.1 The lubrication of ball bearings shall be in accordance with Specification 42B5.

3.3.4.2 Where forced feed lubrication is provided for turbine-driven pumps, the lubricating system shall be in accordance with Specification MIL-T-17523.

3.3.4.3 All thrust bearing housings, particularly for bearings of the pivoted segmental type, shall be so designed that the thrust bearings will be adequately lubricated immediately when the shaft starts to turn. This shall be accomplished by properly locating oil supply and drain pipes, and by adequate sealing of the bearing housings so that, regardless of the length of time the units are idle, an adequate supply of oil will remain in the bearing housings.

3.3.5 Pump pressure regulating governors. -

3.3.5.1 One pump pressure regulating governor in accordance with Section S47-6 of General Specifications for Machinery shall be furnished with each turbine-driven pump for fire, or fire and flushing service unless otherwise specified in contract or order.

3.3.5.2 The steam pressure drop through pump pressure regulating governors should be considered when rating turbine driven pumps.

3.3.6 Piping and valves. -

3.3.6.1 All valves, flanges and fittings for pipe connections shall conform to Drawing 5000-S4800-3000.

3.3.7 Pump units which are required to be self-priming shall be of a type approved by the bureau or agency concerned.

3.3.8 Turbines. -

3.3.8.1 All turbines for driving pumps shall be in accordance with Specincation MIL-T-17523. Attention is directed particularly to the requirements regarding approved designs.

3.3.9 Diesel engines. -

3.3.9.1 All Diesel engines for driving pumps shall be in accordance with Specification MIL-E-15183.

5

MIL-P-17639(SHIPS)

3.3.10  Gasoline engines. -

3.3.10.1  All gasoline engines for driving pumps shall be as specified in the contract or order.

3.3.11  Motors. -

3.3.11.1  All motors for driving pumps shall be of the types and characteristics specified in the contract or order, and shall conform to Specifications MIL-M-17413 and MIL-M-17556 for direct current motors, or Specifications MIL-M-17059 and MIL-M-17060 for alternating current motors.

3.3.11.2  Motor rotors for use on dual turbine and motor driven pumps shall be designed and tested for a speed 25 percent in excess of rated turbine speed.

3.3.11.3  The horsepower rating of each motor shall be not less than the maximum brake horse-power of the driven pump under any condition from shut-off to free delivery. The actual motor rating shall be in accordance with Navy standard motor ratings. If the maximum brake horsepower of the pump is less than 2, and if there is a possibility of an unpredictably high frictional load due to improper adjustment of the gland or to some other cause, then the maximum brake horsepower shall be multiplied by a safety factor of 1.5 = $\frac{(max. \ BHP)}{4}$ before selecting the next larger Navy standard rating.

3.3.12  Controllers. -

3.3.12.1  All motor controllers shall be of the characteristics specified (see 6.1) and shall conform to Specification MIL-C-2174 for direct current controllers or Specification MIL-C-2212 for alternating current controllers.

3.3.13  Pressure and vacuum gages. -

3.3.13.1  All pressure and vacuum gages furnished with the units shall be in accordance with Section S87-3 of General Specifications for Machinery.

3.3.14  Thermometers. -

3.3.14.1  All thermometers shall be in accordance with Section S87-4 of General Specifications for Machinery.

3.3.15  Shockproofness. -

3.3.15.1  The design of all complete pumping units shall be such that they are capable of passing the class HI (high-impact) shock test specified in Specification MIL-S-901.

3.3.15.2  Shockmounts are not to be used unless bureau or agency approval of the mount and its proposed application is given.

3.3.15.3  The determination of stresses resulting from the shock tests is accomplished by the application of the usual methods of analytical mechanics. The allowable stress in components due to shock shall be the yield strength (0.2 percent offset) of the material. Normal stresses in parts, such as the tensile stress in a bolt due to initial pull-up, shall not be added to the shock stresses. It is of para-mount importance that the maximum accelerations possible under the shock tests be utilized in the design of holding down bolts, supporting feet or lugs, and main structural members of the equipment, and that no failure or permanent deformation occur as a result of shock. Components of an assembly mounted on a common rigid base need not be designed for higher accelerations than the values for which the whole assembly is designed unless the designer has reason to believe that higher accelerations will be experienced by the components.

6

MIL-P-17639(SHIPS)

3.3.15.4  Bolts designed to be stressed in shear shall be installed in holes with a minimum of clearance, as experience indicates that large clearances allow impacting and subsequent failure.

3.3.16  Casings. -

3.3.16.1  The casings of all flexible or rigid coupled pumps shall be divided into two parts so as to permit ready removal of the rotors and replacement of bearings and glands.

3.3.16.2  The casings of all close-coupled pumps shall be designed to permit ready replacement of wearing parts.

3.3.16.3  Sufficient clearance shall be provided around bolt heads and nuts to permit the use of ordinary tools.

3.3.16.4  Fitted bolts or heavy dowel pins shall be provided in class C-2 pumps to insure mainte- nance of alignment of casing halves in reassembly.

3.3.16.5  Forcing bolts shall be provided in class C-2 pumps for breaking joints.

3.3.16.6  All pumps shall be fitted with drain connections.

3.3.16.7  All pumps shall be fitted with vent connections and valves on the discharge casings of each stage.

3.3.16.8  All pumps shall be fitted with flanged connections, for suction and discharge pressure gauges, conforming to Drawing B-214.

3.3.17  Suction and discharge connections. -

3.3.17.1  Suction and discharge connections shall be flanged.

3.3.17.2  Suction and discharge connections shall in general be located on the bottom or fixed half of casings except on close-coupled pumps.

3.3.17.3  Suction and discharge connections shall be in accordance with Drawings B-176, B-177, B-104, and B-105, as applicable.

3.3.18  Impellers and shafts. -

3.3.18.1  Outside surfaces of impellers shall be smooth finished, and inside surfaces shall be file finished insofar as practical.

3.3.18.2  Impellers shall be keyed on the shaft and securely held against lateral movement by locked nuts or other means approved by the bureau or agency concerned.

3.3.18.3  Impellers shall be fitted with removable wearing rings except as otherwise specified (see 3.4.1.3) under detail requirements of the individual class of pump.

3.3.18.4  Shaft threading shall be counter to the direction of rotation except where both right hand and left hand units of the same design are involved; in which case, in order to reduce the number of shafts required for repair parts, the threading shall be right hand for all units and the threaded parts shall be locked in place.

3.3.18.5  Shafts shall be fitted with shaft sleeves in way of stuffing boxes, diaphragm bushings and water-lubricated bearings.

3.3.18.6  Shaft flingers shall be provided adjacent to stuffing boxes for all pumps.

MIL-P-17639(SHIPS)

3.3.18.7 The shafts of all pumps, except those driven by alternating current motors, shall be provided with means to permit the ready and direct use of portable tachometers.

3.3.19 Stuffing boxes and packing. -

3.3.19.1 Stuffing boxes shall be of adequate depth and design to reduce leakage to a minimum under all operating conditions.

3.3.19.2 Packing shall be in accordance with Drawing B-153. All packing shall be of a brand approved by the bureau or agency concerned.

3.3.19.3 All stuffing boxes shall be fitted with throat bushings.

3.3.19.4 The stuffing boxes of all pumps shall be fitted with water seal connections and lantern rings located between inner and outer sets of packing. Pumps shall be furnished complete with water seal pipes, fittings and valves as required. Special care shall be taken in the design to insure that compression of the inner packing will not allow the lantern rings to move sufficiently to cut off or restrict the sealing water supply. In any special design where a water lubricated bearing is approved by the bureau or agency concerned, consideration will be given to the use of a combination lantern ring, throat bushing and bearing, in which case the inner rings of packing may be omitted.

3.3.19.5 The design shall be such as to insure that leakage from the glands cannot reach the bearings or be thrown over bearing housings or driving units. This shall preferably be accomplished by using glands cored out internally and the shafts provided with flingers. Ample drip pockets, spray shields and drains shall be provided.

3.3.19.6 Gland and lantern rings shall be split in halves with the halves secured together in a manner to form solid rings for setting up.

3.3.19.7 All stuffing box glands shall be set up by nuts threaded on gland swing bolts, or on studs secured in the casings.

3.3.19.8 Sufficient space shall be provided between bearings and stuffing boxes to permit easy removal of packing, and inspection and overhaul of bearings.

3.3.19.9 All pumps for liquids having fumes which are toxic or explosive shall be provided with mechanical shaft seals unless otherwise specified in the contract or order.

3.3.20 Couplings. -

3.3.20.1 For horizontal or vertical 4-bearing units an all metal flexible coupling shall be installed between the pumps and driving units.

3.3.20.2 All flexible coupling hubs shall be keyed to the shafts and secured by lock nuts. For shafts one inch in diameter and larger the hubs shall be fitted on a taper with keys parallel to the tapers.

3.3.20.3 All rigid couplings shall have fitted bolts and the coupling flanges shall be marked at, assembly to insure proper reassembly after overhaul of the units.

3.3.21 Fittings. -

3.3.21.1 The bottom of all pump casings shall be fitted with suitable connections to permit complete draining of the pumps.

3.3.21.2 The bottom of all drip pockets shall be pipe tapped for drain connections.

3.3.21.3 The tops of all pump casings shall be fitted with vent connections.

8

MIL-P-17639(SHIPS)

3.3.22 Threaded parts such as bolts, studs and nuts shall conform to Section S1-3 of the General Specifications for Machinery and Handbook H28.

3.3.23 Painting shall be in accordance with the applicable sections of Appendix 6 of General Specifications.

3.3.24 Welding shall be in accordance with Section S1-4 of General Specifications for Machinery.

3.3.25 Identification plates.

3.3.25.1 Identification plates shall be furnished on each pump and shall be type A or B in accordance with Specification MIL-I-15024, except that identification plates of plastic or aluminum are not acceptable.

3.3.25.2 Identification plates shall be secured to equipment with corrosion resistant metallic screws.

3.3.25.3 Pump identification plates shall contain data as follows:

(a) Manufacturer's name.
(b) Manufacturer's model or type and size.
(c) Service application.
(d) Manufacturer's serial number.
(e) Salient design characteristics:
    (1) Capacity in gallons per minute.
    (2) Total head in pounds per square inch.
    (3) Speed of shaft in revolutions per minute.
    (4) Brake horsepower.
    (5) Test pressure.
    (6) Special data vital to the unit:
        (a) Suction pressure.
        (b) Submergence.
        (c) Impeller diameter.
(f) Contract number (and item number for multiple unit orders).
(g) Bureau of Ships stock number.
(h) Section for inspector's stamp.

3.3.25.4 Each driving unit and each accessory unit shall have an identification plate in accordance with the applicable equipment specification.

3.4 Detail requirements.

3.4.1 Class C-1 pumps.

3.4.1.1 The preferred design for class C-1 pumps shall be of the single stage, single suction, volute type.

3.4.1.2 Class C-1 pumps shall have constantly rising head-capacity characteristic curves. Pump with capacities of 50 gallons per minute or more shall have head-capacity characteristic curves such that total head at shut-off is not less than 10 percent above total head at rated capacity.

3.4.1.3 Impeller wearing rings shall be fitted to pumps of this class requiring a driver rated at 10 HP or more.

3.4.1.4 Casing wearing rings shall be fitted in all pumps of this class.

3.4.1.5 Pump casing joints shall be made up using compressed asbestos sheet gaskets.