MIL-P-17639(SHIPS)

3.4.1.6  Class C-1 pumps driven by electric motors of 25 HP or less shall be of the close-coupled type unless otherwise specified in the contract or order.

3.4.1.7  Materials for class C-1 pumps shall be as specified in table I.

Table I – Materials for class C-1 pumps.

| Application | Material | Specification |
|---|---|---|
| Casings | Gun metal | MIL-M-16576 |
|  | Valve bronze | MIL-B-16541 |
| Casing bolts |  |  |
|   Salt water service | Nickel-copper-alloy rolled, class a or b | MIL-N-894 |
|  | Naval brass | MIL-B-994 |
|  | Manganese bronze | 46B15 |
|   Fresh water service | Steel | MIL-B-857 |
| Impellers | Nickel-copper-alloy, cast | MIL-N-20184 |
|   Under 100 foot head only | Gun metal | MIL-M-16576 |
|  | Valve bronze | MIL-B-16541 |
| Impeller and casing |  |  |
|   wearing rings | Nickel-copper-alloy | MIL-N-20184 or MIL-N-894 |
|  | Gun metal | MIL-M-16576 |
|  | Phosphor bronze, grade I | MIL-B-16540 |
|  | Bearing bronze, grade II, or grade III | MIL-B-16261 |
| Shafts |  |  |
|   Salt water service | Nickel-copper-aluminum alloy | MIL-N-17506 |
|  | Nickel-copper-alloy rolled, class a or b | MIL-N-894 |
|   Fresh water service | Forged steel, class A or B | MIL-S-890 |
|  | Nickel-copper-alloy rolled, class a | MIL-N-894 |
| Shaft sleeves | Nickel-copper-aluminum alloy minimum hardness 265 Brinell | MIL-N-17506 |
| Bearing brackets and caps | Gun metal | MIL-M-16576 |
|  | Valve bronze | MIL-B-16541 |
| Bearing shells for oil lubricated sleeve bearings | Cast steel or gun metal, lined with antifriction metal, grade 2 | MIL-M-16576 |
|  |  | 46M2 |
| Lantern rings, glands and throat bushings | Gun metal | MIL-M-16576 |
|  | Phosphor bronze, grade I | MIL-B-16540 |
|  | Valve bronze | MIL-B-16541 |
| Mounting brackets for close-coupled pumps | Gun metal, or | MIL-M-16576 |
|  | valve bronze | MIL-B-16541 |
| Impeller nuts | Gun metal | MIL-M-16576 |
|  | Nickel-copper-alloy | MIL-N-894 |
|  | Phosphor bronze | MIL-B-692 |

10

MIL-P-17639(SHIPS)

### 3.4.2 Class C-2 pumps. –

3.4.2.1. All pumps of this class shall be suitable for parallel operation and shall have constantly rising head-capacity characteristic curves. Each pump with a total head in excess of 100 p.s.i. shall have a characteristic curve such that at constant rated speed the total head at shut-off will be not less than 10 percent nor more than 20 percent above total head at rated capacity.

3.4.2.2 The preferred design for class C-2 pumps shall be single stage, double suction, volute type.

3.4.2.3 Materials for class C-2 pumps shall be in accordance with those for class C-1 pumps (see table I).

3.4.2.4 Each class C-2 pump with a total head of 100 p.s.i. or higher shall have a synthetic rubber O-ring seal between the casing wearing ring and the casing.

### 3.5 Drawings. –

3.5.1 Drawings shall be in accordance with type I of Specification MIL-D-963.

3.5.2 Outline drawings shall be furnished covering complete pump units including pump, driver, bedplate and attached accessories. Separate outline drawings shall be furnished for each contract or order and for each different pump unit on a contract or order.

3.5.3 Pump master drawings shall include sectional assembly, complete list of material and details of all parts. The sectional assembly and list of material with references to detail drawings should be on a single sheet; and details shall be on one or more additional sheets. Several details should be shown on each pump master drawing. Details of single pump parts on size A sheets, resulting in a multiplicity of drawing sheets, should be avoided.

3.5.4. Subassemblies furnished as repair parts in lieu of or in addition to individual repair parts shall be recorded on the related outline drawings by reference notes or as additional items on the "List of Material" of the sectional assembly drawing.

3.5.5 Drawings for drivers and associated equipment shall be in accordance with the specifications for those equipments.

3.5.6 The sectional assembly drawing shall show all assembly clearances.

3.5.7 Drawings submitted with bids are not required to be in master drawing format.

3.6 Instruction books. – Instruction books shall be in accordance with type C of Specification MIL-B-15071, unless otherwise specified in the contract or order. A separate instruction book shall be furnished for each different pump unit except in special cases when books covering more than one pump may be approved. Preliminary instruction books submitted for approval shall include all proposed sections complete.

11

MIL-P-17639(SHIPS)

3.7 Repair parts and tools.-

3.7.1. Onboard.- Onboard repair parts of the types and quantities shown in table II shall be furnished as required in the contract or order.

Table II - Onboard repair parts.

| Name of part | Quantity per set |
|---|---|
| Ball or roller bearings<br>Internal water lubricated bearings<br>Coupling bushings, pins and other<br>  wearing parts<br>Felt wiper rings or oil seals.<br>Packing<br>Mechanical seals | 100 percent complete replacement<br>for all installed units per vessel |
| Sleeve bearings<br>Pivoted segmental bearings<br>Oversize impeller wearing rings<br>Undersize casing wearing rings<br>Diaphragm bushings<br>Lubricating oil pumps complete with<br>  drive shafting and gears<br>Oil pump gears or rotors<br>Lantern rings<br>Stuffing box throat bushings | One to 4 units per vessel -<br>100 percent replacement for<br>one pump<br>Over 4 units per vessel -<br>100 percent replacement for<br>two pumps |
| Rotors, completely assembled,<br>including shaft, impellers,<br>standard size impeller and<br>casing wearing rings, casing<br>diaphragms and bushings,<br>sleeves, keys, nuts, flinger, and<br>complete coupling<br>Diffusion vanes | 100 percent replacement for<br>one pump |

3.7.1.1 The pump rotor assembly for flexible coupled units shall be completely assembled ready for installation in the unit for which intended and shall include any nonrotating parts which can be installed only by removing some rotating part or parts of the pump rotor.

3.7.1.2 Pump rotor assemblies for motor driven close-coupled pumps shall be furnished disassembled.

3.7.1.2.1 The quantities of individual repair parts shall not be reduced because of duplication of parts furnished to make the rotor assembly except that standard casing wearing rings shall not be required.

3.7.1.3 Impeller and casing wearing rings, (see table II) shall be machined oversize and undersize as applicable by at least 0.015 inch in order to permit finish machining as required for replacement aboard ship.

3.7.1.4 Tools.-

3.7.1.4.1 A complete set of special tools required for the maintenance and repair of the pump units shall be included in each set of onboard repair parts.

12

MIL-P-17639(SHIPS)

3.7.1.4.2  The special tools shall include the following, as applicable:

(a) Complete set of special wrenches of forged steel with hardened jaws.
(b) One impeller pulling tool.
(c) One set of babbitting mandrels with collars, complete for renewing white metal of all bearings.
(d) One set of ball bearing pulling tools.
(e) Any other special tools necessary for the proper maintenance of the units in service.
(f) Tools for gasoline service pumps, or other pumps for handling explosive fluids, shall be non-sparking and in accordance with Specification MIL-T-16243.

3.7.1.4.3  Tools which are available in the Catalog of Naval Material, General Stores Section, such as common wrenches and standard pullers, will not be required.  Standard complete or limited sets of pullers or parts of puller sets in accordance with Specification GGG-P-781 shall be identified as to type and use in notes on the outline or section assembly drawings.  Special tools shall be detailed, and included in the list of material.

3.7.1.5  Each box containing onboard repair parts shall contain a list entitled "List of onboard repair parts and tools".  The list shall be in a format suitable for use on outline drawings and in the instruction books.  It shall not be less than nominal 8-1/2 by 11 inches in size.

3.7.1.5.1  The format of the list shall include a heading and columns of data for the items listed.  The heading shall include titles and applicable entries as follows:

Reproduced from drawing number _____
Number of ships _____
Application _____
Contract number _____
Manufacturer _____
Quantities are for _____ units per ship
The columns shall include:
    Piece number _____
    Name of part _____
    Quantity _____
    Drawing number _____
    Standard Navy stock number _____
Additional columns may be used as applicable

3.7.1.5.2  The list shall be so treated as to be resistant to oil, water and fading.

3.7.2  Stock. - The selection, stock numbering and quantities of repair parts for stock shall be determined and processed in accordance with Specification MIL-R-15137.

3.7.2.1  The cognizant supply demand control point for repair parts for stock is Ships Parts Control Center, Mechanicsburg, Pennsylvania, unless otherwise specified in the contract or order.

3.8  Workmanship. - The equipment, including all parts and accessories, shall be manufactured and finished with first class workmanship in all respects.

4.  SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1  Qualification tests at a Government laboratory. - Qualification tests shall be conducted at the Engineering Experiment Station, Annapolis, Maryland.  The head, capacity and other characteristics of units for qualification tests shall be as specified by the Bureau of Ships.

13

MIL-P-17639(SHIPS)

4.1.1  The qualification tests shall adequately demonstrate the ability of the pump to handle the specified capacities at the maximum specified temperature of the liquid and the minimum suction head or maximum suction lift or vacuum.  Sufficient data shall be taken during the tests to prepare pump characteristic curves as required herein.  Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.  The following test curves shall be prepared:

(a)  Capacity versus total head.
(b)  Capacity versus pump efficiency.
(c)  Capacity versus brake horsepower.

4.1.2  Endurance test.-  The pump shall be operated for 24 hours continuous at a capacity as near free delivery as possible and for 12 hours at a capacity as near shut-off as possible.  Failure of any part of the pump during the endurance test shall be considered as failure of the pump to qualify.  The pump shall complete the endurance test without excessive noise, vibration or wear of parts.

4.1.3  Consideration will be given to granting qualification as a result of service tests.  To be granted qualification as the result of service tests the following requirements shall be met:

(a)  Two or more pumps of the general design and general operating characteristics shall have given satisfactory service onboard a Naval vessel for a period of at least two years and must still be in service on such vessel at the time qualification is requested.
(b)  When the design of a pump in service for which a manufacturer requests qualification does not meet current Naval requirements as regards head and capacity characteristics, the manufacturer shall be required to furnish satisfactory evidence that he has produced pumps of a design, head and capacity characteristics equal to those currently required for Naval service.  The Bureau of Ships reserves the right to require additional qualification tests of any design of pump, which, in its opinion, has been changed sufficiently to require further demonstration of its suitability.
(c)  Any manufacturer whose product has been eligible to be placed on the qualified products list as a result of service test shall be required on his first contract or order after being granted qualification to submit a complete unit to the Engineering Experiment Station for a check test which will consist of the qualification tests.  The awarding of qualification shall be contingent upon the unit passing the check test.

4.1.4  Separate qualification tests shall be required on vertical and on horizontal units under each class, except that qualification on vertical design may be extended to cover horizontal design also. Tests on more than one unit of each mounting and class normally will not be required.

4.2  Shop tests.-

4.2.1  Pump casings shall be tested hydrostatically to a pressure one and one-half times the maximum discharge pressure or total head, whichever is greater, but in no case to less than 50 pounds per square inch gage.

4.2.2  Pumps for submarine systems which are subjected to sea pressure shall withstand a hydrostatic test pressure equal to one and one-half times the designed submergence pressure of the vessel plus one and one-half times the total head of the pump.

4.2.3  Each pump, except those driven by alternating current motors, shall be tested in the shop of the manufacturer or contractor at 25 percent above designed maximum operating speed by a continuous nonstop run of at least 30 minutes.  This test shall be conducted in the presence of the Government inspector, who shall check operation and smoothness of running.  While running at this speed the pump

14

MIL-P-17639(SHIPS)

need not be loaded except as necessary to prevent injury.  For four-bearing units and for geared units, these tests may be conducted with or without the driving units and gear units, provided the driving units and gear units have already been independently tested in the same manner.  For continuous or rigid coupled shaft sets, these tests shall be made with the driving units connected in place.  In the case of pumps driven by alternating current motors each unit shall be tested for smoothness of operation at full load and full speed.

4.3  Performance acceptance tests.–

4.3.1  It shall be the responsibility of the prime contractor to insure that tests required on assembled units are made.

4.3.2  Driving units shall be tested as required by the applicable equipment specifications.

4.3.3  One pump of each type and size on contract or order, as selected by the Government inspector, complete, including the turbine and reduction gear, if used, or the motor and controller, shall be given a test to determine the overall power or steam consumption of the unit under the specified or guaranteed conditions.  This test may be conducted in the shop of the main contractor or subcontractor as arranged with the bureau or agency concerned.  The Bureau of Ships may consider waiver of overall power or steam consumption tests on pumps if identical units with identical guarantees have been previously tested.

4.3.4  For turbine driven pumps, the functioning of the speed governors shall be carefully observed during these tests, and all adjustments that may be necessary to insure satisfactory operation at all normal operating speeds shall be made before the units are accepted.  The governors shall function as specified in the turbine specifications.  When pressure regulating governors are specified, the foregoing requirements shall apply to this equipment also, and compliance with the governor specifications shall be demonstrated.

4.3.4.1  Performance acceptance tests shall ordinarily be conducted at the same time as, and shall include the inclined operation tests as specified for the driving unit.  For inclined operation tests the unit shall be run at maximum operating speed, but need not be fully loaded.

4.3.5  Performance acceptance tests shall adequately demonstrate the ability of the pump to handle its rated capacity of specified liquid at the maximum temperature and minimum suction head or maximum suction lift or vacuum, as applicable.

4.3.6  Sufficient data shall be taken during the tests to prepare pump characteristic curves as specified in 4.3.7.  In all cases the test data shall be corrected to the specified operating conditions as to steam pressure and temperature, exhaust pressure, voltage, frequency, temperatures, specific gravity, suction head or lift, and vacuum, as set forth in the contract or order; such conditions shall be clearly shown on the data sheets.  The data sheets shall state the actual finished diameter of the pump impellers installed on test.  Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.

4.3.7  The following test curves shall be supplied for constant speeds of approximately 90, 100 and 110 percent of designed speed:

    (a)  Capacity versus total head.
    (b)  Capacity versus pump efficiency.
    (c)  Capacity versus brake horsepower.
    (d)  Capacity versus steam consumption or electrical horsepower input.

Where pumps are driven by constant or multispeed alternating current motors, the curves shall be obtained for the rated speed conditions of the motor in lieu of those noted above.

15

MIL-P-17639(SHIPS)

4.3.8  The bureau or agency concerned may, when requested, authorize separate tests of the driving unit including reduction gear, if used, and driven unit, at the plants of the different manufacturers, and will accept overall power and steam consumption results and characteristic curves computed from the results therefrom.  This should not be construed in any way to release the primary contractor from an operating run on one completely assembled unit from each contract.  This operating test shall be run with the unit fully loaded and shall demonstrate all requirements of the specifications as to thrust, governing, balance, and lubrication, at maximum speed.

4.3.9  Complete test reports, including test data on both pumps and driving units, shall be assembled and distributed as follows:

(a)  Three to the Bureau of Ships (to be forwarded via the cognizant inspector).
(b)  One for primary district inspection office.
(c)  One for branch inspection office (if any).
(d)  Two to each supervisor of shipbuilding (one for supervisor's files, the other for the shipbuilder).
(e)  One to the Commander of each ship building yard concerned, for Navy yard built ships, when specified in the contract or order.

4.3.10  One complete pumping unit of each type, design and size shall be subject to the high impact shock test specified in Specification MIL-S-901 as required by 3.3.15.

4.3.11  Equipment previously accepted will not be resubmitted for shock test except when evidence of low shock resistance develops in the units installed.  The bureau or agency concerned will initiate action with the manufacturer for correction of deficiencies, and reserves the right to require shock tests at any time.

4.3.12  All pump units shall be shock tested with drivers unless otherwise approved by the bureau or agency concerned.  Flexible coupled pumps shock tested with one driver will not be required to be shock tested again when supplied with a different driver.  Prime movers are subject to shock tests in accordance with the applicable equipment specifications.

4.3.13  One pump of each manufacturer's type and each nominal size shall be subject to shock tests.  Compliance with shock resistance requirements may be covered by test of a similar unit subject to bureau or agency concerned approval.

4.3.14  The pump unit shall be considered to have failed to pass the shock tests in the event of any of the following:

(a)  Breakage of any parts, including mounting bolts.
(b)  Appreciable distortion or dislocation of any part, such as shaft, mounting feet, bearings.
(c)  A mechanical unbalance of more than two times the amplitude of unbalance measured prior to tests at rated speed, or more than that permitted by the specifications for the driver.

4.3.15  Shock tests will be conducted at the manufacturer's plant.  Where a manufacturer is unable to conduct these tests at his own plant, he may arrange to have them conducted at a commercial laboratory, or Government laboratory suitably equipped to conduct tests.  Where shock tests are conducted at a Government laboratory, copies of the applicable master drawings shall accompany the units.

4.3.16  Pump units which have been subjected to the high-impact shock test and have failed to conform to the requirements will not be acceptable.

16

MIL-P-17639(SHIPS)

4.3.17 Pump units which have been subjected to the high-impact shock test and have successfully passed this test shall be considered acceptable for such service as the bureau or agency concerned may authorize. Such equipment will be returned by the Government to the contractor for reconditioning as follows:

(a) Minor deformations of mounting flanges shall be corrected.
(b) Minor deformations affecting alignment shall be corrected.
(c) All bearings shall be replaced.
(d) Each part shall be carefully examined by the contractor and any part which he considers substandard shall be replaced.

Minor deformations shall be defined as those which do not cause unqualified rejection of the design under high-impact shock test but which are in excess of the design dimensional tolerances specified on the applicable pump drawings.

4.4 Inspection of pump repair parts. - The pump repair parts required by 3.7.1 shall be inspected to assure interchangeability with the similar parts in the assembled pumps. Ordinarily material analyses and physical test specimens will not be required but the Government inspector shall employ such procedures as will assure the delivery of parts made of the same materials and by the same processes as for the assembled pumps.

4.5 Inspection procedures. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

5. PREPARATION FOR DELIVERY

5.1 Preservation, packaging, packing and marking. - Pumps shall be prepared for delivery for domestic shipment - immediate use; domestic shipment and storage; or for overseas shipment in accordance with Specification MIL-P-16789 (see 6.1).

5.2 Marking. - Nomenclature used in the marking of interior packages and shipping containers shall be the exact nomenclature for the part or item that has been approved under the contract or order.

6. NOTES

6.1 Ordering data. - Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Class required (see 1.2).
(c) Rated capacity.
(d) Rated total head.
(e) Horizontal or vertical installation (see 3.3.2.1).
(f) Liquid handled.
(g) Specific gravity of liquid handled.
(h) Liquid temperature.
(i) Suction head.
(j) Type drive.
(k) Electrical characteristics (for motor drive) as required by applicable motor and controller specifications.
(ℓ) Turbine characteristics (for turbine drive):
   (1) Type connection to driven unit.
   (2) Steam conditions (pressure and temperature) at the throttle (see the specification for pump pressure regulating governors regarding pressure drop through such governors), also the maximum designed boiler steam drum pressure of the installation for which the turbine is intended.
   (3) Exhaust conditions (pressure or vacuum) at turbine exhaust.

17

MIL-P-17639(SHIPS)

(m) Internal combustion engine characteristics (for engine drive):
   (1) Type engine.
   (2) Starting equipment required.
   (3) Type of sea water pumps.
   (4) Whether overspeed governor should be furnished and type requested.
(n) Whether shipment is for domestic shipment – immediate use; domestic shipment and storage; or for overseas shipment (see 5.1).
(o) If repair parts boxes are required, specify type (metal or wood) (see 5.1).
(p) That the following data is required with bids:
   (1) Sectional assembly drawing of pump.
   (2) A drawing of the unit showing overall dimensions.
   (3) Pump characteristic curves.
   (4) Pump efficiency at rated capacity.
   (5) Horsepower of driver.
   (6) RPM at rated capacity.
   (7) Weight of complete unit.
   (8) The manufacturer and descriptive data of the driven and associated accessories, such as controller.
(q) The number of pumps per vessel on which quantity of onboard repair parts is to be based.

6.2  In the procurement of products requiring qualification, the right is reserved to reject bids on products that have not been subjected to the required tests and found satisfactory for inclusion on the Military Qualified Products List.  The attention of suppliers is called to this requirement, and manufacturers are urged to communicate with the Bureau of Ships, Navy Department, Washington 25, D. C., and arrange to have the products that they propose to offer to the Army, the Navy or the Air Force, tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification.  Information pertaining to qualification of products covered by this specification may be obtained from the Chief of the Bureau of Ships, Navy Department, Washington 25, D. C.

6.3  This specification supersedes that part of Section S47-2 of the General Specifications for Machinery covering class C-1 and class C-2.

Notice. –  When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data, is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
   Navy – Bureau of Ships

18

MIL-P-17840(SHIPS)
1 March 1954

MILITARY SPECIFICATION

PUMP, CENTRIFUGAL, CLOSE-COUPLED, NAVY STANDARD

1. SCOPE

1.1  This specification covers electric motor driven Navy standard close coupled, single stage, centrifugal pumps.  It is the intention of this specification that pumps of a given capacity in gallons per minute and total dynamic head in feet and type of electrical voltage from all sources of supply be interchangeable as to mounting dimensions, size and location of piping connections, shaft extension, shaft sleeve, and flinger as outlined in this specification.

2.  APPLICABLE DOCUMENTS

2.1  The following specifications, standards, drawings, and publications, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
    GGG-P-781 - Pullers, Bushing, Bearing, Gear, Wheel Hub and Cylinder Sleeve, Installing and Removing.

MILITARY
    MIL-S-854 - Steel, Corrosion Resisting:  Plates, Sheets, Strips, and Structural Shapes.
    MIL-B-892 - Bronze, Phosphor, Rolled or Drawn, Bars, Plates, Rods, Shapes, Sheets and Strips.
    MIL-N-894 - Nickel-Copper Alloy, Wrought.
    MIL-S-901 - Shockproof-Equipment, Class HI (High Input), Shipboard Application, Tests for.
    MIL-D-963 - Drawings, Production (for Electrical and Mechanical Equipment for Naval Shipboard Use).
    MIL-B-994 - Brass, Naval, Wrought.
    MIL-C-2174 - Controllers and Master Switches, Direct-Current (Naval Shipboard Use).
    MIL-C-2212 - Controllers and Master Switches, Alternating-Current (Naval Shipboard Use).
    MIL-I-15024 - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment.
    MIL-B-15071 - Book, Instruction, Preparation, Contents, and Approval.
    MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).
    MIL-B-15939 - Bronze, Aluminum, Wrought.
    MIL-B-16261 - Bronze, Bearings:  Castings.
    MIL-P-16298 - Preservation, Packaging, Packing, and Marking of Electric Machines Having Rotating Parts (Includes Associated Repair Parts).
    MIL-B-16541 - Bronze, Valve:  Castings.
    MIL-M-16576 - Metal, Gun:  Castings.
    MIL-P-16789 - Preservation, Packaging, Packing, and Marking of Pumps General and Associated Repair Parts.
    MIL-M-17059 - Motors, Alternating Current, Fractional HP (Shipboard Use).
    MIL-M-17060 - Motors, Alternating Current, Integral HP (Shipboard Use).
    MIL-P-17303 - Packing Material, Plastic Metallic and Nonmetallic.

GPO—G—NAV—L-347

DEFENDENT'S EXHIBIT
Buffalo Pumps
80

MIL-P-17840(SHIPS)

MILITARY (cont'd.)
MIL-M-17413 – Motors, Direct-Current Integral HP (Shipboard Use).
MIL-A-17472 – Asbestos Sheet Compressed (Packing Material).
MIL-N-17506 – Nickel-Copper-Aluminum Alloy, Wrought.
MIL-M-17556 – Motor, Direct-Current, Fractional HP (Shipboard Use).
MIL-C-17566 – Cloth, Billiard.
MIL-P-17639 – Pumps, Centrifugal, Miscellaneous Service, for Use on Naval Ships.
MIL-N-20164 – Nickel, Copper, Alloy, Castings.

NAVY DEPARTMENT
General Specifications for Inspection of Material.
General Specifications for Machinery:
S1-3 – Bolts, Bolt-Studs, Stud-Bolts, Studs, Screws and Nuts.
S1-4 – Welding and Allied Processes.
General Specifications for Building Vessels of the United States Navy.
Appendix 6 – Instructions for Painting.
46B15 – Bronze, Manganese, Wrought; Bars, Forgings, Plates, Rods, Shapes, Sheets and Strips.

STANDARDS

MILITARY
MIL-STD-105 – Sampling Procedures and Tables for Inspection by Attributes.

DRAWINGS

BUREAU OF SHIPS
B-104 – Flanged Composition Pipe Fittings, 100 P.S.I. and Below 425° F.
B-176 – Composition Silver Brazing Flanges for Copper and Copper-Nickel Alloy Tubing and Brazed Pipes.
B-214 – Root Connections for Attaching Piping.
5000-S4800-3000 – Piping Schedule, Pipe Fittings, Valves, and Types of Joints Used in Piping Systems.

PUBLICATIONS

BUREAU OF SHIPS
NAVSHIPS 250-357-1 – Conditions Governing Tests in Naval Laboratories.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 Other publications.– The following document forms a part of this specification. Unless otherwise indicated the issue in effect on date of invitation for bids shall apply.

NATIONAL BUREAU OF STANDARDS PUBLICATION
Handbook H-28 – Screw Thread Standards for Federal Services.

(Copies of Handbook H-28 may be obtained upon application, accompanied by money order, coupon, or cash, to the Superintendent of Documents, Government Printing Office, Washington 25, D.C.)

3.  REQUIREMENTS

3.1 Qualifications.– The pumping equipment furnished under this specification shall be a product which has been tested and has passed the qualification tests specified herein (see 6.2).

2

MIL-P-17840(SHIPS)

## 3.2 Materials.-

3.2.1  Materials of construction of the pump parts, unless otherwise specified herein, shall conform to the minimum requirements of table I.

3.2.2  Where no specifications are specified herein for the material for certain parts, the material used shall be of a type and quality consistent with that specified for associated parts in the pump.  The use or substitution of manufacturer's material shall be subject to approval by the bureau or agency concerned and shall be clearly indicated in the list submitted with the master drawings.

Table I – List of material.

| Name of part | Material | Material specification |
|---|---|---|
| Casings | Gun metal, or Valve bronze | MIL-M-16576 MIL-B-16541 |
| Impeller | Gun metal | MIL-M-16576 |
| Impeller key | Nickel-copper alloy | MIL-S-654 |
| Shaft sleeve | Nickel-copper-aluminum alloy Minimum hardness 265 Brinell | MIL-N-17506 |
| Flinger | Gun metal or Valve bronze | MIL-M-16576 MIL-B-16541 |
| Wearing rings (see 3.12) | Bearing bronze, grade II, or grade III, or Nickel-copper alloy, or Valve bronze | MIL-B-16261 MIL-N-894, or MIL-N-20184 MIL-B-16541 |
| Impeller nut | Gun metal, or Nickel copper alloy, or Phosphor bronze | MIL-M-16576 MIL-N-894 MIL-B-692 |
| Glands | Gun metal, or Valve bronze | MIL-M-16576 MIL-B-16541 |
| Lantern ring | Valve bronze | MIL-B-16541 |
| Throat bushing | Bearing bronze, or Valve bronze | MIL-B-16261 MIL-B-16541 |
| Mounting bracket | Gun metal, or Valve bronze | MIL-M-16576 MIL-B-16541 |
| Studs, bolts, and nuts | Nickel-copper alloy, or Naval brass, or Manganese bronze | MIL-N-894 MIL-B-994 46B15 |
| Stuffing box packing | Plastic metallic, lead base | MIL-P-17303 symbol 1433 |
| Surface packing | Asbestos, sheet, compressed | MIL-A-17472 symbol 2150 |

3

MIL-P-17840(SHIPS)

3.3 General design.-

3.3.1 The principle of reliability is paramount and no compromise to this principle shall be made with any basic requirements of the design. It is the intention of this specification to obtain close coupled centrifugal pumps that will operate for long periods of time with a minimum of servicing. Where wear or erosion is unavoidable, the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum. The design and construction of all pumps shall be compact as set forth in figure 1 consistent with following requirements:

(a) Reliability
(b) Accessibility for repair
(c) Resistance to wear or corrosion
(d) Economy
(e) Satisfactory operation when inclined as follows:
   (1) Up to 5 degrees from the normal horizontal position in the fore and aft plane (permanently inclined).
   (2) Up to 15 degrees to either side (permanently inclined).
   (3) With the vessel rolling up to 45 degrees from the vertical to either side.
   (4) With the vessel pitching 10 degrees up and down from the normal horizontal plane.

3.3.2 The design of the pump units shall be sufficiently rigid to permit handling, shipment and installation of the units onboard ship without disturbing alignment; and such that the normal distortion, weaving or vibration of the supporting structures onboard ships cannot cause fracture or appreciable distortion.

3.3.3 Special attention shall be given the design to insure that leakage from the pump stuffing box glands cannot enter motor frames or bearing brackets.

3.3.4 Sufficient clearance shall be provided around bolt heads and nuts to permit the use of ordinary tools.

3.4 Installation.- All pumps will be normally installed to operate in horizontal position; however, all pumps shall be capable of operation in a vertical position with the motor above the pump.

3.5 Mounting.-

3.5.1 Dimensions.- All pumps shall have mounting dimensions and location of piping connections as shown on figure 1.

3.5.2 Brackets.- Mounting bracket shall contain a drip pocket for the collection of leakage from the stuffing box. Size of the tapped holes shall be as shown on figure 1.

4

MIL-P-17840(SHIPS)

3.6  Size of radial and thrust ball bearings. - The size of the radial and thrust ball bearings for each size motor frame shall be as specified in tables IX and X of figures 2 and 3. Hydraulic unbalance due to use of single inlet impellers without balancing rings, shall not exceed the values specified for bearings in table II, when computed according to the following formula:

$$T = P (A_1 - A_0) + .05 P (A_2 - A_1)$$

When:

$T$ = Maximum unbalanced thrust in pounds.
$P$ = Pressures in pounds per square inch (gage) at shut-off.
$A_2$ = Area of impeller at radius $R_2$ in square inches.
$A_1$ = Area of impeller to outside of impeller wearing ring, radius $R_1$ in square inches.
$A_0$ = Area in square inches to outside of shaft sleeve, radius $R_0$ (see figure 4).

Table II - Permissible thrust loads.

| Navy Department bearing No. | Revolutions per minute | | | |
|---|---|---|---|---|
| | 1150 | 1750 | 2800 | 3500 |
| 305 - Z | --- | 215 | --- | 160 |
| 306 - Z | --- | 280 | --- | 215 |
| 307 - Z | --- | 235 | --- | 255 |
| 308 - Z | --- | 400 | --- | 300 |
| 309 - Z | 560 | 470 | 375 | 350 |
| 310 - Z | 600 | 500 | 400 | 360 |
| 312 - Z | 700 | 580 | 470 | 425 |
| 313 - Z | 800 | 670 | 530 | 495 |

3.7  Piping and valves. -  All valves, flanges and fittings for pipe connections shall conform to Drawing 5000-S4800-3000.

3.8  Alternating current and direct current motors. -

3.8.1  The standardized frame numbers for the various ratings of close-coupled pump motors shall be as specified in tables III and IV.  Frame flange and shaft extension dimensions shall be as shown on figures 2 and 3 as applicable.

5

MIL-P-17840(SHIPS)

## TABLE III
## AC MOTORS
50°C AMBIENT, CLASS B INSULATION (OR CLASS H INSULATION, CLASS B TEMPERATURE LIMITS) WHERE ADVANTAGEOUS.

| FRAME NO. | CONSTANT SPEED | | | | | | MULTISPEED VARIABLE TORQUE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3500 RPM | | 1750 RPM | | 1150 RPM | | 1750/875 RPM | | 1150/575 RPM | | |
| | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | HP | ENCL | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 17 NC | | | 1/3 | SPT | | | | | | | |
| 18 NC | 1/2,3/4 | SPT | 1/2 | SPT | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 203 NC | | | 3/4,1 | SPT | | | | | | | |
| 204 NC | 1 | SPT | | | | | | | | | |
| 224 NC | 1 1/2,2,3 | SPT | 2 | SPT | | | | | | | |
| 225 NC | 5 | SPT | 3 | SPT | | | | | | | |
| 254 NC | 7 1/2 | SPT | 5 | SPT | | | | | | | |
| 284 NC | | | 7 1/2 | SPT | 5 | SPT | | | | | |
| 324 NC | 10 | TE | | | 7 1/2 | TE | 7.5/1.9 | TE | | | |
| 326 NC | 15 | TE | 10 | TE | | | 10/2.5 | TE | 7.5/1.9 | TE | |
| 364 NC | | | 15 | TE | 10 | TE | 15/3.7 | TE | 10/2.5 | TE | |
| 365 NC | 20 | TE | 20 | TE | 15 | TE | 20/5 | TE | 15/3.7 | TE | |
| 404 NC | 25,30 | TE | 25 | TE | 20 | TE | 25/6.2 | TE | | | |
| 405 NC | 40 | TE | | | 25 | TE | | | | | |
| 444 NC | | | | | | | | | | | |
| 445 NC | | | | | | | | | | | |
| 504 NC | | | | | | | | | | | |
| 505 NC | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 404 NCI | | | | | | | | | 20/5 | TE | |
| 405 NCI | | | | | | | | | 25/6.2 | TE | |
| 444 NCI | | | | | | | | | | | |
| 445 NCI | | | | | | | | | | | |

TE – TOTALLY ENCLOSED, SPT – SPRAYTIGHT, TE & SPT MOTORS MAY BE FAN COOLED

6

## TABLE IV
## DC MOTORS   MIL-P-17840(SHIPS)

### 50°C AMBIENT, CLASS B INSULATION WHERE ADVANTAGEOUS

| FRAME NO. | CONSTANT SPEED | | | | | | | | −15% ADJ SPEED | | | | −50% ADJ SPEED | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3500 RPM HP | ENCL | 2800 RPM HP | ENCL | 1750 RPM HP | ENCL | 1150 RPM HP | ENCL | 3500/2975 RPM HP | ENCL | 1750/1488 RPM HP | ENCL | 1750/875 RPM HP | ENCL | 1150/575 RPM HP | ENCL |
| 17 NC | 1/3 [A] | | | | 1/3 | SPT | | | | | | | | | | |
| 18 NC | 1/2 3/4 | SPT | | | 1/2 | SPT | | | | | | | | | | |
| 203 NC | | | | | 3/4 | SPT | | | | | | | | | | |
| 204 NC | 1 | SPT | | | 1 | SPT | | | 1.73 | SPT | | | | | | |
| 224 NC | 1/2,2,3 | SPT | | | 2 | SPT | | | | | | | | | | |
| 225 NC | 5 | SPT | | | 3 | SPT | | | 3/2.2 | SPT | | | | | | |
| 254 NC | 7 1/2 | SPT | | | 5 | SPT | | | | | | | | | | |
| 284 NC | | | | | 7 1/2 | SPT | 5 | SPT | | | | | | | | |
| 324 NC | | | | | | | | | | | 7.5/5.5 | SPT | | | | |
| 326 NC | | | 10 | TE | 10 | TE | 7 1/2 | TE | | | | | | | | |
| 364 NC | | | 15,20 | TE | 15 | TE | 10 | TE | | | | | | | | |
| 365 NC | | | | | 20 | TE | 15 | TE | | | | | | | | |
| 404 NC | | | 25 | TE | | | | | | | | | | | 7.5/1.9 | TE |
| 405 NC | | | | | | | | | | | | | 15/3.7 | | 10/2.5 | TE |
| 444 NC | | | | | 25 | TE | 20 | TE | | | | | 20/5 | TE | | |
| 445 NC | | | | | | | 25 | TE | | | | | 25/6.2 | TE | 15/3.7 | TE |
| 504 NCII | | | | | | | | | | | | | | | 20/5 25/6.2 | TE |
| 505 NCII | | | | | | | | | | | | | | | | |

TE-TOTALLY ENCLOSED, SPT-SPRAYTIGHT,   TE & SPT MOTORS MAY BE FAN COOLED

MIL-P-17840(SHIPS)

3.8.2 Anti-friction bearings shall be radial type, single row, single shielded, Conrad type assembly or single row ball, double row width double seal, prelubricated. The sizes used for the various frames shall conform to the requirements of tables IX and X of figures 2 and 3.

3.8.3 Shafts shall be of nickel-copper alloy in accordance with Specification MIL-N-894.

3.8.4 Alternating current motors.-

3.8.4.1 Alternating current motors shall be in accordance with Specification MIL-M-17059 or MIL-M-17060, except as otherwise specified herein, and shall conform to the following classification requirements:

| | |
|---|---|
| Service | Navy A. |
| Ambient temperature | 50°C. |
| Duty | Continuous. |
| Classification | Squirrel cage induction. |
| Sub-classification | Design B. Multi-speed motors shall be variable torque. |
| Bearings | Ball (see tables IX and X of figures 2 and 3). |
| Insulation | Class A, B, or H. |
| Number of phases | Three. |
| Frequency | 60 cycles. |
| Voltage | 440 volts. |

3.8.4.2 Sizes, degree of enclosure and speed characteristics shall be in accordance with table III and, when a choice exists, will be specified (see 6.1).

3.8.5 Direct current motors.-

3.8.5.1 Direct current motors shall be in accordance with Specification MIL-M-17413 or MIL-M-17556, except as otherwise specified herein, and shall conform to the following classification requirements:

| | |
|---|---|
| Service | Navy A. |
| Ambient temperature | 50°C. |
| Duty | Continuous. |
| Voltage | 115 or 230 volts as specified in contract or order. |
| Winding | Shunt. |
| Bearings | Ball (see tables IX and X of figures 2 and 3). |
| Insulation | Class A or B |

3.8.5.2 Sizes, degree of enclosure and speed characteristics shall be in accordance with table IV and, when a choice exists, will be specified (see 6.1).

3.8.5.3 Adjustable speed motors.- Minus 15 percent and minus 50 percent adjustable speed motors shall be adjustable from 15 percent and 50 percent less than rated speed respectively to rated speed by field control. Full rated power output shall be obtained at rated (high) speed.

3.8.5.4 Speed tolerance.- The full load speed of direct current constant speed motors at operating temperature shall be not less than 98 percent nor more than 103 percent of the specified speed for integral horsepower motors, and not less than 97 percent nor more than 108 percent of the specified speed for fractional horsepower motors.

3.9 Controllers.- All motor controllers shall be of the characteristics specified (see 6.1) and shall conform to Specification MIL-C-2174 for direct current controllers or Specification MIL-C-2212 for alternating current controllers.




8

MIL-P-17840(SHIPS)

3.10 Shockproofness.-

3.10.1 The design of all complete pumping units shall be such that they are capable of passing the class HI (high-impact) shock test specified in Specification MIL-S-901.

3.10.2 Shockmounts shall not be used unless bureau or agency approval of the mount and its proposed application is given.

3.10.3 The determination of stresses resulting from the shock tests is accomplished by the application of the usual methods of analytical mechanics. The allowable stress in components due to shock shall be the yield strength (0.2 percent offset) of the material. Normal stresses in parts, such as the tensile stress in a bolt due to initial pull-up, shall not be added to the shock stresses. It is of paramount importance that the maximum accelerations possible under the shock tests be utilized in the design of holding down bolts, supporting feet or lugs, and main structural members of the equipment, and that no failure or permanent deformation occurs as a result of shock.

3.11 Casings.-

3.11.1 The design of casings shall be sufficiently rugged to withstand without fracture or appreciable distortion the strains to which they may be subjected.

3.11.2 Casings shall be so designed as to permit the inspection and replacement of wearing parts. Suction covers shall be removable to permit removal of the impeller and other wearing parts for pump without dismounting the unit.

3.11.3 All pump casings for a specific pump number and manufacture shall be completely interchangeable regardless of pump capacity.

3.11.4 All casings shall have flanged suction and discharge connections. All flanges shall be in accordance with Drawing B-176.

3.11.5 All pumps shall have casings arranged so that the discharge can be located in any of the three positions shown on figure 1.

3.11.6 All casings shall be provided with the necessary tapped vent, drain, priming, and gauge connections for the three positions of discharge. Bosses for gage connections shall be of sufficient size for conversion to flanged connections in accordance with Drawing B-214.

3.11.7 All casings shall be provided with vent cocks in the proper location for the position of discharge.

3.11.8 All casings shall be arranged with stuffing boxes of the dimension indicated for the outside diameter of the stuffing box packing rings as shown on figure 5.

3.11.9 Hydrostatic pressure.- Casings shall be designed to withstand the applicable hydrostatic pressure specified on figure 1 (see 4.1.1).

3.12 Impellers and wearing rings.-

3.12.1 All impellers shall be of the single inlet enclosed type. Outside surfaces of impellers shall be smooth finished. Inside surfaces shall be file finished insofar as practical. All impellers shall be dynamically balanced.

3.12.2 Impeller wearing rings may be omitted on pumps 1 through 6 inclusive and also pumps 14 and 15 (see table V).

3.12.3 A wearing ring and its opposing surface shall be of dissimilar material.

9

MIL-P-17840(SHIPS)

3.12.4  Impeller nuts shall be of the self-locking acorn type.

3.12.5  The impeller shall have the approximate maximum diameter for each pump as specified in table V.

Table V – Approximate maximum impeller diameter.

| Pump number | Approximate maximum impeller diameter | Pump number | Approximate maximum impeller diameter |
|---|---|---|---|
| | Inches | | Inches |
| 1 | 6 | 10 | 7-1/2 |
| 2 | 6-3/4 | 11 | 9 |
| 3 | 5 | 12 | 9-3/4 |
| 4 | 6-1/4 | 13 | 10-1/2 |
| 5 | 5-1/8 | 14 | 8 |
| 6 | 7 | 15 | 5-1/4 |
| 7 | 10 | 16 | 9 |
| 8 | 9-1/4 | 17 | 10-1/2 |
| 9 | 9-1/4 | | |

3.13  Shaft sleeves. – Shaft sleeves shall be in accordance with figure 5.

3.14  Flingers. – Flingers shall be in accordance with figure 6.

3.15  Stuffing boxes. –

3.15.1  Stuffing boxes shall be of adequate depth of design to reduce leakage to a minimum under all operating conditions.

3.15.2  All casings shall be fitted with throat bushings and lantern rings.  Special care shall be taken in the design to insure that compression of the inner packing will not allow the lantern ring to move sufficiently to cut off or restrict the sealing water supply.

3.15.3  Sealing liquid connections and lines to the lantern ring from pump casings shall be provided. Lantern rings shall be solid or split in halves with the halves secured together in a manner to form solid rings for setting up.

3.15.4  Stuffing box gland shall be split to facilitate packing the stuffing box.  Gland halves shall be secured in a manner approved by the bureau or agency concerned.  Glands shall be set-up by nuts threaded on studs or swing bolts screwed in the casing.

3.16  Threaded parts. – All threaded parts such as bolts, studs and nuts shall conform to Section S1-3 of the General Specifications for Machinery and Handbook H-28.

3.17  Welding shall be in accordance with Section S1-4 of General Specifications for Machinery.

10



MIL-P-17840(SHIPS)

**3.18  Identification plates.–**

3.18.1  Identification plates shall be furnished on each pump and shall be type A or B in accordance with Specification MIL-I-15024, except that identification plates of plastic or aluminum are not acceptable.

3.18.2  Identification plates shall be secured to equipment with corrosion resistant metallic screws.

3.18.3  Pump identification plates shall contain data as follows:

    (a)  Manufacturer's name.
    (b)  Manufacturer's model or type and size.
    (c)  Service application.
    (d)  Manufacturer's serial number.
    (e)  Salient design characteristics:
        (1)  Capacity in gallons per minute.
        (2)  Total head in pounds per square inch.
        (3)  Speed of shaft in revolutions per minute.
        (4)  Brake horsepower.
        (5)  Test pressure.
        (6)  Special data vital to the unit:
            (a)  Suction pressure.
            (b)  Submergence.
            (c)  Impeller diameter.
            (d)  Contract number (and item number for multiple unit orders).
            (e)  Bureau of Ships stock number.
            (f)  Section for inspector's stamp.
            (g)  Navy standard pump number.

3.18.4  Each driving unit and each accessory unit shall have an identification plate in accordance with the applicable equipment specification.

**3.19  Painting.–**  Painting shall be in accordance with Appendix 6 of General Specifications for Building Vessels of the United States Navy.

3.20  Pumps for a specific application shall be selected and specified from rating chart figure 7 for alternating current motors, or figure 8 for direct current motors.  Bidders shall quote on the standardized pump size and with the horsepower and speed motor as indicated on rating chart for the application.

3.21  Pumps for all services shall have constantly rising head-capacity curves from maximum or wide open capacity to zero or shut-off capacity.  Pumps for ship's fresh water service rated at 70 g. p. m. and above shall have a constantly rising head-capacity curve from rated point to shut-off such that at one-third of rated capacity the head shall not be less than 10 pounds per square inch above rated head.  At 3 pounds per square inch below rated head and 20 feet dynamic suction lift, operation shall be stable and within the breaking-off point on the head-capacity curve.  Ship's fresh water pumps below 70 g. p. m. rated capacity shall have a shut-off head not less than 10 pounds per square inch above rated head and shall operate satisfactorily over a range of 8 pounds per square inch above to 5 pounds per square inch below rated head.

3.22  All pumps shall be designed for satisfactory operation at a minimum dynamic suction lift of 15 feet of water at 85° F.

3.23  All pumps units shall have nonoverloading horsepower characteristics.

**3.24  Rotation.–**  All pumps shall be right hand rotation (clockwise when viewed from motor end of unit) only.

3.25  Casing wearing rings shall be fitted in all pumps.

11

3.26 Pump casing joints shall be made up using compressed asbestos sheet gaskets.

3.27 Drawings.-

3.27.1 Drawings shall be in accordance with type I of Specification MIL-D-963.

3.27.2 Outline drawings shall be furnished covering complete pump units including pump, driver and accessories. Separate outline drawings shall be furnished for each contract or order and for each different pump unit on a contract or order.

3.27.3 Pump master drawings shall include sectional assembly, complete list of material and details of all parts. The sectional assembly and list of material with references to detail drawings shall be on a single sheet; and details shall be on one or more additional sheets. Several details should be shown on each pump master drawing. The width of drawings shall be 28 inches.

3.27.4 Subassemblies furnished as repair parts in lieu of or in addition to individual repair parts shall be recorded on the related outline drawings by reference notes or as additional items on the "List of Material" of the sectional assembly drawing.

3.27.5 All pump outline and master drawings shall include in the title block the designation "Navy standard close-coupled pump number" followed by the applicable pump number.

3.27.6 Final approved sectional assembly drawings shall include characteristic curves for each impeller used covering various impeller diameters from the smallest to the largest applicable.

3.27.7 Drawings for drivers and associated equipment shall be in accordance with the applicable specifications.

3.27.8 The sectional assembly drawing shall show all assembly clearances.

3.27.9 Drawings submitted with bids are not required to be in master drawing format.

3.28 Instruction books.- Instruction books shall be in accordance with type C of Specification MIL-B-15071, unless otherwise specified in the contract or order. A separate instruction book shall be furnished for each different pump unit except in special cases when books covering more than one pump may be approved by the bureau or agency concerned. Preliminary instruction books submitted for approval shall include all proposed sections complete.

3.29 Repair parts.-

3.29.1 Onboard.- Onboard repair parts shall consist of pump, motor, and controller parts and tools as required by the applicable equipment specifications. A rotor or armature shall be included in each set of onboard repair parts.

3.29.1.1 Pump repair parts and tools.-

3.29.1:1.1 The number of sets of pump repair parts and tools to be furnished shall be as specified (see 6.1). The following parts shall constitute one set:

```
1 - Impeller
1 - Impeller nut or impeller locking assembly
1 - Shaft sleeve
1 - Lantern ring
1 - Throat bushing
1 set - Stuffing box packing
1 - Flinger
```




12

MIL-P-17840(SHIPS)

1 set – Casing wearing rings – undersize (0.015 inch min.)
1 set – Impeller wearing rings – regular
1 set – Impeller wearing rings – oversize (0.015 inch min.)
1 set – Mounting screws for each ring furnished:
    1 – Impeller puller
    1 – Sleeve puller

3.29.1.1.2  The number of repair parts and tool sets per vessel shall be established on the following basis:

| Number of similar pumps per vessel | Number of pump spares and tool sets per vessel |
|:---:|:---:|
| 1 to 3 | 1 |
| 4 to 6 | 2 |
| 7 to 10 | 3 |

Note. – Similar pumps are those for which all onboard pump parts are interchangeable.

3.29.1.2  Motor and controller repair parts shall be furnished in accordance with the applicable equipment specifications.

3.29.1.3  Tools which are available in the catalog of Naval Material, General Stores Section, such as common wrenches and standard pullers, will not be required.  Standard complete or limited sets of pullers or parts of puller sets in accordance with Specification GGG-P-781 shall be identified as to type and use in notes on the outline or section assembly drawings.  Special tools shall be detailed and included in the list of material.  The water flingers may be used with pullers for removal of the shaft sleeves.

3.29.1.4  Each box containing onboard repair parts shall contain a list entitled "List of onboard repair parts and tools".  The list shall be in a format for use on outline drawings and in the instruction books.  It shall not be less than nominal 8-1/2 by 11 inches in size.

3.29.1.4.1  The format of the list shall include a heading and columns of data for the items listed.  The heading shall include titles and applicable entries as follows:

Reproduced from drawing number _____
Number of ships _____
Application _____
Contract number _____
Manufacturer _____
Quantities are for _____ units per ship
The columns shall include:
    Piece number _____
    Name of part _____
    Quantity _____
    Drawing number _____
    Standard Navy stock number _____
Additional columns may be used as applicable

3.29.1.4.2  The list shall be so treated as to be resistant to oil, water and fading.

3.29.2. Stock.– The selection, stock numbering and quantities of repair parts for stock shall be determined and processed in accordance with Specification MIL-R-15137.

13

MIL-P-17840(SHIPS)

3.29.2.1 The cognizant supply demand control point for repair parts for stock is Ships Parts Control Center, Mechanicsburg, Pennsylvania, unless otherwise specified in the contract or order.

3.30 Workmanship. - The equipment, including all parts and accessories, shall be manufactured and finished with first class workmanship in all respects.

4. QUALITY ASSURANCE PROVISIONS

4.1 Shop tests. -

4.1.1 All pump casings shall be tested hydrostatically at the pressure indicated for the pump shown on figure 1.

4.1.2 Each pump shall be tested in the shop of the manufacturer or contractor by a continuous non-stop run of at least 30 minutes. This test shall be conducted in the presence of the Government inspector, who shall check operation and smoothness of running at full load and full speed.

4.2 Performance acceptance tests. -

4.2.1 One pump of each size on contract or order, as selected by the Government inspector shall be given performance acceptance tests.

4.2.2 The unit shall be given a test to determine the overall power consumption under the specified or guaranteed conditions. This test may be conducted in the shop of the main contractor or subcontractor as arranged with the bureau or agency concerned. The bureau or agency concerned may consider the waiver of overall power consumption tests on pumps where identical units with identical guarantees have been previously tested.

4.2.3 Performance acceptance tests shall adequately demonstrate the ability of the pump to handle its rated capacity of specified liquid at the maximum temperature and minimum suction head or maximum suction lift or vacuum.

4.2.4 Sufficient data shall be taken during the tests to prepare pump characteristic curves as required herein. In all cases the test data shall be corrected to the specified operating conditions as to voltage, frequency, temperature, specific gravity, suction head or lift, and vacuum, as specified (see 6.1), such conditions shall be clearly shown on the data sheets. The data sheets shall state the actual finished diameter of the pump impellers installed on test. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.

4.2.5 The following test curves shall be supplied for the rated speed conditions of the motor.

    (a) Capacity versus total head.
    (b) Capacity versus pump efficiency.
    (c) Capacity versus brake horsepower.
    (d) Capacity versus electrical horsepower input.

4.2.6 Complete test reports including test data on both pump and driving units shall be assembled and distributed as follows:

    (a) Three to the Bureau of Ships (to be forwarded via the cognizant inspector).
    (b) One for primary district inspection office.
    (c) One for branch inspection office (if any).
    (d) Two to each Supervisor of Shipbuilding (one for Supervisor's files, the other for the shipbuilder) when specified in contract or order.
    (e) One to each vessel concerned (to be forwarded via the Supervisor of Shipbuilding or Commandant of the building yard) when specified in contract or order.
    (f) One to the Commandant for each building yard concerned, for Navy yard built vessels when specified in the contract or order.

14



MIL-P-17840(SHIPS)

4.2.7 The first pump of each size shall also be given extensive tests using dynamometer or calibrated motor to produce the following curves:

(a) Gallons per minute versus total dynamic head at constant rated r.p.m. for various impeller diameters with superimposed constant efficiency and constant brake horse-power curves at 1.00 specific gravity.
(b) Determination of the maximum suction lift in feet versus gallons per minute for each impeller diameter tested.

4.2.7.1 Two sets of data and curves based on the additional tests, including description of the test set-up, shall be forwarded directly to the bureau or agency concerned via the Government inspector and shall not be included as a part of the regular performance acceptance tests.

4.2.8 One complete pumping unit of each type, design and size shall be subject to the high impact shock test specified in Specification MIL-S-901.

4.2.9 Equipment previously accepted will not be resubmitted for shock test except when evidence of low shock resistance develops in the units installed. The bureau or agency concerned will initiate action with the manufacturer for correction of deficiencies, and may require shock tests at any time.

4.2.10 All pump units shall be shock tested with drivers unless otherwise approved by the bureau or agency concerned. Prime movers are subject to shock tests in accordance with the applicable equipment specifications.

4.2.11 One pump of each manufacturer's type and each nominal size shall be subjected to shock tests. Compliance with shock resistance requirements may be covered by test of a similar unit subject to approval by the bureau or agency concerned.

4.2.12 The pump unit shall be considered to have failed to pass the shock tests in the event of any of the following:

(a) Breakage of any parts, including mounting bolts.
(b) Appreciable distortion or dislocation of any part, such as shaft, mounting feet, bearings.
(c) A mechanical unbalance of more than two times the amplitude of unbalance measured prior to tests at rated speed, or more than that permitted by the specifications for the driver.

4.2.13 Shock tests shall be conducted at the manufacturer's plant. Where a manufacturer is unable to conduct these tests at his own plant, he may arrange to have them conducted at a commercial laboratory, or Government laboratory equipped to conduct tests. Where shock tests are conducted at a Government laboratory, copies of the applicable master drawings shall accompany the units.

4.2.14 Pump units which have been subjected to the high-impact shock test and have failed to conform to the requirements will not be acceptable.

4.2.15 Pump units which have been subjected to the high-impact shock test and have successfully passed this test shall be considered acceptable for such service as the bureau or agency concerned may authorize. Such equipment will be returned by the Government to the contractor for reconditioning as follows:

(a) Minor deformations of mounting flanges shall be corrected.
(b) Minor deformations affecting alignment shall be corrected.
(c) All bearings shall be replaced.
(d) Each part shall be carefully examined by the contractor and any part which he considers substandard shall be replaced. Minor deformations shall be defined as those which do not cause unqualified rejection of the design under high-impact shock test but which are in excess of the design dimensional tolerances specified on the applicable pump drawings.

15

MIL-P-17840(SHIPS)

4.3 Inspection of pump repair parts.— The pump repair parts specified in 3.29 shall be inspected to assure interchangeability with the similar parts in the assembled pumps. Ordinarily material analyses and physical test specimens will not be required but the Government inspector shall employ such procedures as will assure the delivery of parts made of the same materials and by the same proc- esses as for the assembled pumps.

4.4 Qualification tests at a Government laboratory.— Qualification tests shall be conducted at the Engineering Experiment Station, Annapolis, Maryland. The head, capacity and other characteristics of units for qualification tests shall be as specified by the Bureau of Ships. Conditions governing tests shall be as specified in Publication NAVSHIPS 250-357-1.

4.4.1 The qualification tests shall adequately demonstrate the ability of the pump to handle the specified capacities at the maximum specified temperature of the liquid and the minimum suction head or maximum suction lift or vacuum. Sufficient data shall be taken during the tests to prepare pump char- acteristic curves as required herein. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible. The following test curves shall be prepared:

    (a) Capacity versus total head.
    (b) Capacity versus pump efficiency.
    (c) Capacity versus brake horsepower.

4.4.2 Endurance test.— The pump shall be operated for 24 hours continuous at a capacity as near free delivery as possible and for 12 hours at a capacity as near shut-off as possible. Failure of any part of the pump during the endurance test shall be considered as failure of the pump to qualify. The pump shall complete the endurance test without excessive noise, vibration or wear of parts.

4.4.3 Consideration will be given to granting qualification as a result of service tests. To be granted qualification as the result of service tests the following requirements shall be met:

    (a) Two or more pumps of the general design and general operating characteristics shall have given satisfactory service onboard a Naval vessel for a period of at least two years and must still be in service on such vessel at the time qualification is requested.

    (b) When the design of a pump in service for which a manufacturer requests qualification does not meet current Naval requirements as regards head and capacity charac- teristics, the manufacturer shall be required to furnish satisfactory evidence that he has produced pumps of a design, head and capacity characteristics equal to those currently required for Naval service. The bureau or agency concerned may require additional qualification tests of any design of pump, which, in its opinion, has been changed sufficiently to require further demonstration of its suitability.

    (c) Any manufacturer whose product has been eligible to be placed on the Qualified Products List as a result of service test shall be required on his first contract or order after being granted qualification to submit a complete unit to the Engineering Experiment Station for a check test which will consist of the qualification tests. The awarding of qualification shall be contingent upon the unit passing the check test.

4.4.4 Qualification granted for class C-1 service of Specification MIL-P-17639 is acceptable for pumps covered by this specification.

4.5 Inspection procedures.— For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

16

MIL-P-17840(SHIPS)

## 5. PREPARATION FOR DELIVERY

5.1 Preservation, packaging, packing and marking. - Pumps, repair parts and tools shall be prepared for delivery for domestic shipment - immediate use; domestic shipment and long term storage; or for overseas shipment in accordance with Specification MIL-P-16789 (see 6.1).

5.2 Marking. - Nomenclature used in the marking of interior packages and shipping containers shall be the exact nomenclature of the part or item that has been approved under the contract or order.

## 6. NOTES

6.1 Ordering data. - Procurement documents should specify the following:

  (a) Title, number, and date of this specification.
  (b) Rated capacity.
  (c) Rated total head.
  (d) Horizontal or vertical installation (see 3.4).
  (e) Liquid handled.
  (f) Specific gravity of liquid handled.
  (g) Liquid temperature.
  (h) Suction head.
  (i) Electrical characteristics (for motor drive) as required by applicable motor and controller specifications.
  (j) Number of sets of repair parts and tools required.
  (k) Whether shipment is for domestic shipment - immediate use; domestic shipment and storage; or for overseas shipment (see 5.1).
  (l) If repair parts boxes are required, specify type (metal or wood) (see 5.1).
  (m) That the following data is required with bids:
    (1) Sectional assembly drawing of pump.
    (2) A drawing of the unit showing overall dimensions.
    (3) Pump characteristic curves.
    (4) Pump efficiency at rated capacity.
    (5) Horsepower of driver.
    (6) Weight of complete unit.
    (7) The manufacturer and descriptive data of the driver and associated accessories, such as controller.

6.2 In the procurement of products requiring qualification, the right is reserved to reject bids on products that have not been subjected to the required tests and found satisfactory for inclusion on the Military Qualified Products List. The attention of suppliers is called to this requirement, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government, tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. Information pertaining to qualification of products covered by this specification may be obtained from the Chief of the Bureau of Ships, Navy Department, Washington 25, D.C.

Patent notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
  Navy - Bureau of Ships

17

# OUTLINE DIMENSIONS FOR NAVY STANDARD CLOSE COUPLED PUMPS

FIG. 1

- BOLTED FACE OF MOTOR BRACKET
- CL OF DISCHARGE
- DRAIN PK-2 HOLES
- PF
- PC
- PH
- DISCHARGE
- ROTATION
- SUCTION
- FINISHED SURFACE
- SIZE PG-2 HOLES
- PA
- PB
- PD
- PE
- PC

| PUMP NO. | NAVY SIZE DISCH | SIZE FLANGE SUCTION | PA | PB | PC | PD | HYDROSTATIC TEST PRESSURE | PD | PE | PF | PG | PK | MOTOR FRAME NUMBER A.C. | D.C. | PH | GROUP SIZE SHAFT SLEEVE & WATER FLINGER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1¼ | 4¾ | 3 | 3¾ | 3½ | 75 | 3½ | 2 | 2 | 9/16 | ⅜ | 17NC–18NC | 17NC–18NC | 5⅝ | S |
| 2 | 1 | 1¼ | 5¼ | 3¾ | 3½ | 4¾ | 125 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 204NC–224NC | 204NC–224NC | 6¼ | |
| 3 | 1¼ | 1½ | 4¾ | 3⅛ | 3½ | 3½ | 75 | 3½ | 2 | 2 | 9/16 | ⅜ | 224NC–225NC | 224NC–225NC | 6¼ | |
| 4 | 1¼ | 2 | 5¼ | 3¾ | 3¾ | 4¾ | 100 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 17NC–18NC | 17NC–18NC | 5⅝ | |
| 5 | 2 | 2 | 5¼ | 3¾ | 3¾ | 4¾ | 75 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 204NC–224NC | 204NC–224NC | 6⅞ | |
| 6 | 2 | 2 | 5½ | 5¼ | 4½ | 4¾ | 50 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 203NC–225NC–254NC | 203NC–225NC–254NC | 6¼ | |
| 7 | 3½ | 3½ | 6¾ | 5 | 4 | 4½ | 250 | 4¼ | 2½ | 2⅜ | 9/16 | ½ | 203NC–254NC | 203NC–254NC | 6¼ | |
| 8 | 1¼ | 1½ | 6½ | 5 | 4 | 4¼ | 250 | 4½ | 2⅜ | 2⅜ | 9/16 | ½ | 224NC–254NC | 224NC–254NC | 6¼ | |
| 9 | 2 | 3½ | 7½ | 4 | 4¼ | | 250 | 7 | 4 | 4 | 1 1/16 | ¾ | 324NC–326NC–365NC–404NC | 326NC–364NC | 8⅝ | M |
| 10 | 3½ | 4½ | 7½ | 4½ | 5 | | 125 | | | | | | 324NC–326NC–365NC–404NC | 326NC–364NC | | |
| 11 | 4½ | 4½ | 9½ | 5½ | 5½ | | 100 | | | | | | 284NC–326NC–364NC | 284NC–326NC–364NC | | |
| 12 | 6 | 6 | 8 | 5 | 5½ | | 50 | 14 | 4 | 4 | 1 1/16 | ¾ | 284NC–326NC–364NC | 284NC–326NC–364NC | | |
| 13 * | 6 | 8 | 10½ | 10½ | 8½ | | 200 | | | | | | 364NC–365NC–404NC–405NC | 364NC–365NC–444NC–445NC | 9½ | L |
| 14 | 2½ | 1¼ | 6 | 3½ | 3½ | | 50 | 4¾ | 2½ | 2⅜ | 9/16 | ½ | 254NC | 254NC | 6¼ | S |
| 15 * | 6 | 3 | 8 | 3¾ | 4½ | | 75 | | | | | | 225NC–254NC | 225NC–254NC | | |
| 16 | 6 | 7 | 9½ | 5½ | 7½ | | 100 | 14 | 4 | 4 | 1 1/16 | ¾ | 364NC–365NC–404NC | 364NC–365NC–444NC | 9½ | L |
| 17 | 2½ | 2½ | 8 | 5½ | 4¾ | | 250 | | | | | | 404NC–405NC | 364NC–405NC | 8⅝ | M |

* SUPPORTING FEET PART OF VOLUTE CASING OR COVER

**FIG 2**

**STANDARD DIMENSIONS OF FRACTIONAL HORSEPOWER CLOSE-COUPLED MOTORS**



NOTES:
1. RADIUS MUST BE SMOOTH AND CENTER LOCUS CONCENTRIC WITH SHAFT AXIS.
2. SEALING SURFACE TO BE SMOOTH AND PERPENDICULAR TO SHAFT AXIS.
3. DIAMETER TO BE CONCENTRIC WITH SHAFT WITHIN .004" TOTAL INDICATOR READING.
4. FACE OF FLANGE TO BE SQUARE WITH SHAFT WITHIN .004" TOTAL INDICATOR READING.
5. RUNOUT OF SHAFT .002" MAX TOTAL INDICATOR READING.
6. TOTAL AXIAL END-PLAY OF SHAFT IN ASSEMBLED MOTOR AT NO-LOAD NOT TO EXCEED .010" FOR FRAMES 17 AND SMALLER BEARINGS AND .015" FOR BEARINGS LARGER THAN 310.
7. BEARINGS TO BE HEAVY TYPE Q, CLASS Q CONRAD TYPE OR SINGLE ROW BALL, DOUBLE ROW BALL, DOUBLE SEAL, PRELUBRICATED.
8. DISTANCE BETWEEN FACE AND CENTER OF BEARING TO BE SHORT AS PRACTICABLE.

TOLERANCES:
D DIMENSION
FRAMES 17NC-328NC ------- $+0^+ - \frac{1}{32}$
FRAMES 344NC-609NC ------- $+0^+ - \frac{1}{16}$

2E AND 2F
FRAMES 17NC-328NC ------- $+\frac{1}{64} - \frac{1}{64}$
FRAMES 344NC-609NC ------- $+\frac{1}{64} - \frac{1}{64}$

BA MINUS F
FRAMES 17NC-328NC ------- $+\frac{1}{32} - \frac{1}{32}$
FRAMES 344NC-609NC ------- $+\frac{1}{32} - \frac{1}{32}$

KEYS
WIDTH ------- $+.000^+ - .002^+$

| SHAFT DIAMETER | KEYWAY WIDTH | KEYWAY DEPTH | BOTTOM OF KEYWAY TO OPPOSITE SIDE OF SHAFT |
|---|---|---|---|
| .6875 | $\frac{3}{16}$ | $\frac{3}{32}$ | .580 -.565 |
| 1.0000 | $\frac{1}{4}$ | $\frac{1}{8}$ | .858 -.844 |
| 1.3750 | $\frac{5}{16}$ | $\frac{5}{32}$ | 1.181 -1.146 |

AK DIMENSION
16.5" AND SMALLER ------- $+.000^+ - .002^+$
16 ------- $+.000^+ - .003^+$

KEYWAYS ------- $+.001^+ - .001^+$

**TABLE IX**

**STANDARD FRAME DIMENSIONS AND BEARING SIZES FOR FRACTIONAL HORSEPOWER CLOSE-COUPLED MOTORS FIG.6**

DIMENSIONS IN INCHES

| FRAME NO. | A MAX | B MAX | D | E | F | H | BG | FRONT END BRG | PUMP END BRG | L MAX | MAX WT LB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17NC | 9 | 7 | 4$\frac{5}{16}$ | 3$\frac{7}{16}$ | 2$\frac{1}{4}$ | 2$\frac{7}{32}$ | 5$\frac{5}{16}$ | 204 | 305 | 7$\frac{7}{8}$ | 75 |
| 18NC | 10 | 7$\frac{1}{2}$ | 4$\frac{5}{8}$ | 4 | 2$\frac{1}{2}$ | 2$\frac{17}{32}$ | 5$\frac{7}{8}$ | 204 | 305 | 7$\frac{3}{4}$ | 90 |



FIG. 3
STANDARD DIMENSIONS OF INTEGRAL HORSEPOWER CLOSE-COUPLED MOTORS

TABLE X
STANDARD FRAME FLANGE AND SHAFT EXTENSION DIMENSIONS AND BEARING SIZES
FOR INTEGRAL HORSEPOWER CLOSE-COUPLED MOTORS
DIMENSIONS IN INCHES



Figure 4. - Outside of shaft sleeve

**SHAFT SLEEVE DETAIL**

**FIG. 5**

ST. DRILL — NOTE 1 — SD — SE — SF — SG — SH—45° CHAMFER — SR — 45°

NOTE 2 — SL — SM — SA — SB — SC

| GROUP | SA +.000 -.001 | SB | SC +.002 -.000 | SD +.001 -.000 | SE | SF +.005 -.005 | SG | SH | SL | SM | SR | ST | SIZE OF STUFFING BOX PACKING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 1.125 | $\frac{15}{16}$ | .690 | .8760 | 4 | .500 | $\frac{1}{4}$ | $\frac{1}{32}$ | $\frac{3}{16}$ | $\frac{3}{32}$ | $\frac{3}{16}$ | $\frac{5}{32}$ | $1\frac{1}{8}$ I.D.×$1\frac{5}{8}$ O.D.×$\frac{1}{4}$ SQ. |
| M | 1.625 | $1\frac{5}{16}$ | 1.003 | 1.2510 | $5\frac{1}{4}$ | .625 | $\frac{5}{16}$ | $\frac{1}{32}$ | $\frac{1}{4}$ | $\frac{1}{8}$ | $\frac{1}{4}$ | $\frac{3}{64}$ | $1\frac{5}{8}$ I.D.×$2\frac{3}{8}$ O.D.×$\frac{3}{8}$ SQ. |
| L | 2.250 | $1\frac{7}{8}$ | 1.378 | 1.7510 | $6\frac{3}{4}$ | .750 | $\frac{3}{8}$ | $\frac{1}{16}$ | $\frac{3}{8}$ | $\frac{3}{16}$ | $\frac{5}{16}$ | $\frac{1}{4}$ | $2\frac{1}{4}$ I.D.×3 O.D.×$\frac{3}{8}$ SQ. |

NOTE 1: SEALING SURFACES TO BE SMOOTH TRUE AND PERPENDICULAR WITH BORE
NOTE 2: OUTSIDE DIAMETER TO BE GROUND SMOOTH TRUE AND CONCENTRIC WITH BORE






FIG. 6
DETAIL OF WATER FLINGER

| GROUP | WA | WB | WC +.001 -.000 | WD +1/64 -.000 | WE | WF | WG | WL | WN | WR | WT | SIZE OF HALF DOG POINT SET SCREW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 2 7/8 | 1 3/4 | 1.126 | 15/16 | 1/4 | 1/4 | 11/16 | 2 3/16 | 1/4-20 | 1/4 | 5/16-18 | 5/16×3/4 L.G. |
| M | 3 1/2 | 2 1/4 | 1.626 | 1 3/8 | 1/4 | 1/4 | 3/4 | 2 3/4 | 5/16-18 | 9/32 | 5/16-18 | 5/16×3/4 L.G. |
| L | 4 3/8 | 3 | 2.25 | 1 13/16 | 5/16 | 5/16 | 7/8 | 3 1/2 | 3/8-16 | 5/16 | 3/8-16 | 3/8×1 L.G. |



FIG. 7
RATING CHART—ALTERNATING CURRENT



15 May 1938

45V17(INT)

## BUREAU OF ENGINEERING SPECIFICATION

## VALVES, GATE, FOR AIR EXHAUST STEAM, OIL, OR WATER SERVICES

### (SHIPBOARD USE)

---

A.  APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.  The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

### NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with Appendix II (Metals).
33P14 - Packing, asbestos, valve stem, symbol 1101.
33P16 - Packing, asbestos, rod, high pressure, symbol 1100.
33P17 - Packing, metallic, flexible, symbols 1430 and 1431.
43B11 - Bolts, nuts, studs, tap rivets (and material for same).
43B14 - Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.)
44T2 - Threads, standard, for pipe and pipe fittings.
45V1 - Valves, bronze, 100 W.S.P., gate.
46B6 - Brass, Naval, rolled.
46B8 - Bronze, valve: Castings.
46M6 - Metal, gun: Castings.
46M7 - Nickel-copper alloy; rods, bars, shapes, etc.
46S18 - Steel, corrosion-resisting; bars, rods, and forgings, (except for reforging).
46S27 - Steel, corrosion-resisting: Castings.
49S1 - Steel; castings.
49S2 - Steel; forgings for hulls, engines and ordnance.

### BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2.  The following Bureau of Engineering drawings, of the alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 - Hand wheels for valves.
B-139 - Composition flanges, 100 lbs.
B-140 - Composition flanges, 400 lbs.
B-141 - Steel flanges, 400 lbs.
P-153 - Standard application of annual contract packings.
B-159 - Steel flanges, 800 lbs.
B-160 - Type quick closing valves.
B-161 - Type hose gate valve.
B-173 - Forged steel unions.

45VV17(INT)

-2-

B-174 - Steel flanges, 750 lbs.
3-S-530 - Forged steel welding end fittings.
6-Y-554 - Schedule for piping, pipe fittings, valves, etc.

B.   CLASSES.

B-1.   Gate valves shall be of the following classes:

Class I - For working pressures not greater than 100 pounds per square
inch threaded and flanged ends - composition. (also in steel
for oil services, as required by schedule for valves, etc.,
Bureau drawing 6-Y-554 as listed in Section A.)

Class II - For working pressures from 101 to 200 pounds per square inch,
smaller than 2 inch size, threaded ends - composition.

Class III - For working pressures from 101 to 400 pounds per square inch
threaded, and flanged ends - composition.

Class IV - For working pressures from 101 to 400 pounds per square inch,
sizes 3/4 inch and larger, flanged ends - cast (or forged)
steel.

Class V - For working pressures from 401 to 600 pounds per square inch,
sizes 3/4-inch and larger, flanged ends - cast (or forged)
steel.

Class VI - For working pressures from 601 to 750 pounds per square inch,
sizes 3/4-inch and larger, flanged ends - cast (or forged)
steel.

C.   MATERIAL AND WORKMANSHIP.

C-1.   Material.   Unless otherwise approved, all materials used in the construc-
tion of valves shall be as specified in Section E.

C-2.   Workmanship.-   All castings shall be clean, sound and free from blow holes,
porosity, cracks and any other injurious defects.  The workmanship shall be first
class in all respects.

D.   GENERAL REQUIREMENTS.

D-1.   Plans.-   Plans shall be furnished as required by the bureau concerned.

D-1a.   Bureau of Engineering.

D-1a(1).   The number, size, arrangement, title, form, etc., shall conform to
the requirements of Subsection S1-1, referred to in Section A.

D-1a(2).   The specific plans desired and the information thereon shall in-
clude the following:

Type A.
Type B.
Type D.

45V17(INT)

-3-

D-1a(3). Type A drawings shall accompany bids.

D-1a(4). The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2. All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3. All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4. All valves shall be so designed that the valve stem may be packed when the valve is in the full open position.

D-5. All disks shall be of the wedge-type double faced design, made in one piece.

D-6. All valves shall be provided with disk guides cast integral with the body.

D-7. Each disk shall have an opening in the bottom to provide drainage.

D-8. Each stem shall be so threaded with acme type threads that the valve will be opened when the handwheel is turned counter-clockwise. The end of each stem shall be square and tapered to fit the handwheel. The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9. The stem and thrust collar shall be one integral piece.

D-10. Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11. Each valve shall have distinctly cast or stamped one one side of the body, the size, the trade mark of the maker "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "400" for Class IV valves, "600" for Class V valves, and "750" for Class VI valves; and the size of the valve. Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

D-12. Faces of all flanges shall have at least a fine tool finish.

D-13. The walls of bodies and bonnets shall be curved surfaces; no flat surfaces shall be permitted. They shall be ribbed as required to prevent distortion.

45V17(INT)

-4-

D-14.  Stuffing boxes shall be separate from the valve bonnets.  For valves of
2-1/2 inch size, and above, the glands shall be of the flanged type set up by two
nuts working on studs extending through the gland flange.

D-15.  All composition gate valves of 2-1/2 inch size and above, and all steel
gate valves shall have removable seats.  Removable seats shall be screwed into the
valve bodies, suitable lugs being provided on the seats for the purpose.  The faces
of the seats shall be slightly raised at the center to provide a narrow bearing
surface not to exceed one-eighth inch in width.

D-16.  All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger
shall be fitted with by passes.  The by-pass valves shall be globe valves, the
materials of which shall correspond to the gate valves served.  The minimum sizes
for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
|---|---|
| 4-1/2 inches to 7-1/2 inches, incl............................ | |
| 8 inches to 9-1/2 inches, incl. | 1/2 inch, minimum |
| | 3/4 inch, minimum |
| 10 inches............................ | 1 inch, minimum |

NOTE. — All by-passes shall be connected to their valves
by flanged joints.

D-17.  Valve  stems shall be packed with one of the packings conforming to
N.D. Specs. 33P14, 33P16, or 33P17, referred to in Section A.

E.  DETAIL REQUIREMENTS.

E-1.  Class I Gate Valves.-

E-1a.  Valves shall conform in every particular to N.D. Spec. 45V1, referred
to in Section A, except those ordered in steel, which shall conform to N.D. Spec.
45V1 for design and subparagraph E-4c(1) for materials, except that the "bolts" or
"studs" and "nuts", shall be steel, N.D. Spec. 43311, referred to in Section A,
Classes B and C, respectively.

45V17(INT)

—6—

E-2. <u>Class II Gate Valves.</u>

E-2a. Valves shall be supplied only with threaded ends and in sizes and with dimensions shown in Table II.

TABLE II.

| Size of pipe for which valves are used | Dimensions | |
|---|---|---|
| | Diameter of handwheel—minimum | Distance centerline to top maximum |
| Inches | Inches | Inches |
| 1/4 | 1-1/2 | 4 |
| 1/2 | 1-3/4 | 4-1/4 |
| 3/4 | 2-1/2 | 5 |
| 1 | 2-3/4 | 5-3/4 |
| 1-1/4 | 3 | 6-1/2 |
| 1-1/2 | 3-1/3 | 7-1/3 |

E-2b. The threaded ends shall conform to the requirements of N.D. Spec. 44T2, referred to in Section A.

E-2c. Materials shall be the same as those specified for Class I gate valves.

E-2d. Bonnets may be screwed, or flanged and bolted.

E-2e. Handwheels shall be of malleable iron of non-heat design having three or more spokes. See Table II for minimum diameters.

45V17(INT)

-6-

### E-3.  Class III Gate Valves

E-3a.  Valves shall be supplied with threaded or flanged ends as specified in sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and above.  The dimensions shall conform to those shown in Table III.

TABLE III.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Flanged valves | | Handwheel | Height - Centerline to top - maximum |
| | Diam. of bore | Face to face | Diameter - minimum | |
| Inches | Inches | Inches | Inches | Inches |
| 1/4 | — | — | 1-3/4 | 8 |
| 1/2 | — | — | 2-1/2 | 8-1/2 |
| 3/4 | 1 | 5 | 2-3/4 | 9 |
| 1 | 1-1/4 | 5-1/4 | 3 | 10-1/2 |
| 1-1/4 | 1-1/2 | 6 | 3-1/2 | 11 |
| 1-1/2 | 2 | 7 | 4 | 12 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13 |
| 2-1/2 | 3 | 8 | 9 | 15 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16 |
| 3-1/2 | 4 | 9 | 11 | 17 |
| 4 | 4-1/2 | 9-1/2 | 11 | 18-1/2 |
| 4-1/2 | 5 | 10 | 13 | 20 |
| 5 | 5-1/2 | 10-1/4 | 12 | 21-1/2 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23 |
| 6 | 6-1/2 | 10-3/4 | 16 | 24-1/2 |
| 6-1/2 | 7 | 11 | 18 | 26 |
| 7 | 7-1/2 | 11-1/4 | 18 | 27-1/2 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29 |
| 8 | 8-1/2 | 11-3/4 | 21 | 30-1/2 |
| 8-1/2 | 9 | 12 | 21 | 32 |
| 9 | 9-1/2 | 12-1/2 | 21 | 33-1/2 |
| 9-1/2 | 10 | 13 | 21 | 35 |
| 10 | 10-1/2 | 13-1/2 | 21 | 36-1/2 |

E-3b.  The threaded ends shall conform to the requirements of N.D. Spec. 44T2, referred to in Section A.

E-3c.  The dimensions of flanges shall conform to Bureau of Engineering drawing B-140, referred to in Section A.

E-3d.  Unless otherwise specified, valves shall be delivered with the flanges undrilled.

E-3e.  Materials shall be the same as those specified for Class I valves.

45V17(INT)

—7—

E-3f.  Bonnets for valves 1-1/2 inches and smaller may be screwed.  Those for valves 2 inches and larger shall be flanged.  Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3g.  Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves.  Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau of Engineering drawing E-64, referred to in Section A, and shall have diameters not less than those given in Table III.

E.4.  Class IV Gate Valves.

E-4a.  Valves shall have flanged ends and be made only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of pipe or tubing for which used | Diameter of Bore | Dimensions | | |
|---|---|---|---|---|
| | | Face to Face | Handwheel Diameter Minimum | Height – Centerline to Top – Maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/2 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 13 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/2 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

45V17(INT)

-8-

E-4b.  The dimension of flanges shall conform to Bureau of Engineering drawing B-141, referred to in Section A.

E-4c.  Unless otherwise specified, valves shall be delivered with the flanges undrilled.

E-4d.  Materials shall be as follows:

(i) Oil Service.
   Body bonnet, stuffing box and gland — Class B cast steel (N.D. Spec. 49S1) or Class B forged steel (N.D. Spec. 49S2).
   Disk and seat — Grade 7 corrosion-resisting steel (N.D. Spec. 46S18) or Grade 7 corrosion-resisting steel, cast (N.D. Spec. 46S27),
   The disk may be Class B cast steel (N.D. Spec. 49S1) fitted with seating face of either of the former materials.
   Stem — Grade 7 corrosion-resisting steel. (N.D. Spec. 46S18).
   Stem nut, index unit and scale — brass.
   Bolt-studs and nuts — steel, (N.D. Spec. 43B14).
   Bolts and nuts — (N.D. Spec. 43B11).

(2) Air, Exhaust Steam or Water Services.
   Body, bonnet and stuffing box — same materials as specified for "Oil Service".
   Disk and seat — Gun metal (N.D. Spec. 46M6) or special composition of non-galling characteristics as approved.
   Stem — nickel-copper alloy, rolled (N.D. Spec. 46M7).
   Stuffing box gland, stem nut, index units and scale — brass.
   Bolt -studs and nuts — steel (N.D. Spec. 43B14).
   Bolt and nuts — (N.D. Spec. 43B11).

E-4e.  Bonnets shall be flanged and bolted with bolt studs threaded full length and fitted with a nut on each end.

E-4f.  Handwheels shall conform to Bureau of Engineering drawing B-64, referred to in Section A, and shall have diameters not less than those given in Table IV.

E-5.  Class V Gate Valves.

E-5a.  Valves shall have flanged ends, shall be made in all sizes, and shall be of the dimensions given in Table V.

45V17(INT)

~9~

TABLE V.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-line to top - maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 12-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/2 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/2 | 21 | 35 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b.  The dimensions of flanges shall conform to Bureau of Engineering drawings B-159 and 3-5-530 referred to in Section A.  Raised surfaces on all valve flanges shall be 1/4-inch in height.

E-5c.  Valves shall be furnished with flanges drilled; bolt holes to straddle the center lines.

E-5d.  Materials shall be the same as specified for Class IV valves.

E-5e.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-5f.  Handwheels shall conform to Bureau of Engineering drawing 3-64, referred to in Section A, and shall have diameters not less than those given in Table V.

46V17(INT)

-10-

E-6.  Class VI Gate Valves.

E.6a.  Valves shall have flanged ends, shall be made in all sizes, and shall be of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Diameter of bore | Face to face over raised surface | Handwheels Diameter, minimum | Height centerline to top - maximum |
|---|---|---|---|---|
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 10-1/2 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/2 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/2 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 24 |
| 4-1/2 | 4-1/2 | 18-1/2 | 14 | 26 |
| 5 | 5 | 20 | 16 | 28 |
| 5-1/2 | 5-1/2 | 21 | 18 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/8 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/2 |
| 8-1/2 | 8-3/8 | 27-1/4 | 24 | 38-1/2 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/2 |
| 10 | 9-3/4 | 31 | 27 | 41-1/2 |

E.6b.  The dimensions of flanges shall conform to Bureau of Engineering drawings B-174 and S-S-530, referred to in Section A.  Raised faces on all valves shall be 1/4-inch in height.

E.6c.  Valves shall be furnished with flanges drilled; bolt holes to straddle the center lines.

E.6d.  Materials shall be the same as specified for Class IV valves.

E.6e.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E.6f.  Handwheels shall conform to Bureau of Engineering drawing B-64, referred to in Section A, and shall have diameters not less than those given in Table VI.

45V17(INT)

−11−

F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2. Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3. Each valve shall be tested as follows:

(a) By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

(b) By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

Hydrostatic Test Pressure

|  | (1) Open | (2) Closed |
|---|---|---|
| Class I | 200 lbs. per sq. in. gage | 100 lbs. per sq. in. gage |
| Class II | 300 lbs. per sq. in. gage | 200 lbs. per sq. in. gage |
| Class III | 600 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class IV | 750 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class V | 1000 lbs. per sq. in. gage | 500 lbs. per sq. in. gage |
| Class VI | 1500 lbs. per sq. in. gage | 750 lbs. per sq. in. gage |

F-4. The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1. Packing.— Unless otherwise specified, the subject commodity shall be delivered in substantial wooden containers so constructed as to insure safe delivery by common or other carriers to the point of delivery at the lowest rate, and to withstand further shipment and handling if necessary without repacking. A single container, when packed for shipment, shall weigh not in excess of approximately 250 pounds gross. Valves weighing in excess of 125 pounds each shall be packed singly. Not more than one size, type, or kind of valves shall be packed in a single container.

G-2. Marking.— Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor, the number of the contract or order and the gross weight.

45V17(INT)

-12-

H.   NOTES.

H-1.   Requisitions and contracts or orders should state the quantity of each class and the size of valves desired and the number of Type B and D drawings desired.

H-2.   This specification supersedes Supplementary General Specification for Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department, Washington, D.C.

H-3.   Copies of Drawings and Specifications.

H-3a.   Copies of Drawings.— Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C. When requesting refer to drawings by both title and number.

H-3b.   Copies of Bureau of Engineering Specifications.—   Copies of Bureau of Engineering Specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C.  When requesting, refer to Specification by both title and number.

H-3c.   Copies of Navy Department Specifications.— Copies of Navy Department Specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D.C., except that Naval activities should make application to the Commandant, Navy Yard, New York, N.Y. When requesting, refer to specification by both title and number.

15 January 1                                                    45V17(INT)

## BUREAU OF ENGINEERING SPECIFICATION

### VALVES, GATE, FOR WATER, OIL, EXHAUST STEAM OR AIR SERVICES

#### (SHIPBOARD USE)

---

A.  APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.  The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

### NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material; together with Appendix II (Metals).

33P14 ~ Packing, asbestos, valve stem, symbol 1101.
33P16 ~ Packing, asbestos, rod, high pressure, symbol 1100.
33P17 ~ Packing, metallic, flexible, symbols 1430 and 1431.
43B11 ~ Bolts, nuts, studs, tap rivets (and material for same).
43B14 ~ Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.)
44T2 ~ Threads, standard, for pipe and pipe fittings.
45V1 ~ Valves, bronze, 100 W.S.P., gate.
46B6 ~ Brass, naval, rolled.
46B8 ~ Bronze, valve; Castings.
46M6 ~ Metal; gun; Castings.
46M7 ~ Nickel-copper alloy; rods, bars, shapes, etc.
46S18 ~ Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).
46S27 ~ Steel, corrosion-resisting; Castings.
49S1 ~ Steel; Castings.
49S2 ~ Steel; Forgings for hulls, engines and ordnance.

### BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2.  The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 ~ Hand wheels for valves.
B-139 ~ Composition flanges, 100 lbs.
B-140 ~ Composition flanges, 200 and 400 lbs.
B-141 ~ Steel flanges, 400 lbs.
B-153 ~ Standard application of annual contract packings.
B-159 ~ Steel flanges, 600 lbs.
B-160 ~ Type quick closing valves.
B-161 ~ Type hose gate valve.
B-173 ~ Forged steel unions.

B-174 ~ Steel flanges.
3-S-530 ~ Forged steel welding end fittings.
6-Y-554 ~ Schedule for piping, pipe fittings, valves and type of joints used in piping systems.

B.  CLASSES.

B-1.  Gate valves shall be of the following classes:

Class I ~ For working pressures not greater than 100 pounds per square inch threaded and flanged ends ~ composition. (also in steel for oil services, as required by schedule for valves, etc., Bureau drawing 6-Y-554 as listed in Section A.)

Class II ~ For working pressures from 101 to 200 pounds per square inch, smaller than 2 inch size, threaded ends ~ composition.

Class III ~ For working pressures from 101 to 400 pounds per square inch threaded, and flanged ends ~ composition.

Class IV ~ For working pressures from 101 to 400 pounds per square inch, sizes 3/4 inch and larger, flanged ends ~ cast (or forged) steel.

Class V ~ For working pressures from 401 to 600 pounds per square inch, sizes 3/4 inch and larger, flanged ends ~ cast (or forged) steel.

Class VI ~ For working pressures from 601 to 750 pounds per square inch, sizes 3/4 inch and larger, flanged ends ~ cast (or forged) steel.

C.  MATERIAL AND WORKMANSHIP.

C-1.  <u>Departures from Referenced Specifications.</u>~  The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear.  Specific approval shall be obtained where departures are made from the referenced specifications.

C-2.  <u>Materials.</u>~  All materials used in the construction of valves shall be as specified in Section E.  Alternate materials will be considered in lieu of those specified but their use will only be permitted after the bureau concerned has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3.  <u>Threaded Parts; Standard Bolts, Nuts and Machine Screws.</u>~  Bolts and nuts shall conform to N.D. Specs. 43B11, and 43B14 referred to in Section A.

C-4.  <u>Workmanship.</u>~  All castings shall be clean, sound and free from blow holes, porosity, cracks and any other injurious defects.  The workmanship shall be first class in all respects.

45V17(INT)

-5-

## D. GENERAL REQUIREMENTS.

D-1.  Plans.- Plans shall be furnished as required by the bureau concerned.

D-1a.  Bureau of Engineering.

D-1a(1).  The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

D-1a(2).  The specific plans desired and the information thereon shall include the following:

        Type A.
        Type B.
        Type D.

D-1a(3).  Type A drawings shall accompany bids.

D-1a(4).  The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2.  All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3.  All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4.  All valves shall be so designed that the valve stem may be packed when the valve is in the full-open position.

D-5.  All disks shall be of the wedge-type double-faced design, made in one piece.

D-6.  All valves shall be provided with disk guides cast integral with the body.

D-7.  Each disk shall have an opening in the bottom to provide drainage.

D-8.  Each stem shall be so threaded with acme type threads that the valve will be opened when the handwheel is turned counterclockwise.  The end of each stem shall be square and tapered to fit the handwheel.  The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9.  The stem and thrust collar shall be one integral piece.

D-10.  Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11.  Each valve shall have distinctly cast or stamped on one side of the body, the size, the trade mark of the maker, "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "300" for Class IV valves, "400" for Class V valves, and "500" for Class VI valves; and the size of the valve.  Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

45V17(INT)

D-12. The walls of bodies and bonnets shall be curved surfaces; no flat surfaces shall be permitted. They shall be ribbed as required to prevent distortion.

D-13. Stuffing boxes shall be separate from the valve bonnets. For valves of 2-1/2 inch size, and above, the glands shall be of the flanged type set up by two nuts working on studs extending through the gland flange.

D-14. All composition gate valves of 2-1/2 inch size and above, and all steel gate valves shall have removable seats. Removable seats shall be screwed into the valve bodies, suitable lugs being provided on the seats for the purpose. The faces of the seats shall be slightly raised at the center to provide a narrow bearing surface not to exceed one-eighth inch in width.

D-15. All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger shall be fitted with by passes. The by-pass valves shall be globe valves, the materials of which shall correspond to the gate valves served. The minimum sizes for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
|---|---|
| 4-1/2 inches to 7-1/2 inches, incl................... | 1/2 inch, minimum |
| 8 inches to 9-1/2 inches, incl. | 3/4 inch, minimum |
| 10 inches...................... | 1-inch,minimum |

NOTE:- All by-passes shall be connected to their valves by flanged joints.

D-16. Valves stems shall be packed with one of the packings conforming to N.D. Specs. 33P14, 33P16, or 33P17, referred to in Section A.

E. DETAIL REQUIREMENTS.

E-1. Class I Gate Valves.

E-1a. Valves shall conform in every particular to N.D. Specs. 45V1, referred to in Section A, except when ordered in steel, which shall conform to N.D. Specs. 45V1 for design and subparagraph E-4c(1) for materials, but the "bolts" or "studs" and "nuts", shall be steel, N.D. Specs. 43E11, referred to in Section A, Classes B and C, respectively.

-5-

46117(INT)

E-2a.  Valves shall be supplied only with threaded ends and in sizes and with
dimensions shown in Table II.

TABLE II.

| Size of Pipe for: which Valves are: used | Dimensions | |
|---|---|---|
| | Diameter of handwheel—minimum | Distance centerline to top maximum |
| Inches | Inches | Inches |
| 1/4 | 1-1/2 | 4 |
| 1/2 | 1-3/4 | 4-1/4 |
| 3/4 | 2-1/2 | 5 |
| 1 | 2-3/4 | 5-3/4 |
| 1-1/4 | 3 | 6-1/2 |
| 1-1/2 | 3-1/2 | 7-1/2 |

E-2b.  The threaded ends shall conform to the requirements of N.D. Specs.
44T2, referred to in Section A.

E-2c.  Materials shall be the same as those specified for Class I gate valves.

E-2d.  Bonnets may be screwed, or flanged and bolted.

E-2e.  Handwheels shall be of malleable iron of non-heat design having three
or more spokes.  See Table II for minimum diameters.

E-3.  Class III Gate Valves.

E-3a.  Valves shall be supplied with threaded or flanged ends as specified in
sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and
above.  The dimensions shall conform to those shown in Table III.

TABLE III.

| Size of Pipe or Tubing for which used | Flanged Valves | | Handwheel Diameter— minimum | Height — Centerline to Top-Maximum |
|---|---|---|---|---|
| | Diam. of Bore | Face to Face | | |
| Inches | Inches | Inches | Inches | Inches |
| 1/4 | — | — | 1-3/4 | 8 |
| 1/2 | — | — | 2-1/2 | 8-1/2 |
| 3/4 | 1 | 5 | 2-3/4 | 9 |
| 1 | 1-1/4 | 5-1/4 | 3 | 10-1/2 |
| 1-1/4 | 1-1/2 | 6 | 3-1/2 | 11 |
| 1-1/2 | 2 | 7 | 4 | 12 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13 |
| 2-1/2 | 3 | 8 | 9 | 15 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16 |
| 3-1/2 | 4 | 9 | 11 | 17 |
| 4 | 4-1/2 | 9-1/2 | 11 | 18-1/2 |
| 4-1/2 | 5 | 10 | 12 | 20 |
| 5 | 5-1/2 | 10-1/4 | 12 | 21-1/2 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23 |
| 6 | 6-1/2 | 10-3/4 | 16 | 24-1/2 |
| 6-1/2 | 7 | 11 | 18 | 26 |
| 7 | 7-1/2 | 11-1/4 | 18 | 27-1/2 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29 |
| 8 | 8-1/2 | 11-3/4 | 21 | 30-1/2 |
| 8-1/2 | 9 | 12 | 21 | 32 |
| 9 | 9-1/2 | 12-1/2 | 21 | 33-1/2 |
| 9-1/2 | 10 | 13 | 21 | 35 |
| 10 | 10-1/2 | 13-1/2 | 21 | 36-1/2 |

45V17(INT)

—6—

E-3b.   The threaded ends shall conform to the requirements of N. D. Specs. 44T2, referred to in Section A.

E-3c.   The dimensions of flanges shall conform to Bureau standard B-140, referred to in Section A.

E-3d.   Materials shall be the same as those specified for Class I valves.

E-3e.   Bonnets for valves 1-1/2 inches and smaller may be screwed.  Those for valves 2 inches and larger shall be flanged.  Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3f.   Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves.  Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table III.

E-4.   Class IV Gate Valves.

E-4a.   Valves shall have flanged ends and be supplied only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of Pipe or Tubing for which used | Diameter of Bore | Dimensions | | |
|---|---|---|---|---|
| | | Face to Face | Handwheel Diameter Minimum | Height-Centerline to top-maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/2 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 12 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/2 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

45V17(INT)

--7--

E-4b.   The dimension of flanges shall conform to Bureau standard B-141, referred to in Section A.

E-4c.   Materials shall be as follows:

(1) Oil Service.
Body, bonnet, stuffing box and gland -- Class D cast steel (N.D. Specs. 49S1) or Class B forged steel (N.D. Specs. 49S2).
Disk and seat -- CRS-1 corrosion-resisting steel (N.D. Specs. 46S18) or free maching cast corrosion-resisting steel (N.D. Specs. 46S27).
The disk may be Class D cast steel (N.D. Specs. 49S1) fitted with seating face of either of the former materials.
Stem -- CRS-7 corrosion-resisting steel (N.D. Specs. 46S18).
Stem nut, index unit and scale -- brass.
Bolt-studs and nuts -- steel, (N.D. Specs. 43B14).
Bolts and nuts -- (N.D. Specs. 43B11).

(2) Air, Exhaust Steam or Water Services.
Body, bonnet and stuffing box -- same materials as specified for "Oil Service".
Disk and seat -- Gun metal (N.D. Specs. 46M6) or special composition of non-galling characteristics as approved.
Stem -- nickel-copper alloy, rolled (N.D. Specs. 46M7).
Stuffing box gland, stem nut, index units and scale -- brass.
Bolt-studs and nuts -- steel (N.D. Specs. 43B14).
Bolt and nuts -- (N.D. Specs. 43B11).

E-4d.   Bonnets shall be flanged and bolted with bolt studs threaded full length and fitted with a nut on each end.

E-4e.   Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table IV.

E-5.   Class V Gate Valves.

E-5a.   Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table V.

45V17(INT)

—3—

TABLE V.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-line to top – maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/2 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/2 | 21 | 35 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b.   The dimensions of flanges shall conform to Bureau drawings B-159 and 3-S-530 referred to in Section A.  Raised surfaces on all valves flanges shall be 1/4 inch in height.

E-5c.   Materials shall be the same as specified for Class IV valves.

E-5d.   Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-5e.   Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table V.

45V17(INT)

—9—

E-6.  Class VI Gate Valves.

E-6a.  Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of bore | Face to face over raised surface | Handwheel Diameter, minimum | Height centerline to top — maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 10-1/3 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/2 |
| 1-1/2 | 1-1/2 | 9-1/3 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/3 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 34 |
| 4-1/2 | 4-1/2 | 18-1/2 | 14 | 36 |
| 5 | 5 | 20 | 16 | 28 |
| 5-1/2 | 5-1/2 | 21 | 18 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/8 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/3 |
| 8-1/2 | 8-3/8 | 27-1/4 | 24 | 38-1/2 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/3 |
| 10 | 9-3/4 | 31 | 27 | 41-1/3 |

E-6b.  The dimensions of flanges shall conform to Bureau drawings B-174 and 3-S-530, referred to in Section A.  Raised faces on all valves shall be 1/4-inch in height.

E-6c.  Materials shall be the same as specified for Class IV valves.

E-6d.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-6e.  Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table VI.

45Y17(INT)

-10-

F.  METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1.  Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2.  Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3.  Each valve shall be tested as follows:

(a) By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

(b) By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

### Hydrostatic Test Pressures

|           | (1) Open             | (2) Closed            |
|-----------|----------------------|-----------------------|
| Class I   | 150 lbs. per sq. in. gage | 100 lbs. per sq. in. gage |
| Class II  | 300 lbs. per sq. in. gage | 200 lbs. per sq. in. gage |
| Class III | 600 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class IV  | 750 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class V   | 1000 lbs. per sq. in. gage | 500 lbs. per sq. in. gage |
| Class VI  | 1500 lbs. per sq. in. gage | 750 lbs. per sq. in. gage |

F-4.  The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

G.  PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1.  Packing.—  Unless otherwise specified, valves shall be delivered in substantial commercial containers so constructed as to insure acceptance by common or other carrier for safe transportation at the lowest rate to the point of delivery.

G-2.  Marking.—  Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor and the number of the contract or order.

45V17(INT)

-11-

H.  NOTES.

  H-1.  Requisitions and contracts or orders should state the quantity of each class and the size of valves desired and the number of Type B and D drawings desired.

  H-2.  This specification supersedes Supplementary General Specification for Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department, Washington, D. C.

  H-3.  <u>Copies of Drawings and Specifications.-</u>

  H-3a.  <u>Copies of Drawings.-</u>  Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.  When requesting, refer to drawings by both title and number.

  H-3b.  <u>Copies of Bureau of Engineering Specifications.-</u>  Copies of Bureau of Engineering Specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.  When requesting, refer to Specification by both title and number.

  H-3c.  <u>Copies of Navy Department Specifications.-</u>  Copies of Navy Department Specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D. C.  When requesting, refer to specification by both title and number.

Case 2:12-cv-03013-SVW-PJW   Document 128-7   Filed 02/11/13   Page 58 of 100   Page ID #:2718

BUREAU OF ENGINEERING SPECIFICATION

VALVES, GATE, FOR WATER, OIL, EXHAUST STEAM OR AIR SERVICES

(SHIPBOARD USE)

A.  APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.  The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with Appendix II (Metals).
33P14 -- Packing, asbestos, valve stem, symbol 1101.
33P16 -- Packing, asbestos, rod, high pressure, symbol 1100.
33P17 -- Packing, metallic, flexible, symbols 1430 and 1431.
43B11 -- Bolts, nuts, studs, tap rivets (and material for same).
43B14 -- Bolt-studs, nuts, and rod; steel (for service at temp. up to 850° F.).
44T2 -- Threads, standard, for pipe and pipe fittings.
45V1 -- Valves, bronze, 100 W.S.P.; gate.
46B6 -- Brass, naval, rolled.
46B8 -- Bronze, valve: Castings.
46M6 -- Metal, gun: Castings.
46M7 -- Nickel-copper alloy; rods, bars, shapes, etc.
46S18 -- Steel, corrosion-resisting; bars, rods, and forgings (except for reforging).
46S27 -- Steel, corrosion-resisting: Castings.
49S1 -- Steel; Castings.
49S2 -- Steel; Forgings for hulls, engines and ordnance.

BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection SL-1.

A-2.  The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64 -- Hand wheels for valves.
B-139 -- Composition flanges, 100 lbs.
B-140 -- Composition flanges, 200 and 400 lbs.
B-141 -- Steel flanges, 400 lbs.
B-153 -- Standard application of annual contract packings.
B-159 -- Steel flanges, 600 lbs.
B-160 -- Type quick closing valves.
B-161 -- Type hose gate valve.
B-173 -- Forged steel unions.

45V17(INT)

-2-

B-174 -- Steel flanges.
3-S-530 -- Forged steel welding end fittings.
6-Y-554 -- Schedule for piping, pipe fittings, valves and type of joints used in piping systems.

B.  CLASSES.

B-1.  Gate valves shall be of the following classes:

Class I -- For working pressures not greater than 100 pounds per square inch threaded and flanged ends -- composition. (also in steel for oil services, as required by schedule for valves, etc., Bureau drawing 6-Y-554 as listed in Section A.)

Class II -- For working pressures from 101 to 200 pounds per square inch, smaller than 2 inch size, threaded ends -- composition.

Class III -- For working pressures from 101 to 400 pounds per square inch threaded, and flanged ends -- composition.

Class IV -- For working pressures from 101 to 400 pounds per square inch, sizes 3/4 inch and larger, flanged ends -- cast (or forged) steel.

Class V -- For working pressures from 401 to 600 pounds per square inch, sizes 3/4 inch and larger, flanged ends -- cast (or forged) steel.

Class VI -- For working pressures from 601 to 750 pounds per square inch, sizes 3/4 inch and larger, flanged ends -- cast (or forged) steel.

C.  MATERIAL AND WORKMANSHIP.

C-1.  Departures from Referenced Specifications.-- The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear.  Specific approval shall be obtained where departures are made from the referenced specifications.

C-2.  Materials.-- All materials used in the construction of valves shall be as specified in Section E.  Alternate materials will be considered in lieu of those specified but their use will only be permitted after the bureau concerned has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3.  Threaded Parts; Standard Bolts, Nuts and Machine Screws.-- Bolts and nuts shall conform to N.D. Specs. 43B11, and 43B14 referred to in Section A.

C-4.  Workmanship.-- All castings shall be clean, sound and free from blow holes, porosity, cracks and any other injurious defects.  The workmanship shall be first class in all respects.

D.  GENERAL REQUIREMENTS.

D-1.  Plans.  Plans shall be furnished as required by the bureau concerned.

D-1a.  Bureau of Engineering.

D-1a(1).  The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

D-1a(3).  The specific plans desired and the information thereon shall include the following:

      Type A.
      Type B.
      Type D.

D-1a(3).  Type A drawings shall accompany bids.

D-1a(4).  The number of sets of Type B and Type D drawings, if required, shall be stated in the requisition, contract or order.

D-2.  All valves shall be of the non-rising stem design and so constructed that the stem will not be exposed to the fluid passing through the valve, except that entering the drain hole, when the disk is raised to the full open position.

D-3.  All valves when fully open shall permit an unobstructed flow and the area at any point within the valve shall be not less than the inside area of the pipe or tubing to which connected.

D-4.  All valves shall be so designed that the valve stem may be packed when the valve is in the full-open position.

D-5.  All disks shall be of the wedge-type double-faced design, made in one piece.

D-6.  All valves shall be provided with disk guides cast integral with the body.

D-7.  Each disk shall have an opening in the bottom to provide drainage.

D-8.  Each stem shall be so threaded with acme type threads that the valve will be opened when the handwheel is turned counterclockwise.  The end of each stem shall be square and tapered to fit the handwheel.  The stem shall be threaded above the tapered section to provide for a hexagonal securing nut.

D-9.  The stem and thrust collar shall be one integral piece.

D-10.  Unless otherwise specified, each valve 2-1/2 inches and larger shall be provided with an indicator to show whether the valve is open or closed.

D-11.  Each valve shall have distinctly cast or stamped on one side of the body the trade mark of the maker, "100" for Class I valves, "200" for Class II valves, "400" for Class III valves, "300" for Class IV valves, "400" for Class V valves, and "600" for Class VI valves; and the size of the valve.  Valves for oil shall also have the word 'oil' cast or stamped on the bodies.

45V17(INT)

—4—

D-12.  The walls of bodies and bonnets shall be curved surfaces; no flat surfaces shall be permitted.  They shall be ribbed as required to prevent distortion.

D-13.  Stuffing boxes shall be separate from the valve bonnets. For valves of 2-1/2 inch size, and above, the glands shall be of the flanged type set up by two nuts working on studs extending through the gland flange.

D-14.  All composition gate valves of 2-1/2 inch size and above, and all steel gate valves shall have removable seats.  Removable seats shall be screwed into the valve bodies, suitable lugs being provided on the seats for the purpose.  The faces of the seats shall be slightly raised at the center to provide a narrow bearing surface not to exceed one-eighth inch in width.

D-15.  All gate valves, Classes III, IV, V and VI, 4-1/2 inch size or larger shall be fitted with by passes.  The by-pass valves shall be globe valves, the materials of which shall correspond to the gate valves served.  The minimum sizes for the by-passes are given below in Table I.

TABLE I.

| Size of gate valve | Size of by-pass valve |
|---|---|
| 4-1/2 inches to 7-1/2 inches, incl............... | 1/2 inch, minimum |
| 8 inches to 9-1/2 inches, incl. | 3/4 inch, minimum |
| 10 inches............... | 1-inch, minimum |

NOTE:—  All by-passes shall be connected to their valves by flanged joints.

D-16.  Valves stems shall be packed with one of the packings conforming to N.D. Specs. 33P14, 33P16, or 33P17, referred to in Section A.

E.  DETAIL REQUIREMENTS.

E-1.  Class I Gate Valves.

E-1a.  Valves shall conform in every particular to N.D. Specs. 45V1, referred to in Section A, except when ordered in steel, which shall conform to N.D. Specs. 45V1 for design and subparagraph E-4c(1) for materials, but the "bolts" or "studs" and "nuts", shall be steel, N.D. Specs. 43E11, referred to in Section A, Classes B and C, respectively.

Gate valves shall be supplied with threaded ends in all sizes and with dimensions shown in Table II.

TABLE II.

| Size of Pipe for which Valves are used | Dimensions | |
|---|---|---|
| | Diameter of handwheel—minimum | Distance centerline to top maximum |
| Inches | Inches | Inches |
| 1/4 | 1-1/2 | 4 |
| 1/2 | 1-3/4 | 4-1/4 |
| 3/4 | 2-1/2 | 5 |
| 1 | 2-3/4 | 5-3/4 |
| 1-1/4 | 3 | 6-1/2 |
| 1-1/2 | 3-1/2 | 7-1/2 |

E-2b. The threaded ends shall conform to the requirements of N.D. Specs. 44T2, referred to in Section A.

E-2c. Materials shall be the same as those specified for Class I gate valves.

E-2d. Bonnets may be screwed, or flanged and bolted.

E-2e. Handwheels shall be of malleable iron of non-heat design having three or more spokes. See Table II for minimum diameters.

E-3. **Class III Gate Valves.**

E-3a. Valves shall be supplied with threaded or flanged ends as specified in sizes 1-1/2 inches and smaller; and with flanged ends only in sizes 2 inches and above. The dimensions shall conform to those shown in Table III.

TABLE III.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Flanged Valves | | Handwheel Diameter— minimum | Height — Centerline to Top—Maximum |
| | Diam. of Bore | Face to Face | | |
| Inches | Inches | Inches | Inches | Inches |
| 1/4 | | | 1-3/4 | 8 |
| 1/2 | | | 2-1/2 | 8-1/2 |
| 3/4 | 1 | 5 | 2-3/4 | 9 |
| 1 | 1-1/4 | 5-1/4 | 3 | 10-1/2 |
| 1-1/4 | 1-1/2 | 6 | 3-1/2 | 11 |
| 1-1/2 | 2 | 7 | 4 | 12 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13 |
| 2-1/2 | 3 | 8 | 9 | 15 |
| 3 | 3-1/2 | 8-1/2 | 10 | 16 |
| 3-1/2 | 4 | 9 | 11 | 17 |
| 4 | 4-1/2 | 9-1/2 | 11 | 18-1/2 |
| 4-1/2 | 5 | 10 | 12 | 20 |
| 5 | 5-1/2 | 10-1/4 | 12 | 21-1/2 |
| 5-1/2 | 6 | 10-1/2 | 14 | 23 |
| 6 | 6-1/2 | 10-3/4 | 16 | 24-1/2 |
| 6-1/2 | 7 | 11 | 18 | 26 |
| 7 | 7-1/2 | 11-1/4 | 18 | 27-1/2 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29 |
| 8 | 8-1/2 | 11-3/4 | 21 | 30-1/2 |
| 8-1/2 | 9 | 12 | 21 | 32 |
| 9 | 9-1/2 | 12-1/2 | 21 | 33-1/2 |
| 9-1/2 | 10 | 13 | 21 | 35 |
| 10 | 10-1/2 | 13-1/2 | 21 | 36-1/2 |



45V17(INT)

-6-

E-3b.  The threaded ends shall conform to the requirements of N. D. Specs. 44T2, referred to in Section A.

E-3c.  The dimensions of flanges shall conform to Bureau standard B-140, referred to in Section A.

E-3d.  Materials shall be the same as those specified for Class I valves.

E-3e.  Bonnets for valves 1-1/2 inches and smaller may be screwed.  Those for valves 2 inches and larger shall be flanged.  Flanged bonnets shall be bolted with bolt studs threaded full length and fitted with a nut on each end.

E-3f.  Handwheels for valves, sizes 1-1/2 inches and smaller, shall be of the same type as specified for Class II valves.  Handwheels for valves, sizes 2 inches and larger, shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table III.

E-4.  **Class IV Gate Valves.**

E-4a.  Valves shall have flanged ends and be supplied only of steel, cast or forged, in all sizes and of dimensions as shown in Table IV.

TABLE IV.

| Size of Pipe or Tubing for which used | Diameter of Bore | Face to Face | Dimensions | |
|---|---|---|---|---|
| | | | Handwheel Diameter Minimum | Height-Centerline to top-maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 1 | 5 | 3-1/4 | 10 |
| 1 | 1-1/4 | 5-1/4 | 4 | 11 |
| 1-1/4 | 1-1/2 | 6 | 5 | 11-1/2 |
| 1-1/2 | 2 | 7 | 6 | 12-1/2 |
| 2 | 2-1/2 | 7-1/2 | 8 | 13-1/2 |
| 2-1/2 | 3 | 8 | 9 | 15-1/2 |
| 3 | 3-1/2 | 8-1/3 | 10 | 16-1/2 |
| 3-1/2 | 4 | 9 | 11 | 17-1/2 |
| 4 | 4-1/2 | 9-1/2 | 11 | 19 |
| 4-1/2 | 5 | 10 | 12 | 20-1/2 |
| 5 | 5-1/2 | 10-1/4 | 12 | 22 |
| 5-1/2 | 6 | 10-1/3 | 14 | 23-1/2 |
| 6 | 6-1/2 | 10-3/4 | 16 | 25 |
| 6-1/2 | 7 | 11 | 18 | 26-1/2 |
| 7 | 7-1/2 | 11-1/4 | 18 | 28 |
| 7-1/2 | 8 | 11-1/2 | 18 | 29-1/2 |
| 8 | 8-1/2 | 11-3/4 | 21 | 31 |
| 8-1/2 | 9 | 12 | 21 | 32-1/2 |
| 9 | 9-1/2 | 12-1/2 | 21 | 34 |
| 9-1/2 | 10 | 13 | 21 | 35-1/2 |
| 10 | 10-1/2 | 13-1/2 | 21 | 37 |

45V17(INT)

—7—

E-4b.   The dimension of flanges shall conform to Bureau standard B-141, referred to in Section A.

E-4c.   Materials shall be as follows:

(1) Oil Service.
Body, bonnet, stuffing box and gland — Class D cast steel (N.D. Specs. 49S1) or Class B forged steel (N.D. Specs. 49S2).
Disk and seat — CRS-1 corrosion-resisting steel (N.D. Specs. 46S18) or free maching cast corrosion-resisting steel (N.D. Specs. 46S27). The disk may be Class D cast steel (N.D. Specs. 49S1) fitted with seating face of either of the former materials.
Stem — CRS-7 corrosion-resisting steel (N.D. Specs. 46S18).
Stem nut, index unit and scale — brass.
Bolt-studs and nuts — steel, (N.E. Specs. 43B14).
Bolts and nuts — (N.D. Specs. 43B11).

(2) Air, Exhaust Steam or Water Services.
Body, bonnet and stuffing box — same materials as specified for "Oil Service".
Disk and seat — Gun metal (N.E. Specs. 43M6) or special composition of non-galling characteristics as approved.
Stem — nickel-copper alloy, rolled (N.E. Specs. 46M7).
Stuffing box gland, stem nut, index units and scale — brass.
Bolt-studs and nuts — steel (N.E. Specs. 43B14).
Bolt and nuts — (N.D. Specs. 43B11).

E-4d.   Bonnets shall be flanged and bolted with bolt studs threaded full length and fitted with a nut on each end.

E-4e.   Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table IV.

E-5.   Class V Gate Valves.

E-5a.   Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table V.

45V17(INT)

—3—

### TABLE V.

| Size of Pipe or Tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of Bore | Face to face over raised surface | Handwheel Diameter Minimum | Height Center-Line to top — maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 8-1/2 |
| 1 | 1 | 8-1/2 | 7 | 9-1/2 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 12-1/2 |
| 2 | 2 | 11-1/2 | 8 | 15 |
| 2-1/2 | 2-1/2 | 13 | 9 | 16-5/8 |
| 3 | 3 | 14 | 10 | 18-1/4 |
| 3-1/2 | 3-1/2 | 15 | 10 | 19 |
| 4 | 4 | 16 | 12 | 22 |
| 4-1/2 | 4-1/2 | 17 | 12 | 24 |
| 5 | 5 | 18 | 14 | 26 |
| 5-1/2 | 5-1/2 | 19 | 16 | 27-1/4 |
| 6 | 6 | 19-1/2 | 16 | 28-1/4 |
| 6-1/2 | 6-1/2 | 20-1/2 | 18 | 30 |
| 7 | 7 | 21-1/2 | 18 | 31 |
| 7-1/2 | 7-1/2 | 22-1/2 | 18 | 33 |
| 8 | 8 | 23-1/2 | 21 | 36 |
| 8-1/2 | 8-1/2 | 24-1/4 | 21 | 36 |
| 9 | 9 | 25 | 21 | 37 |
| 9-1/2 | 9-1/2 | 25-3/4 | 21 | 38 |
| 10 | 10 | 26-1/2 | 21 | 39 |

E-5b.  The dimensions of flanges shall conform to Bureau drawings B-159 and 3-S-530 referred to in Section A.  Raised surfaces on all valve flanges shall be 1/4 inch in height.

E-5c.  Materials shall be the same as specified for Class IV valves.

E-5d.  Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-5e.  Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table V.

45V17(INT)

–9–

E-6.   Class VI Gate Valves.

E-6a.   Valves shall have flanged ends and be made in all sizes and of the dimensions given in Table VI.

TABLE VI.

| Size of pipe or tubing for which used | Dimensions | | | |
|---|---|---|---|---|
| | Diameter of bore | Face to face over raised surface | Handwheel Diameter, minimum | Height centerline to top - maximum |
| Inches | Inches | Inches | Inches | Inches |
| 3/4 | 3/4 | 7-1/2 | 6 | 10-1/2 |
| 1 | 1 | 8-1/2 | 7 | 11 |
| 1-1/4 | 1-1/4 | 9 | 7 | 11-1/3 |
| 1-1/2 | 1-1/2 | 9-1/2 | 8 | 13 |
| 2 | 2 | 11-1/2 | 9 | 16-1/2 |
| 2-1/2 | 2-1/2 | 13 | 9 | 17 |
| 3 | 3 | 14 | 10 | 19 |
| 3-1/2 | 3-1/2 | 15-1/2 | 12 | 19-1/2 |
| 4 | 4 | 17 | 14 | 24 |
| 4-1/2 | 4-1/2 | 13-1/2 | 14 | 26 |
| 5 | 5 | 20 | 15 | 28 |
| 5-1/2 | 5-1/2 | 21 | 18 | 29 |
| 6 | 6 | 22 | 18 | 30-1/2 |
| 6-1/2 | 6-3/8 | 23 | 21 | 32-1/2 |
| 7 | 6-7/8 | 24 | 21 | 33-1/2 |
| 7-1/2 | 7-3/6 | 25 | 21 | 35-1/2 |
| 8 | 7-7/8 | 26 | 24 | 37-1/2 |
| 8-1/2 | 8-3/8 | 27-1/4 | 24 | 38-1/3 |
| 9 | 8-3/4 | 28-1/2 | 24 | 39-1/2 |
| 9-1/2 | 9-1/4 | 29-3/4 | 24 | 40-1/2 |
| 10 | 9-3/4 | 31 | 27 | 41-1/2 |

E-6b.   The dimensions of flanges shall conform to Bureau drawings B-174 and 3-S-550, referred to in Section A.   Raised faces on all valves shall be 1/4-inch in height.

E-6c.   Materials shall be the same as specified for Class IV valves.

E-6d.   Bonnets shall be bolted with bolt-studs threaded full length and fitted with a nut on each end.

E-6e.   Handwheels shall conform to Bureau standard B-64, referred to in Section A, and with diameters not less than those given in Table VI.

45V17(INT)

-10-

## F. METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1. Chemical and physical tests shall be made on samples of material taken during manufacture as required by the specifications covering the various materials used.

F-2. Each valve shall be inspected for defects of workmanship and compliance with specified dimensions.

F-3. Each valve shall be tested as follows:

(a) By hydrostatic pressure, as tabulated below, for strength and porosity with the gate open.

(b) By hydrostatic pressure, as tabulated below, for tightness on seat with the gate closed by hand and without the use of a wrench or equivalent, the pressure to be applied alternately on both sides of the gate with the side opposite the pressure open for inspection in each case.

### Hydrostatic Test Pressures

| | (1) Open | (2) Closed |
|---|---|---|
| Class I | 150 lbs. per sq. in. gage | 100 lbs. per sq. in. gage |
| Class II | 300 lbs. per sq. in. gage | 200 lbs. per sq. in. gage |
| Class III | 600 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class IV | 750 lbs. per sq. in. gage | 400 lbs. per sq. in. gage |
| Class V | 1000 lbs. per sq. in. gage | 500 lbs. per sq. in. gage |
| Class VI | 1500 lbs. per sq. in. gage | 750 lbs. per sq. in. gage |

F-4. The appliance for the hydrostatic testing of flanged valves shall not restrict longitudinal expansion.

## G. PACKAGING, PACKING AND MARKING FOR SHIPMENT.

G-1. Packing.- Unless otherwise specified, valves shall be delivered in substantial commercial containers so constructed as to insure acceptance by common or other carrier for safe transportation at the lowest rate to the point of delivery.

G-2. Marking.- Unless otherwise specified, shipping containers shall be marked with the name of the material, the class, size and the quantity contained therein as defined by the contract or order under which shipment is made, the name of the contractor and the number of the contract or order.

H.   NOTES.

H.-1.   Requisitions and contracts or orders should state the quantity of each class and the size of valves desired and the number of Type B and D drawings desired.

H.-2.   This specification supersedes Supplementary General Specification for Machinery, SGS(48)-20 formerly issued by the Bureau of Engineering, Navy Department, Washington, D. C.

H.-3.   Copies of Drawings and Specifications.-

H.-3a.   Copies of Drawings.-  Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.  When requesting, refer to drawings by both title and number.

H.-3b.   Copies of Bureau of Engineering Specifications.-  Copies of Bureau of Engineering Specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D. C.  When requesting, refer to Specification by both title and number.

H.-3c.   Copies of Navy Department Specifications.-  Copies of Navy Department Specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D. C.  When requesting, refer to specification by both title and number.

BUREAU OF ENGINEERING SPECIFICATION

VALVES, HIGH PRESSURE, GLOBE AND ANGLE, FORGED STEEL, WELDING ENDS,

SIZES, 1/4-INCH TO 1-INCH INCLUSIVE

600 Lbs. W.S.P. and 850°F. Maximum Temperature

(Shipboard Use)

A.  APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.  The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with
   Appendix II (Metals).
42N2 – Nameplates, Instruction plates, and other designating markings for
   electrical and mechanical equipment (shipboard use).
42S5 – Screws, machine.
43B11– Bolts, nuts, studs, and tap-rivets (and material for same).
43B14 – Bolt studs, steel rods and nuts for service at temperatures up to 850°F.
45V18 – Valves, high pressure, globe and angle, steel (Shipboard use).
  46A1 – Aluminum alloy, light castings.
  46B6 – Brass, naval, rolled: bars, plates, etc.
46B10 – Brass, naval: castings.
46-I-8 – Iron, malleable: castings.
  46M6 – Metal, gun: castings.
  46M7 – Nickel-copper alloy, rolled.
  46P1 – Plating, cadmium.
  46R5 – Rods, welding, cobalt-chromium composition.
46S13 – Steel, corrosion-resisting; bars, rods and forgings (except for reforging)
46S33 – Steel castings, molybdenum alloy (for temperatures up to 850°F.).
46S34 – Steel forgings, molybdenum alloy (for temperatures up to 850°F.).
  49S1 – Steel: castings.
  49S2 – Steel: forgings for hulls, engines, ordnance.

BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2.  The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

   B-64 – Handwheels for valves.
   B-100– Finish marks.
   B-147– Seamless drawn steel tubing.
   B-153– Standard application of annual contract packing.
   3-S-530– Forged steel welding end fittings.

45V19(INT)

-2-

B.  TYPE.

B-1.  Valves covered by this specification shall be furnished in but one type.

C.  MATERIAL AND WORKMANSHIP.

C-1.  Departures from Referenced Specifications.- The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear.  Specific approval shall be obtained where departures are made from the referenced specifications.

C-2.  Materials.- All materials used in the construction of valves shall be as specified in Section E.  Alternate materials will be considered in lieu of those specified but their use will only be permitted after the Bureau has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3.  Threaded Parts; Standard Bolts, Nuts and Machine Screws.- Bolts and nuts shall conform to N.D. Specs. 43B11 or 43B14, referred to in Section A, as applicable. All threaded parts shall be assembled with the use of a suitable high temperature thread lubricant satisfactory to the Bureau.

C-4.  Workmanship.- All parts shall be free from flaws, burrs, and blemishes.  The workmanship shall be first class in every respect.

D.  GENERAL REQUIREMENTS.

D-1.  (See Section E).

E.  DETAIL REQUIREMENTS.

E-1.  Plans.- Plans shall be furnished as required by the bureau concerned.

E-1a.  Bureau of Engineering.

E-1a(1).  The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-1, referred to in Section A.

E-1a(2).  The specific plans desired, except as provided by subparagraphs E-1a(3) and E-1a(4), shall include the following:

Type A.
Type B.
Type D.

45V10(INT)

–3–

E-1a(3). Type A drawings shall accompany bids, except when the bidder has filed with the Bureau approved drawings of the valves, in which case it will suffice to quote the Bureau file numbers of the drawings for identification that the valves have been approved by the Bureau and meet these specifications.

E-1a(4). Type B and Type D drawings will not be required provided the contractor has filed with the Bureau approved drawings of the valves.

E-2. The materials shall conform to the following:

(a) Body and bonnet.– Class A forged carbon-molybdenum steel (N.D. Specs.46S34).
(b) Bonnet bolt-studs and nuts.– Steel (N.D. Spec. 43B14).
(c) Bonnet yoke bushing.– Gun metal (N.D. Spec. 46M6).
(d) Bonnet gasket.– Soft steel or iron sheet; nickel-copper alloy sheet, (N.D. Spec. 46M7), dead soft annealed; or copper-nickel zinc sheet of approximately 64 percent copper, 30 percent nickel and 6 percent zinc. Brinell 80 or less for all.
(e) Disk.– Cast carbon-molybdenum steel, (N.D.Spec. 46S33) or forged carbon-molybdenum steel (N.D. Spec. 46S34); (see item g for seating face).
(f) Disk nut.– Forged steel, Class C (N.D. Spec. 49S2).
(g) Disk and seat, seating faces.– Cobalt-chromium composition, (N.D. Spec.46R5).
(h) Flange bolt.– studs and nuts.– (Bureau Standard Sheet B-174).
(i) Gland, stuffing box.– Class C cast of forged steel (electro-galvanized) (N.D. Spec. 49S1 or 49S2)
(j) Gland bolts.– Steel, Class B (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); nuts – steel, Class C (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); or Naval brass (N.D. Spec. 46B6).
(k) Handwheels.– See Bureau Standard Sheet B-64.
(ℓ) Lock washer for disk nut.– Corrosion-resisting steel, Grade 1, (N.D. Spec. 47S20).
(m) Set screws and split pins.– Steel.
(n) Stem bushing.– Special nickel-copper alloy, 52 to 56 percent nickel, 30.5 to 34 percent copper, 10.5 to 13 percent tin, 0.35 to 1 percent silicon, 0.39 to 0.75 percent manganese, 0.40 to 1 percent phosphorous, and 1 to 2 percent iron. Minimum tensile strength 60,000 pounds per square inch. Brinell 190 to 235. Other materials satisfactory for the service will be given consideration.
(o) Stem for disk.– Forged corrosion-resisting steel, grade 7, (N.D. Spec.46S18)
(p) Stem nuts.– Naval brass (N.D. Spec. 46B6).
(q) Washer between end of rotating stem and disk.– Nitralloy or equivalent, at least 800 Brinell hardness.
(r) T-handles.– Naval brass (N.D. Spec. 46B1C), or malleable iron (N.D. Spec. 46-I-8).

E-3. Valves shall be so designed as to insure positive tightness under severe service.

E-4. The bodies of all valves shall be so fitted that the valves may be easily ground in.

45V19(INT)

-4-

E-5.  The characteristic dimensions of all valves shall be as given in Figure 1.

E-6.  Bodies and bonnets shall be forged.

E-7.  The unrestricted area through the seats, with the disk in the full open position, and through all body passages, shall be not less than that given in column "B" of the table shown on Figure 1.

E-8.  Valves shall have bolted bonnets.  The joint faces for bonnet flanges shall be male and female and shall have (f2) finish; see Bureau Standard Sheet B-100, referred to in Section A.  The bonnets shall be secured by studs or bolt-studs.

E-9.  Yokes shall be integral with the bonnets, but a design with separate yoke will be given consideration.  The yoke shall be fitted with a bushing threaded to suit the stem.

E-10.  Stems shall have outside Acme type of threads unless otherwise approved, and shall turn right-hand to close the valves.

E-11.  Valve disks shall be of the plug type with swivel attachment to the stems and the seating area faced with cobalt-chromium composition not less than 3/32-inch thick for 1-inch and 3/4-inch valves, and 1/16-inch thick for valves 1/2-inch and smaller; the composition to be deposited by welding to insure positive bond between it and the disk.  Disks shall be secured to the stems by nuts locked in place; other means for securing disks for 1/4-inch and 3/8-inch valves will be considered if the method is described in the bid.  A hardened washer shall be inserted between the end of all stems and disks for valves 3/4-inch and larger to prevent galling.

E-12.  Valve seats shall be integral with the bodies.  The seating area shall be faced with cobalt-chromium composition in compliance with similar requirements for the disks; see paragraph E-11.  The included seat angle shall be 30 to 60 degrees.

E-13.  Stuffing boxes shall be of ample depth for at least six turns of packing, except 1/4-inch valves which shall have at least four turns.  Stuffing boxes shall be arranged so that they can be packed when under pressure with the valve open.  Valves shall be delivered with stuffing boxes suitably packed.  The packing shall be as approved; see Bureau Standard Sheet B-153, referred to in Section A.  Stuffing box glands shall be secured and adjusted by studs, and nuts.

E-14.  Handwheels.— Handwheels shall conform to Bureau Standard Sheet B-64, referred to in Section A.  The minimum diameters shall be as given in the table shown on Figure 1.  All handwheels shall have the rims and the upper face of hubs finished and buffed and the spokes and unfinished portion of the hubs wire brushed, unless required to be finished and buffed all over.  All handwheels shall be secured by means of a hexagonal nut threaded to the stem.  T-handles may be used instead of handwheels for 1/4-inch and 3/8-inch valves.

E-15.  Each valve shall have distinctly stamped, or equivalent, on one side of the body, the "size", "H.P.", "600", and in the case of globe valves, the position of the seat, for identification.  The manufacturers trade mark may also appear on the body.  When space does not permit this, the marking shall be as directed.

45V19(INT)

-5-

F.  METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1.  Chemical and physical tests shall be made as required by the specifications covering the various materials used.

F-2.  Five percent of the initial quantity of valves on order for any new design shall be selected by the Naval Inspector and tested to a steam pressure of 600 pounds per square inch gage, at a temperature of 850°F.  Such test shall include tests for tightness on both sides of the disk, and tightness of the body.  On subsequent cumulative orders, on the same manufacturer for valves of the same design a total of five percent of each size of valve so ordered shall be given the above steam test.  This shall be interpreted to mean that of each one hundred valves of the same size and design ordered, the Inspector may select at his discretion five valves to be steam tested.  Valves so selected may be taken from one order or from a multiplicity of orders totalling one hundred valves as desired, the number tested being a percentage of the total runs of valves and not a percentage of each individual order.

F-3.  All valves shall be tested as follows:

    (a)  By hydrostatic pressure to at least 1500 pounds per square inch for strength and porosity with the disk open.
    (b)  By hydrostatic pressure to at least 750 pounds per square inch for tightness on seat with the disk closed by hand and without the use of a wrench or equivalent, the pressure shall be applied alternately on both sides of the disk with the side opposite the pressure open for inspection in each case.
    (c)  By air pressure to approximately 100 pounds per square inch for porosity and tightness on seat, procedure to be as outlined in (b) above.

G.  PACKAGING, PACKING, AND MARKING FOR SHIPMENT:

G-1.  Packing.-- Unless otherwise specified, the subject commodity shall be delivered in substantial wooden crates or boxes, so constructed as to insure safe delivery by common or other carrier to the point of delivery.  Not more than five valves shall be packed in a container.  The valves shall be packed rigidly, or secured in the containers in such a manner as will prevent damage from shifting while being handled or transported.  Sets of spare parts, if furnished, shall be packaged or bagged, and secured to the valve to which they belong.

G-2.  Marking.-- Unless otherwise specified, shipping containers shall be marked with the name of the material, the type, size, and the quantity contained therein as defined by the contract or order under which the shipment is made, the name of the contractor, and the number of the contract or order, and the net and gross weight.

45V19(INT)

-6-

H.  NOTES.

H-1.  Requisitions and contracts or orders should state the number of Type B and D drawings desired.  See subparagraphs E-1a(3) and E-1a(4).

H-2.  This specification supersedes Supplementary General Specification for Machinery, SGS(48)-155 formerly issued by the Bureau of Engineering, Navy Department, Washington, D.C.

H-3.  Copies of Drawings and Specifications.

H-3a.  Copies of Drawings.- Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C.  When requesting, refer to drawings by both title and number.

H-3b.  Copies of Bureau of Engineering Specifications.- Copies of Bureau of Engineering specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C.  When requesting, refer to specification by both title and number.

H-3c.  Copies of Navy Department Specifications.- Copies of Navy Department specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D.C., except that naval activities should make application to the Commandant, Navy Yard, New York, N.Y.  When requesting, refer to specification by both title and number.



| ALL DIMENSIONS IN INCHES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIZE | A | B | C | D | E | | F |
| | | | | | GLOBE | ANGLE | |
| $\frac{1}{4}$ | 2 | $\frac{5}{16}$ | .55 | $\frac{7}{16}$ | 6 | $5\frac{5}{8}$ | $*3$ |
| $\frac{3}{8}$ | $2\frac{1}{8}$ | $\frac{7}{16}$ | .685 | $\frac{9}{16}$ | $6\frac{1}{4}$ | $5\frac{7}{8}$ | $*4$ |
| $\frac{1}{2}$ | $2\frac{5}{16}$ | $\frac{19}{32}$ | .855 | $\frac{5}{8}$ | $7\frac{3}{8}$ | $6\frac{3}{4}$ | 5 |
| $\frac{3}{4}$ | $2\frac{7}{8}$ | $\frac{13}{16}$ | 1.07 | $\frac{11}{16}$ | $9\frac{1}{8}$ | $8\frac{1}{8}$ | 6 |
| 1 | $3\frac{1}{2}$ | $1\frac{1}{16}$ | 1.335 | $\frac{3}{4}$ | 11 | $9\frac{5}{8}$ | 7 |

*MINIMUM LENGTH OF TEE HANDLES $2\frac{1}{2}$ INCHES AND 4 INCHES, RESPECTIVELY.

FIG. 1

10 November 19

45V19(INT)

BUREAU OF ENGINEERING SPECIFICATION

VALVES, HIGH PRESSURE, GLOBE AND ANGLE, FORGED STEEL, WELDING ENDS,

SIZES, 1/4-INCH TO 1-INCH INCLUSIVE

600 Lbs. W.S.P. and 850° F. Maximum Temperature

(SHIPBOARD USE)

---

A.   APPLICABLE SPECIFICATIONS AND DRAWINGS.

A-1.   The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies.

### NAVY DEPARTMENT SPECIFICATIONS

General Specifications for Inspection of Material, together with Appendix II (Metals).
42S5 — Screws, machine.
43B11 — Bolts, nuts, studs and tap rivets (and material for same).
43S14 — Bolt studs, steel rods and nuts for service at temperatures up to 850°F.
45V18 — Valves, high pressure, globe and angle, steel (Shipboard use).
46A1 — Aluminum alloy, light castings.
46B6 — Brass, naval, rolled: Bars, plates, etc.
46B10 — Brass, naval: Castings.
46-I-8 — Iron, malleable: Castings.
46M6 — Metal, gun: Castings.
46M7 — Nickel-copper alloy, rolled.
46P1 — Plating, cadmium.
46R5 — Rods, welding, cobalt-chromium composition.
46S13 — Steel, corrosion-resisting; bars, rods and forgings (except for reforging)
46S33 — Steel castings, molybdenum alloy (for temperatures up to 850° F.).
46S34 — Steel forgings, molybdenum alloy (for temperatures up to 850° F.).
49S1 — Steel: Castings.
49S2 — Steel: Forgings for hulls, engines, and ordnance.

### BUREAU OF ENGINEERING SPECIFICATIONS

General Specifications for Machinery, Subsection S1-1.

A-2.   The following Bureau of Engineering drawings, of the latest alteration in effect on date of invitation for bids, form a part of this specification, and bidders and contractors should provide themselves with the necessary copies:

B-64— Handwheels for valves.
B-100— Finish marks.
B-147— Seamless drawn steel tubing.
B-153— Standard application of annual contract packing.
3-S-530— Forged steel welding end fittings.

45V19(INT)

-3-

B.  TYPE.

B-1.  Valves covered by this specification shall be furnished in but one type.

C.  MATERIAL AND WORKMANSHIP.

C-1.  Departures from Referenced Specifications.- The use of materials differing from the referenced Navy Department specifications will be considered when it can be clearly demonstrated that an improvement in operating characteristics, or a saving in weight without sacrifice in reliability can be accomplished thereby, or that such substitutes do not preclude the subsequent use of Navy standard materials in effecting repairs or replacements necessitated by service wear.  Specific approval shall be obtained where departures are made from the referenced specifications.

C-2.  Materials.- All materials used in the construction of valves shall be as specified in Section E.  Alternate materials will be considered in lieu of those specified but their use will only be permitted after the Bureau has been satisfied by test or other means that the proposed substitutes fully meet the service requirements.

C-3.  Threaded Parts; Standard Bolts, Nuts and Machine Screws.- Bolts and nuts shall conform to N.D. Specs. 43S11 or 43S14, referred to in Section A, as applicable. All threaded parts shall be assembled with the use of a suitable high temperature thread lubricant satisfactory to the Bureau.

C-4.  Workmanship.- All parts shall be free from flaws, burrs, and blemishes.  The workmanship shall be first class in every respect.

D.  GENERAL REQUIREMENTS.

D-1.  (See Section E).

E.  DETAIL REQUIREMENTS.

E-1.  Plans.- Plans shall be furnished as required by the bureau concerned.

E-1a.  Bureau of Engineering.

E-1a(1).  The number, size, arrangement, title, form, etc., shall conform to the requirements of Subsection S1-I, referred to in Section A.

E-1a(2).  The specific plans desired, except as provided by subparagraphs E-1a(3) and E-1a(4), shall include the following:

Type A.
Type B.
Type E.

46V19(INT)

-3-

E-1a(3).  Type A drawings shall accompany bids, except when the bidder has filed with the Bureau approved drawings of the valves, in which case it will suffice to quote the Bureau file numbers of the drawings for identification that the valves have been approved by the Bureau and meet these specifications.

E-1a(4).  Type B and Type D drawings  will not be required provided the contractor has filed with the Bureau approved drawings of the valves.

E-2.  The materials shall conform to the following:

(a) Body and bonnet.- Class A forged carbon-molybdenum steel (N.D. Specs.46S34).
(b) Bonnet bolt-studs and nuts.- Steel (N.D. Spec. 43B14).
(c) Bonnet yoke bushing.- Gun metal (N.D. Spec. 46B5).
(d) Bonnet gasket.- Soft steel or iron sheet; nickel-copper alloy sheet, (N.D. Spec. 46N7), dead soft annealed; or copper-nickel zinc sheet of approximately 64 percent copper, 30 percent nickel and 6 percent zinc. Brinell 80 or less for all.
(e) Disk.- Cast carbon-molybdenum steel, (N.D.Spec. 46S33) or forged carbon-molybdenum steel (N.D. Spec. 46S34); (see item 7 for seating face).
(f) Disk nut.- Forged steel, Class C (N.D. Spec. 40S2).
(g) Disk and seat, seating faces.- Cobalt-chromium composition (N.D. Spec.46B5).
(h) Flange bolt - studs and nuts.- (Bureau Standard Sheet B-174).
(i) Gland, stuffing box.- Class C cast or forged steel (electro-galvanized) (N.D. Spec. 40S1).
(j) Gland bolts.- Steel (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); nuts - steel, Class C (N.D. Spec. 43B11), cadmium plated (N.D. Spec. 46P1); or Naval brass (N.D. Spec. 46B6).
(k) Handwheels.- See Bureau Standard Sheet B-64.
(l) Lock washer for disk nut.- Corrosion-resisting steel, Grade 1, (N.D. Spec. 46S18).
(m) Set screws and split pins.- Steel.
(n) Stem bushing.- Special nickel-copper alloy, 52 to 56 percent nickel, 30.5 to 34 percent copper, 10.5 to 13 percent tin, 0.35 to 1 percent silicon, 0.30 to 0.75 percent manganese, 0.40 to 1 percent phosphorous and 1 to 2 percent iron. Minimum tensile strength 60,000 pounds per square inch. Brinell 190 to 235. Other materials satisfactory for the service will be given consideration.
(o) Stem for disk.- Forged corrosion-resisting steel, grade 7, (N.D. Spec.46S18)
(p) Stem nuts.- Naval brass (N.D. Spec. 46B6).
(q) Washer between end of rotating stem and disk.- Nitralloy or equivalent, at least 800 Brinell hardness.
(r) T-handles.- Naval brass (N.D. Spec. 46B1C), or malleable iron (N.D. Spec. 46-I-8).

E-3.  Valves shall be so designed as to insure positive tightness under severe service.

E-4.  The bodies of all valves shall be so fitted that the valves may be easily ground in.

45V19(INT)

-4-

E-5.  The characteristic dimensions of all valves shall be as given in Figure 1.

E-6.  Bodies and bonnets shall be forged.

E-7.  The unrestricted area through the seats, with the disk in the full open position, and through all body passages, shall be not less than that given in column "B" of the table shown on Figure 1.

E-8.  Valves shall have bolted bonnets.  The joint faces for bonnet flanges shall be male and female and shall have (f3) finish; see Bureau Standard Sheet B-10C, referred to in Section A.  The bonnets shall be secured by studs or bolt-studs.

E-9.  Yokes shall be integral with the bonnets, but a design with separate yoke will be given consideration.  The yoke shall be fitted with a bushing threaded to suit the stem.

E-10.  Stems shall have outside Acme type of threads unless otherwise approved, and shall turn right-hand to close the valves.

E-11.  Valve disks shall be of the plug type with swivel attachment to the stems and the seating area faced with cobalt-chromium composition not less than 3/32-inch thick for 1-inch and 3/4-inch valves, and 1/16 inch thick for valves 1/2-inch and smaller; the composition to be deposited by welding to insure positive bond between it and the disk.  Disks shall be secured to the stems by nuts locked in place; other means for securing disks for 1/4-inch and 3/8-inch valves will be considered if the method is described in the bid.  A hardened washer shall be inserted between the end of all stems and disks for valves 3/4-inch and larger to prevent galling.

E-12.  Valve seats shall be integral with the bodies.  The seating area shall be faced with cobalt chromium composition in compliance with similar requirements for the disks; see paragraph E-11.  The included seat angle shall be 30 to 60 degrees.

E-13.  Stuffing boxes shall be of ample depth for at least six turns of packing, except 1/4-inch valves which shall have at least four turns.  Stuffing boxes shall be arranged so that they can be packed when under pressure with the valve open.  Valves shall be delivered with stuffing boxes suitably packed.  The packing shall be as approved; see Bureau Standard Sheet B-153, referred to in Section A.  Stuffing box glands shall be secured and adjusted by studs, and nuts.

E-14.  Handwheels.- Handwheels shall conform to Bureau Standard Sheet B-64, referred to in Section A.  The minimum diameters shall be as given in the table shown on Figure 1.  All handwheels shall have the rims and the upper face of hubs finished and buffed and the spokes and unfinished portion of the hubs wire brushed, unless required to be finished and buffed all over.  All handwheels shall be secured by means of a hexagonal nut threaded to the stem.  T-handles may be used instead of handwheels for 1/4-inch and 3/8-inch valves.

45V19(INT)

-5-

F.  METHODS OF SAMPLING, INSPECTION AND TESTS.

F-1.  Chemical and physical tests shall be made as required by the specifications covering the various materials used.

F-2.  Five percent of the initial quantity of valves on order for any new design shall be selected by the Naval Inspector and tested to a steam pressure of 600 pounds per square inch gage, at a temperature of 850°F.  Such test shall include tests for tightness on both sides of the disk, and tightness of the body.  On subsequent cumulative orders, on the same manufacturer for valves of the same design a total of five percent of each size of valve so ordered shall be given the above steam test.  This shall be interpreted to mean that of each one hundred valves of the same size and design ordered, the Inspector may select at his discretion five valves to be steam tested.  Valves so selected may be taken from one order or from a multiplicity of orders totalling one hundred valves as desired, the number tested being a percentage of the total runs of valves and not a percentage of each individual order.

F-3.  All valves shall be tested as follows:

(a)  By hydrostatic pressure to at least 1500 pounds per square inch for strength and porosity with the disk open.

(b)  By hydrostatic pressure to at least 750 pounds per square inch for tightness on seat with the disk closed by hand and without the use of a wrench or equivalent, the pressure shall be applied alternately on both sides of the disk with the side opposite the pressure open for inspection in each case.

(c)  By air pressure to approximately 100 pounds per square inch for porosity and tighness on seat, procedure to be as outlined in (b) above.

G.  PACKAGING, PACKING, AND MARKING FOR SHIPMENT.

G-1.  Packing.— Unless otherwise specified, the subject commodity shall be delivered in substantial wooden crates or boxes, so constructed as to insure safe delivery by common or other carrier to the point of delivery.  Not more than five valves shall be packed in a container.  The valves shall be packed rigidly, or secured in the containers in such a manner as will prevent damage from shifting while being handled or transported.  Sets of spare parts, if furnished, shall be packaged or bagged, and secured to the valve to which they belong.

G-2.  Marking.— Unless otherwise specified, shipping containers shall be marked with the name of the material, the type, size, and the quantity contained therein as defined by the contract or order under which the shipment is made, the name of the contractor, and the number of the contract or order, and the net and gross weight.

45V19(INT)

-6-

H.  NOTES.

H-1.  Requisitions and contracts or orders should state the number of Type B and D drawings desired.  See subparagraphs E-1a(3) and E-1a(4).

H-2.  This specification supersedes Supplementary General Specification for Machinery, SGS(48)-155 formerly issued by the Bureau of Engineering, Navy Department, Washington, D.C.

H-3.  Copies of Drawings and Specifications.

H-3a.  Copies of Drawings.- Copies of Bureau of Engineering drawings may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C.  When requesting, refer to drawings by both title and number.

H-3b.  Copies of Bureau of Engineering Specifications.- Copies of Bureau of Engineering specifications may be obtained only upon application to the Bureau of Engineering, Navy Department, Washington, D.C.  When requesting, refer to specification by both title and number.

H-3c.  Copies of Navy Department Specifications.- Copies of Navy Department specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington, D.C., except that naval activities should make application to the Commandant, Navy Yard, New York, N.Y.  When requesting, refer to specification by both title and number.

45 V19.



| ALL DIMENSIONS IN INCHES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIZE | A | B | C | D | GLOBE | ANGLE | F |
| $\frac{1}{4}$ | 2 | $\frac{5}{16}$ | .55 | $\frac{7}{16}$ | 6 | $5\frac{5}{8}$ | *3 |
| $\frac{3}{8}$ | $2\frac{1}{8}$ | $\frac{7}{16}$ | .685 | $\frac{9}{16}$ | $6\frac{1}{4}$ | $5\frac{7}{8}$ | *4 |
| $\frac{1}{2}$ | $2\frac{5}{16}$ | $\frac{19}{32}$ | .855 | $\frac{5}{8}$ | $7\frac{3}{8}$ | $6\frac{3}{4}$ | 5 |
| $\frac{3}{4}$ | $2\frac{7}{8}$ | $\frac{13}{16}$ | 1.07 | $\frac{11}{16}$ | $9\frac{1}{8}$ | $8\frac{1}{8}$ | 6 |
| 1 | $3\frac{1}{2}$ | $1\frac{1}{16}$ | 1.335 | $\frac{3}{4}$ | 11 | $9\frac{5}{8}$ | 7 |

*MINIMUM LENGTH OF TEE HANDLES $2\frac{1}{2}$
INCHES AND 4 INCHES, RESPECTIVELY.

FIG. 1

MIL-V-22052D(SH)
20 March 1978
SUPERSEDING
MIL-V-22052C(SHIPS)
11 April 1961
(See 6.5)

## MILITARY SPECIFICATION

### VALVES, STOP AND STOP CHECK, GLOBE, ANGLE, AND Y PATTERN, CAST OR

### FORGED CARBON OR ALLOY STEEL, OUTSIDE SCREW AND YOKE

### (SIZES 2-1/2 INCHES AND LARGER)

This specification is approved for use by the Naval Sea Systems Command and is available for use by all Departments and Agencies of the Department of Defense.

1. SCOPE

1.1 Scope. This specification covers steel globe, angle, and Y pattern valves in sizes 2-1/2 inches and larger.

1.2 Classification. Valves shall be classified in accordance with the composition and rating (see 1.2.1 and 1.2.2), as specified (see 6.2.1).

1.2.1 Composition. Valves shall be of the following compositions:

Composition A:
Chromium - 2-1/4 percent.
Molybdenum - 1 percent.
Composition B:
Chromium - 1-1/4 percent.
Molybdenum - 1/2 percent.
Composition C:
Carbon steel.

1.2.2 Rating. Valves shall be rated as standard (150, 300, or 400 class), and as special (600, 900, 1500, or 2500 class) in accordance with ANSI B16.34.

2. APPLICABLE DOCUMENTS

2.1 Issues of documents. The following documents, of the issue in effect on date of invitation for bids or request for proposal, form a part of this specification to the extent specified herein.

SPECIFICATIONS

FEDERAL
HH-P-46 - Packing: Asbestos, Sheet, Compressed.

MILITARY
MIL-V-3 - Valves, Fittings, and Flanges (Except for Systems Indicated Herein); Packaging of.
MIL-R-196 - Repair Parts for Internal Combustion Engines, Packaging of.
MIL-S-901 - Shock Tests, H.I. (High-Impact); Shipboard Machinery, Equipment and Systems, Requirements for.
MIL-F-1541 - Fittings, Lubrication.
MIL-A-7021 - Asbestos Sheet, Compressed, for Fuel, Lubricant, Coolant, Water, and High Temperature Resistant Gaskets.
MIL-R-17131 - Rods and Powders, Welding, Surfacing.

Beneficial comments (recommendations, additions, deletions) and any pertinent data which may be of use in improving this document should be addressed to: Commander, Naval Ship Engineering Center, SEC 6124, Department of the Navy, Washington, DC 20362 by using the self-addressed Standardization Document Improvement Proposal (DD Form 1426) appearing at the end of this document or by letter.

FSC 4820

MIL-V-22052O(SH)

MILITARY (Continued)

    MIL-P-17303 - Packing Materials, Plastic Metallic and Plastic Nonmetallic.
    MIL-G-21032 - Gaskets, Metallic-Asbestos, Spiral Wound.
    MIL-V-22054 - Valves, Globe, Y-Pattern Globe, Stop Check, Angle, Flanged
        Bonnet, Manually Operated Nominal Pipe Size (NPS), 2 Inches
        and Less.
    MIL-P-24377 - Packing Material, Asbestos, Braided, Impregnated With TFE
        (Polytetrafluoroethylene), Surface Lubricated.

STANDARDS

MILITARY

    MIL-STD-167-1 - Mechanical Vibrations of Shipboard Equipment (Type I -
        Environmental and Type II - Internally Excited).
    MIL-STD-271 - Nondestructive Testing Requirements for Metals.
    MIL-STD-278 - Fabrication Welding and Inspection and Casting Inspection and
        Repair for Machinery, Piping and Pressure Vessels in Ships of
        the United States Navy.
    MIL-STD-758 - Nondestructive Testing, Welding, Quality Control, Material
        Control and Identification and Hi-Shock Test Requirements for
        Piping System Components for Naval Shipboard Use.
    MIL-STD-1552 - Provisioning Technical Documentation, Uniform DOD Requirements
        for.
    MIL-STD-1561 - Provisioning Procedures, Uniform DOD.
    MS15003 - Fittings, Lubrication (Hydraulic): Surface Check, 1/8 Pipe Threads.

DRAWINGS

MILITARY

    NAVSHIPS 5000-S4824-1385620 - Handwheels for Valves.
    NAVSEA 803-5001021 - Pressure Seal Ring-Standard and Oversize-Valve Pressure
        Class 600-1500.

(Copies of specifications, standards, drawings, and publications required by contractors
in connection with specific procurement functions should be obtained from the procuring
activity or as directed by the contracting officer.)

2.2  Other publications.  The following documents form a part of this specification to
the extent specified herein.  Unless otherwise indicated, the issue in effect on date of
invitation for bids or request for proposal shall apply.

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

    B16.10 - Face-to-Face and End-to-End Dimensions of Ferrous Valves.
    B16.34 - Steel Butt-Welding End Valves.

(Application for copies should be addressed to the American National Standards Insti-
tute, 1430 Broadway, New York, New York 10018.)

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

    A105 - Forgings, Carbon Steel, for Piping Components.
    A106 - Seamless Carbon Steel Pipe for High-Temperature Service.
    A182 - Forged or Rolled Alloy-Steel Pipe Flanges, Forged Fittings, and
        Valves and Parts for High-Temperature Service.
    A193 - Alloy-Steel and Stainless Steel, Bolting Materials for High-Temperature
        Service.
    A194 - Carbon and Alloy Steel Nuts for Bolts for High-Pressure and High-
        Temperature Service.
    A216 - Carbon-Steel Castings Suitable for Fusion Welding for High-Temper-
        ature Service.
    A217 - Martensitic Stainless Steel and Alloy Steel Castings for Pressure-
        Containing Parts Suitable for High-Temperature Service.
    A335 - Seamless Ferritic Alloy Steel Pipe for High-Temperature Service.

(Application for copies should be addressed to the American Society for Testing and
Materials, 1916 Race Street, Philadelphia, Pennsylvania 19103.)

(Technical society and technical association specifications and standards are generally
available for reference from libraries.  They are also distributed among technical groups
and using Federal agencies.)

2

MIL-V-22052D(SH)

## 3. REQUIREMENTS

3.1 Qualification. Valves with a 600, 900, 1500, or 2500 special class rating, furnished under this specification shall be products which are qualified for listing on the applicable qualified products list at the the time set for opening of bids (see 4.3 and 6.3).

3.2 Materials. Materials shall be as specified in table I. Materials for parts other than those listed in table I shall be selected so as to prevent galling, seizing, or excessive wear of operating parts.  Cast iron and aluminum shall be used only for those parts where permitted in this specification.  Magnesium alloys shall not be used.  Clearances shall be adequate to prevent interferences due to thermal expansion.

### TABLE I.  List of materials.

| Name of parts | Materials form | Composition A | Composition B | Composition D |
|---|---|---|---|---|
| | | Applicable documents | | |
| Body, bonnet | Forgings or castings | ASTM A182, grade F22 ASTM A217, grade WC9 | ASTM A182, grade F11 ASTM A217, grade WC6 | ASTM A105, ASTM A216, grade WC3 1/ |
| Retaining ring and yoke | Forgings or castings | ASTM A182, grades F22 or F11 ASTM A105 ASTM A217, grades WC9 or WC6 ASTM A216, grade WC3 | | |
| Studs for bonnets | Alloy steel for high temperature bolting | ASTM A193, grade B16 | ASTM A193, grade B16 | ASTM A193, grades B7 and B16 |
| Nuts for bonnets | Heavy semi-finished hexagon carbon and alloy steel for high temperature bolting | ASTM A194, grade 4 | ASTM A194, grade 4 | ASTM A194, grades 2H and 4 |
| Standard pressure seal rings and standard oversized pressure seal rings 2/ | Soft carbon steel, silver-plated | Commercial | | |
| Gaskets (for flanged bonnets) | Spiral wound | MIL-G-21032, type I, class A or B | | |
| | Compressed asbestos sheet | MIL-A-7021 (where fuel resistance is necessary) MM-P-46, class 1 (except where fuel resistance is necessary) | | |
| Packing | Asbestos impregnated with polytetra-fluoroethylene | MIL-P-24377 (nonlubricated) service temperature not to exceed that of saturated steam MIL-P-24377, superheated steam total temperature in excess of 550°F | | |
| | Plastic, metallic or nonmetallic | MIL-P-17303, symbol 1111 for temperatures above 500°F | | |
| Nuts, bolts, washers, bushings, liners | Materials used in the construction of these parts other than specified above shall be in accordance with the material specifications shown on the manufacturer's drawings (see 3.4.1) | | | |
| Valve trim | (See table IV) | | | |

1/ Bonnet material for composition D valves may also be grade WC9 of ASTM A217.

2/ Oversized seal rings may be used in the repair of pressure seal bonnets, (i.e.) as shown on Drawing 803-5001031.

3

MIL-V-22052D(SH)

3.3 Design. Unless otherwise specified herein, valves, valve parts, and design features and parameters shall conform to ANSI B16.34.

3.3.1 Pressure-temperature ratings. The design and pressure-temperature rating shall be in accordance with ANSI B16.34, except the maximum allowable temperature for composition D shall be 775°F. Pressure seal valves shall be designed in such a manner as to permit repair by the use of oversize seal rings. The detail design of the oversize seal ring shall be as shown on Drawing 803-5001021.

3.3.2 End connections. Valve end connections shall withstand the forces and moments imposed by the connecting pipe to which they are attached. For design purposes, the maximum value of the fiber stress in the connecting pipe produced by these forces and moments shall be considered to be equal to 8.2 percent offset yield stress of the piping material at room temperature.

3.3.3 End preparation. Design of welding ends and flange facing shall be as specified (see 6.2.1).

3.3.4 Drains and by-passes. Drains and by-passes shall be in accordance with the requirements specified in 3.3.4.1 through 3.3.4.5. A drain shall consist of a nipple and drain valve. A by-pass shall consist of connecting lines and a by-pass valve.

3.3.4.1 Size of drains and by-passes. Standard drain and by-pass sizes shall be as shown in table II. Nonstandard sizes shall be as specified (see 6.2.1).

TABLE II. Standard drain and by-pass sizes.

| Valve size (inches) | Size of by-pass and drains (inches) |
|---|---|
| 2-1/2 | 1/2 |
| 3 | 1/2 |
| 4 | 3/4 |
| 5 | 3/4 |
| 6 | 3/4 |
| 8 | 3/4 |
| 10 | 1 |
| 12 | 1 |
| 14 | 1-1/4 |
| 16 | 1-1/4 |

3.3.4.2 Location. The location of drains and by-passes shall be specified by referencing the letter designation of the desired bosses (see figure 1 and 6.2.1). Bosses shall be sufficient distance away from seating area to allow welding of replacement by-pass line without damage to valve seat. When nonstandard locations are required, a drawing shall be furnished by the user indicating the desired location. When a location is not specified, the following standard locations shall be used:

(a) By-pass - "A" to "B" of figure 1 (for globe and Y pattern valves), "E" to "F" of figure 1 (for angle valves).
(b) Drain - "G" of figure 1 (for globe and Y pattern valves).

MIL-V-22052D(SH)





MST33

FIGURE 1.  Designating of boss locations
for drains and by-passes.

3.3.4.3  Root connections.  Drain and by-pass line root connections shall be welded to the valve body in accordance with MIL-STD-278.  Materials for these lines shall be as follows:

    (a)  Composition A - ASTM A335, grade P22.
    (b)  Composition B - ASTM A335, grade P11.
    (c)  Composition D - ASTM A106, grade B.

3.3.4.4  Bosses.  When specified (see 6.2.1), bosses shall be required for valves of 600 and above in sizes 2-1/2 inches and larger and valves less than class 600 in sizes 4 inches and larger, when these valves are furnished without a by-pass and drain.  When specified (see 6.2.1), the valve bodies shall be provided with bosses as shown on "A", "B", and "C" of figure 1 for globe and Y pattern valves and as shown on "E" and "F" of figure 1 for angle valves.

3.3.4.5  Drain and by-pass valves.  Drain and by-pass valves shall be in accordance with MIL-V-22054 and shall have welding ends.

3.3.5  Body pattern.  The body pattern, globe, angle, or Y pattern shall be as specified (see 6.2.1).

3.3.6  Port arrangement.  Unless otherwise specified (see 6.2.1), the port arrangement on globe valves shall be in-line.

3.3.7  Weights and center of gravity.  The manufacturer shall supply a calculated weight with his proposal.  After completion of the first valve, a weight shall be shown on the drawing.  When specified (see 6.2.1), the manufacturer shall submit center of gravity information for valves weighing in excess of 200 pounds.  The estimated center of gravity location and the calculated center of gravity shall be as shown on the drawings.  Handwheel operated, welded and globe, angle, and Y pattern valves shall not exceed the maximum weights listed in table III.  Weights are based on valves with welded ends and do not include weights of drains, by-passes, operators, etc.  Weights of valves in classes and sizes not listed in table III are not required.

MIL-V-22052D(SH)

TABLE III.   Maximum weights of welded end valves.

| Valve size (inches) | Valve weights | | | | | | |
|---|---|---|---|---|---|---|---|
| | Class 150 | Class 300 | Class 600 | Class 900 | Class 900 | Class 1500 | Class 2500 |
| 2-1/2 | 64 | 88 | --- | 100 | --- | 165 | 450 |
| 3 | 64 | 105 | --- | 155 | 222 | 220 | 670 |
| 4 | 108 | 160 | 240 | 230 | 414 | 530 | 800 |
| 5 | 116 | 250 | 355 | 485 | 515 | 680 | 1775 |
| 6 | 207 | 385 | 730 | 600 | 778 | 880 | 2280 |
| 8 | 307 | 650 | 1100 | 800 | 860 | 1500 | 3500 |
| 10 | 500 | 1020 | 1630 | 1420 | 1600 | 2500 | 5000 |
| 12 | 730 | 1610 | 2090 | 2250 | 2500 | 3000 | --- |
| 14 | --- | 2375 | --- | 3510 | 3300 | 3950 | --- |
| 16 | --- | 3000 | --- | --- | 5000 | 5400 | --- |

3.3.8  Face-to-face and end-to-end dimensions.  Face-to-face and end-to-end dimensions shall be in accordance with ANSI B16.10.

3.3.9  Shock and vibration.  Valves shall withstand the shock requirements conforming to grade A, class I, type C of MIL-S-901 and MIL-STD-798.  When specified (see 6.2.1), valves shall meet the vibration requirements of MIL-STD-167-1, type I.

3.3.9.1  Acceptance criteria for shock shall be as follows:

    (a)  Momentary malfunction at the time of the impact blow is permitted and acceptable.
    (b)  Permanent deformation, misalignment, and functional impairments shall be cause for rejection.
    (c)  Permissible seat leakage shall be as specified in 4.6.5.2.

3.3.9.2  Shock and vibration with power operators.  When power operators (other than handwheels) are required, shock and vibration shall be conducted on the assembly of the valve operator as a unit.

3.3.10  Bonnet and yoke construction.

3.3.10.1  Pressure seal and breech lock bonnets.  Valves classes 600, 900, 1500, and 2500 shall have pressure seal or breech lock bonnets.

3.3.10.1.1  Threads.  When retaining rings are threaded, the threads shall be either chromium or nickel-plated.

3.3.10.1.2  Bonnet seal rings.  Bonnet seal rings shall provide a seal either by plastic or elastic expansion.  Where a seal is obtained by means of plastic expansion, the seal ring shall have a Brinell hardness number (BHN) of 100 maximum.  Where a seal is obtained by means of elastic expansion, the seal ring shall have a BHN of 140 maximum.  Seal rings shall be silver-plated.  Each manufacturer shall supply a list detailing oversized seal rings for repair purposes.  The bonnet seal ring region of the valve body shall be inlayed with corrosion-resisting steel.

3.3.10.2  Flanged bonnets.  Valves of classes 150, 300, and 400 shall have bonnets with the joint faces of bonnet flanges of the male and female or small tongue and groove type and spiral wound gaskets.

3.3.10.2.1  Bearing surfaces.  Bearing surfaces of nuts and bolt heads and their respective mating surfaces on the valves shall be machine finished.

3.3.10.2.2  Fasteners.  Fasteners shall be as follows:

    (a)  Through-bolt type shall be bolt studs with studs threaded the entire length.
    (b)  Studs of the single nut type shall have 1-1/4 diameters fully formed thread engagement, lead and vanishing threads shall not be considered.
    (c)  Cap screws shall have 1 diameter fully formed thread engagement, lead and vanishing threads shall not be considered.

3.3.10.3  Yoke construction.  Valves shall be of the outside screw and yoke design.

MIL-V-22052D(SH)

3.3.11 Stuffing boxes and glands.

3.3.11.1 Stuffing boxes. Stuffing boxes shall be of a depth to accommodate packing that will assure a pressure tight seal at the rated pressure and temperature of the valve and to assure a positive engagement between the stuffing box and gland.

3.3.11.2 Glands. Stuffing box glands shall be secured and adjusted by a bolting arrangement which by adjustment will insure tightness of the stuffing box under all operating conditions. Bearing surface between the gland follower and the gland flange shall be spherically finished.

3.3.12 Trim.

3.3.12.1 Stem. Valve stems shall have modified Acme type threads.

3.3.12.1.1 The stem of a stop check valve shall not be attached to the disc. The end of the stem shall be constructed to serve as a disc guide throughout the full travel of the disc.

3.3.12.2 Disc construction.

3.3.12.2.1 Attachment of the disc to the stem of stop valve shall be of swivel construction. The use of balls or of slip-on type is prohibited in the design of the swivel feature in the stem to disc attachment. Furthermore, the combined design features of the disc and the swivel attachment shall be such that the disc will not spin when subject to the normal flow conditions of the valve.

3.3.12.2.2 The disc of stop check valves shall be of the piston guide and dash pot design. The disc shall fit into the body in such a manner as to serve as a guide during the full travel of the disc. The dash pot effect shall provide an effective cushion for the disc and prevent vibration and hammer at low velocities or pulsating loads. The disc shall be free of protrusions that could cause spinning of the disc.

3.3.12.2.3 For stop valves, provision shall be made to prevent galling between the end of the stem and the disc. This may be accomplished by the insertion of a hardened washer (485 Brinell minimum) between the stem and disc, or by a pad of stellite inlaid on the inside of the disc at the point of contact or on the bottom of the stem. A cast stellite disc shall be satisfactory to meet this requirement.

3.3.12.3 Main seat construction. Seats may be of any of the following constructions:

    (a) Integral.
    (b) Threaded.
    (c) Welded-in.

When the threaded construction is used in valves intended for steam service, the seat ring shall be seal welded circumferentially so as to prevent leakage past the seat rings.

3.3.12.4 Back seat. Valves shall have a positive back seat. Class 600 and higher shall have hard facing (HF) back seats (see 3.3.12.6).

3.3.12.5 Valve trim material. Unless otherwise specified (see 6.2.1), valve trim materials shall be in accordance with table IV.

TABLE IV.  Valve trim materials.

| Service | Valve trim symbols[1] | | | |
|---|---|---|---|---|
| | Stem | Disc[2] | Seat[2] | Temperature limitation °F |
| Steam[3] | Cr 13 | HF[3] | HF | 1050 |
| Water[4] | Cr 13 | Ni-Cu | Cr 13 | 750 |
| | Cr 13 | HF | HF | 1050 |
| Oil | Cr 13 | Ni-Cu | Cr 13 | 500 |
| | Cr 13 | Cr 13 | Cr 13 | 1000 |
| | Cr 13 | HF | HF | 1050 |

See footnotes at top of next page.

7

MIL-V-22052D(SH)

1/ WT may be substituted for other seats and discs under all steam temperature and service conditions.

1/ where unlike seats and discs are used, either the seat or the disc may be Cr 13 or Ni-Cu at the manufacturer's option.

2/ steam valves shall have WT seats and discs.

3/ water valves pressure class 600 and higher shall have WT seats and discs.

3.3.12.6 Hard facing. Welding materials shall be in accordance with type MIL-RCoCr-A of MIL-E-17131. The minimum finished thickness of WT seating surfaces shall be 3/32 inch.

3.3.13 Valve handwheels.

3.3.13.1 Rotation. Valves shall close by clockwise rotation of the handwheel when facing the handwheel.

3.3.13.2 Material and design. Handwheels smaller than 11 inches in diameter shall be of commercial design and manufactured from steel, ductile iron, malleable iron, or aluminum. Handwheels 10 inches in diameter and larger shall be of aluminum alloy or cast steel in accordance with the general dimensions of Drawing 5000-64824-1385620. Stem handwheel connection shall be in accordance with Drawing 5000-64824-1385620.

3.3.13.3 Size. Handwheels shall be sized so that a tangential force of not more than the value specified in table V is required to be exerted on the rim of the handwheel to effect tight closure (see 4.6.5.2). Valve operating devices may be necessary to accomplish effective closure.

TABLE V.   Maximum allowable tangential force to seat valves based on valve handwheel size.

| Handwheel diameter (Inches) | Tangential force (Pounds) |
|---|---|
| 2 | 90 |
| 3 | 98 |
| 4 | 106 |
| 5 | 112 |
| 6 | 118 |
| 7 | 121 |
| 8 | 124 |
| 9 | 127 |
| 10 | 130 |
| 11 | 133 |
| 12 | 135 |
| 14 | 138 |
| 16 | 141 |
| 18 | 144 |
| 21 | 147 |
| 24 | 150 |
| 27 | 150 |
| 30 | 150 |
| 36 | 150 |

3.3.13.4 Hammer-blow wheel. Valves of class 600, sizes 4 inch and larger, and valves of class 1500, sizes 3 inch and larger shall be equipped with hammer-blow wheels unless a valve operator is specified.

3.3.13.5 Toggle operators. Toggle operators shall be of the double toggle design and shall consist of 8 equal length toggle arms with the toggle arrangement being mounted on the valve yoke. Valve clamp ring shall not be a part of the valve yoke or toggle operator. Toggle design shall include a means of avoiding overstressing of the valve stem by providing ample stops to limit the stress applied to the valve stem. A means shall be provided to assure a constant seating load on the valve seats when the valve is in the closed position.

8

MIL-V-22052D(SH)

3.3.13.6 **Power operators.** Valves shall be designed to assure means of mounting special type power operators on the valve.

3.3.14 **Seat leakage.** Unless otherwise specified (see 6.2.1), allowable seat leakage is considered to be leakage of water not in excess of 10 cubic centimeters (cm³) per hour per inch of nominal pipe size when tested in accordance with 4.6.5.3.

3.3.15 **Lubrication.** Yoke bushings 2-1/2 inches and larger shall be equipped with a 1/8-inch threaded or push designed, type III lubricating fitting in accordance with MIL-F-3541 and MS15003.

3.3.16 **Welding and fabrication.**

3.3.16.1 **Welding.** Welding shall be in accordance with MIL-STD-278.

3.3.16.2 **Fabrication.** Fabricated assemblies shall be stress relieved as units prior to finish machining. Stress relieving shall be done in accordance with MIL-STD-278.

3.3.17 **Assembly and disassembly.** Valve design and construction shall assure that assembly and disassembly of the valve can be accomplished onboard ship by Navy shipboard personnel without the need for special training or special tools. Special tools are defined as those tools not listed in the National Supply Catalog (copies of this catalog may be consulted in the office of the Defense Contract Administration Service (DCAS). Design and external configuration shall be such as to permit the use of a portable boring machine to repair the bonnet inlay of the valve with the valve in place in the piping system.

3.4 **Body markings and identification plates.**

3.4.1 **Body markings.** Valve bodies shall have the class and manufacturer's name or trademark cast or forged integral with the valve body. Globe valves shall have a bridge wall marking in addition to the above markings. When necessary, metal stamping shall be permitted on the neck of the valve body or other similar areas not subjected to high stress in service.

3.4.2 **Identification plates.** Identification plates made of corrosion-resisting steel shall be permanently fastened to a part of the valve not subjected to working pressure, preferably the yoke. Drawings of the proposed identification plates shall be reviewed by the procuring activity prior to their manufacture, and shall include the following data or a space therefor:

    (a) Manufacturer's name or trademark.
    (b) Size of valve and class.
    (c) Stop check valve, if so constructed.
    (d) Body and bonnet material composition.
    (e) Valve trim identification (stem-disc-seat).
    (f) Manufacturer's identification number (optional).
    (g) Manufacturer's drawing number.
    (h) MIL-V-22052.
    (i) Component identification number (CID).
    (j) National stock number (NSN).

3.5 **Onboard repair parts.** Onboard repair parts shall be as specified in table VI.

TABLE VI.  **Onboard repair parts.**

| Item | Quantities |
|---|---|
| Packings, gaskets, bonnet seal rings | 50 percent of ship order but not less than two sets for each size, composition, and class |
| Valve disc and stem assembly | 5 percent of ship order but not less than one complete set for each size, composition, and class |

3.5.1 **Repair parts (and special tools if required).** When specified (see 6.2.1), repair parts (and special tools if required) shall be furnished in accordance with MIL-STD-1552 and MIL-STD-1561.

MIL-V-22052D(SH)

1.6 Technical data. The contractor shall prepare technical data in accordance
with the data ordering document included in the contract or order (see 6.2.2), and as speci-
fied in 3.6.1 through 3.6.2.

3.6.1 Drawings. In addition to the drawing content required by the data ordering docu-
ment (see 6.2.2), the following features shall be included:

(a) Accurately scaled sectional assembly which clearly depicts the design and
construction of the valve.
(b) Bill of material listing specification, grade, condition, and any other data
required to fully identify the properties of the materials proposed.
(c) Details of the seat, disc, and stem assembly and all other replaceable
internal trim.
(d) Layout of the pressure-containing envelope (body and bonnet) giving dimensions
which control compression of the spiral-wound gaskets and pressure seal ring.
This is to assure that where remachining is necessary to repair the gasket-
sealing surfaces on these parts, that compensating cuts can be accurately
made to restore original gasket compression. This layout shall also specify
the dimensional limits of each corrective remachining within which function
of the valve remains unaffected.
(e) Recommended assembly torques, or equivalent procedures, for making up all
joints and threaded assemblies.
(f) Tabulation of required gasket characteristics including all dimensions (with
tolerances) and load versus compression characteristics (with tolerances).
(g) Mark areas to be radiographic, magnetic particle, or dye penetrant inspected.
(h) Dimensions-overall, accessibility space including disassembly clearances
and all dimensions pertinent to installation.
(i) Surface finishes-show finish marks for all hard face surfaces and bearing
areas.
(j) Name of laboratory conducting tests and date of previous successful shock
and vibration tests.
(k) Welding procedure for seal canopy. Welding procedures shall include the
following:

(1) Detail of weld.
(2) Welding process.
(3) Welding current (where applicable).
(4) Filler metal.
(5) Preparation.
(6) Interpass temperature.
(7) Technique.
(8) Post heat treatment.
(9) Provide a table listing size of weld, number of passes, electrode
diameter, and welding characteristics.

3.6.1.1 Certification data. Certification data sheets shall be prepared by the con-
tractor (see 6.2.2). In addition to the general requirements, the certification data sheets
shall include the following:

(a) Class.
(b) Pressure and temperature rating.
(c) Body and bonnet material.
(d) Seat, disc, and stem material.
(e) Type of power operator, if required.
(1) Shock and vibration tests of valve with the power operator attached.

3.6.2 Manuals. In addition to the general requirements for technical manuals (see
6.2.2), the following shall be included as part of the contents:

(a) Drawings for the valve (including certification data sheet). Drawings shall
be supplemented by additional illustrations where necessary to adequately
illustrate operation and maintenance. These additional illustrations may
consist of blowouts, partial or full sections, etc., and may eliminate
extraneous lines and details to clarify the interaction of parts.
(b) Table listing wrench sizes and assembly torques (or other equivalent proce-
dures) for making up all joints and threaded assemblies.
(c) Instructions to permit overhaul by shipyard or other repair facility. These
should include procedures for checking all critical dimensions subject to
wear or change and the acceptable dimensional limits, surface finish
condition, etc. Also, the appropriate procedure (that is, part replacement,
correction at repair facility, or repair at manufacturer's facility) which
should be followed to correct each case of damage or wear.

10

MIL-V-22052D(SH)

(d) Detailed disassembly and reassembly procedures. In addition to providing procedures for the complete disassembly and reassembly of the equipment, maintenance and troubleshooting sections shall contain, or refer to, only the limited disassembly and reassembly required to accomplish each particular operation. This is intended to reduce the possibility of unnecessary disassembly and unnecessary disturbance of adjustments when performing specific or limited maintenance or troubleshooting operations.

(e) Adjustment procedures.

4. QUALITY ASSURANCE PROVISIONS

4.1 Responsibility for inspection. Unless otherwise specified in the contract, the contractor is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.1.1 Inspection system program plan. The contractor shall provide and maintain an inspection system program plan in accordance with the data ordering document included in the contract or order (see 6.2.3).

4.2 Classification of inspections. The inspection requirements specified herein are classified as follows:

(a) Qualification inspection (see 4.3).
(b) Quality conformance inspection (see 4.4).

4.3 Qualification inspection. Qualification inspection shall be conducted at a laboratory satisfactory to the Naval Ship Engineering Center (NAVSEC). Qualification shall consist of the examinations and tests specified in 4.5 through 4.7.

4.3.1 Qualification inspection samples. Sample valves submitted for qualification inspection shall be of the 2-1/2 inch size, special class 1500, composition N. Valves of the 2-1/2-inch size, class 1500, composition N, which have passed the qualification tests will qualify valves in sizes 2-1/2 inches and larger of all compositions, classes 600, 900, 1500, and 2500, provided variations in design throughout the various sizes and classes are demonstrated by analysis to be satisfactory to NAVSEC.

4.3.2 Authorization for qualification tests. Prior to authorization of qualification tests, the drawings specified in 3.6.1 shall be submitted to NAVSEC for review.

4.4 Quality conformance inspection. Each special class valve shall be examined and tested as specified in 4.5, 4.6.1, and 4.6.5. Each standard class valve shall be examined and tested as specified in 4.5, 4.6.1.4, and 4.6.5. The DCAS shall normally accept certification that materials comply with the specification, however, proof of compliance may be required by the DCAS.

4.5 Visual and dimensional examination. Valves shall be visually and dimensionally examined to verify compliance with the requirements of this specification not involving tests.

4.6 Tests.

4.6.1 Nondestructive testing.

4.6.1.1 Pressure containing castings of valves shall be 100 percent radiographically inspected when the service pressure or temperature will exceed the values listed in table VII. Inspection shall be in accordance with the following:

(a) Radiographic inspection shall conform to MIL-STD-271.
(b) Radiographic acceptance shall conform to MIL-STD-278.
(c) Radiographic coverage shall conform to the shaded areas shown on figures 2 and 3.

11

MIL-V-22052D(SH)

TABLE VII.  Pressure or temperature criteria for nondestructive testing.

| Service [1] | Gage pressure pounds per square inch (lb/in²) | Temperature (°F) |
|---|---|---|
| Steam | 225 | 500 |
| Water | 600 | 200 |
| Oil | 300 | 150 |

[1] When valves are used in services other than those listed, the criteria for nondestructive testing shall be as specified (see 6.2.1).



A = THE GREATER OF THREE TIMES MINIMUM WALL OR 2¼ INCHES

SECTION "X-X"        BONNET

SH 11186

FIGURE 3.  "Y" pattern globe body (pressure seal bonnet).

12

MIL-V-22052D(SH)

 

SECTION "X"-"X" & "Y"-"Y"

SH 11260

FIGURE 3. Angle body (pressure seal bonnet) bonnet same as "Y" pattern globe.

4.6.1.7  Pressure containing forgings of valves shall be 100 percent magnetic particle inspected in accordance with MIL-STD-271 when the service pressure or temperature exceeds the values listed in table VII. Forgings shall be free from flaws such as seams, cracks, laps, porosity, scale, flakes, and all other defects detrimentally affecting the suitability of the forging for the service intended.

4.6.1.3  Defects to be repaired.  The following shall apply to those parts inspected in accordance with 4.6.1.1 and 4.6.1.2:

(a)  Defects less than 0.030 inch in depth need not be repaired provided the bottom of the defect is rounded and visible and the minimum wall thickness is maintained.

(b)  Defects greater than 0.030 inch in depth but less than 15 percent of the wall thickness shall be repaired by removing the defective material.  This material shall be removed by drilling or grinding to a bottom radius of at least three times the depth of the defect.  The depth of the finished repair shall be less than 15 percent of the undamaged wall thickness.  Sharp corners shall be faired into the base metal.  Welding is not required to effect a repair of this nature, provided the minimum wall thickness is maintained.

(c)  Defects greater than 15 percent of the wall thickness shall be repaired by removing the defective material and welding.  The material shall be removed by drilling or drilling and then welded in accordance with 3.2.16.  The crown of the weld shall be blended into the base metal.

4.6.1.4  Hard faced seating.  Hard faced seating surfaces shall be liquid penetrant inspected in accordance with MIL-STD-271 after rough machining and shall be free of cracks or crack-like/defects.

13

MIL-V-220520(SH)

4.6.2  Cold tests.  Cold tests shall be performed as follows:

(a)  Operation - 10 cycles.
(b)  Hydrostatic - shell and closure tests (see 4.6.5.1 and 4.6.5.2).

4.6.3  Hot tests.  Hot tests shall be conducted with a gage pressure of 1200 lb/in$^2$ steam at 950°F and shall be performed in the following sequence:

(a)  Thermal shock.
(b)  Operation - 200 cycles.

4.6.3.1  Thermal shock tests.  Valves shall be thermal shocked ten times by reducing the steam temperature from 950°F to 600°F in not more than 10 seconds.

4.6.3.1  Operational tests.  Steam shall be passed through the valve for a period of not less than 48 hours.  During this period two securing trials shall be made to determine if the valve remains tight while and after cooling to ambient temperature, and two warm-up trials shall be made to determine the torque required to open the valve which has been closed while cold.  The valve shall be cycled a minimum of 200 times and the operating torque shall be recorded periodically during the cycling.

4.6.4  Shock and vibration.  Valves shall be shock and vibration tested to determine conformance to the requirements specified in 3.3.9.

4.6.5  Hydrostatic tests.  Valves shall be subjected to the tests specified in 4.6.5.1 for strength and porosity and the tests specified in 4.6.5.2 for tightness.  Water temperature shall not exceed 125°F.

4.6.5.1  Shell test.  Valves shall be given a shell test at a gage pressure no less than 1-1/2 times the 100°F rating, rounded off to the next higher 25 lb/in$^2$ increment.  The test shall be made with water, which may contain a corrosion inhibitor, or with kerosene, or with other suitable fluid, provided such fluid has viscosity not greater than that of water, at a temperature not above 125°F.  Visually detectable leakage through pressure boundary walls is not acceptable.  Test duration shall be not less than as follows:

| Valve size ips (inches) | Test time (seconds) |
|---|---|
| 2-1/2 - 8 | 60 |
| 10 and larger | 180 |

Test shall be made with the valve in the partially open position.  Leakage through the stem packing shall not be cause for rejection.

4.6.5.2  Closure tests.  Following the shell test, valves shall be given a closure test.  Each valve 10 ips and larger, regardless of class and each valve in the size range ips 4 through ips 8, class 600 and higher shall be given a closure test using a fluid described in 4.6.5.1 at a pressure no less than 110 percent of the 100°F pressure rating.  Each valve ips 4 through ips 8, class less than 600 and each valve in size less than ips 4, regardless of the pressure rating shall, be given either a fluid closure test at a pressure no less than 110 percent of the 100°F pressure rating or a gas closure test at a minimum gage pressure of 90 lb/in$^2$.  The test pressure shall be applied successively on each side of the closed valve.  Leakage rate of fluid test shall not exceed 10 cm$^3$, per hour per inch of nominal pipe size.  Air test under water shall not allow the formation of a free air bubble.  Duration of closure test shall be the same as specified in 4.6.5.1.

4.6.5.2.1  For globe and angle valves, the test pressure shall be applied across the closure member in the direction producing the most adverse seating condition.  A stop check valve or other valve type designed to be a one-way valve, requires a closure test only in the appropriate direction.

4.6.5.2.2  Valves designed for operating conditions, that have the pressure differential across the closure member limited to values less than the 100 percent pressure rating and having closure members or actuating devices (direct, mechanical, fluid, or electrical) that would be subject to damage at high differential pressures, shall be tested as described above except that the closure test may be reduced to 110 percent of the maximum specified closed position differential pressure.  This exception may be exercised upon agreement between the Navy and manufacturer.  The manufacturer's nameplate data shall include reference to any such limitations.

14

MIL-V-22052D(SH)

4.7 Examination after qualification tests. Valves shall be disassembled and shall be visually and dimensionally examined for damage and wear. Disassembly and reassembly shall be performed to determine the practicability of maintaining a valve of this design for shipboard use (see 3.3.17). The maintainability demonstration shall be conducted by removing and replacing the pressure test ring, disc, and stem. This shall be accomplished by following the instructions in the technical manual. Particular emphasis shall be directed towards the possibility of loss of small parts by the maintenance crew.

4.8 Inspection of preparation for delivery. Preservation-packaging, packing, and marking shall be inspected for compliance with section 5 of this document.

5. PREPARATION FOR DELIVERY

(The preparation for delivery requirements specified herein apply only for direct Government procurements. For the extent of applicability of the preparation for delivery requirements of referenced documents listed in section 2, see 6.4.)

5.1 Preservation-packaging, packing, and marking. Valves shall be individually preserved-packaged level A or C, packed level A, B, or C, as specified (see 6.2.1), and marked in accordance with MIL-V-3.

5.2 Repair parts and tools. Repair parts and tools shall be preserved-packaged, packed, and marked for the level specified (see 6.2.1) in accordance with MIL-R-196.

5.3 Cushioning, dunnage, and wrapping materials.

5.3.1 Level A preservation-packaging and levels A and B packing. Use of all types of loose-fill materials for packaging and packing applications such as cushioning, filler, or dunnage is prohibited for materials destined for shipboard installation/stowage.

5.3.2 Level C preservation-packaging and packing. When loose-fill type materials are used for packaging and packing applications such as cushioning, filler, and dunnage, all containers (unit, intermediate, and shipping) shall be marked or labelled with the following information:

"CAUTION

Contents cushioned etc., with loose-fill material.
Not to be taken onboard ship.
Remove and discard loose-fill material before shipboard stowage.
If required, recushion with cellulosic material, bound fiber, fiberboard, or transparent flexible cellular material."

5.3.3 Cushioning, filler, dunnage, and wrapping materials selected, whenever available, shall exhibit improved performance for resistance to fire.

6. NOTES

6.1 Intended use. Globe, angle, and Y pattern valves are intended for use in steam, water, and oil service.

6.2 Ordering data.

6.2.1 Procurement requirements. Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Composition and rating required (see 1.2).
(c) End preparation (see 3.3.3).
(d) Size required (see tables II and III).
(e) Nonstandard sizes of drains and by-passes (see 3.3.4.1).
(f) Service conditions.
(g) Quantity required.
(h) Location of drains and by-passes (see 3.3.4.2).
(i) Boss requirements (see 3.3.4.4).
(j) Pattern required (see 3.3.5).
(k) Port arrangement on globe valves (see 3.3.6).
(l) Center of gravity location (see 3.3.7).

15

MIL-V-22052D(SH)

    (m) Whether vibration test is required (see 3.3.5).
    (n) Valve trim (see 3.3.12.5).
    (o) Allowable seat leakage (see 3.3.14).
    (p) Repair parts and special tools required (see 3.5.1).
    (q) Criteria for nondestructive testing when valves are used in services other than as listed (see table VII).
    (r) Level of preservation-packaging and packing required (see 5.1).
    (s) Level of preservation-packaging and packing of repair parts and tools required (see 5.2).

6.2.2 Data requirements. When this specification is used in a procurement which invokes the provision of the "Requirements for Data" of the Armed Services Procurement Regulations (ASPR), the data identified below, which are required to be developed by the contractor, as specified on an approved Data Item Description (DD Form 1664), and which are required to be delivered to the Government, should be selected and specified on the approved Contract Data Requirement List (DD Form 1423) and incorporated in the contract. When the provisions of the "Requirements for Data" of the ASPR are not invoked in a procurement, the data required to be developed by the contractor and required to be delivered to the Government should be selected from the list below and specified in the contract.

| Paragraph | Data requirements | Applicable DID | Option |
|---|---|---|---|
| 3.6.1 and 3.6.1.1 | Drawings, engineering and associated lists | DI-E-7031 | Level 2<br>Design activity designation - Contractor<br>Drawing Number - Contractor<br>Delivery of hard copies - Procuring activity |
| 3.6.2 | Manuals | DI-M-2043 | MIL-M-15071, type I |
| 4.1.1 | Inspection system program plan | DI-R-4803 | --- |

(Copies of data items descriptions required by the contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer. Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.)

6.2.2.1 The data requirements of 6.2.2 and any task in section 3, 4, or 5 of the specification required to be performed to meet a data requirement may be waived by the procuring/purchasing activity upon certification by the offeror that identical data were submitted by the offeror and accepted by the Government under a previous contract for identical item procured to this specification. This does not apply to specific data which may be required for each procurement, regardless of whether an identical item has been supplied previously (for example, test reports).

6.2.2.2 Where the Government has limited rights in the data shown on the drawings, as determined by the contractual provisions regarding rights in technical data, the drawings may be marked with a legend. If used, the "Limited Rights Legend" of ASPR should be used.

6.3 With respect to products requiring qualification, awards will be made only for products which are at the time set for opening of bids, qualified for inclusion in applicable Qualified Products List QPL-22052 whether or not such products have actually been so listed by that date. The attention of the contractors is called to these requirements, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. The activity responsible for the Qualified Products List is the Naval Ship Engineering Center, Department of the Navy, Washington, DC  20362, and information pertaining to qualification of products may be obtained from that activity. Application for qualification tests shall be made in accordance with "Provisions Governing Qualification SD-6" (see 6.3.1).

6.3.1 Copies of "Provisions Governing Qualification SD-6" may be obtained upon application to Commanding Officer, Naval Publications and Forms Center, 5801 Tabor Avenue, Philadelphia, Pennsylvania 19120.

6.4 Sub-contracted material and parts. The preparation for delivery requirements of referenced documents listed in section 2 do not apply when material and parts are procured by the contractor for incorporation into the equipment and lose their separate identity when the equipment is shipped.

16

**INSTRUCTIONS:** In a continuing effort to make our standardization documents better, the DoD provides this form for use in submitting comments and suggestions for improvements. All users of military standardization documents are invited to provide suggestions. This form may be detached, folded along the lines indicated, taped along the loose edge (*DO NOT STAPLE*), and mailed. In block 6, be as specific as possible about particular problem areas such as wording which required interpretation, was too rigid, restrictive, loose, ambiguous, or was incompatible, and give proposed wording changes which would alleviate the problems. Enter in block 6 any remarks not related to a specific paragraph of the document. If block 7 is filled out, an acknowledgement will be mailed to you within 30 days to let you know that your comments were received and are being considered.

*NOTE:* This form may not be used to request copies of documents, nor to request waivers, deviations, or clarification of specification requirements on current contracts. Comments submitted on this form do not constitute or imply authorization to waive any portion of the referenced document(s) or to amend contractual requirements.

---

(Fold along this line)

---

(Fold along this line)

---

DEPARTMENT OF THE NAVY

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

## BUSINESS REPLY MAIL

FIRST CLASS    PERMIT NO. 12503    WASHINGTON D C

POSTAGE WILL BE PAID BY THE DEPARTMENT OF THE NAVY

COMMANDER
NAVAL SEA SYSTEMS COMMAND (SEA 55z3)
DOD STANDARDIZATION PROGRAM AND DOCUMENTS DIVISION
DEPARTMENT OF THE NAVY
WASHINGTON, DC   20362


NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## STANDARDIZATION DOCUMENT IMPROVEMENT PROPOSAL

*(See Instructions – Reverse Side)*

| 1. DOCUMENT NUMBER | 2. DOCUMENT TITLE |
|---|---|

**3a. NAME OF SUBMITTING ORGANIZATION**

**4. TYPE OF ORGANIZATION (Mark one)**

- [ ] VENDOR
- [ ] USER
- [ ] MANUFACTURER
- [ ] OTHER (Specify):

**b. ADDRESS (Street, City, State, ZIP Code)**

**5. PROBLEM AREAS**

a. Paragraph Number and Wording:

b. Recommended Wording:

c. Reason/Rationale for Recommendation:

**6. REMARKS**

| 7a. NAME OF SUBMITTER (Last, First, MI) – Optional | b. WORK TELEPHONE NUMBER (Include Area Code) – Optional |
|---|---|
| c. MAILING ADDRESS (Street, City, State, ZIP Code) – Optional | d. DATE OF SUBMISSION (YYMMDD) |

**DD** FORM 1426
22 MAR

PREVIOUS EDITION IS OBSOLETE.