# EXHIBIT B

JUN 19 1947

N29.13:
39
947

# BUREAU OF SHIPS

# MANUAL

## CHAPTER 39

## THERMAL INSULATION

NAVY DEPARTMENT,
Bureau of Ships,
1 April 1947.

This chapter is a revision of Bureau of Ships Manual, Chapter 39, "Thermal Insulation," dated 24 August 1945.

This revised chapter becomes effective upon receipt and shall be inserted in its proper place in the Manual binder.

E. W. MILLS,
Vice Admiral, U. S. N.,
Chief of Bureau.

Approved:
JAMES FORRESTAL,
Secretary of the Navy.

NAVSHIPS 250-000-39

# Chapter 39

# THERMAL INSULATION

## CONTENTS

Section I. Machinery and Piping Insu-   Article
lation.......................... 39–1 to 39–75
Part 1. General...:............. 39–1 to 39–2
Part 2. Materials............... 39–11 to 39–13
Part 3. Application of Thermal Insu-
lation General........... 39–21
Part 4. Application of Thermal Insu-
lation to Pipe or Tubing... 39–31 to 39–40
Part 5. Application of Thermal Insu-
lation to Valves, Fittings,
and Flanges............. 39–51 to 39–59

Section I—Continued   Article
Part 6. Application of Thermal Insu-
lation to Machinery...... 39–71 to 39–75
Section II. Hull Insulation............ 39–101 to 39–145
Part 1. Scope................... 39–101
Part 2. General................. 39–111 to 39–114
Part 3. Hull Thermal Insulation..... 39–121 to 39–125
Part 4. Cold Storage............. 39–131 to 39–135
Part 5. Ventilation System........ 39–141 to 39–145

## SECTION I—MACHINERY AND PIPING INSULATION

### Part 1.—General

#### 39–1. DEFINITIONS

(1) Insulating material is defined as the material employed to offer resistance to the flow of heat.

(2) Lagging is defined as the protective and confining covering or jacket placed over the actual insulating materials.

(3) Fastening is defined as the miscellaneous items with which insulating material is attached to the surface being covered and with which lagging is fixed to the insulating material.

(4) Insulation is defined as the composite covering including insulating material, lagging, and fastening.

#### 39–2. REASONS FOR INSULATING

(1) In every power plant there is a heat loss from all heated surfaces and a heat flow to all cooled surfaces. Heat flow may occur in three ways; by conduction, by convection, and by radiation.

(2) Conduction is the heat flow from one part of a body to another part of the same body, or from one body to another with which it is in physical contact, without displacement of the particles of the body. This manner of heat flow is most important in insulation as it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant insulation). Heat transfer from insulated pipes or large blanketed or cemented surfaces (turbines, evaporators, etc.) to the outer surface of their lagging is included in this mode. Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (B. t. u.) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

(3) Convection is the transfer of heat from one point to another within a fluid, gas, or liquid, by circulating or mixing of one portion of the fluid with another. These currents are produced by warm fluid being displaced by heavier cold fluid. It is of interest to note that convection reduces the effectiveness of air space insulation unless such space is very small.

(4) Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. Radiant heat, like light, travels in straight lines and with the speed of light. The surface condition greatly affects the ability of a body to radiate heat. Dull, dark, rough finished surfaces are the best radiators. Conversely, bright, shiny, smooth surfaces are good heat reflectors.

(5) In order to minimize the transfer of heat from or to a body or surface which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. This thermal insulation

1

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 4 of 95   Page ID #:2764

is a material or materials of low thermal conductivity. (See par. 39–2 (2).) While increasing the economy of the plant, thermal insulation also reduces the quantity of air necessary for ventilating and cooling requirements and prevents injury of personnel due to burns from contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal. Insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.

## Part 2.—Materials

### 39–11. INSULATING MATERIALS

(1) The following requirements should be met as nearly as possible by thermal insulating materials:

  (a) Low heat conductivity.
  (b) Noncombustibility.
  (c) Lightweight.
  (d) Capability of easy molding and application.
  (e) Moisture repellent.
  (f) Noncorrosive, insoluble, and chemically inactive.
  (g) Composition, structure, and characteristics unchanged by temperatures at which it is to be used.
  (h) Once installed, should not cluster, become lumpy, disintegrate or build up in masses from vibration.
  (i) Vermin proof.

(2) Insulating materials are available in the following forms in accordance with Navy Department Specifications:

(a) Molded sectional pipe covering:

| | |
|---|---|
| Thermal insulation pipe covering | 32P8 |
| Molded cork (with fire resisting compound) pipe covering | 32P11 |

(b) Block:

| | |
|---|---|
| Thermal insulation block | 32I3 |

(c) Batts, blankets and felts:

| | |
|---|---|
| Roll asbestos felt | 32F1 |
| Asbestos insulating felt | 32F3 |
| Fibrous glass batt insulation | 32I1 |
| Mineral wool blanket insulation | 32I2 |
| Mineral wool pipe covering for low temperature | 32I5 |
| Thermal insulating tape | 32T1 |

(d) Plastic:

| | |
|---|---|
| High temperature insulation cement | 32C14 |
| Magnesia plaster | 32P10 |

(3) Thermal insulation pipe covering, Spec. 32P8, grade I, usually is 85 percent magnesia and it is suitable for temperatures from 100° up to 500° F.

Eighty-five percent magnesia is a molded product formed from a combination of 85 percent magnesium carbonate with about 15 percent asbestos fiber for strength and bond. It is made in standard and light density (classes a and b) which weigh 16 and 12 pounds per cubic foot, respectively. The standard weight material is used mostly; it is harder, stronger (in rupture) and less affected by heat than the light grade, but it is about 25 percent poorer in insulating value. The pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Larger sizes are furnished in quadrant or segmental form. Sections which become broken may be reused as plastic cement by breaking up the material and mixing it with water.

(4) Thermal insulation pipe covering, Spec. 32P8, grade II, class c, is a fibrous product usually formed from a uniform mixture of asbestos fibers (composed mostly of pure silica and the oxides of iron and magnesium) and held together with a sodium silicate (water glass) binder. Its average density is 13.5 pounds per cubic foot. It is considerably harder than either of the magnesia materials in paragraph 39–11 (3) and comparable to the standard magnesia covering as a good insulator. It is resilient, tough, and withstands vibration. It has a smooth, brown, finished surface. Molded asbestos saws and cuts neatly with ordinary tools. It can be used for temperatures up to 750° F. and is manufactured in cylindrical sections 3 feet long, split in half lengthwise. Class d under grade II of Spec. 32P8 covers compounded materials. These are products which have been developed comparatively recently and which vary in composition. Grade II materials are suitable for temperatures up to 750°.

(5) Thermal insulation pipe covering, Spec. 32P8, grade III, class e, is a compounded material usually consisting of molded diatomaceous earth. It consists of practically pure silica blended and bonded with asbestos fibers. It is used in a single layer for insulating piping up to and including 1½ inches nominal size. For piping 2 inches and over in size, the insulation is in the form of combination pipe covering, the inner layer of which contacts the hot surface and is diatomaceous earth. The outer layer is 85 percent magnesia of the type described in paragraph 39–11 (3). This class of material is suitable for temperatures from 501° up to 900° F.

(6) Thermal insulation pipe covering, Spec. 32P8, grade III, class f, is a fibrous material usually consisting of asbestos similar to that described in paragraph 39–11 (4), but it is much harder and withstands high temperatures. It is used in a single layer for insulating piping up to and including 1½ inches nominal size. For piping 2 inches and over in size, the insulation is in the form of combination pipe covering, the inner layer of which contacts the hot surface and is high temperature material. The

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 5 of 95   Page ID #:2765

outer layer is class c material. This pipe covering is available as combined sections with the two classes formed together to give the appearance and workability of a uniformly molded cover. The average density is 17.5 pounds per cubic foot in the single layer and 16 pounds when used in the combination form. This material is suitable for temperatures from 751° to 900° F.

(7) The description herein of materials covered by Spec. 32P8 is based on materials as procured and their naval applications. All the common pipe covering materials have been discussed. As newly developed products are found to be suitable for naval use, such pipe coverings probably will be installed in addition to the common materials.

(8) Molded cork pipe covering, Spec. 32P11, is composed of cork joined by and coated over with a vapor-sealing compound. The pipe covering sections are made of pure granulated cork compressed into molds and held together by the natural cork gum as a binder. The fire retardant vapor-sealing compound is composed of chlorinated resins, drying oils, dryers, and fillers. A volatile solvent is added to attain the necessary fluidity for easy application with a stiff brush or trowel. At the time of installation the untreated molded cork insulating material is coated on all surfaces with the vapor seal. Each delivery of cork includes sufficient copper-clad steel wire and vapor seal for complete application. The molded cork is available in the following types: Ice water thickness, brine thickness, and special brine thickness. Pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Cork covers for elbows, T's, valves, etc. are available. This material is of low thermal conductivity, high structural strength, almost free from shrinkage, resists moisture penetration when thoroughly coated, and acts as a good insulating material for refrigeration service.

(9) Thermal insulation block, Spec. 32I3, is furnished in 3 classes according to the allowable temperatures for which the materials are suitable. Class A of the specification covers insulating material for temperatures up to 500° F. These blocks usually are made of 85 percent magnesia or asbestos with characteristics as described in paragraphs 39-11 (3) and 39-11 (4), respectively. The maximum density for this class is 15 pounds per cubic foot. Block insulation is flat and rectangular. Asbestos block should be used where unusually high resistance to compression is required.

(10) For class B of Spec. 32I3, temperature range of 501° to 1,000° F., high temperature molded asbestos of the composition described in paragraph 39-11 (6) can be used. Diatomaceous earth high temperature insulating material in molded block form also is available for this service. It is described in paragraph 39-11 (5).

(11) For the higher range of temperatures, 1,001° to 1,500° F. covered by class C of Spec. 32I3, diatomaceous earth material in block form is used.

(12) Roll asbestos felt, Spec. 32F1, is composed of medium long asbestos fiber and organic sizing. The materials are felted into sheets, with an indented surface, of such flexibility that it may be folded, bent, or wrapped around piping and equipment. It is furnished in rolls ⅛ or ¼ inch thick and 3 feet wide. The ¼-inch roll weighs about 1.2 pounds per square foot. This material is suitable for temperatures up to 900° F.

(13) Asbestos insulating felt, Spec. 32F3, is furnished in type A, plain, and type B, water repellent for cold piping. Plain felt is composed of asbestos fibers and cotton and binding materials if required. Water-repellent felt is composed of asbestos fibers, cotton, treated with a suitable repellent agent, and a cotton fabric encasement. Asbestos felt has a maximum density of 12 pounds per cubic foot. Plain asbestos felt is furnished in rolls 50 feet long by 60 inches wide and in thicknesses of ¾, 1, and 1½ inches. It has perhaps the widest range of uses of the insulating materials as it has flexibility for fitting around valves or other irregular surfaces and it is suitable for a temperature range from cold water to 900° F. Water-repellent asbestos felt is furnished in rolls 50 feet long and in widths from 3 to 60 inches; thicknesses are ¾ or 1 inch.

(14) Fibrous glass batt insulation, Spec. 32I1, is composed of glass fibers bonded together to form a semirigid batt. The fibrous glass is pure glass in fibrous form and is inorganic and fireproof and resistant to salt water and some chemical actions. It cannot mildew, decay, or provide sustenance to insects, rodents, or vermin. The batts are furnished in two grades, one weighing 6 pounds per cubic foot and the other 4.5 pounds. Standard dimensions are 48 inches long by 24 inches wide by 1 to 3 inches thick. When this material is used at elevated temperatures, the binding agent burns out at a point between 450° and 600° F. Hence, batts should be enclosed by sheet steel for support when subjected to temperatures between 450° and 900° F. The material is suitable for insulating boiler uptakes.

(15) Mineral wool blanket insulation, Spec. 32I2, consists of fibers from slag, glass, or limestone made by a process of melting, blowing, or drawing, and annealing. The blankets are felted and reinforced by wire netting or metallic lathing on both sides. The material is suitable for use at temperatures up to 900° F.

(16) Mineral-wool pipe covering for low temperatures, Spec. 32I5, is composed of mineral-wool fibers felted into strip form encased in fire-resistant fabric. The pipe covering is furnished in sections 3 feet long and made to such a width that when laterally folded around a given size of pipe, a reasonably tight uniform covering results.

3

39-11

(17) Thermal insulating tape, Spec. 32T1, is composed of a woven asbestos jacket enclosing either an asbestos fiber or fibrous glass felting or silver. The jacket is woven from yarn of asbestos fiber; it may be either in one tubular piece or fabricated of asbestos cloth sewed into tubular form. The tape is supplied in two forms, one for spiral wrapping and the other for lateral wrapping. That for spiral wrapping is 2 to 2½ inches wide and ¼ to ⅜ inch thick. The tape for lateral wrapping is 5¼ inches wide and ⅜ inch thick. It is suitable for temperatures up to 750°.

(18) High temperature insulation cement, Spec. 32C14, is available in two types. Type A is the diatomaceous earth or exfoliated mica type and is composed of a dry mixture of suitable grades of such refractory material ground fine, asbestos fibers, and clay binders, thoroughly mixed to obtain uniform distribution of the ingredients. Type B is the rock or mineral-wool type which consists of a dry mixture of rock or mineral-wool fibers, asbestos fibers, and binders, thoroughly mixed to obtain uniform distribution of the ingredients. This latter type is most suitable for monolithic insulation. The composition of the cement is such that when properly wetted with fresh water, it can be applied with a trowel or by hand to hot and cold surfaces. One hundred pounds of dry cement will cover 50 square feet of surface to a thickness of 1 inch. After application it weighs a maximum of 30 pounds per cubic foot. The cement is reclaimable for reuse. The thermal conductivity of this material is higher than the nonplastic materials. All cements covered by Spec. 32C14 are suitable for use at temperatures from 100° to 1,000° F., and some may be used for 1,800° F. service. It is very important that all rock or mineral-wool type cements which may be used shall have corrosion-resisting properties conforming to the specification.

(19) Magnesia plaster, Spec. 32P10, is a mixture of not less than 85 percent long-fiber asbestos. The plaster is supplied dry and when properly tempered with water, it can be laid on with a trowel or by hand to form a light, incombustible, porous, heat-insulating covering. The material has the characteristics of 85 percent magnesia pipe covering described in paragraph 39-11 (3). Magnesia plaster will adhere to cold metal only with difficulty and it will not adhere to hot metal. One hundred pounds of the material covers about 67 square feet of surface to a thickness of 1 inch. The density after being molded and dried is not more than 16 pounds per cubic foot. Magnesia plaster may be used for temperatures from 100° to 500° F. Cements of the types described in paragraph 39-11 (18) are better for all purposes except for finishing insulation to a very smooth surface.

39-12. LAGGING MATERIALS

(1) The definition of lagging in paragraph 39-1 (2) describes the purpose of this item. It protects the relatively soft insulating material from mechanical abuse to which it is exposed aboard ship as a result of men climbing over piping and the necessary handling of equipment. It supports the insulating material which is subjected to continual vibration. The lagging provides a smooth finish to be painted.

(2) Materials in accordance with the following Navy Department Specifications are used as lagging:

(a) Cloth:
Asbestos cloth, strands and tape_____ 32C11
Cotton duck pipe covering_____ 24D3
Fibrous glass cloth, tape and thread
(for lagging insulation)_____ 32G9
(b) Paper:
Asbestos paper and tape reinforced with
cotton mesh_____ 32P9
Flameproof and water - repellent
sheathing paper_____ 59P7
(c) Board:
Asbestos millboard_____ 32M1
(d) Plastic:
Asbestos insulation finishing cement__ 32C16
(e) Metallic:
Zinc coated (galvanized) sheet steel__ 47S29

(3) Asbestos cloth, strands, and tape, Spec. 32C11, are made of good quality asbestos yarn or combination of asbestos and glass yarn and contain no rubber or other filling materials except cotton fiber. The types of cloth and tape are classified by the maximum allowable cotton content. Type A cloth and type G cloth are intended for use as the lagging material for insulation on pipe or tubing at all temperatures; it is not to be used on valves, fittings, and flanges if it will be in contact with heated metal. It may be used on valves, fittings, and flanges where the temperature of the insulated surface is 500° F. or less, and for temperatures over 500° F. on applications such as butt-welding end fittings where it is desirable to lag the fittings with the material used on the tubing. A blue stripe is woven into the finished edge of this material which may be asbestos or combination of asbestos and glass yarn. The remaining types do not contain glass yarn. Type B, 90 percent asbestos cloth, is furnished with a red stripe woven in and is intended for use as the outside lagging on removable and replaceable covers for flanges and fittings or other applications on valves, fittings, and flanges where the temperature of the insulated surface is more than 500° F. Ninety-five percent asbestos cloth is furnished with or without wire insertion. That with the wire, type C, is intended for use as the inside lagging on removable and replaceable covers for valves, flanges, and fittings at all temperatures. The wire adds to the strength and stiffness of the lagging. Type D, 95 percent asbestos cloth without the wire, is intended for the same conditions as type C when strength and stiffness is not necessary. This material is furnished

with a green stripe woven into the finished edge. An 80 percent asbestos sewing thread and a 95 percent yarn reinforced with wire are available under the specification.

(4) Fibrous glass cloth, tape, and thread, Spec. 32G9, are manufactured from a good quality of fibrous-glass yarn. The tapes and cloths are made in various weights and weaves, the most frequently used being described herein. Tight, satin-weave, lightweight cloth is recommended for straight pipe. For irregular surfaces, tight, broken-twill weave, heavyweight cloth should be used. Medium, plain weave, lightweight tape in 2- to 6-inch widths is suitable for curved pipe in particular. Tapes are applied with a minimum amount of labor and time. The sewing thread is a twisted specially treated cord. *Fibrous glass materials are not recommended for use where lagging is exposed to mechanical injury.* The material may be used for lagging surfaces with internal temperatures up to 900° F.; but should not be used on removable and replaceable covers nor where it will be in contact with hot metal surfaces.

(5) Canvas or cotton duck, Spec. 24D3, has been widely used as a lagging material. Unlike asbestos and glass, duck is flammable and should be used only for service in the cold range of 36° to 99° F. Duck should not be used if glass cloth or asbestos cloth is available.

(6) Asbestos paper and tape reinforced with cotton mesh, Spec. 32P9, is composed of approximately 75 percent asbestos, 8 percent organic binder, and 17 percent cotton netting. This material is suitable for temperatures up to 500° F. It does not stand much abuse and is recommended for use only if glass or asbestos cloth is not available.

(7) Sheathing paper, Spec. 59P7, is made in three types. The flameproof and water-repellent paper does not support combustion and absorbs only the specified small weight of water. The two other types of paper have but one of the aforementioned characteristics. This material is used in conjunction with other lagging; see the instructions for insulation of cold water piping in part 4. The paper is supplied in rolls 36 inches wide.

(8) Asbestos millboard, Spec. 32M1, is composed of asbestos fiber and binding material formed under pressure into a sheet. It has a fair amount of insulating value for temperatures up to 400° F. but is mostly used as outside lagging on removable insulating covers to which it gives stiffness. It is available in thicknesses of from ⅛ to ½ inch in sheets the standard size of which is 42 by 48 inches. The maximum acceptable weight is 6.5 pounds per square foot of material 1 inch thick.

(9) Asbestos finishing cement, Spec. 32C16, is composed of asbestos fibers, fillers, and suitable binders thoroughly mixed to obtain a uniform distribution of the ingredients. The composition is such that when properly wetted with fresh water, it can be readily troweled to a smooth surface. One hundred pounds of cement has a covering capacity, applied and dried, of 19 square feet 1 inch thick. About 100 pounds of water is required to mix 100 pounds of cement. Asbestos cement is used as a surface finish over insulating material to seal all joints and provide a hard, smooth finish to which lagging is applied.

(10) Galvanized sheet steel, Spec. 47S29, is used as described in the sections on application of insulation.

**39–13.   ADHESIVE MATERIALS**

(1) Adhesives which comprise one type of fastening as defined in paragraph 39–1 (4) are covered by the following Navy Department Specifications.

| | |
|---|---|
| Fibrous adhesive insulation cement | 52C22 |
| Adhesive and sealing cements | 52C23 |
| Sodium silicate solution (33.5° Baumé) | 51S29 |

(2) Fibrous adhesive, Spec. 52C22, is suitable for securing woven asbestos cloth to insulating material employed on piping or other applications. The cement is ready for use without heating or addition of other ingredients, except that it may be furnished in the unmixed form to be mixed just prior to use. It will not deteriorate for an indefinite length of time when enclosed in airtight metal containers. When used for fixing lagging or insulating materials to other than metal surfaces, 75 pounds of adhesive will cover about 100 square feet. Adhesive cement per Specification 52C22 must never be used for securing fibrous glass cloth or insulation since it causes disintegration of such materials. Therefore, this cement is not to be used with type A cloth or type G tape per Spec. 32C11.

(3) Adhesive insulation cement per type B of Navy Department Specification 52C23 is suitable for securing all lagging materials. It has the best properties of the adhesives described herein. Cements in accordance with the specification will not corrode steel when applied thereto.

(4) Sodium silicate solution, Spec. 51S29, may be used for fastening asbestos cloth. The cloth, when soaked in the silicate of soda and applied to the surface, molds into position and dries to form a hard, firm finish which resists abrasion. The remarks in paragraph 39–13 (2) in regard to the use of fibrous adhesive cement with fibrous glass materials apply also to sodium silicate solution.

## Part 3.—Application of Thermal Insulation
### General

**39–21.**

(1) Cloth and paper lagging should be covered with one coat of fire-retardant paint, per Bureau of Ships Spec. 52P22, after installation. The inside covers of removable blanket insulation need not be painted. Canvas lagging, if used, should be given

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 8 of 95   Page ID #:2768

e coat of canvas preservative per Spec. 52C26 of a color to suit the adjacent bulkheads or decks.

(2) All steampiping, valves, and fittings located in positions exposed to the weather or to salt water spray should be insulated and lagged watertight with sheet metal. Where it is not feasible to apply insulation, paint the piping with heat- and weather-resistant paint, and install suitable guards to protect personnel. Also use metal lagging where necessary to shield the insulation from damage. Metallic lagging, galvanized sheet steel, may be painted for appearance with one coat of zinc chromate primer, formula 84, followed by one coat of fire-retardant paint per Bureau of Ships Spec. 52P22.

(3) Where the detailed instructions which follow hereafter do not specifically cover any surface requiring insulation, such surface should be insulated in a manner similar to the requirements covering a condition which most nearly approximates that of the surface in question.

(4) At least once a year and preferably at 6-month intervals, a careful inspection should be made of insulation. All broken or loose insulating or lagging materials should be securely fastened in accordance with instructions herein. If much material is broken, a complete reinstallation is recommended.

(5) In the course of emergency repairs as a result of damage, insulation is to be stripped from piping in flooded compartments if practicable. This procedure will prevent serious corrosion of piping by insulation which carries a large amount of water even subsequent to unwatering operations.

(6) The following tables indicate various approved insulating, lagging, and fastening materials to be used and minimum thicknesses required for all services and temperature ranges.

TABLE I

| Service | Temperature conditions (°F.) | Pipe or tubing | | Valves and fittings | |
|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging |
| Superheated steam and exhaust gases. | 751 to 900 | 32P8, grade III; 32T1 | 32C11, type A and G; 32G9. | 32C14, type B; 32F3, type A; 32I3, class b; 32P8, grade III. | 32C11, type A, B, C, D, and G; 32G9. |
| Do | 501 to 750 | 32P8, grade II and III; 32T1. | 32C11, type A and G; 32G9. | 32C14, type B; 32F3, type A; 32I3, class b; 32P8, grade II and III. | 32C11, type A, B, C, D, and G; 32G9. |
| Saturated steam, exhaust gases, hot water, and hot fuel oil. | 100 to 500 | 32P8, grade I and II; 32T1. | 32C11, type A and G; 32G9; 47S29. | 32C14, type B; 32F3, type A; 32I3, class a; 32P8, grade I and II. | 32C11, type A, B, C, and G; 32G9. |
| Cold water | 32 to 99 | 32F3, type A and B; 32I3. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; 32I3. | 32C11, type A and G; 32G9; 59P7. |
| Refrigerant | 36 and over | 32F3, type A and B; 32I3; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. | 32C11, type A and B; 32I3; 32P11, type A. | 32C11, Type A and G; 32G9; 59P7. |
| Do | 0 to 35 | 32P11, type B | 32C11, type A and G; 32G9. | 32P11, type B | 32C11, type A and G; 32G9. |
| Do | Below 0 | 32P11, type C | 32C11, type A and G; 32G9. | 32P11, type C | 32C11, type A and G; 32G9. |

| Service | Temperature conditions (°F.) | Flange joints | | Machinery | |
|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging |
| Superheated steam and exhaust gases. | 751 to 900 | 32F3, type A; 32I3, class b; 32P8, grade III. | 32C11, type C and D | 32C14, type B; 32F3, type A; 32I2; 32I3, class b. | 32C11, type A, B, C, D, and G; 32G9. |
| Do | 501 to 750 | 32F3, type A; 32I3, class b; 32P8, grade II and III. | 32C11, type C and D | 32C14, type B; 32F3, type A; 32I2; 32I3, class b. | 32C11, type A, B, C, D, and G; 32G9. |
| Saturated steam, exhaust gases, hot water, and hot fuel oil. | 100 to 500 | 32C14, type B; 32F3, type A; 32I3, class a; 32P8, grade I and II. | 32C11, type A, B, C, and G; 32G9. | 32C14, type B; 32F3, type A; 32I2; 32I3, class a. | 32C11, type A, B, C, and G; 32G9. |
| Cold water | 32 to 99 | 32F3, type A and B; 32I3. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B | 32C11, type A and G; 32G9; 59P7. |
| Refrigerant | 36 and over | 32F3, type A and B; 32I3; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; HH-C-561. | 32C11, type A and G; 32G9; 59P7. |
| Do | 0 to 35 | 32P11, type B | 32C11, type A and G; 32G9. | HH-C-561 | 32C11, type A and G; 32G9. |
| Do | Below 0 | 32P11, type C | 32C11, type A and G; 32G9. | HH-C-561 | 32C11, type A and G; 32G9. |

6

Case 2:12-cv-03013-SVW-PJW Document 128-8 Filed 02/11/13 Page 9 of 95 Page ID #:2769

TABLE II.—*Compounded insulating material thicknesses for hot pipe or tubing*

| Pipe size (inches) | Temperature range (° F.) | Class of material per Spec. 32P8 — Inner layer | Class of material per Spec. 32P8 — Outer layer | Thickness (inches) — Inner layer | Thickness (inches) — Outer layer | Thickness (inches) — Total |
|---|---|---|---|---|---|---|
| | 100-388 | a, b, or d | | ¾ | | ¾ |
| | 389-500 | a or d | | 1¼ | | 1¼ |
| | 389-500 | b or d | | 1¼ | | 1¼ |
| 1½ and ¾ | 501-750 | d | | 1¼ | | 1¼ |
| | 501-750 | d or e | | 1¼ | | 1¼ |
| | 751-900 | e | | 1¼½ | | 1¼½ |
| | 100-388 | a or d | | ¾ | | ¾ |
| | 100-388 | a or d | | 1¼ | | 1¼ |
| | 389-500 | a or d | | 1¼ | | 1¼ |
| 1 | 389-500 | b or d | | 1¼ | | 1¼ |
| | 501-750 | d or e | | 1¼½ | | 1¼½ |
| | 501-750 | e | | 1¼½ | | 1¼½ |
| | 751-900 | e | | 1¼½ | | 1¼½ |
| 1¼ | Same materials and thicknesses as ¾-inch size. | | | | | |
| | 100-388 | a or d | | ¾ | | ¾ |
| | 100-388 | b or d | | 1½ | | 1½ |
| | 389-500 | d or e | | 1½ | | 1½ |
| 1½ | 389-500 | b or d | | 1½ | | 1½ |
| | 501-750 | e | | 1½ | | 1½ |
| | 501-750 | e | | 1½ | | 1½ |
| | 751-900 | e | | 1½ | | 1½ |
| | 100-338 | a, b, or d | | 2 | | 2 |
| | 339-388 | e | | 2 | | 2 |
| | 389-500 | b or d | | 1½ | | 1½ |
| 2 and 2½ | 389-500 | a, b, or d | | 1½ | | 1½ |
| | 501-750 | d or | | 1¾ | | 1¾ |
| | 501-750 | e | a or b | 1¼ | 1¾ | 3¼ |
| | 751-900 | e | a or b | 1½ | 1¾ | 3¼ |
| | 100-338 | a, b, or d | | 2 | | 2 |
| | 339-388 | a or | | 2 | | 2 |
| | 389-500 | d or | | 2 | | 2 |
| | 501-750 | e | | 1½ | 2 | 3½ |
| 3 | 501-750 | e | a or b | 1½ | 2 | 3½ |
| | 751-900 | e | | 1½ | | 1½ |
| | 100-338 | a, b, or d | | 2 | | 2 |
| | 339-388 | b or d | | 2 | | 2 |
| | 389-500 | a, b, or d | | 2 | | 2 |
| 3½ | 389-500 | a, b, or d | | 2 | | 2 |
| | 501-750 | d or | | 2 | | 2 |
| | 501-750 | e | a or b | 1½ | 2 | 3½ |
| | 751-900 | e | a or b | 1½ | 2 | 3½ |
| | 100-338 | a, b, or d | | 2 | | 2 |
| | 339-388 | b or d | | 2 | | 2 |
| 4 | 389-500 | a, b, or d | | 3 | | 3 |
| | 501-750 | e | a or b | 1½ | 2 | 3½ |
| | 751-900 | e | a or b | 1½ | 2 | 3½ |
| | 100-338 | e | | 1½ | 2 | 3½ |
| 4½ | 100-338 | b or d | | 2 | | 2 |
| | 339-388 | b or d | | 3 | | 3 |
| | 389-500 | a, or d | | 3 | | 3 |
| | 501-750 | e | a or b | 1½ | 2 | 3½ |
| | 751-900 | e | a or b | 1½ | 2 | 3½ |
| 5 | Same materials and thickness as 4-inch size. | | | | | |
| | 100-338 | a, b, or d | | 1½ | | 1½ |
| 6 | 100-388 | a or | | 2½ | | 2½ |
| | 339-388 | b or d | | 2½ | | 2½ |
| | 389-500 | a, or d | | 2½ | | 2½ |
| 7 | 501-750 | e | a or b | 1½ | 2 | 3½ |
| | 751-900 | e | a or b | 1½ | 2 | 3½ |
| | 100-338 | a, b, or d | | 2½ | | 2½ |
| | 339-388 | a, b, or d | | 2½ | | 2½ |
| | 339-388 | b or d | | 2½ | | 2½ |
| 8, 9, and 10 | 389-500 | a, b, or d | | 3 | | 3 |
| | 501-750 | e | a or b | | | 4 |
| | 501-750 | e | a or b | | | 4 |
| | 751-900 | a, b, or d | | 1¼ | | 1¼ |
| | 100-338 | a, b, or d | | 4 | | 4 |
| 11 | 339-388 | b or d | | 4 | | 4 |
| | 501-750 | e | a or b | | | 4 |
| | 751-900 | e | a or b | | | 4 |
| | 100-338 | a, b, or d | | 4 | | 4 |
| 12 and over | 339-500 | a, b, or d | | 4 | | 4 |
| | 501-750 | e | a or b | | | 4 |
| | 501-750 | e | a or b | | | 4 |

NOTE.—Temperature of saturated steam at 25 p. s. i. gage is 267° F. Temperature of saturated steam at 100 p. s. i. gage is 338° F. Temperature of saturated steam at 200 p. s. i. gage is 388° F.

TABLE III.—*Fibrous insulating material thicknesses for hot pipe or tubing*

| Pipe size (inches) | Temperature range (° F.) | Class of material per Spec. 32P8 — Inner layer | Class of material per Spec. 32P8 — Outer layer | Thickness (inches) — Inner layer | Thickness (inches) — Outer layer | Thickness (inches) — Total |
|---|---|---|---|---|---|---|
| | 100-388 | c | | ½ | | ½ |
| | 389-500 | c | | 1½ | | 1½ |
| ½ through 1½ | 501-750 | f | | 2 | | 2 |
| | 751-900 | f | | 2 | | 2 |
| | 100-338 | c | | 1½ | | 1½ |
| | 339-388 | c | | 2½ | | 2½ |
| | 389-500 | c | | 2½ | | 2½ |
| 2 through 3½ | 501-750 | f | | ¾ | | ¾ |
| | 751-850 | f | c | 1½ | 1½ | 1½ |
| | 851-900 | f | c | 1½ | 1½ | 1½ |
| | 100-338 | c | | 1½ | | 1½ |
| | 339-388 | c | | 2½ | | 2½ |
| 4 through 6 | 389-500 | c | | 2½ | | 2½ |
| | 501-750 | f | | 2½ | | 2½ |
| | 751-850 | f | c | 1½ | 2 | 3½ |
| | 851-900 | f | c | 1½ | 2 | 3½ |
| | 100-338 | c | | 1½ | | 1½ |
| | 339-388 | c | | 2½ | | 2½ |
| 7 through 11 | 389-500 | c | | 2½ | | 2½ |
| | 501-750 | f | | 1½ | 2½ | 1½ |
| | 751-850 | f | c | 2 | | 2 |
| | 851-900 | f | c | 2 | | 2 |
| | 100-338 | c | | 2½ | | 2½ |
| | 339-388 | c | | 2½ | | 2½ |
| 12 and over | 389-500 | c | | 2½ | | 2½ |
| | 501-750 | f | c | | | 4 |
| | 751-850 | f | c | | | 4 |
| | 851-900 | f | c | | | 4 |

TABLE IV.—*Thicknesses of insulating materials in inches for cold water and refrigerant pipe and tubing flanges, valves and fittings*

| Pipe size (inches) | Service | Temperature range (° F.) | Molded cork, Specification 32P11 | Asbestos felt, Specification 32P3 (type A or B) | Mineral wool, Specification 3215 |
|---|---|---|---|---|---|
| Up to ¾ | Refrigerant | Below 0 | 2.60 | | |
| | do | 0 to 35 | 1.70 | 1½ | 1½ |
| | do | 36 and over | 1.30 | 1 | 1½ |
| | Cold water | All | 1.30 | 1 | 1½ |
| 1 and 1½ | Refrigerant | Below 0 | 2.75 | | |
| | do | 0 to 35 | 2.00 | | |
| | do | 36 and over | 1.30 | 1 | 1½ |
| | Cold water | All | 1.30 | 1 | 1½ |
| 1½ to 5½ | Refrigerant | Below 0 | 2.95 | | |
| | do | 0 to 35 | 2.40 | 2¼ | 3 |
| | do | 36 and over | 1.35 | 1 | 1½ |
| | Cold water | All | 1.35 | 1 | 1½ |
| 6 and 7 | Refrigerant | Below 0 | 4.00 | | |
| | do | 0 to 35 | 2.40 | 2¼ | 3 |
| | do | 36 and over | 1.35 | 1 | 1½ |
| | Cold water | All | 1.35 | 1 | 1½ |
| 8 to 12 | Refrigerant | Below 0 | 4.00 | | |
| | do | 0 to 35 | 3.00 | 2¼ | 3 |
| | do | 36 and over | 1.35 | 1 | 1½ |
| | Cold water | All | 1.35 | 1 | 1½ |
| Over 12 | Refrigerant | Below 0 | 4.00 | | |
| | do | 0 to 35 | 3.00 | 2¼ | 3 |
| | do | 36 and over | 1.50 | 1 | 1½ |
| | Cold water | All | 1.50 | 1 | 1½ |

TABLE V.—*Thicknesses of insulating tape per Spec. 32T1 for hot piping ¼- and ⅜-inch size*

| Temperature range (° F.) | Thickness of tape (inches) | Number of layers | Total thickness (effective) |
|---|---|---|---|
| 100-338 | ¼ | 1 | ⅛ |
| 339-388 | ¼ | 1 | ¼ |
| 389-500 | ½ | 1 | ½ |
| 501-750 | ½ | 1 | ½ |
| 751-900 | 1 and ½ | 1 of each | 1 |

TABLE VI.—*Thicknesses of insulating materials for hot surfaces of machinery*

| Temperature range (° F.) | Asbestos felt, block, or mineral wool blanket | Cement (Spec. 32C14, type B) |
|---|---|---|
| 100–338 | 1½ | 1½ |
| 339–388 | 2 | 2½ |
| 389–500 | 3 | 3 |
| 501–750 | 3½ | 4 |
| 751–900 | 4½ | 5 |

## Part 4.—Application of Thermal Insulation to Pipe or Tubing

### 39–31. TEMPERATURES FROM 501° TO 900° F.

(1) Piping systems with temperatures over 500° F. include superheated steam piping and Diesel exhaust piping. Thermal insulation pipe covering, per Spec. 32P8, classes e or f, is used for services from 501° to 900° F. and is described in paragraphs 39–11 (5) and 39–11 (6). The thickness of the pipe covering should be as shown in table II, which covers compounded insulating material or table III, which covers fibrous insulating material.

Single layer molded pipe covering is applied directly on the piping. Side and end joints should be tightly butted. Sections are securely fastened in place with 18-gage (0.049 inch diameter) nickel-copper, brass, or galvanized soft iron wire or metal bands. Use three loops or bands per length of insulating material on pipes up to and including 6 inches and four loops or bands on larger pipes. The ends of the wire loops are fastened together to hold the insulating material tightly against the pipe. The wire ends are bent over and carefully pressed into the pipe covering to leave no projection. Joints, cracks, or indentations in the surface of the insulating material are pointed up with high temperature insulating cement (Spec. 32C14) or asbestos finishing cement (Spec. 32C16). In double layer work both the longitudinal and circumferential joints of the second layer are staggered in relation to the first layer and both layers are secured as previously described. The outer layer may be pointed up with magnesia plaster if the insulating material is 85 percent magnesia.

Thermal insulating tape as described in paragraph 39–11 (17) is specially suitable for small piping and where space conditions render awkward the use of molded covering. The tape also is suitable for bends. Tape for spiral wrapping should be wired at each 10 inches approximately. Tape for wrapping laterally must be wired at each end of every strip. Thicknesses are shown in table V. The lagging should be type A or G asbestos cloth or tape or glass cloth or tape.

(2) *Bends.*—Where bends are encountered in the piping, the sectional insulating material is cut or mitered as shown in Figures 39–1, 39–2, and 39–3 to fit neatly around the contour of the bend. Care must be taken to insure that each segment is securely fastened in place. All openings and crevices are filled with high temperature cement, Spec. 32C14, or asbestos finishing cement (Spec. 32C16), troweled smoothly to a uniform surface. Sharp bends may be insulated with asbestos insulating felt per paragraph 39–11 (13) overlaid with ½ inch of high temperature insulating cement or asbestos finishing cement (Spec. 32C16) finished off smoothly.

### 39–32.

(1) *Application of glass cloth and tape.*—Glass cloth per paragraph 39–12 (4) is fitted on tight and smooth and sewed with fibrous glass sewing thread using a single stitch, three to the inch. Glass cloth and tape may be cemented on with adhesive cement per paragraph 39–13 (3). In general, tape rather than cloth is used for lagging pipe bends. Fibrous glass tape is applied in a spiral wrapping around the pipe. At the start the tape may be stapled to the insulating material or secured with an adhesive. On straight runs, a ¼-inch lap is sufficient. The tape may be furnished with a stripe woven in as a guide for lapping. On bends, the lap should be made at right angles to the axis of the pipe. A new roll of tape is started as if it were to be wrapped in the reverse direction and attached with staples or adhesive. The tape is then brought back over the fastening which thus is concealed from view. Where pipes are located close together, the tape may be applied easily by wrapping it on a smooth rounded edge metal "shuttle." The tape is fastened to the insulating material and the shuttle passed between the pipes, picked up on the far side, and the tape pulled tight.

(2) *Application of asbestos cloth.*—Asbestos cloth is fitted on tight and smooth. It may be sewed with asbestos yarn or may be cemented on. Adhesive cement per paragraph 39–13 (2) can be used to fasten asbestos cloth other than type A. Cements described in paragraph 39–13 (3) are suitable for all materials. The surfaces to be joined must be dry and clean. Apply the adhesive to the cloth, not to the insulating material. The more rough and porous the surface may be, the more adhesive will be needed. Asbestos cloth, except for type A, also may be fastened on with sodium silicate solution described in paragraph 39–13 (4). The cloth should be soaked in the solution and the insulating material given a liberal painted coat of the same. The lagging is applied while the surface is still wet.

### 39–33. DIESEL ENGINE EXHAUST FLEXIBLE CONNECTIONS

The connections may be insulated by one of the following methods:

(a) In accordance with paragraphs 39–31 (1) and 39–31 (2) provided the flexible connection is cov-

39–33                                                                    39–36



SAW CUT TO THIS DEPTH

DETAIL OF INSIDE RADIUS OF PIPE BENDS

Figure 39–1.—Detail of outside radius of pipe bends.



SECTIONAL PIPE COVERING 4" O. D. & LESS CUT TO FIT

CEMENT

SECTIONAL PIPE COVERING

SPECIFIED LAGGING

Figure 39–2.



CEMENT

SPECIFIED LAGGING

FOR SECTIONAL PIPE COVERING OVER 4" O. D.

SECTIONAL PIPE COVERING

Figure 39–3.

ered with 1-inch galvanized wire mesh before application of the insulating material.

(b) Apply asbestos insulating felt per paragraph 39–11 (13) overlaid with a layer of asbestos paper which is described in paragraph 39–12 (6). Lag in accordance with paragraph 39–31 (1).

### 39–34. BULKHEAD EXPANSION JOINTS

Continue the insulation under the connection with the pipe covering butting each side of the flange which secures the joint to the piping.

### 39–35. PIPE HANGERS

Where pipe hangers are clamped around the piping, the sectional pipe covering may be stopped at the clamp and the space filled with layers of asbestos felt per paragraph 39–11 (13) to the thickness of the covering. A single layer of asbestos cloth which extends over the sectional covering 2 inches on either side is wrapped circumferentially over the felt and is secured by wire through rings and hook fasteners to form a take-down seam. A similar covering may be used on flanges to which are welded anchor lugs for pipe hangers. Hangers may also be insulated by fitting the molded pipe covering as necessary; use insulating cement to complete the installation.

### 39–36. TEMPERATURES FROM 100° TO 750° F.

(1) For temperatures between 100° and 750° F., thermal insulation pipe covering, Spec. 32P8, classes c or d may be used. The thickness of pipe covering should be as shown in table II or III. This material is applied in the manner described in article 39–31. Lagging may be in accordance with paragraphs 39–32 (1) or 39–32 (2).

8

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 12 of 95   Page ID
#:2772

**39-37. TEMPERATURES FROM 100° TO 500° F.**

(1) For temperatures between 100° and 500° F., thermal insulation pipe covering, Spec. 32P8, classes a and b, described in paragraph 39-11 (3) is used. Also see article 39-36. Lagging may be in accordance with paragraphs 39-32 (1) or 39-32 (2). If asbestos or glass cloth is not available, asbestos paper, which is described in paragraph 39-12 (6), may be used. The thickness of the pipe covering should be as shown in table II.

**39-38. APPLICATION OF REINFORCED ASBESTOS PAPER OR TAPE**

Asbestos paper or tape per Spec. 32P9 is generally used in the 36-inch sheet form on straight runs of piping although spiral wrapping with narrower widths of tape will give a satisfactory job. Use tape for fittings and bends. Asbestos tape should always be applied with the guide line on the outside. Do not apply asbestos paper or tape over wet cement. Apply cold water paste with a brush or sponge to pipe insulation before wrapping with asbestos paper or tape. If preferred, the paste or adhesive cement can be applied directly to the sheet material.

(1) *Paper:* Paste and/or staple the inner edge to the top of the insulating material and carry the paper around the pipe and paste on the outside edge lapping over a minimum of 2 inches. Paper can either be terminated at fittings, with tape applied thereto, or continued around fittings, mitering the inside lap, and molding in place by hand to give a continuous uniform appearance. Asbestos paper can be sewed in a manner similar to asbestos cloth when it is used on straight runs of pipe. After sewing, smooth down the edge with a sponge and water or cold water paste.

(2) *Tape:* Use the material dry. Start the application by fastening the tape to the insulation with a staple or paste. The guide line must be on the outside. Apply one wrap double thick to start and cover the staple, if used; then spiral the tape overlapping each layer a minimum of ½ inch as indicated by the guide line. After spiral wrapping, smooth out irregularities in laps by applying water with a sponge to all spiral joints. Apply water at joints to change direction of wrapping when necessary to give a smooth appearance.

**39-39. COLD WATER AT ALL TEMPERATURES**

Three insulating materials may be used on cold water pipe or tubing.

(1) Asbestos insulating felt should be applied to thoroughly cleaned and dried pipe surfaces in the thicknesses shown in table IV. The material is described in paragraph 39-11 (13).

The felt is applied in ¾-inch layers which are compressed to ½-inch thickness by 18-gage nickel-copper, brass, or galvanized soft iron wire wound on about 1 inch centers. Joints in adjacent layers of felt

are staggered longitudinally and radially. Water-repellent asbestos felt in strip form is applied longitudinally; the width is such as to enclose the circumference of the pipe. The following table gives pipe sizes and widths of felt which have been extensively used for these sizes:

| Width (inches) : | Pipe sizes (inches) |
|---|---|
| 5 | ½ and ¾ |
| 7 | 1 and 1¼ |
| 9 | 1½ and 2 |
| 13 | 2½ and 3 |
| 16 | 3½ and 4 |
| 21 | 4½, 5, and 5½ |

The asbestos felt is covered with one layer of water-repellent and flameproof sheathing paper which is described in paragraph 39-12 (7). The paper should be tightly wrapped and lapped 3 inches each way. On bent piping the sheathing paper is mitered and fitted tightly. Joints must be sealed completely with adhesive cement (N. D. Spec. 52C23, type B). The lagging may be asbestos cloth per paragraph 39-32 (2) or glass cloth per paragraph 39-32 (1). Cotton duck described in paragraph 39-12 (5) may be used if the former materials are not available. The lagging should be cemented on with material per paragraph 39-13 (3).

(2) Mineral-wool pipe covering described in paragraph 39-11 (16) is suitable for low temperatures. The material is furnished in 1½-inch thickness only. It is applied similarly to the manner described in paragraph 39-39 (1).

(3) Molded-asbestos pipe covering (Spec. 32P8, class C), which is described in paragraph 39-11 (4), may be used for cold water lines if felt is not available. Apply sheathing paper and lagging in accordance with paragraph 39-39 (1).

**39-40. REFRIGERANT**

(1) Molded cork pipe covering described in paragraph 39-11 (8) is used in the thicknesses shown in table IV. See article 39-39 for other materials suitable for refrigerant at temperatures of 36° F. and over.

(2) At the time of installation, the fire-retardant vapor seal may be applied to the cork in the following manner: The inner surfaces of the semicylindrical sections of cork are heavily coated with the compound by brushing and allowed to dry at room temperature for 24 hours. The longitudinal surfaces and ends of each section of the covering are then coated with the compound and the sections are immediately installed, butted together longitudinally, and secured. In the installation of the sections, excess compound which is forced out of the longitudinal joints may be doctored off. The external surface of the covering is then given a brush coat of the compound which is allowed to dry for 48 hours.

(3) Pipes must be free from rust and moisture before applying insulation. Sectional covering should be applied with end joints broken by starting with one half- and one full-length piece. Longitudinal joints should be at the top and bottom of the pipe. Wire the sections in place with at least six copper-clad wires per 36-inch section. When the pipe passes through an insulated wall into a refrigerated room, the pipe covering should extend into the room 1 inch beyond the wall. Pipe bends are insulated by mitering regular sectional covering to fit the bend, using pieces small enough to give approximately full contact between the pipe and the covering. Pipe hangers must be on the outside of the covering and not in contact with the pipe. Frost will collect around the supporting rod of a hanger attached directly to the pipe and will eventually work under and split off the covering at that point. A 12- to 18-gage galvanized sheet-steel shield should be used between the hanger and covering where the pipe rests in the hanger. The shield should extend at least 3 inches on each side of the hanger. Glass or asbestos cloth or tape lagging should be applied in accordance with paragraphs 39–32 (1) or 39–32 (2), respectively.

### Part 5.—Application of Thermal Insulation to Valves, Fittings, and Flanges

#### 39–51.

Permanently insulated valves and fittings should be covered to the same total thickness as the adjacent piping. Valves and fittings which are welded into the line are insulated permanently. Flanged valves and flanged fittings may have permanent or removable type insulation. Where the pipe covering is terminated at flanges, provision must be made for removal of the flange bolts or bolt-studs. The pipe insulation may be stopped off squarely and a short removable section of insulating material of sufficient length to permit the withdrawal of the bolting may be inserted. A less desirable method is to omit the short removable section of insulation by terminating and beveling off the pipe covering at the necessary distance from the flange.

#### 39–52. COVERS

Readily removable and replaceable covers should be provided on the following piping elements requiring insulation:

(1) Flanged joints (except valve bonnet joints) on all sizes of main and auxiliary steam piping carrying steam having a total temperature of 389° F. (205 p. s. i. saturated steam) and over, including flanged joints on all root connections and root valves thereon, such as valve bypasses, drain connections, pressure gage connections, etc.

(2) Flanged joints on piping and adjacent to machinery units which must be broken when these machinery units are opened for inspection and overhaul, such as steam exhaust connections, feed pump suction and discharge connections, steam drain connections, etc.

(3) Valve bonnets on all valves over 2 inches in size, working pressure of 300 p. s. i. and over, carrying fluids 240° F. and over.

(4) Pressure reducing and pressure regulating valves, pump pressure governors, and strainer bonnets.

#### 39–53. METHODS OF MAKING COVERS

Readily removable and replaceable covers for piping elements are made by the following methods:

(1) Rigid covers made in two halves filled with asbestos felt are shown in figures 39–4 and 39–5. Covers are sewn and quilted with wire inserted asbestos yarn (Navy Department Spec. 32C11, type E) in such a manner as to provide a uniform thickness. Wire inserted asbestos cloth (Navy Department Spec. 32C11, type C) is used on the inside of the covers to provide strength and rigidity. Asbestos cloth (Navy Department Spec. 32C11, type B) is used on the outside surface of the cover if the temperature of the insulated surface does not exceed 500° F. For temperatures over 500° F. asbestos cloth (Navy Department Spec. 32C11, type D) is used on the outside of the cover. Flexible asbestos millboard, $\frac{1}{8}$ inch thick, is inserted between the asbestos felt and the asbestos cloth so as to retain the cylindrical shape of the cover. Hard asbestos millboard, $\frac{1}{4}$ inch thick, enclosed in asbestos cloth of the type used on the outside of the cover is sewn on the ends of the cover. Where the flange diameter is larger than the outside diameter of the adjacent pipe-covering, build-up pieces are made of asbestos felt encased in asbestos cloth (Navy Department Spec. 32C11, type D) secured by stitching to the inside of the cover. The halves of the cover may be fastened around the equipment by means of $\frac{1}{16}$ inch diameter soft galvanized iron rope laced through brass or galvanized steel hooks or rings, or covers may be secured by snap fasteners. Fastenings fixed to cloth lagging must be backed up by washers on both sides of the cloth.

(2) A rigid cover made up of segments of block insulation of the same material used for pipe covering is shown in figure 39–6. Block is securely wired to frames of $\frac{1}{2}$ inch square mesh of 18 gage (0.049 inch diameter) galvanized steel wire. The wire mesh frames inside and outside of the block insulation have the ends bent over and joints secured with 18-gage, black-annealed, iron wire woven through the mesh. Insulating cement of the same material as the blocks is trowelled smoothly over all surfaces of the mesh. Asbestos roll fire felt (Navy Department Spec. 32F1) may be used to build up the cover where the flange diameter is larger than the outside diameter of the adjacent pipe-covering. Covers should be lagged with asbestos cloth (Navy Department Spec. 32C11, type D) tightly and smoothly fitted to envelop the outside and ends.

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 14 of 95   Page ID #:2774



FIGURE 39–4



FIGURE 39–5

Where double layer insulation is used, the two sections of the cover should be fitted together with a scarfed joint. Care must be taken in the workmanship to insure straight and true jointing surfaces of the sections with the view of reducing the heat loss at the joints. Bands and eyelets of galvanized steel are used for securing the cover around the equipment.

(3) Rigid covers similar to those described in paragraph (2) above may be made of fibrous sectional pipe-covering (Navy Department Spec. 32P8, classes C and F) of the same thickness as that on the adjacent piping. The pipe-covering is strong enough so that the wire frames are not required.

Lagging may be secured with an approved high temperature adhesive cement.



FIGURE 39–6

(4) Where the rigid covers described above are not practical, for example because of restricted space, flexible covers, as shown in Figure 39–7, may be used. These covers are similar to those described in paragraph (1) above except that the millboard is omitted.

(5) Flexible flange covers shown in figure 39–8 may be made as described below:

(a) A circular wooden form is first made up with a diameter equal to the flange diameter for which the particular cover is going to be made.

(b) The inner and outer covering of the flange covers are made of asbestos cloth. The inner cloth is laid over the form and accurately cut to the length

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 15 of 95   Page ID #:2775

required with allowance for stitching so that the finished inside surface will be smooth and free from wrinkles.

(c) The end pieces of the cloth are cut circular to suit inside and outside diameters with the necessary allowance for stitching. The cloth cut in this form will eliminate puckers and wrinkles.

**39–54.**

Spaces between removable covers and the surfaces they insulate should be packed with pieces of asbestos felt to exclude all air possible. On covers which do not fit tightly about the adjacent pipe covering, spaces should be calked with suitable material such as narrow strips of asbestos cloth.



FIGURE 39–7

(d) The outside cloth covering is cut in the same manner as described in (b) above.

(e) The pieces of cloth are sewn together before filling with asbestos felt as much as it is practical to do so. Stitching is done from the inside where possible in order to improve the external appearance.

(f) Before filling the cover with asbestos felt, a ³⁄₁₆-inch diameter steel rod is inserted along the entire length of the outside lap of the joint. The rod is secured in place by stitching with asbestos sewing thread. This rod provides a straight hard edge at the outside of the lap, thus providing a greatly improved appearance and serving to hold the shape.

(g) A stiffener strip, which consists of asbestos cloth of the same type used for the outside covering, is placed under the outside covering; its width should extend far enough to include the lacing washers and rings. The strip is well soaked in silicate of soda or adhesive cement and allowed to dry prior to insertion in the cover. The strip will be reasonably rigid but flexible enough to bend to the curvature of the cover. This piece of cloth serves to stiffen the surface of the cover in way of the lacing rings, washers, and wire and eliminates the corrugations caused by them.

(h) The overlap is made to reduce the heat loss at the joint. It allows additional flexibility for drawing the ends of the cover together and provides a margin to take care of any difference in diameter that may occur.

**39–55.**

The foregoing description of the use of removable covers is applicable to the latest construction. Existing installations need not be changed simply to conform to these requirements but changes made only when replacement is necessary.

**39–56.**

Valves, fittings and flanges not included in article 39–52 may have permanent insulation; the following applies to temperatures of 100° F. and up:

(a) For sizes 3½ inches and under, an all cement insulation may be used. Apply insulating cement, usually in accordance with Navy Department Spec. 32C14, type B, in ½ to ¾ inch thick layers to cover the bodies, flanges, and bonnets. Each layer of cement must be permitted to dry before the next is applied. Heat should be applied from within as soon as practicable and within 24 hours after installation of the cement to dry out the insulation and avoid corrosion of the metal. After drying, a coating ½ inch thick of high temperature cement tempered with Portland cement or equal (4 parts cement to 1 part Portland cement) or a coating of asbestos finishing cement per Navy Department Spec. 32C16 is applied and trowel-rubbed to a smooth finish. Lagging should be in accordance with paragraphs 39–12 (3) or 39–12 (4). For temperatures from 100 to 500° F., magnesia plaster, Navy Department Spec. 32P10 described in paragraph 39–11 (19), may be used in lieu of high temperature insulating cement; however, this material is less strong and is more difficult to apply.

13

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 16 of 95   Page ID #:2776



FIGURE 39—8.

14

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 17 of 95   Page ID #:2777

(b) A method similar to that of paragraph (a) above but having a form of wire-reinforced asbestos cloth, Navy Department Spec. 32C11, type c, over which the cement is applied is shown in figure 39–9. Spaces around the bolts should be packed with asbestos felt.

(c) All sizes may be insulated by cutting asbestos felt, per type A of Navy Department Spec. 32F3, in suitable widths and building up the thickness required to match the adjoining pipe covering allowing for ½ inch of finishing cement. On valves and fittings the felt should be carried over the flanges to the end of the sectional pipe covering. Spaces that cannot be filled with the layers of material should be completely filled with loose asbestos felt. Fix the first layer of asbestos to the metallic surface with adhesive cement, preferably of the type described in paragraph 39–13 (3). Layers of felt are secured in position with black or galvanized iron wire and overlaid with 1-inch-square wire mesh. A ½-inch layer of cement as described in paragraph (a) above is applied. Lagging should be in accordance with paragraphs 39–12 (3) or 39–12 (4). See figure 39–10.



INSULATING CEMENT
FINISHING CEMENT
SECTIONAL PIPE COVERING
WIRE INSERTED ASBESTOS CLOTH LAGGING
PIPE COVERING

FIGURE 39–9.



SECTIONAL PIPE COVERING
SECTIONAL PIPE COVERING
FINISHING CEMENT
ASBESTOS FELT

FIGURE 39–10.

**39–57**

Valve bodies and fitting bodies may be permanently insulated as described in paragraph 39–56 (c) but the felt is not carried over the flanges; the latter are insulated with removable covers.

**39–58. COLD WATER AT ALL TEMPERATURES**

Valves, fittings, and flanges for cold service do not have removable covers because the insulation must be tight against the penetration of moisture. The following methods are used:

(a) Insulate in a manner similar to that described in paragraph 39–56 (c) using either plain or water-repellent asbestos felt per Navy Department Spec. 32F3. Wire should be galvanized. Felt need not be covered with finishing cement. Place a layer of water-repellent and flame-proof sheathing paper, which is described in paragraph 39–12 (7), over the felt; paper should be mitered, lapped, and fitted carefully. Use adhesive cement per type B of Navy Department Specification 52C23 to secure and seal the paper. Lagging should be the same as used on the cold pipe; see paragraph 39–39 (1).

(b) Insulate as described in paragraph (a) above but use mineral wool pipe covering instead of asbestos felt.

**39–59 REFRIGERANT**

For temperature of 36° F. and over the methods described in article 39–58 or molded cork may be used. Below 36° F. molded cork valve, fitting, and flange covers must be used for insulating refrigerant lines. Covers should be of the same thickness as adjacent pipe insulation. For the most generally used sizes, valve and fitting covers are furnished in two sections. The method of application outlined in paragraph 39–40 is used. Sections of cork covering made for pipes should not be mitered to form makeshift covers for elbows or other fittings. Flanged fitting covers are applied after covering has been installed on the piping and rest upon the outside of the pipe covering. For other than flanged fittings, the covers are wired on first and the straight pipe insulating material is wedged in tightly between the fittings. To make the cork fit properly, cut the straight pipe covering rather than the fitting covers. Make cuts square to secure tight joints. Carefully wire the covers in place using not less than four 12-gage, copper-clad, steel wires for each soldered fitting, and not less than six wires to each flanged fitting. Cement filler and putty used in commercial application of cork insulation must not be used because such materials are flammable.

## Part 6.—Application of Thermal Insulation to Machinery

**39–71. RECIPROCATING ENGINES**

(1) Propulsion reciprocating engine steam cylinders, valve chests, and other steam enclosing sur-

15

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 18 of 95   Page ID #:2778

faces are insulated with 85 percent magnesia or asbestos blocks which are described in paragraph 39–11 (9). High-pressure cylinders and valve chests should have insulation 3 inches thick applied in two 1½-inch layers. For intermediate pressure cylinders and valve chests, use 2 inches of insulating material and for low-pressure cylinders and valve chests use 1 inch. The blocks should be carefully fitted to the metallic surface. Where there are two layers, all joints should be staggered. The blocks should be firmly fastened in place with ⅛-inch galvanized steel cables spaced on 9-inch maximum centers. 1-inch mesh, galvanized, wire netting of 18-gage wire is then spread over the surface and held by wiring to the steel cables. All joints should be neatly pointed and smoothed with magnesia cement per paragraph 39–11 (19) or high temperature cement per paragraph 39–11 (18), and a layer just thick enough to cover the netting and tie wires completely should be trowelled on smoothly. Cylinders and valve chests are neatly lagged all over with 24-gage, galvanized, sheet steel per paragraph 39–12 (10). Upper cylinder heads are insulated as described above but are arranged with cast-iron plates with nonslip upper surfaces instead of sheet-metal lagging. Metal lagging may be secured by using lap joints with a bead on the exposed edge, fastened with hardened self-tapping screws making their own thread in punched holes. See figure 39–11.

(2) Auxiliary reciprocating engines may be insulated as described in paragraph 39–71 (1). Asbestos felt per paragraph 39–11 (13) may be used in place of blocks if it is considered more practicable.



SHEET METAL LAGGING
CEMENT
WIRE MESH
18 GAGE
LACING WIRE
BLOCK INSULATING MATERIAL

**FIGURE 39–11**

### 39–72. TURBINES

All surfaces of propulsion and auxiliary turbines which have a maximum operating temperature of 100° F. or more should be insulated by one of the methods described in this section. Thickness of insulating material should be as shown in table VI.

(1) Surfaces which can be permanently insulated may be covered with sufficient layers of asbestos felt per paragraph 39–12 (13) to make up the required thickness. Joints of adjacent layers should

be staggered. Layers of felt may be held to one another with adhesive cements per paragraphs 39–12 (2) and 39–12 (3). Felt should be firmly secured with ⅛-inch, flexible, galvanized, steel cable spaced on 9-inch maximum centers around the outside layer. The cable may be fastened to steel hooks welded to the casing where required. No holes should be drilled in the casing. One-inch mesh netting of 18-gage, galvanized, steel wire is spread over the felt and secured by 18-gage wire to the cables. A ½-inch thick coating of finishing cement (32C16) or of insulating cement per paragraph 39–11 (18) tempered with Portland cement or equal (4 parts insulating cement to 1 part Portland cement) is applied over the netting and trowel rubbed to a smooth finish. After drying 24 hours, an adhesive insulation cement per paragraphs 39–12 (2) or 39–12 (3) is applied to the hard cement finish and allowed to dry for 1 hour, after which a second coat of the same cement is applied and allowed to dry. Lag the insulation with glass cloth or asbestos cloth of the correct type indicated in paragraph 39–13 (3). Galvanized steel rings backed up by galvanized steel washers fastened on both sides of the lagging should be attached to the permanent insulation adjacent to removable blankets. These blankets are used to cover the flange joint between the upper and lower casings. They are formed by quilting layers of asbestos felt together with fine nickel copper alloy or brass wire or asbestos twine per paragraph 39–12 (3). The turbine side of the blanket is covered with wire-inserted asbestos cloth and the outer surface is covered with plain asbestos cloth of the type recommended in paragraph 39–12 (3).

Blankets are secured to the permanent insulation with 18-gage, galvanized iron or copper wire laced through metal hooks or eyes attached to the edges of the blankets and the rings on the permanent insulation. It is preferable that blankets should project well over the insulation of the adjacent surface. Blankets should be shaped to fit accurately, and spaces between them and the hot metallic surfaces should be completely filled with loose asbestos. (See fig. 39–12.)

(2) Another method is to use the same procedure outlined in paragraph (1) above with mineral wool blanket insulation per paragraph 39–11 (15) instead of asbestos felt for both permanent and portable insulation. Removable blankets made with mineral wool should be covered with ¼-inch of asbestos roll felt per paragraph 39–11 (12) previous to enclosing them with asbestos cloth.

(3) Thermal block insulation per paragraphs 39–11 (9) and 39–11 (10) may be used for permanent insulation. Prior to applying the block, all irregularities of the turbine surface should be filled to form a smooth surface. Use magnesia or preferably high temperature cement for temperatures below

500° F. and high temperature insulation cement for higher temperatures. Magnesia plaster or insulation cement should be used to point up joints between the layers of block and all crevices should be filled. The block covering is held in place by ¼-inch, flexible, galvanized steel cable spaced on 9-inch maximum centers. The cable may be fastened to steel hooks welded to the casing where required. One-inch mesh netting of 18-gage, galvanized steel wire is spread over the outer layer of block and secured by 18-gage wire to the steel cables. Finishing cement and lagging are applied as described in paragraph (1) above. Removable insulation also is the same as outlined in that paragraph.



FIGURE 39–12

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 20 of 95   Page ID #:2780

(4) Mineral-wool high-temperature insulating cement, as described in paragraph 39–11 (18), is sometimes used to form the complete permanent insulation. It is applied in layers less than 1 inch thick and is reinforced with wire mesh. Each layer must be permitted to dry thoroughly before applying more cement. Finishing cement and lagging are applied as indicated in paragraph (1) above. Removable insulation is the same as outlined in that paragraph.

**39–73. BOILER STEAM DRUMS, WATER DRUMS, AND HEADERS**

For insulation of boiler casings and refractory linings see chapter 51. See table VI for thicknesses of insulation:

(1) Drum shells may be covered with sufficient layers of asbestos felt per paragraph 39–11 (13) to make up the required thickness. The method described in paragraph 39–72 (1) should be followed. Figures 39–13 and 39–14 show a typical installation including the manhole cover of asbestos felt enclosed in a container made of 16-gage sheet metal per paragraph 39–12 (10). Sometimes metallic lagging of 20-gage, galvanized sheet steel is used in lieu of asbestos cloth, as shown in Figure 39–15. The sheet steel is fastened with ¼-inch machine screws to ¼- by 1-inch flat bars bent to a suitable radius and imbedded in the finishing coat of cement.



FIGURE 39–14

(2) Another method is to follow the procedure outlined in paragraph (1) above, but using mineral-wool-blanket insulating material per paragraph 39–11 (15) instead of asbestos felt. The type secured between 1-inch wire mesh and expanded lath should be used; the latter side should face outward. The drum ends may be insulated with high-temperature insulation cement of the rock or mineral-wool type described in paragraph 39–11 (18). Each layer of cement should be between ¾ and 1 inch thick and allowed to set for 24 hours or till dry. The manhole cover and the lagging should be of the type described in paragraph (1) above.

(3) Block insulation may be used for drum shells. Materials are described in paragraph 39–11 (9). Also large-size segmental pipe covering may be used. Application of this type of insulating material is outlined in paragraphs 39–71 (1) and 39–72 (3). The drum heads may be insulated with asbestos felt as described in paragraph (1) above or with cement as described in paragraph (2) above.



FIGURE 39–13

(4) Superheater headers may be insulated with custom-made blankets of asbestos felt enclosed in asbestos cloth. These blankets are laced to studs welded to the superheater support plate. Downcomer tubes and soot-blower piping should be insulated in accordance with part IV covering pipes and tubing.

### 39-74. UPTAKES

(1) Uptakes and breechings are constructed with an inner and outer casing between which the insulating material is placed. Glass fiber batts of 6-pound density described in paragraph 39-11 (14) may be used. It may be secured in place by wiring it to T bars which are suitably spaced and attached to the inner casing. Also it may be secured by impaling it on studs used to support the outer casing. Washers made of asbestos millboard per paragraph 39-12 (8) may be placed on the studs to hold the batts in place until the outer casing is installed.

(2) Mineral wool blanket insulation per paragraph 39-11 (15) also may be used for insulating uptakes. It should be wired in place with separate pieces butted closely together.

### 39-75. LOW PRESSURE DISTILLING PLANT

(1) The evaporator shells and the upper half of the evaporator ends, the vapor feed heaters, and air ejector condensers are permanently insulated with asbestos felt and cement with lagging in the manner described in paragraph 39-72 (1). The lower half of the evaporator ends should be covered with removable asbestos felt blankets of the type discussed in paragraph 39-72 (1). Refer to table VI for recommended thicknesses of insulation. The removable blankets may be fixed to 22-gage, galvanized sheet steel covers made in sections to suit the installation. Sections are held together and to the evaporators with ¼-inch machine screws or self-tapping screws. The blankets are secured to the metallic lagging by 18-gage, galvanized iron, or copper wire through rings attached to the blankets and hooks welded to the steel lagging.

(2) The condensate cooler should be covered as is required for cold water service. Use a 1-inch layer of asbestos felt and cement the same as on above apparatus. Over the cement apply one layer of water repellent and flameproof sheathing paper with vapor seals as instructed in paragraph 39-39 (1). Lag with asbestos or glass cloth.



FIGURE 39-15

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 22 of 95   Page ID #:2782

# SECTION II—HULL INSULATION

## Part 1.—Scope

**39–101.**

The thermal insulation discussed in this section differs from that in the first section, which covered the insulation of heat-producing equipment, by being concerned with the insulation of the structure of ships and their ventilating systems to improve habitability aboard ship. In the text which follows, the principles which guide the Bureau in establishing policies for the utilization of hull insulating materials are briefly reviewed and the consequent instructions are set forth as to the insulating materials to be used, where and how they are to be installed, and how repaired.

## Part 2.—General

### 39–111. DEFINITION

Thermal hull insulation embodies the application of material, having high resistance to the flow of heat, to the surface of structure and other panels having relatively low resistance to the flow of heat. Thermal insulation differs from acoustical and electrical insulation, which are applied to retard the flow of sound and electricity, respectively. However, in some instances where acoustical insulation is installed, the application of additional thermal insulation is not necessary.

### 39–112. NEED FOR INSULATION

(1) Living and working compartments exposed to the weather are protected from the extremes of temperature due to the seasons, latitude, and time of day. Compartments adjacent to the propulsion and other machinery spaces and uptake enclosures are protected from the high temperatures prevalent in those spaces. Protection of spaces from their adverse surroundings is accomplished best by the complementary use of insulation and ventilation. The insulation retards the flow of heat into or out of the space, and ventilation removes excess heat or supplies heat to the space. Occasionally, it is possible to maintain the desired temperatures within a compartment by the use of either insulation or ventilation alone. In the interest of weight saving and reduction of construction and maintenance costs, this procedure is followed where it accomplishes the desired results. In most instances, however, both insulation and ventilation are utilized.

(2) The temperatures which ventilation and insulation are designed to maintain in Naval vessels, and a method of determining heat losses and quantities of ventilation and required thicknesses of insulation are included in the General Specifications for Building Vessels of the United States Navy, as modified by the detail specifications for a given ship.

(3) Different exposures and heat sources (chiefly personnel and equipment) affect the quantity of air to be circulated. Without thermal insulation, excessively large quantities of air for either heating or cooling would be necessary. Insulation on ducts of ventilation systems is often necessary to limit gain or loss of heat from the air in the ducts or to prevent condensation.

### 39–113. THICKNESS

(1) The rate of heat flow through a homogeneous insulation is in inverse proportion to the thickness. When installed, however, the insulation can no longer be considered as homogeneous since the structure to which it is secured and the air films on either side of the composite bulkhead-and-insulation or deck-and-insulation must be considered. Because of this, equal increments in the thickness of insulation do not yield equal reductions in rate of heat transfer. Practically, this consideration means that small variations of insulation thickness do not materially affect the rate of heat flow and, therefore, the corresponding air volumes required. As a result, it has been possible to adopt uniform thicknesses of insulation for varying rates of heat transfer at different temperature levels. The thicknesses in general use are:

(a) *One inch.*—For all spaces requiring insulation where exposed to water or the weather, for insulated boundaries of mechanically cooled spaces, and for surfaces on which insulation is used as a fire retardant medium.

(b) *Two or three inches.*—Where required adjacent to heat-producing spaces, such as propulsion and distilling machinery, trash burner rooms, and certain workshops.

(c) *Six inches.*—For refrigerated spaces.

(d) *Five-eighths of an inch.*—For ventilation ducts requiring insulation.

(2) Occasionally, other thicknesses are installed to meet special conditions. As an example, on destroyer-type vessels, where weight is a primary consideration, ¾-inch thick board is used in lieu of 1-inch board. If there is any doubt as to the thicknesses of insulation to be installed when replacing insulation, the insulation plans for the vessel should be consulted. For new designs the thicknesses of insulation are designated in the detail specifications for the particular vessel. In the absence of any specific instructions, the use of thicknesses given above is acceptable.

### 39–114. SWEATING

An outstanding instance wherein increased ventilation cannot always compensate for a deficiency in insulation is in the "sweating" of surfaces. Condensation of moisture occurs when the temperature of the surface is at, or below, the dew point of the contiguous air. In most instances the temperature on the warm side of a boundary of a cooled space

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 23 of 95   Page ID #:2783

can only be elevated sufficiently to prevent condensation by providing adequate thickness of insulation. For this reason, additional insulation is generally installed on the underside, and occasionally on the warm side of bulkheads of refrigerated spaces. Under extreme continued high differentials between space dew point and metal surface temperature; the insulation so installed, regardless of thickness, may not be adequate to prevent condensation and corrosion of the metal surface.

## Part 3.—Hull Thermal Insulation

### 39–121. APPLICATIONS

The insulation which is applied to the shell, bulkheads, deckheads, and the stiffeners and beams of these structural components of a vessel's hull is here termed "hull thermal insulation" to differentiate it from the thermal insulation applied to equipment, cold storage spaces, and the ducts of ventilation systems. The insulation is installed in the locations and thicknesses enumerated in Section L–2 of the General Specifications for Building Vessels of the United States Navy and in the detail specifications for the particular vessel. Where it is necessary to install hull insulation on the stiffener side of bulkheads, on the shell, on the underside of weather decks, or on overheads in machinery spaces, the exposed webs and flanges of the stiffeners (frames or beams) are in many instances also covered, or partially covered, with insulation.

### 39–122. MATERIALS

(1) Hull insulation used on naval surface vessels consists of fibrous glass board conforming to Bureau of Ships Spec. 32–G–8 (INT). The board is faced with a layer of treated and hardened fibrous glass cloth which provides a rigid, damage-resistant surface. Fibrous glass stripping tape, for covering and sealing the seams formed by the adjacent 24- by 36-inch panels of board, is included in the same specification. Both board and tape may be easily cut to fit any shape or contour of the structure. Fibrous glass board is attached to vessel's structure by use of cement conforming to Navy Department Spec. 52C23, and by use of threaded studs welded to the structure, over which the board is placed. The board is secured by washers and nuts. The purpose of the cement, which is provided in two types, A and B, is to secure the tape, to seal the seams of adjacent panels to prevent glass fibers from escaping and moisture from entering, and, when applied to the back of the board, to prevent the board from shifting in service. Type A cement is used on the back of the board. Type B cement is used to fill the seams and secure the tape over the seams. It may also be used on the back of the board when the air temperature is above 40° F. Below that temperature, type B cement will not perform as well as type A cement.

(2) A complete description of the welding attachments for securing the board in place rapidly and in a manner to resist all vibrations and other shocks which might dislodge it, if secured with cement alone, is given on Bureau of Ships Drawing 692SK2742 (fig. 39–21). Various studs for securing insulation to medium, high tensile, and special treatment steel and to armor plate are shown thereon, as are also drawings of the welding ferrule which must be used to insure satisfactory welds, and the special washer and nut which secure the insulation. Studs for welding to medium, high tensile, and special treatment steel no greater than ¾-inch thick are of low carbon steel (SAE 1010). They are designated as types A and B in figure 39–21. For welding to special treatment steel greater than ¾-inch thick and to class A and B armor, another low-carbon stud, designated as type C, is used.

### 39–123. INSTALLATION

(1) The first step in installing hull insulation is to inspect the steel to which it is to be applied for corrosion. It is important that the protective coating be intact to prevent subsequent corrosion of the metal by moisture which may penetrate through the board to the steel. Where necessary, the steel surface should be touched up with zinc chromate primer. Before any board is installed the surfaces should also be free of any grease or dirt. At the time the surfaces are inspected, measurements should be made of the stiffeners whose flanges and webs are to be insulated. Prefabrication of insulation into wrappings has been found to be the best method of covering stiffeners, since a minimum of cutting and fitting is thereby required, and sections of stiffeners are insulated in one operation. The method consists essentially of cutting V grooves, properly spaced, on the back of the insulation board, removing the loose strips of board where the intersecting cuts meet just below the cloth facing, and then bending to shape for fitting around the flanges. Descriptions of equipment which has produced good results were published in the July 1946 issue of Bureau of Ships Shop Notes.

(2) These are two acceptable methods for securing the board to the structure. In one, the studs are laid out and welded in place on the structure, with due regard to the number required and dimensions and contour of the section of board to be installed. The board is then daubed with cement on the back and coated heavily on all edges, and is then impaled over the studs. The other acceptable method differs in that each section of board is first fitted into place, and locations of the studs determined by punching through the board to mark the steel. The board is then removed, the studs welded, the board cemented as above, and then slipped over the studs through the holes previously formed. In both methods, after the board is in place and pressed

21

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 24 of 95   Page ID
#:2784

firmly against the structure, the washers and nuts are secured over the stud, as shown in figure 39–21, to hold the insulation permanently in place. In either of the two acceptable methods, sufficient studs must be used to hold the board firmly and evenly against the structure. In all instances, it is imperative that each welded stud be tested to insure that the weld is sound and will not fail in service. Each weld is to be tested by slipping the special tool shown in figure 39–21 over the stud as far as it will go, and bending once through an angle of 15″ and return.

(3) In both methods of installation the seams may be filled with cement after the boards are installed in lieu of coating the edges forming the seams at the time the board is set in place. When this is to be done, a gap of not more than ⅛ inch should be left between each section of board as it is set in place, and the seams calked with the equipment shown on Bureau of Ships Drawing 63ISK23 (fig. 39–22). Sealing seams in this manner is restricted to the use of type B cement and an ambient temperature of more than 40° F., since type A cement will not operate well in calking equipment.

(4) Until a stud for welding to aluminum structure is available, insulation should be secured to aluminum structure by impaling the board over split galvanized clips which have been riveted to the 'luminum structure at their unsplit ends. A washer, nilar to that shown on figure 39–21, is slipped over .ne free end of each clip after the board is in place, and the split ends of the clip are then bent in opposite directions flat against the washer.

(5) Types A and B studs are stud-welded by use of a special welding gun in which the stud acts as the electrode through which current is passed for a brief interval, as the gun is held away from, and then pressed against, the structure. When the current is released and the gun drawn away, the stud is released from the gun and remains affixed, welded, at right angles to the structure. Type C stud is secured by manually arc-welding a fillet weld around the base of the stud.

(6) In those instances where stud welding is used, it is recommended that it be done with automatic welding equipment, by which the duration of the welding current and length of arc forming the weld are preset and mechanically controlled. In this manner, variations in the judgment and skill of welders are eliminated and the probability of securing uniformly sound welds is increased. It is acceptable to form the welds by the simpler type of stud welding gun, which requires manual control of the length of arc and duration of welding current. It is mandatory, however, that each weld be tested as described above regardless of the equipment used to form the weld.

(7) No sheathing is permitted over any fibrous glass board hull insulation. In the past, sheathing

has been permitted because the face of the board was not very hard and was, therefore, susceptible to injury. Fibrous glass board conforming to Bureau of Ships Spec. 32G8 (INT) is tough and resistant to almost all forms of damage. It, therefore, does not require any sheathing. After the board is installed it should be painted to match the other surfaces in the compartment.

### 39–124. INSPECTION

Hull insulation should be inspected at least at semiannual intervals together with other portions of the hull structure. Action should be taken to have all damage, including that considered as minor, repaired at once since prompt repair will forestall development into major repair jobs.

### 39–125. REPAIR

(1) Two procedures for repair of damaged fibrous glass board insulation have been established; one for accomplishment by ship's forces, and the second by qualified repair activities. Each vessel fitted with fibrous glass board insulation has been allowed a repair kit consisting of 8 rolls of fibrous glass tape and 2 gallons of type B adhesive cement for shipboard repair of small tears, dents, gouges, and similar damage to the insulation. Application of the tape will, in most instances, prevent further damage and insure the continued serviceability of the insulation until the next overhaul of the vessel when, if warranted, more extensive repairs can be made.

(2) For extensive repairs to the insulation, a method is available whereby in most instances the insulation may, in lieu of being replaced, be repaired economically and with facility, with a resultant condition at least equal to that of newly installed board. The method has been developed especially for the repair of soft-faced fibrous glass board, Navy Department Spec. 32G6, which was the type used prior to the introduction of the hard-surfaced board, specification 32G8. It is, however, fully applicable to the latter insulation.

(3) The method, which consists essentially of cementing a cloth covering (stock numbers 32–C–1928 and 32–C–1928–36) over the insulation, is based on the fact that most damage occurs initially to the glass cloth surface, and leaves the body of the board relatively intact. One gallon of cement (stock number 52–C–728–260) is required for each 40 square feet of cloth.

(4) Before the covering is applied, the damaged insulation is to be prepared as follows:

(a) Protect all free edges of insulation terminating at doors, air ports, and similar openings with an angle bar welded to the structure.

(b) Fill with cement all exposed seams around attachments through the insulation.

22

JUN 19 1947

N29.13:
39
947

# BUREAU OF SHIPS

# MANUAL

## CHAPTER 39

## THERMAL INSULATION

NAVY DEPARTMENT,
Bureau of Ships,
1 April 1947.

This chapter is a revision of Bureau of Ships Manual, Chapter 39, "Thermal Insulation," dated 24 August 1945.

This revised chapter becomes effective upon receipt and shall be inserted in its proper place in the Manual binder.

E. W. MILLS,
Vice Admiral, U. S. N.,
Chief of Bureau.

Approved:
JAMES FORRESTAL,
Secretary of the Navy.

NAVSHIPS 250–000–39

# Chapter 39

# THERMAL INSULATION

## CONTENTS

| | Article |
|---|---|
| Section I. Machinery and Piping Insulation | 39–1 to 39–75 |
| Part 1. General | 39–1 to 39–2 |
| Part 2. Materials | 39–11 to 39–13 |
| Part 3. Application of Thermal Insulation General | 39–21 |
| Part 4. Application of Thermal Insulation to Pipe or Tubing | 39–31 to 39–40 |
| Part 5. Application of Thermal Insulation to Valves, Fittings, and Flanges | 39–51 to 39–59 |

| Section I—Continued | Article |
|---|---|
| Part 6. Application of Thermal Insulation to Machinery | 39–71 to 39–75 |
| Section II. Hull Insulation | 39–101 to 39–145 |
| Part 1. Scope | 39–101 |
| Part 2. General | 39–111 to 39–114 |
| Part 3. Hull Thermal Insulation | 39–121 to 39–125 |
| Part 4. Cold Storage | 39–131 to 39–135 |
| Part 5. Ventilation System | 39–141 to 39–145 |

## SECTION I—MACHINERY AND PIPING INSULATION

### Part 1.—General

#### 39–1. DEFINITIONS

(1) Insulating material is defined as the material employed to offer resistance to the flow of heat.

(2) Lagging is defined as the protective and confining covering or jacket placed over the actual insulating materials.

(3) Fastening is defined as the miscellaneous items with which insulating material is attached to the surface being covered and with which lagging is fixed to the insulating material.

(4) Insulation is defined as the composite covering including insulating material, lagging, and fastening.

#### 39–2. REASONS FOR INSULATING

(1) In every power plant there is a heat loss from all heated surfaces and a heat flow to all cooled surfaces. Heat flow may occur in three ways; by conduction, by convection, and by radiation.

(2) Conduction is the heat flow from one part of a body to another part of the same body, or from one body to another with which it is in physical contact, without displacement of the particles of the body. This manner of heat flow is most important in insulation as it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant insulation). Heat transfer from insulated pipes or large blanketed or cemented surfaces (turbines, evaporators, etc.) to the outer surface of their lagging is included in this mode. Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (B. t. u.) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

(3) Convection is the transfer of heat from one point to another within a fluid, gas, or liquid, by circulating or mixing of one portion of the fluid with another. These currents are produced by warm fluid being displaced by heavier cold fluid. It is of interest to note that convection reduces the effectiveness of air space insulation unless such space is very small.

(4) Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. Radiant heat, like light, travels in straight lines and with the speed of light. The surface condition greatly affects the ability of a body to radiate heat. Dull, dark, rough finished surfaces are the best radiators. Conversely, bright, shiny, smooth surfaces are good heat reflectors.

(5) In order to minimize the transfer of heat from or to a body or surface which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. This thermal insulation

1

CHAPTER 39—THERMAL INSULATION                                    39–11

is a material or materials of low thermal con-
ductivity. (See par. 39–2 (2).) While increasing
the economy of the plant, thermal insulation also
reduces the quantity of air necessary for ventilating
and cooling requirements and prevents injury of
personnel due to burns from contact with hot parts
of apparatus. It also insures more uniform heat
distribution within equipment. Another function of
thermal insulation is to prevent "sweating" of cold
surfaces on which atmospheric moisture condenses
thus causing undesirable dripping as well as accel-
erated corrosion of the metal. Insulation must be
sufficiently effective to reduce heat losses and lower
surface temperatures to a degree which will permit
habitable conditions in a specific space or com-
partment.

## Part 2.—Materials

**39–11. INSULATING MATERIALS**

(1) The following requirements should be met as
nearly as possible by thermal insulating materials:
  (a) Low heat conductivity.
  (b) Noncombustibility.
  (c) Lightweight.
  (d) Capability of easy molding and application.
  (e) Moisture repellent.
  (f) Noncorrosive, insoluble, and chemically inac-
tive.
  (g) Composition, structure, and characteristics
unchanged by temperatures at which it is to be
used.
  (h) Once installed, should not cluster, become
lumpy, disintegrate or build up in masses from
vibration.
  (i) Vermin proof.
(2) Insulating materials are available in the fol-
lowing forms in accordance with Navy Department
Specifications:
  (a) Molded sectional pipe covering:
      Thermal insulation pipe covering_____ 32P8
      Molded cork (with fire resisting com-
        pound) pipe covering_____ 32P11
  (b) Block:
      Thermal insulation block_____ 32I3
  (c) Batts, blankets and felts:
      Roll asbestos felt_____ 32F1
      Asbestos insulating felt_____ 32F3
      Fibrous glass batt insulation_____ 32I1
      Mineral wool blanket insulation_____ 32I2
      Mineral wool pipe covering for low
        temperature_____ 32I5
      Thermal insulating tape_____ 32T1
  (d) Plastic:
      High temperature insulation cement__ 32C14
      Magnesia plaster_____ 32P10

(3) Thermal insulation pipe covering, Spec. 32P8,
grade I, usually is 85 percent magnesia and it is
suitable for temperatures from 100° up to 500° F.

Eighty-five percent magnesia is a molded product
formed from a combination of 85 percent magnesium
carbonate with about 15 percent asbestos fiber for
strength and bond. It is made in standard and
light density (classes a and b) which weigh 16
and 12 pounds per cubic foot, respectively. The
standard weight material is used mostly; it is harder,
stronger (in rupture) and less affected by heat than
the light grade, but it is about 25 percent poorer
in insulating value. The pipe covering is furnished
in cylindrical sections 3 feet long, split in half length-
wise. Larger sizes are furnished in quadrant or
segmental form. Sections which become broken may
be reused as plastic cement by breaking up the
material and mixing it with water.

(4) Thermal insulation pipe covering, Spec. 32P8,
grade II, class c, is a fibrous product usually formed
from a uniform mixture of asbestos fibers (composed
mostly of pure silica and the oxides of iron and
magnesium) and held together with a sodium silicate
(water glass) binder. Its average density is 13.5
pounds per cubic foot. It is considerably harder
than either of the magnesia materials in paragraph
39–11 (3) and comparable to the standard magnesia
covering as a good insulator. It is resilient, tough,
and withstands vibration. It has a smooth, brown,
finished surface. Molded asbestos saws and cuts
neatly with ordinary tools. It can be used for tem-
peratures up to 750° F. and is manufactured in
cylindrical sections 3 feet long, split in half length-
wise. Class d under grade II of Spec. 32P8 covers
compounded materials. These are products which
have been developed comparatively recently and
which vary in composition. Grade II materials are
suitable for temperatures up to 750°.

(5) Thermal insulation pipe covering, Spec. 32P8,
grade III, class e, is a compounded material usually
consisting of molded diatomaceous earth. It con-
sists of practically pure silica blended and bonded
with asbestos fibers. It is used in a single layer for
insulating piping up to and including 1½ inches
nominal size. For piping 2 inches and over in size,
the insulation is in the form of combination pipe
covering, the inner layer of which contacts the hot
surface and is diatomaceous earth. The outer layer
is 85 percent magnesia of the type described in para-
graph 39–11 (3). This class of material is suitable
for temperatures from 501° up to 900° F.

(6) Thermal insulation pipe covering, Spec. 32P8,
grade III, class f, is a fibrous material usually con-
sisting of asbestos similar to that described in para-
graph 39–11 (4), but it is much harder and with-
stands high temperatures. It is used in a single
layer for insulating piping up to and including 1½
inches nominal size. For piping 2 inches and over
in size, the insulation is in the form of combination
pipe covering, the inner layer of which contacts the
hot surface and is high temperature material. The

outer layer is class c material. This pipe covering is available as combined sections with the two classes formed together to give the appearance and workability of a uniformly molded material. The average density is 17.5 pounds per cubic foot in the single layer and 16 pounds when used in the combination form. This material is suitable for temperatures from 751° to 900° F.

(7) The description herein of materials covered by Spec. 32P8 is based on materials as procured and their naval applications. All the common pipe covering materials have been discussed. As newly developed products are found to be suitable for naval use, such pipe coverings probably will be installed in addition to the common materials.

(8) Molded cork pipe covering, Spec. 32P11, is composed of cork joined by and coated over with a vapor-sealing compound. The pipe covering sections are made of pure granulated cork compressed into molds and held together by the natural cork gum as a binder. The fire retardant vapor-sealing compound is composed of chlorinated resins, drying oils, dryers, and fillers. A volatile solvent is added to attain the necessary fluidity for easy application with a stiff brush or trowel. At the time of installation the untreated molded cork insulating material is coated on all surfaces with the vapor seal. Each delivery of cork includes sufficient copper-clad steel wire and vapor seal for complete application. The molded cork is available in the following types: Ice water thickness; brine thickness; and special brine thickness. Pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Cork covers for elbows, T's, valves, etc. are available. This material is of low thermal conductivity, high structural strength, almost free from shrinkage, resists moisture penetration when thoroughly coated, and acts as a good insulating material for refrigeration service.

(9) Thermal insulation block, Spec. 32I3, is furnished in 3 classes according to the allowable temperatures for which the materials are suitable. Class A of the specification covers insulating material for temperatures up to 500° F. These blocks usually are made of 85 percent magnesia or asbestos with characteristics as described in paragraphs 39–11 (3) and 39–11 (4), respectively. The maximum density for this class is 15 pounds per cubic foot. Block insulation is flat and rectangular. Asbestos block should be used where unusually high resistance to compression is required.

(10) For class B of Spec. 32I3, temperature range of 501° to 1,000° F., high temperature molded asbestos of the composition described in paragraph 39–11 (6) can be used. Diatomaceous earth high temperature insulating material in molded block form also is available for this service. It is described in paragraph 39–11 (5).

(11) For the higher range of temperatures, 1,001° to 1,500° F. covered by class C of Spec. 32I3, diatomaceous earth material in block form is used.

(12) Roll asbestos felt, Spec. 32F1, is composed of medium long asbestos fiber and organic sizing. The materials are felted into sheets, with an indented surface, of such flexibility that it may be folded, bent, or wrapped around piping and equipment. It is furnished in rolls ⅛ or ¼ inch thick and 3 feet wide. The ¼-inch roll weighs about 1.2 pounds per square foot. This material is suitable for temperatures up to 900° F.

(13) Asbestos insulating felt, Spec. 32F3, is furnished in type A, plain, and type B, water repellent for cold piping. Plain felt is composed of asbestos fibers and cotton and binding materials if required. Water-repellent felt is composed of asbestos fibers, cotton treated with a suitable repellent agent, and a cotton fabric encasement. Asbestos felt has a maximum density of 12 pounds per cubic foot. Plain asbestos felt is furnished in rolls 50 feet long by 60 inches wide and in thicknesses of ¾; 1, and 1½ inches. It has perhaps the widest range of uses of the insulating materials as it has flexibility for fitting around valves or other irregular surfaces and it is suitable for a temperature range from cold water to 900° F. Water-repellent asbestos felt is furnished in rolls 50 feet long and in widths from 3 to 60 inches; thicknesses are ¾ or 1 inch.

(14) Fibrous glass batt insulation, Spec. 32I1, is composed of glass fibers bonded together to form a semirigid batt. The fibrous glass is pure glass in fibrous form and is inorganic and fireproof and resistant to salt water and some chemical actions. It cannot mildew, decay, or provide sustenance to insects, rodents, or vermin. The batts are furnished in two grades, one weighing 6 pounds per cubic foot and the other 4.5 pounds. Standard dimensions are 48 inches long by 24 inches wide by 1 to 3 inches thick. When this material is used at elevated temperatures, the binding agent burns out at a point between 450° and 600° F. Hence, batts should be enclosed by sheet steel for support when subjected to temperatures between 450° and 900° F. The material is suitable for insulating boiler uptakes.

(15) Mineral wool blanket insulation, Spec. 32I2, consists of fibers from slag, glass, or limestone made by a process of melting, blowing, or drawing, and annealing. The blankets are felted and reinforced by wire netting or metallic lathing on both sides. The material is suitable for use at temperatures up to 900° F.

(16) Mineral-wool pipe covering for low temperatures, Spec. 32I5, is composed of mineral-wool fibers felted into strip form encased in fire-resistant fabric. The pipe covering is furnished in sections 3 feet long and made to such a width that when laterally folded around a given size of pipe, a reasonably tight uniform covering results.

3

(17) Thermal insulating tape, Spec. 32T1, is composed of a woven asbestos jacket enclosing either an asbestos fiber or fibrous glass felting or sliver. The jacket is woven from yarn of asbestos fiber; it may be either in one tubular piece or fabricated of asbestos cloth sewed into tubular form. The tape is supplied in two forms, one for spiral wrapping and the other for lateral wrapping. That for spiral wrapping is 2 to 2½ inches wide and ¼ to ⅜ inch thick. The tape for lateral wrapping is 5¼ inches wide and ⅜ inch thick. It is suitable for temperatures up to 750°.

(18) High temperature insulation cement, Spec. 32C14, is available in two types. Type A is the diatomaceous earth or exfoliated mica type and is composed of a dry mixture of suitable grades of such refractory material ground fine, asbestos fibers, and clay binders, thoroughly mixed to obtain uniform distribution of the ingredients. Type B is the rock or mineral-wool type which consists of a dry mixture of rock or mineral-wool fibers, asbestos fibers, and binders, thoroughly mixed to obtain uniform distribution of the ingredients. This latter type is most suitable for monolithic insulation. The composition of the cement is such that when properly wetted with fresh water, it can be applied with a trowel or by hand to hot and cold surfaces. One hundred pounds of dry cement will cover 50 square feet of surface to a thickness of 1 inch. After application it weighs a maximum of 30 pounds per cubic foot. The cement is reclaimable for reuse. . The thermal conductivity of this material is higher than the nonplastic materials. All cements covered by Spec. 32C14 are suitable for use at temperatures from 100° to 1,000° F., and some may be used for 1,800° F. service. It is very important that all rock or mineral-wool type cements which may be used shall have corrosion-resisting properties conforming to the specification.

(19) Magnesia plaster, Spec. 32P10, is a mixture of not less than 85 percent long-fiber asbestos. The plaster is supplied dry and when properly tempered with water, it can be laid on with a trowel or by hand to form a light, incombustible, porous, heat-insulating covering. The material has the characteristics of 85 percent magnesia pipe covering described in paragraph 39–11 (3). Magnesia plaster will adhere to cold metal only with difficulty and it will not adhere to hot metal. One hundred pounds of the material covers about 67 square feet of surface to a thickness of 1 inch. The density after being molded and dried is not more than 16 pounds per cubic foot. Magnesia plaster may be used for temperatures from 100 to 500° F. Cements of the types described in paragraph 39–11 (18) are better for all purposes except for finishing insulation to a very smooth surface.

## 39–12. LAGGING MATERIALS

(1) The definition of lagging in paragraph 39–1 (2) describes the purpose of this item. It protects

the relatively soft insulating material from mechanical abuse to which it is exposed aboard ship as a result of men climbing over piping and the necessary handling of equipment. It supports the insulating material which is subjected to continual vibration. The lagging provides a smooth finish to be painted.

(2) Materials in accordance with the following Navy Department Specifications are used as lagging:

(a) Cloth:
Asbestos cloth, strands and tape_____ 32C11
Cotton duck pipe covering_____ 24D3
Fibrous glass cloth, tape and thread
(for lagging insulation)_____ 32G9

(b) Paper:
Asbestos paper and tape reinforced with
cotton mesh_____ 32P9
Flameproof and water - repellent
sheathing paper_____ 59P7

(c) Board:
Asbestos millboard_____ 32M1

(d) Plastic:
Asbestos insulation finishing cement_ 32C16

(e) Metallic:
Zinc coated (galvanized) sheet steel__ 47S29

(3) Asbestos cloth, strands, and tape, Spec. 32C11, are made of good quality asbestos yarn or combination of asbestos and glass yarn and contain no rubber or other filling materials except cotton fiber. The types of cloth and tape are classified by the maximum allowable cotton content. Type A cloth and type G tape are intended for use as the lagging material for insulation on pipe or tubing at all temperatures; it is not to be used on valves, fittings, and flanges if it will be in contact with heated metal. It may be used on valves, fittings, and flanges where the temperature of the insulated surface is 500° F. or less, and for temperatures over 500° F. on applications such as butt-welding end fittings where it is desirable to lag the fittings with the material used on the tubing. A blue stripe is woven into the finished edge of this material which may be asbestos or combination of asbestos and glass yarn. The remaining types do not contain glass yarn. Type B, 90 percent asbestos cloth, is furnished with a red stripe woven in and is intended for use as the outside lagging on removable and replaceable covers for flanges and fittings or other applications on valves, fittings, and flanges where the temperature of the insulated surface is more than 500° F. Ninety-five percent asbestos cloth is furnished with or without wire insertion. That with the wire, type C, is intended for use as the inside lagging on removable and replaceable covers for valves, flanges, and fittings at all temperatures. The wire adds to the strength and stiffness of the lagging. Type D, 95 percent asbestos cloth without the wire, is intended for the same conditions as type C when strength and stiffness is not necessary. This material is furnished

4

with a green stripe woven into the finished edge. An 80 percent asbestos sewing thread and a 95 percent yarn reinforced with wire are available under the specification.

(4) Fibrous glass cloth, tape, and thread, Spec. 32G9, are manufactured from a good quality of fibrous-glass yarn. The tapes and cloths are made in various weights and weaves, the most frequently used being described herein. Tight, satin-weave, lightweight cloth is recommended for straight pipe. For irregular surfaces, tight, broken-twill weave, heavyweight cloth should be used. Medium, plain weave, lightweight tape in 2- to 6-inch widths is suitable for curved pipe in particular. Tapes are applied with a minimum amount of labor and time. The sewing thread is a twisted specially treated cord. *Fibrous glass materials are not recommended for use where lagging is exposed to mechanical injury.* The material may be used for lagging surfaces with internal temperatures up to 900° F., but should not be used on removable and replaceable covers nor where it will be in contact with hot metal surfaces.

(5) Canvas or cotton duck, Spec. 24D3, has been widely used as a lagging material. Unlike asbestos and glass, duck is flammable and should be used only for service in the cold range of 36° to 99° F. Duck should not be used if glass cloth or asbestos cloth is available.

(6) Asbestos paper and tape reinforced with cotton mesh, Spec. 32P9, is composed of approximately 75 percent asbestos, 8 percent organic binder, and 17 percent cotton netting. This material is suitable for temperatures up to 500° F. It does not stand much abuse and is recommended for use only if glass or asbestos cloth is not available.

(7) Sheathing paper, Spec. 59P7, is made in three types. The flameproof and water-repellent paper does not support combustion and absorbs only the specified small weight of water. The two other types of paper have but one of the aforementioned characteristics. This material is used in conjunction with other lagging; see the instructions for insulation of cold water piping in part 4. The paper is supplied in rolls 36 inches wide.

(8) Asbestos millboard, Spec. 32M1, is composed of asbestos fiber and binding material formed under pressure into a sheet. It has a fair amount of insulating value for temperatures up to 400° F. but is mostly used as outside lagging on removable insulating covers to which it gives stiffness. It is available in thicknesses of from ⅛ to ½ inch in sheets the standard size of which is 42 by 48 inches. The maximum acceptable weight is 6.5 pounds per square foot of material 1 inch thick.

(9) Asbestos finishing cement, Spec. 32C16, is composed of asbestos fibers, fillers, and suitable binders thoroughly mixed to obtain a uniform distribution of the ingredients. The composition is such that when properly wetted with fresh water, it can

be readily troweled to a smooth surface. One hundred pounds of cement has a covering capacity, applied and dried, of 19 square feet 1 inch thick. About 100 pounds of water is required to mix 100 pounds of cement. Asbestos cement is used as a surface finish over insulating material to seal all joints and provide a hard, smooth finish to which lagging is applied.

(10) Galvanized sheet steel, Spec. 47S29, is used as described in the sections on application of insulation.

### 39-13. ADHESIVE MATERIALS

(1) Adhesives which comprise one type of fastening as defined in paragraph 39-1 (4) are covered by the following Navy Department Specifications.

| | |
|---|---|
| Fibrous adhesive insulation cement___ | 52C22 |
| Adhesive and sealing cements_____ | 52C23 |
| Sodium silicate solution (33.5° Baumé)_ | 51S29 |

(2) Fibrous adhesive, Spec. 52C22, is suitable for securing woven asbestos cloth to insulating material employed on piping or other applications. The cement is ready for use without heating or addition of other ingredients, except that it may be furnished in the unmixed form to be mixed just prior to use. It will not deteriorate for an indefinite length of time when enclosed in airtight metal containers. When used for fixing lagging or insulating materials to other than metal surfaces, 75 pounds of adhesive will cover about 100 square feet. Adhesive cement per Specification 52C22 must never be used for securing fibrous glass cloth or insulation since it causes disintegration of such materials. Therefore, this cement is not to be used with type A cloth or type G tape per Spec. 32C11.

(3) Adhesive insulation cement per type B of Navy Department Specification 52C23 is suitable for securing all lagging materials. It has the best properties of the adhesives described herein. Cements in accordance with the specification will not corrode steel when applied thereto.

(4) Sodium silicate solution, Spec. 51S29, may be used for fastening asbestos cloth. The cloth, when soaked in the silicate of soda and applied to the surface, molds into position and dries to form a hard, firm finish which resists abrasion. The remarks in paragraph 39-13 (2) in regard to the use of fibrous adhesive cement with fibrous glass materials apply also to sodium silicate solution.

## Part 3.—Application of Thermal Insulation
### General

### 39-21.

(1) Cloth and paper lagging should be covered with one coat of fire-retardant paint, per Bureau of Ships Spec. 52P22, after installation. The inside covers of removable blanket insulation need not be painted. Canvas lagging, if used, should be given

e coat of canvas preservative per Spec. 52C26 of a color to suit the adjacent bulkheads or decks.

(2) All steampiping, valves, and fittings located in positions exposed to the weather or to salt water spray should be insulated and lagged watertight with sheet metal. Where it is not feasible to apply insulation, paint the piping with heat- and weather-resistant paint, and install suitable guards to protect personnel. Also use metal lagging where necessary to shield the insulation from damage. Metallic lagging, galvanized sheet steel, may be painted for appearance with one coat of zinc chromate primer, formula 84, followed by one coat of fire-retardant paint per Bureau of Ships Spec. 52P22.

(3) Where the detailed instructions which follow hereafter do not specifically cover any surface requiring insulation, such surface should be insulated in a manner similar to the requirements covering a condition which most nearly approximates that of the surface in question.

(4) At least once a year and preferably at 6-month intervals, a careful inspection should be made of insulation. All broken or loose insulating or lagging materials should be securely fastened in accordance with instructions herein. If much material is broken, a complete reinstallation is recommended.

(5) In the course of emergency repairs as a result of damage, insulation is to be stripped from piping in flooded compartments if practicable. This procedure will prevent serious corrosion of piping by insulation which carries a large amount of water even subsequent to unwatering operations.

(6) The following tables indicate various approved insulating, lagging, and fastening materials to be used and minimum thicknesses required for all services and temperature ranges.

TABLE I

| Service | Temperature conditions (°F.) | Pipe or tubing | | Valves and fittings | |
|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging |
| Superheated steam and exhaust gases. | 751 to 900 | 32P8, grade III; 32T1 | 32C11, type A and G; 32G9. | 32C11, type B; 32F3, type A; 32I2, class b; 32P8, grade III. | 32C11, type A, B, C, D, and G; 32G9. |
| Do. | 501 to 750 | 32P8, grade II and III; 32T1. | 32C11, type A and G; 32G9. | 32C14, type B; 32F3, type A; 32I2, class b; 32P8, grade II and III. | 32C11, type A, B, C, D, and G; 32G9. |
| Saturated steam, exhaust gases, hot water, and hot fuel oil. | 100 to 500 | 32P8, grade I and II; 32T1. | 32C11, type A and G; 32G9; 47S29. | 32C14, type B; 32F3, type A; 32I2, class a; 32P8, grade I and II. | 32C11, type A, B, C, and G; 32G9. |
| Cold water. | 32 to 99 | 32F3, type A and B; 32I5. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; 32I5. | 32C11, type A and G; 32G9; 59P7. |
| Refrigerant. | 36 and over | 32F3, type A and B; 32I5; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; 32I5; 32P11, type A. | 32C11, Type A and G; 32G9; 59P7. |
| Do. | 0 to 35 | 32P11, type B. | 32C11, type A and G; 32G9. | 32P11, type B. | 32C11, type A and G; 32G9. |
| Do. | Below 0 | 32P11, type C. | 32C11, type A and G; 32G9. | 32P11, type C. | 32C11, type A and G; 32G9. |

| Service | Temperature conditions (°F.) | Flange joints | | Machinery | |
|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging |
| Superheated steam and exhaust gases. | 751 to 900 | 32F3, type A; 32I3, class b; 32P8, grade III. | 32C11, type C and D. | 32C14, type B; 32F3, type A; 32I2; 32I3, class b. | 32C11, type A, B, C, D, and G; 32G9. |
| Do. | 501 to 750 | 32F3, type A; 32I3, class b; 32P8, grade II and III. | 32C11, type C and D. | 32C14, type B; 32F3, type A; 32I2; 32I3, class b. | 32C11, type A, B, C, D, and G; 32G9. |
| Saturated steam, exhaust gases, hot water, and hot fuel oil. | 100 to 500 | 32C14, type B; 32F3, type A; 32I3, class a; 32P8, grade I and II. | 32C11, type A; B, C, and G; 32G9. | 32C14, type B; 32F3, type A; 32I2; 32I3, class a. | 32C11, type A, B, C, and G; 32G9. |
| Cold water. | 32 to 99 | 32F3, type A and B; 32I5. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B. | 32C11, type A and G; 32G9; 59P7. |
| Refrigerant. | 36 and over | 32F3, type A and B; 32I5; 32P11, type A. | 32C11, type A and G; 32G9; 59P7. | 32F3, type A and B; HH–C–561. | 32C11, type A and G; 32G9; 59P7. |
| Do. | 0 to 35 | 32P11, type B. | 32C11, type A and G; 32G9. | HH–C–561. | 32C11, type A and G; 32G9. |
| Do. | Below 0 | 32P11, type C. | 32C11, type A and G; 32G9. | HH–C–561. | 32C11, type A and G; 32G9. |

CHAPTER 39—THERMAL INSULATION

TABLE II.—*Compounded insulating material thicknesses for hot pipe or tubing*

| Pipe size (inches) | Temperature range (°F.) | Class of material per Spec. 32P8 Inner layer | Class of material per Spec. 32P8 Outer layer | Thickness (inches) Inner layer | Thickness (inches) Outer layer | Thickness (inches) Total |
|---|---|---|---|---|---|---|
| ½ and ¾ | 100–388 | a, b, or d | | | | ⅞ |
| | 389–500 | a or | | | | 1¼ |
| | 389–500 | b or d | | | | 1¼ |
| | 501–750 | c or | | | | 1⅜ |
| | 501–750 | d or | | | | 1⅜ |
| | 751–900 | e | | | | ⅞ |
| 1 | 100–388 | b or d | | | | 1¼ |
| | 389–500 | a or | | | | 1½ |
| | 389–500 | d or | | | | 1½ |
| | 501–750 | c or | | | | 1¾ |
| | 501–750 | d or | | | | 1¾ |
| | 751–900 | e | | | | 1¾ |
| 1¼ | | Same materials and thicknesses as ¼-inch size | | | | ⅞ |
| | 100–388 | a or | | | | 1¼ |
| | 100–388 | b or d | | | | 1¼ |
| | 389–500 | a or | | | | 1¾ |
| | 389–500 | b or d | | | | 1¾ |
| | 501–750 | c or | | | | 1¾ |
| 1½ | 501–750 | d or | | | | 1¾ |
| | 751–900 | e | | | | 1¾ |
| | 100–338 | a, b, or d | | | | 2 |
| | 339–388 | a or d | | | | 2 |
| | 339–388 | b or d | | | | 3 |
| | 389–500 | a, b, or d | | | | 3 |
| 2 and 2½ | 501–750 | d or | | a or b | 3 | 1½ | 3½ |
| | 501–750 | e | | a or b | 3 | 1½ | 3½ |
| | 751–900 | e | | | | 1½ |
| | 100–338 | a, b, or d | | | | 2 |
| | 339–388 | a or | | | | 3 |
| 3 | 389–500 | a, b, or d | | | | 3 |
| | 501–750 | d or | | a or b | 1½ | 2 | 3½ |
| | 501–750 | e | | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | | | 1½ |
| | 100–338 | a or | | | | 2 |
| | 100–338 | b or d | | | | 2 |
| | 339–388 | a, b, or d | | | | 2 |
| 3½ | 389–500 | a, b, or d | | | | 3 |
| | 501–750 | d or | | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | a or b | 1½ | 2 | 3½ |
| | 100–338 | a, b or d | | | | 2 |
| | 339–388 | a, b, or d | | | | 3 |
| 4 | 389–500 | a, b, or d | | | | 3 |
| | 501–750 | d or | | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | a or b | 1½ | 2 | 3½ |
| | 100–338 | a, b or d | | | | 2 |
| | 339–388 | a, b, or d | | | | 2 |
| 4½ | 389–500 | a, b, or d | | | | 3 |
| | 501–750 | d or | | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | a or b | 1½ | 2 | 3½ |
| 5 | | Same materials and thickness as 4-inch size | | | | |
| 6 | | Do. | | | | |
| | 100–338 | a, b or d | | | | 2½ |
| | 339–388 | a, b, or d | | | | 2½ |
| | 389–500 | b or d | | | | 3 |
| 7 | 389–500 | a, b or d | | | | 3 |
| | 501–750 | d or | | a or b | 1½ | 2 | 3½ |
| | 751–900 | e | | a or b | 1½ | 2 | 3½ |
| | 100–338 | a, b, or d | | | | 2½ |
| | 339–388 | a, b, or d | | | | 2½ |
| | 339–388 | a, b, or d | | | | 2½ |
| 8, 9, and 10 | 389–500 | a, b, or d | | | | 3 |
| | 501–750 | d or | | 1 or b | 2 | | 4 |
| | 751–900 | e | | a or b | 2 | | 4 |
| | 100–338 | a, b, or d | | | | 3 |
| 11 | 389–500 | a, b, or d | | | | 3 |
| | 501–750 | d or | | | | 1½ |
| | 751–900 | e | | | | 1½ |
| | 100–338 | a, b, or d | | | | 4 |
| | 339–500 | a, b, or d | | | | 4 |
| 12 and over | 501–750 | d or | | a or b | 2 | | 4 |
| | 751–900 | e | | a or b | 2 | | 4 |

NOTE.—Temperature of saturated steam at 25 p. s. i. gage is 267° F.
Temperature of saturated steam at 100 p. s. i. gage is 338° F.
Temperature of saturated steam at 200 p. s. i. gage is 388° F.

TABLE III.—*Fibrous insulating material thicknesses for hot pipe or tubing*

| Pipe size (inches) | Temperature range (°F.) | Class of material per Spec. 32P8 Inner layer | Class of material per Spec. 32P8 Outer layer | Thickness (inches) Inner layer | Thickness (inches) Outer layer | Thickness (inches) Total |
|---|---|---|---|---|---|---|
| ½ through 1½ | 100–388 | c | | ¾ | | ¾ |
| | 389–500 | c | | 1½ | | 1½ |
| | 501–750 | c | | 2 | | 2 |
| | 751–900 | c | | 2 | | 2 |
| 2 through 3½ | 100–338 | c | | 1¼ | | 1¼ |
| | 339–388 | c | | 2 | | 2 |
| | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | c | c | 1½ | 2 | 3½ |
| | 751–850 | f | c | 1½ | 1½ | 3½ |
| | 851–900 | f | c | 1½ | 1½ | 3½ |
| 4 through 6 | 100–338 | c | | 2 | | 2 |
| | 339–388 | c | | 2 | | 2 |
| | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | c | c | 1½ | 2 | 3½ |
| | 751–850 | f | c | 1½ | 1½ | 3½ |
| | 851–900 | f | c | 1½ | 1½ | 3½ |
| 7 through 11 | 100–338 | c | | 1½ | | 1½ |
| | 339–388 | c | | 2½ | | 2½ |
| | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | c | c | 1½ | 2½ | 4 |
| | 751–850 | f | c | 1½ | 2½ | 4 |
| | 851–900 | f | c | 1½ | 2½ | 4 |
| 12 and over | 100–338 | c | | 2½ | | 2½ |
| | 339–388 | c | | 2½ | | 2½ |
| | 389–500 | c | | 4 | | 4 |
| | 501–750 | f | c | 1½ | 2½ | 4 |
| | 851–900 | f | c | 1½ | 2½ | 4 |

TABLE IV.—*Thicknesses of insulating materials in inches for cold water and refrigerant pipe and tubing flanges, valves and fittings*

| Pipe size (inches) | Service | Temperature range (° F.) | Molded cork, Specification 32P11 | Asbestos felt, Specification 32P2 (types A or B) | Mineral wool, Specification 32I5 |
|---|---|---|---|---|---|
| Up to ¾ | Refrigerant | Below 0 | 2.60 | | 1½ |
| | do | 0 to 35 | 1.70 | 1½ | 1½ |
| | do | 36 and over | 1.26 | 1½ | 1½ |
| | Cold water | All | | | |
| 1 and 1½ | Refrigerant | Below 0 | 2.75 | | 1½ |
| | do | 0 to 35 | 2.00 | 1½ | 1½ |
| | do | 36 and over | 1.30 | 1½ | 1½ |
| | Cold water | All | | | |
| 1½ to 5½ | Refrigerant | Below 0 | 2.65 | | 1½ |
| | do | 0 to 35 | 2.40 | 2½ | 1½ |
| | do | 36 and over | 1.35 | 2 | 1½ |
| | Cold water | All | | | |
| 6 and 7 | Refrigerant | Below 0 | 2.40 | | 1½ |
| | do | 0 to 35 | 2.00 | 2 | 1½ |
| | do | 36 and over | 1.35 | 2 | 1½ |
| | Cold water | All | | | |
| 8 to 12 | Refrigerant | Below 0 | 4.00 | | 1½ |
| | do | 0 to 35 | 3.00 | 2 | 1½ |
| | do | 36 and over | 1.35 | 2 | 1½ |
| | Cold water | All | | | |
| Over 12 | Refrigerant | Below 0 | 4.00 | | 1½ |
| | do | 0 to 35 | 3.00 | 2 | 1½ |
| | do | 36 and over | 1.50 | 2 | 1½ |
| | Cold water | All | | | 1¼ |

TABLE V.—*Thicknesses of insulating tape per Spec. 32T1 for hot piping ¼- and ⅞-inch size*

| Temperature range (° F.) | Thickness of tape (inches) | Number of layers | Total thickness (effective) |
|---|---|---|---|
| 100–338 | ¼ | | ½ |
| 339–388 | ½ | | ½ |
| 389–500 | 1¼ | | 1 |
| 501–750 | ¼ | | 1 |
| 751–900 | 1 and ½ | 1 of each | 1 |

TABLE VI.—*Thicknesses of insulating materials for hot surfaces of machinery*

| Temperature range (° F.) | Asbestos felt, block, or mineral wool blanket | Cement (Spec. 32C14, type B) |
|---|---|---|
| 100-338 | 1½ | 1½ |
| 339-388 | 2½ | 2 |
| 389-500 | 3 | 3 |
| 501-750 | 3½ | 4 |
| 751-900 | 4½ | 5 |

## Part 4.—Application of Thermal Insulation to Pipe or Tubing

### 39–31. TEMPERATURES FROM 501° TO 900° F.

(1) Piping systems with temperatures over 500° F. include superheated steam piping and Diesel exhaust piping. Thermal insulation pipe covering, per Spec. 32P8, classes e or f, is used for services from 501° to 900° F. and is described in paragraphs 39–11 (5) and 39–11 (6). The thickness of pipe covering should be as shown in table II, which covers compounded insulating material or table III, which covers fibrous insulating material.

Single layer molded pipe covering is applied directly on the piping. Side and end joints should be tightly butted. Sections are securely fastened in place with 18-gage (0.049 inch diameter) nickel-~per, brass, or galvanized soft iron wire or metal ~ds. Use three loops or bands per length of insu-~ng material on pipes up to and including 6 inches and four loops or bands on larger pipes. The ends of the wire loops are fastened together to hold the insulating material tightly against the pipe. The wire ends are bent over and carefully pressed into the pipe covering to leave no projection. Joints, cracks, or indentations in the surface of the insulating material are pointed up with high temperature insulating cement (Spec. 32C14) or asbestos finishing cement (Spec. 32C16). In double layer work both the longitudinal and circumferential joints of the second layer are staggered in relation to the first layer and both layers are secured as previously described. The outer layer may be pointed up with magnesia plaster if the insulating material is 85 percent magnesia.

Thermal insulating tape as described in paragraph 39–11 (17) is specially suitable for small piping and where space conditions render awkward the use of molded covering. The tape also is suitable for bends. Tape for spiral wrapping should be wired at each 10 inches approximately. Tape for wrapping laterally must be wired at each end of every strip. Thicknesses are shown in table V. The lagging should be type A or G asbestos cloth or tape or glass cloth or tape.

(2) *Bends.*—Where bends are encountered in the piping, the sectional insulating material is cut or mitered as shown in Figures 39–1, 39–2, and 39–3 to fit neatly around the contour of the bend. Care must be taken to insure that each segment is securely fastened in place. All openings and crevices are filled with high temperature cement, Spec. 32C14, or asbestos finishing cement (Spec. 32C16), troweled smoothly to a uniform surface. Sharp bends may be insulated with asbestos insulating felt per paragraph 39–11 (13) overlaid with ½ inch of high temperature insulating cement or asbestos finishing cement (Spec. 32C16) finished off smoothly.

### 39–32.

(1) *Application of glass cloth and tape.*—Glass cloth per paragraph 39–12 (4) is fitted on tight and smooth and sewed with fibrous glass sewing thread using a single stitch, three to the inch. Glass cloth and tape may be cemented on with adhesive cement per paragraph 39–13 (3). In general, tape rather than cloth is used for lagging pipe bends. Fibrous glass tape is applied in a spiral wrapping around the pipe. At the start the tape may be stapled to the insulating material or secured with an adhesive. On straight runs, a ¼-inch lap is sufficient. The tape may be furnished with a stripe woven in as a guide for lapping. On bends, the lap should be made at right angles to the axis of the pipe. A new roll of tape is started as if it were to be wrapped in the reverse direction and attached with staples or adhesive. The tape then is brought back over the fastening which thus is concealed from view. Where pipes are located close together, the tape may be applied easily by wrapping it on a smooth rounded edge metal "shuttle." The tape is fastened to the insulating material and the shuttle passed between the pipes, picked up on the far side, and the tape pulled tight.

(2) *Application of asbestos cloth.*—Asbestos cloth is fitted on tight and smooth. It may be sewed with asbestos yarn or may be cemented on. Adhesive cement per paragraph 39–13 (2) can be used to fasten asbestos cloth other than type A. Cements described in paragraph 39–13 (3) are suitable for all materials. The surfaces to be joined must be dry and clean. Apply the adhesive to the cloth, not to the insulating material. The more rough and porous the surface may be, the more adhesive will be needed. Asbestos cloth, except for type A, also may be fastened on with sodium silicate solution described in paragraph 39–13 (4). The cloth should be soaked in the solution and the insulating material given a liberal painted coat of the same. The lagging is applied while the surface is still wet.

### 39–33. DIESEL ENGINE EXHAUST FLEXIBLE CONNECTIONS

The connections may be insulated by one of the following methods:

(a) In accordance with paragraphs 39–31 (1) and 39–31 (2) provided the flexible connection is cov-

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 34 of 95   Page ID #:2794



DETAIL OF INSIDE
RADIUS OF PIPE BENDS

Figure 39-1.—Detail of outside radius of pipe bends.



Figure 39-2.



Figure 39-3.

ered with 1-inch galvanized wire mesh before appli-
cation of the insulating material.

(b) Apply asbestos insulating felt per paragraph
39-11 (13) overlaid with a layer of asbestos paper
which is described in paragraph 39-12 (6). Lag in
accordance with paragraph 39-31 (1).

**39-34. BULKHEAD EXPANSION JOINTS**

Continue the insulation under the connection with
the pipe covering butting each side of the flange
which secures the joint to the piping.

**39-35. PIPE HANGERS**

Where pipe hangers are clamped around the pip-
ing, the sectional pipe covering may be stopped
at the clamp and the space filled with layers of
asbestos felt per paragraph 39-11 (13) to the thick-
ness of the covering. A single layer of asbestos
cloth which extends over the sectional covering 2
inches on either side is wrapped circumferentially
over the felt and is secured by wire through rings
and hook fasteners to form a take-down seam. A
similar covering may be used on flanges to which
are welded anchor lugs for pipe hangers. Hangers
may also be insulated by fitting the molded pipe
covering as necessary; use insulating cement to com-
plete the installation.

**39-36. TEMPERATURES FROM 100° TO 750° F.**

(1) For temperatures between 100° and 750° F.,
thermal insulation pipe covering, Spec. 32P8, classes
c or d may be used. The thickness of pipe cov-
ering should be as shown in table II or III. This
material is applied in the manner described in
article 39-31. Lagging may be in accordance with
paragraphs 39-32 (1) or 39-32 (2).

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 35 of 95   Page ID #:2795

39-37

**39-37. TEMPERATURES FROM 100° TO 500° F.**

(1) For temperatures between 100° and 500° F., thermal insulation pipe covering, Spec. 32P8, classes a and b, described in paragraph 39-11 (3) is used. Also see article 39-36. Lagging may be in accordance with paragraphs 39-32 (1) or 39-32 (2). If asbestos or glass cloth is not available, asbestos paper, which is described in paragraph 39-12 (6), may be used. The thickness of the pipe covering should be as shown in table II.

**39-38. APPLICATION OF REINFORCED ASBESTOS PAPER OR TAPE**

Asbestos paper or tape per Spec. 32P9 is generally used in the 36-inch sheet form on straight runs of piping although spiral wrapping with narrower widths of tape will give a satisfactory job. Use tape for fittings and bends. Asbestos tape should always be applied with the guide line on the outside. Do not apply asbestos paper or tape over wet cement. Apply cold water paste with a brush or sponge to pipe insulation before wrapping with asbestos paper or tape. If preferred, the paste or adhesive cement can be applied directly to the sheet material.

(1) *Paper:* Paste and/or staple the inner edge to the top of the insulating material and carry the paper around the pipe and paste on the outside edge lapping over a minimum of 2 inches. Paper can either be terminated at fittings, with tape applied thereto, or continued around fittings, mitering the inside lap, and molding in place by hand to give a continuous uniform appearance. Asbestos paper can be sewed in a manner similar to asbestos cloth when it is used on straight runs of pipe. After sewing, smooth down the edge with a sponge and water or cold water paste.

(2) *Tape:* Use the material dry. Start the application by fastening the tape to the insulation with a staple or paste. The guide line must be on the outside. Apply one wrap double thick to start and cover the staple, if used; then spiral the tape on overlapping each layer a minimum of ½ inch as indicated by the guide line. After spiral wrapping, smooth out irregularities in laps by applying water with a sponge to all spiral joints. Apply water at joints to change direction of wrapping when necessary to give a smooth appearance.

**39-39. COLD WATER AT ALL TEMPERATURES**

Three insulating materials may be used on cold water pipe or tubing.

(1) Asbestos insulating felt should be applied to thoroughly cleaned and dried pipe surfaces in the thicknesses shown in table IV. The material is described in paragraph 39-11 (13).

The felt is applied in ¾-inch layers which are compressed to ½-inch thickness by 18-gage nickel-copper, brass, or galvanized soft iron wire wound on about 1 inch centers. Joints in adjacent layers of felt

are staggered longitudinally and radially. Water-repellent asbestos felt in strip form is applied longitudinally; the width is such as to enclose the circumference of the pipe. The following table gives pipe sizes and widths of felt which have been extensively used for these sizes:

| Width (inches) : | Pipe sizes (inches) |
|---|---|
| 5 | ½ and ¾ |
| 7 | 1 and 1¼ |
| 9 | 1½ and 2 |
| 13 | 2½ and 3 |
| 16 | 3½ and 4 |
| 21 | 4½, 5, and 5½ |

The asbestos felt is covered with one layer of water-repellent and flameproof sheathing paper which is described in paragraph 39-12 (7). The paper should be tightly wrapped and lapped 3 inches each way. On bent piping the sheathing paper is mitered and fitted tightly. Joints must be sealed completely with adhesive cement (N. D. Spec. 52C23, type B). The lagging may be asbestos cloth per paragraph 39-32 (2) or glass cloth per paragraph 39-32 (1). Cotton duck described in paragraph 39-12 (5) may be used if the former materials are not available. The lagging should be cemented on with material per paragraph 39-13 (3).

(2) Mineral-wool pipe covering described in paragraph 39-11 (16) is suitable for low temperatures. The material is furnished in 1½-inch thickness only. It is applied similarly to the manner described in paragraph 39-39 (1).

(3) Molded-asbestos pipe covering (Spec. 32P8, class C), which is described in paragraph 39-11 (4), may be used for cold water lines if felt is not available. Apply sheathing paper and lagging in accordance with paragraph 39-39 (1).

**39-40. REFRIGERANT**

(1) Molded cork pipe covering described in paragraph 39-11 (8) is used in the thicknesses shown in table IV. See article 39-39 for other materials suitable for refrigerant at temperatures of 36° F. and over.

(2) At the time of installation, the fire-retardant vapor seal may be applied to the cork in the following manner: The inner surfaces of the semicylindrical sections of cork are heavily coated with the compound by brushing and allowed to dry at room temperature for 24 hours. The longitudinal surfaces and ends of each section of the covering are then coated with the compound and the sections are immediately installed, butted together longitudinally, and secured. In the installation of the sections, excess compound which is forced out of the longitudinal joints may be doctored off. The external surface of the covering is then given a brush coat of the compound which is allowed to dry for 48 hours.

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 36 of 95   Page ID #:2796

(3) Pipes must be free from rust and moisture before applying insulation. Sectional covering should be applied with end joints broken by starting with one half- one full-length piece. Longitudinal joints should be at the top and bottom of the pipe. Wire the sections in place with at least six copper-clad wires per 36-inch section. When the pipe passes through an insulated wall into a refrigerated room, the pipe covering should extend into the room 1 inch beyond the wall. Pipe bends are insulated by mitering regular sectional covering to fit the bend, using pieces small enough to give approximately full contact between the pipe and the covering. Pipe hangers must be on the outside of the covering and not in contact with the pipe. Frost will collect around the supporting rod of a hanger attached directly to the pipe and will eventually work under and split off the covering at that point. A 12- to 18-gage galvanized sheet-steel shield should be used between the hanger and covering where the pipe rests in the hanger. The shield should extend at least 3 inches on each side of the hanger. Glass or asbestos cloth or tape lagging should be applied in accordance with paragraphs 39-32 (1) or 39-32 (2), respectively.

## Part 5.—Application of Thermal Insulation to Valves, Fittings, and Flanges

### 39-51.

Permanently insulated valves and fittings should be covered to the same total thickness as the adjacent piping. Valves and fittings which are welded into the line are insulated permanently. Flanged valves and flanged fittings may have permanent or removable type insulation. Where the pipe covering is terminated at flanges, provision must be made for removal of the flange bolts or bolt-studs. The pipe insulation may be stopped off squarely and a short removable section of insulating material of sufficient length to permit the withdrawal of the bolting may be inserted. A less desirable method is to omit the short removable section of insulation by terminating and beveling off the pipe covering at the necessary distance from the flange.

### 39-52. COVERS

Readily removable and replaceable covers should be provided on the following piping elements requiring insulation:

(1) Flanged joints (except valve bonnet joints) on all sizes of main and auxiliary steam piping carrying steam having a total temperature of 389° F. (205 p. s. i. saturated steam) and over, including flanged joints on all root connections and root valves thereon, such as valve bypasses, drain connections, pressure gage connections, etc.

(2) Flanged joints on piping and adjacent to machinery units which must be broken when these machinery units are opened for inspection and overhaul, such as steam exhaust connections, feed pump suction and discharge connections, steam drain connections, etc.

(3) Valve bonnets on all valves over 2 inches in size, working pressure of 300 p. s. i. and over, carrying fluids 240° F. and over.

(4) Pressure reducing and pressure regulating valves, pump pressure governors, and strainer bonnets.

### 39-53. METHODS OF MAKING COVERS

Readily removable and replaceable covers for piping elements are made by the following methods:

(1) Rigid covers made in two halves filled with asbestos felt are shown in figures 39-4 and 39-5. Covers are sewn and quilted with wire inserted asbestos yarn (Navy Department Spec. 32G11, type E) in such a manner as to provide a uniform thickness. Wire inserted asbestos cloth (Navy Department Spec. 32C11, type C) is used on the inside of the covers to provide strength and rigidity. Asbestos cloth (Navy Department Spec. 32C11, type B) is used on the outside surface of the cover if the temperature of the insulated surface does not exceed 500° F. For temperatures over 500° F. asbestos cloth (Navy Department Spec. 32C11, type D) is used on the outside of the cover. Flexible asbestos millboard, ⅛ inch thick, is inserted between the asbestos felt and the asbestos cloth so as to retain the cylindrical shape of the cover. Hard asbestos millboard, ¼ inch thick, enclosed in asbestos cloth of the type used on the outside of the cover is sewn on the ends of the cover. Where the flange diameter is larger than the outside diameter of the adjacent pipe-covering, build-up pieces are made of asbestos felt encased in asbestos cloth (Navy Department Spec. 32C11, type D) secured by stitching to the inside of the cover. The halves of the cover may be fastened around the equipment by means of ⅛ inch diameter soft galvanized iron rope laced through brass or galvanized steel hooks or rings, or covers may be secured by snap fasteners. Fastenings fixed to cloth lagging must be backed up by washers on both sides of the cloth.

(2) A rigid cover made up of segments of block insulation of the same material used for pipe covering is shown in figure 39-6. Block is securely wired to frames of ½ inch square mesh of 18 gage (0.049 inch diameter) galvanized steel wire. The wire mesh frames inside and outside of the block insulation have the ends bent over and joints secured with 18-gage black-annealed iron wire woven through the mesh. Insulating cement of the same material as the blocks is trowelled smoothly over all surfaces of the mesh. Asbestos roll fire felt (Navy Department Spec. 32F1) may be used to build up the cover where the flange diameter is larger than the outside diameter of the adjacent pipe-covering. Covers should be lagged with asbestos cloth (Navy Department Spec. 32C11, type D) tightly and smoothly fitted to envelop the outside and ends.

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 37 of 95   Page ID #:2797



FIGURE 39—4



FIGURE 39—5

FIGURE 39—6

Where double layer insulation is used, the two sections of the cover should be fitted together with a scarfed joint. Care must be taken in the workmanship to insure straight and true jointing surfaces of the sections with the view of reducing the heat loss at the joints. Bands and eyelets of galvanized steel are used for securing the cover around the equipment.

(3) Rigid covers similar to those described in paragraph (2) above may be made of fibrous sectional pipe-covering (Navy Department Spec. 32P8, classes C and F) of the same thickness as that on the adjacent piping. The pipe-covering is strong enough so that the wire frames are not required.

Lagging may be secured with an approved high temperature adhesive cement.

(4) Where the rigid covers described above are not practical, for example because of restricted space, flexible covers, as shown in Figure 39—7, may be used. These covers are similar to those described in paragraph (1) above except that the millboard is omitted.

(5) Flexible flange covers shown in figure 39—8 may be made as described below:

(a) A circular wooden form is first made up with a diameter equal to the flange diameter for which the particular cover is going to be made.

(b) The inner and outer covering of the flange covers are made of asbestos cloth. The inner cloth is laid over the form and accurately cut to the length

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 38 of 95   Page ID #:2798

required with allowance for stitching so that the finished inside surface will be smooth and free from wrinkles.

(c) The end pieces of the cloth are cut circular to suit inside and outside diameters with the necessary allowance for stitching. The cloth cut in this form will eliminate puckers and wrinkles.

**39-54.**

Spaces between removable covers and the surfaces they insulate should be packed with pieces of asbestos felt to exclude all air possible. On covers which do not fit tightly about the adjacent pipe covering, spaces should be calked with suitable material such as narrow strips of asbestos cloth.



FIGURE 39-7

(d) The outside cloth covering is cut in the same manner as described in (b) above.

(e) The pieces of cloth are sewn together before filling with asbestos felt as much as it is practical to do so. Stitching is done from the inside where possible in order to improve the external appearance.

(f) Before filling the cover with asbestos felt, a ¾-inch diameter steel rod is inserted along the entire length of the outside lap of the joint. The rod is secured in place by stitching with asbestos sewing thread. This rod provides a straight hard edge at the outside of the lap, thus providing a greatly improved appearance and serving to hold the shape.

(g) A stiffener strip, which consists of asbestos cloth of the same type used for the outside covering, is placed under the outside covering; its width should extend far enough to include the lacing washers and rings. The strip is well soaked in silicate of soda or adhesive cement and allowed to dry prior to insertion in the cover. The strip will be reasonably rigid but flexible enough to bend to the curvature of the cover. This piece of cloth serves to stiffen the surface of the cover in way of the lacing rings, washers, and wire and eliminates the corrugations caused by them.

(h) The overlap is made to reduce the heat loss at the joint. It allows additional flexibility for drawing the ends of the cover together and provides a margin to take care of any difference in diameter that may occur.

**39-55**

The foregoing description of the use of removable covers is applicable to the latest construction. Existing installations need not be changed simply to conform to these requirements but changes made only when replacement is necessary.

**39-56**

Valves, fittings and flanges not included in article 39-52 may have permanent insulation; the following applies to temperatures of 100° F. and up:

(a) For sizes 3½ inches and under, an all cement insulation may be used. Apply insulating cement, usually in accordance with Navy Department Spec. 32C14, type B, in ½ to ¾ inch thick layers to cover the bodies, flanges, and bonnets. Each layer of cement must be permitted to dry before the next is applied. Heat should be applied from within as soon as practicable and within 24 hours after installation of the cement to dry out the insulation and avoid corrosion of the metal. After drying, a coating ½ inch thick of high temperature cement tempered with Portland cement or equal (4 parts cement to 1 part Portland cement) or a coating of asbestos finishing cement per Navy Department Spec. 32C16 is applied and trowel-rubbed to a smooth finish. Lagging should be in accordance with paragraphs 39-12 (3) or 39-12 (4). For temperatures from 100 to 500° F., magnesia plaster, Navy Department Spec. 32P10 described in paragraph 39-11 (19), may be used in lieu of high temperature insulating cement; however, this material is less strong and is more difficult to apply.

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 39 of 95   Page ID #:2799

CHAPTER 39—THERMAL INSULATION



FIGURE 39—8.

14

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 40 of 95   Page ID #:2800

(b) A method similar to that of paragraph (a) above but having a form of wire-reinforced asbestos cloth, Navy Department Spec. 32C11, type c, over which the cement is applied is shown in figure 39–9. Spaces around the bolts should be packed with asbestos felt.

(c) All sizes may be insulated by cutting asbestos felt, per type A of Navy Department Spec. 32F3, in suitable widths and building up the thickness required to match the adjoining pipe covering allowing for ½ inch of finishing cement. On valves and fittings the felt should be carried over the flanges to the end of the sectional pipe covering. Spaces that cannot be filled with the layers of material should be completely filled with loose asbestos felt. Fix the first layer of asbestos to the metallic surface with adhesive cement, preferably of the type described in paragraph 39–13 (3). Layers of felt are secured in position with black or galvanized iron wire and overlaid with 1-inch-square wire mesh. A ½-inch layer of cement as described in paragraph (a) above is applied. Lagging should be in accordance with paragraphs 39–12 (3) or 39–12 (4). See figure 39–10.



FIGURE 39–9.



FIGURE 39–10.

39–57

Valve bodies and fitting bodies may be permanently insulated as described in paragraph 39–56 (c) but the felt is not carried over the flanges; the latter are insulated with removable covers.

### 39–58. COLD WATER AT ALL TEMPERATURES

Valves, fittings, and flanges for cold service do not have removable covers because the insulation must be tight against the penetration of moisture. The following methods are used:

(a) Insulate in a manner similar to that described in paragraph 39–56 (c) using either plain or water-repellent asbestos felt per Navy Department Spec. 32F3. Wire should be galvanized. Felt need not be covered with finishing cement. Place a layer of water-repellent and flame-proof sheathing paper, which is described in paragraph 39–12 (7), over the felt; paper should be mitered, lapped, and fitted carefully. Use adhesive cement per type B of Navy Department Specification 52C23 to secure and seal the paper. Lagging should be the same as used on the cold pipe; see paragraph 39–39 (1).

(b) Insulate as described in paragraph (a) above but use mineral wool pipe covering instead of asbestos felt.

### 39–59 REFRIGERANT

For temperature of 36° F. and over the methods described in article 39–58 or molded cork may be used. Below 36° F. molded cork valve, fitting, and flange covers must be used for insulating refrigerant lines. Covers should be of the same thickness as adjacent pipe insulation. For the most generally used sizes, valve and fitting covers are furnished in two sections. The method of application outlined in paragraph 39–40 is used. Sections of cork covering made for pipes should not be mitered to form makeshift covers for elbows or other fittings. Flanged fitting covers are applied after covering has been installed on the piping and rest upon the outside of the pipe covering. For other than flanged fittings, the covers are wired on first and the straight pipe insulating material is wedged in tightly between the fittings. To make the cork fit properly, cut the straight pipe covering rather than the fitting covers. Make cuts square to secure tight joints. Carefully wire the covers in place using not less than four 12-gage, copper-clad, steel wires for each soldered fitting, and not less than six wires to each flanged fitting. Cement filler and putty used in commercial application of cork insulation must not be used because such materials are flammable.

## Part 6.—Application of Thermal Insulation to Machinery

### 39–71. RECIPROCATING ENGINES

(1) Propulsion reciprocating engine steam cylinders, valve chests, and other steam enclosing sur-

15

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 41 of 95   Page ID #:2801

faces are insulated with 85 percent magnesia or asbestos blocks which are described in paragraph 39–11 (9). High-pressure cylinders and valve chests should have insulation 3 inches thick applied in two 1½-inch layers. For intermediate pressure cylinders and valve chests, use 2 inches of insulating material and for low-pressure cylinders and valve chests use 1 inch. The blocks should be carefully fitted to the metallic surface. Where there are two layers, all joints should be staggered. The blocks should be firmly fastened in place with ⅛-inch galvanized steel cables spaced on 9-inch maximum centers. 1-inch mesh, galvanized, wire netting of 18-gage wire is then spread over the surface and held by wiring to the steel cables. All joints should be neatly pointed and smoothed with magnesia cement per paragraph 39–11 (19) or high temperature cement per paragraph 39–11 (18), and a layer just thick enough to cover the netting and tie wires completely should be trowelled on smoothly. Cylinders and valve chests are neatly lagged all over with 24-gage, galvanized, sheet steel per paragraph 39–12 (10). Upper cylinder heads are insulated as described above but are arranged with cast-iron plates with nonslip upper surfaces instead of sheet-metal lagging. Metal lagging may be secured by using lap joints with a bead on the exposed edge, fastened with hardened self-tapping screws making their own thread in punched holes. See figure 39–11.

(2) Auxiliary reciprocating engines may be insulated as described in paragraph 39–71 (1). Asbestos felt per paragraph 39–11 (13) may be used in place of blocks if it is considered more practicable.



**FIGURE 39–11.**

**39–72. TURBINES**

All surfaces of propulsion and auxiliary turbines which have a maximum operating temperature of 100° F. or more should be insulated by one of the methods described in this section. Thickness of insulating material should be as shown in table VI.

(1) Surfaces which can be permanently insulated may be covered with sufficient layers of asbestos felt per paragraph 39–12 (13) to make up the required thickness. Joints of adjacent layers should

be staggered. Layers of felt may be held to one another with adhesive cements per paragraphs 39–12 (2) and 39–12 (3). Felt should be firmly secured with ⅛-inch, flexible, galvanized, steel cable spaced on 9-inch maximum centers around the outside layer. The cable may be fastened to steel hooks welded to the casing where required. No holes should be drilled in the casing. One-inch mesh netting of 18-gage, galvanized, steel wire is spread over the felt and secured by 18-gage wire to the cables. A ½-inch thick coating of finishing cement (32C16) or of insulating cement per paragraph 39–11 (18) tempered with Portland cement or equal (4 parts insulating cement to 1 part Portland cement) is applied over the netting and trowel rubbed to a smooth finish. After drying 24 hours, an adhesive insulation cement per paragraphs 39–12 (2) or 39–12 (3) is applied to the hard cement finish and allowed to dry for 1 hour, after which a second coat of the same cement is applied and allowed to dry. Lag the insulation with glass cloth or asbestos cloth of the correct type indicated in paragraph 39–13 (3). Galvanized steel rings backed up by galvanized steel washers fastened on both sides of the lagging should be attached to the permanent insulation adjacent to removable blankets. These blankets are used to cover the flange joint between the upper and lower casings. They are formed by quilting layers of asbestos felt together with fine nickel copper alloy or brass wire or asbestos twine per paragraph 39–12 (3). The turbine side of the blanket is covered with wire-inserted asbestos cloth and the outer surface is covered with plain asbestos cloth of the type recommended in paragraph 39–12 (3).

Blankets are secured to the permanent insulation with 18-gage, galvanized iron or copper wire laced through metal hooks or eyes attached to the edges of the blankets and the rings on the permanent insulation. It is preferable that blankets should project well over the insulation of the adjacent surface. Blankets should be shaped to fit accurately, and spaces between them and the hot metallic surfaces should be completely filled with loose asbestos. (See fig. 39–12.)

(2) Another method is to use the same procedure outlined in paragraph (1) above with mineral wool blanket insulation per paragraph 39–11 (15) instead of asbestos felt for both permanent and portable insulation. Removable blankets made with mineral wool should be covered with ¼-inch of asbestos roll felt per paragraph 39–11 (12) previous to enclosing them with asbestos cloth.

(3) Thermal block insulation per paragraphs 39–11 (9) and 39–11 (10) may be used for permanent insulation. Prior to applying the block, all irregularities of the turbine surface should be filled to form a smooth surface. Use magnesia or preferably high temperature cement for temperatures below

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 42 of 95   Page ID #:2802

500° F. and high temperature insulation cement for higher temperatures. Magnesia plaster or insulation cement should be used to point up joints between the layers of block and all crevices should be filled. The block covering is held in place by ¼-inch, flexible, galvanized steel cable spaced on 9-inch maximum centers.  The cable may be fastened to steel hooks welded to the casing where required.  One-inch mesh netting of 18-gage, galvanized steel wire is spread over the outer layer of block and secured by 18-gage wire to the steel cables.  Finishing cement and lagging are applied as described in paragraph (1) above.  Removable insulation also is the same as outlined in that paragraph.



FIGURE 39–12

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 43 of 95   Page ID #:2803

(4) Mineral-wool high-temperature insulating cement, as described in paragraph 39–11 (18), is sometimes used to form the complete permanent insulation. It is applied in layers less than 1 inch thick and is reinforced with wire mesh. Each layer must be permitted to dry thoroughly before applying more cement. Finishing cement and lagging are applied as indicated in paragraph (1) above. Removable insulation is the same as outlined in that paragraph.

### 39–73. BOILER STEAM DRUMS, WATER DRUMS, AND HEADERS

For insulation of boiler casings and refractory linings see chapter 51. See table VI for thicknesses of insulation:

(1) Drum shells may be covered with sufficient layers of asbestos felt per paragraph 39–11 (13) to make up the required thickness. The method described in paragraph 39–72 (1) should be followed. Figures 39–13 and 39–14 show a typical installation including the manhole cover of asbestos felt enclosed in a container made of 16-gage sheet metal per paragraph 39–12 (10). Sometimes metallic lagging of 20-gage, galvanized sheet steel is used in lieu of asbestos cloth, as shown in Figure 39–15. The sheet steel is fastened with ¼-inch machine screws to ¼- by 1-inch flat bars bent to a suitable radius and imbedded in the finishing coat of cement.



FIGURE 39–14

(2) Another method is to follow the procedure outlined in paragraph (1) above, but using mineral-wool-blanket insulating material per paragraph 39–11 (15) instead of asbestos felt. The type secured between 1-inch wire mesh and expanded lath should be used; the latter side should face outward. The drum ends may be insulated with high-temperature insulation cement of the rock or mineral-wool type described in paragraph 39–11 (18). Each layer of cement should be between ¾ and 1 inch thick and allowed to set for 24 hours or till dry. The manhole cover and the lagging should be of the type described in paragraph (1) above.

(3) Block insulation may be used for drum shells. Materials are described in paragraph 39–11 (9). Also large-size segmental pipe covering may be used. Application of this type of insulating material is outlined in paragraphs 39–71 (1) and 39–72 (3). The drum heads may be insulated with asbestos felt as described in paragraph (1) above or with cement as described in paragraph (2) above.



FIGURE 39–13

18

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 44 of 95   Page ID #:2804

(4) Superheater headers may be insulated with custom-made blankets of asbestos felt enclosed ii asbestos cloth. These blankets are laced to studs welded to the superheater support plate. Downcomer tubes and soot-blower piping should be insulated in accordance with part IV covering pipes and tubing.

### 39–74. UPTAKES

(1) Uptakes and breechings are constructed with an inner and outer casing between which the insulating material is placed. Glass fiber batts of 6-pound density described in paragraph 39–11 (14) may be used. If may be secured in place by wiring it to T bars which are suitably spaced and attached to the inner casing. Also it may be secured by impaling it on studs used to support the outer casing. Washers made of asbestos millboard per paragraph 39–12 (8) may be placed on the studs to hold the batts in place until the outer casing is installed.

(2) Mineral wool blanket insulation per paragraph 39–11 (15) also may be used for insulating uptakes. It should be wired in place with separate pieces butted closely together.

### 39–75. LOW PRESSURE DISTILLING PLANT

(1) The evaporator shells and the upper half of the evaporator ends, the vapor feed heaters, and air ejector condensers are permanently insulated with asbestos felt and cement with lagging in the manner described in paragraph 39–72 (1). The lower half of the evaporator ends should be covered with removable asbestos felt blankets of the type discussed in paragraph 39–72 (1). Refer to table VI for recommended thicknesses of insulation. The removable blankets may be fixed to 22-gage, galvanized sheet steel covers made in sections to suit the installation. Sections are held together and to the evaporators with ¼-inch machine screws or self-tapping screws. The blankets are secured to the metallic lagging by 18-gage, galvanized iron, or copper wire through rings attached to the blankets and hooks welded to the steel lagging.

(2) The condensate cooler should be covered as is required for cold water service. Use a 1-inch layer of asbestos felt and cement the same as on above apparatus. Over the cement apply one layer of water repellent and flameproof sheathing paper with vapor seals as instructed in paragraph 39–39 (1). Lag with asbestos or glass cloth.



ABOUT 16 WELDS SPACED AT ABOUT 6"

DRILL & TAP FOR ¼ X 20 RD. HEAD MACHINE SCREWS ON 3" CENTERS (ABOUT)

#20 GAGE PLATE

INSIDE RADIUS TO FIT

#20 GAGE PLATE TO BE WELDED TO FLAT BAR

½ THICK INSULATING CEMENT

HEX MESH WIRE NETTING

#18 GAGE LACING WIRE

ADHESIVE CEMENT

LAYERS OF INSULATING FELT TO BE APPLIED WITH IMPALING UNIT METHOD

½ DIA CABLE ON 9" CENTERS (ABOUT)

STEAM DRUM

FIGURE 39–15

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 45 of 95   Page ID #:2805

# SECTION II—HULL INSULATION

### Part 1.—Scope

**39–101.**

The thermal insulation discussed in this section differs from that in the first section, which covered the insulation of heat-producing equipment, by being concerned with the insulation of the structure of ships and their ventilating systems to improve habitability aboard ship. In the text which follows, the principles which guide the Bureau in establishing policies for the utilization of hull insulating materials are briefly reviewed and the consequent instructions are set forth as to the insulating materials to be used, where and how they are to be installed, and how repaired.

### Part 2.—General

**39–111. DEFINITION**

Thermal hull insulation embodies the application of material, having high resistance to the flow of heat, to the surface of structure and other panels having relatively low resistance to the flow of heat. Thermal insulation differs from acoustical and electrical insulation, which are applied to retard the flow of sound and electricity, respectively. However, in some instances where acoustical insulation is installed, the application of additional thermal insulation is not necessary.

**39–112. NEED FOR INSULATION**

(1) Living and working compartments exposed to the weather are protected from the extremes of temperature due to the seasons, latitude, and time of day. Compartments adjacent to the propulsion and other machinery spaces and uptake enclosures are protected from the high temperatures prevalent in those spaces. Protection of spaces from their adverse surroundings is accomplished best by the complementary use of insulation and ventilation. The insulation retards the flow of heat into or out of the space, and ventilation removes excess heat or supplies heat to the space. Occasionally, it is possible to maintain the desired temperatures within a compartment by the use of either insulation or ventilation alone. In the interest of weight saving and reduction of construction and maintenance costs, this procedure is followed where it accomplishes the desired results. In most instances, however, both insulation and ventilation are utilized.

(2) The temperatures which ventilation and insulation are designed to maintain in Naval vessels, and a method of determining heat losses and quantities of ventilation and required thicknesses of insulation are included in the General Specifications for Building Vessels of the United States Navy, as modified by the detail specifications for a given ship.

(3) Different exposures and heat sources (chiefly personnel and equipment) affect the quantity of air to be circulated. Without thermal insulation, excessively large quantities of air for either heating or cooling would be necessary. Insulation on ducts of ventilation systems is often necessary to limit gain or loss of heat from the air in the ducts or to prevent condensation.

**39–113. THICKNESS**

(1) The rate of heat flow through a homogeneous insulation is in inverse proportion to the thickness. When installed, however, the insulation can no longer be considered as homogeneous since the structure to which it is secured and the air films on either side of the composite bulkhead-and-insulation or deck-and-insulation must be considered. Because of this, equal increments in the thickness of insulation do not yield equal reductions in rate of heat transfer. Practically, this consideration means that small variations of insulation thickness do not materially affect the rate of heat flow and, therefore, the corresponding air volumes required. As a result, it has been possible to adopt uniform thicknesses of insulation for varying rates of heat transfer at different temperature levels. The thicknesses in general use are:

(a) *One inch.*—For all spaces requiring insulation where exposed to water or the weather, for insulated boundaries of mechanically cooled spaces, and for surfaces on which insulation is used as a fire retardant medium.

(b) *Two or three inches.*—Where required adjacent to heat-producing spaces, such as propulsion and distilling machinery, trash burner rooms, and certain workshops.

(c) *Six inches.*—For refrigerated spaces.

(d) *Five-eighths of an inch.*—For ventilation ducts requiring insulation.

(2) Occasionally, other thicknesses are installed to meet special conditions. As an example, on destroyer-type vessels, where weight is a primary consideration, ¾-inch thick board is used in lieu of 1-inch board. If there is any doubt as to the thicknesses of insulation to be installed when replacing insulation, the Bureau plans for the vessel should be consulted. For new designs the thicknesses of insulation are designated in the detail specifications for the particular vessel. In the absence of any specific instructions, the use of thicknesses given above is acceptable.

**39–114. SWEATING**

An outstanding instance wherein increased ventilation cannot always compensate for a deficiency in insulation is in the "sweating" of surfaces. Condensation of moisture occurs when the temperature of the surface is at, or below, the dew point of the contiguous air. In most instances the temperature on the warm side of a boundary of a cooled space

can only be elevated sufficiently to prevent condensation by providing adequate thickness of insulation. For this reason, additional insulation is generally installed on the underside, and occasionally on the warm side of bulkheads of refrigerated spaces. Under extreme continued high differentials between space dew point and metal surface temperature, the insulation so installed, regardless of thickness, may not be adequate to prevent condensation and corrosion of the metal surface.

## Part 3.—Hull Thermal Insulation

### 39–121. APPLICATIONS

The insulation which is applied to the shell, bulkheads, deckheads, and the stiffeners and beams of these structural components of a vessel's hull is here termed "hull thermal insulation" to differentiate it from the thermal insulation applied to equipment, cold storage spaces, and the ducts of ventilation systems. The insulation is installed in the locations and thicknesses enumerated in Section L–2 of the General Specifications for Building Vessels of the United States Navy and in the detail specifications for the particular vessel. Where it is necessary to install hull insulation on the stiffener side of bulkheads, on the underside of weather decks, or on overheads in machinery spaces, the exposed webs and flanges of the stiffeners (frames or beams) are in many instances also covered, or partially covered, with insulation.

### 39–122. MATERIALS

(1) Hull insulation used on naval surface vessels consists of fibrous glass board conforming to Bureau of Ships Spec. 32–G–8 (INT). The board is faced with a layer of treated and hardened fibrous glass cloth which provides a rigid, damage-resistant surface. Fibrous glass stripping tape, for covering and sealing the seams formed by the adjacent 24- by 36-inch panels of board, is included in the same specification. Both board and tape may be easily cut to fit any shape or contour of the structure. Fibrous glass board is attached to vessel's structure by use of cement conforming to Navy Department Spec. 52C23, and by use of threaded studs welded to the structure, over which the board is placed. The board is secured by washers and nuts. The purpose of the cement, which is provided in two types, A and B, is to secure the tape, to seal the seams of adjacent panels to prevent glass fibers from escaping and moisture from entering, and, when applied to the back of the board, to prevent the board from shifting in service. Type A cement is used on the back of the board. Type B cement is used to fill the seams and secure the tape over the seams. It may also be used on the back of the board when the air temperature is above 40° F. Below that temperature, type B cement will not perform as well as type A cement.

(2) A complete description of the welding attachments for securing the board in place rapidly and in a manner to resist all vibrations and other shocks which might dislodge it, if secured with cement alone, is given on Bureau of Ships Drawing 692SK2742 (fig. 39–21). Various studs for securing insulation to medium, high tensile, and special treatment steel and to armor plate are shown thereon, as are also drawings of the welding ferrule which must be used to insure satisfactory welds, and the special washer and nut which secure the insulation. Studs for welding to medium, high tensile, and special treatment steel no greater than ¾-inch thick are of low carbon steel (SAE 1010). They are designated as types A and B in figure 39–21. For welding to special treatment steel greater than ¾-inch thick and to class A and B armor, another low-carbon stud, designated as type C, is used.

### 39–123. INSTALLATION

(1) The first step in installing hull insulation is to inspect the steel to which it is to be applied for corrosion. It is important that the protective coating be intact to prevent subsequent corrosion of the metal by moisture which may penetrate through the board to the steel. Where necessary, the steel surface should be touched up with zinc chromate primer. Before any board is installed the surfaces should also be free of any grease or dirt. At the time the surfaces are inspected, measurements should be made of the stiffeners whose flanges and webs are to be insulated. Prefabrication of insulation into wrappings has been found to be the best method of covering stiffeners, since a minimum of cutting and fitting is thereby required, and sections of stiffeners are insulated in one operation. The method consists essentially of cutting V grooves, properly spaced, on the back of the insulation board, removing the loose strips of board where the intersecting cuts meet just below the cloth facing, and then bending to shape for fitting around the flanges. Descriptions of equipment which has produced good results were published in the July 1946 issue of Bureau of Ships Shop Notes.

(2) These are two acceptable methods for securing the board to the structure. In one, the studs are laid out and welded in place on the structure, with due regard to the number required and dimensions and contour of the section of board to be installed. The board is then daubed with cement on the back and coated heavily on all edges, and is then impaled over the studs. The other acceptable method differs in that each section of board is first fitted into place, and locations of the studs determined by punching through the board to mark the steel. The board is then removed, the studs welded, the board cemented as above, and then slipped over the studs through the holes previously formed. In both methods, after the board is in place and pressed

firmly against the structure, the washers and nuts are secured over the stud, as shown in figure 39–21, to hold the insulation permanently in place. In either of the two acceptable methods, sufficient studs must be used to hold the board firmly and evenly against the structure. In all instances, it is imperative that each welded stud be tested to insure that the weld is sound and will not fail in service. Each weld is to be tested by slipping the special tool shown in figure 39–21 over the stud as far as it will go, and bending once through an angle of 15° and return.

(3) In both methods of installation the seams may be filled with cement after the boards are installed in lieu of coating the edges forming the seams at the time the board is set in place. When this is to be done, a gap of not more than ⅛ inch should be left between each section of board as it is set in place, and the seams calked with the equipment shown on Bureau of Ships Drawing 631SH23 (fig. 39–22). Sealing seams in this manner is restricted to the use of type B cement and an ambient temperature of more than 40° F., since type A cement will not operate well in calking equipment.

(4) Until a stud for welding to aluminum structure is available, insulation should be secured to aluminum structure by impaling the board over split galvanized clips which have been riveted to the aluminum structure at their unsplit ends. A washer, similar to that shown on figure 39–21, is slipped over the free end of each clip after the board is in place, and the split ends of the clip are then bent in opposite directions flat against the washer.

(5) Types A and B studs are stud-welded by use of a special welding gun in which the stud acts as the electrode through which current is passed for a brief interval as the gun is held away from, and then pressed against, the structure. When the current is released and the gun drawn away, the stud is released from the gun and remains affixed, welded, at right angles to the structure. Type C stud is secured by manually arc-welding a fillet weld around the base of the stud.

(6) In those instances where stud welding is used, it is recommended that it be done with automatic welding equipment, by which the duration of the welding current and length of arc forming the weld are preset and mechanically controlled. In this manner, variations in the judgment and skill of welders are eliminated and the probability of securing uniformly sound welds is increased. It is acceptable to form the welds by the simpler type of stud welding gun, which requires manual control of the length of arc and duration of welding current. It is mandatory, however, that each weld be tested as described above regardless of the equipment used to form the weld.

(7) No sheathing is permitted over any fibrous glass board hull insulation. In the past, sheathing

has been permitted because the face of the board was not very hard and was, therefore, susceptible to injury. Fibrous glass board conforming to Bureau of Ships Spec. 32G8 (INT) is tough and resistant to almost all forms of damage. It, therefore, does not require any sheathing. After the board is installed it should be painted to match the other surfaces in the compartment.

**39–124. INSPECTION**

Hull insulation should be inspected at least at semiannual intervals together with other portions of the hull structure. Action should be taken to have all damage, including that considered as minor, repaired at once since prompt repair will forestall development into major repair jobs.

**39–125. REPAIR**

(1) Two procedures for repair of damaged fibrous glass board insulation have been established; one for accomplishment by ship's forces, and the second by qualified repair activities. Each vessel fitted with fibrous glass board insulation has been allowed a repair kit consisting of 8 rolls of fibrous glass tape and 2 gallons of type B adhesive cement for shipboard repair of small tears, dents, gouges, and similar damage to the insulation. Application of the tape will, in most instances, prevent further damage and insure the continued serviceability of the insulation until the next overhaul of the vessel when, if warranted, more extensive repairs can be made.

(2) For extensive repairs to the insulation, a method is available whereby in most instances the insulation may, in lieu of being replaced, be repaired economically and with facility, with a resultant condition at least equal to that of newly installed board. The method has been developed especially for the repair of soft-faced fibrous glass board. Navy Department Spec. 32G6, which was the type used prior to the introduction of the hard-surfaced board, specification 32G8. It is, however, fully applicable to the latter insulation.

(3) The method, which consists essentially of cementing a cloth covering (stock numbers 32–C–1928 and 32–C–1928–36) over the insulation, is based on the fact that most damage occurs initially to the glass cloth surface, and leaves the body of the board relatively intact. One gallon of cement (stock number 52–C–728–260) is required for each 40 square feet of cloth.

(4) Before the covering is applied, the damaged insulation is to be prepared as follows:

(a) Protect all free edges of insulation terminating at doors, air ports, and similar openings with an angle bar welded to the structure.

(b) Fill with cement all exposed seams around attachments through the insulation.



BILL OF MATERIAL

GENERAL NOTES

PRESSURE EQUIPMENT FOR CALKING SEAMS IN FIBROUS GLASS BOARD INSULATION

ARRGT OF PRESSURE TANK & RELATED EQUIPMENT

NOZZLES

TYPE-A

APPLICATION OF NOZZLE

HAND-OPERATED CAULKING GUN



FIGURE 39-21

# EXHIBIT C

9-21-45
JH

# A HEALTH SURVEY OF PIPE COVERING OPERATIONS IN CONSTRUCTING NAVAL VESSELS*

Walter E. Fleischer,[1] Frederick J. Viles, Jr.,[2] Robert L. Gade[3] and Philip Drinker[4]

AN INDUSTRIAL health inspection of an important U. S. Navy Contract Yard indicated that dustiness from miscellaneous pipe covering operations was considerable and that a few of the employees had what appeared to be asbestosis. This is a well-known industrial disease caused by only one thing—prolonged breathing of asbestos dust. The clinical manifestations are shortness of breath and an unusual chest picture by X-ray. In industry the disease is often disabling, but it is much less frequent than silicosis, with which it very properly is classed.

It was not felt that experience in a single yard was enough to justify any general statements on working conditions in other yards, and certainly was no cause for alarm, but the results warranted check-ups elsewhere. Accordingly, arrangements were made to examine by chest X-ray the pipe coverers in two Government Navy Yards, A and B, and in two Navy Contract Yards, C and D. Examinations were made of the working conditions including dust counts of the air breathed with microscopic and chemical analysis of the dust itself.

We would point out that this procedure is customary in making such surveys of occupational diseases—medical examination of the workers and a study of the nature and concentration of the contaminants in the air breathed.

## PIPE COVERING MATERIAL

An important ingredient of pipe covering material used on U. S. Navy vessels is amosite. This mineral is a magnesium iron silicate of variable composition. The name is the generic one for an asbestos type of fibrous mineral mined in South Africa.

The chief reasons for the wide use of amosite

felt and pipe covering in naval work are its low thermal conductivity, light weight, strength, and refractoriness. When the felt and pipe covering were first developed, we were still building vessels under the Washington Treaty of Limitations in Tonnage, and every pound saved meant that much more armor, guns or ammunition for a given displacement, to say nothing of more economic operation for the weight involved in insulation.

Amosite pipe covering weighs about 14 pounds per cubic foot, with a temperature limit of 750°F. as compared to magnesia with a weight of 16 pounds per cubic foot, and a temperature limit of 500° F. High temperature amosite pipe covering weighs about 18 pounds per cubic foot as compared to 26 pounds per cubic foot for other high temperature insulations. Because of the lower conductivity and the higher temperature limit of the amosite type, less of it need be used in a combination covering than other types of insulations.

The development of amosite felt started in 1934 when a need existed to secure a thermal insulation lighter in weight and thermally more efficient than the materials (blocks and cement or asbestos blankets) which were then being used on destroyer turbines. The Navy approved the type developed by a manufacturer in September, 1934. Originally amosite was used only for turbine insulation, but it proved so satisfactory that its field of application enlarged to include insulation of valves, fittings, flanges, etc. From the initial destroyer, it has been used on almost all the destroyers built since that time and on all other combat vessels built since before the War.

Pipe covering was a later development in late 1935 and early 1936. Due to the manufacturing problems involved, it took a longer time to evolve into a satisfactory shape, and its first use on naval vessels was in 1937. Since that time its use has spread markedly and it was used on the great majority of naval combat vessels built during World War II.

Water-repellent amosite felt was developed during the early part of 1942, as a replacement for hair felt in the insulation of cold water lines to prevent sweating. Hair felt had the disad-

* Received for publication September 21, 1945. Published by permission of the U. S. Navy. The opinions and assertions contained herein are the private ones of the writers, and are not to be construed as official or reflecting the views of the Navy Department or the naval service at large.
[1] Comdr. MC, USNR, Asst. Chief Health Consultant
[2] Lieut. H(S) USNR, Health Consultant.
[3] Lieut. H(S) USNR, Health Consultant.
[4] Chief Health Consultant, U. S. Maritime Commission.

9

DEFENDENT'S EXHIBIT
Buffalo Pumps
60

vantage of being combustible and as it was organic, when it became wet it moulded or rotted and could harbor vermin. At this time fires on board certain naval vessels convinced the Navy of the desirability of eliminating any combustible material from on board ship. Eventually water-repellent amosite was made in strips of 50 foot lengths and of suitable width to enclose the circumference of the pipe and enclosed in an extremely light-weight muslin to facilitate handling and reduce the dust, which the water-repellent agent accentuated.

## I. DESCRIPTION OF OPERATIONS AND WORKING ENVIRONMENT

Asbestosis results from breathing asbestos fibers of relatively long length, such as 15 to 75 microns. It is not caused by breathing chopped up asbestos fibers of one or two microns (1). Therefore we are concerned with the presence in air of asbestos fibers which can be seen as such under low power of the ordinary microscope.

The clinical picture of asbestosis can easily be complicated by the presence of diatomaceous earth, a form of amorphous silica, which can cause silicosis and is probably a more serious health risk than asbestosis.

Another dust which may be present is magnesia, MgO, which is in very common use as a heat insulator and is harmless.

Therefore our analyses were done to indicate how much fibrous type of asbestos dust was present in the air breathed, how much silica was present (especially as diatomaceous earth), and how much of the harmless ingredients like iron oxide and carbonates.

Pipe covering may be divided into seven different operations as follows:

1. *Laying out and cutting*
2. *Band saw cutting*
3. *Sewing and preparation of boots and jackets*
4. *Cement mixing*
5. *Molding*
6. *Grinding*
7. *Installation on board ship*

### 1. Laying out and cutting

Rolls of the insulating felt are unwrapped and unrolled on a large layout table or on the floor of the shop. This material, with the exception of the type known as water repellent amosite, is then well wetted with a fine water spray. It is marked into measured sections and cut with a rotary electric hand saw. The cut sections are rolled up and either used immediately or stacked in the storeroom.

Usually one to three workers are employed at this operation. During the handling, unwrapping and unrolling of the asbestos, considerable dust arises, but appears to settle readily. A very fine water spray should be used for wetting down the material as a high velocity spray stirs up dust. Once it is wetted the handling and cutting of the material causes little visible dust. All of the four yards surveyed wet down the insulating material described above.

One Navy Yard has an elaborate exhaust system for the layout table. The entire top of this table is covered with small perforations through which the air is exhausted. This table is sufficiently large that no more than two-thirds of the top is ever covered with material and room air is thereby exhausted through the other third. While no velocity or capacity measurements were made on this system, data presented later in the report indicate that this control measure had a marked effect in reducing the dust count.

### 2. Band saw cutting

A standard band saw such as is found in woodworking shops is used to cut insulation blocks and boards into desired shapes. This operation produces large amounts of air-borne dust, most of which settles slowly. Normally there is only one worker on this operation at any one time.

Inasmuch as this is a very dusty operation, the band saw should be enclosed in a room by itself and should be equipped with adequate local exhaust ventilation both above and below the saw table. Because of the mechanical difficulties in locating this exhaust properly, some of the dust will escape into the air and the operator should therefore wear an approved dust respirator.

### 3. Sewing and preparation of boots and jackets

In this operation jacket covers for valves and pipe joints are fabricated. The work consists of cutting asbestos cloth with shears, padding the jackets with insulating material, and sewing with wire or asbestos cord. These operations give rise to only slight amounts of visible dust, and exhaust ventilation and respiratory protection are neither required nor used. There is usually a large number of workers doing this operation in one large room.

### 4. Cement mixing

For protection and to give a neat appearance the insulation on board ship is usually covered with cement containing a high percentage of asbestos fibers. In mixing, the proper amount of water is added to the dry asbestos cement and thoroughly agitated with a hoe. Occasionally small amounts of asbestos cement are mixed in a pail with a trowel. Considerable dust is raised when the asbestos cement is dumped into the mixing trough and during the early stages of mixing. Ordinarily this process is done in a separate room and only one operator is exposed. The dustiness of this operation warrants the use of exhaust ventilation or respiratory protection or both, although neither is generally used.

Petrographic analyses of asbestos cement indicate that the amount of diatomaceous earth may be as high as 87 per cent by count.

**5. *Molding***

Molding is the process of building up the insulation to fit odd shapes of boilerwork and piping. A form is made to the exact shape of the part to be insulated. Block insulation is laid on, adjoining sections glued together, exposed surfaces sealed with asbestos cement and the whole mold covered with asbestos cloth. When dry, the molded insulation can be lifted off the form and is ready to be installed on board ship. This operation is usually done in the shop next to the sewing operation. Very little dust is produced from this operation and no special ventilation or respiratory protection is required.

**6. *Grinding***

Several shipyards reclaim their scrap pieces of prefabricated sections of insulation by grinding up this material and using it in the asbestos cement, all of which contributes considerable dustiness. Normally this job is done at infrequent intervals and only one or two men are exposed, but the operation should be isolated, general room exhaust supplied and an approved respirator worn by the operator.

**7. *Installation of pipe covering on board ship***

There are a number of operations involved in pipe covering on board ship. Insulation felt is wrapped and pounded tightly around large pipes and joints and fastened firmly in place with wire or asbestos cord. Pipes and boilers are covered with prefabricated sections, which necessitates some hand sewing to fit the sections. Ready mixed cement is applied to fill in spaces and give a smoother finish. Some insulation is wrapped

with glass cloth or asbestos cloth for greater strength. The only operations that produce much dust are the wrapping and pounding of amosite and the sewing of sections.

Nearly all of the compartments on board ship are involved in this work, although most of it is concentrated in the machinery spaces. Usually the greater number of pipe coverers work on board ship and relatively few men in the shop. The spacing of workers ranges from one or two men doing a small job in a living space to as many as twenty or thirty men working on ten or more jobs in the engine room. Temporary exhaust ventilation is seldom used on board ship for pipe covering and very few of the workers wear respirators.

Because of the varied nature of pipe covering operations in ship compartments, general exhaust ventilation is to be preferred. If the compartment is large, such as the main engine room, five air changes per hour are needed. In small compartments, such as living spaces, ten to fifteen air changes per hour are required.

## II. Composition of Materials Used

According to Navy Specification the rovings of asbestos insulating felt (amosite) shall contain not less than 95 per cent asbestos fiber of the following composition:

Silica ($SiO_2$) per cent minimum.................... 47.5
Iron oxide ($Fe_2O_3$) per cent maximum............... 43.0
Magnesium oxide ($MgO$) per cent minimum....... 6.0

Typical analysis of the two types of asbestos fibers in general use are tabulated below:

| | Chrysotile | Amosite |
|---|---|---|
| Silica ($SiO_2$)................. | 39.05% | 50.24% |
| Magnesia ($MgO$)............. | 40.07% | 3.96% |
| Alumina ($Al_2O_3$)............ | 3.67% | ............ |
| Ferric oxide ($Fe_2O_3$)........ } | 2.41% | 7.80% |
| Ferrous oxide ($FeO$)......... | | 32.00% |
| Sodium oxide ($Na_2O$)........ | | 2.12% |
| Combined water ($N_2O$)...... | 14.48% | 3.00% |

Therefore amosite alone will not comply with Navy Specifications because of the low magnesia content and must be mixed with chrysotile asbestos to equal or exceed the 6.0 per cent minimum value for magnesia. On the other hand, chrysotile cannot be used alone because of its silica content which is below the minimum 47.5 per cent specified by the Navy. The two types

of asbestos fibers must be mixed together in the proper proportions to satisfy the values set for magnesia and silica. The amounts of these materials used to form this mixture therefore would be 6–43 per cent chrysotile asbestos and 94–57 per cent amosite asbestos.

These two fibers differ mainly in their physical characteristics. Chrysotile is capable of being readily separated into very fine fibers with a soft silky feel, whereas amosite is harsher and requires more manipulation to fiberize it. One authority has stated that the chrysotile has the finest individual fibers, and amosite the coarsest. Be-

and sewing were done with a small amount of space for storage. Cross draft ventilation was provided by open windows on both sides of the room.

Work on board ship was not supplied with exhaust ventilation.

No asbestos workers were found wearing respirators.

*U. S. Navy Yard B.*

There were 60 men working in the shop and 700 men on board ship. The shop was divided into four main rooms: Layout, Sewing, Cement, and Storage and Band saw combined. With the

TABLE I

SUMMARY OF MATERIALS USED AT EACH YARD PER MONTH

|  | NAVY YARD A | NAVY YARD B | CONTRACT YARD C | CONTRACT YARD D |
|---|---|---|---|---|
| Amosite | 58,200 sq. ft. | 50,000 sq. ft. | 40,000 sq. ft. | 6,325 sq. ft. |
| Amosite (water-repellent) | — | 15,000 sq. ft. | — | 3,300 sq. ft. |
| Prefabricated sections (molded and block) | 600 sq. ft. 39,900 linear ft. | 1,200 sq. ft. 115,000 linear ft. | 1,750 sq. ft. 18,800 linear ft. | 15,700 linear ft. |
| Asbestos cloth | 76,500 sq. ft. | 106,600 sq. ft. | 54,700 sq. ft. | 40,000 sq. ft. |
| Metallic twine Asbestos yarn | — | 150 lb. | — | — |
| Asbestos paper | — | 5,500 sq. ft. | 4,000 sq. ft. | 5,500 sq. ft. |
| Asbestos board | 2,700 linear ft. | 6,000 sq. ft. | 150 sq. ft. | — |
| Asbestos cement | 34,400 lb. | 15,000 lb. | 57,500 lb. | 38,300 lb. |

cause of this difference we may suspect a decided decrease in the number of respirable fibers (below 200 microns in length and 5 microns in diameter) whenever amosite is used in preference to chrysotile asbestos.

### III. PIPE COVERING FACILITIES AT INDIVIDUAL SHIPYARDS

*U. S. Navy Yard A.*

There were 84 men working in the shop and 467 men on board ship. The shop was divided into two rooms, one of which was primarily for storage and occasional grinding and band saw cutting operations. The only mechanical exhaust ventilation in the shop was provided for the grinding, mixing and band saw cutting operations and was inadequate. In the other room layout, cutting

exception of the Cement Room, the doors between these were normally left open.

The work in the Sewing Room consisted mostly of fabricating and sewing valve boots and jackets. All the cement used on board ship was mixed in the Cement Room. There was no exhaust ventilation for either the Sewing or Cement Room. The band saw was equipped with a flexible exhaust tube above the table and an exhaust around the blade below the saw table. The layout table was equipped with exhaust ventilation as described above. There was no exhaust ventilation supplied on board ship for pipe covering and no workers were found wearing respirators.

*Contract Yard C.*

There were 51 men working in the shop and 123 on board ship. Layout, cutting and cement

mixing were done at one end of the shop. Dust respirators were occasionally worn during these procedures. At the other end of the shop the fabrication of boots, jackets and molds were carried out. A small amount of such fabrication was done on board ship.

Material was cut with a band saw in a separate room and the operator wore an approved dust respirator. The dust from this saw was exhausted through a slot under the table which caught only a part of the dust given off above the table.

There was no exhaust ventilation in the shop, other than for the band saw, and none for the pipe covering operations on board ship. All floors, walls and rafters of the shop were cleaned at frequent intervals with an industrial vacuum cleaner. Most pipe covering on board ship was applied in the evening during the second shift.

*Contract Yard D.*

There were 8 men in the shop and 160 men working on board ship. Pipe covering operations were done in two shops. In the main one, boots and jackets for pipe valves and connections were fabricated and surplus material stored. In the smaller shop the operations consisted of layout and cutting of amosite, water repellent amosite and fire felt. There was no exhaust ventilation in either shop nor for the pipe covering operation on board ship. All the asbestos cement was mixed in a compartment on board ship. The only worker who wore an approved dust respirator was the man who cut the two types of amosite. There was no band saw cutting of asbestos in this yard.

## IV. ANALYSES OF SETTLED DUST AND DUST COUNTS

There are no established figures for permissible or safe dustiness in pipe covering operations. Dreessen et al. (2) in their study of asbestosis in the asbestos textile industry suggested 5 million particles of total dust by impinger as a threshold for that industry. We should like to point out that the asbestos textile and asbestos pipe covering industries differ widely in their dust exposures. In textile plants workers usually continue at specific jobs with fairly constant dust exposures for some years, whereas the pipe coverer may rotate between shop and ship and from small to large ship compartments with a wide variation in dust exposure.

In contrast to the textile worker, the pipe coverer's materials differ markedly in their as-

bestos content, ranging from 85 per cent magnesia (10-15% asbestos) to amosite (95% asbestos). When asbestos cements contain large amounts of diatomaceous earth there is a resultant silicosis hazard as indicated above.

In general we feel that dust counts below 5 million particles per cubic foot by Konimeter indicate good dust control.

Our figures in Table 2 were determined by the Konimeter and not with the impinger instrument. We used the Konimeter because it is light, easily portable and takes records which can be kept indefinitely. As is indicated in Table 3, the dustiest operations are band saw cutting, cement mixing, and installation on board ship.

## V. MEDICAL FINDINGS

The incidence of asbestosis among pipe coverers as determined by chest X-ray is given in Table 4. The relation between years of exposure and per cent asbestosis is included in Table 5.

Due to frequent turnover of shipyard workers and the length of time required to X-ray a large number of workers, the number X-rayed may not equal the number of pipe coverers. At Contract Yard C X-rays were examined of men who had left the yard while at Navy Yard B a few pipe coverers were not X-rayed. At Navy Yard A the 48 X-rayed out of 551 were all older men working in the shop.

Some of these pipe coverers had had pre-shipyard experience in the asbestos industry, but the tables are based solely on shipyard exposure. At Contract Yard C, for example, the Asbestos Shop estimated that about one-third of their pipe coverers had worked with asbestos before coming to the yard.

The one case of advanced asbestosis at Contract Yard C had worked in the asbestos industry for 23 years before coming to work in the yard. At Contract Yard, D the two cases of moderate asbestosis had worked 22 years and 30 years at pipe covering in their yard.

All of the X-ray films used in the above data were first read by roentgenologists of the Medical Department of the yard and then by one of the authors (W. E. F.). Dr. W. C. Dreessen, U. S. P. H. S., was kind enough to examine the three positive plates and he agreed on the diagnosis. Since only three workers out of the 1074 X-rayed had asbestosis, and each of the three had been a pipe coverer for more than 20 years, it would

TABLE 2

ANALYSES OF SETTLED DUST AND AIR SAMPLES

| OPERATION | PER CENT LESS THAN 10 MICRONS BY COUNT | ABRASIVE (relative 200) | PER CENT LESS THAN 10 MICRONS BY COUNT | | | | | | Number of samples | Total dust | | Asbestos dust | | PER CENT asbestos (direct) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Diatomaceous earth | Serpentine | Other fibers (asbestos & glass) | Iron oxide (magnetite) | Chrysotile and amosite | Others | | Range of counts | Average | Range of counts | Average | |
| **Layout and cutting** | | | | | | | | | | | | | | |
| Navy Yard A.......... | 95 | 16 | 6 | 12 | 6 | 24 | 26 | 10 | 2 | 3.5– 8.7 | 6.1 | 0.21–0.50 | 0.35 | 3.7– 6.0 |
| Navy Yard B.......... | 98 | 10 | 8 | 12 | tr | 40 | 18 | 12 | 7 | 1.6– 6.8 | 4.2 | 0.01–0.54 | 0.23 | 0.6– 7.9 |
| Contract Yard C...... | 95 | 30 | 5 | 10 | tr | 26 | 14 | 15 | 4 | 17.1– 25.2 | 20.5 | 1.13–4.30 | 2.18 | 6.6–19.3 |
| Contract Yard D...... | 95 | 26 | 6 | 8 | tr | 29 | 21 | 10 | 5 | 6.5– 16.5 | 10.9 | 0.09–1.16 | 0.63 | 1.4– 8.7 |
| **Cutting with band saw** | | | | | | | | | | | | | | |
| Navy Yard A.......... | 98 | 9 | 7 | 8 | tr | 48 | 16 | 12 | 2 | 11.0– 19.2 | 15.1 | 0.10–0.14 | 0.12 | 0.7– 0.9 |
| Navy Yard B.......... | 98 | 9 | 65 | 2 | tr | 10 | 4 | 12 | 3 | 32.4– 46.6 | 39.5 | 2.5– 3.3 | 3.0 | 6.5– 8.7 |
| Contract Yard C...... | 98 | 9 | 65 | 2 | tr | 10 | 4 | 12 | 3 | 18.2–100+ | 73+ | .9–12.8 | 6.19 | 4.3–12.8 |
| **Molding operations** | | | | | | | | | | | | | | |
| Contract Yard C...... | 98 | 8 | 66 | 3 | tr | 7 | 6 | 10 | | | | | | |
| Contract Yard D...... | 95 | 4 | 9 | 7 | tr | 18 | 10 | 12 | | | | | | |
| **Sewing & prep. of boots & jackets** | | | | | | | | | | | | | | |
| Navy Yard A.......... | | | | | | | | | 2 | 3.5– 6.1 | 4.6 | .01– .06 | 0.03 | 0.3 –1.0 |
| Navy Yard B (Sewing asbestos cloth)...... | 98 | 12 | tr | 9 | tr | 42 | 21 | 16 | 3 | 3.3– 6.0 | 6.8 | 0.0– 9.4 | 0.4 | 0. –6.4 |
| (Stuffing with amosite)...... | 98 | 8 | 8 | 11 | tr | 38 | 20 | 15 | 1 | 2.1– | 2.1 | 0. | 0.3 | 0. |
| Contract Yard C...... | 95 | 26 | 6 | 11 | 3 | 28 | 12 | 14 | 2 | 10.6– 12.3 | 11.4 | .45– .79 | .62 | 3.7 –7.4 |
| Contract Yard D...... | 98 | 6 | 6 | 8 | tr | 38 | 25 | 14 | 5 | 3.9– 10.9 | 6.0 | 0. – .05 | .03 | 0. –0.5 |
| **Storeroom** | | | | | | | | | | | | | | |
| Contract Yard D...... | 95 | 15 | 8 | 7 | tr | 16 | 32 | 12 | | | | | | |
| **Cement mixing** | | | | | | | | | | | | | | |
| Navy Yard A.......... | ... | | | | | | | | 16 | 5.4– 30+ | 31+ | 0. –0.52 | 0.2 | 0. – 0.7 |
| Navy Yard B.......... | | | | | | | | | 2 | 67. –100+ | 84+ | 1.6 –1.7 | 1.7 | 1.4– 2.5 |
| Contract Yard C...... | | | | | | | | | 2 | 33.8– 48.7 | 41.3 | 1.6 –4.7 | 3.1 | 4.7–10.0 |
| Contract Yard D (on board ship)...... | | | | | | | | | 5 | 19.6– 40.0 | 32 | 0. – .02 | .01 | 0. – .031 |
| **Grinding scrap materials** | | | | | | | | | | | | | | |
| Navy Yard A.......... | 88 | 8 | 20 | 16 | 1 | 10 | 33 | 12 | 15 | 9.4–100+ | 50+ | 0. – 1.6 | .47 | 0. –2.6 |
| **General room** | | | | | | | | | | | | | | |
| Navy Yard A.......... | | | | | | | | | 49 | 0.2– 24.6 | 10.0 | 0. – 1.4 | 0.08 | .02–0.3 |
| Navy Yard B.......... | | | | | | | | | 2 | 1.6– 3.3 | 2.5 | 0. – .01 | .01 | 0. –0.6 |
| Contract Yard C...... | | | | | | | | | 4 | 0.0– 21.6 | 14.2 | 0.34–1.7 | .8 | 3.8–7.9 |
| Contract Yard D...... | | | | | | | | | 5 | 3.9– 10.9 | 6.0 | 0. – .05 | .02 | 0. –0.5 |
| **Aboard ship** | | | | | | | | | | | | | | |
| Navy Yard A.......... | | | | | | | | | 50 | 65. –250. | 142 | 0. –0.17 | 0.02 | 0. –0.05 |
| Navy Yard B.......... | | | | | | | | | 15 | 84.4–192.0 | 128 | 1.56–5.21 | 2.8 | 1.1 –3.7 |
| Contract Yard C...... | | | | | | | | | 15 | 25.3– 89.0 | 49.2 | 0.23–2.38 | 1.10 | 0.5 –6.8 |
| Contract Yard D...... | | | | | | | | | 15 | 8.0– 22.1 | 11.0 | 0. –0.21 | 0.03 | 0. –1.0 |

* *Note:* MPPCF = Million particles of dust per cubic foot of air.

14

Jan. 1946]

PIPE COVERING OPERATIONS

15

### TABLE 3
COMPARISON OF DUSTINESS OF VARIOUS OPERATIONS IN EACH SHIPYARD

| OPERATION | NAVY YARD A | | NAVY YARD B | | CONTRACT YARD C | | CONTRACT YARD D | |
|---|---|---|---|---|---|---|---|---|
| | Total dust | Asbestos dust | Total dust | Asbestos dust | Total dust | Asbestos dust | Total dust | Asbestos dust |
| | MPPCF* | | MPPCF* | | MPPCF* | | MPPCF* | |
| Layout and cutting | 6.1 | 0.35 | 4.2 | 0.23 | 20.5 | 2.13 | 10.9 | 0.63 |
| Band saw cutting | 15.1 | 0.12 | 39.5 | 3.0 | 73.0 | 6.19 | | |
| Sewing and fabrication | 4.8 | 0.03 | 64.8 | 0.1 | 11.4 | 0.62 | 6.0 | 0.03 |
| Cement mixing | 31.0 | 0.2 | 84.0 | 1.7 | 41.3 | 3.1 | 32.0 | 0.01 |
| Grinding | 50.0 | 0.47 | | | | | | |
| General room | 10.0 | 0.05 | 2.4 | 0.01 | 14.2 | 0.8 | 6.0 | 0.02 |
| Shop average | 30.0 | 0.25 | 26.9 | 1.0 | 32.0 | 2.6 | 7.6 | 0.23 |
| Ship average | 142.0 | 0.02 | 129.0 | 2.8 | 49.2 | 1.1 | 11.0 | 0.03 |

*Note: MPPCF = Million particles of dust per cubic foot of air.

### TABLE 4
INCIDENCE OF ASBESTOSIS AMONG PIPE COVERERS

| SHIPYARD | NUMBER OF PIPE COVERERS | NUMBER X-RAYED | NUMBER OF CASES OF ASBESTOSIS | | |
|---|---|---|---|---|---|
| | | | Minimal | Moderate | Advanced |
| Navy Yard A | 551 | 48 | 0 | 0 | 0 |
| Navy Yard B | 750 | 662 | 0 | 0 | 0 |
| Contract Yard C | 174 | 196 | 0 | 0 | 1 |
| Contract Yard D | 168 | 168 | 0 | 2 | 0 |
| Totals | 1683 | 1074 | 0 | 2 | 1 |

### TABLE 5
RELATIONSHIP BETWEEN LENGTH OF EXPOSURE AND INCIDENCE OF ASBESTOSIS

| SHIPYARD | | YEARS IN PIPE COVERING INDUSTRY | | | |
|---|---|---|---|---|---|
| | | 0-2 | 2-5 | 5-10 | 10 plus |
| Navy Yard A | Exposed | 26 | 13 | 8 | 3 |
| | Affected | 0 | 0 | 0 | 0 |
| | Percentage | 0% | 0% | 0% | 0% |
| Navy Yard B | Exposed | 225 | 433 | 67 | 22 |
| | Affected | 0 | 0 | 0 | 0 |
| | Percentage | 0% | 0% | 0% | 0% |
| Contract Yard C | Exposed | 0 | 105 | 45 | 17 |
| | Affected | 0 | 0 | 0 | 1 |
| | Percentage | 0% | 0% | 0% | 6% |
| Contract Yard D | Exposed | 26 | 118 | 5 | 9 |
| | Affected | 0 | 0 | 0 | 2 |
| | Percentage | 0% | 0% | 0% | 22% |

appear that asbestos pipe covering of naval vessels is a relatively safe occupation. However, it must be remembered that these men rotated among the various operations of pipe covering and were not continually exposed to high concentrations of asbestos dust as found in band saw cutting and cement mixing. The suggestions made relative to exhaust ventilation and respiratory protection are therefore of value in maintaining this low incidence of asbestosis.

### DISCUSSION

The extremely low incidence of asbestosis found, 0.29 per cent, or 3 cases out of 1074 pipe coverers, stands in marked contrast to the high dust concentration found in several of the pipe covering operations. As shown in Table 3, the total dust concentration for band saw cutting ranged from 13.1 to 73.0 million particles per cubic feet, for cement mixing from 31.0 to 84.0, and for installation on board ship, from 11.0 to 142.0. The solution of this apparent discrepancy lies in a characteristic peculiar to the pipe covering trade, that is lack of a necessity for specialization. In general, pipe coverers are capable of doing all of the operations described above, and the worker may be changed from one operation to another or to different jobs in the same type of operation without loss of efficiency and according to the demands of ship construction. It is therefore apparent that a pipe coverer's environment may change every few days or few weeks at the most with a constant fluctuation in the dust concentration which he breathes. Therefore, the figures given in Table 3 for shop average and ship average cannot give a composite picture of the asbestos

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 58 of 95   Page ID #:2818

dust that a worker may breathe over a period of years. It is further apparent that to obtain such a picture, daily dust counts at each specific job in each ship compartment and in the shop together with the time spent on each job would have to be compiled separately for each worker. In this respect, asbestos pipe covering differs markedly from the asbestos textile industry where dust concentrations for an operation do not fluctuate widely and where a worker will usually remain at a specific job for some years.

A further factor in maintaining a low incidence of asbestosis is that in band saw cutting, grinding, and cement mixing only one or two men are involved and the work is usually done at infrequent intervals such as several times a week.

Finally, pipe coverers also apply glass wool, rock wool, magnesia, and other types of non-asbestos insulation, all of which decreases the amount of exposure to asbestos dust. It seems likely to us that if the pipe coverers studied had worked steadily at any of the above operations where the amount of asbestos dust in the air was consistently high, the incidence of asbestosis

among these workers would have been considerably greater. In view of the varied character of the environmental dust exposure in the pipe covering industry on naval vessels, it is manifestly impossible to set a threshold.

## VI. CONCLUSIONS

1. The character of asbestos pipe covering industry on board naval vessels is such that conclusions drawn from other asbestos industries such as textiles, cannot be applied.

2. The operations of band saw cutting, grinding, cement mixing, and installation on board ship should be equipped with exhaust ventilation to keep the total dust concentration low.

3. The incidence of asbestosis among pipe coverers in the shipyards studied was low, 0.29 per cent or 3 cases out of 1074. In view of the nature of shipyard pipe covering work, this low incidence is not surprising.

4. Since each of the 3 cases of asbestosis had worked at asbestos pipe covering in shipyards for more than 20 years, it may be concluded that such pipe covering is not a dangerous occupation.

## REFERENCES

(1) LANZA, A. J.: Silicosis and asbestosis. Oxford University Press, New York, New York, 1938.

(2) DREESSEN, W. C. et al.: A study of asbestosis in the asbestos textile industry. Bull. No. 241, Public Health Service, U. S. Treasury Department, 1938.

(3) FAHEY, J. C.: Ships and aircraft of the United States Fleet. 2nd War Edition, 1944. Published by Ships and Aircraft, 1265 Broadway, New York, New York.

# EXHIBIT D

REPRODUCED AT THE National ...

D 211. 7/3: 960/v.1

NAVSHIPS 250—000
BUREAU OF SHIPS
TECHNICAL MANUAL
VOL. 1

Reprint thru
Oct. 1960

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 61 of 95   Page ID
REPRODUCED AT THE NATIONAL A #:2821

BUREAU OF SHIPS TECHNICAL MANUAL

CHAPTER 39 THERMAL INSULATION

CONTENTS

Section I.  Machinery and Piping Insulation, 39-1—39-75
   Part 1.  General, 39-1—39-2
   Part 2.  Materials, 39-11—39-13
   Part 3.  Application of Thermal Insulation General,
      39-21
   Part 4.  Application of Thermal Insulation to Pipe or
      Tubing, 39-31—39-40
   Part 5.  Application of Thermal Insulation to Valves,
      Fittings, and Flanges, 39-51—39-59
   Part 6.  Application of Thermal Insulation to Machinery,
      39-71—39-75.
Section II.  Thermal Insulation and Acoustical Treatment
   of Compartments and Ducts, 39-101—39-155
   Part 1.  General, 39-101
   Part 2.  Hull Thermal Insulation, 39-111—39-114
   Part 3.  Antisweat Treatment, 39-121
   Part 4.  Refrigerated Stores Spaces, 39-131—39-138
   Part 5.  Thermal Insulation for Ducts, 39-141—39-145
   Part 6.  Acoustical Treatment for Compartments and
      Ducts, 39-151—39-155

SECTION I.  MACHINERY AND PIPING INSULATION

Part 1.  General

39-1.  DEFINITIONS

   1.  Insulating material is defined as the material
employed to offer resistance to the flow of heat.

   2.  Lagging is defined as the protective and confining
covering or jacket placed over the actual insulating ma-
terials.

   3.  Fastening is defined as the miscellaneous items
with which insulating material is attached to the surface
being covered and with which lagging is fixed to the
insulating material.

   4.  Insulation is defined as the composite covering
including insulating material, lagging, and fastening.

39-2.  REASONS FOR INSULATING

   1.  In every power plant there is a heat loss from all
heated surfaces and a heat flow to all cooled surfaces.
Heat flow may occur in three ways; by conduction, by con-
vection, and by radiation.

   2.  Conduction is the heat flow from one part of a body
to another part of the same body, or from one body to
another with which it is in physical contact, without dis-
placement of the particles of the body.  This manner of heat
flow is most important in insulation as it is the low conduc-
tion which results in the greatest temperature differential
between a hot insulated surface and the atmosphere (as in
steam piping insulation), or the relatively warm atmosphere
and a cold surface (as in refrigerating plant insulation).
Heat transfer from insulated pipes or large blanketed or
cemented surfaces (turbines, evaporators, etc.) to the
outer surface of their lagging is included in this mode.
Conduction is associated with solids and comparison of
materials in this respect is measured by a factor called the
"thermal conductivity" which expresses rate of conductivity
in British thermal units (B. t. u.) per inch of thickness per

hour per square foot of area per degree Fahrenheit tempera-
ture differential.

   3.  Convection is the transfer of heat from one point
to another within a fluid; gas, or liquid, by circulating or
mixing of one portion of the fluid with another.  These
currents are produced by warm fluid being displaced by
heavier cold fluid.  It is of interest to note that convection
reduces the effectiveness of air space insulation unless
such space is very small.

   4.  Radiation is the method of heat transfer by which
a hot body gives off energy in the form of radiant heat
which is emitted in all directions.  Radiant heat, like
light, travels in straight lines and with the speed of light.
The surface condition greatly affects the ability of a body
to radiate heat.  Dull, dark, rough finished surfaces are the
best radiators.  Conversely, bright, shiny, smooth sur-
faces are good heat reflectors.

   5.  In order to minimize the transfer of heat from or to
a body or surface which is hotter or colder, respectively,
than the surrounding atmosphere, thermal insulation is
applied.  This thermal insulation is a material or materials
of low thermal conductivity.  (See par. 39-2).  While in-
creasing the economy of the plant, thermal insulation also
reduces the quantity of air necessary for ventilating and
cooling requirements and prevents injury of personnel due to
burns from contact with hot parts of apparatus.  It also in-
sures more uniform heat distribution within equipment.
Another function of thermal insulation is to prevent "sweat-
ing" of cold surfaces on which atmospheric moisture con-
denses thus causing undesirable dripping as well as accel-
erated corrosion of the metal.  Insulation must be suffi-
ciently effective to reduce heat losses and lower surface
temperatures to a degree which will permit habitable con-
ditions in a specific space or compartment.

Part 2.  Materials

39-11.  INSULATING MATERIALS

   1.  The following requirements should be met as nearly
as possible by thermal insulating materials:
      a.  Low heat conductivity.
      b.  Noncombustibility.
      c.  Lightweight.
      d.  Capability of easy molding and application.
      e.  Moisture repellent.
      f.  Noncorrosive, insoluble, and chemically in-
         active.
      g.  Composition, structure, and characteristics
         unchanged by temperatures at which it is to be
         used.
      h.  Once installed, should not cluster, become
         lumpy, disintegrate or build up in masses from
         vibration.
      i.  Vermin proof.
   2.  Insulating materials are available in the following
forms in accordance with Navy Department Specifications:
      a.  Molded sectional pipe covering:
         Thermal insulation pipe covering, MIL-P-2781
         Thermal cellular glass block and pipe covering
         HH-I-551
         Molded cork (with fire resisting compound) pipe
         covering, MIL-P-876
      b.  Block:
         Thermal insulation block, MIL-I-2819

1

c.  Batts, blankets and felts:
Roll asbestos felt, MIL-F-20077
Asbestos insulating felt, MIL-F-15091
Fibrous glass batt insulation, MIL-I-15475
Mineral wool blanket insulation, MIL-I-2818
Thermal glass fiber insulation felt, MIL-I-16411
Thermal fibrous glass insulation felt, (flexible)
MIL-I-16022
Thermal insulating tape, MIL-T-15349
d.  Plastic
High temperature insulation cement, MIL-C-2861
Finishing cement, MIL-C-2988

3.  Thermal insulation pipe covering, Military Specification MIL-P-2781, grade I, usually is 85 percent magnesia and it is suitable for temperatures 125° F up to 500° F. Eighty-five percent magnesia is a molded product formed from a combination of 85 percent magnesium carbonate with about 15 percent asbestos fiber for strength and bond. It is made in standard and light density (class b) which weighs 13 pounds per cubic foot. The pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Larger sizes are furnished in quadrant or segmental form. Sections which become broken may be reused as plastic cement by breaking up the material and mixing it with water.

4.  Thermal insulation pipe covering, Military Specification MIL-P-2781, grade II, class c, is a fibrous product usually formed from a uniform mixture of amosite asbestos fibers (composed mostly of pure silica and the oxides of iron and magnesium) and held together with a sodium silicate (water glass) binder. Its maximum density is 15 pounds per cubic foot. It is considerably harder than either of the magnesia materials in paragraph 39-11 and comparable to the standard magnesia covering as a good insulator. It is resilient, tough, and withstands vibration. It has a smooth, gray, finished surface. Molded fibrous asbestos saws and cuts neatly with ordinary tools. It can be used for temperatures up to 750° F. and is manufactured in cylindrical sections 3 feet long, split in half lengthwise.

5.  Class d under grade II of Military Specification MIL-P-2781, covers compounded materials. These are products which have been developed comparatively recently and which vary in composition. Grade II materials are suitable for temperatures up to 750°.

6.  Thermal insulation pipe covering, Military Specification MIL-P-2781, grade III, class e, light and heavy density is a compounded material usually consisting of molded calcium silicate or diatomaceous earth. It is used in a single layer or of combination pipe covering, the inner layer of which contacts the hot surface and the outer layer which is 85 percent magnesia or grade II of the type described in paragraph 39-11. This class of material is suitable for temperatures from 751° up to 1050° F.

7.  Thermal insulation pipe covering, Military Specification MIL-P-2781, grade III, class f, is a fibrous material usually consisting of asbestos similar to that described in paragraph 39-11, but it is much harder and withstands high temperatures. It is used in a single layer or in the form of combination pipe covering, the inner layer of which contacts the hot surface and is high temperature material. The outer layer is class c material. This pipe covering is available as combined sections with the two classes formed together to give the appearance and workability of a uniformly molded material. The max. density is

25 pounds per cubic foot. This material is suitable for temperatures from 751° to 1050° F.

8.  The description herein of materials covered by Military Specification MIL-P-2781 is based on materials as procured and their naval applications. All the common pipe covering materials have been discussed. As newly developed products are found to be suitable for naval use, such pipe coverings probably will be installed in addition to the common materials.

9.  Molded cork pipe covering, Military Specification MIL-P-876, is composed of cork joined by and coated over with a vapor-sealing compound. The pipe covering sections are made of pure granulated cork compressed into molds and held together by the natural cork gum as a binder. The fire retardant vapor-sealing compound is composed of chlorinated resins, drying oils, dryers, and fillers. A volatile solvent is added to attain the necessary fluidity for easy application with a stiff brush or trowel. At the time of installation the untreated molded cork insulating material is coated on all surfaces with the vapor seal. Each delivery of cork includes sufficient copper-clad steel wire and vapor seal for complete application. The molded cork is available in the following types: Ice water thickness, brine thickness, and special brine thickness. Pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. This material is of low thermal conductivity, high structual strength, almost free from shrinkage, resists moisture penetration when thoroughly coated, and acts as a good insulating material for refrigeration service.

10.  Molded cellular glass thermal insulation Federal Specification HH-I-551 is furnished in 3 types:

Type I – blocks
Type II – pipe and tubing insulation
Type III – special shapes

The material consists of glass composition which has been foamed or cellulated containing separate hermetically sealed glass cells each a tiny dead air insulating space. Non-combustible rot-proof and acid proof. Furnished in 7 classes for a temperature range from minus 50 up to plus 400° F. The weight is between 8 to 10 lbs per cu. ft. available in lengths of 18″ split in half lengthwise. Not recommended for vibrating machinery.

11.  Thermal insulation block, Military Specification, MIL-I-2819, is furnished in 3 classes according to the allowable temperatures for which the materials are suitable. Class a of the specification covers insulating material for temperatures up to 500° F. The maximum density for this class is 15 pounds per cubic foot. Block insulation is flat and rectangular. Asbestos block should be used where unusually high resistance to compression is required.

12.  Class b of Military Specification, MIL-I-2819, temperature range of 501° to 1,000° F. is of high temperature molded asbestos. Diatomaceous earth high temperature insulating material in molded block form also is available for this service. It is described in paragraph 39-11.

13.  For the higher range of temperatures, 1,001° to 1,500° F. covered by class c of Military Specification, MIL-I-2819, diatomaceous earth material in block form is used.

14.  Roll asbestos felt, Military Specification, MIL-I-15091, is composed of medium long asbestos fiber and organic sizing. The materials are felted into sheets, with

PRODUCED AT THE NATIONAL ARC...

39-11

an indented surface of such flexibility that it may be folded, bent, or wrapped around piping and equipment. It is furnished in rolls 1/8 or 1/4 inch thick and 3 feet wide. The 1/4-inch roll weighs about 1.2 pounds per square foot. This material is suitable for temperatures up to 900° F.

15. Asbestos insulating felt, Military Specification MIL-I-15091, is furnished in type A, plain, and type B, water repellent for cold piping. Plain felt is composed of asbestos fibers and cotton and binding materials if required. Water-repellent felt is composed of asbestos fibers, cotton treated with a suitable repellent agent, and a cotton fabric encasement. Asbestos felt has a maximum density of 12 pounds per cubic foot. Plain asbestos felt is furnished in rolls 50 feet long by 60 inches wide and in thicknesses of 3/4, 1, and 1½ inches. It has perhaps the widest range of uses of the insulating materials as it has flexibility for fitting around valves or other irregular surfaces and it is suitable for a temperature range from cold water to 900° F. Water-repellent asbestos felt is furnished in rolls 50 feet long and in widths from 3 to 60 inches; thicknesses are 3/4 or 1 inch. Thermal fibrous glass insulation felt, Military Specification MIL-I-16022 is processed from a molten state into fibrous form and is free from nonfibrous material (shot) bonded with a binder to form flexible felt. This felt is used as light weight flexible fibrous glass felt for thermal insulation of densities from 0.5 lbs. per cu. ft. up to 3 lbs. per cu. ft. in classes from 1 to 6. It is incombustible and fire retardant. Thermal glass fiber insulation felt Military Specification MIL-I-16411 is composed of staple glass fibers felted into rowings and woven or bound with wire-inserted asbestos thread to form a flexible blanket. It is used as insulation felt for thermal control of machinery and equipment at temperature up to 1200° F. The felt is furnished in widths of 60 inches and in rolls 50 feet in length. The thicknesses are 3/4″, 1″ and 1¼″.

16. Fibrous glass felt insulation, Military Specification MIL-I-15475, is composed of glass fibers bonded together to form a semirigid batt. The fibrous glass is pure glass in fibrous form and is inorganic and fireproof and resistant to salt water and some chemical actions. It cannot mildew, decay, or provide sustenance to insects, rodents, or vermin. The batts are furnished in two grades, one weighing 6 pounds per cubic foot and the other 4.5 pounds. Standard dimensions are 48 inches long by 24 inches wide by 1 to 4 inches thick. When this material is used at elevated temperatures, the binding agent burns out at a point between 450° and 600° F. Hence, batts should be enclosed by sheet steel for support when subjected to temperatures between 450° and 900° F. The material is suitable for insulating boiler uptakes.

17. Mineral wool blanket insulation, Military Specification MIL-I-2818, consists of fibers from slag, glass, or argillaceous limestone made by a process of melting, blowing, or drawing, and annealing. The blankets are felted and reinforced by wire netting or metallic lathing on both sides. The material is suitable for use at temperatures up to 900° F.

18. Thermal insulating tape, Military Specification MIL-I-15349, is composed of a woven asbestos jacket enclosing either an asbestos fiber or fibrous glass felting or sliver. The jacket is woven from yarn containing not less than 90 percent by weight on the hot side and not less than 80 percent by weight on the cold side of asbestos

THERMAL INSULATION 39-12

fiber. It may be either in one tubular piece or fabricated of asbestos cloth sewed into tubular form. The tape is supplied in two forms, one for spiral wrapping and the other for lateral wrapping. That for spiral wrapping is 2 to 2-3/8 inches wide and 1/4 to 3/8 inch thick. The tape for lateral wrapping is 5¼ inches wide and 3/8 inch thick. It is suitable for temperatures up to 750°.

19. High temperature insulation cement, Military Specification MIL-C-2861, is available in two types. Type A is the diatomaceous earth or exfoliated mica type and is composed of a dry mixture of suitable grades of such refractory material ground fine, asbestos fibers, and clay binders, thoroughly mixed to obtain uniform distribution of the ingredients. Type B is the rock or mineral-wool type which consists of a dry mixture of rock or mineral-wool fibers, asbestos fibers, and binders, thoroughly mixed to obtain uniform distribution of the ingredients. This latter type is most suitable for monolithic insulation. The composition of the cement is such that when properly wetted with fresh water, it can be applied with a trowel or by hand to hot and cold surfaces. One hundred pounds of dry cement will cover 50 square feet of surface to a thickness of 1 inch. After application it weighs a maximum of 30 pounds per cubic foot. The cement is reclaimable for reuse. The thermal conductivity of this material is higher than the nonplastic materials. All cements covered by Military Specification MIL-C-2861 are suitable for use at temperatures from 100° to 1,000° F., and some may be used for 1,800° F. service. It is very important that all rock or mineral-wool type cements which may be used shall have corrosion-resisting properties conforming to the specification. Type B cement can be used to fill all cracks when using block or sectional pipe insulation used on fittings or valves, over wire netting to smooth the surface.

39-12. LAGGING MATERIALS

1. The definition of lagging in paragraph 39-1 describes the purpose of this item. It protects the relatively soft insulating material from mechanical abuse to which it is exposed aboard ship as a result of men climbing over piping and the necessary handling of equipment. It supports the insulating material which is subjected to continual vibration. The lagging provides a smooth finish to be painted.

2. Materials in accordance with the following Federal and Military Specifications are used as lagging:

a. Cloth:
   Asbestos cloth, thread and tape, SS-C-466
   Fibrous glass cloth, tape and thread (for lagging insulation), MIL-C-20079

b. Brattice cloth Military Specification MIL-C-788 is a fire resistant cotton cloth used for repairing surface of fibrous glass insulation board and as lagging material for thermal insulation, asbestos felt, fibrous glass felt, cork, high temperature insulating cement and mineral wool for pipe temperatures from minus 20 up to including 500° F.

c. Paper:
   Flameproof and water-repellent sheathing paper, MIL-P-15005

d. Board:
   Asbestos millboard, HH-M-351

3

Case 2:12-cv-03013-SVW-PJW Document 128-8 Filed 02/11/13 Page 64 of 95 Page ID #:2824

REPRODUCED AT THE NATIONAL ARC

e. Plastic
Asbestos insulation finishing cement, MIL-C-2908

f. Metallic
Zinc coated (galvanized), sheet steel, QQ-S-775

3. Asbestos cloth, thread, and tape, Military Specification, SS-C-466, are made of good quality chrysotile asbestos and organic fibers for use·as a lagging material or jacket over thermal insulation and as a wrapping on engine exhaust pipes. The grades of cloth and tape are classified by the maximum allowable cotton content. Type I cloth and type IV tape are intended for use as the lagging material for insulation on pipe or tubing at all temperatures; it is not to be used on valves, fittings, and flanges if it will be in contact with heated metal. It may be used on valves, fittings, and flanges where the temperature of the insulated surface is 500° F. or less, and for temperatures over 500° F. on applications such as butt-welding end fittings where it is desirable to lag the fittings with the material used on the tubing. Grade A, 80 percent asbestos cloth in three classes is furnished with a blue stripe woven into the finished edge of this material which may be asbestos or combination of asbestos and glass yarn. Grade B, 90 percent asbestos cloth, is furnished with a red stripe woven in and is intended for use as the outside lagging on removable and replaceable covers for flanges and fittings or other applications on valves, fittings, and flanges where the temperature of the insulated surface is more than 500°. F. Ninety-five per cent asbestos cloth Grade C and D is furnished with or without wire insertion. That with the wire, Grade C, is intended for use as the inside lagging on removable and replaceable covers for valves, flanges, and fittings at all temperatures. The wire adds to the strength and stiffness of the lagging. Grade D, 95 percent asbestos cloth without the wire, is intended for the same conditions as Grade C when strength and stiffness are not necessary. This material is furnished with a green stripe woven into the finished edge. Type III asbestos sewing thread and a Type II yarn reinforced with wire are available under the specification. Brattice cloth Military Specification MIL-C-788.

4. Fibrous glass cloth, tape, and thread Military Specification, MIL-C-20079, are manufactured from a good quality of fibrous-glass yarn. The tapes and cloths are made in various weights and weaves, the most frequently used being described herein. Tight, satin-weave, lightweight cloth is recommended for straight pipe. For irregular surfaces, tight, broken-twill weave, heavyweight cloth should be used. Medium, plain weave, lightweight tape in 2, 3 and 4 inch widths is suitable for curved pipe in particular. Tapes are applied with a minimum amount of labor and time. The sewing thread shall be of continuous filament yarn. *Fibrous glass materials are not recommended for use where lagging is exposed to mechanical injury.* The material may be used for lagging surfaces with internal temperatures up to 1050° F., but should not be used on removable and replaceable covers nor where it will be in contact with hot metal surfaces.

5. Sheathing paper, Military Specification MIL-P-15006 is made in one type. The flameproof and water-repellent paper does not support combustion and absorbs only the

specified small weight of water. This material is used in conjunction with other lagging; see the instructions for insulation of anti-sweat piping in part. The paper is supplied in rolls 36 inches wide.

6. Asbestos millboard, Federal Specification HH-M-351, is composed of asbestos fiber and binding material formed under pressure into a sheet. It has a fair amount of insulating value for temperatures up to 400° F. but is mostly used as outside lagging on removable insulating covers to which it gives stiffness. It is available in thicknesses of from 1/8 to 1/2 inch in sheets the standard size of which is 42 by 48 inches. The maximum acceptable weight is 6.5 pounds per square foot of material 1 inch thick.

7. Asbestos finishing cement, Military Specification MIL-C-2908 available in two types. Type I is composed of asbestos fibers, fillers, and suitable binders thoroughly mixed to obtain a uniform distribution of the ingredients. The composition is such that when properly wetted with fresh water, it can be readily troweled to a smooth surface. Type II the hydraulic setting cement is composed of a dry mixture of nodulated rock or mineral wool fibers and a hydraulic binder. One hundred pounds of cement has a covering capacity, applied and dried, of 30 broad feet. Asbestos cement Type I is used as a surface finish over insulating material to provide a hard, smooth finish to which lagging is applied. Type II may be used insulating cement, for small valves and fittings up to     in size.

8. Galvanized sheet steel, Specification 47S29, is used as described in the sections on application of insulation.

## 39-13. ADHESIVE MATERIALS

1. Adhesives which comprise one type of fastening as defined in paragraph 39-1 are covered by the following Federal and Military Specifications.

Fibrous adhesive insulation cement, MIL-A-15199
Adhesive and sealing cements, MIL-C-3316
Sodium silicate solution (33.5° Baumé), O-S-605

2. Fibrous adhesive, Military Specification MIL-A-15199, is suitable for securing woven asbestos cloth to insulating material employed on piping or other applications. The cement is ready for use without heating or addition of other ingredients, except that it may be furnished in the unmixed fom to be mixed just prior to use. It will not deteriorate for one year when enclosed in airtight metal containers. When used for fixing lagging or insulating materials to other than metal surfaces, 75 pounds of adhesive will cover about 100 square feet. Adhesive cement per Military Specification MIL-A-15199 must never be used for securing fibrous glass cloth or insulation since it causes disintegration of such materials. Therefore, this cement is not to be used with type I class 5 cloth Federal Specification SS-C-466.

3. Adhesive insulation cement Military Specification MIL-C-3316 is suitable for securing all lagging materials. It has the best properties of the adhesives described herein. Cements in accordance with the specification will not injuriously affect insulation or glass cloth. This cement is furnished in three types.

4. Sodium silicate solution, Federal Specification O-S-605, may be used for fastening asbestos cloth. The cloth, when soaked in the silicate of soda and applied to

4

39-13

THERMAL INSULATION                                   39-21

the surface, molds into position and dries to form a hard, firm finish which resists abrasion.  The remarks in paragraph 39-13 2. in regard to the use of fibrous adhesive cement with fibrous glass materials apply also to sodium silicate solution.

## Part 3.  Application of Thermal Insulation General

39-21.

1.  Cloth and tape lagging should be covered with one coat of fire-retardant paint, per Military Specification JAN-P-702, after installation.  The inside covers of removable blanket insulation need not be painted.

2.  All steampiping, valves, and fittings up to 400° F. located in positions exposed to the weather or to salt water spray may be insulated with cellular glass covering specification HH-I-551, lined inside and at points with bedding compound lagged as described in Buship Instruction 9390.3A, Ser. 548-2492 dtd 13 September 1955.  However vibrating machinery or piping systems such as steam to the whistle shall not be insulated with cellular glass.  Where it is not feasible to apply insulation, paint the piping with heat-and weather-resistant paint, and install suitable guards to protect personnel.  Also use metal lagging where necessary to shield the insulation from damage.  Metallic lagging,

galvanized sheet steel, may be painted for appearance with one coat of zinc chromate primer, formula 84, followed by one coat of fire-retardant paint per Military Specification JAN-P-702.

3.  Where the detailed instructions which follow hereafter do not specifically cover any surface requiring insulation, such surface should be insulated in a manner similar to the requirements covering a condition which most nearly approximates that of the surface in question.

4.  At least once a year and preferably at 6-month intervals, a careful inspection should be made of insulation. All broken or loose insulating or lagging materials should be securely fastened in accordance with instructions herein. If much material is broken, a complete reinstallation is recommended.

5.  In the course of emergency repairs as a result of damage, insulation is to be stripped from piping in flooded compartments if practicable.  This procedure will prevent serious corrosion of piping by insulation which carries a large amount of water even subsequent to unwatering operations.

6.  The following tables indicate various approved insulating, lagging, and fastening materials to be used and minimum thicknesses required for all services and temperature ranges.

4

REPRODUCED AT THE NATIONAL ARCHIVES

TABLE 1.--Compounded insulating material, Mil. Spec. MIL-I-2781, thickness for hot piping

| Pipe size (inches i.p.s.) | Temperature range (degrees F.) | Class | | Nominal thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 1/2, 3/4, and 1 | 125–388 | b | — | 1 | — | 1 |
| | 389–500 | b | — | 1-1/2 | — | 1½ |
| | 501–750 | d or e | — | 2 | — | 2 |
| | 751–950 | e | — | 2 | — | 2 |
| | 951–1050 | e | b | 2 | 1-1/2 | 3-1/2 |
| 1-1/4 and 1-1/2 | 125–388 | b | — | 1 | — | 1 |
| | 389–500 | b | — | 2 | — | 2 |
| | 501–750 | d or e | — | 2 | — | 2 |
| | 751–950 | e | — | 2 | — | 2 |
| | 951–1050 | e | b | 2 | 1-1/2 | 3-1/2 |
| 2 | 125–338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339–388 | b | — | 2 | — | 2 |
| | 389–500 | b | — | 3 | — | 3 |
| | 501–750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 1-1/2 | 3 |
| | 751–900 | e | b | 1-1/2 | 1-1/2 | 3 |
| | 901–1050 | e | b | 2 | 1-1/2 | 3-1/2 |
| 2-1/2 | 125–338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339–388 | b | — | 2 | — | 2 |
| | 389–500 | b | — | 3 | — | 3 |
| | 501–750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 1-1/2 | 3 |
| | 751–900 | e | b | 1-1/2 | 1-1/2 | 3 |
| | 901–950 | e | b | 2 | 1-1/2 | 3-1/2 |
| | 951–1050 | e | b | 2 | 1-1/2 | 3-1/2 |
| 3 and 4 | 125–338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339–388 | b | — | 2 | — | 2 |
| | 389–500 | b | — | 3 | — | 3 |
| | 501–750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |
| | 751–900 | e | b | 1-1/2 | 2 | 3-1/2 |
| | 901–950 | e | b | 2 | 1-1/2 | 3-1/2 |
| | 951–1050 | e | b | 2-1/2 | 1-1/2 | 4 |
| 3-1/2 and 4-1/2 | 125–338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339–388 | b | — | 2 | — | 2 |
| | 389–500 | b | — | 3 | — | 3 |
| | 501–750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |
| | 751–900 | e | b | 1-1/2 | 2 | 3-1/2 |
| | 901–950 | e | b | 2 | 1-1/2 | 3-1/2 |
| | 951–1050 | e | b | 2-1/2 | 1-1/2 | 4 |
| 5 | 125–338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339–388 | b | — | 2 | — | 2 |
| | 389–500 | b | — | 3 | — | 3 |
| | 501–750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |
| | 751–900 | e | b | 1-1/2 | 2 | 3-1/2 |
| | 901–950 | e | b | 2 | 1-1/2 | 3-1/2 |
| | 951–1050 | e | b | 3 | 2 | 5 |
| 6 | 125–338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339–388 | b | — | 2 | — | 2 |
| | 389–500 | b | — | 3 | — | 3 |
| | 501–750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |
| | 751–900 | e | b | 1-1/2 | 2 | 3-1/2 |
| | 901–950 | e | b | 2 | 2 | 3-1/2 |
| | 951–1050 | e | b | 3 | 2 | 5 |
| 7 | 125–338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339–388 | b | — | 2-1/2 | — | 2-1/2 |
| | 389–500 | b | — | 3 | — | 3 |
| | 501–750 | d or | — | 4 | — | 4 |
| | | | b | 1-1/2 | 2 | 3-1/2 |

REPRODUCED AT NATIONAL ... YES

TABLE 1.--Compounded insulating material, Mil. Spec. MIL-I-2781, thickness for hot piping--Con.

| Pipe size (inches i.p.s.) | Temperature range (degrees F.) | Class Inner layer | Class Outer layer | Nominal thickness (inches) Inner layer | Nominal thickness (inches) Outer layer | Total |
|---|---|---|---|---|---|---|
| 7--Continued | 751-900 | a | b | 1-1/2 | 2 | 3-1/2 |
|  | 901-950 | a | b | 2 | 2 | 4 |
|  | 951-1050 | a | b | 3 | 2 | 5 |
| 8, 9, and 10 | 125-338 | b |  | 1-1/2 | — | 1-1/2 |
|  | 339-388 | b | — | 2-1/2 | — | 2-1/2 |
|  | 389-500 | b | — | 3 | — | 3 |
|  | 501-750 | d or | — | 4 | — | 4 |
|  |  | a | b | 2 | 2 | 4 |
|  | 751-900 | a | b | 2 | 2 | 4 |
|  | 901-950 | a | b | 2-1/2 | 2 | 4-1/2 |
|  | 951-1050 | a | b | 3 | 2 | 5 |
| 11 and larger | 125-338 | b | — | 1-1/2 | — | 1-1/2 |
|  | 339-500 | b |  | 3 | — | 3 |
|  | 501-750 | d or |  | 4 | — | 4 |
|  |  | a | b | 2 | 2 | 4 |
|  | 751-900 | a | b | 2 | 2 | 4 |
|  | 901-950 | a | b | 2-1/2 | 2 | 4-1/2 |
|  | 951-1050 | a | b | 3 | 2 | 5 |

TABLE 2.--Fibrous insulating material, MIL-I-2781 thickness for hot piping

| Pipe size (inches i.p.s.) | Temperature range F. | Class Inner layer | Class Outer layer | Nominal Thickness (inches) Inner layer | Nominal Thickness (inches) Outer layer | Total |
|---|---|---|---|---|---|---|
| 1/2, 3/4, and 1 | 125-388 | e | — | 1 | — | 1 |
|  | 389-500 | e | — | 1-1/2 | — | 1-1/2 |
|  | 501-750 | e or | — | 2 | — | 2 |
|  |  | f | — | 2 | — | 2 |
|  | 751-950 | f | — | 2 | — | 2 |
|  | 951-1050 | f | e | 2 | 1-1/2 | 3-1/2 |
| 1-1/4 and 1-1/2 | 125-388 | e | — | 1 | — | 1 |
|  | 389-500 | e | — | 2 | — | 2 |
|  | 501-750 | e or | — | 2 | — | 2 |
|  |  | f | — | 2 | — | 2 |
|  | 751-950 | f | — | 2 | — | 2 |
|  | 951-1050 | f | e | 2 | 1-1/2 | 3-1/2 |
| 2 | 125-338 | e | — | 1-1/2 | — | 1-1/2 |
|  | 339-388 | e | — | 2 | — | 2 |
|  | 389-500 | e | — | 3 | — | 3 |
|  | 501-750 | e or | — | 3 | — | 3 |
|  |  | f | e | 1-1/2 | 1-1/2 | 3 |
|  | 751-900 | f | e | 1-1/2 | 1-1/2 | 3 |
|  | 901-1050 | f | e | 2 | 1-1/2 | 3-1/2 |
| 2-1/2 | 125-338 | e | — | 1-1/2 | — | 1-1/2 |
|  | 339-388 | e | — | 2 | — | 2 |
|  | 389-500 | e | — | 3 | — | 3 |
|  | 501-750 | e or | — | 3 | — | 3 |
|  |  | f | e | 1-1/2 | 1-1/2 | 3 |
|  | 751-900 | f | e | 1-1/2 | 1-1/2 | 3 |
|  | 901-950 | f | e | 2 | 1-1/2 | 3-1/2 |
|  | 951-1050 | f | e | 2 | 1-1/2 | 3-1/2 |
| 3 and 4 | 125-338 | e | — | 1-1/2 | — | 1-1/2 |
|  | 339-388 | e | — | 2 | — | 2 |
|  | 389-500 | e | — | 3 | — | 3 |
|  | 501-750 | e or | — | 3 | — | 3 |
|  |  | f | e | 1-1/2 | 2 | 3-1/2 |
|  | 751-900 | f | e | 1-1/2 | 2 | 3-1/2 |
|  | 901-950 | f | e | 1-1/2 | 1-1/2 | 3-1/2 |
|  | 950-1050 | f | e | 2-1/2 | 1-1/2 | 4 |
| 3-1/2 and 4-1/2 | 125-338 | e | — | 1-1/2 | — | 1-1/2 |
|  | 339-388 | e | — | 2 | — | 2 |
|  | 389-500 | e | — | 3 | — | 3 |
|  | 501-750 | e or | — | 3 | — | 3 |
|  |  | f | e | 1-1/2 | 2 | 3-1/2 |
|  | 751-900 | f | e | 1-1/2 | 2 | 3-1/2 |
|  | 901-950 | f | e | 1-1/2 | 2 | 3-1/2 |
|  | 951-1050 | f | e | 2-1/2 | 1-1/2 | 4 |

TABLE 2.--Fibrous insulating material, MIL-I-2781 thickness for hot piping--Continued

| Pipe size (inches i.p.s.) | Temperature range °F | Class | | Nominal Thickness (Inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 5 | 125-338 | c | | 1-1/2 | | 1-1/2 |
| | 339-388 | c | | 2 | | 2 |
| | 389-500 | c | | 3 | | 3 |
| | 501-750 | c or— | | 3 | | 3 |
| | | f | c | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | f | c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | f | c | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | f | c | 3 | 2 | 5 |
| 6 | 125-338 | c | | 1-1/2 | | 1-1/2 |
| | 339-388 | c | | 2 | | 2 |
| | 389-500 | c | | 3 | | 3 |
| | 501-750 | c or— | | 3 | | 3 |
| | | f | c | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | f | c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | f | c | 2 | 2 | 4 |
| | 951-1050 | f | c | 3 | 2 | 5 |
| 7 | 125-338 | c | | 1-1/2 | | 1-1/2 |
| | 339-388 | c | | 2-1/2 | | 2-1/2 |
| | 389-500 | c | | 3 | | 3 |
| | 501-750 | c or— | | 4 | | 4 |
| | | f | c | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | f | c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | f | c | 2 | 2 | 4 |
| | 951-1050 | f | c | 3 | 2 | 5 |
| 8, 9, and 10 | 125-338 | c | | 1-1/2 | | 1-1/2 |
| | 339-388 | c | | 2-1/2 | | 2-1/2 |
| | 389-500 | c | | 3 | | 3 |
| | 501-750 | c or— | | 4 | | 4 |
| | | f | c | 2 | 2 | 4 |
| | 751-900 | f | c | 2 | 2 | 4 |
| | 901-950 | f | c | 2-1/2 | 2 | 4-1/2 |
| | 951-1050 | f | c | 3 | 2 | 5 |
| 11 and larger | 125-338 | c | | 1-1/2 | | 1-1/2 |
| | 339-500 | c | | 3 | | 3 |
| | 501-750 | c or— | | 4 | | 4 |
| | | f | c | 2 | 2 | 4 |
| | 751-900 | f | c | 2 | 2 | 4 |
| | 901-950 | f | c | 2-1/2 | 2 | 4-1/2 |
| | 951-1050 | f | c | 3 | 2 | 5 |

Case 2:12-cv-03013-SVW-PJW Document 128-8 Filed 02/11/13 Page 68 of 95 Page ID #:2826

(REPRODUCED AT THE NATIONAL ARC...)

TABLE 3.—Thickness of insulating tape, Mil. Spec. MIL-I-15349, for 1/4 and 3/8-inch hot piping

| Temperature range (degrees F.) | Thickness of tape (inches) |
|---|---|
| 125–338 | 3/8 |
| 339–750 | 1 |

TABLE 4.—Thickness* of insulating materials for hot surfaces of machinery and equipment up to 850°F.

| Temperature range (degrees F.) | Thickness (inches) | |
|---|---|---|
| | Asbestos felt MIL-I-15091, block MIL-I-2819, or mineral wool blanket MIL-I-2818 | Insulating cement MIL-C-2861, Type B |
| 125–338 | 1-1/2 | 1-1/2 |
| 339–388 | 2-1/2 | 2-1/2 |
| 389–500 | 3 | 3 |
| 501–750 | 3-1/2 | 4 |
| 751–850 | 4-1/2 | 5 |

*Does not include finishing cement

TABLE 5.—Thickness* of insulating materials for hot surfaces of machinery and equipment over 850°F.

| Temperature range (degrees F.) | Thickness (inches) | | | |
|---|---|---|---|---|
| | Felt | | | Block |
| | Inner layer MIL-I-16411 | Outer layer MIL-I-15091 Type A | Total | MIL-I-2819 |
| 851–950 | 2 | 3 | 5 | 4-1/2 |
| 951–1050 | 2 | 3 | 5 | 5 |

*Does not include finishing cement

TABLE 6.—Thickness of refrigerant insulation for piping

| Pipe size (inches) | Temperature range (degrees F.) | Thickness (inches) | |
|---|---|---|---|
| | | Molded cork MIL-P-876 | Cellular glass HH-I-551 |
| Up to 3/4 | -20 to -1 | 2.60 | 2.75 |
| | 0 to 35 | 1.70 | 2.00 |
| | 36 to 50 | 1.20 | 1.50 |
| 1 | -20 to -1 | 2.75 | 3.00 |
| | 0 to 35 | 2.00 | 2.00 |
| | 36 to 50 | 1.30 | 1.50 |
| 1-1/4 | -20 to -1 | 2.75 | 3.00 |
| | 0 to 35 | 2.00 | 2.50 |
| | 36 to 50 | 1.30 | 1.50 |
| 1-1/2 to 2-1/2 | -20 to -1 | 2.95 | 3.00 |
| | 0 to 35 | 2.40 | 2.50 |
| | 36 to 50 | 1.35 | 1.50 |
| 3 to 5 | -20 to -1 | 2.95 | 3.00 |
| | 0 to 35 | 2.40 | 2.75 |
| | 36 to 50 | 1.35 | 1.50 |

**TABLE 7. THICKNESS OF REFRIGERANT INSULATION FOR MACHINERY AND EQUIPMENT**

| Service | Temperature range (degrees F) | Thickness (inches) Corkboard HH-C-561 | Cellular glass HH-I-551 |
|---|---|---|---|
| Refrigerant | −20 to −1 | 6 | 6 |
| | 0 to 35 | 4 | 5 |
| Chilled water | 36 to 50 | 2 | 2 |

**TABLE 8. THICKNESS OF ANTISWEAT INSULATION, MIL. SPEC. MIL–I–15091, MIL–I–16022, MIL–I–2781, and MIL–I–2819**

| Service | Temperature range (degrees F.) | Thickness (inches) for machinery and equipment | Nominal thickness (inches) for piping |
|---|---|---|---|
| Cold water | 32 to 99 | 1-1/2 | 1 |

### Part 4. Application of Thermal Insulation to Pipe or Tubing

**39–31. TEMPERATURES FROM 750° TO 1050° F.**

1. Piping systems with temperatures over 500° F. include superheated steam piping and Diesel exhaust piping. Thermal insulation pipe covering, per Military Specification MIL–P–2781 Grade III is used for services from 750 – 1050° F. and is described in paragraph 39–11. The thickness of pipe covering should be as shown in tables 2 and 3.

2. Single layer molded pipe covering is applied directly on the piping. Side and end joints should be tightly butted. Sections are securely fastened in place with 18–gage (0.049 inch diameter) nickel-copper, brass, or galvanized soft iron wire or metal bands. Use three loops or bands per length of insulating material on pipes up to and including 6 inches and four loops or bands on large pipes. The ends of the wire loops are fastened together to hold the insulating material tightly against the pipe. The wire ends are bent over and carefully pressed into the pipe covering to leave no-projection. In double layer work both the longitudinal and circumferential joints of the second layer are staggered in relation to the first layer and both layers are secured as previously described.

3. Thermal insulating tape as described in paragraph 39–11 is specially suitable for small piping and where space conditions render awkward the use of molded covering. The tape also is suitable for bends. Tape for spiral wrapping should be wired at each 10 inches approximately. Tape for wrapping laterally must be wired at each end of every strip. The lagging should be asbestos cloth Federal Specification SS–C–466, brattice cloth Military Specification MIL–C–788 or tape or glass cloth or tape Military Specification MIL–C–20079.

4. Bends. Where bends are encountered in the piping, the sectional insulating material is cut or mitered as shown in Figures 39–1, 39–2, and 39–3 to fit neatly around the contour of the bend. Care must be taken to insure that each segment is securely fastened in place. All openings and crevices are filled with high temperature cement, Military Specification MIL–C–2861 or finishing cement Military Specification MIL–C–2908, troweled smoothly to a uniform surface. Sharp bends may be insulated with asbestos insulating felt per paragraph 39–11 overlaid with ½ inch of high temperature insulating cement of finishing cement Military Specification MIL–C–2908 finished off smoothly.



SAW CUT TO THIS DEPTH

DETAIL OF INSIDE RADIUS OF PIPE BENDS

Figure 39–1.—Detail of outside radius of pipe bends.

39-31



Figure 39-2.



Figure 39-3.

**39-32.**

1. *Application of glass cloth and tape.* Glass cloth per paragraph 39-12 is fitted on tight and smooth and sewed with fibrous glass sewing thread using a single stitch, three to the inch. Glass cloth and tape may be cemented on with adhesive cement per paragraph 39-13. In general, tape rather than cloth is used for lagging pipe bends. Fibrous glass tape is applied in a spiral wrapping around the pipe. At the start the tape may be stapled to the insulating material or secured with an adhesive. On straight runs, a ¼-inch lap is sufficient. The tape may be furnished with a stripe woven in as a guide for lapping. On bends, the lap should be made at right angles to the axis of the pipe. A new roll of tape is started as if it were to be wrapped in the reverse direction and attached with staples or adhesive. The tape then is brought back over the fastening which thus is concealed from view. Where pipes are located close together, the tape may be applied easily by wrapping it on a smooth rounded edge metal "shuttle". The tape is fastened to the insulating material and the shuttle passed

between the pipes, picked up on the far side, and the tape pulled tight.

2. *Application of asbestos cloth.* Asbestos cloth is fitted on tight and smooth. It may be sewed with asbestos yarn or may be cemented on. Cements described in paragraph 39-13 are suitable for asbestos cloth except for asbestos glass combination. The surfaces to be joined must be dry and clean. Apply the adhesive to the cloth, not to the insulating material. The more rough and porous the surface may be, the more adhesive will be needed. The cloth should be soaked in the solution and the insulating material given a liberal painted coat of the same. The lagging is applied while the surface is still wet.

**39-33. DIESEL ENGINE EXHAUST FLEXIBLE CONNECTIONS**

1. The connections may be insulated by one of the following methods:

a. In accordance with paragraph 39-31 provided the flexible connection is covered with 1-inch galvanized wire mesh before application of the insulating material.

b. Apply asbestos insulating felt per paragraph 39-11 overlaid with a layer of asbestos cloth. Lag in accordance with paragraph 39-31.

**39-34. BULKHEAD EXPANSION JOINTS**

Continue the insulation under the connection with the pipe covering butting each side of the flange which secures the joint to the piping.

**39-35. PIPE HANGERS**

Where pipe hangers are clamped around the piping, the sectional pipe covering may be stopped at the clamp and the space filled with layers of asbestos felt per paragraph 39-11 to the thickness of the covering. A single layer of asbestos cloth which extends over the sectional covering 2 inches on either side is wrapped circumferentially over the felt and is secured by wire through rings and hook fasteners to form a take-down seam. A similar covering may be used on flanges to which are welded anchor lugs for pipe hangers. Hangers may also be insulated by fitting the molded pipe covering as necessary; use insulating cement to complete the installation.

**39-36. TEMPERATURES FROM 501° TO 750° F.**

1. For temperatures between 501° and 750° F., thermal insulation pipe covering, Military Specification MIL-P-2781, classes c or d may be used. The thickness of pipe covering should be as shown in tables 1 and 2. This material is applied in the manner described in article 39-31. Lagging may be in accordance with paragraph 39-32.

**39-37. TEMPERATURES FROM 165° and 500° F.**

1. For temperatures between 125° and 500° F., thermal insulation pipe covering, Military Specification MIL-P-2781, class b, described in paragraph 39-11 is used. Lagging may be in accordance with paragraph 39-32. The thickness of the pipe covering should be as shown in tables 2 and 3.

**39-38. COLD WATER AT ALL TEMPERATURES**

1. Three insulating materials may be used on cold water pipe or tubing.

11

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/14/13   Page 72 of 95   Page ID #:2832
REPRODUCED AT THE NATIONAL ARCHIVES

2. Asbestos insulating felt should be applied to thoroughly cleaned and dried pipe surfaces in the thicknesses shown in table 8. The material is described in paragraph 39–11.

3. The felt is applied in ¾-inch layers which are compressed to ½-inch thickness by 18-gage nickel-copper, brass, or galvanized soft iron wire wound on about 1 inch centers. Joints in adjacent layers of felt are staggered longitudinally and radially. Water-repellent asbestos felt in strip form is applied longitudinally; the width is such as to enclose the circumference of the pipe. The following table gives pipe sizes and widths of felt which have been extensively used for these sizes:

| Width (inches): | Pipe sizes (inches) |
|---|---|
| 6............................. | ½ and ¾ |
| 8............................. | 1 and 1¼ |
| 10............................ | 1½ and 2 |
| 14............................ | 2½ and 3 |
| 17............................ | 3½ and 4 |
| 20............................ | 4½, 5, and 5½ |

4. The asbestos felt is covered with one layer of water-repellent and flameproof sheathing paper which is described in paragraph 39–12. The paper should be tightly wrapped and lapped 3 inches each way. On bent piping the sheathing paper is mitered and fitted tightly. Joints must be sealed completely with adhesive cement Military Specification MIL–C–3316. The lagging may be asbestos cloth per paragraph 39–32 or glass cloth per paragraph 39–32. The lagging should be cemented on with material per paragraph 39–13.

5. Molded-asbestos pipe covering (Spec. MIL–P–2781), which is described in paragraph 39–11, may be used for cold water lines if felt is not available. Apply sheathing paper and lagging in accordance with paragraph 39–39.

## 39–39.  REFRIGERANT

1. Molded cork pipe covering described in paragraph 39–11 is used in the thicknesses shown in table 6. See article 39–39 for other materials suitable for refrigerant at temperatures of 36° F. and over.

2. At the time of installation, the fire-retardant vapor seal may be applied to the cork in the following manner: The inner surfaces of the semicylindrical sections of cork are heavily coated with the compound by brushing and allowed to dry at room temperature for 24 hours. The longitudinal surfaces and ends of each section of the covering are then coated with the compound and the sections are immediately installed, butted together longitudinally, and secured. In the installation of the sections, excess compound which is forced out of the longitudinal joints may be doctored off. The external surface of the covering is then given a brush coat of the compound which is allowed to dry for 48 hours.

3. Pipes must be free from rust and moisture before applying insulation. Sectional covering should be applied with end joints broken by starting with one half-and one full-length piece. Longitudinal joints should be at the top and bottom of the pipe. Wire the sections in place with at least six copper-clad wires per 36-inch section. When the pipe passes through an insulated wall into a refrigerated

room, the pipe covering should extend into the room 1 inch beyond the wall. Pipe bends are insulated by mitering regular sectional covering to fit the bend, using pieces small enough to give approximately full contact between the pipe and the covering. Pipe hangers must be on the outside of the covering and not in contact with the pipe. Frost will collect around the supporting rod of a hanger attached directly to the pipe and will eventually work under and split off the covering at that point. A 12- to 18-gage galvanized sheet-steel shield should be used between the hanger and covering where the pipe rests in the hanger. The shield should extend at least 3 inches on each side of the hanger. Glass or asbestos cloth or tape lagging should be applied in accordance with paragraph 39–32.

## Part 5.  Application of Thermal Insulation to Valves, Fittings, and Flanges

## 39–51.

Permanently insulated valves and fittings should be covered to the same total thickness as the adjacent piping. Valves and fittings which are welded into the line are insulated permanently. Flanged valves and flanged fittings may have permanent or removable type insulation. Where the pipe covering is terminated at flanges, provision must be made for removal of the flange bolts or bolt-studs. The pipe insulation may be stopped off squarely and a short removable section of insulating material of sufficient length to permit the withdrawal of the bolting may be inserted. A less desirable method is to omit the short removable section of insulation by terminating and beveling off the pipe covering at the necessary distance from the flange.

## 39–52.  COVERS

1. Readily removable and replaceable covers should be provided on the following piping elements requiring insulation:

   a. Flanged joints (except valve bonnet joints) on all sizes of main and auxiliary steam piping carrying steam having a total temperature of 389° F. (205 p. s. i. saturated steam) and over, including flanged joints on all root connections and root valves thereon, such as valve bypasses, drain connections, pressure gage connections, etc.

   b. Flanged joints on piping and adjacent to machinery units which must be broken when these machinery units are opened for inspection and overhaul, such as steam exhaust connections, feed pump suction and discharge connections, steam drain connections, etc.

   c. Valve bonnets on all valves over 2 inches in size, working pressure of 300 p. s. i. and over, carrying fluids 240° F. and over.

   d. Pressure reducing and pressure regulating valves, pump pressure governors, and strainer bonnets.

## 39–53.  METHODS OF MAKING COVERS

1. Readily removable and replaceable covers for piping elements are made by the following methods:

2. Rigid covers made in two halves filled with asbestos felt are shown in figures 39–4 and 39–5. Covers are sewn and quilted with wire inserted asbestos yarn Federal Specification SS-C-466 Type II in such a manner as to provide a uniform thickness. Wire inserted asbestos cloth Federal Specification SS-C-466 Type I Grade G is

REPRODUCED AT THE NATIONAL ARCHIVES

used on the inside of the covers to provide strength and rigidity. Asbestos cloth Federal Specification SS-C-466, Type I Grade B is used on the outside surface of the cover if the temperature of the insulated surface does not exceed 500° F. For temperatures over 500° F. asbestos cloth Federal Specification SS–C–466 Type I Grade D is used on the outside of the cover. Flexible asbestos millboard, 1/8 inch thick, is inserted between the asbestos felt and the asbestos cloth so as to retain the cylindrical shape of the cover. Hard asbestos millboard, 1/4 inch thick, enclosed in asbestos cloth of the type used on the outside of the

cover is sewn on the ends of the cover. Where the flange diameter is larger than the outside diameter of the adjacent pipe-covering, build-up pieces are made of asbestos felt encased in asbestos cloth Federal Specification SS-C-466 Grade D, secured by stitching to the inside of the cover. The halves of the cover may be fastened around the equipment by means of 1/16 inch diameter soft galvanized iron rope laced through brass or galvanized steel hooks or rings, or covers may be secured by snap fasteners. Fastenings fixed to cloth lagging must be backed up by washers on both sides of the cloth.



FIGURE 39—4



FIGURE 39—5

square mesh of 18 gage (0.049 inch diameter) galvanized steel wire. The wire mesh frames inside and outside of the block insulation have the ends bent over and joints secured with 18-gage, black-annealed, iron wire woven through the mesh. Insulating cement of the same material as the blocks is trowelled smoothly over all surfaces of the mesh. Asbestos roll fire felt Military Specification MIL-F-20077 may be used to build up the cover where the flange diameter is larger than the outside diameter of the adjacent pipe-covering. Covers should be lagged with asbestos cloth Federal Specification SS-C-466 Grade D tightly and smoothly fitted to envelop the outside and ends. Where double layer insulation is used, the two sections of the cover should be fitted together with a scarfed joint. Care must be taken in the workmanship to insure straight and true jointing surfaces of the sections with the view of reducing the heat loss at the joints. Bands and eyelets of galvanized steel are used for securing the cover around the equipment.

3. A rigid cover made up of segments of block insulation of the same material used for pipe covering is shown in figure 39–6. Block is securely wired to frames of ½ inch

REPRODUCED AT THE NATIONAL ARCHIVES

39—53  BUREAU OF SHIPS TECHNICAL MANUAL

39—55



FIGURE 39—6

4.  Rigid covers similar to those described in paragraph (2) above may be made of fibrous sectional pipe-covering [Military Specification MIL-P-2781] of the same thickness as that on the adjacent piping.  The pipe-covering is strong enough so that the wire frames are not required.

5.  Where the rigid covers described above are not practical, for example because of restricted space, flexible covers, as shown in Figure 39-7, may be used.  These covers are similar to those described in paragraph (1) above except that the millboard is omitted.

e.  The pieces of cloth are sewn together before filling with asbestos felt as much as it is practical to do so.  Stitching is done from the inside where possible in order to improve the external appearance.

f.  Before filling the cover with asbestos felt, a 3/16-inch diameter steel rod is inserted along the entire length of the outside lap of the joint.  The rod is secured in place by stitching with asbestos sewing thread.  This rod provides a straight hard edge at the outside of the lap, thus providing a greatly improved appearance and serving to hold the shape.

g.  A stiffener strip, which consists of asbestos cloth of the same type used for the outside covering, is placed under the outside covering; its width should extend far enough to include the lacing washers and rings.  The strip is well soaked in silicate of soda or adhesive cement and allowed to dry prior to insertion in the cover.  The strip will be reasonably rigid but flexible enough to bend to the curvature of the cover.  This piece of cloth serves to stiffen the surface of the cover in way of the lacing rings, washers, and wire and eliminates the corrugations caused by them.

h.  The overlap is made to reduce the heat loss at the joint.  It allows additional flexibility for drawing the



FIGURE 39—7

6.  Flexible flange covers shown in figure 39-8 may be made as described below:

a.  A circular wooden form is first made up with a diameter equal to the flange diameter for which the particular cover is going to be made.

b.  The inner and outer covering of the flange covers are made of asbestos cloth.  The inner cloth is laid over the form and accurately cut to the length required with allowance for stitching so that the finished inside surface will be smooth and free from wrinkles.

c.  The end pieces of the cloth are cut circular to suit inside and outside diameters with the necessary allowance for stitching.  The cloth cut in this form will eliminate puckers and wrinkles.

d.  The outside cloth covering is cut in the same manner as described in (b) above.

ends of the cover together and provides a margin to take care of any difference in diameter that may occur.

39—54.

Spaces between removable covers and the surfaces they insulate should be packed with pieces of asbestos felt to exclude all air possible.  On covers which do not fit tightly about the adjacent pipe covering, spaces should be calked with suitable material such as narrow strips of asbestos cloth.

39—55.

The foregoing description of the use of removable covers is applicable to the latest construction.  Existing installations need not be changed simply to conform to these requirements but changes made only when replacement is necessary.

Case 2:12-cv-03013-SVW-PJW Document 128-8 Filed 02/11/13 Page 75 of 95 Page ID #:2835



FIGURE 8

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 76 of 95   Page ID #:2896

REPRODUCED AT NATIONAL A...

**39-56.**

1.  Valves, fittings and flanges not included in article 39-52 may have permanent insulation; the following applies to temperatures of 125° F. and up:

a.  For sizes 3½ inches and under, an all cement insulation may be used. Apply insulating cement, usually in accordance with MIL-C-2861, Type B, in ½ to ¾ inch thick layers to cover the bodies, flanges, and bonnets. Each layer of cement must be permitted to dry before the next is applied. Heat should be applied from within as soon as practicable and within 24 hours after installation of the cement to dry out the insulation and avoid corrosion of the metal. After drying, a coating ½ inch thick of high temperature cement tempered with Portland cement or equal (4 parts cement to 1 part Portland cement) or a coating of asbestos finishing cement per Spec. MIL-C-2908 is applied and trowel-rubbed to a smooth finish. Lagging should be in accordance with paragraph 39-12.

b.  A method similar to that of paragraph (a) above but having a form of wire-reinforced asbestos cloth, Federal Specification SS-C-466 Grade C, over which the cement is applied is shown in figure 39-9. Spaces around the bolts should be packed with asbestos felt.



INSULATING CEMENT
FINISHING CEMENT
WIRE INSERTED
ASBESTOS CLOTH
SECTIONAL PIPE
COVERING
LAGGING
PIPE
COVERING

FIGURE 39-9.

c.  All sizes may be insulated by cutting asbestos felt, Military Specification MIL-F-15091, in suitable widths and building up the thickness required to match the adjoining pipe covering allowing for ½ inch of finishing cement. On valves and fittings the felt should be carried over the flanges to the end of the sectional pipe covering. Spaces that cannot be filled with the layers of material should be completely filled with loose asbestos felt. Fix the first layer of asbestos to the metallic surface with adhesive cement, preferably of the type described in paragraph 39-13. Layers of felt are secured in position with black or galvanized iron wire and overlaid with 1-inch-square wire mesh. A ½-inch layer of cement as described in paragraph (a) above is applied. Lagging should be in accordance with paragraph 39-12. See figure 39-10.

**39-57.**

Valve bodies and fitting bodies may be permanently insulated as described in paragraph 39-55 but the felt is not carried over the flanges; the latter are insulated with removable covers.



SECTIONAL PIPE
COVERING
SECTIONAL PIPE
COVERING
FINISHING CEMENT
ASBESTOS FELT

FIGURE 39-10.

**39-58.  COLD WATER AT ALL TEMPERATURES**

1.  Valves, fittings, and flanges for cold service do not have removable covers because the insulation must be tight against the penetration of moisture. The following methods are used:

a.  Insulate in a manner similar to that described in paragraph 39-56 using either plain or water-repellent asbestos felt per Military Specification MIL-F-15091. Wire should be galvanized. Felt need not be covered with finishing cement. Place a layer of water-repellent and flameproof sheathing paper, which is described in paragraph 39-12, over the felt; paper should be mitered, lapped, and fitted carefully. Use adhesive cement, Military Specification MIL-C-3316 Type II, to secure and seal the paper. Lagging should be the same as used on the cold pipe; see paragraph 39-39.

b.  Insulate as described in paragraph (a) above but use mineral wool pipe covering instead of asbestos felt.

**39-59.  REFRIGERANT.**

For temperature of 36° F. and over the methods described in articles 39-58 or molded cork may be used. Below 36° F. molded cork valve, fitting, and flange covers must be used for insulating refrigerant lines. Covers should be of the same thickness as adjacent pipe insulation. For the most generally used sizes, valve and fitting covers are furnished in two sections. The method of application outlined in paragraph 39-40 is used. Sections of cork covering made for pipes should not be mitered to form makeshift covers for flanged elbows or other fittings. Flanged fitting covers are applied after covering has been installed on the piping and rest upon the outside of the pipe covering. For other than flanged fittings, the covers are wired on first and the straight pipe insulating material is wedged in tightly between the fittings. To make the cork fit properly, cut the straight pipe covering rather than the fitting covers. Make cuts square to secure tight joints. Carefully wire the covers in place using not less than four 12-gage, copperclad, steel wires for each soldered fitting, and not less than six wires to each flanged fitting. Cement filler and putty used in commercial application of cork insulation must not be used because such materials are flammable.

**Part 6.  Application of Thermal Insulation to Machinery**

### 39—71.  RECIPROCATING ENGINES

1.  Propulsion reciprocating engine steam cylinders, valve chests, and other steam enclosing surfaces are insulated with 85 percent magnesia or asbestos blocks which are described in paragraph 39-11. Insulation thickness shall be as shown in table 4. The blocks should be carefully fitted to the metallic surface. Where there are two layers, all joints should be staggered. The blocks should be firmly fastened in place with 1/8-inch galvanized steel cables spaced on 9-inch maximum centers. One-inch mesh, galvanized, wire netting of 18-gage wire is then spread over the surface and held by wiring to the steel cables. All joints should be neatly pointed with high temperature insulating cement per paragraph 39-11, and a layer of ½ inch finishing cement to cover the netting and tie wires completely trowelled on smoothly. Cylinders and valve chests are neatly lagged all over with 24-gage, galvanized, sheet steel per paragraph 39-12. Upper cylinder heads are insulated as described above but are arranged with cast-iron plates with nonslip upper surfaces instead of sheet-metal lagging. Metal lagging may be secured by using lap joints with a bead on the exposed edge, fastened with hardened self-tapping screws making their own thread in punched holes.

2.  Auxiliary reciprocating engines may be insulated as described in paragraph 39-71. Asbestos felt per paragraph 39-11 may be used in place of blocks if it is considered more practicable.

### 39—72.  TURBINES

1.  All surfaces of propulsion and auxiliary turbines which have a maximum operating temperature of 125° F. or more should be insulated by one of the methods described in this section. Thickness of insulating material should be as shown in table VI.

a.  Surfaces which can be permanently insulated may be covered with sufficient layers of asbestos felt per paragraph 39-12 to make up the required thickness. Joints of adjacent layers should be staggered. Layers of felt may be held to one another with adhesive cements per paragraph 39-12. Felt should be firmly secured with 1/8-inch, flexible, galvanized, steel cable spaced on 9-inch maximum centers around the outside layer. The cable may be fastened to steel hooks welded to the casing where required. No holes should be drilled in the casing. One-inch mesh netting of 18-gage, galvanized, steel wire is spread over the felt and secured by 18-gage wire to the cables. A ½-inch thick coating of finishing cement Military Specification MIL-C-2908 or of insulating cement MIL-C-2861 tempered with Portland cement or equal (4 parts insulating cement to 1 part Portland cement) is applied over the netting and trowel rubbed to a smooth finish. After drying 24 hours, an adhesive insulation cement per paragraph 39-12 is applied to the hard cement finish and allowed to dry for 1 hour, after which a second coat of the same cement is applied and allowed to dry. Lag the insulation with glass cloth or asbestos cloth of the correct type indicated in paragraph 39-13. Galvanized steel rings backed up by galvanized steel washers fastened on both sides of the lagging should be attached to the permanent insulation

adjacent to removable blankets. These blankets are used to cover the flange joint between the upper and lower casings. They are formed by quilting layers of asbestos felt together with fine nickel copper alloy or brass wire or asbestos twine per paragraph 39-12. The turbine side of the blanket is covered with wire-inserted asbestos cloth and the outer surface is covered with plain asbestos cloth of the type recommended.

2.  Blankets are secured to the permanent insulation with 18-gage, galvanized iron or copper wire laced through metal hooks or eyes attached to the edges of the blankets and the rings on the permanent insulation. It is preferable that blankets should project well over the insulation of the adjacent surface. Blankets should be shaped to fit accurately, and spaces between them and the hot metallic surfaces should be completely filled with loose asbestos. (See fig. 39-11.)

3.  Another method is to use the same procedure outlined in paragraph (1) above with mineral wool blanket insulation per paragraph 39-11 instead of asbestos felt for both permanent and portable insulation. Removable blankets made with mineral wool should be covered with ¼-inch of asbestos roll felt per paragraph 39-11 previous to enclosing them with asbestos cloth.

4.  Thermal block insulation per paragraph 39-11 may be used for permanent insulation. Prior to applying the block, all irregularities of the turbine surface should be filled to form a smooth surface with high temperature cement. Insulation cement should be used to point up joints between the layers of block and all crevices should be filled. The block covering is held in place by 1/8-inch, flexible, galvanized steel cable spaced on 9-inch maximum centers. The cable may be fastened to steel hooks welded to the casing where required. One-inch mesh netting of 18-gage, galvanized steel wire is spread over the outer layer of block and secured by 18-gage wire to the steel cables. Finishing cement and lagging are applied as described in paragraph (1) above. Removable insulation also is the same as outlined in that paragraph.

5.  High-temperature insulating cement, as described in paragraph 39-11, is sometimes used to form the complete permanent insulation. It is applied in layers less than 1 inch thick and is reinforced with wire mesh. Each layer must be permitted to dry thoroughly before applying more cement. Finishing cement and lagging are applied as indicated in paragraph (1) above. Removable insulation is the same as outlined in that paragraph.

### 39—73.  BOILER STEAM DRUMS, WATER DRUMS, AND HEADERS

1.  For insulation of boiler casings and refractory linings see chapter 51. See table VI for thicknesses of insulation.

2.  Drum shells may be covered with sufficient layers of asbestos felt per paragraph 39-11 to make up the required thickness. The method described in paragraph 39-72 (1) should be followed. Figures 39-12 and 39-13 show a typical installation including the manhole cover of asbestos felt enclosed in a container made of 16-gage sheet metal per paragraph 39-11. Sometimes metallic lagging of 20-gage, galvanized sheet steel is used in lieu of asbestos cloth, as shown in Figure 39-14. The sheet steel is fastened with ¼-inch machine screws to ¼-by 1-inch flat bars

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 78 of 95   Page ID #:2838



REMOVABLE BLANKET
STEEL RINGS
STEEL WASHERS
COPPER WIRE
STEEL WIRE MESH
ASBESTOS CLOTH
ASBESTOS FELT
FINISHING CEMENT
ADHESIVE CEMENT
IRON WIRE
REMOVABLE BLANKET

REMOVABLE BLANKET

ASBESTOS CLOTH
ASBESTOS FELT
ASBESTOS CLOTH
(WIRE REINFORCED)
REMOVABLE BLANKET

₵ OF TURBINE

TONGUE                                                        TONGUE

$1\frac{1}{8}$" WIRE

EQ. PIPE                 EQ. PIPE

Figure 39–11.

18

39–73

bent to a suitable radius and imbedded in the finishing coat of cement.



Figure 39–12.

3. Another method is to follow the procedure outlined in paragraph (1) above, but using mineral-wool-blanket insulating material per paragraph 39–11 instead of asbestos felt. The type secured between 1-inch wire mesh and expanded lath should be used; the latter side should face outward. The drum ends may be insulated with high-temperature insulation cement of the rock or mineral-wool type described in paragraph 39–11. Each layer of cement should be between ¾ and 1 inch thick and allowed to set for 24 hours or till dry. The manhole cover and the lagging should be of the type described in paragraph (1) above.

4. Block insulation may be used for drum shells. Materials are described in paragraph 39–11. Also large-size segmental pipe covering may be used. Application of this type of insulating material is outlined in paragraphs 39–71 and 39–72. The drum heads may be insulated with asbestos felt as described in paragraph (1) above or with cement as described in paragraph (2) above.

5. Superheater headers may be insulated with custom-made blankets of asbestos felt enclosed in asbestos cloth. These blankets are laced to studs welded to the superheater support plate. Downcomer tubes and soot-blower piping should be insulated in accordance with part IV covering pipes and tubing.

THERMAL INSULATION                                              39–75

CUSTOM MADE BLANKET OF ASBESTOS CLOTH AND ASBESTOS FELT SEWED TOGETHER WITH ASBESTOS YARN.

ASBESTOS CLOTH
¼ & ⅛ WIRE
STEEL WASHER
15 GAGE SHEET STEEL
HANDLE
ANGLE BAR
15 GAGE SHEET STEEL

Figure 39–13.

## 39–74. UPTAKES

1. Uptakes and breechings are constructed with an inner and outer casing between which the insulating material is placed. Glass fiber batts described in paragraph 39–11 may be used. It may be secured in place by wiring it to T bars which are suitably spaced and attached to the inner casing. Also it may be secured by impaling it on studs used to support the outer casing. Washers made of asbestos millboard per paragraph 39–12 may be placed on the studs to hold the batts in place until the outer casing is installed.

2. Mineral wool blanket insulation per paragraph 39–11 (15) also may be used for insulating uptakes. It should be wired in place with separate pieces butted closely together.

## 39–75. LOW PRESSURE DISTILLING PLANT

1. The evaporator shells and the upper half of the evaporator ends, the vapor feed heaters, and air ejector condensers are permanently insulated with asbestos felt and cement with lagging in the manner described in paragraph 39–72. The lower half of the evaporator ends should

19

Case.2:12-cv-03013-SVW-PJW Document 128-8 Filed 02/11/13 Page 80 of 95 Page ID #:2840



**Figure 39-14.**

be covered with removable asbestos felt blankets of the type discussed in paragraph 39-72. Refer to table VI for recommended thicknesses of insulation. The removable blankets may be fixed to 22-gage, galvanized sheet steel covers made in sections to suit the installation. Sections are held together and to the evaporators with ¼-inch machine screws or self-tapping screws. The blankets are secured to the metallic lagging by 18-gage, galvanized iron, or copper wire through rings attached to the blankets and hooks welded to the steel lagging.

2. The condensate cooler should be covered as is required for cold water service. Use a 1-inch layer of asbestos felt and cement the same as on above apparatus. Over the cement apply one layer of water-repellent and flameproof sheathing paper with vapor seals as instructed in paragraph 39-39. Lag with asbestos or glass cloth.

SECTION II. THERMAL INSULATION AND ACOUS-
           TICAL TREATMENT OF COMPART-
           MENTS AND DUCTS

Part 1. General

**39-101. SCOPE**

This section covers the utilization of thermal insulation and acoustical treatment on the structure of ships and their ventilation and air conditioning systems.

**39-102. THICKNESSES**

1. *Thermal insulation.* a. The rate of heat flow through a homogeneous insulation is in inverse proportion to the thickness. When installed, however, the insulation can no longer be considered as homogeneous since the structure to which it is secured and the air films on either side of the composite structure-and-insulation must be considered. Because of this, equal increments in the thickness of insulation do not yield equal reductions in rate of heat transfer. Practically, this consideration means that small variations of insulation thickness do not materially affect the rate of heat flow and therefore, the corresponding ventilation air volumes required. As a result, it has been possible to adopt uniform thicknesses of insulation for varying rates of heat transfer at different temperature levels. The thicknesses in general use are:

(1) *One inch.* For all spaces requiring insulation where exposed to the sea or weather, for insulated boundaries of air conditioned spaces, drying rooms, galleys, bakeries, pantries, sculleries, and spaces containing machinery or apparatus causing high temperature and subject to intermittent use, and for spaces where insulation is used as a fire retardant medium.

Case 2:12-cv-03013-SVW-PJW   Document 128-8   Filed 02/11/13   Page 81 of 95   Page ID
#:2841
REPRODUCED AT THE NATIONAL ARCHIVES

(2) *Two inches.* For the plane surfaces of insulated boundaries of spaces, such as enginerooms, firerooms and uptake spaces, and evaporator rooms, containing machinery or apparatus causing high temperatures and subject to constant use.

(3) *Minimum of six inches.* For refrigerated spaces other than 0°F. freeze rooms.

(4) *Minimum of nine inches.* For 0°F freeze rooms.

(5) *Three-quarters or one inch.* For ventilation and air conditioning ducts requiring insulation.

(a) Other thicknesses are installed to meet special conditions. As an example, on destroyer – type ships where weight is a primary consideration, 3/4-inch thick insulation has been used in lieu of 1-inch board. If there is any question as to the thickness of insulation to be installed when replacing insulation, the insulation plans for the vessel should be consulted. For new designs the thicknesses of insulation to be installed are specified in the detail specifications for the particular ship. In the absence of any specific instructions, the use of thicknesses given above is acceptable.

2. Acoustical absorptive treatment. One inch thick sound absorbing blanket – For ventilation and air conditioning ducts requiring acoustical absorptive treatment.

a. Two inch thick sound absorbing blanket – For compartments.

## Part 2.  Hull Thermal Insulation

### 39-111.  APPLICATIONS

"Hull thermal insulation" is the term given to the insulation which is applied to the shell, bulkheads, overhead, and the structural members of these components of a ship's hull to differentiate it from the thermal insulation applied to equipment, refrigerated spaces, and ducts. The hull insulation is installed in the locations and thicknesses enumerated in Section S39–1 of the General Specifications for Ships of the United States Navy and in the detail specifications for the particular ship.

### 39-112.  MATERIALS

1. Hull insulation used on naval surface ships and on certain boundaries of submarines consists of fibrous glass insulation board conforming to Military Specification MIL-742, Type I or Type II.

a. Type I insulation board consists of glass fiber impregnated with a binder and formed into a board, and faced with a layer of treated and hardened fibrous glass cloth which provides a rigid, damage-resistant surface.

b. Type II insulation board consists of glass fiber impregnated with a binder and formed into a board. It is not furnished with a cloth facing, but is faced during installation.

2. Fibrous glass tape used for covering the seams formed by the adjacent panels of Type I insulation board conforms to Military Specification MIL–C–20079, Class C, without resin treatment, and is secured to the insulation board with adhesive, Military Specification MIL–C–3316, Type II.

3. Cotton brattice cloth used for facing Type II insulation board conforms to Military Specification MIL–C–788

and is secured to the insulation board with adhesive conforming to Military Specification MIL–C–3004.

4. Types I and II insulation boards are attached to the ship's structure by use of studs conforming to Military Specification MIL–S–18109 and fasteners shown on Bureau of Ships Hull Standard Plan No. 805–1343696.

5. Vapor barrier coating compound, conforming to Military Specification MIL–C–19993, is applied over the exposed surfaces of fibrous glass hull insulation board installed on the warm side of refrigerated spaces boundaries and in drying rooms, where because of large difference in temperatures or high humidities, condensation is apt to occur.

6. Hull insulation used on submarines to insulate the pressure hull consists of compressed corkboard, conforming to Federal Specification HH–C–561.

7. High initial bond adhesive conforming to Military Specification MIL–A–18065, is used to secure corkboard to the pressure hulls of submarines.

### 39-113.  INSTALLATION

1. The metal boundary, which is to be insulated, is inspected to determine that the protective coating is intact and the surface is free of any grease or dirt. Where necessary, the metal surface should be touched up as specified in Bureau of Ships Technical Manual Chapter 19. At the time the surfaces are inspected, measurements should be made of the structural members whose flanges and webs are to be insulated. Prefabrication of insulation into wrapping has been found to be the best method of covering structural members, since a minimum of cutting fitting is thereby required. The method consists essentially of cutting V-grooves, properly spaced, removing the loose strips of board and then bending to shape for fitting around the flanges and webs. If type I insulation board is used to insulate the structural members, the kerf-cutting knives are adjusted to reach just below the cloth facing; if type II unfaced insulation board is used, the kerf-cutting knives are adjusted to reach to about 1/4-inch below the surface and thus the board is held together.

2. There are two acceptable methods for securing the board to the structure. In one, the studs are laid out and welded in place on the structure, with due regard to the number required and dimensions and contour of the section of board to be installed. The board is then impaled over the studs. In the other method, each section of board is first fitted into place, and locations of the studs determined by punching through the board to mark the metal. The board is then removed, the studs welded, and the board then slipped over the studs through the holes previously formed. In both methods, after the board is in place and pressed firmly against the structure, the fasteners are secured over the studs. Sufficient studs must be used to hold the board firmly and evenly against the structure. Welding of the studs and testing of the welds is to be done in accordance with Bureau of Ships Technical Manual Chapter 95.

3. When Type I faced insulation board is installed, fibrous glass tape is applied over the seams where the boards are butted together and secured to the board facings with adhesive conforming to Military Specification MIL–C–3316, Type II.

21

39–113 BUREAU OF SHIPS TECHNICAL MANUAL

4. When Type II unfaced insulation board is installed, no tape is used over the seams. One full hiding coat of adhesive, conforming to Military Specification MIL–C–3004, is applied with a brush or trowel over the board. Cotton brattice cloth, Military Specification MIL–C–788 is applied over the board, lapped about 1 inch on intersecting surfaces, and pressed smooth. Another coat of the adhesive is applied over the cloth as heavily as necessary to fill all interstices of the cloth and to insure the adherence of the cloth.

5. Sheathing is not normally permitted over hull insulation board Type I faced board and Type II unfaced board faced with brattice cloth are tough and resistant to almost all forms of damage and, therefore, do not require any sheathing.

6. After the board is installed, it is painted to match the other surfaces in the compartment.

7. Vapor barrier coating compound, Military Specification MIL–C–19993, is applied in three brush coats of white, orange, and white in that order over the exposed surfaces of fibrous glass insulation board installed on the warm side of refrigerated spaces boundaries and in drying rooms. No holidays should exist in any single coat of vapor barrier coating compound.

8. Details of the installation thermal insulation in compartments are shown on Hull Type Plan BUSHIPS No. 805–1749057.

## 39–114. INSPECTION

Hull insulation should be inspected at least at semi-annual intervals together with other portions of the hull structure. Areas behind insulation on weather and sea boundaries of ships operating in cold waters (below 40°F.) and in ammunition spaces, where condensation is likely to occur, should be inspected during overhauls to insure that corrosion has not occurred on ship's structure. Action should be taken to have all damage, including that considered as minor, repaired at once since prompt repair will forestall development into major repair jobs.

## 39–115. REPAIR

1. Two procedures for repair of damaged fibrous glass insulation board have been established; one for accomplishment by ship's forces, and the second by qualified repair activities.

2. Each ship fitted with fibrous glass insulation board has an allowance of fibrous glass tape and type II adhesive for shipboard repair of small tears, dents, gouges, and similar damage to the insulation. Application of the tape will, in most instances, prevent further damage and insure the continued serviceability of the insulation until the next overhaul of the vessel when, if warranted, more extensive repairs can be made.

3. For extensive repairs to the insulation, in most instances the insulation may, in lieu of being replaced, be repaired economically with a resultant condition at least equal to that of newly installed board. The method, which is similar to that used to face type II unfaced board, is based on the fact that most damage occurs initially to the cloth surface, and leaves the body of the board relatively intact.

a. Before the cloth covering is applied, the damaged insulation is prepared as follows:
 (1) Missing studs are replaced.
 (2) Minor cuts, tears, and dents are repaired.
 (3) Studs and fasteners are covered with small patches of cloth in order to provide a uniform foundation for the overall cloth.

b. After the damaged insulation has been prepared, cotton brattice cloth is cut to fit a suitable section of the area to be covered. A typical application would take a single piece of cloth from deck to overhead between structural members. The corresponding section of insulation is given a coat of adhesive, conforming to Military Specification MIL–C–3004, applied with either a brush or trowel, and the cloth is set in place and pressed smooth. A top coat of adhesive is then applied on the cloth as heavily as necessary to fill all interstices of the cloth and insure the adherence of the cloth.

## Part 3. Antisweat Treatment

## 39–121. MATERIALS

For vermiculite paint materials and methods of application, see Bureau of Ships Technical Manual Chapter 19.

## 39–122. APPLICATIONS

1. Vermiculite paint is applied on the warm side of uninsulated boundaries, including webs and flanges of beams and stiffeners in the following locations:
 a. Interior surfaces, including uninsulated flanges, of all spaces, except tanks, voids, and heat producing spaces, exposed to the sea or weather, or where sweating will occur because of opposite extremes in temperature.
 b. Deck under and all vertical boundaries of air conditioned spaces common to spaces that are not air conditioned.
 c. Exterior surfaces of water tanks in way of all spaces except voids.
 d. Under surfaces of gravity cooling coil drain troughs and exteriors of cans used to collect cooling coil drainage.
 e. Vermiculite paint is applied to hangers, brackets, clips, and other members secured to or penetrating boundaries exposed to the sea and where dripping will affect electric installations.

## Part 4. Refrigerated Stores Spaces

## 39–131. APPLICATIONS

The refrigerated stores spaces are insulated in order that they may be maintained at the low temperatures required for proper preservation of the perishable foods carried. On all ships some built-in refrigerated stores spaces (as distinguished from household type refrigerators used in ships' pantries) are provided, although the number and size of the individual spaces vary from ship to ship. Typical refrigerated stores spaces are 30°F. chill rooms and 0°F. freeze rooms.

Although there are several types of refrigerated stores space construction, the standard construction used on most naval ships complies with hull type plans, Bureau of Ships Numbers S5904–860247, S5904–860248, S5904–860249, and S5904–860250.

22

PRODUCED AT THE NATIONAL ARCHIVES

## 39–132. MATERIALS

1. The construction of refrigerated stores spaces in accordance with the above plans involves installing insulation on all boundaries within the group of spaces and then lining the interiors of these spaces with metal sheathing. Insulation is fibrous glass insulation felt, Military Specification MIL–I–15475, fibrous glass insulation felt, Military Specification MIL–I–16022, Class 5, or mineral fiber insulation felt, Military Specification MIL–I–16588. Either corrosion-resisting steel, Federal Specification QQ–S–00–766, Class 430, 2B finish, or nickel copper alloy, Federal Specification QQ–N–281, Class A, cold rolled sheets, satin finish, may be used for the sheathing. The thickness of the ceiling and bulkhead sheathing is 0.0299 inch and that of the floor is 0.0747 inch. The minimum insulation thicknesses are 6 inches for outer boundaries of chill rooms, 9 inches for outer boundaries of freeze rooms, 4 inches on each side of structural bulkheads between refrigerated spaces, 6 inches on nonstructural bulkheads between refrigerated stores spaces, and 6 inches on the decks and 4 inches on the underside of decks between refrigerated stores spaces. Floor bearer supports and ceiling supports are made of laminated phenolic blocks, Military Specification MIL–P–3115 or MIL–P–17549, or compressed impregnated wood, Military Specification MIL–W–2872, to reduce the flow of heat from the structure to the sheathing.

2. All materials are of adequate strength to carry the heavy loads imposed on the sheathing when the spaces are filled with supplies.

3. All parts of the breather opening are composed of brass.

## 39–133. INSTALLATION

1. Installation of the component materials for the refrigerated stores spaces follows the details shown on the hull type plans listed in article 39–131. Special attention is given to the instructions for maintaining the watertightness of the completed lining and for insulating all the supporting structure from the ship's structure. All butts in floor plates are welded watertight by the step-back method, and the start and stop of each increment chipped and cleaned before the closing increment is laid.

2. Before the insulation and sheathing are installed, the structural bulkheads are tested for airtightness. Breather openings, as required in the plans, are installed high in the sheathing on each bulkhead and door of the refrigerated stores spaces. On bulkheads and doors forming the partition between two refrigerated stores spaces, the breather openings are installed only on the colder side of the partition. Label plates bearing the inscription, "Keep plug out except when defrosting, washing down, or air testing", are soldered on sheathing alongside each breather opening.

3. Sheathing supports and ship's structure behind sheathing are given two coats of red lead, Formula 116, in addition to the after pickling primer (see Bureau of Ships Technical Manual Chapter 19).

## 39–134. BREATHER OPENINGS

1. A considerable tendency (pressure) exists for the water vapor in warmer air to migrate to colder air. When-

ever the temperature at any point within a partition becomes lower than the dew point of the air, condensation of the water vapor tends to occur at that point. In refrigerated stores spaces, the dew point is usually located somewhere in the insulation. The presence of water in the insulation is undesirable since it reduces the efficiency of the insulation.

2. The practical way of keeping the insulation dry is to construct the refrigerated stores spaces so that the resistance to water vapor flowing into the insulation is considerably greater than the resistance to its escaping. This is accomplished in spaces constructed in accordance with the hull type plans listed in 39–131 because the outer boundaries are practically airtight while openings are left in the interior vertical sheathing. Since the coldest air is at the coils, moisture in the insulation, if any is present, migrates through the breather openings to the coils.

3. The breather plugs are inserted in the breather openings when defrosting or washing down the spaces in order to seal the sheathing and prevent moisture entering the insulation and when conducting air tests to determine the tightness of both sheathing and surrounding structure. At all other times the plugs are kept out in order to permit the migration of moisture from the insulation.

## 39–135. INSPECTION

1. The sheathing should be inspected and tested periodically to ascertain that watertightness is being maintained at all seams and that the sheathing has not been punctured. All such defects should be repaired immediately, for, if the insulation is allowed to become water soaked, it will cease to be effective.

2. Deck drains should be opened periodically to determine whether water has penetrated sheathing and accumulated on the deck beneath.

3. Insulation should be checked as a possible source of trouble, due to becoming water soaked, if design temperature cannot be maintained.

## 39–136. REPAIR

1. The repair required will depend on the nature of the damage. When extensive deck repairs are indicated, the condition of the deck insulation should be ascertained by inspection. Holes 12 to 18 inches square are cut in the deck. Deck areas of less than 250 square feet require only one hole cut in the center; deck areas exceeding this figure require additional holes cut in the corners. If standing water or excessive moisture is found, leaks should be looked for and repaired. Then the insulation should be dried by blowing warm air through one or more inspection holes while venting through others. When the insulation is dry, the deck should be repaired. When repairs are made to the vertical sheathing, the bulkhead insulation is inspected to determine if the steel structure is corroded. Wet insulation is dried in a manner similar to that used for drying deck insulation.

2. If repairs are sufficiently extensive to require replacement, the spaces are to be restored in accordance with the original specifications.

39–137  BUREAU OF SHIPS TECHNICAL MANUAL

## 39–137.  OTHER REFRIGERATED STORES SPACE CONSTRUCTIONS

1.  Minesweepers.  Several types of construction are used on these ships.

a.  Spaces are constructed in accordance with the hull type plans listed in article 39–131 except that non-magnetic materials are substituted wherever ferrous materials, other than corrosion-resistance steel, are specified on the plans.

b.  Spaces are built almost totally of wood except that for sanitary reasons the inner sheathing is corrosion resistant steel.  The exterior boundaries are constructed of plywood internally framed and supported off the deck on 2-inch by 4-inch longitudinal beams.  A vapor barrier such as asphaltic emulsion and asphalt paper is applied to the interior surfaces of all exterior boundaries.  Fibrous glass or mineral fiber insulations are used in these spaces.  Breather openings are provided in the inner sheathing bulkheads.

2.  Refrigerator ships and other auxiliaries.  Though construction varies, the following is representative:

a.  Outer boundaries are steel.  Bulkhead and overhead supports are generally 2 by 6-inch wood studding.  Fibrous glass insulation fills the air space between inner and outer boundaries.

b.  Interior sheathing is generally two courses of tongue and groove wood nailed normal to one another to the wood frame with Number 15 asphalt paper between courses.  Breather openings are installed.

c.  Decks are generally slab cork laid in several courses.  Each course is asphalt coated.  In way of hatches where added deck loading is expected layers of wooden sleepers or supports laid in a lattice-like fashion normal to one another, provide the necessary additional support.

d.  For maximum water-tightness, a soldered lead pan is provided over the cork insulation and flashed 12 inches up all bulkheads.  A 1–1/2-inch reinforced concrete surface is laid over the lead with a 1-inch mastic surface covering the concrete.

## 39–138.  REPAIR OF MINESWEEPER AND AUXILIARIES REFRIGERATED STORES SPACES

1.  Minesweepers.  The degree to which the following repair measures should be done will depend on the condition of the space and ship's structure.

a.  Where the outer boundary is ship's structure and space is available, the compartment should be rebuilt so that air is free to circulate around all boundaries of the box.  This may mean rebuilding to provide external boundaries and supporting the box off the deck.  Rat proofing should be provided around all areas where rats might nest.

b.  Where repairs require exposing the support framing, studding should be re-worked to permit free air circulation within the insulation.  Where this would be helpful, vent holes about 3/4-inch in diameter should be drilled at about 24-inch center along the centerline of the framing.  Breather plugs should be installed, one in each bulkhead and overhead or one for each large isolated air pocket.

c.  Where soldered deck seams require repair, the solder should be removed and the seams welded to provide watertightness up all bulkheads a minimum of 18 inches.  Care must be exercised in welding to minimize damage to wood supports.

d.  Wood used for repair should be as specified below:

(1)  A vapor barrier should be applied if possible on all exterior boundaries (liquid or foil type vapor barriers as approved by the Bureau should be used); where external boundaries cannot be covered, the inside of the external boundaries of the box should be covered with a barrier consisting of one spray coat of bituminous emulsion covered with a Number 15 asphalt paper covered with a final coat of bituminous emulsion.

2.  Auxiliaries and reefer ships.  A reduction of insulation efficiency of refrigerated spaces is generally due to wet deck insulation.  The degree to which the following repair measures should be done will depend on the condition of the space and ship's structure.

a.  When extensive deck repairs are indicated the condition of the deck insulation is to be ascertained by inspection.  Holes 12 to 18 inches square are to be cut in the deck, the number and location of which will be determined by the size of the space.  Deck areas of less than 250 square feet will require only one hole cut in the center; deck areas exceeding this figure, will have additional holes cut in the corners.  If standing water or excessive moisture is found leaks should be looked for, repaired, and the insulation dried if feasible (a usual leak is a poorly fitting deck drain).  It should be possible to dry fibrous glass or rockwool insulation by blowing warm air through one or more inspection holes while venting through others; it may not be possible, however, to dry cork-insulated decks in this manner.  Replace insulation when it is clearly evident that corrosion has endangered the integrity of the structure or when the wood sleepers have clearly decayed and replacement is necessary to provide firm support for floor loads.  If the structure beneath wet cork insulation is not corroded, the deck may immediately be repaired.  Coils or other apparatus originally supported on the deck should be supported on bulkheads or overheads where possible.  Where support must pierce the deck insulation, the lead pan and overlaying deck materials should be flashed up about the support a minimum of 2 inches.

a.  When repairs are made, inspect bulkhead insulation to determine if the wood or steel structure is corroded or decayed.  Wet insulation is to be dried in a manner similar to that used for drying deck insulation.

b.  Should repairs to these spaces be sufficiently extensive to require replacement, the spaces are to be restored in accordance with the original specifications.  Wood used should have a moisture content of 10 to 15 percent and should conform to specifications listed below.  Wood used may also be the same species as originally used but pressure preservative treatment should be as specified below:

REPRODUCED AT THE NATIONAL ARCHIVES

39–138

THERMAL INSULATION

39–143

| Use | Wood | Grade | Preservative |
|-----|------|-------|--------------|
| Framing | Southern Pine<br>Douglas Fir | No. 1 Dimension<br>Construction | Spec. TT–W–571,<br>Table III |
| Sheathing<br>(under<br>course) | Southern Pine T&G<br>West Coast Hemlock<br>T&G Douglas Fir<br>T&G Plywood | No. 1 Boards<br>Select Merchant-<br>able<br>Construction<br>MIL–P–18066,<br>Cl. I | do.<br>do.<br><br>do.<br>MIL–P–19550 |
| Sheathing<br>(exposed<br>course) | Southern Pine<br>T&G | Industrial 72–50 | No treatment |
| | Douglas Fir T&G | "C" Construc-<br>tion | do |
| | Plywood | Edge Grain<br>MIL–P–18066<br>Cl. 3 | |
| | West Coast<br>Hemlock T&G | "C" Construction,<br>Edge Grain | |

1. Where treated wood has been cut in any manner, the exposed area should be treated by a heavy brush coating of preservative, Military Specification, MIL–W–18142, Type A or B.

2. Exposed sheathing should be given three coats of varnish, BUSHIPS formula 80.

3. Fire retardant cellular polystyrene blocks, Military Specification, MIL–P–16591, or cellular glass blocks, Federal Specification HH–I–551, may be used in lieu of cork.

**Part 5.  Thermal Insulation for Ducts**

**39–141.  APPLICATIONS**

1. Ducts are insulated to reduce transfer of heat between the air carried in the system and the surroundings, and to prevent condensation of moisture on the ducts. In general, supply trunks and ducts which carry unheated outside air are insulated where they pass through, or terminate in, hot or normally heated spaces. This is to prevent condensation on the outside of the ducts in cold weather and chilling of normally heated spaces, and, in warm weather, further heating of the atmospheric air before reaching the space it is intended to cool. Supply trunks and ducts carrying preheated (45° – 60°F.) air are insulated only where they pass through hot spaces. Supply ducts carrying reheated air (about 90°F.) are insulated only to prevent loss of heat where they pass through spaces other than the space served.

2. To prevent discomfort to personnel, ducts carrying reheated air are insulated only where they pass over tiers of berths in the space being served, provided that the difference between the design winter temperature of the space and the temperature of the reheated air is more than 20°F. Exhaust trunks and ducts from engine, boiler, and auxiliary machinery rooms are insulated where they pass through living and working spaces and passages to prevent overheating these spaces. All ventilation trunks and ducts are insulated where they pass through refrigerated or air conditioned spaces to prevent condensation within the trunk

or duct and to reduce the heat load on the refrigerating plant. Housings of cooling coils and all ducts on the discharge side of coils of mechanical cooling systems are insulated. Ventilation heaters are insulated only when installed in the weather (to prevent heat loss), and where necessary in group berthing spaces (to prevent either overheating of the space or injury to personnel).

**39–142.  MATERIALS**

1. Ducts are insulated with 1-inch thick fibrous glass insulation felt, Military Specification, MIL–I–16022, Class 5, 3/4-inch thick hard faced fibrous glass insulation board, Military Specification, MIL–T–742, Type I, or 3/4-inch thick unfaced fibrous glass insulation board, Military Specification MIL–I–742, Type II.

2. When fibrous glass insulation felt is used, it is covered either with fibrous glass cloth, Military Specification MIL–C–20079, secured with adhesive, Military Specification MIL–C–3316, Type II, or cotton brattice cloth, Military Specification MIL–C–788, secured with adhesive, Military Specification MIL–C–3004. When unfaced fibrous glass insulation board is used, it is covered with cotton brattice cloth secured with adhesive, Military Specification MIL–C–3004.

3. *Vapor barrier coatings.*  When a vapor barrier is required, on duct insulation, the following coatings are used:

a. Vapor barrier coating, Military Specification MIL–C–19993, is used on fibrous glass cloth faced insulation felt or board.

b. Vapor barrier coating, Military Specification MIL–P–876, is used on cotton brattice cloth faced insulation felt or board.

**39–143.  INSTALLATION**

1. Insulation is installed and logged (covered) on ducts, where required, as shown on Hull Type Plan, BUSHIPS No. 805–1749058 and in accordance with the instructions below.

2. Ducts are insulated by applying adhesive on the underside of flat surfaces and other necessary locations, applying the insulation to the duct and tying the insulation in place with 0.049 inch diameter galvanized iron wire or fibrous glass thread, Military Specification MIL–C–20079. Then the insulation felt or the unfaced insulation board, if used, is logged with fibrous glass or cotton brattice cloth, secured with the specified adhesive. If hard faced fibrous glass insulation board is used on the duct, the joints of the board are covered with fibrous glass tape, Military Specification MIL–C–20079, Class C, secured with adhesive, Military Specification MIL–C–3316, Type II.

3. To apply insulation to ventilation heaters, first cut the hard faced fibrous glass board in panels to fit all surfaces except the standing flanges, beveling the edges of the panels at 45° to permit access to the bolts in the flanges. Coat the surfaces to be insulated with cement and fit the panels to the coated surfaces applying sufficient pressure to insure adherence of the panel to the surface. All seams in the fibrous glass board panels are to be taped with 2 inch wide fibrous glass tape, Military Specification MIL–C–20079, Class C, applied with adhesive cement. To assist in holding the panels in place and to cover the exposed fibrous glass, the beveled boundaries of the panels are to be covered with 3-inch wide fibrous glass tape, leaving a 3/4-inch lap on the standing flange. No logging

25

39–154

Naval ships. These include treatments for damping the vibration of ship's structures, "resiliently mounted room within a room" treatment for control spaces adjacent to high level noise sources, and audiometric testing booths for testing personnels' hearing. The details of the installation of these various treatments are covered by the detail specifications and working plans for the particular ship.

## 39–155. INSPECTION

The acoustical treatments should be inspected regularly to ascertain if any damage has been incurred. Action should be taken to have all damage, including that considered as minor, repaired at once, since the effectiveness of many acoustical treatments depend upon the maintenance of their integrity.

27

# INDEX

Adhesive materials, 39-13
Asbestos:
    Cloth, application of, 39-32

Bends in piping, 39-31
Boiler steam drums, water drums, and headers,
    Insulation of, 39-73
Breather openings, 39-134
Bulkhead expansion joints, insulation of, 39-34

Cold storage spaces:
    Insulation of, 39-131
    Materials used for, 39-132
Cold water piping, insulation of, 39-38
Conduction of heat, 39-2
Convection of heat, 39-2
Covers:
    For piping elements, 39-52
    Methods of making, 39-53

Diesel engine exhaust connections, insulation of, 39-33

Fibrous glass:
    Insulation, repair of, 39-145

Glass cloth and tape, application of, 39-32

Hull insulation:
    Definition of, 39-111

Installation, 39-113
Inspection of:
    Insulation of ventilation systems, 39-144
Insulating materials, 39-11

Insulation:
    Definition of, 39-1
    Thickness of, 39-113

Lagging materials, 39-12
Low pressure distilling plant, installation of, 39-75

Materials, 39-121

Pipe covering:
    Single layer molded, 39-31
    Temperatures from 100°F. to 750°F, 39-36
                100°F. to 500°F, 39-37
                501°F. to 900°F, 39-31
Pipe hangers, insulation of, 39-35

Radiation of heat, 39-2
Reciprocating engines, insulation of, 39-71
Refrigerant, 39-39

Sweating, 39-114

Tables of approved insulating materials, 39-21
Thickness of insulation, 39-102
Turbines, insulation of, 39-72

Uptakes, insulation of, 39-74

Valves, fittings, and flanges, insulation of, 39-51; 39-56
Ventilation systems:
    Inspection of insulation, 39-144
    Applications of, 39-141
    Materials used for insulation of, 39-142

# EXHIBIT E

CODE 415

**DEPARTMENT OF THE NAVY**
BUREAU OF SHIPS
WASHINGTON 25, D.C.

S1/4 (415)
SECTION S39-2
8 December 1951

From: Chief, Bureau of Ships.
To:   All Holders of General Specifications for Machinery for Vessels of the United States Navy,
      BuShips Mailing List 451-A.
      Insert section in your copy of General Specifications.

M. J. Lawrence,
By direction

---

# GENERAL SPECIFICATIONS FOR MACHINERY FOR VESSELS OF THE UNITED STATES NAVY

## DEPARTMENT OF THE NAVY, BUREAU OF SHIPS

---

### SECTION S39-2

### THERMAL INSULATION FOR MACHINERY AND PIPING

Superseding section S39-2, dated 1 May 1947.

5  **S39-2-a. Purchase specifications**

Issue in effect at date of invitation for bids shall apply.

Copies of Federal (Fed.) specifications, Military
10 (MIL) specifications, Navy Department (N.D.) specifications and Bureau of Ships specifications may be obtained from the Bureau of Supplies and Accounts, or Bureau of Ships, Navy Department, Washington 25, D. C. Naval activities should apply to Commanding
15 Officer, Naval Supply Depot, Scotia 2, N. Y.

### S39-2-b. Scope

These specifications cover requirements for insulating and lagging machinery and piping. Where detail specifications herein do not specifically apply to any
20 surface requiring insulation, such surfaces shall be insulated according to the requirements covering a condition which most nearly approximates that of the surface in question.

### S39-2-c. Definitions

25  *Insulating material.*—Material employed to offer resistance to the flow of heat.

*Lagging.*—Protective and confining covering or jacket placed over insulating material.

*Fastening.*—Miscellaneous items with which in-
30 sulating material is attached to the surface being covered and with which lagging is fixed to insulating material.

*Machinery covering and pipe covering.*—Composite covering including insulating material, lagging and
35 fastening.

*Cold piping.*—Piping, the surface temperature of which is below 100° F, except that refrigerant lines designed for refrigeration are defined as "refrigerant piping."

### S39-2-d. General design and requirements

40  Insulate all hot external surfaces of mechanical equipment such as boilers, evaporators, heaters, turbines, boiler feed pumps and feed booster pumps, pipe

981812—52

and tubing, valves and fittings as specified herein.
Do not insulate flanged joints in fuel oil piping from
45 fuel oil heaters to and including burner headers.
These provisions apply where the temperature of the surface is normally 100° F. or above.

*Cold piping and refrigerant piping.*—Insulate as specified herein. See table 1.

50  All cold piping located above floor level shall be covered with antisweat insulation which shall be protected against moisture absorption, rotting and disintegration under service conditions. Cold piping below floor level need not be covered except in dry storerooms
55 or other locations where condensed moisture may be undesirable.

*Diesel engine exhaust.*—All piping, valves, and fittings located in positions exposed to the weather or to salt water spray shall not be insulated but shall be
60 coated on the outside with protective coating, MIL. Spec. MIL-P-15143.

*Steam piping.*—Insulate all piping, valves and fittings located in positions exposed to the weather or to salt water spray and lag watertight with sheet metal.
65 Where it is not feasible to apply insulation, coat piping with protective coating, MIL. Spec. MIL-P-15143.

*Protection of personnel.*—In general to be given every consideration by installing suitable guards where hot piping is exposed, removing ragged and serrated
70 edges from sheet metal lagging, and removal of any other hazards which may present themselves.

*Pipe anchorages and hangers.*—Insulation shall be as complete and efficient as practical. Designs shall be such as to reduce heat conducting paths to a minimum.
75 Where temperature of confined fluid exceeds 650° F., thermal insulation shall not be used but pipe hangers shall be designed using low conductivity metals with small areas of contact. Where temperature of confined fluid is 650° F. or less, hangers shall be insulated by
80 low conductivity metals with small areas of contact or by sheet asbestos, asbestos cloth, or other approved material installed between clamp and the piping to a radial thickness not exceeding ¾ inch. Insulating material around the pipe clamp, particularly in the lower
85 arc, to be adequately supported.

Install insulation so as to insure ready removal and replacement as necessary for service maintenance and repair of the insulated apparatus without destruction or deterioration of such covering. Fastening shall be

S39–2–d                                                                                               2

such as to prevent crushing or otherwise reducing the insulating value of the material used.

*Finishing cement.*—Where these specifications require the use of a layer of finishing cement, any of the following materials, applied and troweled smooth, will be acceptable:

(a) Cement, insulation, asbestos, finishing, N.D. Spec. 32C16.

(b) Cement, insulation, high-temperature, type B, N.D. Spec. 32C14 when used under asbestos lagging.

(c) A mixture of 80 percent cement, insulation, high-temperature, type B (N.D. Spec. 32C14) and 20 percent Portland cement (Fed. Spec. SS–C–192).

Pipe covering shall not be fitted on any piping in voids, cofferdams or tanks, nor shall it cover drain plugs, spectacle flanges or strainer cleanouts.

*Air piping.*—Insulate where passing through magazines.

*Hot water systems.*—Insulate completely, including heating tanks, up to the fixtures.

*Fire systems.*—Insulate completely.

*Fresh water systems and flushing systems.*—Insulate completely up to the fixtures.

*Sprinkling systems, all normally wet piping.*—Insulate.

*Plumbing and deck drains.*—Insulate as necessary to prevent sweating.

Before applying insulation paint machinery and piping in accordance with General Specifications for Building Vessels, Appendix 6.

Insulation shall not be installed on piping connec-

tions or joints of any type during pressure tests or until piping has passed satisfactory inspection.

S39–2–e. Detail requirements

The following tables indicate various approved insulating, lagging and fastening materials which shall be used and minimum thicknesses required for all services and temperature ranges.

LIST OF MATERIALS

| Materials: | Specification |
|---|---|
| Cement, adhesive | MIL–C–3316 |
| Cement, insulation, asbestos, finishing | 32C16 |
| Cement, insulation, high-temperature | 32C14 |
| Cloth, strands, and tape, asbestos | 53–C–466 |
| Cloth, tape and thread, glass, fibrous | 32G9 |
| Cork, compressed (corkboard) | HH–C–561 |
| Felt, insulating, asbestos | MIL–F–15091 |
| Insulation, blanket, mineral-wool | 32–I–2 |
| Insulation, glass, fibrous, sheets | MIL–I–15475 |
| Insulation, mineral-wool, pipe-covering | 32–I–5 |
| Insulation, thermal block | 32–I–4 |
| Millboard, asbestos | 32M1 |
| Paint, inside, semi-gloss, white, fire-retardant | JAN–P–702 |
| Paper, sheathing, flameproof and water-repellent | MIL–P–15006 |
| Pipe covering, cork, molded (with fire resisting compound) | MIL–P–876 |
| Pipe covering, thermal-insulation | MIL–P–2781 |
| Plaster, magnesia | 32P10 |
| Protective coating (heat hardening) phenol-formaldehyde | MIL–P–15143 |
| Steel, sheet, zinc-coated (galvanized) | 47S29 |
| Tape, insulating, thermal | MIL–T–15349 |
| Tape, masking | UU–T–106 |
| Wire, copper, soft or annealed | 22W9 |

TABLE 1

| Service | Temperature conditions (° F.) | Pipe or tubing | | Valves and fittings | | Flange joints | | Machinery | |
|---|---|---|---|---|---|---|---|---|---|
| | | Insulating materials | Lagging | Insulating materials | Lagging | Insulating materials | Lagging | Insulating materials | Lagging |
| Steam, superheated; gases, exhaust. | 751 to 900 | MIL–P–2781, grade 3; MIL–T–15349. | SS–C–466, type I, grade A, type IV; 32G9. | 32C14, type B MIL–P–15091 type A, 32–I–3, class b; MIL–P–2781, grade 3. | SS–C–466 type I, grade A, B, C, D, type IV; 32G9. | MIL–P–15091 type A, 32–I–3, class b; 32P8, grade 3. | SS–C–466 type I, grade C, D. | 32C14, type B MIL–P–15091 type A, 32–I–3, class b; 32P8, grade 3. | SS–C–466, type I, grade B, C, D, type IV; 32G9. |
| Steam, superheated; gases, exhaust. | 501 to 750 | MIL–P–2781 grade 2 & 3 MIL–T–15349. | SS–C–466, type I, grade A, type IV; 32G9. | 32C14, type B MIL–P–15091 type A, 32–I–3 class b; MIL–P–2781 grade 2 & 3. | SS–C–466 type I, grade A, B, C, D, type IV; 32G9. | MIL–P–15091 type A, 32–I–3, class b, 32P8, grade 2 & 3. | SS–C–466 type I, grade C, D. | 32C14, type B MIL–P–15091 type A, 32–I–2, 32–I–3, class b. | SS–C–466, type I, grade B, C, D, type IV; 32G9. |
| Steam, saturated; gases, exhaust; water, hot; oil, fuel hot. | 100 to 500 | MIL–P–2781 grade 1, 2; MIL–T–15349. | SS–C–466, type I, grade A, type IV; 32G9; 47S29. | 32C14, type B MIL–P–15091 type A, 32–I–3, class b, MIL–P–2781, grade 1 & 2. | SS–C–466, type I, grade A, B, C, type IV; 32G9. | 32C14, type B MIL–P–15091 type A, 32–I–3, class b; 32P8, grade 1 & 2. | SS–C–466 type I, grade C, type IV. | 32C14, type B MIL–P–15091 type A, 32–I–2, 22–I–3, class a. | SS–C–466, type I, grade A, B, C, type IV; 32G9. |
| Water, cold | 32 to 99 | MIL–P–876, type I, grade A & B; 22–I–5. | SS–C–466, type I, grade A, type IV; 32G9; 50P1. | MIL–P–15091 type A & B; 22–I–5. | SS–C–466 type I, grade A, type IV; 32G9. | MIL–P–15091, type A & B; 22–I–5. | SS–C–466 type I, grade A, type IV; 32G9. | MIL–P–15091, type A & B. | SS–C–466 type I, grade A, type IV; MIL–P–15006. |
| Refrigerant (including chilled water). | 25 and above. | MIL–P–876 class 1. | SS–C–466, type I, grade A, type IV; 32G9. | MIL–P–876 class 1. | SS–C–466 type I, grade A, type IV; 32G9. | MIL–P–876 class 1. | SS–C–466, type I, grade A, type IV; 32G9. | HH–C–561 | SS–C–466, type I, grade A, type IV; 32G9. |
| Refrigerant | 0 to 24 | MIL–P–876, class 2. | SS–C–466 type I, grade A, type IV; 32G9. | MIL–P–876, class 2. | SS–C–466 type I, grade A, type IV; 32G9. | MIL–P–876 class 2. | SS–C–466 type I, grade A, type IV; 32G9. | HH–C–561 | SS–C–466, type I, grade A, type IV; 32G9. |
| Refrigerant | Below 0 | MIL–P–876 class 3. | SS–C–466 type I, grade A, type IV; 32G9. | MIL–P–876, class 3. | SS–C–466 type I, grade A, type IV; 32G9. | MIL–P–876 class 3. | SS–C–466 type I, grade A, type IV; 32G9. | HH–C–561 | SS–C–466, type I, grade A, type IV; 32G9. |

Below –20   ① 7/1/55

3

S39–2–e

Table 2.—Compounded insulating material thicknesses for hot pipe or tubing

| Pipe size (inches) | Temperature range (°F) | Class of material MIL-P-2781 | | Thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| ½ and ¾ | 100–388 | a, b, or d | | ½ | | ½ |
| | 389–500 | a or | | 1¼ | | 1¼ |
| | | b or d | | 1¼ | | 1¼ |
| | 501–750 | d or | | 1¼ | | 1¼ |
| | | e | | 1¹¹⁄₁₆ | | 1¹¹⁄₁₆ |
| 1 | 751–900 | e | | 1¹¹⁄₁₆ | | 1¹¹⁄₁₆ |
| | 100–388 | a or | | ⅞ | | ⅞ |
| | | b or d | | 1¼ | | 1¼ |
| | 389–500 | b or d | | 1½ | | 1½ |
| | 501–750 | d or | | 1½ | | 1½ |
| | 751–900 | e | | 1¹¹⁄₁₆ | | 1¹¹⁄₁₆ |
| 1¼ | | Same materials and thicknesses as ½ inch size | | | | |
| 1½ | 100–388 | a or | | ⅞ | | ⅞ |
| | | b or d | | 1¹¹⁄₁₆ | | 1¹¹⁄₁₆ |
| | 389–500 | a or d | | 1½ | | 1½ |
| | | b or d | | 1½ | | 1½ |
| | 501–750 | d or | | 1½ | | 1½ |
| | | e | | 1¹¹⁄₁₆ | | 1¹¹⁄₁₆ |
| 2 and 2½ | 751–900 | e | | 1¹¹⁄₁₆ | | 1¹¹⁄₁₆ |
| | 100–338 | a, b, or d | | 1¼ | | 1¼ |
| | 339–388 | a or | | 2 | | 2 |
| | | b or d | | 1¾ | | 1¾ |
| | 389–500 | a, b, or d | | 3 | | 3 |
| | 501–750 | d or | | 3 | | 3 |
| | | e | a or b | 1½ | 1¹¹⁄₁₆ | 3¹⁄₁₆ |
| 3 | 751–900 | e | a or b | 1½ | 1¹¹⁄₁₆ | 3¹⁄₁₆ |
| | 100–338 | a or | | 2 | | 2 |
| | 339–388 | b or d | | 1¾ | | 1¾ |
| | 389–500 | a, b, or d | | 3 | | 3 |
| | 501–750 | d or | | 3 | | 3 |
| | | e | a or b | 1½ | 2 | 3½ |
| 3½ | 751–900 | e | a or b | 1½ | 2 | 3½ |
| | 100–338 | a or | | 1½ | | 1½ |
| | 339–388 | a, b, or d | | 2 | | 2 |
| | 389–500 | a, b, or d | | 3 | | 3 |
| | 501–750 | d or | | 3 | | 3 |
| | | e | a or b | 1¼ | 1¹⁵⁄₁₆ | 3³⁄₁₆ |
| 4 | 751–900 | e | a or b | 1¼ | 1¹⁵⁄₁₆ | 3³⁄₁₆ |
| | 100–388 | a, b, or d | | 1½ | | 1½ |
| | 339–388 | | b or d | 2²⁄₁₆ | | 2²⁄₁₆ |
| | | a or | | 1¾ | | 1¾ |
| | 389–500 | a, b, or d | | 3 | | 3 |
| | 501–750 | d or | | 3 | | 3 |
| | | e | a or b | 1½ | 2 | 3½ |
| 4½ | 751–900 | e | a or b | 1½ | 2 | 3½ |
| | 100–338 | a or | | 1¼ | | 1¼ |
| | | b or d | | 1¼ | | 1¼ |
| | 339–388 | a or | | 2 | | 2 |
| | | b or d | | 2²⁄₁₆ | | 2²⁄₁₆ |
| | 389–500 | a, b, or d | | 3 | | 3 |
| | 501–750 | d or | | 3 | | 3 |
| | | e | a or b | 1¼ | 1¹⁵⁄₁₆ | 3³⁄₁₆ |
| | 751–900 | e | | 1½ | 1¹⁵⁄₁₆ | 3³⁄₁₆ |
| 5 | | Same materials and thicknesses as 4 inch size | | | | |
| 6 | | Same materials and thicknesses as 4 inch size | | | | |
| 7 | 100–388 | a, b or d | | 1½ | | 1½ |
| | 339–388 | a or | | 2½ | | 2½ |
| | | b or d | | 2½ | | 2½ |
| | 389–500 | a, b or d | | 3 | | 3 |
| | 501–750 | d or | | 4 | | 4 |
| | | e | a or b | 1½ | 2 | 3½ |
| 8, 9, and 10 | 751–900 | e | a or b | 1½ | 2 | 3½ |
| | 100–338 | a, b, or d | | 1½ | | 1½ |
| | 339–388 | a or d | | 2½ | | 2½ |
| | | b or d | | 2½ | | 2½ |
| | 389–500 | a, b or d | | 3 | | 3 |

000131

S39–2–e      4

Table 2—Compounded insulating material thicknesses for hot pipe or tubing—Continued

| Pipe size (inches) | Temperature range (° F) | Class of material MIL-P-2781 | | Thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 8, 9, and 10 | 501–750 | d or | a or b | 4 | | 4 |
| | 751–900 | e | a or b | 2 | 2 | 4 |
| 11 | 100–338 | a, b, or d | | 2 | | 2 |
| | 339–500 | a, b, or d | | 1¼ | | 1½ |
| | 501–750 | d or | | 3 | | 3 |
| | 751–900 | e | a or b | 2 | 2 | 4 |
| 12 and over | 100–338 | a, b, or d | | 1½ | | 1½ |
| | 339–500 | a, b, or d | | 3 | | 3 |
| | 501–750 | d or | | 4 | | 4 |
| | 751–900 | e | a or b | 2 | 2 | 4 |

Table 3.—Fibrous insulating material thicknesses for hot pipe or tubing

| Pipe size (inches) | Temperature range (° F) | Class of material MIL-T-2781 | | Thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| ½ through 1½ | 100–388 | c | | ¾ | | ¾ |
| | 389–500 | c | | 1½ | | 1½ |
| | 501–750 | c | | 2 | | 2 |
| | 751–900 | f | | 2 | | 2 |
| 2 through 3½ | 100–388 | c | | 1½ | | 1½ |
| | 339–388 | c | | 2 | | 2 |
| | 389–500 | c | | 2 | | 2 |
| | 501–750 | c | | 2½ | | 2½ |
| | 751–850 | c | | 3 | | 3 |
| | 851–900 | f | c | 1½ | 2 | 3½ |
| 4 through 6 | 100–338 | c | | 1½ | | 1½ |
| | 339–388 | c | | 2 | | 2 |
| | 389–500 | c | | 2 | | 2 |
| | 501–750 | c | | 2½ | | 2½ |
| | 751–850 | c | | 3 | | 3 |
| | 851–900 | f | c | 1½ | 2 | 3½ |
| 7 through 11 | 100–338 | c | | 1½ | | 1½ |
| | 239–388 | c | | 2½ | | 2½a |
| | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | c | | 4 | | 4 |
| | 751–850 | f | c | 1½ | 2½ | 4 |
| | 851–900 | f | c | 2 | 2 | 4 |
| 12 and over | 100–338 | c | | 1½ | | 1½ |
| | 339–388 | c | | 2½ | | 2½ |
| | 389–500 | c | | 2½ | | 2½ |
| | 501–750 | c | | 4 | | 4 |
| | 751–850 | f | c | 1½ | 2½ | 4 |
| | 851–900 | f | c | 2 | 2 | 4 |

Table 4.—Thicknesses of insulating tape, MIL-T-15349 for hot piping ¼ and ⅜ inch in size

| Temperature range (°F.) | Thickness of tape (inches) | Number of layers | Total thickness (effective) | Temperature range (° F.) | Thickness of tape (inches) | Number of layers | Total thickness (effective) |
|---|---|---|---|---|---|---|---|
| 100–338 | ¼ | 1 | ¾ | 501–750 | ½ | 2 | 1 |
| 339–388 | 1 | 1 | 1½ | 751–900 | 1 and ¼ | 1 of each | 1 |
| 389–500 | 1¼ | 1 | ¾ | | | | |

5                                                                                        S39-2-g

Table 5.—Thicknesses* of insulating materials for hot surfaces of machinery

| Temperature range (°F.) | Asbestos felt, block or mineral wool blanket | Cement (N. D. Spec. 32C14, type B) | Temperature range (°F.) | Asbestos felt, block or mineral wool blanket | Cement (N. D. Spec. 32C14, type B) |
|---|---|---|---|---|---|
| 100–338 | 1½ | 1½ | 501–750 | 3½ | 4 |
| 339–388 | 2½ | 2½ | 751–900 | 4½ | 5 |
| 389–500 | 3 | 3 | | | |

*Does not include finishing cement.

Table 6.—Thicknesses of insulating materials in inches for cold and refrigerated surfaces of machinery

| Service | Temperature range (° F.) | Corkboard Fed. Spec. HH-C-561 | Asbestos felt MIL-F-15091 types A or B | Mineral wool N. D. Spec. 32-I-5 |
|---|---|---|---|---|
| Refrigerant | Below 0 | 6 | | |
| | 0 to 35 | 4 | | |
| | 36 and over | 2 | | |
| Cold water | All | | 1½ | 1½ |

Thickness of asbestos felt insulation MIL-F-15091, types A and B, for cold water pipe and tubing, flanges, valves and fittings shall be 1 inch.

Thickness of mineral wool insulation, N. D. Spec. 32-I-5, for cold water pipe and tubing, flanges, valves and fittings shall be 1¼ inches.

### S39-2-f. Methods of application to pipe or tubing

Hot surfaces.

Each layer of sectional or segmental pipe covering shall be applied with joints tightly butted together and shall be held in place by one of the following methods:

5    Not less than three separate loops per section of 18 gage (0.049 inch diameter) annealed black or hot dipped galvanized iron wire.

10    Not less than three galvanized steel bands per section. Bands shall be wrapped with a layer of masking tape (UU-T-106, type II) when glass cloth or tape lagging is to be used.

Where two layers of insulating material are used, 15 apply the second layer over the first so that all joints are staggered.

At flanged joints the molded pipe covering shall be stopped off in such a manner that the flange bolting 20 may be removed easily. This may be done by stopping the pipe covering squarely and inserting a short removable section of molded pipe covering or the insulation may be beveled at an angle of 45 degrees.

For lagging see table 1 and paragraph S39-2-i.

25    Cold surfaces.

Untreated asbestos felt, water repellent asbestos felt, or low temperature mineral wool pipe covering shall be applied and held in place with 18 gage (0.049 inch diameter) hot dipped galvanized iron wire spirally 30 wound on about 3-inch centers. Cover insulating material with one layer of water repellent and flameproof sheathing paper (MIL-P-15006). Paper shall be tightly wrapped and joints lapped 3 inches each way and sealed completely with adhesive cement (MIL-C-3316, type II).

35    For lagging see table 1 and paragraph S39-2-i.

Refrigerated surfaces.

Apply sectional cork pipe covering with staggered end joints; longitudinal joints shall be at top and bottom of pipe. At the time of installation coat the 40 molded cork on all surfaces with the fire retardant vapor seal furnished for that purpose. Secure pipe-covering in place with 18 gage (0.049 inch diameter) copper covered steel wire spaced not greater than six loops to a 3-foot section. Wherever pipes pass through 45 a nonwatertight insulated bulkhead into a refrigerated space, insulation shall extend 1 inch inside of refrigerated space. Pipe clamps of hangers shall fit over outside of cork covering and a galvanized sheet steel shield shall be installed between pipe clamp and insulation 50 where piping rests in the hanger.

For lagging see table 1 and paragraph S39-2-i.

### S39-2-g. Methods of application to valves, fittings and flanges

Hot surfaces.

55    Provide readily removable and replaceable covers on the following piping elements requiring insulation:

Flanged joints (except valve bonnet joints) on all sizes of main and auxiliary steam piping carrying steam having a total temperature of 389° F. (205 p. s. i. sat-60 urated steam) and over, including flanged joints on all root connections and root valves thereon, such as valve bypasses, drain connections, pressure gage connections, etc.

Flanged joints on piping and adjacent to machinery 65 units which must be broken when these machinery units are opened for inspection and overhaul, such as steam exhaust connections, feed pump suction and discharge connections, steam drain connections, etc.

Valve bonnets on all valves over 2 inches in size, 70 working pressure of 300 p. s. i. and over, carrying fluids 240° F. and over.

Pressure reducing and pressure regulating valves, pump pressure governors, and strainer bonnets.

Readily removable and replaceable covers for piping 75 elements shall be made by one of the following methods:

006133

S39–2–g

6

Covers shall be made in two halves filled with asbestos felt. They shall be sewed and quilted with wire inserted-asbestos yarn (Fed. Spec. SS–C–466, Type II) in such a manner as to provide a uniform thickness. Asbestos cloth, wire inserted. (Fed. Spec. SS–C–466, grade C) shall be used on inside of covers. Asbestos cloth (Fed. Spec. SS–C–466, grade B) shall be used on outside surface of cover if the temperature of the insulated surface does not exceed 500° F. For temperatures over 500° F., asbestos cloth (Fed. Spec. SS–C–466, grade D) shall be used on outside of cover. Flexible asbestos millboard, ⅛ inch thick, shall be inserted between the asbestos felt and the asbestos cloth so as to retain cylindrical shape of cover. Hard asbestos millboard, ¼ inch thick, enclosed in asbestos cloth of the type used on the outside of the cover shall be sewn on ends of cover for strength and rigidity. Where the flange diameter is larger than outside diameter of adjacent pipe-covering, build-up pieces shall be made of asbestos felt encased in asbestos cloth (Fed. Spec. SS–C–466, grade D) and secured by stitching to inside of cover. The halves of the cover shall be secured around equipment by ¹⁄₁₆-inch diameter soft galvanized iron rope laced through brass or galvanized steel hooks or rings, or covers shall be secured by snap fasteners made of brass. Fastenings fixed to cloth lagging shall be backed up by washers on both sides of the cloth.

Covers shall be made up of segments of block insulation of the same material used for pipe covering securely wired to frames of ¼-inch square mesh of 18 gage (0.049 inch diameter) galvanized steel wire. Wire mesh frames inside and outside of block insulation shall have ends bent over and joints secured with 18 gage black annealed iron wire woven through the mesh. Insulating cement of same material as blocks shall be troweled smoothly over all surfaces of the mesh. Asbestos roll fire-felt (N. D. Spec. 32F1) may be used to build up cover where flange diameter is larger than the outside diameter of the adjacent pipe-covering. Covers shall be lagged with asbestos cloth (Fed. Spec. SS–C–466, grade D) tightly and smoothly fitted to envelop the outside and ends. Where double layer insulation is used the two sections of the cover shall be fitted together with a scarfed joint. Care shall be taken in the workmanship to insure straight and true jointing surfaces of the sections with the view of reducing the heat loss at the joints. Bands and eyelets of galvanized steel or lacing with rings, washers and wire shall be used for securing the cover around the equipment.

Covers shall be made of fibrous sectional pipe-covering (MIL–P–2781, classes c and f) of the same thickness as that on the adjacent piping. Where double layer insulation is used the two sections of the cover shall be fitted together with a scarfed joint. Covers shall be lagged with asbestos cloth (Fed. Spec. SS–C–466, grade D) tightly and smoothly fitted to envelop the outside and ends. Cloth may be cemented with an approved high temperature adhesive cement.

Where the rigid type cover described above is not practicable, for example, because of restricted space, use flexible removable and replaceable covers of the type using asbestos felt, specified in paragraph S39–2–h.

Spaces between inner lagging on removable covers for flanges or other irregular surfaces and such hot metal surfaces shall be filled with pieces of asbestos felt so as to preserve the air cell structure but sufficiently tight to prevent any air circulation.

Permanent insulation for valves, fittings and flanges, shall be made by one of the following methods:

Layers of asbestos felt, MIL–F–15091, type A, shall be applied to a thickness ½-inch less than that of the adjacent pipe covering and secured with 18 gage (0.049 inch diameter) annealed black or hot dipped galvanized iron wire. A ½-inch thick layer of finishing cement shall be laid over the insulating material.

For sizes 3½ inches and under, permanent insulation shall be of insulating cement, N. D. Spec. 32C14, type B, applied to a thickness ½-inch less than that of the adjacent pipe covering. After drying, a ½-inch layer of finishing cement shall be applied.

Insulation shall be of sectional or segmental pipe-covering or block of the same material and thickness as that on the adjacent piping. A ½-inch thick layer of finishing cement shall be laid over the insulating material.

Where practicable, asbestos cloth, Fed. Spec. SS–C–466, grade B, shall be used for lagging if the temperature of the insulated surface is over 500° F. Lagging may be of asbestos cloth or tape, Fed. Spec. SS–C–466, grade A or type IV respectively, or glass cloth or tape (N. D. Spec. 32G9) where the temperature of the insulated surface is 500° F., or less and for temperatures over 500° F. on applications such as butt-welding end fittings where it is desirable to lag the fittings with the material used on the tubing. Asbestos cloth and tape, Fed. Spec. SS–C–466, grade A, and type IV respectively, and glass cloth or tape, N. D. Spec., 32G9 shall not be used where lagging will be in contact with hot metal surfaces.

Cold surfaces.

Removable covers shall not be used. Insulate as specified in paragraph S39–2–f for cold pipe.

Refrigerated surfaces.

Insulate as specified in paragraph S39–2–f for refrigerated pipe.

### S39–2–h. Methods of application to machinery and equipment

Hot surfaces.

Machinery and equipment such as boilers, turbines, boiler feed pumps and feed booster pumps, deaerating feed tanks, etc., shall be covered with asbestos felt, MIL–F–15091, type A, block insulating material, N. D. Spec. 32–I–3, mineral wool blanket, N. D. Spec. 32–I–2, or insulating cement N. D. Spec. 32C14, type B. Thicknesses shall be as shown in table 5.

Block, felt and blanket insulating materials shall be securely held in place with hot-dipped galvanized iron wire; 1-inch mesh of 18-gage (0.049 inch diameter) galvanized iron wire shall then be spread over the surface and secured by wiring. Before lagging insulating material, use insulating cement to fill all crevices, smooth all surfaces, and completely coat the wire netting.

Apply insulating cement, N. D. Spec. 32C14, type B, in successive layers of one-half to 1-inch thickness. Allow each layer to dry before applying the next coat and use 1-inch mesh of 18-gage galvanized iron wire between layers.

7                                                                                          S39-2-i

Lay a coating of finishing cement, ½-inch thick, over the insulating material.

Lagging shall be in accordance with Table 1 and paragraph S39-2-i.

5   Large flanges such as on turbines shall be insulated with readily removable and replaceable covers made by one of the following methods:

Covers shall be filled with asbestos felt and shall be sewed and quilted with wire inserted asbestos yarn,
10 Fed. Spec. SS-C-466, type II, so as to provide a uniform thickness. Use asbestos cloth, wire inserted, Fed. Spec. SS-C-466, grade C, on inside of covers. Use asbestos cloth, Fed. Spec. SS-C-466, grade B, on outside surface of cover if temperature of insulated surface does
15 not exceed 500° F. For temperatures over 500° F., use asbestos cloth, Fed. Spec. SS-C-466, grade D, on outside of cover.

Make covers in sections formed of insulating block (N. D. Spec. 32-I-3) held together with approved high
20 temperature adhesive cement and covered with ½-inch of finishing cement over which asbestos cloth shall be applied.

Fibrous adhesive cement (MIL-C-15199) may be used with chemically compatible insulating material for
25 fabricating covers.

Removable and replaceable insulation shall fit accurately and shall project over adjacent permanent insulation. Secure removable covers to equipment by ⅛-inch diameter soft galvanized iron rope laced
30 through brass or galvanized steel hooks or rings, or secure covers by brass snap fasteners.

Spaces between inner lagging on removable covers for flanges or other irregular surfaces and such hot metal surfaces shall be filled with pieces of asbestos
35 felt so as to preserve the cell structure but sufficiently tight to prevent any air circulation.

Insulation of manhole covers, handhole covers, drain plugs, and other openings in general as may be required for accessibility shall be readily removable and re-
40 placeable without injury.

Insulate uptakes with fibrous glass sheets, MIL-I-15475, or with mineral wool felt, N. D. Spec. 32-I-2. Thickness shall be such as to fill the space described in General Specification, section S52-I.

45   Clips or hooks or other fastenings for securing insulation are not to be brazed or welded to nonferrous parts of distilling plant equipment.

All main, auxiliary and distilling condensers shall be insulated where the normal operating temperature is 125° F. or more. Where the normal operating temperature is less than 125° F. such equipment shall not be insulated, unless otherwise specified or approved.   50

Flanges and joints of apparatus operating below atmospheric pressure shall, in general, not be insulated so that inspection for leaks can readily be made.   55

Cold surfaces.

Insulate as specified in paragraph S39-2-f for cold pipe to a thickness in accordance with table 6.

Refrigerated surfaces.

Insulate as specified in paragraph S39-2-f for refrigerated pipe to a thickness in accordance with table 6.   60

### S39-2-i. Lagging

Provide insulating material with protective lagging conforming to table 1. Fibrous glass lagging shall not   65
be used where subject to abrasion or mechanical injury. Fit lagging smoothly, tape being lapped as required to restrain insulation. Secure asbestos lagging to insulating material and to itself with fibrous insulating adhesive cement (MIL-C-15199) or adhesive   70
cement (MIL-C-3316, type II). Fibrous adhesive cement (MIL-C-15199) shall not be used for securing to metal, nor used with fibrous glass lagging. Secure fibrous glass lagging to insulating materials, itself, and to metal surfaces with adhesive cement (MIL-C-   75
3316, type II). Sodium-silicate shall not be used for securing lagging. Cloth lagging shall be sewed only when adjacent to hot surfaces (such as flanges) where lagging may be exposed to high temperatures.

Use metallic lagging wherever necessary for protec-   80
tion of insulating material from damage. It shall be secured with hardened self-tapping screws using lap joints with a bead on the exposed edge. Cloth or tape lagging is not necessary where metallic lagging is used.

Metallic lagging for piping and applications where   85
the insulation acts as a firm support shall be hot dipped galvanized sheet steel, N. D. Spec. 47629, 0.014 inch nominal thickness. Lagging of not less than 0.025 inch nominal thickness shall be used for other applications.   90

Fuel oil service piping from fuel oil heaters to and including burner headers shall be lagged with sheet metal.

Paint asbestos and glass cloth or tape lagging with one coat of fire retardant white paint, JAN-T-702,   95
after installation.

U. S. GOVERNMENT PRINTING OFFICE: 1948