# EXHIBIT F

SUPERSEDED

FILE COPY

MIL-STD-769(SHIPS)
13 July 1962

# MILITARY STANDARD

# THERMAL INSULATION REQUIREMENTS FOR MACHINERY AND PIPING



FSC 5640

Obtained From
GLOBAL ENGINEERING DOCUMENTS
2625 So. Hickory St. Santa Ana, CA 92707
(714)540-9870: (213)624-1216: (800)854-7179

MIL-STD-769(SHIPS)
13 July 1962

DEPARTMENT OF THE NAVY

BUREAU OF SHIPS

WASHINGTON 25, D.C.                    13 July 1962

Thermal Insulation Requirements for Machinery and Piping
MIL-STD-769(SHIPS)

1. This standard has been approved by the Bureau of Ships, and is published to establish the requirements for thermal insulation for machinery and piping on Naval ships.

2. Use of this standard by activities under the cognizance of the Bureau of Ships shall be mandatory effective on the date of issue.

3. Recommended corrections, additions, or deletions including improvements in the procedures described herein, and changes in this standard which can result in less costly installations without sacrificing the level of quality desired should be addressed to the Chief, Bureau of Ships, Department of the Navy, Washington 25, D.C.

MIL-STD-769(SHIPS)
13 July 1962

## CONTENTS

|  |  | Page |
|---|---|---|
| 1. | SCOPE | 1 |
| 2. | REFERENCED DOCUMENTS | 1 |
| 2.1 | Specifications and drawing | 1 |
| 2.2 | Other publications | 2 |
| 3. | GENERAL REQUIREMENTS | 2 |
| 4. | MATERIALS AND THICKNESSES | 2 |
| 4.1 | Minimum thicknesses | 2 |
| 4.2 | Special conditions | 2 |
| 4.3 | Adhesives | 3 |
| 4.4 | Finishing cements | 3 |
| 4.5 | Metal lagging | 3 |
| 5. | RE-USABLE COVERS | 3 |
| 5.1 | Hot-surface insulation covers | 3 |
| 5.2 | Construction | 3 |
| 5.3 | Fabrication, piping components | 3 |
| 5.4 | Fabrication, machinery and equipment | 9 |
| 6. | INSTALLATION | 9 |
| 6.1 | Hot-surface insulation | 9 |
| 6.1.1 | Pipe and tubing | 9 |
| 6.1.2 | Piping components | 9 |
| 6.1.3 | Machinery and equipment | 9 |
| 6.1.4 | Boiler uptakes | 10 |
| 6.2 | Antisweat insulation | 10 |
| 6.3 | Refrigerant insulation | 10 |
| 6.4 | Weather deck hot piping insulation | 10 |
| 6.5 | Metal lagging | 11 |
| 6.6 | Painting | 11 |
| 7. | NOTES | 11 |

MIL-STD-769(SHIPS)
13 July 1962

## TABLES

|  |  |  | Page |
|---|---|---|---|
| Table | I. | Schedule of approved insulation and lagging materials. | 4 |
| Table | II. | Insulation thicknesses for hot piping, compounded or fibrous, conforming to MIL-I-2781. | 5 |
| Table | III. | Thickness of insulation conforming to MIL-P-15280 and MIL-I-22344 for hot piping. | 6 |
| Table | IV. | Thickness of insulating tape conforming to MIL-I-15349, for 1/4 to 3/4 inch size hot piping. | 6 |
| Table | V. | Thickness of insulating materials for hot surfaces of machinery and equipment up to 850°F. | 6 |
| Table | VI. | Thickness of insulating materials for hot surfaces of machinery and equipment over 850°F. | 7 |
| Table | VII. | Thickness of refrigerant insulation for piping. | 7 |
| Table | VIII. | Thickness of refrigerant insulation for machinery and equipment (exclusive of vapor barrier). | 7 |
| Table | IX. | Thickness of antisweat insulation (exclusive of vapor barrier). | 8 |
| Table | X. | Nominal thicknesses of insulation for weather deck hot piping. | 8 |

MIL-STD-769(SHIPS)
13 July 1962

## 1. SCOPE

1.1 The purpose of this standard is to amplify the general requirements for insulation of piping, machinery, uptakes, and mechanical equipment covered in the General Specifications for Ships of the U.S. Navy or in ships specifications.

## 2. REFERENCED DOCUMENTS

2.1 The issues of the following documents in effect on the date of invitation for bids form a part of this standard to the extent specified herein:

SPECIFICATIONS

FEDERAL
T-T-931 - Twine, Cotton, Mattress.
HH-C-466 - Cloth, Glass (for Membrane Waterproofing and Built-Up Roofing.
HH-I-525 - Insulation Board, Thermal Cork.
HH-I-551 - Insulation Block and Pipe Covering (Thermal Cellular Glass).
QQ-S-775 - Steel, Sheet, Zinc-Coated.
QQ-W-390 - Wire, Nickel-Chromium-Iron Alloy.
SS-C-192 - Cement, Portland.
SS-C-466 - Cloth, Thread, and Tape, Asbestos.
TT-P-26 - Paint, Interior, White and Tints, Fire-Retardant.
TT-P-320 - Pigment, Aluminum; Powder and Paste, for Paint.
UU-T-106 - Tape, Pressure-Sensitive Adhesive, Masking, Paper.

MILITARY
MIL-P-876 - Pipe-Covering, Cord, Molded (Fire Resistant Vapor-Barrier Coating).
MIL-I-2781 - Insulation Pipe Covering, Thermal.
MIL-I-2818 - Insulation Blanket, Thermal, Fibrous Mineral.
MIL-I-2819 - Insulation Block, Thermal.
MIL-C-2861 - Cement, Insulation, High-Temperature.
MIL-C-2908 - Cements, Finishing, Insulation.
MIL-A-3316 - Adhesives, Fire-Resistant, Thermal Insulation.
MIL-P-15006 - Paper, Sheathing, Fire-Resistant and Water-Repellent.
MIL-I-15091 - Insulation Sheet or Strip, Thermal, Asbestos Felt.
MIL-A-15199 - Adhesive, Asbestos Cloth to Pipe, Insulation.
MIL-P-15280 - Plastic Foam, Unicellular, Sheet and Tubular Form, Elastomeric.
MIL-C-15328 - Coating, Pretreatment (Formula No. 117 for Metals).
MIL-I-15349 - Insulation Tape, Thermal.
MIL-I-15475 - Insulation Felt, Thermal, Fibrous Glass, Semirigid.
MIL-I-16411 - Insulation Felt, Thermal, Glass Fiber (for Temperatures Up To 1200 Degrees F.)
MIL-A-18065 - Adhesives, High Initial Bond.
MIL-B-19564 - Bedding Compound, Thermal Insulation Pipe Covering.
MIL-C-19565 - Coating Compound, Thermal Insulation Pipe Covering - Fire-, Water-, and Weather-Resistant.
MIL-F-20077 - Felt, Asbestos, Roll.
MIL-C-20079 - Cloth, Glass, Tape, Textile, Glass, and Thread, Glass.
MIL-I-22023 - Insulation Felt, Thermal and Sound Absorbing Felt, Fibrous Glass, Flexible.
MIL-I-22344 - Insulation Pipe Covering, Fibrous Glass.

BUREAU OF SHIPS
General Specifications for Ships of the U.S. Navy.

DRAWINGS

BUREAU OF SHIPS
5000-S5103-841336 - Piping, Boiler Soot Blower, Typical Installation.

1

MIL-STD-769(SHIPS)
13 July 1962

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications.- The following document forms a part of this specification to the extent specified herein. Unless otherwise indicated the issue in effect on date of invitation for bids shall apply.

AMERICAN SOCIETY FOR TESTING MATERIALS
    ASTM - A167 - Specification for Corrosion-Resisting Chromium-Nickel Steel Plate, Sheet and Strip.
    ASTM - 209  - Specification for Seamless Carbon-Molybdenum Alloy-Steel Boiler and Super-heater tubes.

(Application for copies should be addressed to the American Society for Testing Materials, 1916 Race Street, Philadelphia 3, Penn.)

## 3. GENERAL REQUIREMENTS

3.1 General requirements such as definitions, basic applications, and reasons for insulating are covered in the General Specifications for Ships of the U.S. Navy or in ships specifications, Section 9390-2. Thermal insulation and acoustic absorptive treatment of compartments, ventilating ducts and trunks are covered in the appropriate sections of the above specifications.

3.2 Minor deviations in installation which meet the intent of the requirements specified herein may be approved by the cognizant Supervisor of Shipbuilding, U.S. Naval shipyard, or the Bureau of Ships. (A copy of all such changes shall be forwarded to the Bureau of Ships, Code 648L.)

## 4. MATERIALS AND THICKNESSES

4.1 Minimum thicknesses.- Tables 1 to 10, inclusive specify materials for insulation and lagging and the minimum acceptable thicknesses for the temperature ranges listed.

4.2 Special conditions.- The following special conditions supplement or modify the selection of materials or thicknesses specified, when applicable:

(a) The insulation thickness on soot blower piping between the root valve and the soot blower heads shall be reduced from that indicated for a system normally operating at the same temperature as follows:

(1) Where double layer insulation is used, only the inner (high temperature) insulation thickness layer need be installed.
(2) Where the insulation consists of a single uniform thickness layer, only one-half the total specified thickness need be installed.

(b) The insulation thickness for hot water systems operating at a normal maximum temperature of 150°F. may be 1/2 inch thick for pipe sizes up to 3/4 inch i.p.s., in accordance with MIL-I-2781.

(c) Compounded type insulation in accordance with MIL-I-2781: Where both class b and class e insulations are specified for a double layer insulation, class e, type I may be furnished in a uniform single thickness equal to the total thickness of both layers.

(d) Fibrous type insulation in accordance with MIL-I-2781: Where both class c and class f insulations are specified for a double layer insulation class f may be furnished in a uniform single thickness equal to the total thickness of both layers.

(e) Compounded type insulation conforming to MIL-I-2781, grade I, (calcium silicate only) or cellular glass insulation conforming to HH-I-551 shall be used on hot piping requiring insulation that will be exposed to the weather, and shall conform to the thicknesses shown in table 10.

2

MIL-STD-769(SHIPS)
13 July 1962

4.3 **Adhesives.** - The following adhesives shall be used for fastening cloth and tape lagging:

| Type of lagging | Specification |
|---|---|
| Asbestos | MIL-A-15199 1/<br>or MIL-A-3316, type II |
| Fibrous glass | MIL-A-3316, type I or<br>type II |

1/ Not applicable for cementing to fiber-glass insulation.

4.4 **Finishing cements.** - Where finishing cement is specified any of the following materials are acceptable subject to any material limitations for the proposed application:

(a) Finishing cement, MIL-C-2908.
(b) High-temperature insulating cement, MIL-C-2861, when used under asbestos cloth.
(c) A mixture of 80 percent high-temperature insulating cement, MIL-C-2861, and 20 percent portland cement, SS-C-192.

4.5 **Metal lagging.** - Where metal lagging is required, any of the following materials are acceptable, except for uptake applications (see 6.1.4):

| Sheet material | Specification | Nominal thickness<br>Inch |
|---|---|---|
| Hot-dipped galvanized steel | QQ-S-775 | 0.014 |
| Aluminum | ASTM 209, Alloy 6061 | .030 |
| Corrosion-resistant steel (CRES) | ASTM A167, AISI type 304 | .014 |

5. RE-USABLE COVERS

5.1 **Hot-surface insulation covers.** - In order to insure that the pipe covering will not interfere with the servicing of a takedown joint where a re-usable cover is installed, the permanent insulation shall stop short of the takedown joint and a short removable and re-usable section of insulation shall be installed between the permanent insulation and the takedown joint. The insulation joint formed by the permanent and re-usable sections may be square, or at an angle of 45 degrees; the joint, however, shall be tight, without any gaps between the two sections and shall incorporate means to prevent dislodging the insulation sections. Re-usable covers are not required on systems insulated with elastomeric foamed plastic insulation (MIL-P-15280).

5.2 **Construction.** - For sizes larger than 2 inches i.p.s., valve bonnets and valves having takedown joints at the ends shall be fitted with re-usable covers such that the bonnet joint may be removed independently of the valve covering. Valves 2 inches i.p.s. and under shall be fitted with separate covers as indicated above, or covers of a one-piece design such that they may be wrapped around the entire valve body and clipped or otherwise secured just below the handwheel.

5.3 **Fabrication, piping components.** - For piping components except as otherwise specified, any one of the following methods of fabrication is acceptable:

5.3.1 Covers may be made in two halves of thermal insulating felt enclosed in asbestos cloth. Each half cover shall be sewn and quilted with wire-inserted asbestos yarn conforming to SS-C-466, form II, or fastened with mechanical stapling in a manner to provide a uniform thickness, strength and rigidity.

5.3.2 Covers for use at temperatures of 850°F. and below shall be filled with asbestos felt. Wire-inserted asbestos cloth, SS-C-466, grade AAA-M, shall be used on the inside surface of covers for valves larger than 2 inches i.p.s. For valves 2 inches i.p.s. and smaller, grade AAA shall be used on inside surface of covers. For 500°F. and below, asbestos cloth, SS-C-466, grade AA, shall be used on outside surface of covers; grade AAA cloth shall be used above 500°F.

3

MIL-STD-769(SHIPS)
13 July 1962

Table I - Schedule of approved insulation and lagging materials. 1/

| Service | Temperature Range (°F.) | Pipe and Tubing | | Valves and Fittings | | Flange Joints | | Machinery | |
|---|---|---|---|---|---|---|---|---|---|
| | | Insulation | Lagging | Insulation | Lagging | Insulation | Lagging | Insulation | Lagging |
| Gases<br>Steam<br>Hot water<br>Oil | 125 to 1050 | MIL-I-2781<br>MIL-I-15849<br>(750°F.Max.)<br>MIL-I-22344<br>(370 F.Max.)<br>MIL-P-15280<br>(180°F.Max.) | SS-C-466,<br>grade UG<br>MIL-C-20079 | MIL-I-2781<br>MIL-I-2819<br>MIL-I-16411<br>MIL-I-15091,<br>type A<br>MIL-C-2861<br>MIL-I-22344<br>(370°F Max.)<br>MIL-P-15280<br>(180°F Max.) | SS-C-466<br>MIL-C-20079 | MIL-I-2781<br>MIL-I-2819<br>MIL-I-16411<br>MIL-I-15091,<br>type A<br>MIL-C-2861<br>MIL-I-22344<br>(370°F. Max.)<br>MIL-P-15280<br>(180°F. Max.) | SS-C-466<br>MIL-C-20079 | MIL-I-2819<br>MIL-I-16411<br>MIL-I-15091,<br>type A<br>MIL-I-2818<br>MIL-C-2861<br>MIL-I-22023<br>(370°F. Max.) | SS-C-466<br>MIL-C-20079 |
| Cold water | 32 to 99 | MIL-I-15091<br>MIL-I-2781<br>MIL-I-22344<br>MIL-P-15280 | SS-C-466<br>MIL-C-20079<br>MIL-P-15008 | MIL-I-15091<br>MIL-I-2781<br>MIL-I-22344<br>MIL-I-2819<br>MIL-P-15280 | SS-C-466<br>MIL-C-20079<br>MIL-P-15008 | MIL-I-15091<br>MIL-I-2781<br>MIL-I-22344<br>MIL-I-2819<br>MIL-P-15280 | SS-C-466<br>MIL-C-20079<br>MIL-P-15008 | MIL-I-15091<br>MIL-I-22023<br>MIL-I-2819 | SS-C-466<br>MIL-C-20079<br>MIL-P-15008 |
| Refrigerant<br>Chilled water | -20 to 60 | HH-I-551<br>MIL-P-876<br>MIL-P-15280<br>(28°F. Min.) | SS-C-466<br>MIL-C-20079 | HH-I-551<br>MIL-P-876<br>MIL-P-15280<br>(28°F. Min.) | SS-C-466<br>MIL-C-20079 | HH-I-551<br>MIL-P-876<br>MIL-P-15280<br>(28°F. Min.) | SS-C-466<br>MIL-C-20079 | HH-I-551<br>HH-I-525 | SS-C-466<br>MIL-C-20079 |

1/ Additional materials are covered in 4.5 (metal lagging); 6.1.4 (boiler uptakes); 6.2 (securing antisweat insulation); 6.4.1 (weather deck hot piping)

4

MIL-STD-769(SHIPS)
13 July 1962

Table II.– Insulation thicknesses for hot piping, compounded and fibrous conforming to MIL-I-2781.

| Pipe size (inches i.p.s.) | Temperature range (degrees F.) | Class [1] | | Nominal thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 1/2, 1-1/2 | 125-388 | b, c | -- | 1 | -- | 1 |
| | 389-500 | b, c | -- | 2 | -- | 2 |
| | 501-750 | c, d | c or | 2 | -- | 2 |
| | 751-950 | e, f | f | 2 | -- | 2 |
| | 951-1050 | e, f | b, c | 2 | 1-1/2 | 3-1/2 |
| 2 and 2-1/2 | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2 | -- | 2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | c or | 3 | -- | 3 |
| | | c, d | f | 1-1/2 | 1-1/2 | 3 |
| | 751-900 | e, f | b, c | 1-1/2 | 1-1/2 | 3 |
| | 901-1050 | e, f | b, c | 2 | 1-1/2 | 3-1/2 |
| 3 through 4-1/2 | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2 | -- | 2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | c or | 3 | -- | 3 |
| | | c, d | f | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | e, f | b, c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e, f | b, c | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | e, f | b, c | 2-1/2 | 1-1/2 | 4 |
| 5 and 6 | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2 | -- | 2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | c or | 3 | -- | 3 |
| | | c, d | f | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | e, f | b, c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e, f | b, c | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | e, f | b, c | 3 | 2 | 5 |
| 7 | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2-1/2 | -- | 2-1/2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | c or | 4 | -- | 4 |
| | | c, d | f | 1-1/2 | 2 | 3-1/2 |
| | 751-900 | e, f | b, c | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e, f | b, c | 2 | 2 | 4 |
| | 951-1050 | e, f | b, c | 3 | 2 | 5 |
| 8 and larger | 125-338 | b, c | -- | 1-1/2 | -- | 1-1/2 |
| | 339-388 | b, c | -- | 2-1/2 | -- | 2-1/2 |
| | 389-500 | b, c | -- | 3 | -- | 3 |
| | 501-750 | c, d | c or | 4 | -- | 4 |
| | | c, d | f | 2 | 2 | 4 |
| | 751-900 | e, f | b, c | 2 | 2 | 4 |
| | 901-950 | e, f | b, c | 2-1/2 | 2 | 4-1/2 |
| | 951-1050 | e, f | b, c | 3 | 2 | 5 |

[1] Where considered desirable, higher temperature classes of insulation of MIL-I-2781 may be used where lower temperature classes are specified (e.g.: where class be is specified, class d or e may be used and where class c is specified, class f may be used) provided they are satisfactory in all other respects.

MIL-STD-769(SHIPS)
13 July 1962

Table III. - Thickness of insulation conforming to MIL-P-15280
and MIL-I-22344, for hot piping.

| Temperature range (°F.) | Specification | Thickness |
|---|---|---|
| | | Inch |
| 125 to 180 | MIL-P-15280 or MIL-I-22344 | 1/2 |
| 181 to 250 | MIL-I-22344 | 1/2 |
| 251 to 300 | MIL-I-22344 | 3/4 |
| 301 to 370 | MIL-I-22344 | 1 |

Table IV. - Thickness of insulating tape conforming to MIL-I-15349,
for 1/4 to 3/4 inch size hot piping.

| Temperature range (°F.) | Pipe size | Thickness |
|---|---|---|
| | | Inch |
| 125 to 250 | 1/4, 3/8 | 3/8 |
| 251 to 750 | 1/4, 3/8 | 3/8 |
| 125 to 250 | 1/2, 3/4 | 3/4 |

Table V. - Thickness [1]/ of insulating materials for hot surfaces
of machinery and equipment up to 850°F.

| Temperature range (°F.) | Thickness (inches) | |
|---|---|---|
| | Asbestos felt, MIL-I-15091 MIL-I-2819, or mineral wool blanket MIL-I-2818 | Insulating cement, MIL-C-2861 |
| 125-338 . . . . . . . . . . . . | 1-1/2 | 1-1/2 |
| 339-388 . . . . . . . . . . . . | 2-1/2 | 2-1/2 |
| 389-500 . . . . . . . . . . . . | 3 | 3 |
| 501-750 . . . . . . . . . . . . | 3-1/2 | 4 |
| 751-850 . . . . . . . . . . . . | 4-1/2 | 5 |

[1]/ Does not include finishing cement.

6

MIL-STD-769(SHIPS)
13 July 1962

Table VI. - Thickness [1] of insulating materials for hot surfaces of machinery and equipment over 850°F.

| Temperature range (°F.) | Thickness (inches) | | | |
|---|---|---|---|---|
| | Felt | | | Block |
| | Inner layer MIL-I-16411 | Outer layer MIL-I-15091, type A | Total | MIL-I-2819 |
| 851-950 . . . . . . . | 2 | 3 | 5 | 4-1/2 |
| 951-1050 . . . . . . | 2 | 3 | 5 | 5 |

[1] Does not include finishing cement.

Table VII. - Thickness of refrigerant insulation for piping.

| Pipe size (inches) | Temperature range (°F.) | Molded cork, MIL-P-876 Cellular glass, HH-I-551 Nominal[1] thickness (inches) | |
|---|---|---|---|
| Up to 1-1/4 | -20 to -1 | 2-1/4 | 1-1/2* |
| | 0 to 40 | 2 | 1-1/4* |
| 1-1/2 to 2-1/2 | -20 to -1 | 2-1/2 | 1-3/4* |
| | 0 to 40 | 2-1/4 | 1-1/2* |
| 3 to 5 | -20 to -1 | 3 | 2* |
| | 0 to 40 | 2-3/4 | 1-3/4* |

[1] By nominal thickness is meant a thickness which is approximate and should only be used as a guide in determining actual thickness requirements.
* Thickness for application in air-conditioned spaces only.

Table VIII. - Thickness of refrigerant insulation for machinery and equipment (exclusive of vapor barrier).

| Temperature range (°F.) | Thickness (inches) | | | |
|---|---|---|---|---|
| | Corkboard, HH-I-525 | | Cellular glass, HH-I-551 | |
| 0 to 35 | 4 | 1* | 5 | 1-1/2* |

*Thickness for application in air-conditioned spaces only.

7

MIL-STD-769(SHIPS)
13 July 1962

Table IX. - Thickness of antisweat insulation (exclusive of vapor barrier).

| Temperature range (°F.) | Machinery and equipment | | | Piping | | |
|---|---|---|---|---|---|---|
| | Material specification | Thickness (inches) | | Material specification | Thickness (inches) | |
| 28 to 99 | MIL-I-15091 MIL-I-2819 | 1-1/2 | 3/4* | MIL-I-15091 MIL-I-2781 MIL-I-2819 | 1 | 1/2* |
| | MIL-I-22023 | 1 | 1/2* | MIL-P-15280 MIL-I-22344 | 3/4 | 1/2* |

*Thickness for application in air conditioned spaces only.

Table X. - Nominal thicknesses of insulation for weather deck hot piping.

| Pipe size (inches i.p.s.) | Calcium silicate, MIL-I-2781 Cellular glass, HH-I-551 |
|---|---|
| | Inches |
| 1/4 to 3 | 1-1/2 |
| 3-1/2 to 6 | 2 |
| Over 6 | 2-1/2 |

5.3.3  Covers for use at temperatures above 850°F. shall have filling consisting of inner layers of fiber-glass felt, MIL-I-16411, outer layers of asbestos felt, and shall be covered on the inside surface and on the ends with nickel-chromium alloy wire mesh, QQ-W-390 (or wire-inserted asbestos cloth, SS-C-466, grade AAA-M, for services up to 950°F.) and on the outside surface with grade AAA asbestos cloth. Asbestos roll felt, MIL-F-20077 1/8 inch thick, shall be inserted between the asbestos felt and the asbestos cloth to retain the cylindrical shape of the cover.

5.3.4  Hard asbestos millboard, 1/4 inch thick, enclosed in asbestos cloth of the type used on the outside cover, shall be sewn on ends of covers for strength and rigidity.  When a more flexible cover is necessary, such as when space limitation would not permit installation of the more rigid type, the millboard will not be required.  When the flange diameter is larger than the outside diameter of the adjacent pipe covering, build-up pieces made of asbestos felt encased in asbestos cloth, SS-C-466, grade AAA shall be stitched to inside of cover.  Halves of covers shall be fastened together by 1/16-inch diameter galvanized, or other corrosion resistant, wire rope laced through brass or galvanized steel hooks or rings, or fastened by brass snap fasteners.  Fastenings shall be securely attached to cloth lagging.

5.3.5  Covers may be made of segments of block insulation or molded pipe insulation, having the same thickness as that on the adjacent piping.  Blocks shall be securely wired to frames of 1/2 inch square mesh, Number 18 gage (0.049-inch diameter) galvanized steel wire.  Wire mesh frames inside and outside of blocks shall have ends bent over and joints secured with Number 18 gage black annealed iron wire woven through the mesh.  Insulating cement of the same material as the blocks shall be troweled smoothly over all surfaces of the wire mesh.  Asbestos roll felt may be used to build up covers when the flange diameter is larger than the outside diameter of the adjacent pipe covering.  Covers shall be tightly and smoothly lagged to envelop the outside and ends.  For temperatures of 500°F. and below asbestos cloth lagging conforming to SS-C-466, grade AA, shall be used; grade AAA cloth shall be used above 500°F.  Lagging may be

8

Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 14 of 100   Page ID
#:2869

cemented or sewn on, except ends of covers shall always be sewn.  Where double layer insulation is used the two sections of the cover shall be fitted together with a scarfed joint.  Such joints shall be straight and true to reduce heat loss.  Bands, eyelets, or locks of galvanized steel, or lacing with hooks, rings, washers, and wire shall be used to secure the covers.

5.3.6  When installing the above covers, spaces between inner surfaces of covers for flanges and other irregular surfaces shall be filled with pieces of asbestos felt when temperatures are 850°F. or less.  Fiber-glass felt in accordance with MIL-I-16411, shall be used similarly above 850°F.  Felt shall be packed loose enough to preserve air cell structure and tight enough to prevent air circulation.

5.4  Fabrication, machinery and equipment. -  For re-usable covers for machinery and equipment, either of the following methods of fabrication is acceptable.

5.4.1  Covers may be similar to the flexible asbestos felt or fiber-glass felt type described for piping components.

5.4.2  Covers may be made in sections formed of insulating block held together with wire and adhesive cement, covered with 1/2-inch thickness of finishing cement, and lagged.  Lacing with hooks, rings, washers, and wire, or brass snap fasteners shall be used to secure the covers.

6.  INSTALLATION

6.1  Hot surface insulation. -

6.1.1  Pipe and tubing. -  Each layer of molded insulation shall be installed with joints butted together.  Where two layers are used all joints shall be staggered.  Not less than three fastenings shall be used for securing each 3-foot section of insulation.  Fastening shall be Number 18 gage (0.049-inch diameter) annealed black or hot-dipped galvanized iron wire or flat steel bands.  Except as otherwise specified, lagging shall be installed over the insulation.

6.1.1.1  The installation of soot blower piping insulation shall be in accordance with drawing 5000-S5103-841336.

6.1.2  Piping components. -  For valves, fittings, and accessories, welded and brazed fittings including unions may be insulated and lagged similarly to adjacent piping.

6.1.2.1  Block, felt, blanket insulating materials, or molded pipe insulation secured with hot-dipped galvanized iron wire, may be used.  When insulating felts are used above 850°F. the inner layer shall be fiber-glass felt conforming to MIL-I-16411.  Galvanized iron wire netting, Number 18 gage (0.049-inch diameter), shall be spread over the insulating material and secured with wire.  Insulating cement shall be used to fill all crevices, smooth all surfaces, and completely cover the wire netting.  A 1/2-inch thickness of finishing cement shall then be applied.  Insulating material shall be the same thickness as that on adjacent piping.

6.1.2.2  For components 3-1/2 inch i.p.s. and smaller, insulating cement only conforming to MIL-C-2861, may be applied to a thickness 1/2 inch less than the adjacent pipe insulation.  A 1/2 inch thickness of finishing cement shall be applied over the insulating cement.

6.1.2.3  Re-usable covers shall be fitted where required.

6.1.3  Machinery and equipment. -  For machinery and equipment, block, felt, or blanket insulating materials of the required thickness shall be secured with hot-dipped galvanized iron wire.  Galvanized iron wire netting 1-inch mesh and Number 18 gage (0.049-inch diameter) shall be spread over the surface and secured by wire.  Insulating cement shall be used to fill all crevices, smooth all surfaces, and completely cover the wire netting.

6.1.3.1  When no insulating cement has been specified, a 1/2-inch thickness of finishing cement shall be applied.

Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 15 of 100   Page ID #:2870

6.1.3.2  When an insulating cement has been specified it shall be applied in successive layers, 1/2 inch to 1 inch in thickness, until the total thickness specified has been reached.  Wire netting, similar to that used for covering the insulating materials, shall be installed between layers.  A 1/2-inch thickness of finishing cement shall be applied over the last layer of insulating cement.

6.1.3.3  Lagging shall be installed over finishing cements.  Re-usable covers shall be installed where required.

6.1.3.4  Clips, hooks, or other fastenings for securing insulation or lagging shall not be brazed or welded to nonferrous parts of distilling plants or deaerating feed tanks.

6.1.4  Boiler uptakes. -  For boiler uptakes the thermal insulation shall be 2 inches thick.  Either mineral wool felt, MIL-I-2818, or fibrous glass sheet, MIL-I-15475, may be used.  If acoustic absorptive treatment is found to be necessary to decrease the noise level the insulation thickness shall be increased accordingly.

6.1.4.1  Metal lagging for uptakes shall be galvanized sheet steel conforming to QQ-S-775, not less than 1/32 inch thick.

6.1.4.2  Insulation and lagging is not required on uptakes above the weather deck.

6.2  Antisweat insulation.

6.2.1  Molded pipe covering, untreated asbestos felt, water repellent asbestos felt, or fibrous glass blanket insulation shall be secured with Number 18 gage (0.049-inch diameter) hot-dipped galvanized iron wire, wire inserted asbestos yarn, or glass thread, MIL-C-20079, spirally wound on 1-inch centers.  One layer of water repellent and flameproof sheathing paper, MIL-P-15006, shall be wrapped tightly around the insulation and secured with cotton twine, T-T-931, or 1-inch wide tape, UU-T-106.  All joints of the paper shall be lapped and sealed with adhesive cement, MIL-A-3316, type II.  The compatible lagging shall then be installed and completely covered with vapor barrier compound, MIL-P-876.

6.2.2  Application of a vapor barrier is not required on elastomeric foamed plastic insulation, MIL-P-15280, nor is lagging required except in areas where such insulation would be subject to damage.

6.3  Refrigerant insulation.

6.3.1  Molded cork insulation shall be coated on all surfaces with vapor barrier compound, MIL-P-876, at the time of installation.  Insulation shall be installed with staggered end joints.  On horizontal pipes the longitudinal joints shall be at the top and bottom.  Insulation shall be secured with Number 18 gage (0.049-inch diameter) copper-covered steel wire spaced not greater than six loops to a 3-foot section.  Molded cellular glass insulation shall be similarly coated and installed, except that fastenings  shall be on 9-inch centers; 1-inch wide tape, UU-T-106, may be used instead of wire.  The compatible lagging shall then be installed.

6.4  Weather deck hot piping insulation.

6.4.1  Calcium silicate or cellular glass insulation for piping exposed to the weather shall be installed as follows:

(a)  Preliminary preparation of piping.

(1)  All surfaces to be clean, dry, and free of scale and grease.
(2)  Fittings, valves, flanges, pipe supporting clamp, and at least 3 inches of adjacent pipe shall be painted as follows: Apply one coat pretreatment formula 117, MIL-C-15328.  After this coat dries, apply two coats of aluminum paint made by mixing two pounds of aluminum paste, TT-P-320, type II, class B, with each gallon of phenolic varnish.

(b)  Installation on pipes

(1)  The bore, butt ends, and longitudinal joint surfaces of the insulating material shall be coated not more than 1/16 inch thick with commercial bedding compound, in accordance with MIL-B-19564, at time of installation.

MIL-STD-769(SHIPS)
13 July 1962

(2) Longitudinal joints on horizontal piping shall be on top and bottom of pipe.
(3) Insulation shall be secured tightly to pipe with 1/2-inch wide U.S. Standard 22 gage galvanized steel bands on 9-inch centers. Steel bands shall be placed over a layer of fibrous glass tape, MIL-C-20079, class c, which has been dipped in the commercial finishing compound in accordance with MIL-C-19565. Steel bands shall be wrapped with a layer of masking tape, UU-T-106, type II.
(4) Completely coat insulation with commercial finishing compound, in accordance with MIL-C-19565, using about 2 gallons per 100 square feet. Wrap on tightly one layer of open weave fibrous glass cloth, HH-C-466, or knitted fibrous glass tape, MIL-C-20079, and then apply another coating of above-specified finishing compound, using about 4 gallons per 100 square feet. After this coat has set apply a second coat of finishing compound using the same quantities.
(5) Where insulation is stopped off on the piping, sufficient mineral wool, MIL-I-2818, shall be tightly tied in place with galvanized iron wire over a heavy coating of the above-specified commercial bedding compound, to provide a tapered portion from insulation surface to pipe surface. Lag and coat with same method and materials as adjacent piping.

(c) Installation on fittings, flanges, and valves.

(1) Before applying flange insulation weather deck piping shall be tested and secured in the following manner: After specified tests are completed, weather deck piping shall be subjected to alternate periods of full operating pressure, allowing pipe to come to maximum temperature; and then to zero gage pressure allowing pipe to cool to ambient temperature. These cycles shall be repeated a sufficient number of times, tightening and adjusting flanges where necessary until no leaks can be detected.
(2) Fittings, flanges, and valve covers shall be ship-fabricated from sections of molded pipe covering or cellular glass block cemented together with adhesive cement, MIL-A-18065, class 1.
(3) Permanent covers for fittings and valves shall be fitted snugly to fittings and adjacent pipe covering using the same materials and methods as outlined for pipe covering. Voids between insulation and fitting shall be filled with tightly packed mineral wool, MIL-I-2818.
(4) Where specified, rigid-type portable flange covers shall extend over the adjacent pipe covering 1-1/2 times the thickness of the insulation. The two halves of the cover should be coated and lagged separately, using the same materials and procedure as outlined for pipe covering. The galvanized steel bands used to secure the two halves together and to the adjacent pipe covering shall be applied over the lagging and then coated with the above-specified finishing compound.

(d) Installation around supports and hangers.

(1). Remove only enough insulation from butt edges to provide a snug fit around support brackets or hanger rods. Fill all voids between insulation and support with tightly packed mineral wool, MIL-I-2818, to within 1/4 inch from insulation surface. Fill remainder of the space with the above-specified finishing compound overlapping generously both the support member and the adjacent insulation.

6.5 Metal lagging. - Metal lagging shall be installed with lap joints, secured with hardened self-tapping screws or metal bands.

6.6 Painting. - All cloth and tape laggings shall be painted after installation with one coat of fire-retardant white paint, TT-P-26, if necessary for appearance. Elastomeric foamed plastic insulation MIL-P-15280 shall not be painted except where necessary for appearance. (For material and application requirements, see Section 9190-1 of the General Specifications for Ships of the U.S. Navy or ships specifications.)

7. NOTES

Notice.- When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be

11

MIL.-STD-769(SHIPS)
13 July 1962

regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

(Copies of this standard for military use may be obtained as indicated in the foreword to, or the general provisions of, the Index of Military Specifications and Standards.)

Both the titles and the identifying number should be stipulated when requesting copies of Military Standards.

Preparing activity:
Navy - Ships
(Project 5640-N023Sh)

12

# EXHIBIT G

INSULATION AND LAGGING FOR FUEL OIL HEATERS



## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS ETC

2. BEFORE INSULATING, ALL EXTERNAL SURFACES OF FUEL OIL HEATERS SHALL BE THOROUGHLY CLEANED AND PAINTED WITH TWO COATS OF HEAT RESISTING ALUMINUM PAINT N.D. SPECS 52 PIS NIT IN ACCORDANCE WITH OEN SPECS 519-1

3. FUEL OIL HEATERS TO BE INSULATED WITH TWO LAYERS OF 1" THICK AMOSITE ASBESTOS FELT, TOTAL 2" THICK INSULATION TO BE FIRMLY SECURED WITH .045"DIA. ANNEALED HOT DIPPED GALV IRON WIRE WRAPPED AROUND OUTER LAYER. ALL LAYERS OF AMOSITE ASBESTOS FELT TO BE STAGGERED.

4. FUEL OIL HEATERS ARE TO BE LAGGED WITH .025"THICK METAL LAGGING FITTED NEATLY AROUND VALVES AND FITTINGS AND SHALL BE SO CONSTRUCTED THAT IT MAY BE EASILY REMOVED WITHOUT BEING DAMAGED.(SEE NOTE 3#)

5. THE METAL LAGGING TO BE FIRMLY SECURED AS SHOWN, FASTENED WITH HARDENED SELF-TAPPING SCREWS IN PUNCHED HOLES MAKING THEIR OWN THREAD (EXCEPT WHERE OTHERWISE SHOWN) ALL LAGGING SHALL BE PAINTED ON THE INSIDE WITH TWO COATS OF ALUMINUM PAINT, FORMULA NO 11 BEFORE INSTALLATION. (SEE NOTE 9#&9#)

6. CARBON CONTENT OF STEEL TO BE JOINED BY WELDING NOT TO EXCEED 25%

7. NUTS AND MACHINE SCREWS TO BE IN ACCORDANCE WITH H-O SPECS. 43-B1 INT AND 42 S5 SCRCW THREADS TO BE AMERICAN (NATIONAL) STANDARD FORM COARSE THREAD SERIES.

8. MANUFACTURER'S NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING

9. ALL INSULATION MUST MEET THE REQUIREMENTS OF GENERAL SPECS SUB-SECTION S.35-1 OF JUNE I, 1940.

9A. FOR THE CONSERVATION OF STRATEGIC MATERIALS WHERE STATUS OF WORK PERMITS, THE FOLLOWING MATERIAL SHOULD BE USED ... FOR PCS. 100, 103, 108, 109, 212 & 222, SUBSTITUTE SHEET STEEL H.O SPECS. 47-5-10 – TYPE 3 FOR 47-5-11 TYPE II CL."D". OMIT "GALVANIZE" FROM PCS. 218 & 213 . PAINT WITH ZINC CHROMATE PAINT.(SEE NOTES 2#)

9B. ...

### REFERENCE PLANS

| TITLE | CONT'D PLAN NO | BUR'S OWN SKETCH |
|---|---|---|
| FOUNDATIONS FOR F.O. HEATERS. | 1943-1102-16 | |
| SECTIONAL G-FIN F.O. HEATER ASSEMBLY | HVE-1933 | 00445-331404 |

SECTION A-A.

END VIEW.





Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 22 of 100   Page ID #:2877

NET AREA - 27" x 66" = 12,304



## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. WANTED (ORIG.) (REPAIR) | MATERIAL | NAVY DEPT SPECIFICATIONS | REMARKS | DRAWING NUMBERS BUREAU / CONTRS. | PATTERN NUMBERS | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|
| 201 | ANOSITE ASBESTOS FELT | 504 | ANOSITE ASB. FELT | 32 F 3 | 1" THICK | | | |
| 201 | ANOSITE ASBESTOS FELT | 325 | ANOSITE ASB. FELT | 32 F 3 | ½" THICK | | | |
| 202 | ASBESTOS CLOTH | 175 | ASBESTOS CLOTH | 32 C II INT | TYPE "A" | | | |
| 203 | PLATE - .0313 THICK  48" x 96" | | STEEL, PLATE | 43 S 3 b INT | | | | |
| 204 | PLASTIC CEMENT | 145 | PLASTIC CEMENT | 32 C 9 | | | | |
| 205 | INSULATION CEMENT | 24 | | 32 C 9 | | | | |
| 206 | | | | | | | | |
| 207 | .048 SOFT STEEL WIRE | | STEEL WIRE | 44 S 2 | | | | |
| 208 | .048 SOFT STEEL WIRE | | STEEL WIRE | 44 S 2 | | | | |
| 209 | STEEL RINGS | 60 | | | | | | |
| 210 | ASBESTOS TWINE | 2 | | 32 C II INT | FOR ANOSITE BLANKETS | | | |
| 211 | BRACKET PLATE ¼ TH.  7" x 7" x 6" | 1 | STEEL | 43 S 4 | | | | |
| 212 | #8 NO MACH SCREWS 2½ LG | 60 | STEEL | 42 S 8 | | | | |
| 213 | #8 HEX NUTS | 60 | STEEL CLASS 2 | 43 B III INT | | | | |
| 214 | NYLON SELF-TAPPING SCREWS #8 | 10 | STEEL | COMMERCIAL | | | | |

WEIGHT SUMMARY (GROUP IX - SUBJECT C)
INSULATION ...... 305.6
CEMENT .......... 97.5
CLOTH ........... 12.5
STEEL PLATES .... 25.4
MISCELLANEOUS ... 4.6
TOTAL - 1 SHIP ... 445.6#

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS NECESSARY TO PROVIDE FOR EASY ACCESS TO BOLTS, ETC.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS.

3. PRIOR TO INSULATING, ALL EXTERNAL SURFACES OF THE EVAPORATOR AND AIR EJECTOR CONDENSER SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO COATS OF ALUMINUM PAINT FORMULA N-61 IN ACCORDANCE WITH N GEN SPECS. 51B 14-1.

4. AIR EJECTOR CONDENSER AND BOTH ENDS OF EVAPORATORS EXCEPT THE LOWER FRONT HALF TO BE INSULATED WITH ONE LAYER 1" THICK ANOSITE ASBESTOS FELT...

5. ALL PERMANENT INSULATION TO BE SECURED TO MACHINERY WITH .048 DIA ANNEALED HOT DIPPED GALVANIZED IRON WIRE, WHICH IS FASTENED TO STEEL HOOKS SEALED TO MACHINERY.

6. ALL PERMANENT INSULATION SURFACES TO BE OVERLAID WITH ¼" THICK PLASTIC CEMENT N U SPECS 32 C 14 TYPE A "OR H" MIXED WITH 20% PORTLAND CEMENT...

7. THE LOWER FRONT HALF OF EVAPORATORS TO BE COVERED WITH .0313" THICK GALVANIZED SHEET STEEL LAGGING MADE IN FIVE PORTABLE SECTIONS AS SHOWN ON PLAN. EACH SECTION TO BE EASILY REMOVABLE AND HELD TOGETHER WITH ¼" DIA. ROUND HEAD MACHINE SCREWS, SEE NOTE 10A.

8. ALL SCREW THREADS TO BE AMERICAN (NATIONAL) STANDARD FORM COARSE THREAD SERIES

9. MANUFACTURER'S NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.

10. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECIFICATIONS SUB-SECTION 33B-1 OF JUNE 1, 1940.

10A. FOR THE CONSERVATION OF STRATEGIC MATERIALS WHERE STATUS OF WORK PERMITS, SUBSTITUTE SHEET STEEL 40 SPECS. 47-S-10 TYPE 1 FOR 47-S-10 TYPE 2, CLASS "D" FOR PCS 203 & 211. OMIT "GALVANIZE" AND PAINT WITH ZINC CHROMATE PRIMER.

## REFERENCE PLANS

| TITLE | CONT FILE NO | B of E DWG NO |
|---|---|---|
| DISTILLING PLANT - EXTERNAL ARRGT. | (BRISCOM - MISSELL) | NTE 1835-14 |
| DISTILLING PLANT - SHELL | (BRISCOM - MISSELL) | NTE 1835-34 |
| DISTILLING PLANT - FRONT COVER | (BRISCOM - MISSELL) | NTE 1834-14 |
| DISTILLING PLANT - BACK COVER | (BRISCOM - MISSELL) | NTE 1834-34 |
| DISTILLING PLANT - AIR EJECTOR CONDENSER | (BRISCOM - MISSELL) | NTE 1832-14 |

| NO. | DESCRIPTION | BY | DATE | APP'D BY | DATE | APP'D |
|---|---|---|---|---|---|---|
| | ALTERATIONS | | AUTHORITY | CONTRACTOR | LAPP. | |



INSULATION & LAGGING

FOR FEED PUMPS

NET AREA - 21" x 66" = 12,574    GROSS AREA - 30" x 66⅜"

## LIST OF MATERIAL "QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. WANTED ONE SHIP | MATERIAL | NAVY DEPT SPECIFICATIONS | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTORS | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL. | 1658 | AMOSITE ASBESTOS FELT | 32 F 3 | 1" THICK | | .. | .. | |
| 201 | AMOSITE ASBESTOS FELT INSUL. | 1008 | AMOSITE ASBESTOS FELT | 32 F 3 | ½" THICK | | .. | .. | |
| 202 | ASBESTOS CLOTH | 1008 | ASBESTOS CLOTH | 32 C 14 (N15) | | | .. | .. | |
| 203 | PLASTIC CEMENT | 200# | PLASTIC CEMENT | 32 C 14 (N15) | SEE GEN. NOTE Nº6 | | .. | .. | |
| 204 | INSULATION CEMENT | 40# | INSUL. CEMENT | 32 C 8 | | | .. | .. | |
| 205 | .048"DIA.ANNEAL.DIPPED GALV.BLACK IRON WIRE | 15 YD | GALV. IRON WIRE | COMMERCIAL | FOR SECURING INSULATION | | .. | .. | |
| 206 | ¼" DIA. SOFT STEEL WIRE | 18 YD | STEEL WIRE | 46 S 3 | FOR SECURING INSUL. WIRE | | | | |

WEIGHT SUMMARY - (GROUP "XIV" - SUBGROUP 3)
INSULATION ......... 190.0#
CEMENT ......... 228.0
ASBESTOS CLOTH ......... 24.0
MISCELLANEOUS ......... 30.0
TOTAL-ONE SHIP- 446.0#

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR EASY ACCESS TO BOLTS ETC

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MOVEMENT AND AROUND FITTINGS

⚠ 3. PRIOR TO INSULATING, ALL THE EXTERNAL NON-WORKING SURFACES OF THE PUMP TURBINES AND THE PUMP BODIES SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO(2) COATS OF HEAT RESISTING ALUMINUM PAINT N.D. SPEC. 52 P19.

4. THE PUMP TURBINES TO BE INSULATED WITH 2 LAYERS 1" THICK AMOSITE ASBESTOS FELT, TOTAL 2" THICK. THE PUMP BODIES TO BE INSULATED WITH TWO LAYERS ¾" THICK AMOSITE ASBESTOS FELT, TOTAL 1½" THICK, ALL LAYERS TO BE STAGGERED.

5. ALL INSULATION TO BE SECURED TO THE PUMP TURBINES AND THE PUMP BODIES WITH .048"DIA ANNEALED HOT DIPPED GALVANIZED IRON WIRE WHICH IS FASTENED TO STEEL HOOKS SPOT WELDED TO THE PUMP TURBINES AND THE PUMP BODIES.

6. ALL INSULATION SURFACES OF THE PUMP TURBINES AND THE PUMP BODIES TO BE OVERLAID WITH ¼" THICK PLASTIC CEMENT N.D SPECS. 32 C14(N15) TYPE "N" OR TYPE "B" MIXED WITH 20% PORTLAND CEMENT, TROWELLED AND RUBBED TO SMOOTH FINISH, AFTER DRYING 24 HOURS, AN INSULATING CEMENT N.D.SPECS. 32 C 8 SHALL BE APPLIED TO THE HARD FINISH CEMENT AND ALLOWED TO DRY ONE HOUR AFTER WHICH A SECOND COAT OF THE SAME CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH N.D SPECS. 32 C 14(N15) WHICH SHALL BE COATED ON THE UNDER SIDE WITH INSULATION CEMENT AND ALLOWED TO DRY FOR 72 HOURS. THE ASBESTOS CLOTH SHALL BE PAINTED AS REQUIRED BY SUB-PARAGRAPH S19-1,g-4 OF SUB-SECTION S19-1 OF THE GEN SPECS. THE EDGES OF THE ASBESTOS CLOTH SHALL BE BEVELED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION.

7. THE MANUFACTURER'S NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING

8. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECS. SUB-SECTION S30-1 OF JUNE 1, 1940.

## REFERENCE PLANS

| DRAWING TITLE | CONT. PLAN NO. | BU.OF SHIPS PLAN Nº |
|---|---|---|
| 425 G.P.M. MAIN FEED PUMP OUTLINE (DE LAVAL CO.) | -6-6420- | 209453-S4100-12 |
| 425 G.P.M MAIN FEED PUMP TURBINE ASSEMBLY(DE LAVAL CO.) | -6-6470- | DD418-S4344-15 |

PLAN APPROVAL EXTENDED   29 JAN 1942

INSTRUCTIONS FOR INSULATION AND LAGGING

1. METHOD FOR SECURING SUPER STANDARD AMOSITE SECTIONAL PIPE COVERING:

2. FLANGE COVERING:

3. VALVE AND FITTING COVERING:

4. METHOD OF SECURING HAIR FELT INSULATION

5. METHOD OF SECURING CORK INSULATION

5A. METHOD OF SECURING CORK INSULATION (REFRIGERATION SYSTEM)

**ST OF MATERIAL**  QUANTITIES FOR ONE SHIP

| DD682-64 | | BOSTON NAVY YARD |
| DD649&565 | | CHARLESTON NAVY YARD |
| DD | | PUGET SOUND NAVY YARD |
| DD | | CHARLESTON NAVY YARD |
| DD | | BOSTON NAVY YARD |

| DD642-644 | | |
| DD629-631 | BATH IRON WORKS CORPN. | |
| DD562-641 | BETHLEHEM STEEL CO., SHIPBLDG DIV. | |
| DD569-590 | CONSOLIDATED STEEL CO. | |
| DD584-563 | SEATTLE - TACOMA SHIPBUILDING CO | |
| DD550-553 | GULF SHIPBUILDING CO. | |
| DD518-522 | BETHLEHEM STEEL CO SHIPBUILDING DIV. | |
| DD607-617 | BATH IRON WORKS CORPN. | |
| DD498-502 | FEDERAL SHIPBLDG & DRY DOCK CO. | |
| DD471 | BEALE | BATH STEEL CO. S.B. DIV | 8082 |
| DD470 | BACHE | STATEN ISLAND YARD | 8081 |
| DD468 | DE HAVEN | BATH IRON WORKS CORPN. | 195 |
| DD467 | STRONG | BATH, MAINE | 193 |
| DD466 | WALKER | FEDERAL SHIPBLDG DOCK | 205 |
| DD450 | O'BANNON | BATH IRON WORKS CORPN | 191 |
| DD454 | LA VALLETTE | BATH, MAINE | 190 |
| DD447 | JENKINS | FEDERAL SHIPBUILDING | 200 |
| DD445 | FLETCHER | | HULL NO. |

**NAVY YARD, BOSTON**

APPROVED DD472-481 AND 561-597

**DESIGN AND ENGINEERING BY**
**GIBBS & COX, INC.**
**NEW YORK**

**CONT'RS. PLAN NO. 445-3902-5**

**INSULATION & LAGGING SCHEDULE**
**ENGINEERING PIPING**

**BUREAU OF SHIPS PLAN NUMBER**
DD445-S3902-5   ALT.3 68

## LIST OF MATERIAL

## QUANTITIES FOR ONE SHIP

Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 33 of 100   Page ID #:2888

| PIPING | | | VALVES AND FITTINGS | | | INSULATION | | LAGGING | | FLANGES AT VALVES AND FITTINGS ONLY | | INSULATION | | LAGGING | | TYPE OF COVERS | WORKING PRESSURE AND TEMPERATURE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|




| SYSTEMS | ITEM NO | NOMINAL SIZE | PIPING | | | | | VALVES AND FITTINGS | | | | INSULATION | | | LAGGING | | | FLANGES AT VALVES AND FITTINGS JOINTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LIN FT OF PIPE | INSULATION | | LESS PAINT COVERING | | NO VALVES AND FITTINGS | | | | INSULATION | | LAGGING | | | NO OF FLGD JOINTS | INSULATION | | LAGGING | |
| | | | | MATERIAL | THKNS | MATERIAL | THKNS | VALVE TYPE | FITTING TYPE | | | MATERIAL | THKNS | MATERIAL | THKNS | SPECIAL | | MATERIAL | THKNS | MATERIAL | THKNS |

The page contains a large, heavily degraded engineering specification table. The left-hand column lists the following systems (best readings):

- AUXILIARY STEAM HIGH PRESSURE
- AUXILIARY STEAM LOW PRESSURE
- STEAM AND DRAIN PIPING FUEL OIL HEATING COILS
- FUEL OIL SERVICE PIPING
- FEED PIPING SUCTION & DISCHARGE, BOILER BLOW-OFF, CONDENSATE TANK & PIPING, CONDENSATE VENTS & DRAINS
- EXHAUST FROM DIESEL GENERATOR
- BLEEDER STEAM
- GLAND SEALING & VENTS FOR MAIN TURBINES
- DC LER DOWNCOMER PIPES
- STILLING PLANT
- SALT WATER PIPING IN MACHINERY SPACES
- COOLER & SEA WATER



| No. | DESCRIPTION | SPECIFICATIONS | |
|---|---|---|---|
| 200 | | | |
| 201 | ASBESTOS FELT INSUL. | 32 F 3 | |
| 202 | OS CLOTH-30" WIDE | 32 C 11 | |
| 203 | PLASTIC CEMENT | 32 C 14 | SEE GEN.NOTE NO.3 BELOW |
| 204 | SODIUM SILICATE | 51 G 23 | |
| 205 | WIRE RING, COPPER WIRE | 22 W 3 | FOR LACING |
| | AMOSITE ASBESTOS FELT INSUL. | 32 F 3 | ¾" THICK |

WEIGHT SUMMARY: GROUP YIN   SUBJECT 3(5,8)
INSULATION............. 3610
CEMENT................. 736.0
ASBESTOS CLOTH........ 107.0
MISCELLANEOUS......... 760
TOTAL PER SHIP  4360 LBS

## GENERAL NOTES

1. THIS DRAWING SHOWS FLANGE COVERS FOR PIPE TO PIPE FLANGES ONLY.

2. FLANGES ON STEAM LINES IN WAY OF MACHINERY FREQUENTLY INSPECTED, REPLACED OR RENEWED, MUST BE COVERED WITH PORTABLE BLANKETS, LACED ON AS INDICATED ON DWG.445-3403-7. THE THICKNESS OF INSULATION OVER SUCH FLANGES FOR THE VARIOUS SYSTEMS AND TEMPERATURES ARE GIVEN ON THE INSULATION AND LACING SCHEDULE 445-3402-7 BILL OF ZONES BUVL NO. D0445-52803-9.

3. ALL FLANGE COVERS TO BE OVERLAID WITH ⅜"THICK PLASTIC CEMENT NO.SPECS.32 C14 TYPE "A" OR TYPE "B" MIXED WITH 30% PORTLAND CEMENT, TROWELED AND RUBBED TO A SMOOTH FINISH, AFTER THOROUGHLY DRY, APPLY ASBESTOS CLOTH TYPE "A" N.S. SPECS.32 C11 HELD DOWN WITH EITHER INSULATION CEMENT N.S.SPECS.32 C12 OR SODIUM SILICATE N.S. SPECS. 51 G 23. THE ASBESTOS CLOTH SHALL THEN BE PAINTED AS REQUIRED BY SUB-PARAGRAPH 316-1-F-2 OF SUBSECTION S-19-1 OF THE GEN SPECS.

4. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GEN. SPECS. SUBSECTION S-19-1 OF JUNE 1,1940.

5. SEPARATE LOOPS OF LACING WIRE TO BE WOUND AROUND COVER, THEN TWISTED TOGETHER AND FORCED INTO INSULATION. LACING WIRE INDICATED AS PIECE NO. 204 ON PLAN.

6. ALL DIMENSIONS ARE IN INCHES.

### REFERENCE PLANS

| TITLE | CONT. PLAN No. | BLUEPRINT PLAN |
|---|---|---|
| INSULATION AND LACING SCHEDULE ENGINEERING ROOM | 445-3402-7 | D0445-52803-9 |
| FLEXIBLE INSULATION LACING BOILER, PIPING, STEAM PIPES AND FITTINGS, | 445-3403-7 | D0445-52803-10 |
| SUPERHEAT CONTROL BOILER, REFER OF VALVES AND FITTINGS | BOSTON PLAN | D0445-52903-18 |



**AUX. LINES—600"PRESS. FLANGE COVER**
**TEMP. 100°F. TO 300°F.**

### 00"PRESS. FLANGE COVERS, TEMP. 100°F. TO 300°F.

| No. | A | B | C | D | E | F | G | No. OF STD COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| ½ | 2¾ | 1⅛ | 6½ | 5¾ | 3½ | 9½ | | |
| ¾ | 2⅝ | 2¼ | 7½ | 5¾ | 4 | 9¾ | | |
| 1 | 3¼ | 2⅝ | 7¾ | 6 | 4 | 10 | | |
| 1 | 3½ | 2⅝ | 7¾ | 6¾ | 4¼ | 10½ | | |
| 1 | 3¾ | 2⅝ | 8½ | 6⅝ | 4½ | 11¼ | | |
| 1 | 4¾ | 2¾ | 9 | 6¾ | 4¾ | 11¼ | | |
| 1 | 4½ | 2¾ | 9¾ | 7¼ | 4½ | 12¾ | | |
| ¾ | 5½ | 2½ | 10¾ | 7¼ | 4½ | 12¼ | | |
| 1 | 6 | 2¾ | 11½ | 8½ | 5 | 13¾ | | |
| 1 | 6½ | 3 | 12½ | 8¾ | 5¾ | 13¾ | 2 | FEED DISCHARGE |
| 1 | 7 | 3 | 13 | 8¾ | 5¾ | 14¼ | | |
| 1 | 7¾ | 2¾ | 13½ | 9¾ | 5¾ | 14¾ | | |
| 1 | 6¾ | 2¾ | 14 | 9¾ | 6 | 15¾ | 1 | FEED DISCHARGE |
| 1 | 8½ | 3¼ | 15 | 9½ | 6 | 15¾ | | |
| 1¼ | 9¾ | 3¾ | 16¾ | 10¾ | 6¾ | 17¾ | | |



| | DESCRIPTION | AUTHORITY | BY | |
|---|---|---|---|---|
| No. | | ALTERATIONS | | |



INSULATION AND LAGGING
FOR CRUISING TURBINES



## LIST OF MATERIAL — QUANTITIES FOR ONE SHIP

| ITEM NO | NAME OF PIECE | QUANTITY | MATERIAL | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTOR | PATTERN NUMBER | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|
| 206 | AMOSITE ASBESTOS FELT INS. | | ASBESTOS FELT | .32 C.F. | 1" THICK | | | | |
| 201 | AMOSITE ASBESTOS FELT INS. | | ASBESTOS FELT | .32 C.F. | 1" THICK | | | | |
| 202 | ASBESTOS CLOTH | | ASBESTOS | .32 C.II (INT) | | | | | |
| 203 | ASBESTOS CLOTH | | ASBESTOS | .32 C.II (INT) | FOR TURBINE SIDE OF BLANKETS | | | | |
| 204 | PLASTIC CEMENT | | PLASTIC CEMENT | .32 C.I.4 | SEE GEN.NOTE NO.7 BELOW | | | | |
| 205 | INSULATION CEMENT | | INSUL. CEMENT | .32 C.I.B | | | | | |
| 206 | ANN'LD IRON WIRE | | SOFT ANNEALED IRON WIRE | | FOR SECURING PERMANENT INSUL. | | | | |
| 207 | 1/2 DIA. SOFT STEEL WIRE | | STEEL WIRE | .44 C.S.S. | FOR SECURING INSULATION WIRE | | | | |
| 208 | STEEL RINGS | | STEEL | COMMERCIAL | CADMIUM PLATED FOR LACING | | | | |
| 209 | STEEL WASHERS | | STEEL GALV. | COMMERCIAL | FOR LACING | | | | |
| 210 | #18 B.W.G. COPPER WIRE | | SOFT COPPER | .32 W.S | FOR LACING | | | | |
| 211 | ASBESTOS TWINE | | ASBESTOS TWINE | .39 C.II (INT) | FOR QUILTING BLANKETS | | | | |
| 212 | 1" SUPER SIXTY AMOSITE 2" THICK | | ASBESTOS | .32 P.S (INT) | FOR SUB-BOILER PIPE (COVERING) | | | | |

WEIGHT SUMMARY (GROUP XXX SUBJECT )
INSULATION .....3050#
CEMENT .....440
ASBESTOS CLOTH .....490
MISCELLANEOUS .....380
TOTAL-1 SHIP .....5360#

## GENERAL NOTES.

*(notes text illegible)*

## REFERENCE PLANS

| DRAWING TITLE | CONT. PLAN NO. | BUOF GRP. PLN. NO |
|---|---|---|
| UPPER SHELL-PORT & STBD UNITS CRUS.TURB ·GEN ELECTRIC | WW-72333301 | |
| LOWER SHELL-PORT & STBD.UNITS CRUS.TURB ·GEN ELECTRIC | WW-7233302 | |
| ASSEMBLY OF CRUISING TURBINE PORT ·GEN ELECTRIC CO. | WW-7233308 | |
| ARRANGEMENT OF PIPING CRUS.TURB.-PORT & STBD·GEN EL. CO | WW-7233307 | |

### END ELEVATION.
### LOOKING AFT

LIST OF MATERIAL — QUANTITIES FOR ONE SUB.

INSULATION AND LAGGING
FOR H.P. TURBINES

NET AREA - 27 x 56 = 10,104        CROSS AREA   50 x 368

## LIST OF MATERIAL—QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | QUANTITY FOR ONE SHIP | MATERIAL | UNIT SPEC. SPECIFICATIONS | REMARKS | DRAWING NUMBER WORLD CONTRACTORS | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|
| 200 | MAGNESITE ASBESTOS FELT INSULATION |  | MAGNESITE(FELT) | 32 C 3 | 1" THICK |  |  |  |
| 201 | AMOUNT ASBESTOS FELT INSULATION |  | AMOUNT (ASBE) | 32 C 3 | 2" THICK |  |  |  |
| 202 | ASBESTOS CLOTH |  | ASBESTOS CLOTH | 32 C 11 (INT) |  |  |  |  |
| 203 | ASBESTOS CLOTH |  | ASBESTOS CLOTH | 32 C 11 (INT) | FOR TURBINE TRIM OF BLANKETS |  |  |  |
| 204 | PLASTIC CEMENT |  | PLASTIC CEMENT | 32 C 14 (INT) | SEE GEN. NOTE NO.7 BELOW |  |  |  |
| 205 | INSULATING CEMENT |  | INSUL CEMENT | 32 C 8 |  |  |  |  |
| 206 | CAST IRON HOOK ANCHOR W/NUT & WASHER FOR BOLT |  | CAST IRON HOOK | COMMERCIAL | FOR SECURING PERMANENT INSUL |  |  |  |
| 207 | ½" DIA. SOFT STEEL WIRE |  | STEEL WIRE | 46 S 2 | FOR SECURING INSULATION INSEC |  |  |  |
| 208 | STEEL RINGS |  | STEEL | COMMERCIAL | CADMIUM PLATED FOR LACING |  |  |  |
| 209 | STEEL WASHERS |  | STEEL | COMMERCIAL | FOR LACING |  |  |  |
| 210 | NO. 18 R.H.S. COPPER WIRE |  | SOFT COPPER | 22 N 9 | FOR LACING |  |  |  |
| 211 | ASBESTOS TWINE |  | ASBESTOS TWINE | 32 C 11 (INT) | FOR QUILTING BLANKETS |  |  |  |

WEIGHT SUMMARY (GROUP XII SUBGP ) 

    INSULATION (FELT) ...... 960.0181
    CEMENT ................. 180.0
    ASBESTOS CLOTH ......... 80.0
    MISCELLANEOUS .......... 30.0
    TOTAL (1 SHIP) ........ 1260.0181



## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE, MAKING SUCH MODIFICATION AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS ETC

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS

3. PRIOR TO INSULATING, ALL EXTERNAL SURFACES OF THE TURBINE SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO (2) COATS OF HEAT INSULATING ALUMINUM PAINT N.D. SPECS 52-P18M11 IN ACCORDANCE GEN SPECS 513-1

4. TURBINE TO BE INSULATED WITH 3 LAYERS OF 1" THICK AND TWO LAYERS OF 2" THICK MAGNESITE ASBESTOS FELT TOTAL 4½" THICK THE EQUALIZING NUT TO BE INSULATED WITH TWO LAYERS 2" THICK AMOSITE ASBESTOS FELT TOTAL 4" THICK ALL LAYERS TO BE STAGGERED

5. PERMANENT INSULATION TO BE SECURED TO TURBINE WITH .093"DIA ANNEALED HOT DIPPED GALV IRON WIRE WHICH IS FASTENED TO STRAP HOOKS SPOT WELDED TO TURBINE. CADMIUM PLATED STEEL RINGS BACKED UP BY GALV'D STEEL WASHERS ON BOTH SIDES OF ASBESTOS CLOTH ARE TO BE USED & PREFERRED TO PERMANENT INSULATION ADJACENT TO PORTABLE SECTIONS.

6. PORTABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED OVER FLANGES AND FITTINGS. THESE BLANKETS SHALL BE QUILTED FROM FRONT TO BACK WITH ASBESTOS TWINE, AND THE EDGES OF THE ASBESTOS CLOTH SHALL BE SEWED WITH ASBESTOS TWINE NOT LESS THAN 3 STITCHES PER INCH. THE BLANKETS TO BE MADE BY COVERING FOR OUTSIDE SURFACE WITH TYPE 3" ASBESTOS CLOTH AND THE INSIDE WITH TYPE 5" ASBESTOS CLOTH, MATERIAL FOR CLOTH AND TWINE TO BE IN ACCORDANCE WITH N.D. SPECS. 32 C 11(INT). MATERIAL FOR ASBESTOS FELT TO BE IN ACCORDANCE WITH N.D. SPECS 32 F3. BLANKET COVERED OVER AS SECURED TO PERMANENT SECTIONS WITH NO.18 GALV COPPER WIRE LACED THROUGH CADMIUM PLATED STEEL RINGS & WASHERS. LACING AS DESCRIBED IN NOTE NO. 5 ABOVE.

7. ALL PERMANENT INSULATION SURFACES OF TURBINE SHALL BE COVERING WITH ½" THICK PLASTIC CEMENT N.D SPECS. 32 C14(INT) TYPE 3 OR 5" MIXED WITH 20% PORTLAND CEMENT TROWELLED AND RUBBED FOR SMOOTH FINISH, AFTER DRYING 24 HOURS, AN INSUL CEMENT N.D SPECS. 32C8 SHALL BE APPLIED TO THE HARD FINISH CEMENT AND ALLOWED TO DRY ONE HOUR AFTER WHICH A SECOND COAT OF THE SAME CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH N.R. SPECS 32 C11(INT) WHICH SHALL BE COATED BY THE UNDER SIDE WITH INSULATION CEMENT AND ALLOWED TO DRY FOR 72 HOURS. THE ASBESTOS CLOTH SHALL BE PAINTED W/ COLOR AS REQUIRED BY SHIP MANAGEMENT SER 1 - 2 - D OF SUB-SECTION 519-1 IN THE GEN SPECS. THE EDGES OF THE PACKING CLOTH SHALL BE MIXED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION

8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURRET PACKING. INSULATION TO BE ARRANGED SO AS TO PROVIDE ACCESS TO PACKING WITHOUT REMOVING THE PORTABLE BLANKETS. MATERIALS FOR SHEET STEEL LAGGING IS BEARING IN LIST OF MATERIAL ON DWG. 442-5902-2 BU NO 08441-5390&-3

9. MANUFACTURER'S NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.

10. ~~INSULATION AND LAGGING TO BE SAME STANDARD AS SHOWN~~ (struck through)

11. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GEN SPECS SUB-SECTION 539-1 OF JUNE 1, 1940.

## REFERENCE PLANS

| TITLE | CONT PLAN NO. | DWG SHIP'S PLAN |
|---|---|---|
| H.P TURBINE SHELL - UPPER HALF | GEN ELECT MFG CO | WH 5903-2SO |
| H.P TURBINE SHELL - LOWER HALF | GEN ELECT MFG CO | WH 5903-2SO |
| H.P TURBINE EXHAUST CASING - UPPER HALF | GEN ELECT MFG CO | WH 5903-2SO |
| H.P TURBINE EXHAUST CASING - LOWER HALF | GEN ELECT MFG CO | WH 5903-2SO |

PLAN APPROVAL EXTENDED TO DD460, &c-DD INCL.                29 JAN 15

| NO. | DESCRIPTION | AUTHORITY | BY | DATE |
|---|---|---|---|---|
|  |  |  |  |  |
| ALTERATIONS | | | | |



NET AREA 27'x76" 14.25 SQ.FT. GROSS AREA 30'x76" 160 SQ FT

## LIST OF MATERIAL — QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. REQ'D PER UNIT | MATERIAL | NAVY DEPT. SPECIFICATIONS | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTORS | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL. | | AMOSITE ASBESTOS | 32 F 9 | 1" THICK | | | | |
| 201 | ASBESTOS CLOTH | | ASBESTOS CLOTH | 32 C 11 (INT) | | | | | |
| 202 | ASBESTOS CLOTH | | ASBESTOS CLOTH | 32 C 11 (INT) | | | | | |
| 203 | PLASTIC CEMENT | | PLASTIC CEMENT | 32 C 11 (INT) | SEE GEN NOTE NO 7 BELOW | | | | |
| 204 | INSULATION CEMENT | | INS. CEMENT | 52 C 9 | | | | | |
| 205 | .049" DIA. ANNEAL. MT. GV. GALV. IRON WIRE | | GALVAN IRON | COMMERCIAL | FOR SECURING MONUMENTAL | | | | |
| 206 | 3" DIA. SOFT STEEL WIRE | | STEEL WIRE | 46 S 2 | FOR SECURING INSULATION INT. | | | | |
| 207 | STEEL RINGS | | STEEL | COMMERCIAL | CANNON PLATE FOR LACING | | | | |
| 208 | STEEL WASHERS | | STEEL GALV | COMMERCIAL | FOR LACING | | | | |
| 209 | #14 B&S COPPER WIRE | | NET COTTER | 22 H 9 | FOR LACING | | | | |
| 210 | ASBESTOS TWINE | | ASBESTOS | 32 C 11 (INT) | FOR QUILTING BLANKETS | | | | |

WEIGHT SUMMARY (GROUP XII SUBJECT 1)
INSULATION (FELT) ......... 1045 #
CEMENT ......... 1159
ASBESTOS CLOTH ......... 162
MISCELLANEOUS ......... 39

TOTAL - 1 SHIP ......... 7039 #



₵ L.P. TURBINE

₵ GLAND SEALING STEAM

L.P. TURBINE

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS, ETC.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND MAY NOT BE AS SHOWN.

3. PRIOR TO INSULATION, ALL EXTERNAL SURFACES OF THE TURBINE AND SHELL OVER PIPE SHALL BE THOROUGHLY CLEANED AND COATED WITH A COAT OF RED LEAD PAINT OR IRON OXIDE PAINT AS SPECIFIED AS SPECIFIED IN ACCORDANCE WITH NAVY SPECS. 52-12-1.

4. TURBINE TO BE INSULATED WITH 2 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT TOTAL 2" THICK, CROSS JOINTED TO BE INSULATED WITH 2 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT TOTAL 2" THICK, ALL LAYERS TO BE STAGGERED.

5. PERMANENT INSULATION TO BE SECURED TO TURBINE AND CROSS OVER PIPE WITH .049 DIA ANN. AT (1) NOT CLOSER THAN 6 INCH APART. INSULATION FASTENED TO STEEL RINGS. SPOT WELD TO TURBINE AND TO CLEANING. OVER ALL COVERING OF 1/2 LB. STEEL RINGS BACKED UP EACH SIDE HANDHOLE 1/4 DUTY SECT'S. ON ASBESTOS CLOTH MAY TO BE FASTENED TO PERMANENT INSUL AGAINST TO VIBRATING SECTIONS.

6. [illegible]

7. [illegible]

8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURBINE PACKING AND [illegible] MATERIAL FOR SHEET STEEL LAGGING SHALL BE AS SPECIFIED IN LIST OF MATERIAL ON DWG ABOVE.

9. MANUFACTURER'S NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE IN THE OUTER LAGGING.

10. INSULATION AND LAGGING AS SHOWN FOR GENERAL SECTION, TYPICAL AND CROSS OVER PIPE WESTINGHOUSE TURBINE AND LAYED FOR A PART TO BE INCLUDED IN AND ADDED SIMILARLY.

11. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF NAV SPECS. SUB-SECTION S-52-1 OF JUNE 1, 1940.

## REFERENCE PLANS

| TITLE | CON'L PLANNO. | SWG.PLAN NO. |
|---|---|---|
| L.P. BEARING CYLINDER COVER | RE-5333323 | 10441-5440-30 |
| L.P. BEARING CYLINDER BODY | RE-5333330 | 10441-5440-12 |
| N R TO L.P. CAS'S OVER PIPE-PORT SIDE | RE-5529669 | 10441-5440-231 |

ITEM APPROVAL EXTENDED
TO DD449, 661-665 INCL.

28 JAN 1942

| NO. | DESCRIPTION | BY | AUTHORITY |
|---|---|---|---|
| | ADDED DETAIL OF CROSS OVER PIPE AND TOTAL WEIGHT | | |

ALTERATIONS






## LIST OF MATERIAL — QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. PER ONE SHIP | MATERIAL | NAVY DEPT. SPECIFICATION | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTORS | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL. | | MOISTENED ASBESTOS | 32-F-3 | 1" THICK | | | | |
| 201 | AMOSITE ASBESTOS FELT INSUL. | | MOISTENED ASBESTOS | 32-F-3 | ½" THICK | | | | |
| 202 | ASBESTOS CLOTH | | | 32 CII (CMT) | | | | | |
| 203 | ASBESTOS CLOTH | | | 32 CII (CMT) | FOR TURNING SHE OF BLANKETS | | | | |
| 204 | PLASTIC CEMENT | | PLASTIC CEMENT | 32 C-24(INT) | SEE GEN NOTE 7 BELOW | | | | |
| 205 | INSULATION CEMENT | 4" | INSUL. CEMENT | 32 C-8 | | | | | |
| 206 | GALV. ANNEALED SOFT IRON WIRE | | GALVING WIRE | COMMERCIAL | FOR SECURING PERMANENT INSUL | | | | |
| 207 | 24 GA. SOFT STEEL WIRE | | STEEL WIRE | 46 S-8 | FOR SECURING INSULATION WIRE | | | | |
| 208 | STEEL RINGS | 400 | STEEL | COMMERCIAL | CADMIUM PLATED FOR LACING | | | | |
| 209 | STEEL WASHERS | 400 | STEEL GALV. | COMMERCIAL | FOR LACING | | | | |
| 210 | #14 B.W.G. COPPER WIRE | | SOFT COPPER | 23 W.9 | FOR LACING | | | | |
| 211 | ASBESTOS TWINE | | ASBESTOS TWINE | 32 CII (CMT) | FOR QUILTING BLANKETS | | | | |

WEIGHT SUMMARY (GROUP SUBJECT 7)

INSULATION 3810 LBS.
CEMENT 1016
ASBESTOS CLOTH 455
MISCELLANEOUS 300
TOTAL WEIGHT ONE SHIP 5610 LBS

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS, ETC.

2. INSULATION AND CEMENT TO BE MATL FITTED TO ACTUAL MACHINERY AND AROUND ITS FITTINGS.

3. PRIOR TO INSULATING ALL EXTERNAL SURFACES OF THE TURBINES, THROTTLE VALVES AND STRAINERS SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO (2) COATS OF HEAT RESISTING ALUMINUM PAINT IN SPECS 52-P-8 INT IN ACCORDANCE WITH GEN. SPECS S19-1

4. THE HIGH PRESSURE END OF THE TURBINES, THROTTLE VALVES AND STRAINERS ARE TO BE INSULATED WITH THREE (3) LAYERS OR 1" THICK AND TWO (2) LAYERS OF ½" THICK AMOSITE ASBESTOS FELT. THE LOW PRESSURE END OF THE TURBINES TO BE INSULATED WITH THREE (3) LAYERS OF 1" THICK. STEAM SEAL LINES FROM MANIFOLD TO BE INSULATED WITH TWO (2) LAYERS OF 1" THICK. ...

5. PERMANENT INSULATION TO BE SECURED TO MACHINERY WITH (200) GA. ANNEALED SOFT IRON WIRE WHICH IS FASTENED TO STEEL HOOKS SPOT WELDED TO MACHINERY. CADMIUM PLATED STEEL RINGS BACKED UP BY GALV. STEEL WASHERS OR GALV. STEEL INSULATION CLOTH ...

6. PORTABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED OVER FLANGES AND FITTINGS. THIS BLANKETS SHALL BE QUILTED APART FROM THE BLACK WITH ASBESTOS TWINE AND THE EDGES OF THE ASBESTOS CLOTH SHALL BE SEWED WITH ASBESTOS TWINE, NOT LESS THAN THREE (3) STITCHES PER INCH. ...

7. ALL PERMANENT INSUL IS IN SURFACES OF THE TURBINES TO BE OVERLAID WITH ¼ THICK ASBESTOS CEMENT AS REQD. ...

8. SHEET ½" IS LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE FLANGE PACKING. INSULATION TO BE ARRANGED TO BE REMOVED TO PROVIDE ACCESS TO PACKING WITHOUT REMOVING THE PORTABLE BLANKETS MATERIAL. FOR SHEET STEEL LAGGING IS ORDERED IN LIST OF MATERIAL ON DWG. NO 466 3093-8

9. MANUFACTURERS NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING

10. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECS S19 SECTION S-29-1 OF JUNE 1940

## REFERENCE PLANS

| DRAWING | TITLE | CONT. PLAN NO | BUREAU PLAN NO |
|---|---|---|---|
| | | | |

SECTION B-B
SCALE 3"=1'-0"




29 JAN 1942

| NO. | DESCRIPTION | AUTHORITY | BY | DATE |
|---|---|---|---|---|
| | | ALTERATIONS | | |

NET AREA = 27 x 56 = 10 5 50 FT.    GROSS AREA = 30°

## LIST OF MATERIAL — QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. REQ'D | MATERIAL | MAT'L SPECIFICATIONS | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTORS | PATTERN NO. | WT. (LBS.) |
|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT (INSUL.) | | | 32 F 3 | 1" THICK | | | | |
| 201 | AMOSITE ASBESTOS FELT (INSUL.) | | | 32 F 3 | 3" THICK | | | | |
| 202 | ASBESTOS CLOTH | | | 32 C 11 (INT) | | | | | |
| 203 | ASBESTOS CLOTH | | | 32 C 11 (INT) | FOR TURBINE SIDE OF BLANKETS | | | | |
| 204 | PLASTIC CEMENT | | | PLASTIC CEMENT | 32 C 14 (INT) | SEE GEN NOTE NO 7 BELOW | | | |
| 205 | INSULATION CEMENT | | | INSUL. CEMENT | 32 C 8 | | | | |
| 206 | GALV. ANNEALED HOT DIP GALV IRON WIRE | | | GALV IRON WIRE | CHANNEL ROYAL | FOR SECURING PERMANENT INSUL | | | |
| 207 | SOFT SOFT STEEL WIRE | | | SOFT STEEL | 46 S 2 | FOR SECURING INSULATION WIRE | | | |
| 208 | STEEL RINGS | | | STEEL | COMMERCIAL | CHANNEL PLATED FOR LACING | | | |
| 209 | STEEL WASHERS | | | STEEL GALV | COMMERCIAL | FOR LACING | | | |
| 210 | #16 BNG. COPPER WIRE | | | SOFT COPPER | 22 W 3 | FOR LACING | | | |
| 211 | ASBESTOS TWINE | | | COTTON | 32 C 11 (INT) | FOR QUILTING BLANKETS | | | |

WEIGHT SUMMARY (GROUP XIV    SUBJECT 7 )

```
INSULATION --------------- 315.0 LBS.
CEMENT ------------------- 314.0
ASBESTOS CLOTH ----------- 73.3
MISCELLANEOUS ------------ 23.3
              TOTAL - 1 SHIP   726.0 LBS.
```



WELD TO EQUIPMENT
AND SPACE TO SUIT

HOOKS FOR
INSULATION WIRE
15 PER FT

## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE ADVANCED 35 TO BOLTS & TO.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS.

3. PRIOR TO INSULATING, ALL THE EXTERNAL SURFACES OF THE PUMP TURBINES AND PUMP BODIES SHALL FIRST BE GIVEN A COAT OF HEAT RESISTING ALUMINUM PAINT N.B. SPECS. 52 P 18 (INT) ...

4. PUMP TURBINES TO BE INSULATED TO WITH 2 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT TOTAL 2" THICK ...

5. PERMANENT INSULATION TO BE SECURED TO PUMP TURBINES AND PUMP BODIES WITH #18 B&S ANNEALED HOT DIPPED GALV ...

6. REMOVABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED ...

7. ALL PERMANENT INSULATION ...

8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURBINE PACKING. INSULATION TO BE ARRANGED SO AS TO PROVIDE ACCESS TO PACKING WITHOUT REMOVING THE PORTABLE BLANKET. IN MATERIAL FOR SHEET STEEL LAGGING IS COVERED IN LIST OF MATERIAL ON DWG NO. 443-3302-5 TO 5.

9. MANUFACTURERS NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.

10. INSULATION AND LAGGING AS SHOWN FOR DE LAVAL CO. TURBINES AND PUMPS, ON SHIPS WHERE PUMPS AND TURBINES OF OTHER MANUFACTURERS USE INSULATION AND LAGGING TO BE SIMILAR.

11. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECS. SUB-SECTION S 39-1 OF JUNE 1, 1940.



## REFERENCE PLANS

| TITLE | CONTRACTOR | BUREAU NUMBER |
|---|---|---|
| AUX FEED BOOSTER PUMP - PUMP CASE | DE LAVAL CO. | 443-3300-31 |
| MANIFOLD BOOSTER PUMP - PUMP CASE | DE LAVAL CO. | 443-3300-31 |
| MAIN FEED BOOSTER PUMP - TURBINE ASSEMBLY | DE LAVAL CO. | 443-3300-31 |
| FUEL OIL SERVICE PUMP - TURBINE ASSEMBLY | DE LAVAL CO. | 443-3302-21 |
| FUEL OIL BOOSTER PUMP - TURBINE ASSEMBLY | DE LAVAL CO. | 443-3302-25 |
| MAIN CONDENSATE PUMP - TURBINE ASSEMBLY | DE LAVAL CO. | 443-3301-31 |
| LOW OIL SERVICE PUMP - TURBINE ASSEMBLY | DE LAVAL CO. | 443-3301-21 |

PLAN APPROVAL EXTENDED
TO DD648,649-645 INCL.

| NO. | DESCRIPTION | AUTHORITY BY | DATE | APPD CONTRACTOR | DATE APPD BY BY BUPL |
|---|---|---|---|---|---|
| | ALTERATIONS | | | | |

LIST OF MATERIAL — QUANTITIES FOR ONE SHIP

GENERAL NOTES

REFERENCE PLANS

DESIGN AND ENGINEERING BY
LORD & LORD, INC.
BOSTON

NAVY YARD, BOSTON

INSULATION AND LAGGING
FOR MAIN CIRCULATING PUMP
AND IHB AIR COMPRESSOR

BUREAU OF SHIP PLAN NUMBER
DD445-S3302-15   ALT O

Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 55 of 100   Page ID #:2910



NET AREA - 27'6" × 36" - 10 SQ. SQ FT.   GROSS

## LIST OF MATERIAL — QUANTITIES FOR ONE SHIP

| ITEM NO. | NAME OF PIECE | NO. REQ'D | MATERIAL | NAVY DEPT. SPECIFICATIONS | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTORS | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL. | | MOULDED MIX | 32 C 8 | 1" THICK | | | | |
| 201 | AMOSITE ASBESTOS FELT INSUL. | | MOULDED FELT | 32 F 3 | ½" THICK | | | | |
| 202 | ASBESTOS CLOTH | | ASBESTOS | 32 C 11 (INT) | | | | | |
| 203 | ASBESTOS CLOTH | | ASBESTOS | 32 C 11(INT) | FOR CURING, USE OF BLANKETS | | | | |
| 204 | PLASTIC CEMENT | | PLASTIC CEMENT | 32 C 11(INT) | AS SEN NOTE NO. 7 BELOW | | | | |
| 205 | INSULATION CEMENT | | INSUL. CEMENT | 52 C 8 | | | | | |
| 206 | | | | COMMERCIAL | FOR SECURING PERMANENT INSUL. | | | | |
| 207 | ½" CIRCULT STEEL WIRE | | STEEL WIRE | 46 S 2 | FOR SECURING INSULATION AND | | | | |
| 208 | STEEL RINGS | | STEEL | COMMERCIAL | CADMIUM PLATED FOR LACING | | | | |
| 209 | STEEL WASHERS | | STEEL GALV. | COMMERCIAL | FOR LACING | | | | |
| 210 | ½ ANG. COPPER WIRE | | SOFT COPPER | 22 W 9 | FOR LACING | | | | |
| 211 | ASBESTOS TWINE | | ASBESTOS | 32 C 11(INT) | FOR QUILTING BLANKETS | | | | |

WEIGHT SUMMARY (GROUP III SUBJECT ?)

    INSULATION ............ 103.0 LBS.
    CEMENT ................. 78.0 LBS
    ASBESTOS CLOTH ......... 24.0 LBS
    MISCELLANEOUS .......... 17.0 LBS.
            TOTAL (½ SHIP).... 228.0 LBS.



CUT TO SUIT NIPPLE

SECTION "C-C"
SCALE 1½"=1'-0"

### GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS.

3. PRIOR TO INSULATING, ALL THE EXTERNAL SURFACES OF THE TURBINES SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO (2) COATS OF HEAT RESISTING ALUMINUM PAINT AS DESCRIBED IN ACCORDANCE WITH N D GENERAL SPECS S13-1.

4. TURBINE TO BE INSULATED WITH 3 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT TOTAL 3" THICK, MAIN CIRCULATING PUMP TURBINE EXHAUST CASE TO BE INSULATED WITH 4 LAYERS 1" THICK AMOSITE ASBESTOS FELT TOTAL 4" THICK, H P AND COMPRESSOR TURBINE EXHAUST CASE TO BE INSULATED WITH 1 LAYER 1" THICK AMOSITE ASBESTOS FELT, ALL LAYERS TO BE STAGGERED.

5. PERMANENT INSULATION TO BE SECURED TO TURBINES WITH .049" DIA. ANNEALED NOT DIPPED GALV IRON WIRE WHICH IS FASTENED TO THE HOOKS SPOT WELDED TO TURBINES. CADMIUM PLATED STEEL RINGS BACKED UP BY GALV. STEEL WASHERS ON BOTH SIDES OF ASBESTOS CLOTH ARE TO BE FASTENED TO PERMANENT INSUL. ADJACENT TO PORTABLE SECTIONS.

6. PORTABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED OVER FLANGES AND FITTINGS. THESE BLANKETS SHALL BE QUILTED FROM FRONT TO BACK WITH ASBESTOS TWINE AND THE EDGES AND THE ASBESTOS CLOTH SHALL BE SEWED WITH ASBESTOS TWINE NOT LESS THAN 3 STITCHES PER INCH. THE BLANKETS TO BE MADE BY COVERING THE OUTSIDE SURFACE WITH PORTLAND CEMENT. THE INSIDE WITH ½ THICK ASBESTOS CLOTH MATERIAL FOR CLOTH AND TWINE TO BE INACCORDANCE WITH N D SPECS 32 C 11 (INT). MATERIAL FOR ASBESTOS FELT TO BE IN ACCORDANCE WITH N D SPECS 32 F 3 (INT). ALL SEAMS TO BE SECURED TO PERMANENT SECTIONS WITH ½" B.W.G. COPPER WIRE LACED THROUGH CADMIUM PLATED STEEL RINGS IN ASBESTOS CLOTH AS DESCRIBED IN NOTE NO 5 ABOVE.

7. ALL PERMANENT INSULATION SURFACES OF TURBINES SHALL BE OVERLAID WITH ½" THICK PLASTIC CEMENT N D SPECS 52 C 8 (MIXED WITH 20 % PORTLAND CEMENT TROWELED AND RUBBED TO A SMOOTH FINISH, AFTER DRYING 24 HOURS, AN INSUL. CEMENT N D SPECS 52 C 8 SHALL BE APPLIED TO THE HARD FINISH, CEMENT AND ALLOWED TO DRY ONE HOUR AFTER WHICH A SECOND COAT OF THE SAME CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THIS INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH N D SPECS AS DESCRIBED. SHALL BE COATED ON THE UNDERSIDE WITH INSULATION CEMENT AND ALLOWED TO DRY FOR 18 HOURS. THE ASBESTOS CLOTH SHALL BE PAINTED WITH TWO COATS AND THE PERMANENT INSULATION TO BE PAINTED AS DESCRIBED IN NOTE 3/39 - 1/9 OF THE GENERAL SPECS. THE EDGES OF THE ASBESTOS CLOTH SHALL BE QUILTED WITH ASBESTOS AND PORTLAND CEMENT AS A PROTECTION.

8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURBINE PACKING INSULATION TO BE ARRANGED SO AS TO PROVIDE FOR REMOVAL WITHOUT DAMAGING THE PORTABLE BLANKETS. PORTABLE SHEET STEEL CASING TO BE ARRANGED ADJACENT TO OR AT THE BEARINGS 3

9. MANUFACTURERS NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.

10. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPECS SUB SECTION S39-1 OF JUNE 1, 1940.

½ DIA. HOLE

DETAIL OF LACING RING
SCALE 1½"=1'-0"

½ THICK (203) TO BE PLACED ON
BOTH SIDES OF
ASBESTOS CLOTH
UNDER RING.

2 HOLES
½ DIA.

DETAIL OF LACING WASHER
SCALE 1½"=1'-0"

### REFERENCE PLANS

| TITLE | DWG. PLAN NO. | OIL SMFY PLAN NO. |
|---|---|---|
| H P AIR COMPRESSOR TURBINE OUTLINE | STUMP & CO | |
| MAIN COND. CIRC. PUMP TURBINE - CYLINDER BASE - ELMES CO | 26-?-? | |
| MAIN COND CIRC PUMP TURBINE - CYLINDER COVER - & L MFG CO | 25-?-? | |
| MAIN COND CIRC PUMP TURBINE - STEAM CHEST - & H MFG CO | 28-?-? | |



29 JAN 1942

| NO. | DESCRIPTION | AUTHORITY | BY | |
|---|---|---|---|---|
| | | | | |
ALTERATIONS

Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 57 of 100   Page ID #:2912



INSULATION & LAGGING
DEAERATING FEED TANK

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. WANTED ONE SHIP | MATERIAL | NAVY DEPT SPECIFICATION | REMARKS | DRAWING NUMBER BUREAU | DRAWING NUMBER CONTRACTOR | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL. | | AMOSITE ASBESTOS FELT | 32-F3 | ½" THICK | | | | |
| 201 | ASBESTOS CLOTH | | ASBESTOS CLOTH | 32-C1 | | | | | |
| 202 | PLASTIC CEMENT | | PLASTIC CEMENT | 32-C14 | SEE NOTE NO.6 | | | | |
| 203 | INSULATION CEMENT | | INSUL. CEMENT | 32-C8 | SEE NOTE NO.6 | | | | |
| 204 | FLEX. HOT DIPPED GALV. STEEL CABLE | | GALV. STEEL CABLE | COMMERCIAL | FOR SECURING INSULATION | | | | |
| 205 | SEAL SOFT STEEL WIRE | | STEEL WIRE | 4-S5 | FOR SECURING INSUL. WIRE | | | | |
| 206 | .049 DIA. 1" MESH GALV. WIRE NETTING | | GALV. WIRE | COMMERCIAL | FOR SECURING PLASTIC CEMENT | | | | |

WEIGHT SUMMARY (GROUP XXIII 30411E)
INSULATION .............. 641 #
CEMENT .................. 312 #
ASBESTOS CLOTH .......... 12 #
MISCELLANEOUS ........... 69 #
TOTAL WEIGHT ONE SHIP 131 #

### GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATION AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS, ETC

2. INSULATION AND CEMENT TO BE NEATLY FITTED AROUND FITTINGS AND VALVES

3. PRIOR TO INSULATING, ALL EXTERNAL SURFACES OF THE DEAERATING TANKS SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO (2) COATS OF HEAT RESISTING ALUMINUM PAINT N·D SPEC 52·P9

4. THE DEAERATING FEED TANKS TO BE INSULATED WITH TWO (2) LAYERS ½" THICK AMOSITE ASBESTOS FELT, TOTAL THICKNESS 1" ALL LAYERS TO BE STAGGERED

5. INSULATION TO BE HELD IN PLACE WITH ⅜" FLEXIBLE HOT DIPPED GALVANIZED STEEL CABLE, SPACED 18" APART COUPLED. 1" MESH GALV. .049"DIA. WIRE NETTING SHALL THEN BE SPREAD OVER THE SURFACE AND WIRED TO STEEL CABLE.

6. ALL PERMANENT INSULATION SURFACES OF DEAERATING TANKS SHALL BE OVERLAID WITH ¼" THICK PLASTIC CEMENT N·D SPEC 32·C14 TYPE "A" OR TYPE "B" MIXED WITH 30% PORTLAND CEMENT, TROWEL MOULDED TO A SMOOTH FINISH. AFTER DRYING 24 HOURS AN INSULATION CEMENT N·D SPEC. 32·C8 SHALL BE APPLIED TO THE HARD PLASTIC CEMENT AND ALLOWED TO DRY ONE HOUR, AFTER WHICH A SECOND COAT OF THE SAME CEMENT SHALL BE APPLIED AND ALLOWED TO DRY. THE INSULATION SHALL THEN BE COVERED WITH ASBESTOS CLOTH N·D SPEC 32·C1 TYPE "A" WHICH SHALL BE COATED ON THE OUTSIDE WITH INSULATION CEMENT AND ALLOWED TO DRY FOR 72 HOURS. THE ASBESTOS CLOTH SHALL BE PAINTED AS REQUIRED BY THE PURCHASER. DRY COATS OF N·D SPEC 32·C14. THE COATS OF PLASTIC, INSULATION CEMENT AND PORTLAND CEMENT AS A PROTECTION

7. ALL INSULATIONS AND SEALING MUST MEET THE REQUIREMENTS OF GENERAL SPECS. AND SECTION S3-1 OF JUNE 1 1941

8. PLAN OF DEAERATING FEED TANK IN ENG ROOM NO 2 AS SHOWN. PLAN OF DEAERATING FEED TANK IN ENG ROOM NO 1 SIMILAR.



**DETAIL OF HOOKS FOR SECURING INSULATION WIRE**
SCALE 12" = 1'

### REFERENCE PLANS

| DRAWING TITLE | FOUNDATION PLAN | BU·SHIPS PLAN |
|---|---|---|
| DEAERATING FEED TANK TANK DETAIL - 696·MH·96E COMP | | |
| DEAERATING FEED Fo OUTLINE OF SELF ASSEMBLY - 696·MH·96 | | |



**BOTTOM VIEW "A-A"**



PLAN APPROVAL EXTENDED TO D004⁰-005-006 INCL.

| NO | DESCRIPTION | AUTHORITY | BY |
|---|---|---|---|
| | ALTERATIONS | | |

Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 59 of 100   Page ID #:2914



NET AREA · 37'4 66" · 19 27 SQ FT        GROSS AREA · 30'²

## LIST OF MATERIAL ~ QUANTITIES FOR ONE SHIP

| PIECE NO. | NAME OF PIECE | NO. UNITS OR LBS OR LIN FT | MATERIAL | NAVY DEPT. SPECIFICATIONS | REMARKS | DRAWING NUMBERS BUREAU CONTRACTORS | | ARTICLE NO | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 200 | AMOSITE ASBESTOS FELT INSUL. | | AMOSITE ASBESTOS | 32 F 3 | 1" THICK | | | | |
| 201 | AMOSITE ASBESTOS FELT INSUL. | | AMOSITE ASBESTOS | 32 F 3 | ¾" THICK | | | | |
| 202 | ASBESTOS CLOTH | | ASBESTOS | 32 C 11 (INT) | | | | | |
| 203 | ASBESTOS CLOTH | | ASBESTOS | 32 C 11 (INT) | FOR THROWN UNDER BLANKETS | | | | |
| 204 | PLASTIC CEMENT | | PLASTIC CEMENT | 52 C 11 (INT) | SEE GEN NOTE NO 2 BELOW | | | | |
| 205 | INSULATION CEMENT | | INSUL. CEMENT | 52 C 8 | | | | | |
| 206 | 1/2" DIA. ANNEAL. ICE NF GALV IRON WIRE | | GALVANIZED | COMMERCIAL | FOR SECURING PERMANENT INSUL. | | | | |
| 207 | 1/2" FLAT SOFT STEEL WIRE | | SOFT STEEL | 46 S 2 | FOR SECURING REMOVABLE INSUL. | | | | |
| 208 | STEEL RINGS | 300 | STEEL | COMMERCIAL | CADMIUM PLATED FOR LACING | | | | |
| 209 | STEEL WASHERS | 600 | STEEL | COMMERCIAL | FOR LACING | | | | |
| 210 | #14 B.W.G. COPPER WIRE | | SOFT COPPER | 22 W 8 | FOR LACING | | | | |
| 211 | ASBESTOS TWINE | | ASBESTOS TWINE | 32 C 11 (INT) | FOR SECURING BLANKETS | | | | |

WEIGHT SUMMARY (GROUP XII  SUBJECT 2)
```
INSULATION . . . . . . . . . . . 3730 #
CEMENT . . . . . . . . . . . . . 3040
ASBESTOS CLOTH . . . . . . . . .  670
MISCELLANEOUS . . . . . . . . . . 160
                    TOTAL · 1 SHIP  7590 #
```



## GENERAL NOTES

1. THIS PLAN TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO BOLTS ETC.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS.

3. PRIOR TO INSULATING, ALL THE EXTERNAL SURFACES OF THE TURBINE SHALL BE THOROUGHLY CLEANED AND COATED WITH AT LEAST TWO COATS OF HEAT RESISTING ALUMINUM PAINT NO SPECS 52 P15 (INT) IN ACCORDANCE WITH GEN SPECS S-13-11.

4. FORCED DRAFT BLOWER TURBINE TO BE INSULATED WITH 2 LAYERS OF 1" THICK AMOSITE ASBESTOS FELT TOTAL 2" THICK FIXED TOTAL. BLOWER TURBINE EXHAUST END TO BE INSULATED WITH 2 LAYERS OF ½" THICK AMOSITE ASBESTOS FELT TOTAL 1" THICK. ALL LAYERS TO BE STAGGERED.

5. PERMANENT INSULATION TO BE SECURED TO FORCED DRAFT BLOWER TURBINE WITH 1/2" DIA. ANNEALED HOT DIPPED GALV IRON WIRE WHICH IS FASTENED TO STEEL HOOKS SPOT WELDED TO TURBINE. CADMIUM PLATED STEEL RINGS BACKED UP BY GALV STEEL WASHERS ON BOTH SIDES OF ASBESTOS CLOTH ARE TO BE ESPACED TO PERMANENT INSULATION ADJACENT TO PORTABLE SECTIONS. SPACING OF RINGS AND WASHERS ABOUT 4" ATHWARTSHIP.

6. PORTABLE ASBESTOS FELT BLANKETS SHALL BE PROVIDED OVER FLANGES AND FITTINGS. THESE BLANKETS SHALL BE SECURELY FASTENED IN PLACE WITH SOFT STEEL WIRE ...

7. ALL PERMANENT INSULATION APPLIED TO FORCED DRAFT BLOWER TURBINE SHALL BE OVERLAID WITH ...

8. SHEET STEEL LAGGING TO BE APPLIED OVER THE INSULATION ADJACENT TO THE TURBINE DRAINS. INSULATION TO BE ARRANGED TO SO AS TO PROVIDE ACCESS TO THIS END WITHOUT REMOVING THE PORTABLE BLANKETS. MATERIAL FOR SHEET STEEL LAGGING IS ORDERED IN LIST OF MATERIAL DWG 28465-33903-5.

9. MANUFACTURERS NAME PLATE TO BE SECURELY FASTENED IN A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.

10. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GENERAL SPEC-5 SUB-SECTION S-3  1 OF JUNE 4, 1940.

## REFERENCE PLANS

| TITLE | CONT. PLAN NO. | OR. SHIPS DRAWING |
|---|---|---|
| FORCED DRAFT BLOWER ASSEMBLY LONGITUDINAL SECTION (WESTINGHOUSE MFG CO.) | 20-2-300 | 20-45-64443-2 |
| DETAIL OF FORCED DRAFT BLOWER CYLINDER COVER | 20-4-303 | 20-45-64444-2 |
| DETAIL OF FORCED DRAFT BLOWER CYLINDER BASE | 20-4-301 | 20-45-000000 |

LATER

PLAN APPROVAL EXTENDED
TO DWGS 663-665 INCL.                29 JAN ...

| NO. | DESCRIPTION | AUTHORITY | BY | DATE (APP'D) CONTRACTOR | DATE (APP'D) GOVT (APP'D) |
|---|---|---|---|---|---|
|  | ALTERATIONS | | | | |

Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 63 of 100   Page ID #:2918



## INSULATION & LAGGING FOR BOILER STEAM DRUM

NAVY YARD, BOSTON

BUREAU OF SHIPS PLAN NUMBER
DD445-S39Q2-36   ALT. 3

LIST OF MATERIAL

QUANTITIES FOR ONE SHIP

WELDING SYMBOLS

GENERAL NOTES

REFERENCE PLANS

NAVY YARD,
BOSTON

INSULATION AND LAGGING DETAILS
OF END COVERS FOR
WATER DRUMS AND HEADERS

BUREAU OF SHIPS PLAN NUMBER
DD 445-S39902-37        ALT 1

S.H. PILOT HEADER

DETAIL "D"

DETAIL "C"

DETAIL "B"

REAR END VIEW



S.H. INLET HEADER
FRONT END SHOWN — REAR END SIMILAR
SCALE 3" = 1'-0"

WELDING SYMBOLS



TYPICAL LAP JOINT
DETAIL "D"
SCALE 1½" = 1 FT.



DETAIL "E"
SCALE 6" = 1'-0"



DETAIL "F"
SCALE 1½" = 1'-0"

## GENERAL NOTES

## REFERENCE PLANS

| NO. | TITLE | F & W CORP DWG NO. | BU. SHIPS FILE NO. |
|-----|-------|-------------------|--------------------|
| 1. | ASS'Y OF FRONT AIR CASING | NY-400-613 | |
| 2. | " REAR " | NY-400-614 | |
| 3. | DETAIL OF 36" WATER DRUM | NY-400-562 | |
| 4. | 19" WATER HEADER | NY-400-564 | |
| 5. | STRUCTURAL CONN'T TO 36" WATER DRUM | NY-400-563 | |
| 6. | 19" | NY-440-561 | |
| 7. | SUPERHEATER PRESSURE PART DETAILS | NY-400-573 | |
| 8. | 19" | NY-400-560 | |
| 9. | BOILER PRESSURE PART DETAILS | NY-400-565 | |
| 10. | ASSEMBLY OF DRUMS | NY-400-542 | |







ALTERATIONS

# EXHIBIT H

Case 2:12-cv-03013-SVW-PJW   Document 128-9   Filed 02/11/13   Page 70 of 100   Page ID #:2925

INSULATION AND LAGGING SCHEDULE FOR ENGINEERING PIPING

FEDERAL SHIPBUILDING AND DRY DOCK CO.
DESIGN AND ENGINEERING

GENERAL NOTES

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

COLD PIPING SYSTEMS



LIST OF MATERIAL

INSTRUCTIONS FOR INSULATION AND LAGGING

HOT PIPING SYSTEMS

COLD PIPING SYSTEMS

PAINTING:

LIST OF MATERIAL—QUANTITIES FOR ONE SHIP

INSTRUCTIONS FOR INSULATION AND LAGGING

COLD PIPING SYSTEMS

HOT PIPING SYSTEMS

PAINTING:

## LIST OF MATERIAL – QUANTITES FOR ONE SHIP

DETAIL OF LACING
RING & WASHER

## INSULATION AND LAGGING

**METHOD OF APPLYING CORK INSULATION.**

REFRIGERATION LINES SHALL BE INSULATED WITH A SINGLE LAYER OF CORK THICKNESS AS DESIGNATED. THE PIPES AND FITTINGS SHALL BE THOROUGHLY DRY BEFORE INSULATION IS APPLIED. ALL INSULMASTIC SHALL BE ASSEMBLED BY HALF THE LENGTH OF ANY SECTION AND THE LONGITUDINAL JOINTS SHALL BE KEPT AT THE TOP OR BOTTOM OF THE PIPE. BUT ON THE AREAS THE SECONDS SHALL BE TRICKED IN PLACE WITH THE C.M.B. CORKS MORE...

**1. REFRIGERATING SYSTEM.- DR. NO. 692-5901-2-3 & 4.**
THE FOLLOWING LINES SHALL BE INSULATED:

**2. REFRIG. SYSTEM.- ICE CREAM MAKING & DISPENSING SYS. DR. NO. 692-5901-7**
THE FOLLOWING LINES SHALL BE INSULATED:

### COLD PIPING SYSTEMS

**PAINTING:**
THE FOLLOWING PIPING SYSTEMS SHALL BE GIVEN ONE (1) COAT OF DARK-GRAY PRIMER AND TWO(2) COATS OF DARK-GRAY AND CORROSION AND ANTI-CORROSION PAINT TYPE "A"

**1. MAGAZINE SPRINKLING SYSTEM.- DR. NO. DD 692-4803-29 TO 33 INCL.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

**2. FIRE & FLUSHING SYSTEM.- DR. NO. DD 692-4803-1703 & 22 TO 27 INCL.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

**3. PLUMBING SYSTEM.- DR. NO. DD 692-4808-4 TO 11/13 TO 15 & 31 TO 35 INCL.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

**4. FRESH WATER SYSTEM.- DR. NO. DD 692-4804-2-3-4-8-9 & 10.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

**5. HIGH PRESSURE & GAS EJECTION AIR SYSTEMS.- DR. NO. DD 692-4901-12 TO 17 INCL.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

**6. WEATHER DECK DRAINS.- DR. NO. DD 692-4808-27-28 & 29.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

**7. SALT WATER SYSTEM-MACHINERY SPACES.- DR. NO. 692-4805-2 TO 5 INCL.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

**8. MAIN CIRCULATING SYSTEM.- DR. NO. 692-4601-1 & 2.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

**9. DISTILLING PLANT.- DR. NO. 692-5901-2-3 & 4.**
THE ABOVE SYSTEM SHALL BE PAINTED EXCEPT WHERE WATER REPELLENT AMOSITE ASBESTOS FELT INSULATION IS REQUIRED.

### COLD PIPING SYSTEMS

**METHOD OF APPLYING 3/4" WATER REPELLENT AMOSITE ASBESTOS FELT.**
...

**1. MAGAZINE SPRINKLING SYSTEM.- DR. NO. DD 692-4803-29 TO 33. INCL.**
MAGAZINE SPRINKLING AND FLOODING SYSTEM SHALL BE COMPLETELY INSULATED UP TO CONTROL VALVE WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

**2. FIRE & FLUSHING SYSTEM.- DR. NO. DD 692-4803-1703 & 22 TO 27 INCL.**
FIRE MAIN SHALL BE COMPLETELY INSULATED AND FLUSHING SYSTEM SHALL BE COMPLETELY INSULATED UP TO FIXTURES WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

**3. PLUMBING SYSTEM.- DR. NO. DD 692-4808-4 TO 11/13 TO 15 & 31 TO 35 INCL.**
...

**4. FRESH WATER SYSTEM.- DR. NO. DD 692-4804-2-3-4-8-9 & 10.**
FRESH WATER RISERS, EXCEPT HOT WATER, INCLUDING DRAIN WATER RISER, AND HOT WATER RISER, AND MAIN IN MACHINERY SPACES, SHALL BE COMPLETELY INSULATED TO FIXTURES, WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

**5. HIGH PRESSURE & GAS EJECTION AIR SYSTEMS.- DR. NO. DD 692-4901-12 TO 17 INCL.**
AIR PIPING THRU MACHINERY SPACES SHALL BE COMPLETELY INSULATED WITH 3/4" ROLLED ASBESTOS PIPE FELT COVERED WITH ONE LAYER OF WATER-PROOF AND FIREPROOF FINISH AND SEALED WITH R.R.G. CANVAS.

**6. WEATHER DECK DRAINS.- DR. NO. DD 692-4808-27-28 & 29.**
WEATHER DECK DRAINS IN MACHINERY SPACES SHALL BE COMPLETELY INSULATED WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

**7. SALT WATER SYSTEM-MACHINERY SPACES.- DR. NO. 692-4805-2 TO 5 INCL.**
SALT WATER PIPING RISERS, AS INDICATED FROM ABOVE, SEWER FLOOR LEVEL, WHERE LIABLE TO CAUSE DAMAGE FROM SWEATING, WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

**8. MAIN CIRCULATING SYSTEM.- DR. NO. 692-4601-1 & 2.**
LID-COOLER CIRCULATING SYSTEM PIPING ABOVE AND AROUND HALF ABOVE LOWER FLOOR LEVEL, WHERE SHALL TO CAUSE DAMAGE FROM SWEATING WITH WATER REPELLENT AMOSITE ASBESTOS FELT.

**9. DISTILLING PLANT.- DR. NO. 692-5901-2-3 & 4.**
DISTILLING MACHINES AND REFRIGERATED TO EVAPORATE COOLER AND DISTILLING CONDENSER, SHALL BE INSULATED WITH WATER REPELLENT AMOSITE ASBESTOS FELT. EVAPORATE SHALL BE INSULATED IN THE SAME MANNER AS PIPING AND LAGGED WITH R.R.G. CANVAS.



**DETAIL OF LACING RING & WASHER**
SCALE 12"=1'0"



HOT PIPING SYSTEMS .

## INSTRUCTIONS FOR INSULATION AND LAGGIN

### METHOD OF APPLYING AMOSITE SECTIONAL PIPE COVERINGS.

*(body text illegible)*

### 1. MAIN STEAM PIPING–DR. NO. 692-4810-8 TO 11 INCL.

*(body text illegible)*

### 2. SOOT BLOWER PIPING–DR. NO. 692-5103-2.

*(body text illegible)*

### 3. AUXILIARY STEAM–DR. NO. 692-4810-37 TO 39 INCL.

*(body text illegible)*

### 4. STEAM & DRAIN PIPING, FUEL OIL HEATING COILS–DR. NO. 692-5503-2 TO 5 INCL.

*(body text illegible)*

### 5. FUEL OIL SERVICE PIPING–DR. NO. 692-5501-21-22.

*(body text illegible)*

### 6. FEED PIPING–SUCTION & DISCHARGE–DR. NO. 692-4802-4 TO 11 INCL.

*(body text illegible)*

### 7. CONDENSATE & AIR PIPING–DR. NO. 692-4802-21 TO 25 INCL.
### CONDENSATE VENTS & DRAINS–DR. NO. 692-4802-29 TO 32 INCL.

*(body text illegible)*

### 8. BOILER BLOW PIPING–DR. NO. 692-4801-2-3.

*(body text illegible)*

### 9. DIESEL GENERATOR EXHAUST–DR. NO. 692-6100-1-2.

*(body text illegible)*

### 10. MAIN TURBINE DRAINS–DR. NO. 692-4810-131-132.
### AUXILIARY EXHAUST–DR. NO. 692-4810-56 TO 63 INCL.

*(body text illegible)*

### 11. BOILER DOWNCOMER TUBES.

*(body text illegible)*

### 12. DISTILLING PLANT–DR. NO. 692-5801-2-3-4.

*(body text illegible)*

### 13. STEAM HEATING–DR. NO. 692-3802-2 TO 10 INCL.

*(body text illegible)*

### 14. STEAM DRAIN COLLECTING SYS. DR. NO. 692-4810-151 TO 158 INCL.

*(body text illegible)*

### 15. HOT WATER (SHOWERS, LAV. ETC.)
### DR. NOS. DD-692-4804-37-42-43-44-45 & 4808-40 INCL. 13 TO 15 & 31 TO 33 INCL.

*(body text illegible)*

### 16. GLAND SEALING & VENTS FOR MAIN TURB'S–DR. NO. 692-4810-121 TO 123 INCL.

*(body text illegible)*

### 3A. AUXILIARY STEAM–continued

*(body text illegible)*

---

### METHOD OF APPLYING

*(body text illegible)*

### 1. REFRIGERATING SYST

*(body text illegible)*

### 2. REFRIG. SYSTEM–ICE CRE

*(body text illegible)*

### PAINTING.

*(body text illegible)*

### 1. MAGAZINE SPRINKLING S

*(body text illegible)*

### 2. FIRE & FLUSHING SYSTEM

*(body text illegible)*

### 3. PLUMBING SYSTEM–DR.

*(body text illegible)*

### 4. FRESH WATER SYSTEM–

*(body text illegible)*

### 5. HIGH PRESSURE & GAS EJE

*(body text illegible)*

### 6. WEATHER DECK DRAINS.

*(body text illegible)*

### 7. SALT WATER SYSTEM–MAI

*(body text illegible)*

### 8. DISTILLING PLANT–DR. 1

*(body text illegible)*

### METHOD OF APPLYING

*(body text illegible)*

### 1. MAGAZINE SPRINKLING

*(body text illegible)*

### 2. FIRE & FLUSHING SYS

*(body text illegible)*

### 3. PLUMBING SYSTEM–DR

*(body text illegible)*

### 4. FRESH WATER SYSTEM

*(body text illegible)*

### 5. HIGH PRESSURE & GAS EJEC

*(body text illegible)*

### 6. WEATHER DECK DRAIN

*(body text illegible)*

### 7. SALT WATER SYSTEM–A

*(body text illegible)*

### 8. MAIN CIRCULATING SY.

*(body text illegible)*

### 9. DISTILLING PLANT.– D

*(body text illegible)*

NET AREA 27'×86"×16.32 ⌀    GROSS AREA 30'×125"×16.32 ⌀

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| # PIECE | NO.NUMBER DIMENSIONS | MATERIAL | NAVY DEPT SPECIFICATIONS | REMARKS | DRAWING BUREAU | NUMBER CONTRACTOR | PATTERN NO. | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|
| EXPELTED ⅜ THK. | | CANVAS OR DUCK | 32-C-6 | | | | | |
| EXPELTED ⅜ THK. | | ASBESTOS CLOTH | 32-C-6-9 | | | | | |
| OVR 40" WIDE | | PLASTIC CEMENT | 32-C-14 (DRY) | | | | | |
| BLUE | | PLASTIC CEMENT | 32-C-16 | *SEE SERVICE NO.3 BELOW | | | | |
| DATE | | FORUM GAUZE | 51-P-43 | | | | | |
| | | | | | | | | |
| COPPER WIRE | | SOFT COPPER | 22-W-3 | FOR LACING | | | | |

### GENERAL NOTES

1. THIS DRAWING SHOWS FLANGE COVERS FOR PIPE TO PIPE FLANGED ONLY.
2. FLANGES OR EQUIPMENT WHICH OF MACHINERY FREQUENTLY INSPECTED, REPLACED OR REPAIRED, MUST BE COVERED WITH REMOVABLE INSULATION OR AS INDICATED ON DWG NO. 692-3902-8 FOR INSULATION COVERING SPECIFICATIONS DWG NO. 692-3902-301.
3. ALL FLANGE COVERS TO BE OVERLAID WITH ⅛" THICK PLASTIC CEMENT NO. 3 ACOS, 32-C-14 TYPE "A" OR TYPE "A" MIXED WITH 30% PORTLAND CEMENT, TROWELED AND SMOKED TO A SMOOTH FINISH. AFTER THOROUGHLY WET APPLY ASBESTOS CLOTH TYPE "A" NA SPECS, 32-C-6-9 BOUND WITH EITHER INSULATION CEMENT NA SPECS 32-C-14(DRY) OR MAGNESIA SILICATE NA SPECS 32-S-24. THE INSULATED CLOTH SHALL THEN BE PAINTED AS REQUIRED BY SUB-PARAGRAPH 6H-1-A-2 OF SUBSECTION 24-2-1 OF THE GEN SPECS.
4. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GEN. SPECS. SUBSECTION 22-9 I OF JUNE 1, 1945.
5. SEPARATE LOOPS OF LACING WIRE TO BE WOUND AROUND COVER, THEN TWISTED TOGETHER AND FORCED INTO INSULATION. LACING WIRE INDICATED AS PIECE NO. 209 ON PLAN, SPACED ABOUT 3" ON CENTERS.
6. ALL DIMENSIONS ARE IN INCHES.
7. FOR PORTABLE FLANGE COVERS SEE PLAN 00-692-3902-8

### REFERENCE PLANS

| TITLE | COVERPLAN NO | BUREAU PLAN |
|---|---|---|
| INSULATION AND LAGGING SCHEDULE ENGINEERING ROOM | 641-3902-301 | FED 5000-3902-301 |
| TYPICAL ASBESTOS AND MAGNESIA FOR HOT VALVES AND FITTINGS | 692-3902-62-7 | 895S232-3902-8 |
| INSULATION AND LAGGING FOR PIPE FLANGES | 692-3902-1-8 | FED S3-3902-6 |

**APPROVED SUBSTITUTE MATERIALS MAY BE USED FOR MATERIALS ON NAVY CRITICAL MATERIAL LISTS.**



OVER

| NO. OF STD COVERS | SERVICE |
|---|---|
| | |
| | |
| | |
| | |

70°F. TO 300°F.

SEE SHIPS PLAN INDEX FOR VERIFIC. OF CT OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN IS APPLICABLE ONLY TO DD692 CLASS VESSELS BUILT BY TODD PACIFIC SHIPYARDS INC.

G. & O. COST CHANGE NO. 87

THIS PLAN APPLIES TO DD692 CLASS LONG AND SHORT HULL DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK

CONT'RS. PLAN NO. 692-3902-502

| SCALE: NONE | DATE: Aug 16, 1944 |
|---|---|
| DRAWN BY: R.A. LEE | EXAMINED: |
| TRACED BY: G.R. | APPROVED: |
| CHECKED BY: M.K. | APPROVED: |

FORWARDED TO BUREAU
LETTER NUMBER

MACHINERY PLAN (M)

PLAN
EXAMINED AND FOUND CORRECT
DATE _____ SUPERVISOR OF SHIPBUILDING, U.S.N.

INSULATION AND LAGGING
FOR
PERMANENT FLANGE COVERS

BUREAU OF SHIPS PLAN NUMBER
DD 692-S3902-245553    ALT. O

| NO. | DESCRIPTION | AUTHORITY | BY | DATE APPROVED CONTRACTOR'S PLAN |
|---|---|---|---|---|
| | | ALTERATIONS | | |





## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| ITEM NO. | NAME OR SIZES | INSULATED ONE SHIP | MATERIAL | NAVY DEPT SPECIFICATIONS | REMARKS | DRAWING BUREAU | NUMBERS CONTRACTORS | PATTERN NO | UNIT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|
| 201 | AMOSITE ASBESTOS FELT ½" THK. | | | 32-F-2-3 | | | | | |
| 202 | AMOSITE ASBESTOS FELT 1" THK. | | | 32-F-2-3 | | | | | |
| 203 | ASBESTOS CLOTH 40" WIDE | | | 32-C-11 (1st) | | | | | |
| 204 | PLASTIC CEMENT | | PLASTIC CEMENT | 32-C-14 | SEE GENERAL NO 3 BELOW | | | | |
| 205 | SODIUM SILICATE | | SODIUM SILICATE | 51-S-23 | | | | | |
| 203 | #18 B.W.G. COPPER WIRE | | SOFT COPPER | 32-W-3 | FOR LACING. | | | | |

### GENERAL NOTES

1. THIS DRAWING SHOWS FLANGE COVERS FOR PIPE TO PIPE FLANGES ONLY.

2. FLANGES ON STEAM LINES IN WAY OF MACHINERY FREQUENTLY INSPECTED, REPLACED OR REPACKED, MUST BE COVERED WITH PORTABLE BLANKETS, LACED ON AS INDICATED ON DWG. NO. 632-3902-F FOR INSULATION AND LAGGING INSTRUCTIONS SEE DWG. NO. 602-2312-301.

3. ALL FLANGE COVERS TO BE OVERLAID WITH ½" THICK PLASTIC CEMENT NB. SPEC. 32 C-14 TYPE "A" OR TYPE "B" MIXED WITH 30% PORTLAND CEMENT, TROWELED AND RUBBED TO A SMOOTH FINISH. AFTER THOROUGHLY DRY APPLY ASBESTOS CLOTH TYPE "A" N.B. SPEC. 32-C-11 AND SHIELD WITH EITHER INSULATION CEMENT N.B.SPEC.32(etc)(etc) OR SODIUM SILICATE N.B.SPEC. 51-S 23, THE ASBESTOS CLOTH SHALL THEN BE PAINTED AS REQUIRED BY JOB. MINIMUM 3/8"-1/2" OF SUBSECTION 3-21-1 OF THICKER SPACE.

4. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF GEN.SPEC. SUBSECTION S-29 (I) OF JUNE 1,1940.

5. SEPARATE LOOPS OF LACING WIRE TO BE WOUND AROUND COVER, THEN TWISTED TOGETHER AND FORCED INTO INSULATION. LACING WIRE INDICATED AS PIECE NO. 203 ON PLAN, SPACED ABOUT 3" ON CENTERS.

6. ALL DIMENSIONS ARE IN INCHES.

7. FOR PORTABLE FLANGE COVERS SEE PLAN 30C52-3902-F.

### REFERENCE PLANS

| TITLE | CONT. PLAN NO. | BUREAU PLAN NO. |
|---|---|---|
| INSULATION AND LAGGING GENERAL ENGINEERING PLANS | 632-3302-301 | 602-2312-301 |
| TYPICAL INSULATION AND LAGGING FOR PIPING, VALVES AND FITTINGS | 632-3302-F-7 | B9-S43-3942-7 |
| INSULATION AND LAGGING FOR PIPE FLANGES | 632-3302-G | B9-S43-3942-G |

**APPROVED SUBSTITUTE MATERIALS MAY BE USED FOR MATERIALS ON NAVY CRITICAL MATERIAL LISTS.**

AUX. LINES - 600# PRESS. FLANGE COVER  
TEMP 100°F. TO 348°F.

### LINES-600# PRESS. FLANGE COVERS, TEMP 100°F. TO 348°F.

| O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | G | WEIGHT OF CEMENT | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| .840 | 3¾ | 4 | 2¾ | | 4¼ | | | | | |
| 1.050 | 4⅛ | 4 | 2¾ | 2 | 4½ | | | | 35.7 lbs | |
| 1.315 | 4⅝ | 4 | 3⅛ | 2 | 4¾ | | | | | |
| 1.660 | 5 | 4½ | 3¼ | 2 | 4⅞ | | | | | |
| 1.900 | 5⅛ | 4½ | 3¾ | 2 | 5 | | | | | |
| 2.375 | 6⅛ | 5 | 4 | 2½ | 5¼ | | | | | |
| 2.875 | 6⅝ | 5 | 4½ | 2¾ | 5½ | | | | | |
| 3.500 | 7¾ | 5 | 5⅛ | 2¾ | 5¾ | | | | | |
| 4.000 | 8¾ | 5 | 5¾ | 2¾ | 6 | | | | | |
| 4.500 | 10 | 5 | 6¼ | 2¾ | 6¼ | | | | | |
| 5.000 | 10⅝ | 5 | 6¾ | 3 | 6½ | | | | | |
| 5.563 | 11 | 5 | 7¼ | 2¾ | 6¾ | | | | | |
| 6.125 | 11¾ | 5 | 7⅞ | 2¾ | 7 | | | | | |
| 6.625 | 12½ | 5 | 8¼ | 3 | 7¼ | | | | | |
| 7.625 | 14 | 5½ | 10 | 3 | 8 | | | | | |

| NO. | DESCRIPTION | AUTHORITY | BY | DATE |
|---|---|---|---|---|
| | ALTERATIONS | | | |





AUX. LINES-100" PRESS. BHD. FLANGE COVER
TEMP 100°F. TO 300°F.

AUX. LINES-600" PRESS. BHD. FLANGE COVER
1" NOM. AND BELOW
TEMP 100°F. TO 300°F.

AUX. LINES-600" PRESS. FLANGE COVER
TEMP 100°F. TO





AUX. LINES-600°PRESS. BHD. FLANGE COVER
TEMP. 100°F. TO 300°F.



AUX. LINES-100°PRESS.
TEMP 100°F.

### AUX. LINES-600°PRESS. BULKHEAD FLANGE COVERS. TEMP 100°F. TO 300°F.

| PIPE SIZE | O.D. PIPE | O.D. BHD FLANGE | A | B | C | D | E | F | HD.OF STD COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1½ | 1.660 | 9¼ | ⅞ | 3¼ | 4½ | 11⅜ | 6 | 4½ | | |
| 1¼ | 1.900 | 10 | ⅞ | 3½ | 4½ | 12½ | | 4½ | | |
| 2 | 2.375 | 10½ | 1 | 4½ | 4¾ | 13½ | 6½ | 4¾ | | |
| 2½ | 2.875 | 11½ | 1 | 4½ | 4½ | 14½ | 6¾ | 4¾ | | |
| 3 | 3.500 | 12½ | 1 | 5½ | 4½ | 14½ | 7½ | 5 | | |
| 4 | 4.500 | 14½ | 1 | 6½ | 5½ | 16½ | 7¼ | 5½ | | |
| 4½ | 5.000 | 14½ | 1 | 7 | 5½ | 17½ | 6½ | 6½ | | |
| 5 | 5.563 | 15½ | 1 | 7½ | 5 | 17½ | 6½ | 6¼ | | |
| 3½ | 6.625 | 15½ | 1 | 8½ | 5 | 18½ | 6½ | 6½ | | |
| 6 | 6.625 | 16½ | 1 | 8½ | 5½ | 19½ | 7½ | 7½ | | |
| 7 | 7.625 | 18½ | 1½ | 10 | 5½ | 21½ | 8½ | | | |



AUX. LINES-300°PRESS. BHD. FLANGE COVER
TEMP. 100°F. TO 300°F.

AUX. LINES-600°PRESS.
TEMP 100°F.

### AUX. LINES-300°PRESS. BULKHEAD FLANGE COVERS. TEMP 100°F. TO 300°F.

| PIPE SIZE | O.D. PIPE | O.D. BHD FLANGE | A | B | C | D | E | F | HD.OF STD COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .840 | 7 | ⅞ | 2½ | 3½ | 9½ | 4½ | 3½ | | |
| 1¼ | 1.050 | 7½ | ⅞ | 2½ | 3¼ | 10½ | 4½ | 3½ | | |
| 1½ | 1.315 | 8½ | ⅞ | 2½ | 3½ | 10½ | 4½ | 3½ | | |
| 1½ | 1.660 | 8½ | 1 | 3½ | 3½ | 10½ | 5 | 3½ | | |
| 1¾ | 1.900 | 9 | ⅞ | 3½ | 4½ | 11½ | 5 | 3½ | | |
| 2 | 2.375 | 10½ | 1¼ | 5½ | 3½ | 11½ | 5½ | 3½ | | |
| 2½ | 2.875 | 11½ | 1¼ | 5½ | 3½ | 12½ | 5½ | 3½ | | |
| 3 | 3.500 | 11½ | 1¼ | 6½ | 3½ | 14½ | 5½ | 3½ | | |
| 3½ | 4.000 | 12½ | 1¼ | 7 | 4 | 15 | 5¼ | 3½ | | |

### AUX. LINES-100°PRESS. BULKHEAD FLANGE

| PIPE SIZE | O.D. PIPE | O.D. BHD FLANGE | A | B | C | D |
|---|---|---|---|---|---|---|
| 1 | .840 | 6¼ | ⅞ | 2½ | 3½ | 9½ |
| 1¼ | 1.050 | 6½ | ⅞ | 2½ | 3½ | 9½ |
| 1½ | 1.315 | 6½ | ⅞ | 2½ | 3½ | 9½ |
| 1½ | 1.660 | 7½ | ⅞ | 3½ | 3½ | 10½ |
| 1¾ | 1.900 | 7½ | ⅞ | 3½ | 3¾ | 10½ |
| 2 | 2.375 | 8½ | 1 | 4½ | 3½ | 10½ |
| 2½ | 2.875 | 8½ | 1 | 4½ | 3½ | 11½ |
| 3 | 3.500 | 9½ | 1 | 5½ | 3½ | 11½ |
| 4 | 4.000 | 9½ | 1 | 6 | 3½ | 12½ |
| 4½ | 5.000 | 10½ | 1 | 7 | 3½ | 12½ |
| 5 | 5.563 | 12½ | 1 | 7½ | 3½ | 13½ |
| 5½ | 6.125 | 12½ | 1 | 8½ | 3½ | 13½ |
| 6 | 6.625 | 12½ | 1 | 8½ | 3½ | 13½ |
| 6½ | 7.625 | 14½ | 1½ | 9 | 3½ | 18½ |
| 7 | 8.625 | 15½ | 1½ | 10 | 3½ | 18½ |
| 9 | 9.625 | 18½ | 1½ | 12 | 4½ | 20½ |
| 10 | 10.750 | 19½ | 1½ | 13½ | 4½ | 22 |

### AUX. LINES-600°PRESS. BULKHEAD

| PIPE SIZE | O.D. PIPE | O.D. BHD FLANGE | A | B | C | D |
|---|---|---|---|---|---|---|
| 1 | .840 | 6½ | ⅞ | 2½ | 3½ | 10½ |
| 1 | 1.050 | 7½ | ⅞ | 2½ | 3½ | 10½ |
| 1 | 1.315 | 6½ | ⅞ | 2½ | 3½ | 10½ |






**AUX. LINES-600" PRESS. FLANGE COVER**
**TEMP. 389°F. TO 500°F.**

| PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | G | NO. OF STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | .840 | 3½ | 14 | 3¾ | 4 | 6½ | 5¾ | 3½ | 5¾ | | |
| 1¼ | 1.050 | 4¼ | 14 | 4 | 4 | 6½ | 6¼ | 4 | 9½ | | |
| 1½ | 1.315 | 4¾ | 14 | 4¾ | 4½ | 6½ | 7 | 4 | 9½ | | |
| 1¾ | 1.660 | 5¼ | 14 | 4¾ | 4½ | 7¼ | 7½ | 4¼ | 10¼ | | |
| 2 | 1.900 | 6¼ | 1¼ | 5 | 4¾ | 7½ | 7¾ | 4¾ | 11 | | |
| 2½ | 2.375 | 6½ | 1¼ | 5¾ | 5 | 9½ | 8¾ | 4½ | 11½ | | |
| 3 | 2.875 | 7½ | 1¼ | 6 | 5½ | 10¾ | 9¾ | 5 | 11¾ | | |
| 3½ | 3.500 | 8½ | 2 | 6½ | 6 | 11 | 9¾ | 4¾ | 13 | | |
| 4 | 4.000 | 9 | 2¼ | 7 | 6½ | 11½ | 10½ | 5 | 13¾ | | |



**AUX. LINES-100" AND 300" PRESS. FLANGE COVER**
**TEMP. 100°F. TO 388°F.**

**AUX. LINES-100" PRESS. FLANGE COVERS, TEMP.100°F. TO 388°F.**

| PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | NO. OF STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|

**AUX. LINES-300" PRESS. FLANGE COVERS, TEMP. 100°F. TO 388°F.**

| PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D | E | F | NO. OF STD. COVERS | SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|



**AUX. LINES-600" PRESS.**
**TEMP. 100°F.**

**AUX. LINES-600" PRESS. BULKHEAD FLANGE**

| PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D |
|---|---|---|---|---|---|---|



**AUX. LINES-300" PRESS.**
**TEMP. 100°F.**

**AUX. LINES-300" PRESS. BULKHEAD FL.**

| PIPE SIZE | O.D. PIPE | O.D. FLANGE | A | B | C | D |
|---|---|---|---|---|---|---|








## LIST OF MATERIAL—QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | NO. WANTED | MATERIAL | R.M. | REMARKS | CONTRACTOR NO. | DRAWING PATTERN | WEIGHT |
|---|---|---|---|---|---|---|---|---|

## GENERAL NOTES

## REFERENCES

### DETAIL OF HOOKS FOR SECURING INSULATION WIRE

### NOTE:
DEAERATING FEED TANK FOR ENG. RM. NO.1, AS SHOWN, DEAERATING FEED TANK FOR ENG. RM. NO.2, SIMILAR.

THIS PLAN APPLIES TO DD 692 CLASS
2200 TON DESTROYERS

SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

**FEDERAL SHIPBUILDING AND DRY DOCK CO.**
KEARNY, N.J.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY

THIS PLAN APPLIES TO DD 692 CLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

GENERAL NOTES

REFERENCE PLANS



## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

GENERAL NOTES

REFERENCE PLANS

DETAIL OF HOOK FOR SECURING REGULATION

SEE SHIPS PLAN INDEX
FOR VERIFIC   ION OF
APPLICABILITY OF THIS
PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD 692 CLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N. J.

DESIGN AND ENGINEERING BY





INSULATION AND LAGGING
FOR PIPE FLANGES

DD 692-93902-6.   ALT. 4








AUX. LINES- 100# PRESS. BHD. FLANGE

METHOD OF SECURING ASB. CLOTH ON BHD. FLANGE COVERS

METHOD OF SECURING ASB CLOTH ON FLANGE COVERS

AUX. LINES- 600# PRES

AUX. LINES- 600# PRESS. BHD. FLANGE
1" NOM. AND BELOW







AUX. LINES - 600# PRESS. BHD. FLANGE

AUX. LINES - 100# PRESS.

AUX. LINES - 600# PRESS. BULKHEAD FLANGE COVERS. TEMP 100°F. TO 388°F.

AUX. LINES - 100# PRESS. BULKHEAD FLA.



AUX. LINES - 300# PRESS. BHD. FLANGE

AUX. LINES - 300# PRESS. BULKHEAD FLANGE COVERS. TEMP 100°F TO 388°F.



AUX. LINES - 600# PRESS.
1" NOM. AND BE

AUX. LINES - 600# PRESS. BULKHEAD FLANGE



AUX. LINES -600# PRESS. FLANGE



AUX. LINES-600

AUX. LINES-600# PRESS. BULK'NE



AUX. LINES- 100# AND 300# PRESS. FLANGE



AUX. LINES-

AUX. LINES-300# PRESS. BULKH



MAIN·STEAM-600# PRESS. FLANGE
TYPICAL FOR PIPES 1½" NOM. AND BELOW





MAIN·STEAM·600# PRESS. FLANGE
TYPICAL FOR PIPES 2" NOM. AND OVER