INSULATION AND LAGGING FOR CRUISING TURBINES

SEE SHIPS PLAN INDEX
FOR VERIFIC.: C.1 C.F
APPLICABILITY OF THIS
PLAN TO ANY VESSEL.

THIS PLAN APPLIES TO DD 692 CLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY

WEIGHT SUMMARY (GROUP XX-SUBJECT 1)

## LIST OF MATERIAL—QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | | MATERIAL | WGT PER PIECE | REMARKS | DRAWING BUREAU | NUMBER CONTRACTS | PATTERN NO. | UNIT WGT | PRODN COMPLT |
|---|---|---|---|---|---|---|---|---|---|---|

## GENERAL NOTES

## REFERENCES

Case 2:12-cv-03013-SVW-PJW  Document 128-10  Filed 02/11/13  Page 4 of 100  Page ID #:2959



LIST OF MATERIAL QUANTITIES FOR ONE SHIP

GENERAL NOTES

REFERENCES

THIS PLAN APPLIES TO DD 692 CLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY

SECTION "C-C"

PLAN

SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD 692 CLASS 2250 TON DESTROYERS.

FEDERAL SHIPBUILDING
AND DRY DOCK CO.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY

DR. NO. 6192-S3302-11

**INSULATION AND LAGGING
FOR TURBO-GENERATORS.**

GENERAL NOTES

LIST OF MATERIAL—QUANTITIES FOR ONE SHIP

SECTION "D-D"

SECTION "E-E"

DETAIL OF LACING BAND

DETAIL OF ANGLE FOR SECURING INSULATION PADS

DETAIL OF LACING WASHER



THIS PLAN APPLIES TO DD/692 CLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.

DR. NO. 692-S3902-2

INSULATION & LAGGING
FOR FUEL OIL HEATERS

LIST OF MATERIAL - QUANTITIES FOR "ONE SHIP"

GENERAL NOTES

REFERENCE PLANS

SECTION A-A

END VIEW

SECTION B-B

ENLARGED SIDE ELEVATION.

LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

GENERAL NOTES

REFERENCE PLANS

SECTION A-A

THIS PLAN APPLIES TO CO 692 CLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY



INSTALLATION AND LAGGING
FOR FEED PUMPS

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | NO. REQ'D | MATERIAL | H.D. SPECS. | REMARKS | BUREAU CONTRACTOR | NOTATION NO. | UNIT WT. | TOTAL WT. |
|---|---|---|---|---|---|---|---|---|---|
| 200 | INDURITE ASBESTOS FELT | | | | | | | | |
| 201 | INDURITE ASBESTOS FELT | | | | | | | | |
| 202 | INDURITE CEMENT | | | | | | | | |
| 203 | PLASTIC CEMENT | | | | | | | | |
| 204 | INSULATION CEMENT | | | | | | | | |
| 205 | 18 GA. BLACK ANNEALED WIRE | | IRON | | | | | | |
| 206 | GALV. STEEL WIRE | | SOFT STEEL | | | | | | |

## GENERAL NOTES

1. THIS PLAN IS TO BE FOLLOWED AS CLOSELY AS POSSIBLE. MINOR SHOP MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR EASY ACCESS TO VALVE ETC.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO METAL, MACHINERY AND VALVE FITTINGS.

3. PRIOR TO INSULATION, ALL THE EXTERNAL, UNEXPOSED SURFACES OF THE SHIP THOROUGHLY.

4. THE PIPE THREADS TO BE INSULATED WITH THICK LAYER OF THICK.

5. ALL INSULATION TO BE SECURED TO THE PIPE THROUGH.

6. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF REFERENCES.

7. THE MANUFACTURER NAME PLATE TO BE SECURELY FASTENED ON A CONVENIENT PLACE ON THE OUTSIDE OF LAGGING.

8. ALL INSULATION AND CEMENT MUST MEET THE REQUIREMENTS OF SPECIFIED AREA.

## REFERENCES

| NO. | TITLE | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |



N OF ARROW "A"

SEE SHIPS PLAN INDEX FOR VERIFICATION OF THIS PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD692 CLASS 2200 TON DESTROYERS

FEDERAL SHIPBUILDING AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY

SEE SHIPS PLAN INDEX FOR VERIFICATION OF APPLICABILITY OF THIS PLAN TO ANY VESSELS.

THIS PLAN APPLIES TO DD 692 GLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY
GIBBS & COX, INC.
NEW YORK CITY

DR. NO. 692-3902-14.

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

## GENERAL NOTES

## REFERENCES

## LIST OF MATERIAL - QUANTITIES FOR ONE SHIP

| PART NO. | NAME OF PART | ESTIMATED WEIGHT | MATERIAL | NAVY SPEC. | REMARKS | UNIT WT. | PATTERN | PROD. REQ. |
|---|---|---|---|---|---|---|---|---|
| 2200 | MAGNESIA ASBESTOS FELT INSUL. | | | 32-F-3 | | | | |
| 2201 | IMPREG. ASBESTOS FELT INSUL. | | | 32-F-3 | ¼" THICK | | | |
| 2202 | ASBESTOS CLOTH | | | | | | | |
| 2203 | ASBESTOS CLOTH | | | | | | | |
| 2204 | PLASTIC CEMENT | | | | | | | |
| 2205 | INSULATING CEMENT | | | 52-C-5 | | | | |
| 2206 | FLEXIBLE BASIC HANDLED ROPE SHEET | | | | | | | |
| 2207 | GALVANIZED STEEL WIRE | | | 44-S-5 | | | | |
| 2208 | STEEL HANGERS | | | | | | | |
| 2209 | STEEL HANGERS | | | | | | | |
| 2210 | GALVANIZED COPPER WIRE | | | | | | | 90 |
| 22 | ASBESTOS YARN | | | | | | | |

APPROVED SUBSTITUTE MATERIALS
MAY BE USED FOR MATERIALS ON
THIS MATERIAL LISTS

## GENERAL NOTES

1. THE PLANTS TO BE FOLLOWED AS CLOSELY AS POSSIBLE MAKING SUCH MODIFICATIONS AS MAY BE NECESSARY TO PROVIDE FOR ACCESS TO SOLID STEEL.

2. INSULATION AND CEMENT TO BE NEATLY FITTED TO ACTUAL MACHINERY AND AROUND FITTINGS.

3. ...

4. ...

5. ...

6. ...

7. ...

8. ...

## REFERENCES

| No. | TITLE | DATE PLAN NO. | BUREAU NO. |
|---|---|---|---|
| 1. | FORCED DRAFT BLOWER ASSEMBLY (CONT'L) | | |
| 2. | DETAIL OF FORCED DRAFT BLOWER CYLINDER CASING | | |
| 3. | DETAIL OF FORCED DRAFT BLOWER CYLINDER BASE | | |

THIS PLAN APPLIES TO DD 692 CLASS
2200 TON DESTROYERS

FEDERAL SHIPBUILDING
AND DRY DOCK CO.
KEARNY, N.J.

DESIGN AND ENGINEERING BY







# EXHIBIT I

(9)  Main and auxiliary condensate piping from air ejectors to deaerating heaters (150°F.).

(10)  Feed booster and feed disch. piping from deaerating heaters to economizer (250° F.)

(11)  Economizer outlet piping to boiler drum (540° F.).

(12)  Boiler blows (490° F.)

(13)  All saturated steam drains, except laundry drains, from traps to deaerating feed tank (300°F.).

(14)  Laundry drains from traps to deaerating tank (250°F.)

(15)  Heating system drains from traps to drain tank, heating system drain pump suction and disch., and heating system air ejector suct. (200° to 250° F.).

(16)  F. O. discharge piping, except flange joints, from F. O. heaters to inlet flange of manifold on boiler fronts (250° F.) See paragraph II (1) (d).

(17)  Main and aux. air ejector condensers and gland exhaust condenser drains to F. W. drain tank. (140°F.).

(18)  Distilling apparatus (See paragraph II (1) (g) and (h).

        (a)  Exhaust (250° F.)

        (b)  Vapor (150° - 180° F.)

        (c)  Evaporator steam head drains (300° F.)

        (d)  Brine from 1st, 2nd, and 3rd. effect evaporators (150° F.).

        (e)  Air ejector condenser drain (212° F.)

        (f)  Evaporator feed beyond distiller inner heater (121° - 183°F.)

        (g)  Valves, fittings and flanges for items (b), (c), (d) and (e) are not to be insulated.

(19)  F.O. discharge piping on boiler fronts up to flanges on burner manifolds to be lagged with .014" galvanized sheet steel & elsewhere with canvas, sewed on and then treated with flame retarding solution. [FOR H-392-7 INCL. AND WITH FIBROUS GLASS CLOTH OR TAPE SEWED OR CEMENTED ON FOR H-395 & FUTURE.]

(20)  Except as noted above and as modified by paragraph XIV, pipes, valves, fittings, and flanges of all the above systems are to be insulated with 85% magnesia and lagged with canvas [FOR H392-7 INCL. AND WITH FIBROUS GLASS CLOTH OR TAPE FOR H395 & FUTURE.]

(21)  Asbestos cloth cuffs not less than 6" in width are to be fitted

TO MAINTAIN AND SECURE WITH BRASS WIRE.
COAT WITH GRAY SHELLAC OR PAINT.
STANDARD STANDARD MANILA PIPING THROUGHOUT
USE SPRAY 15% DIE LAGGED WITH.

ONLY WHEN

⚠ use the ends of pipes lagged with canvas and fitted with portable flange covers. See Dr. No. 172826.

(22)  For flange covers see paragraph No. XIV.

(23)  Thickness of insulation to be as follows: see paragraph III (5) for pipes 5/8" and below.

| Temperature | Nom. Pipe Dia. | Inner Layer Thick | Outer Layer Thick |
|---|---|---|---|
| 100° - 350° | 1/2" to 1-1/2" incl. | 7/8" | |
| 350° - 500° | 1/2" to 1-1/2" incl. | 7/8" | 7/8" |
| 100° - 350° | 2" to 2-1/2" incl. | 1-1/32" | |
| 350° - 500° | 2" to 3-1/2" incl. | 1-1/2" | |
| 350° - 500° | 2" to 2-1/2" incl. | 1-1/2" | 1-1/2" |
| 100° - 267° | 4" to 5" incl. | 1-1/2" | |
| 100° - 267° | 6-1/2" to 10" incl. | 1-1/2" | |
| 100° - 267° | 10-1/2" & above | 1-1/2" | |
| 267° - 350° | 4" & above | 1-1/2" | |
| 350° - 500° | 4" to 5" incl. | 1-1/2" | 1-1/2" |
| 350° - 500° | 5-1/2" to 10" incl. | 1-1/2" | 1-1/4" |
| 350° - 500° | 10-1/2" & above | 1-1/2" | 1-1/2" |
| 350° - 500° | 4" & above | 1-1/2" | 1-1/2" |

(24)  The insulation of steam lines at the main, dynamo, distiller, and heating system air ejector nozzles shall be portable to permit easy removal and replacement when cleaning the air ejector nozzles.

(25)  For details of insulation in this section, see Dr. No. 172826, "Miscellaneous Valve & Flange Covers & Pipe Insulation".

⚠ INSULATION FOR TEMPERATURES BELOW 100° F.

(1)  Bilge and fire and flushing pump discharge piping and all auxiliary salt water circulating pipes above a level 24" above the floor. See II. (1) (e) to be covered as follows:

⚠ (2)  ~~One layer of heavy asphalt impregnated paper which shall be lapped 4" in each direction and around with plaster paste wrapped or 4"~~ ~~wrapping; one layer of 1" thick hair felt closely wrapped and secured~~ ~~with 1" thick wrapping; one layer of waterproof asphalt impregnated~~ ~~paper or fabric; and one layer of void layer to prevent the asphalt~~ ~~rotting through the inner lagging and then lagged with canvas.~~



⚠ (3)  Flanges, valves and fittings on cold water piping to be insulated with one layer of 1" thick hair felt and secured in place with a close wrapping of heavy jute twine then covered with a waterproof ~~flame proof paper lapped 4" in each direction~~ ~~and then lagged with canvas sewed~~ on and treated with flame retarding solution for H392-T incl. and with fibrous glass cloth or tape sewed or cemented on for H398 & future.

VI  DE-AERATING FEED TANKS

To be insulated as indicated on approved Dr. No. 618-105.

VII  GLAND VAPOR CONDENSER

To be insulated as indicated on approved Dr. No. 618-105.

VIII  FUEL OIL HEATERS

To be insulated as indicated on approved Dr. No. 166246.

IX  HEATING SYSTEM DRAIN TANK

To be insulated as indicated on approved Dr. No. 618-107.

X  EVAPORATORS, VAPOR FEED HEATERS, DISTILLING CONDENSERS, AND
CONDENSATE COOLERS FOR EVAPORATOR PLANT

(1)  EVAPORATORS.  To be insulated with 85% magnesia block, firmly
secured with 1/8" flexible hot dipped galvanized steel cable spaced on 9"
maximum centers, 1" mesh galvanized wire netting shall then be spread over
the surface and shall be held by wiring to the steel cable.  Fill all
crevices, smooth all surfaces, and completely coat the wire netting with
insulating cement to a minimum insulating material thickness of 1-1/2" &
lag with CANVAS SEWED ON AND THEN TREATED WITH FLAME RETARDING SOLUTION
FIBROUS GLASS CLOTH OR TAPE SEWED OR CEMENTED ON FOR H392 & FUTURE.

(2)  DISTILLING CONDENSERS, AFTER CONDENSERS, AND VAPOR FEED HEATERS.

To be insulated with 85% magnesia block, firmly secured with 1" mesh
galvanized wire netting.  Fill all crevices, smooth all surfaces and comp-
letely coat the wire netting with insulating cement to a minimum insulating
material thickness of 1-1/2" and lag with CANVAS SEWED ON AND THEN
TREATED WITH FLAME RETARDING SOLUTION FOR H392 T INCL. AND WITH FIBROUS
GLASS CLOTH OR TAPE SEWED OR CEMENTED ON FOR H393 & FUTURE.

(3)  CONDENSATE COOLERS.  To be insulated with WATER PROOFED ASBESTOS BLANKET
less than 1" thick

applied to cooler surfaces, AMOSITE BLANKET to be secured
with heavy jute twine protected by water CONTED
FLAME PROOF PAPER LAPPED IN EACH DIRECTION AND LAGGED WITH CANVAS SEWED
WITH FLAME RETARDING SOLUTION FOR H392 T INCL. AND WITH FIBROUS GLASS
XI  MAIN TURBINES, L.P. AND H.P. CLOTH OR TAPE SEWED OR CEMENTED
ON FOR H393 & FUTURE.

To be insulated as approved on Dr. Nos. 618-350, H.P. & Dr. No. 618-
341 L.P.

XII    BOILER DRUMS

To be insulated as specified on Dr. No. 550-55.

XIII   REFRIGERATING PIPING

To be insulated as approved on the following drawings:

By note on Dr. No. 695-253, "Length of Piping in Ice Mach. Room." and Dr. No. 156451, "Bhd. Connections for Freon Pipes."

XIV    FLANGE COVERS

(1)  The insulating materials used in making flange covers are to be the same as those used for insulating the pipes and are to be of a thickness as shown on Dr. No. 173885, "Insulation for Superheated Steam Lines," or Dr. No. 173826, "Misc. Valves & Flange Covers & Pipe Insulation," to suit the service.  Portable covers are to be built up in halves on galvanized wire mesh cloth having 1/8" meshes with .049" diameter wire and (FOR SUPERHEATED STEAM LINES) lagged with asbestos cloth. (FOR MISC. PIPES AND WITH FIREPROOF GLASS CLOTH FOR HWS & FUTURE) lines, and with canvas for other lines.  Portable covers are to be neatly fitted and arranged for ready removal and replacement without injury.

(2)  Portable covers shall be fitted on the following items only:-

    (a)  All main steam valves and flanges.

    (b)  All reducing and regulating valves.

    (c)  Strainer bonnets.

    (d)  Valve bonnets for systems operating at a temperature in excess of 250° F.

    (e)  Valves and flanges for heating system mains.

    (f)  Unions and valves in heating system branches where likely to injure personnel.

(3)  The following items to be insulated but not made portable :-

    (a)  Valves, except glands, for systems operating at a temperature of 250° F. and flanges and fittings for same, except as noted above.

    (b)  Flanges for systems operating at a temperature in excess of 250° F. except as noted above.

(4) Where valves and flange covers are not portable the insulation for systems for temperatures of 100° F. to 500° F. shall consist of magnesia blocks smoothed over with magnesia cement, and finished with a layer of hard finish asbestos plaster, to a total thickness of within 1/8" of that of the adjacent pipes. Non-portable insulation for valves and flanges for temperatures below 100° F. to be as required by Y.

XV.    AUX. TURBINES AND PUMPS

To be insulated as approved on Dr. No. 135646. "Type plan showing method of lagging aux. turbines and pumps."

XVI.    GENERAL NOTES.

(1) Single layer magnesia or high temperature covering for pipes of sizes from 1/2" up to and including 10" shall be furnished in sections. For pipes of sizes larger than 18" the covering shall be furnished in curved segments. Double layer covering shall be furnished in two layers of listed thicknesses as follows:  In sections, for the inner layer of pipe sizes up to and including 10" and for the outer layer of pipe sizes up to and including 8" in curved segments for the inner layer of pipe sizes larger than 10" and for the outer layer of pipe sizes larger than 8".

(2) Single layer covering shall be secured by at least 3 loops per section of 18 B.W.G. annealed hot dipped galvanized iron wire.  Outer layer covering shall be applied so as to break both butt and lateral joints and each section shall be secured by at least 3 loops of No. 18 B.W.G. annealed hot dipped galvanized iron wire.

(3) Material equivalent to the insulation shall be used for pointing up and finishing sectional and segmental insulation before lagging.

(4) All insulation where exposed to chaffing or abrasion shall be lagged with .014" galvanized sheet steel.

(5) All galvanized steel metal lagging shall be painted on the inside surface with two coats of aluminum paint before installation.

(6) Where flanges are not covered the covering on pipe shall be extended to as near the flanges as practicable and shall be completely covered by the lagging.

ASBESTOS CLOTH.

⚠ (7)  Canvas and asbestos cloth lagging shall be thoroughly sized and ................ in white lead before ................ lead and oil in color as specified. Where they cover fresh ... of surfaces not lagging of superheated steam pipes or machine surfaces it shall have two coats of Bureau formula No. 31 aluminum paint.  For the various and identification of pipe systems, see ...... drawing No. .........

⚠ For identification  FOR PIPING.

(8)  Lap joints of metal lagging to be secured with brass bends fastened with round head screws or to have a bend on the exposed edge and be secured with hardened self tapping metal screws in punched holes.

(9)  All work to be done in a thoroughly first class and workmanlike manner, subject to the approval and acceptance of the Government Inspectors.

(10)  Other systems not tabulated, and with operating temperatures below 100° F are not to be covered or lagged.





PLAN—ENGINE ROOM



| No. & NAME OF VESSELS | | BUILDING YARD | HULL | CHANGE | GROUP |
|---|---|---|---|---|---|
| CV-49 | BETH. | H- | | | |
| CV-45 | KNSBDBDC | H-247 | | | |
| CV-33 | | H-44 | | | |
| CV-21 | | H-19.6 | | | |
| CV-20 | N.Y.N.Y. | H- | | | |
| CV-19 | BETH. | H-151 | | | |
| CV-18 | | H-510 | | | |
| CV-17 | | H-509 | | | |
| CV-16 | | H-561 | | | |
| CV-15 | N.N.S.D.D.C | H-598 | | | |
| CV-14 | | H-397 | | | |
| CV-13 | | H-396 | | | |
| CV-12 | | H-395 | | | |
| CV-11 | | H-394 | | | |
| CV-10 | | H-393 | | | |
| CV-9 | | H-392 | | | |

# THE NEWPORT NEWS SHIPBUILDING & DRY DOCK COMPANY
## NEWPORT NEWS, VIRGINIA
### ENGINEERING DEPARTMENT

# DRAWING NO.  17276

SCALE                    1 FT          APPROVED

DRAWN BY

TRACED BY

CHECKED BY

**ACTION**
BY BUREAU OF SHIPS            **APPROVED**

LETTER FILE                    DATE    3-20-42

                                FOR SUPERVISOR OF SHIPBUILDING

                    DATE        NO.

# FORWARDED
# TO BUREAU

## PLAN

EXAMINED AND FOUND CORRECT

                                SUPERVISOR OF SHIPBUILDING

DATE

# DIRECTIONS FOR INSULATION AND
# LAGGING OF PIPES AND AUXILIAR-
# IES UNDER COGNIZANCE OF BUREAU
# OF ENGINEERING        11 SHEETS

| PANEL | MARK | DESCRIPTION | | | DATE | DES'GR | DWN | RING |
|-------|------|-------------|---|---|------|--------|-----|------|
| | 11 | IN PAR IV (19) & (20) X (1), (2) & (3) FIBROUS GLASS REPLACES CANVAS LAGGING FOR HULLS 398 & FUTURE. AS PER BU.SHIPS MATERDN LETTER C-EN(541)EN28/KVII DEF REQ-1348-7 FIBROUS GLASS MARKER GEN-82 CONCERETED ON MAY 18 OUR MEMO TO BU.S. DATED MAY 18, 1944. IN PAR IV (21) OR WITH FIBROUS GLASS TAPE IN LIEU AS ASBESTOS CLOTH IS ORDERED FOR ALL SHIPS. IN PAR IV (1) ASBESTOS CUFFS TO BE FITTED ONLY WHERE CANVAS LAGGING IS USED. IN PAR IV (5) ASBESTOS CLOTH CLOTH ORDERED FOR CERTAIN AND ADDED | | | 5/15/44 | | O.I.C. ESVR |
| | 9 | | | | 1-29-44 | MF | 1-5-44 | O.I.C. 80 |
| | 8 | PAR IV (8) & (9) ALTERED FOR H-418, 4-FG & 4-4: TO SUIT RELOCATION OF GEN. BK-15 (MERC DIESEL) | | | | EJ | 1/6/44 | O.I.C. 80 |
| | 7 | PLAN MARK APPROVED IV (39),(V 46) 1444 & H-447 AND (V-61 98)10 | | | 11-4-43 | WEJ | 11-8-43 | O.I.C. 80 |
| | 6 | IN LIEU LATERED FROM COMPOSITE BLANKET FOR THE SIDES ALREADY COMPRISED OF APPLYING ASBESTOS IN CONJUNCTION IN MATERIALS FIRED HANG TO WIRE PROVIDE ANGLE BLANKET IN ACCORDANCE WITH BU.LETTER 11 6/44 OVER 14/20/AS 12 OF 4-17-43 | | | | | 5/7/43 | O.I.C. 80 |
| | 5 | IN PAR IV (19) CANVAS WAS FIBROUS GLASS TAPE IN TANKS CLAIRS & GALLEY. IN PAR IV (18) STAIRS ON INSURE AND CANVAS IN PAR IV (1) INSURE AND CONDENSED WATER STRADDLE AND SOFT CANVAS SPOT | | | | WEJ | 9/24/43 | O.I.C. 80 |
| | 4 | | | | 7-1-43 | | | |

MATERIALS SPECIFIED ON EACH OF FOLLOWING OPERATIONS AND THOSE CONFORM TO THE FOLLOWING SPECIFICATIONS:

High temperature cement ———————————————————— 32-C-14

High temperature insulation (light weight) ———————— 32-I-?

Magnesia insulating covering & cement(light weight) ——— 32-M-??

Asbestos rope & wick ———————————————————— 32-R-?5

Canvas ———————————————————————————— 24-D-?, Commercial

△ WATER PROOFED AMOSITE BLANKET ——————————————— 32-I-1

Galv. steel sheet lagging ———————————————————— 47-S-18.

Paper ———————————————————— High grade commercial.

△ Asbestos cloth (Type "B") ——————————————————— 32-C-11.

△ Fibrous glass tape & CLOTH ————————————————— 32-C-15.

II   THE FOLLOWING SYSTEMS OR PARTIAL SYSTEMS WILL NOT BE INSULATED:

(1)  (a) Condensate suction and discharge piping between condenser and
         air ejector, air ejector air suction, and vacuum drain.

     (b) Diesel engine exhaust where exposed to atmosphere.
         (See painting schedule Dr. No. 173813).

     (c) Escape piping in uptake spaces.

     (d) All fuel oil piping, except that service discharge between
         F.O. heaters and inlet flange of manifolds on boiler fronts
         is to be insulated.

     (e) All piping below floor level, where liable to come into contact
         with bilge water, bilge, fire & flushing discharge, and aux-
         iliary salt water circulating pipes below the level of 24"
         above the floor plates, and certain individual leads above this
         level when approved by an Officer of the S.O.S. office.

     (f) Auxiliary exhaust to condensers beyond back pressure valve.

     (g) Distiller air ejector drain (100° F.).

     (h) Distiller condensate P. suction & disch. up to test tank(95°F.).

     (i) Steam & drain piping in floodable voids.(See painting schedule
         Dr. No. 173813).

| HULL NO. | NNDR NO. | SHEET NO.3 OF 11 SHEETS |
|----------|----------|--------------------------|
| 3?2      | 17276    |                          |

(j) Heating system drain lines between thermo-heaters and thermostatic traps where not exposed to outside temperatures or weather are not to be covered or lagged, except where injury to personnel is likely. Drain lines in pantries and galleys from steam tables, water heaters, etc. to thermostatic traps are not to be covered or lagged.

(k) Gland vapor exhauster discharge to atmosphere except where likely to injure personnel.

(2) Covering for steam and exhaust pipes which may be near a magazine is to be double the standard thickness.

(3) Where pipes 3/8" nom. dia. and below in steam, exhaust, and steam drains are required to be insulated to conserve heat or prevent burning personnel, they shall be covered to a total thickness of not less than 1/4" with asbestos cloth weighing approximately 2-1/4 lbs. per sq. yd. and sewed with No. 25 copper wire, without canvas lagging. Gauge lines need not be insulated except where there is danger of burning personnel.

III. INSULATION FOR TEMPERATURES 501° F. AND ABOVE.

(1) Superheated steam and drains up to and including H.P. traps (850°F.)

(2) Diesel engine exhaust, including muffler(850°F.)See (8) & (9) below.

(3) Superheated escape up to 4th. dk. (810° F.)

(4) Steam to soot blowers (850°F.)

(5) The above includes all pipes, valves, fittings and flanges.

(6) Pipes 1/2" to 1-1/2" diameter inclusive, superheated escape pipes and soot blower piping, to be insulated with single layer of high temperature insulation. Pipes larger than 1-1/2" to be insulated with two layers, the inner layer to be high temperature and the outer layer to be 85% magnesia. Piping to be lagged with asbestos cloth or with fibrous glass tape.

(7) Thickness of insulation to be as follows: See paragraph III (1) for pipes 3/8 nom. dia. and below.

| Temperature | Nom. Pipe Dia. | Inner Layer Thick. | Outer Layer Thick |
|---|---|---|---|
| 501° - 1050° | 1/2" to 1-1/2" incl. | 2" | 2" |
| " | 2" & 2-1/2" | 1-1/4" | 2" |
| " | 3" | 1-1/8" | 2" |
| " | 3-1/2" | 1-1/4" | 2" |
| " | 4" | 1-1/2" | 2" |
| " | 4-1/2" | 1-1/2" | 2" |
| " | 5" to 7" incl. | 1-1/2" | 2" |
| " | 8" & above | 1-1/2" | 2-1/2" |

(8) Diesel engine exhaust piping in storerooms on 4th. deck between frs. 79-84 P. & 142-150 centerline to have 2-1/2" thick insulation [⚠ For H-392-5 only] Frs.176-184 St'bd for H-410,446 & 447 for both the inner and outer layers and covered with galvanized sheet steel .014" thick.

(9) Diesel engine muffler to be covered to a total thickness of 4". [⚠ H-392 -5 only. For H-410,446 & 447 Ford muffler covered. Aft muffler painted only.]
(10) For flange covers see paragraph No. XIV.

(11) For details of insulation in this section see Dr. No. 172625, "Insulation for superheated steam lines".

IV.  INSULATION FOR TEMPERATURES FROM 100°F. to 500°F.

(1)  Saturated steam under full boiler pressure. (490°F.).

(2)  Steam to F.O. heaters and drains from same up to and including traps (490° F.).

(3)  Reduced saturated steam and steam to F.O. heating coils in F.O. tanks and drains from same up to and including traps (366°F.).

(4)  Reduced steam to laundry (100# pressure) and drains up to and including traps (338°F.).

(5)  Heating system, constant and intermittent steam, and drains up to and including traps (297°F.). See paragraph II (1) (i).

(6)  Receiver pipes between H.P. and L.P. turbines (480° F.).

(7)  Auxiliary exhaust, gland sealing and leakoff, and atmospheric exhaust (250°F.)

(8)  Saturated escape piping up to 4th. dk. and superheated safety valve escaping line (about 550°F. insulate for 250°F.) (See III for superheated steam.)

| HULL NO. 392 | N.N. DR. NO. 172761 | SHEET NO. 5 OF 11 SHEETS |
|---|---|---|

# EXHIBIT J

ENCLOSURE II                    DRAFT            ENCLOSURE II



DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, D.C. 20350

Ser 45D/318571
8 February 1979

Dear Mr. Hughes,

In further response to your inquiry of October 5, 1978 for information on asbestos use in the Navy's shipbuilding and ship repair operations, it is estimated that the quantity of thermal insulation used on each major class of ships is as follows:

| Ship Class | Estimate of Thermal Insulation (lbs) |
|---|---|
| Destroyer — DD | 87,634 |
| Guided Missile Cruiser — CGN | 123,770 |
| Submarine — SSN | 62,465 |
| Replenishment Oiler — AOR | 78,515 |
| Oceanographic Research Ship — AGOR | * |
| Large Harbor Tug — YTB | 6,858 |
| Fuel Oil Barge — YON | ** |

* Weight control reports for AGOR class ships have not been prepared. Data unavailable.

**Weight control reports for YONs do not make any reference to thermal insulation.

As noted in my earlier response of January 5th, this information represents the weight of thermal insulation installed and does not include asbestos used in other applications, such as pipe hanger liners, gaskets, etc.

I hope that this information satisfactorily answers your question regarding the extent of thermal insulation being used in the Navy's shipbuilding and ship repair operations.

Sincerely,

T. J. Bishop
Vice Admiral, U.S. Navy
Deputy Chief of Naval
Operations (Logistics)

Mr. Robert F. Hughes
Assistant Director
U. S. General Accounting Office
Human Resources Division
Washington, D C. 20548

13

B 304153

DRAFT

# EXHIBIT K

KPCXXX
KOFFICE SUPERVISOR OF SHIPBUILDING, U.S. NAVY
IN AND REFER TO NO.

C1550Iass/S1-7 (5970)

# NAVY DEPARTMENT

OFFICE OF SUPERVISOR OF SHIPBUILDING

ENCLOSURES

Camden, N. J.

10 March 1942

From:   Supervisor of Shipbuilding, U.S.N. Camden, N.J.
To  :   New York Shipbuilding Corporation.

Subject:   C155 GLASS CRUISERS -- Deberating Feed Tanks-
           Preliminary Instruction Book - Cochrane
           Corporation, Mfr.

References:  (a)  N.Y.S.ltr 9-1444-42 of 21 February 1942
            (b)  Cochrane Dr. G-1016;C155-856-4, Alt. 4
            (c)  Cochrane Dr. G-1015;C155-856-3, Alt. 3
            (d)  Cochrane Dr. G- 869
            (e)  Belfield Dr. 56-8521
            (f)  N.Y.S.Dr. 423-560-37;C155-S48-7, Alt. 7

Enclosure:  (A)  One copy of subject instruction book.

     1.     Enclosure (A), submitted with reference (a),
is returned herewith approved, subject to the following
comments:

          (a)  The subcontractor's comments pertaining
     to the composition of the final copies have been
     noted and are considered satisfactory.

          (b)  All cuts or reproductions of plans should
     agree with the latest approved plans, and the names
     and numbers of parts should be complete and identical
     with those on the approved plans.

          (c)  The pages contained in the book should be
     numbered consecutively and the index revised accord-
     ingly.  In order to simplify the identification of
     the pages to be modified, the pages containing printed
     matter have been numbered in pencil in this office.
     This system of numbering the pages does not govern
     the numbering of the pages in the final copies.

          (d)  On page 3, under "General Function, De-
     sign and Allocations, first paragraph, delete the

No. CL5501&SB/S1-7 (5970)          10 March 1942

To:   New York Shipbuilding Corporation

words "furnished by others".

(e) On page 3, under "General Function,
Design and Allocation" first paragraph, the height
of 3'-10" for the upper section and the height of
7'-11" for the lower section are apparently meant
for inside dimensions, since inside diameters are
given.  The heights should be checked against re-
ference (b) and noted as inside dimensions.

(f) On page 3, under "Performance Data"
add the pressure of the feed water at the inlet
in agreement with reference (c).

(g) On page 4, add the figure number to
the print of the General Assembly.  The line work
on this figure should be distinct.

(h) On page 5, under "Drawings Supplied"
delete references (d) and (e), and substitute the
drawing number of the correct spillover valve.

(i) On page 5, under "Drawings Supplied"
add the headings "Vendor's Dr. No." and "BuShips"
Type "B" Dr. No." in the proper places.  The BuShips
Drawing Numbers should be complete.

(j) On page 6, under "General Description",
seventh line after "heats" add "it".

(k) On page 6, under "Vent Condenser and
Preheater" add detailed information covering the
installation and the operation of the vent condenser
and preheater.

(l) In connection with comment in paragraph
1(b) above, it is noted that part names and numbers
in the text do not entirely agree with part names and
numbers in the illustrations.  Attention is called to
the following discrepancies, which should be corrected:

(1) Page 6, under "Atomizing Valve" piece

-2-



No. CI55Class/S1-7 (5970)                    10 March 1942

To:  New York Shipbuilding Corporation

       2-19 is "valve disk" in text and "valve flange" in illustration.  Piece 2-5 is "valve disk ring" in text and "key" in illustration.

       (2)  Page 9, under "Dash Pot" piece 3-62 is "clevis rod" in text and "link" in illustration.

       (m)  On page 13, add a description of the spillover valve.

       (n)  On page 14, under "Operations" amplify the instructions for the use of the manually controlled spillover valve.

       (o)  A diagrammatic sketch of the piping to the deaerating feed tank showing the spillover valve should be included in the instruction book.  This sketch should be similar to the "Diagrammatic Arrgt. of Deaerating Feed Tank Connections" as shown on reference (f).

    2.     It is understood that the final copies will also be corrected as necessary to show the conversion of certain of the CL Class vessels to CV Class vessels.

    3.     The subcontractor should be advised not to release final copies to the "following" yards until the final copies for the U.S.S. CLEVELAND have been approved.

                                G. H. WOOD
                                By Direction

cc: BuShips w/cc (a) copy (A)
    SupShip, Quincy w/cc (a)
    "    N.B.   w/cc (a)
    "    N.Y.   w/cc (a)
    "    Phila. w/cc (a)
    Mr. Mills
    Mr. McCallum

9-1444-42                                                    February 21, 1942.

TO:   SUPERVISOR OF SHIPBUILDING, U.S.N., Camden, N.J.

SUBJECT:   CL55 CLASS CRUISERS
           Instruction Books for Deaerating Feed Tanks
           Forwarding preliminary copies for approval.

Reference: (a) Genl.Specs.for Machinery, Sect. Sl-1-h, Edition of Sept. 1, 19
           (b) Sup.Ship.letr. CL55-56/Sl-7(1), April 23, 1940.

ENCLOSURES: (Herewith)                                            No. & Kind

   (A)     Cochrane Corp. Description & Instructions for                3 Copies
           Operation & Maintenance of Cochrane Deaerating
           Feed Tanks.

        1.     ENCLOSURE (A), as required by References (a) and (b), is sub-
mitted herewith for approval for subject vessels.

        2.     The subcontractor advises that the final instruction books will
comply with all the requirements of Reference (a), and that they will be
bound in black leatherette or fabricoid covers, embossed with gold letters,
and the front cover will contain the information shown on the first page of
ENCLOSURE (A).  The fly leaf inside the front cover will contain the infor-
mation shown on the second page of ENCLOSURE (A).

                                        NEW YORK SHIPBUILDING CORPORATION

GK/R
ENCLOSURES:                             By  A. H. Mills,
3 Books                                     Marine Engineer.

N.N.N.27
ADDRESS SUPERVISOR OF SHIPBUILDING, U. S. NAVY
ALSO REFER TO NO.

CL55 Class/S1-7
Serial 16781

**NAVY DEPARTMENT**

ENCLOSURES:

OFFICE OF SUPERVISOR OF SHIPBUILDING
Camden, New Jersey

6 May, 1943.

From:   Supervisor of Shipbuilding, USN, Camden, N.J.
To  :   New York Shipbuilding Corporation.

Subject:   US LIGHT CRUISERS - CL55 Class - Instruction
Book for Fuel Oil Service Pumps, Fuel Oil
Booster & Transfer Pumps, Lubricating Oil
Service Pumps - Approval of Final Copies.

References:   (a) NYSCorp. ltr. 9-467-43/15N, 10 March
1943.
(b) NYSCorp. ltr. 9-1525-43/15N, 30 March
1943.
(c) DeLaval Steam Turbine Co. ltr. (NYSCorp.
No.15629), 27 March 1943.
(d) SupShip, Camden ltr. CL55Class/S1-7,
CV2801ass/S1-7, Serial 2529, 24 July
1942.
(e) BuShips ltr. CL55Class/S55(3647) over
CL55Class/S45, 11 Sept. 1942, quoted
in SupShips, Camden ltr. CL55Class/S1-7,
CV2801ass/S1-7, Serial 8433, 14 Sept.
1942.
(f) SupShip, Camden ltr. CL55Class/S1-7,
CV2801ass/S1-7, Serial 10462 of 29
Sept. 1942.
(g) SupShip, Camden ltr. CL55Class/S45/S55,
Serial 6785, 10 March 1943.

1.    The final copies of the subject instruction
book, forwarded by reference (a) and commented on by refer-
ence (c), are approved subject to the following comment:

(a)    Since the book applies to all of the CL55
Class Light Cruisers, it will be necessary to modify the
information therein to show the change in turbine back
pressure from 15 to 20 p.s.i. as noted in reference (g)
for CL103 and up. These modifications should include
changes and/or corrections to rating and operating data,
steam guarantees, test curves, applicability of test
curves in books furnished, etc.

5120987

CL65 Class/S1-7
Serial 16761

6 May 1943.

To: NYSCorp.

(b)    Comply with the last sentence in paragraph 2 (c), paragraph 2 (e), and the last sentence in paragraph 2 (f) of reference (e).

(c)    On page 68, fourth line from bottom of page, change "- - - Low Voltage Protection" to "- - - Low Voltage Release".

(d)    On page 71, line 18, between the words "appreciably" and "by" insert the word "affected".

2.    The list of parts as shown is acceptable, however, for future books it is desired that the manufacturer's drawing for each part be indicated.

3.    It is requested that the vendor be notified to release a sufficient number of copies of the subject book to the "following" yards to satisfy their immediate needs prior to making corrections required by paragraph 1 above. The required correction inserts should be furnished all interested activities as soon as practicable.

4.    By copy of this letter the Supervisors of Shipbuilding at the "following" yards are informed of this action and requested to advise the respective yards as to the number of copies of the subject book required at this time.

G. H. WOOD
By Direction

cc: BuShips, w/cc(a) to (c), incl.
    SupShip, Newport News, w/cc(a) to (c), incl.
       "    Quincy    w/do.
       "    Phila.    w/do.
    Mr. Mills  (NXS)

- 2 -

CTA6321/a58(573I3)
Ser 573-731

14 MAR 1958

From:  Chief, Bureau of Ships
To:    Commander, New York Naval Shipyard

Subj:  CVA 64, Pumps, Distiller Brine Overboard Distiller Sea Water Heater Drain and Distiller Distillate, technical manuals for

Ref:   (a) NAVSHIPS NYK ltr 252:FRM:b CTA64/S1/S of 21 Feb 1958

Encl:  (1) One copy of Approval and Procurement Record Page

1.  NAVSHIPS number JA7-3082 is assigned to the technical manual forwarded by reference (a) for subject equipment, manufactured by Buffalo Forge Company, on contract N140(131)6131A3.

2.  An Approval and Procurement Record Page similar to enclosure (1) should be included in the final manual.

Copy to:
549
522

RAYMOND M. ████
By Direction

Prepared by F. Washington, Ext. 63968
Typed by F. Donahue, 3/3/58
BuSer 2241104-58

NEW YORK NAVAL SHIPYARD

PLEASE ADDRESS REPLY AS FOLLOWS
COMMANDER
NEW YORK NAVAL SHIPYARD
NAVAL BASE
BROOKLYN N. Y.

No. 252:FDM:b
CVA64/S1/S

From: Commander, New York Naval Shipyard
To:   Chief, Bureau of Ships    (In duplicate)

Buffalo Pumps, Inc., North Tonawanda, N.Y.
Via Inspector of Naval Material, Buffalo, N.Y.
(In quadruple)

Subj: CONSTELLATION (CVA64); Contract N140(151)61514B;
Distiller Brine Overboard Pump, Distiller Sea Water
Heater Drain Pump and Distiller Distillate Pump,
Technical Manual; Approval of

Ref:  (a) Buffalo Pumps, Inc. ltr dtd 26 Sep 1957
      (b) Buffalo Pumps, Inc. ltr dtd 30 Jan 1958
      (c) Mil. Spec. MIL-M-15071C dtd 10 Sep 1957

Encl: (1) One (1) copy each to BUSHIPS and Contractor
          PRELIM Tech. Manual - Distiller Brine Overboard Pump,
          Distiller Water Heater Drain Pump, and Distiller
          Distillate Pump - (File No. 247)

BUREAU OF SHIPS
1.  Enclosure (1), approved by this Shipyard for final printing,
is forwarded for assignment of a NAVSHIPS number.

2.  Twelve (12) copies of the final manual will be furnished to
the Ships Parts Control Center, Mechanicsburg, Pa. for stock
approximately sixty (60) days from the date of assignment of a
NAVSHIPS number.

BUFFALO PUMPS, INC.
3.  Enclosure (1), received as enclosure to reference (a) and
referred to in reference (b), has been reviewed and approved
subject to the following comments:

    a.  Add an Approval and Procurement Record Page similar to
Figure 3B of reference (c)

573

CVA 63 closs /858

2241184-58

SERVICE TO THE FLEET

252:PDM:b
CVA54/S1/8

b.  General Data – Distiller Brine Overboard Pump

    (1) Pump Data – Complete items 9 and 10.

    (2) Motor Data –

        (a) Item 11 – Insulation should be Class B.

        (b) Item 13 – Enclosure should be total enclosure.

        (c) Item 15 – Frame should be 404VY.

    (3) Control Data – Items 6 and 7 should be rechecked.

    (4) Weights –

        (a) Motor should be 790

        (b) Controller should be 27

        (c) Total per one unit 2017

        (d) Complete Item 5

c.  Distiller Sea Water Heater Drain Pump

    (1) Pump Data – Complete Item 6

    (2) Motor Data – Item 14 should be 225 CZ

    (3) Control Data

        (a) Item 3 should be 50° C

        (b) Complete Items 5 and 6

    (4) Calculated Weights – Complete Items 2 to 6 incl.

d.  Distiller Distillate Pump

    (1) Pump Data – Complete Items 5, 7, 8, 9, 10, 12, 13 and 14

    (2) Motor Rating

        (a) Item 11 – Enter Class A

2

252:PDM:b
CVA64/B1/8

    (b) Item 12 – should be NAVY A

    (c) Item 13 – should be continuous

    (d) Item 14 – frame number should be 225 GZ

    (e) Complete Item 15

  (3) Control Data

    (a) Item 1, Service, should be A (Class HI-Shock)

    (b) Enclosure – dripproof

    (c) Ambient temperature – 50° C

    (d) Type – across-line

    (e) Complete Item 5

    (f) Insulation – Class A

  (4) Weights – Complete Items 1 to 5

  e.  Add illustration of coupling assembly on List of Illustrations under Chapters I and II.

  f.  Page I-1, line 2, after two stage – add centrifugal

  g.  (1) Page I-2, under bearings, after positioned – add 2 bearings matched pair.

  (2) Stuffing Box – add data on lantern ring and external connection.

  h.  (1) Page I-3
    Piping; delete entire paragraph and substitute:

     "The piping for both suction and discharge must fit perfectly and be supported independently of the pump.  If piping is of incorrect length, it must be corrected.  Do not force piping flanges into alignment with pump flanges, as this may force the pump out of alignment with the motor shaft and result in operating difficulties and repairs.  Flanged openings are provided on the suction and discharge nozzles for gauge connections.  A flanged opening from the first stage suction is provided as vent".

3

252:PIM:b
CVA64/S1/8

(2) Packing - delete entire paragraph and substitute:

"The pump stuffing box is packed with four (4) rings of 1/2" square asbestos packing per MIL-P-17577, Symbol 1103 furnished in a square cotton case of required size and a lantern ring for lubrication with water off water connection. Do not use bulk packing....."

i. (1) Page I-4, paragraph b - include data on lantern ring installation.

(2) After paragraph c, add "CAUTION": Do not tighten the stuffing box gland to eliminate all leakage; otherwise gland may be made too tight and cause excessive binding of the motor shaft".

j. (1) Page I-5, line 5, after line add "valve".

(2) Paragraph B - Rotation, after the second sentence, add:

"At initial installation, or after an overhaul, check rotation to be certain it is rotating pump shaft as arrow indicates. This should be done by making momentary contact with the starter".

(3) Paragraph C5, line 2, making bearing plural, and change Navy Department Specification 14L30 to Military Specification MIL-G-16702'.

k. (1) Page I-6, line 1, change (48) to (78).

(2) Add "to" after (Refer).

(3) After coupling size - specify quantity of oil for this coupling.

(4) After Normal Starting Procedure, add (Make sure Valve in discharge line is closed).

(5) Item 3 - should be "Start motor".

(6) Item 4 - should read "Open pump discharge valve when pump is up to pressure".

(7) Under Securing - Item 1 should be - "Close pump discharge valve".

(8) Item 2 should be "Stop motor".

4

2521PDM:b
CVA64/S1/3

(9) Underline last sentence of Item 5.

(10) Under Alignment, last line, the word clearance should be changed to "wearing".

l.  Page I-7, last sentence - change (42) to (78).

m.  Page I-18 - Disassembly and Reassembly

(1) After screw, change (42) to (78).

(2) After first sentence, add "Plug & Screw are for filling not draining".

(3) Substitute "type L" Class 3 bearing puller with type XII size 3, and "type "H" Class 2' gear puller with type VII, size 2.  Change specification JAN-P-690 to GGG-P-781.

n.  Page I-11 delete paragraph C — Impellers and Sleeves and substitute:

"Unscrew impeller lock nut (18) and use a type VII Gear Puller size 1, with a type XVII male adapter, Class 1, size 7 to pull first stage impeller (22) off shaft (14A).  Remove shaft sleeve (16) and second stage impeller (23) from shaft (14A) with a type VII Gear Puller, size 2 with legs 16-1/2" long using adapter XVII, Class 1, Style A, size 4 in accordance with GGG-P-781".

o.  Table I - Parts, Item 4, change to read "Shaft Sleeve (16) and Gland (34).

p.  Figure I-2 should be Distiller Brine Overboard Pump (Motor Driven), Outline, Certification Data, Onboard Repair Parts & Tools, Contractor's drawing number CA8629 BUSHIPS drawing number CVA64-517-H-1350431.

q.  Figure I-3, Contractor's drawing number CA-8627 assigned BUSHIPS drawing number 3826191.  Add coupling master drawing.

r.  Figure I-5, Contractor 's drawing number CA-8629 assigned BUSHIPS drawing number CVA64-517-H-1350431.

s.  (1) Chapter II — Page II-3, paragraph B — Piping, change first sentence to read:

"The piping for both suction and discharge must fit perfectly and must be supported independently of the pump".

5

252:PDH:b
CVA64/81/8

(2) Third sentence, add "with driving motor" after the word "alignment".

t.  Page II-

(1) Under Packing, delete MIL-P-17303 and substitute MIL-P-17577, Symbol 1103.

(2) Add comments about lantern ring.

u.  Page II-

(1) Item - change Navy Dept Leaflet 143 to MIL-G-18709.

(2) Item - specify amount for this coupling.

(3) After Normal Starting Procedure, add (Make Sure discharge valve is closed).

v.  Page II-

(1) Item should be "Start motor".

(2) Item should read "Open pump discharge valve when pump comes up to pressure".

(3) Securing - Reverse Items 1 and 2.

w.  Page II- last paragraph, specify amount required.

x.  Page II-, Disassembly & Reassembly - if (66) and (69) are for filling, how can they drain?

y.  Table II Item 5, after Mechanical Flinger, change (29) to (71). Is radial clearance 0.018 correct?

z.  Figure I-4, add coupling assembly.

4.  Include the latest validated diagrams, performance curves, certification data and electrical inserts.

5.  The final manual shall strictly conform to the requirements of reference (c).

Copy to
Buffalo Pumps, Inc.

J. J. Gifford

J. J. GIFFORD
By direction

2-1184-58                     6

PORTSMOUTH NAVAL SHIPYARD

PORTSMOUTH, N. H.

IN REPLY REFER TO

245P
N1O2-68884(X)
(7/1)

JUN 8 1959

From:   Commander, Portsmouth Naval Shipyard
To:     Chief, Bureau of Ships

Subj:   SS(N)593 Class Submarines, Technical Manual for Low
        Pressure Brine Pump for 8000 GPD Distillation Unit;
        forwarding preliminary copies for approval and as-
        signment of NAVSHIPS number

Ref:    (a)  PTSMH NAVSHIPYD Contract N1O2-68884(X) with Warren
             Pumps Inc Warren Mass
        (b)  Detail Specs for Building Submarine SS(N)593
        (c)  Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

Encl:   (1)  Preliminary copy of Technical Manual, Low Pres-
             sure Brine Pump for 8000 GPD Distillation Unit,
             PTSMH No. B-9884  (2 copies)

1.   Subject preliminary technical manual has been prepared
under reference (a).  As required by references (b) and (c),
copies are forwarded for Bureau approval and assignment of
a NAVSHIPS identification number.  Approval is recommended
subject to the following comments:

   a.  Cover and Title Page:  After "Low Pressure Brine
Pump", add "for 8000 GPD distillation unit."

   b.  Approval and Procurement Record Page:  the approved
style of APR page as outlined in reference (c) shall be used
in the final manuals.

   c.  Table of Contents:  Add ahead of listing "Part I Low
Pressure Brine Pump", below listing of Part I add "Part II
Electrical Motor."

   d.  Page 1:

        (1)  Line 1; after "description" add word "install-
ation".

        (2)  Line 2; type "1 1/2-CVOC-5" is proper designa-
tion.

6 26

SS(N)59 > class/547

USS Haddock
021

235P
N102-58884(X)
(7/1)

(3) Line 3; after "suction," change to read "semi-open impeller, close-coupled type."

(4) CAUTION note (bottom of page); second sentence should read "It is not to be dropped or jarred and should always be transported with the pump unit supported on resilient mounts or, if rigidly supported on the distillation unit, the entire assembly should be supported on resilient mounts during shipping."

e. Page 3:

(1) Alignment; delete this paragraph.

(2) Check for Alignment; delete line 5 and substitute "aligned and balanced."

(3) Trouble Shooting Guide;

Low capacity - strike out causes "9, 10 and 29"
Low pressure developed - strike out cause "29"
Excessive power required - strike out cause "29"
Excessive leakage from stuffing box - strike out cause "22"

f. Pages 4 and 5: Lists of troubles; delete items 9, 10, 22, 29, 42, 44, 45 and 46.

g. Page 5: Mechanical Troubles; item 41 delete words "or failure of a hydraulic balancing device, causes excessive thrust." Comment: There is no hydraulic balancing device.

h. Page 5: Dismantling; paragraph 5, after "removing bolts (20) add ", loosening Piece (18),"

i. Page 6: Reassembling;

(1) Paragraph 5, after "washers (30)" should read "on studs (13) and (14)."

(2) Paragraph 8, should read "on studs (13) and (14)."

(3) Paragraph 10, delete ". . .bolt together with bolts." and substitute "and secure with screws (20)".

(4) Paragraph 11, delete "along with the resilient mounts."

USS Haddock
A??



245P
N102-68884(X)
(7/1)

2.   To meet scheduled dates, Bureau approval is requested within three weeks.  Final printed copies will be distributed in accordance with reference (b) approximately 120 days after receipt of Bureau approval.  Twenty-five copies of the manual will be forwarded to Ships Parts Control Center, Mechanicsburg, Pa., for stock.

L. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (Code 525)
MARE NAVSHIPYD (w/2 copies encl (1))

6111062-59

3

USS Haddock
023

PORTSMOUTH NAVAL SHIPYARD

PORTSMOUTH, N. H.

IN REPLY REFER TO

245P
N102-68648(X)
(7/1)

JUN 8 1959

From:  Commander, Portsmouth Naval Shipyard
To:    Chief, Bureau of Ships

Subj:  SS(N)593 Class Submarines; Technical Manual for Type
       31K De Laval - IMO Pump, forwarding preliminary
       copies for approval and assignment of NAVSHIPS No.

Ref:   (a) PTSMH NAVSHIPYD Contract N102-68648(X) with
           De Laval Steam Turbine Co Trenton N J
       (b) Detail Specs for Building Submarine SS(N)593
       (c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

Encl:  (1) Preliminary Copy of Technical Manual Type 31K
           De Laval - IMO Pump, PTSMH No. 8-9901 (2 copies)

1.  Subject preliminary technical manual has been prepared
under reference (a).  As required by references (b) and (c),
copies are forwarded for Bureau approval and assignment of a
NAVSHIPS identification number.  Approval is recommended
subject to the following comments:

    a. Complete approval and procurement record page.

    b. Pages 1-1; 1-1-1 Introduction - Second paragraph
should begin: "Each unit consists of a pump and motor,
flexibly coupled, complete with mounting brackets.  All
pumps are identical.  Motor drives are 100 HP or 50 HP.
Arrangement of the 50 HP units, etc."

2.  To meet scheduled dates, Bureau approval is requested
within three weeks.  Final printed copies will be distributed
in accordance with reference (b) approximately 120 days after
receipt of Bureau approval.  Twenty-five copies of the manual
will be forwarded to Ships Parts Control Center, Mechanicsburg,
Pa., for stock.

J. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (Code 525)
MARE NAVSHIPYD (w/2 copies encl (1))

USS Haddock
034

S#(N)593 C1/247(649P)
Ser 649P-862

From:  Chief, Bureau of Ships
To:    Commander, Portsmouth Naval Shipyard
       Portsmouth, New Hampshire                        29 JUN 1959

Subj:  Contract N102-68884(X) - S#(N)593, Low Pressure
       Brine Pump for 8000 GPD Distillation Unit - Pre-
       liminary Manual for Approval

Ref:   (a)  NAVSHIPYD PTSMH ltr 245P N102-68884(X)(7/1)
            of 8 June 1959
       (b)  Warren Pumps, Incorporated, technical manual,
            Low Pressure Brine Pump - NAVSHIPS 347-3378

1.  Preliminary technical manual, reference (b), was for-
warded to the Bureau for approval and assignment of NAVSHIPS
number by reference (a).

2.  Reference (b) has been assigned the NAVSHIPS number ap-
pearing above and is approved subject to conformance with
the comments contained in reference (a) and additional com-
ments as follows:

    a.  On page 1 of the text, under paragraph headed
"General Data", delete the present paragraph in its entirety
and insert "the complete pump and motor characteristics, the
Table of Weights, clearances, List of Reference Drawings, List
of Onboard Repair Parts, and any other pertinent data". This
data should be listed in tabular form as required by paragraph
3.3.1.2.1 of Specification MIL-M-15071D.

3.  All drawings and illustrations contained in the text shall
be total reproductions of final approved and validated drawings.

4.  This letter in no way authorizes any increase in the cost
of the subject equipment being procured under the subject con-
tract, or approval of any changes in commitments or delivery
schedule.

Copy to:
525
1500L Attn: Mr. Kooyman
626B4

                                        WILLIAM A. RUDDING, JR.
                                        By direction

Prepared by A. Napoletano, Ext. 62217
Typed by Marilyn Janda, 6-24-59
6111052

                                                      USS Haddock
                                                      025

788(N):SHSH/skf(6464)
Ser 6868-3361

From:  Chief, Bureau of Ships
To:    Commander, Portsmouth Naval Shipyard

Subj:  THRESHER (SSN593) class, IMO hydraulic pump, type 31K 156; 13 JUL 1959
       approval of technical manual for

Ref:   (a) PTSNH ltr 245P, N102-68648(x) (7/1) of 8 June 1959

1.  NAVSHIPS number 347-3377 is assigned to the technical manual forwarded by reference (a) for subject equipment manufactured by De Laval Steam Turbine Company.

2.  The subject manual is hereby approved by the Bureau subject to the following comments, in addition to the Shipyard comments:

    a.  Sample Cover, delete title "Type 31K De Laval-IMO Pump" substitute "IMO Pump for MAIN and VITAL HYDRAULIC SYSTEM"

    b.  Sample approval page, delete title, "Type 31K De Laval-IMO PUMP" substitute "IMO PUMP for MAIN and VITAL HYDRAULIC SYSTEM"

    c.  Page 1-1, Section 1-1-1 Introduction, after first paragraph, add a note "The terms fluid and oil are used synonymously and both refer to the power transmission liquid in the hydraulic system"

    d.  Page 1-1, Section 1-1-2, (1) Fluid Operating Temperature Range, °F, delete "70-120" substitute "70-160" (2) Fluid Viscosity Range, SSU, delete "270-3800" substitute "140-1600"

    e.  Page 1-2 Section 2 Unit Drawings also Page 1-3/4, Page 1-5/6, The title of the drawings, "Outline, Certification Data, List of On-Board Repair Parts, Tools and Characteristic Curves" does not reflect content of the drawings since the list of on-board repair parts, tools and characteristic curves are not shown. Either the title of the drawings should be revised or the missing data filled in.

    f.  Page 5-1, Section 5-1-1 General, line 2, "oil soluble"  rust preventative is not applicable since the system is designed to use phosphate ester hydraulic fluid.

Copy to:
COMSUBSHIPID MARE
SUBDIV PASCAGOULA

R. C. WENGER
Direction

638
225
Prepared by F.R. McGuinch Ext. 65455
Typed by H. Hawkins mbn/jo

USS Haddock
033

PORTSMOUTH NAVAL SHIPYARD
PORTSMOUTH, N. H.

245W
N102-68605(X)
(8/26)

...6 -7 1959

From: Commander, Portsmouth Naval Shipyard
To:   Nash Engineering Co., South Norwalk, Conn.

Subj: SS(N)593 Class Submarines; Technical Manual for Hytor
      Vacuum Priming Pump for Trim and Drain Pump, NAVSHIPS
      347-3374, approval of

Ref:  (a) Contract N102-68605(X) Item 3 Technical Manuals
      (b) Nash Engineering Co ltr of 17 Dec 1958
      (c) Military Spec MIL-M-15071G (Ships) of 10 Sep 1957

1.  The subject technical manual, prepared under reference (a)
and submitted for approval by reference (b), is approved sub-
ject to the following comments:

    a.  Figure 1-1 should be of current design showing new
seal water tank of Nash drawing AA-626.

    b.  Include drawing AA-626, Seal Water Tank, with drawings.

    c.  Complete the Approval and Procurement  Record Page.

    d.  Make corrections to drawings in accordance with
Portsmouth Naval Shipyard letter 234A N102-68605(X) of 13
December 1958 with exception noted in Portsmouth Naval Shipyard
speedletter of 18 December 1958.

    e.  Pages 1-4, 1st paragraph, 12th sentence - "orifice
bushing (26)" should be "orifice bushing (16)".  Also 13th
sentence "(16)" instead "(26)".  17th sentence - "fitting (30)"
should be "elbow (31)" and "pipe (21)" should be "pipe (22)".

    f.  Pages 1-6, 3rd paragraph, 6th line - after "vacuum"
insert "during operation".  3rd paragraph, 7th line - after
"packing" insert "while primer is not operating".  4th para-
graph, last line delete phrase in parentheses (Details under
Repairs, etc.).  Subtitle beginning with "Primer" - after word
"Volume" add "of Air".

5 2 5

SS (N/593 class/it7 8101116-59

USS Haddock
030

245P
N102-68603(X)
(8/26)

    g.  Pages 1-7 part (b), 2nd line replace semicolon after "bushing" with comma.  3rd line after "centrifugal" add "pump". Part G - delete "comma" and the words "not open".

    h.  Pages 1-7, Title line "Water Out Air Discharge" - add "Pipe".  Next paragraph, 1st line, delete "over", insert "out with air".

    i.  Pages 1-7, Title line "Repairs" reword directions to "Refer to Figures 1-6 and 1-7 for List of On Board Repair Parts."

    j.  Pages 1-7, Title line "Dismantling" add "Pump Only". 6th paragraph line 3 - delete words "two of" and put semicolon after (2) line 6.  Delete words "The remaining two" and insert words "and the tapered".  Line 7 - delete words "are tapered and" and insert "which".

    k.  Pages 1-8, 1st line (a) - after "studs" delete "(22)" and insert "(21)".  Subsection (g), line 1 - after word "studs" change "(21)" to "(22)".  Subsection (g), line 6 - change word "Point" to "Paragraph".

    l.  Pages 1-10, 2nd paragraph line 1 - after "come" insert "(2)".  Subsect (b), line 1 - after "studs" change "21" to "22". Add subsect "(g) Tighten all nuts evenly."

    m.  Pages 1-13, 4th paragraph - after word "drilling" add "If there is no rubbing, tighten nuts (26) on studs (21) evenly and then drill for dowels."

    n.  Page iv Table of Contents and List of Illustrations, delete Chapter IX - Electrical Motor; also, delete Chapter X headings.  Motor Information shall not be bound into the manual.  Instead, staple each motor insert in its upper left corner and ship the unbound inserts packaged with the pump manuals.

2.  Provision of reference (c) requires that final manuals be delivered to this Shipyard within ninety days of receipt of this approval.  Information is requested as to the anticipated shipping data.

8101116-59

2

USS Haddock
031

245P
N102-68605(X)
(8/26)

3.   You are requested to comply with the requirements of para-
graph 3.4.4.9 of reference (c) and forward a reproducible copy
of subject manual directly to Naval Supply Depot, Mechanicsburg,
Pennsylvania.   Please make reference to the Contract and
NAVSHIPS numbers when forwarding reproducible copy of the
manual.   Also, please forward copy of transmittal to Portsmouth
Naval Shipyard, Portsmouth, New Hampshire, attention Code 245P.

4.   This letter in no way authorizes any changes in the
conditions, funds, or extension of delivery times beyond those
stated in the contract.   If the contractor believes a change
is necessary or that additional time or funds are required
because of the above authorization or approval, he must so
state immediately in reply to this letter and receive
authorization from the Contracting Officer before proceeding.

J. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (525)(3)
INSMAT Bridgeport (2)
SPCC MECH

8101116-59

3

USS Haddock
032



## PORTSMOUTH NAVAL SHIPYARD
### PORTSMOUTH, N. H.

EIS

IN REPLY REFER TO

245P
N102-68643 (X)
(9/3)

AUG 13 1959

From:   Commander, Portsmouth Naval Shipyard
To:     Chief, Bureau of Ships

Subj:   SS(N)593 Class Submarines; Technical Manual for Low
        Pressure Brine Pump for 2000 GPD Still, forwarding
        preliminary copies for comment and assignment of
        NAVSHIPS number

Ref:    (a) PTSMH NAVSHIPYD Contract N102-68643(X) with
            Warren Pumps Inc Warren Mass
        (b) Detail Specs for Building Submarine SS(N)593
        (c) Military Spec MIL-M-15071c (Ships) of 10-Sep 1957

Encl:   (1) Preliminary copy of Technical Manual, Low Pressure
            Brine Pump for 2000 GPD Still, PTSMH No. B-9885
            (2 copies)

1.   Subject preliminary technical manual has been prepared under
reference (a).  As required by references (b) and (c), copies
are forwarded for Bureau comment and assignment of a NAVSHIPS
identification number.  Approval will be granted subject to
the following comments:

     a.   Approval and Procurement Record Page - The approved
style of APR page shall be used in the final manual.

     b.   Page 1, Introduction:  Line 1 after "operation" add
"installation"; line 2, substitute "3/4-CVOC-4" for "1·1/4-
CVOC-5"; line 3, substitute "semi-open" for "open".

     c.   Page 1, Detailed Description:  Paragraph 3, line 4,
substitute "drilled" for "tapped"; "Caution" Note, Last
sentence should read - "It is not to be dropped or jarred
and should always be supported on the resilient mounts."

     d.   Page 3 Alignment:  Delete this paragraph.

     e.   Page 3, Check for Alignment:  Delete last line in
paragraph and substitute "aligned and balanced."

624

SS(N)593 class/547

FJ

USS Haddock
019

245B
NI02-68643(X)
(9/3)

f.  Page 4:  Delete "Troubles No. 9, 10, 22, 29.

g.  Page 5:  Delete Trouble No. 41.

h.  Page 5 Dismantling:  Paragraph 5, substitute
"screws (20)" for "bolts (20).

i.  Page 6 Reassembling:  Paragraph 8 add "and (14)";
paragraph 10 delete "and bolt together with bolts (20)".

2.  To meet scheduled dates, Bureau approval is requested
within three weeks.  Final printed copies will be distributed
in accordance with reference (b) approximately 120 days
after receipt of Bureau approval.  Twenty-five copies of
the manual will be forwarded to Ships Parts Control Center,
Mechanicsburg for stock.

J. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (Code 525) (3)
MARE NAVSHIPYD (2 copies encl (1))

8200727-59

2

USS Haddock
020

NS(M)59301/B47(649F)
for 649F-2456

From:   Chief, Bureau of Ships
To:     Commander
        Portsmouth Naval Shipyard
        Portsmouth, New Hampshire

17 SEP 1959

Subj:   Contract N102-68643(X) with Warren Pumps, Incorporated,
        NS(M)591 Class Submarines - 2000 GPD Distilling Unit
        Low Pressure Brine Pump - Preliminary Technical Manual
        for Approval

Ref:    (a)  NAVSHIPS Portsmouth ltr 245F, N102-68643(X),
             (9/8) of 13 August 1959
        (b)  Warren Pumps, Incorporated Preliminary Technical
             Manual - 2000 GPD Distilling Unit L. P. Brine
             Pump - NAVSHIPS 347-2456

1.  Preliminary technical manual, reference (b), was for-
warded to the Bureau of Ships for approval and assignment
of a NAVSHIPS number by reference (a).

2.  Reference (b) has been assigned the NAVSHIPS number ap-
pearing above and is approved subject to conformance with
the comments contained in reference (a) and additional com-
ments as follows:

    a.  On page 1 of the text, under paragraph headed
"General Data", delete the present paragraph in its entirety
and insert the complete pump and motor characteristics, the
Table of Weights, Clearances, List of Reference Drawings,
List of Onboard Repair Parts and other pertinent data.  This
data shall be listed in tabular form as required by paragraph
3.3.1.2.1 of Specification, MIL-P-150710.

3.  All drawings and illustrations contained in the text
shall be total reproductions of final approved and validated
drawings.

4.  This letter in no way authorizes any increase in the cost
of the subject equipment being procured under the subject
contract, or approval of any changes in commitments or de-
livery schedule.

Copy to:
622B
626B4
525
622.3

Prepared by A. Napoletano, Ext. 62217
Typed by Marilyn Janda, 9-17-59
8200727-59

H. G. PETROFF

USS Haddock
024



PORTSMOUTH NAVAL SHIPYARD

PORTSMOUTH, N. H.

IN REPLY REFER TO

DAW

2452
N102-68895
(10/8)

SEP 21 1959

From: Commander, Portsmouth Naval Shipyard
To: Chief, Bureau of Ships

Subj: SS(N)593 Class submarines; technical manuals for air conditioning sea water pump (lithium bromide plant), forwarding preliminary copies for comment and assignment of NAVSHIPS number

Ref: (a) PTSMH NAVSHIPYD Contract N102-68895 with Worthington Corporation Harrison N J
(b) Detail Specs for Building Submarine SS(N)593 Section S1-5G
(c) Military Specs MIL-M-15071C (SHIPS) of 10 Sep 1957

Encl: (1) Preliminary copy of Technical Manual, Air Conditioning Sea Water Pump (Lithium Bromide Plant), PTSMH No. B-9920--2 copies

1.  Subject preliminary technical manual has been prepared under reference (a). As required under references (b) and (c), copies are forwarded for Bureau comment and assignment of a NAVSHIPS identification number. Approval is to be granted subject to the following comments:

   (a)  Cover - Add information shown on Figure 1 of reference (c).

   (b)  Title page - Add information as shown on Figure 2 of reference (c).

   (c)  Section 1, page 1-1-1, paragraph 1-1-4 - Fill in weights for pump spare parts and motor spare parts.

   (d)  Section 1, page 1-1-2, paragraph 1-1-5, line 3 - After "and shaft", add "sleeve."

   (e)  Section 1, page 1-1-2, paragraph 1-1-7 - Add motor serial numbers when available.

   (f)  Section 2, page 2-12, paragraph 2-4-(7)-(7) - Add "Jacking screws are provided."

2.  To meet scheduled dates, Bureau approval is requested within three weeks. Final printed copies will be distributed in accordance with reference (b) approximately 120 days after receipt of Bureau approval. Twenty-five (25) copies of the manual will be forwarded to Ships Parts Control Center, Mechanicsburg, Penna, for stock.

626  SS(N)593 class/847

9240341-59

J. WOOLSTON
BY DIRECTION

/s/ /s/

Copy to:
BUSHIPS (Code 525)

USS Haddock
629

PORTSMOUTH NAVAL SHIPYARD

PORTSMOUTH, N. H.

NG3

IN REPLY REFER TO

2452
N102-68467(10/16)

SEP 23 1959

From:  Commander, Portsmouth Naval Shipyard
To:    Chief, Bureau of Ships

Subj:  SS(N)593 Class Submarines; Technical Manual for
       Auxiliary Sea Water Service Pump, forwarding
       preliminary copies for comment and assignment
       of NAVSHIPS No.

Ref:   (a) PTSMH NAVSHIPYD Contract N102-68467 with
           Ingersoll-Rand Co New York 4 N Y
       (b) Detail Specs for Building Submarine SS(N)593
           Section S1-5-C
       (c) Military Spec MIL-M-15071C (Ships) of 10 Sep 1957

Encl:  (1) Preliminary copy of Technical Manual, Auxiliary Sea
           Water Service Pump, PTSMH No. B-9896 -- 2 copies

1.  Subject preliminary technical manual has been prepared
under reference (a).  As required under references (b) and
(c), copies are forwarded for Bureau comment and assignment
of a NAVSHIPS identification number.  Approval will be
granted subject to the following comments:

    a.  Furnish an Approval and Procurement Record page com-
pletely filled out in accordance with reference (c).

    b.  Page 1-1-1, under General Data:

        Temperature - after "30-85" add "degrees F"
        Total Head  - delete "H₂O", substitute "water"
        Pump        - before "5BA" add "Type"

    c.  Page 1-1-2, Paragraph 4, line 1, after "pump" insert
"impeller (3)"; lines 1 and 2, delete "of the single suction
enclosed type", line 2, delete "on" and substitute "one";
paragraph 5, line 2, delete "sleeve (8)" and substitute
"sleeves, (8A) and (8B)"; paragraph 8, line 1 delete "flange
on" and substitute "face of"; paragraph 8, line 7, after "gland"
add "(17A)"; paragraph 8, line 9, after "sleeve" delete "(8)"
and substitute "(8A)" paragraph 8, line 13, after "bearing"
add "(24)"; paragraph 8, line 14, after "lockwashers" delete
"(241A)" and substitute "(241B)".

6z6                                    9780515-59
                                       9280515-59

     SS(N)593 Class/549

                                            W

USS Haddock
012

NGB

245P
N102-68467(10/16)

d.  Page 1-3-1, Section 1-3-2, line 1, after "units," add "for the first time."

e.  Page 1-4-1, second paragraph; line 2, delete "continuously" and substitute "frequently"; line 3, delete "operations" and substitute "operation"; under Section 1-4-2, step 1, the term "smothering gland connection" is not clearly understood, believe "gland bleed off" or "cooling water connection" is intended; step 2, delete "(See Chapter 2)."

f.  Page 1-4-2, Section 1-4-2, Step 12; line 2, delete "(246B)" and substitute "(241D)".

g.  Page 1-4-3, Step 7; line 4, delete "(246B); and substitute "(241D)".

h.  Page 1-4-4, Step 19; clarify term "smothering".

2.  To meet scheduled dates, Bureau approval is requested within three weeks.  Final printed copies will be distributed in accordance with reference (b) approximately 120 days after receipt of Bureau approval.  Twenty-five copies of the manual will be forwarded to Ships Parts Control Center, Mechanicsburg for stock.

J. A. WOOLSTON
BY DIRECTION

Copy to:
BUSHIPS (Code 525)
MARE NAVSHIPYD (w/2 copies encl (1))

9280518-59

2

ENCLOSURES RECEIVED IN 233

USS Haddock
013

From:
To:     Chief, Bureau of Ships                    13 OCT 1959
        Commander
        Portsmouth Naval Shipyard
        Portsmouth, New Hampshire

Subj:   Contract NObs-66895 with the Worthington Corporation,
        [illegible] Water [illegible]; [illegible] Preliminary Technical
        Manual [illegible] for Approval and Assignment of NAVSHIPS Number

Ref:    (a)  NAVSHIPS, Portsmouth ltr 9452, NObs-66895,
             (1) [illegible] of [illegible] 1959
        (b)  Worthington Corp. Preliminary Technical Manual-
             [illegible] Water Pump (Kingston [illegible]
             Plant)-NAVSHIPS [illegible]

1.  Preliminary technical manual, reference (b), was for-
warded to the Bureau for [illegible] and assignment of a NAVSHIPS
number by reference (a).

2.  Reference (b) has been assigned the NAVSHIPS number ap-
pearing above and approval is recommended for the subject
application upon compliance with the comments contained in
reference (a) and additional comments as follows:

    a.  On page 1-4-1, under column headed "General Data",
add the "List of Applicable Drawings".

    b.  All drawings and illustrations contained in the
text shall be total reproductions of final approved and vali-
dated drawings.

3.  This letter in no way authorizes any increase in the cost
of the subject equipment being produced under the subject
contract, or approval of any changes in commitments or delivery
schedule.

                                   WILLIAM A. BUDDING, JR.
                                   By direction

Copy to:
626B4
622B1
622B3
525
1500L (Kooyman)

USS Haddock
028

DDG2=3/S1/8,S47(2=4411-K)                                   2-2-60-1549
                                                           January 28, 1960

From:        Bath Iron Works Corporation
             By Gibbs & Cox, Inc.
             21 West Street
             New York 6, N. Y.

To:          Supervisor of Shipbuilding, U.S.Navy
             139 Centre Street
             New York 13, N. Y.

Subject:     DDG2=3, 10-11 - Preliminary Technical Manual for
             Turbine Driven Main Feed Pumps, NAVSHIPS
             347-3309; Worthington Corporation;
             Purchase Orders DDG2/DDG10/G&C-215 -
             Review of

References:
    (a)      Military Specification for Technical Manuals,
             MIL-M-15071C (Ships) dated 10 September 1957

    (b)      Military Specification for Technical Manuals,
             MIL-T-15071B (Ships) dated 16 August 1954

    (c)      Letter from Bureau of Ships, DDG2 C1/S47(626B4)
             Serial 626B-2436 to SupShip, New York, dated
             March 9, 1959; forwarded by letter from SupShip, N.Y.,
             DDG2 C1/9470/9020/8, Serial 4802-272 to
             Gibbs & Cox, Inc. dated March 11, 1959
             (3-12-59-67)

    (d)      Letter from Bath Iron Works Corp. (G&C),
             DDG2=3/S28/3(2-4405-K) to Worthington Corp.,
             (ec. SupShip, N.Y.) dated January 25, 1960
             (1-25-60-1603)

Enclosure:   Two (2) Copies of

    (A)      DDG2=3, 10-11 Preliminary Technical Manual for
             Turbine Driven Main Feed Pump, NAVSHIPS 347-3309


    1.       Enclosure (A), forwarded without a letter of transmittal,
has been reviewed.  It is considered satisfactory subject to approval by
the Navy Department and to the comments listed in Paragraph 3 herein.



A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-K)          - 2 -

2.          The format of Enclosure (A) generally adheres to the re-
quirements of a Type III manual per Reference (a), rather than a Type C
manual per applicable specification, Reference (b). This is acceptable
to the Design Agent and it is assumed that it will be acceptable to the
Navy Department. Upon receipt of Navy Department approval, the subject
Purchase Order (for the DDG2-3) will be modified to specify manuals and
quantities in accord with Reference (a). NAVSHIPS number for Enclosure
(A) was previously assigned by Reference (c).

3.          Technical Comments

     (a)    Final covers are to comply with Paragraphs 3.4.4.5, 3.4.4.6,
            3.4.4.6.1 and Figure 1 of Reference (a). Title pages are
            to comply with Figure 2 and Paragraph 3.1.5 of Reference (a).

     (b)    Final manuals are to comply with Paragraph 3.4.4 of
            Reference (a) relative to production and reproduction
            of Type III manuals. Paragraph 3.4.4.9 applies relative
            to the furnishing of a reproduction copy of the final
            manual.

     (c)    Approval and Procurement Record Page

            Change the quantity of manuals to correspond with that
            to be specified in the modified Purchase Order for
            DDG2-3. The Vendor will complete the page and re-
            submit it for approval prior to final printing.

     (d)    Page iii, Table of Contents

            The outline for Chapter 1 should be in the following
            general order:

                 Chapter 1 - General Information

                      Section 1 - Contract Data and Serial Numbers
                      Section 2 - Performance Data
                      Section 3 - Weights
                      Section 4 - Clearances
                      Section 5 - Introduction

            Present headings and text within the manual should
            be revised (or rearranged) per above. (Paragraph
            3.4.1.2 of Reference (a) applies)

DD12-3/S1/8,847(2-4411-X)          - 3 -

3.     (Continued)

(e)   Pages iii and v, Table of Contents

In Section 1 for Chapters 2 and 3, change
headings to read "Section, Detailed
Description". This also applies to the text
proper and page headings. (Paragraph 3.4.1.2.3
of Reference (a) applies).

(f)   Page ix, Table of Contents

In Section 4, Trouble Shooting Guide, briefly
identify by titles "Trouble Nos. 1, 2 and 3".
Same applies to the four similar items on
page x.

(g)   Page xi, Table of Contents

Section 3 of Chapter 6 should be deleted
since it presently consists of a single sheet
referencing another part of the text which
already covers the item.

(h)   Page xii, Table of Contents

Delete entry "Chapter 9, List of Illustrations
etc." since the listing on the following page
is self-explanatory and all of the figures and
drawings will be contained in one group.
Relative to the listing on pages xiii to xv, delete prefix
"Section" and "number" for Pump, Turbine, etc.
Change major heading to "List of Figures and
Drawings (Back of Manual)"

(i)   Page Headings

Relative to text page headings, Paragraph
3.4.2.3 of Reference (a) applies.  Briefly,
the present heading at the top of each left
hand text page should remain as is, but the
heading at the top of right hand pages should
only contain the chapter number and title of
the chapter (in brief where necessary).

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-K)          - 4 -

3.      (Continued)

(j)   Page Numbering

Present page numbering does not fully comply
with Paragraph 3.4.2.5 of Reference (a).
Figure 6 of Reference (a) specifies the manner
of page numbering a manual employing chapters
and sections.

(k)   Page 1-2-3, Section 2, Description

(1)   Change heading to "Section 5, Introduction"
per Paragraph 3 (d) of this review.

(2)   Change the first paragraph in part as
follows:  "This technical manual.............
pumps aboard these ships." (Ship numbers
and quantity of pumps per ship should be
deleted in the interest of utilizing the
manual on future contracts.)

(l)   Page 1-3-4, Performance Data

Insert "Feedwater Discharge Temperature (Maximum
Anticipated) °F ..........266 - 266 - 266" under
"Suction Temp. deg. F .......0.945"

(m)   Page 1-3-7, Performance Data

In the second and tenth lines, changes "75-100" to
"80-105" to agree with the air piping installation
aboard ship.

(n)   Page 1-3-8, Performance Data

In the sixth line, change "Voltage Protection" to
"Voltage Release".

(o)   Page 2-3-6, Adjustment and Tests

In the third paragraph of Section 2-3-1, second
and fourth lines, identify "leveling bolts" and
"shims" by piece and figure numbers.

DDG2-3/S1/6,SL7(2-4411-E)       — 5 —

3.      (Continued)

(p)     Page 2-3-7, Disassembly Procedure

In Steps 7c and 7d, insert missing page numbers.

(q)     Pages 2-4-8 and 2-4-9, Disassembly at Rotor
(Inboard and Outboard Ends)

(1)   In Step 9 (Inboard End) and Step 8 (Outboard
End),"piece (229)" is not shown on Figure 9-1-16.
Reconcile.

(2)   In Step 15 (Outboard End), insert missing page
number.

(r)     Page 2-4-9, Assembly Procedure

It is doubtful that Paragraph 2-4-6 will be acceptable
to the Navy Department. Previous instructions from the
Navy Department required a detailed reassembly procedure
for rather complex equipment.  In this instance, it is
not considered practical to have repair personnel
attempt to follow the disassembly procedure in reverse
order to properly reassemble the unit. It would appear
that the reassembly of the unit would be rather critical
and would require skill in establishing the proper
clearances (shown on Page 1-4-11) during and after
reassembly.  It is not believed that a successful
reassembly procedure can be followed by merely
reversing the present disassembly procedure.

Navy Department comment is requested on this subject.
(Note: — Detailed assembly procedures within the
turbine portion of the manual are satisfactory.)

(s)     Page 2-4-12, Placing Rotor in True Lateral Position

In the last line, change "(14.1)" and "(24)" to "10)"
and "(25)"; also identify "(229) or (222)".

(t)     Page 2-4-12, Installing Upper Casing Half

In the second paragraph, the numerical order for
tightening holding down nuts is not indicated on
Figure 9-1-12.

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-X)        - 6 -

3.        (Continued)

   (u)   Page 2-4-13, Quarterly

      Add - "4. Drain oil from sump, clean the sump and refill with new oil."

   (v)   Page 2-4-14, Annually

      Delete the first test as it is not applicable.

   (w)   Pages 2-4-14 and 2-4-15, Trouble Shooting Guide

      Revise Paragraphs 2-4-21, 2-4-23 and 2-4-24 to reflect the actual installation (no suction strainers or feed heater tanks are installed). Use Article 47-135 of the Bureau of Ships Technical Manual as a guide.

   (x)   Page 3-1-4, Casing Lower Half (Group 2)

      In the first paragraph, second line, reconcile .059-067" with that shown on Page 1-5-12.

   (y)   Page 3-1-8, Pressure Piping (Group 21)

      In the second line, change Paragraph "1-10" to "3-1-11"

   (z)   Page 3-1-9, Drain Piping (Group 22)

      In the third line, insert Fig. 9-2-7 after "(6.1)".

   (aa)   Page 3-1-11, Low Pump Suction Pressure Safety Trip

      In the first paragraph include the various sequential settings for the pumps. (1A, 2A-44 PSIG, 1B, 2B-47 PSIG, 1C, 2C-50 PSIG) or specify that the settings are contained on a label plate installed aboard ship.

   (bb)   Pages 3-1-11 and 3-1-12, Combined Exhaust and Relief Valve

      The text should be revised to agree with Figures 9-2-35. The present text is based on Drawing S-252 instead of Drawing S-539.

Case 2:12-cv-03013-SVW-PJW   Document 128-10   Filed 02/11/13   Page 95 of 100   Page ID #:3050

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,847(2-4411-K)     - 7 -

3.      (Continued)

(cc)  Page 3-2-13, Rotor Float

In the last line add "Fig. 9-2-7" after "5.10) (5.11)"

(dd)  Page 3-4-14, Casing, Bearings and Rotor

Revise Step 6 to indicate that coupling halves are separated before further disassembly is carried out.

(ee)  Page 3-4-17, Casing, Bearings and Rotor (Assembly)

In Step 11, reconcile "keys (3.3)" with "locating spacers (3.3)" shown on Figs. 9-2-7 and 9-2-12.

(ff)  Page 3-4-21, Oil Cooler

Hazardous or toxic fluids are generally forbidden to be used as solvents aboard ship. In lieu of gasoline or carbon tetrachloride, the Navy Department is requested to specify an approved solvent by Military Specification or Standard Navy Stock Number.

(gg)  Page 3-4-22, Motor Driven Oil Pump

(1) - In title, change "Fig. 9-2-24" to "9-2-25"
(2) - In the first step, insert Fig. 9-2-6 after "(20.4)",
(3) - In the third step, include disassembly of the chain coupling prior to removing the pump.

(hh)  Page 3-4-23, Hand Oil Pump

In the first line, add"Fig. 9-2-6" after "(20.3)"

(ii)  Page 3-4-23, Combined Exhaust and Relief Valve

Text should be revised to agree with applicable drawing (S-539). Present text is based on drawing S-252. This also applies to Paragraph 3-4-23 on Page 3-4-25. (See Paragraph 3 (bb) of this review).

Case 2:12-cv-03013-SVW-PJW   Document 128-10   Filed 02/11/13   Page 96 of 100   Page ID
#:3051

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-X)        - 8 -

3.      (Continued)

(jj)    Page 3-4-27, Low Oil Pressure Alarm Contacter

Also add "Figure 9-2-33" to heading.

(kk)    Page 4-1-4, Leslie Diaphragm Recirculation Control Valve

(1) In the fifth line, substitute "DRNSL" for "DKF".
(2) In the ninth line, delete "bronze" and insert
    "aluminum". Delete the last sentence.

(ll)    Page 4-4-11, Trouble Shooting Guide

In Trouble No.1, "Check G", last line, reconcile the
amount of downward movement with that shown on Fig.9-3-9.

(mm)    Page 5-1-2, Hydraulic System Components

In the fourth Step, third line, delete "(44 PSIG for
these vessels)". The minimum setting varies with each
pump, i.e. 44, 47, 50 PSIG. (See Paragraph 3 (aa)
of this review).

(nn)    Page 5-1-3, Hydraulic System Components

(1) Revise Step 7(a) to read - "Reserve cover (2) and
    prop (split spacer) (43)"
(2) Revise Step 7(b) to read - "Push spring adjusting rod
    of the jackscrew assembly (4) down to engage screw
    driver slot"
(3) In Step 7(c), delete "(1)" after "rod".

(oo)    Page 5-4-9, Feedwater Header Pressure Set Point Controller

In Step 2(d-3), fourth line, correct spelling of "turns"

(pp)    Page 5-4-10

After Step (d) include as separate items the component
adjustment for the Auto-Manual Transfer Valve and the
Manual Signal Generator. If no adjustment is required,
so state.

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-X)          ‑ 9 ‑

3.      (Continued)

(qq)  Pages 6-1-1 and 6-1-3/4

Where "specification 14-L-30" appears, it should be changed to "Military Specification MIL-G-18709"

(rr)  Page 7-2-2, Preliminary Operation

Inasmuch as the valves mentioned in Steps 1-5 are normally open, the following revisions should be made:

(1) Step 1, second and third lines ‑ Delete "then close" and add "closed" after "transmitter".
(2) Step 2 ‑ Revise to read ‑ "See that the air supply valve to the panel is open".
(3) Step 3 ‑ Revise to read ‑ "See that all air valves in panel to control components are open".

(ss)  Page 7-3-3, Differential Pressure Control System

(1) Revise  Step 7 to read ‑ "See that all air valves in panel to control components are open".
(2) Revise Step 9 to read ‑ "See that all valves in water lines to panel, and water manifold valves at differential pressure transmitters are open and the center equalizing valve in manifold at transmitters closed".

(tt)  Page 7-3-3, Feed Pump

(1) In Step 11, third line, add "with the exception of the pump discharge valve" after "opened".
(2) Delete Step 13 as these connections are blanked off.

(uu)  Page 7-3-4, Turbine

(1) Revise Step 16 to read ‑ "Open drain valve in exhauster system line. When line is drained, close drain valve and open line valve in exhauster system".
(2) Revise Step 17 to read ‑ "See that the combined exhaust and relief valve is closed".

(vv)  Page 7-4-5, Starting

Insert new Step 4 to read "Open the combined exhaust and relief valve". Revise present Step 4 to read "Shift the steam chest drain to the high pressure drain main, whenever steam becomes 'dry'. Remember steps". Add as a last step ‑ "Open the pump discharge valve".

(ww)  Page 7-4-6, Starting When Another Feed Pump is Already Operating

Paragraph 3(vv-2) above applies.

Case 2:12-cv-03013-SVW-PJW  Document 128-10  Filed 02/11/13  Page 98 of 100  Page ID
#:3053

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-K)      -10-

3.      (Continued)

(xx) Page 7-4-7, Para. 7-4-3

Following Step 6, include a brief procedure describing the
steps to take to transfer to Manual Control (Para. 7-5-1),
i.e., setting of transfer valve, auto-manual signal generator,
opening the valve in the air line to the pneumatic hydraulic
pressure controller, etc.

(yy) Page 7-5-8, Shifting From Automatic To Manual Control

Include a brief procedure (after 7-5-4) to cover the manner of
transferring from manual operation to control of the unit
without using the differential control panel.

(zz) Page 7-5-8, Cutting In A Second Boiler

Revise the first sentence to read - "Cutting in a second
boiler while a pump or pumps supply a boiler under differential
pressure control is accomplished by opening the stop valves in
the feedwater line to the oncoming boiler and setting the
feedwater control valve for automatic operation."

(aaa) Page 7-5-8, Observations During Operation

(1) In Step 1(g), Change "65-125 PSIG" to "80-105 PSIG".

(2) In Step 4, revise the statement to reflect the actual ship-
board installation. Figure 9-1-3 indicates a steam inlet
pressure gage only. In addition, a practical procedure
for checking the speed should be included. (Tachometers are
not normally furnished each fireroom to check the speed of
the pumps every time more than one pump is in operation).

(bbb) Page 7-6-10, Securing

(1) Add to Step 1 - "Close the pump discharge valve".

(2) Revise Step 4 to read - "Shift the steam chest drains to
the fresh water drain main. Close the valve in the gland
leakoff line to the exhauster and open the drain valve
in the line."

(3) Revise Step 7 to read - "Close the stuffing box gland cooling
water, gland relief, low suction pressure trip actuating
line and pump suction valves".

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,247(2-4413-K)     -11-

3.      (Continued)

(ccc)  Page 7-6-11, Section 7, Standby Status

The entire procedure should be carefully reviewed in con-
junction with that outlined on Enclosure (A) to Reference (d)
and Chapter 50, Article 50-3 of the Bureau of Ships Technical
Manual. Of importance are the procedures governing idle
turbine warm up, drainage, etc. Appropriate revisions are
to be made to the present text.

(ddd)  Page 8-0-1/2, Chapter 8 -- Parts Lists

Paragraph 3.4.1.2.7 of Reference (a) requires a complete
listing of repair parts (and special tools) to be included in
a technical manual. Enclosure (A) does not have a complete
parts list section, but does possess vendor drawings covering
repair parts and special tools. In this regard, Navy Depart-
ment comments are requested relative to the acceptability
of the aforementioned drawings within the manual as fulfilling
the requirements of paragraph 3.4.1.2.7, or whether separate
sections listing repair parts and tools per paragraphs
3.4.1.2.7.1 and 3.4.1.2.7.2 of Reference (a) are required.

(eee)  Page 9-3-3, Section 4 -- Differential Pressure Control System

The following additional drawings should be added --

| Fig. No. | Title | Drawing No. |
|---|---|---|
| 9-4-10 | Model 53H Transfer Valve | 539557 |
| 9-4-11 | Model 53N Relay Sender (Manual Signal Generator) | 539067 |

(fff)  Lubrication Chart

The lubrication requirements for the different components of
the equipment are contained in brief, throughout the manual.
In order to present a convenient summary of lubricants, it is
requested that the vendor include a lubrication chart at
the end of the operating instructions, page 7-7-12, similar
to the following sample --

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(Z-4411-K)          -12-

3. (fff) (Continued)

LUBRICATION CHART

| Name | Points Lubricated | Lubricant | | Frequency | Drawing Reference |
|------|------|------|------|------|------|
| | | Mil.Spec. | Quantity | | |
| Main Coupling | 2 Alemite Fittings | MIL-G-12345 | 8 Ozs. | Weekly | Fig. 2-8-6 |
| Main Sump | Via Fill Line | 2190TEP, MIL-L-17331 | 65 Gals. | As Necessary | Fig. 4-9-2 |

(ggg) Foldover Illustrations

(1) Pages 9-1-1 to 9-3-3 list the drawings to be included within the final manual. In this regard, the Navy Department has, in the past, requested that technical manuals contain reproductions of complete and approved plans rather than partial reproductions, etc. Therefore, the vendor is requested to include reproductions of complete plans (where possible) in lieu of partial reproductions or excerpts of plans. The drawings are to show the plan number, approval and revision block, etc. and are to comply with the requirements of paragraphs 3.4.2.5.1 and 3.4.2.6.1 of Reference (a).

(2) Further to paragraph 3(h) of this review, the following statement should be inserted beneath the appropriate headings, i.e., Pump, Turbine, etc. -

"*Drawings marked with an asterisk do not contain a list of material. To identify the parts shown thereon, obtain the part index number, then refer to the List of Material Drawing, Figure ____ for part identification)." Vendor is to asterisk the appropriate drawings to the left of the titles in the listing.