Case 2:12-cv-03013-SVW-PJW   Document 128-11   Filed 02/11/13   Page 1 of 100   Page ID #:3056

REPRODUCED AT THE NATIONAL ARCHIVES

DDG2-3/S1/8,S47(2-4411-K)          -13-

4.        Upon receipt of Navy Department approval, the vendor will be requested to submit two copies of revised pages (either in manuscript form or in printer's proof form) for examination prior to final printing.  The number of final manuals for stock purposes and the availability date of final manuals will be the subject of separate correspondence.

                                   BATH IRON WORKS CORPORATION
                                   BY GIBBS & COX, INC.
                                   W. C. BACHMAN

                                   H. T. Erxmeyer

                                   H. T. Erxmeyer
                                   By direction

TJL:twh/wsd

CC (2):
Worthington Corp.
Harrison, N.J.
        Attn: Mr. W.E. Pinckney

REPRODUCED AT THE NATIONAL ARCHIVES

/3

SUPERVISOR OF SHIPBUILDING, USN, AND

NAVAL INSPECTOR OF ORDNANCE
139 CENTRE STREET
NEW YORK 13, N. Y.

IN REPLY REFER TO:

DDG2CL/9470/9020/8
Ser 3932-273:js
10 MAR 1960

From: Supervisor of Shipbuilding, U.S. Navy, New York
To:   Bath Iron Works Corp. (Gibbs & Cox, Inc.)
      Chief, Bureau of Ships

Subj: DDG2-3, 10-11 - P O. DDG2/DDG2/DDG10/G&C-215; Worthing-
      ton Corp.; Preliminary Technical Manual for Turbine
      Driven Main Feed Pumps; NAVSHIPS 347-3309; approval of

Ref:  (a) BIWC(G&C,Inc) ltr DDG2-3/S1/8,S47(2-4411-K) of 28
          Jan 1960
      (b) BIWC(G&C,Inc) ltr DDG2-3/S1/8,S47(2-4489-K) of 2
          Mar 1960
      (c) DDG2-3,10-11 Preliminary Technical Manual for
          Turbine Driven Main Feed Pump, NAVSHIPS 347-3309
      (d) BUSHIPS ltr DDG2CL/S47(626B4) Ser 626B-2436 of 9
          Mar 1959

Encl: To Bureau of Ships
      (1) Two copies each of letters, references (a) and (b)
      (2) Copy of preliminary technical manual reference (c)

To Bath Iron Works Corp (G&C,Inc)
1.  Preliminary technical manual, reference (c), submitted for
approval has been reviewed and is approved, subject to compliance
with comments outlined in letters, references (a) and (b).

2.  Comment of paragraph 3(r) of letter, reference (a), has been
noted and it is requested that a detailed procedure be outlined
in order to properly reassemble the unit.

3.  In connection with paragraph 3(ddd) of letter, reference (a),
the subject technical manual should include a separate parts
list section, as required by paragraph 3.4.1.2.7. of Military
Specification MIL-M-15071C.

4.  The Supervisor's approval of the subject technical manual
is applicable to purchase orders with this vendor for other
ships of the same class where identical purchase specifications
apply.   Unless specifically requested, further approval of the
manual is unnecessary by other shipyards.

3160088-60

REPRODUCED AT THE NATIONAL ARCHIVES

DDG20L/9470/9020/8
Ser 3932-273:js

<u>To Bureau of Ships</u>

5.  In connection with paragraph 3(ff) of letter, reference (a), the Bureau's advice as to a suitable solvent is requested.

6.  Enclosures (1) and (2) are forwarded in compliance with letter, reference (d).

7.  The delivery date of final technical manuals, and quantities for stock purposes when known will be the subject of separate correspondence.

G. E. CARLI
By direction

Copy to:
SUPSHIP, BATH        (2)
    "       CAMDEN       "
    "       SEATTLE      "
RESSUPSHIP, BAY CITY  "
INSMAT, NEWARK, N.J.  w/ref (a) & (b) 1 copy
NSD, MECHANICSBURG

3160088-60

- 2 -

REPRODUCED AT THE NATIONAL ARCHIVES



DEPARTMENT OF THE NAVY
BUREAU OF SHIPS
WASHINGTON 25, D. C.

IN REPLY REFER TO
DDG2Cl/9470
Ser 649P-964
7 April 1960

From: Chief, Bureau of Ships
To: Supervisor of Shipbuilding, U. S. Navy, New York

Subj: DDG2-14 - Main Feed Pumps, Turbine Driven, Worthington
      Corporation, Manufacturer; Preliminary Technical Manual

Ref: (a) SUPSHIP NYK ltr DDG2Cl/9470/9020/8, Ser
         3932-273:js of 10 Mar 1960
     (b) BIW Corp. (G&C, Inc.) ltr DDG2-3/S1/8,
         S47(2-4489-K) of 2 Mar 1960
     (c) BIW Corp. (G&C, Inc.) ltr DDG2-3/S1/8,
         S47(2-4411-K) of 28 Jan 1960
     (d) Preliminary Technical Manual, NAVSHIPS
         347-3309, Turbine Driven Main Feed Pump
     (e) BUSHIPS ltr DDG2Cl/S47(626B4), Ser 626B-
         2436 of 9 Mar 1959

1.  Reference (a) forwarded references (b), (c), and (d)
in compliance with letter, reference (e), and requested
Bureau comments in connection with paragraph 3(ff) of
reference (c).  Paragraph 3(ff) of reference (c) requests
a Military Specification for an approved solvent that may
be used in lieu of gasoline or carbon tetrachloride for
cleaning and rinsing tube bundle of the oil cooler as
specified in Section 3-14-16, paragraph 2(i) of reference
(d).

2.  Since toxic fluids should not be used as solvents
aboard ship, it is recommended that the manual be revised
to incorporate the use of cleaning agent, heavy duty de-
greasing compound conforming to Military Specification,
MIL-C-20207, in lieu of gasoline and carbon tetrachloride.
This compound is relatively non-toxic, however, it is
alkaline and contact with the skin should be avoided.  The
revision of the manual should include a precautionary note
such as use of goggles and rubber gloves while utilizing
this cleaning agent.

Copy to:
NSD, MECH
INSMAT, NEWARK
SUPSHIP, BATH
SUPSHIP, CAMDEN
SUPSHIP, SEATTLE
RESUPSHIP, BAY CITY
649H_m

N. W. PLOTNER, By direction
Prepared by A. Leggieri, X62217
Typed by M. Janda, 4-5-60
3160088-60



DEPARTMENT OF THE NAVY
BUREAU OF SHIPS
WASHINGTON 25, D. C.

IN REPLY REFER TO
SS359301/9610
NObs 74547
Ser 641-1404
14 Sep 1960

From:   Chief, Bureau of Ships
To:     DeLaval Steam Turbine Company, 853 Nottingham Way, Trenton 2, New Jersey
Via:    Inspector of Naval Material, Philadelphia

Subj:   SS(N)606, Contract NObs 74547; 2000 KW turbine generators, Instruction Book

Ref:    (a) DeLaval Steam Turbine Co, Trenton ltr Ser AS of 8 Jul 1960
        (b) DeLaval Instruction 1351P, NAVSHIPS 361-1718, received in the Bureau on 9 Aug 1960

1.   The Bureau has the following comments to make on reference (b) forwarded by reference (a), which has been assigned the above number:

    a.  Paragraph 1-1-1, change second paragraph to read as follows:

        "The turbine was designed to operate normally on dry and saturated steam at any pressure from 285 psig to 750 psig exhausting to any pressure from 3 to 7 in. mercury (Hg) absolute. Both the turbine and generator are capable of carrying their rated load continuously. The turbine is also capable of operating full load at steam pressures as low as 285 psig when exhausting to a condenser pressure of 10 inches mercury absolute."

    b.  Paragraph 2-4-6, paragraph 1, last sentence, change to read as follows:

        "The servomotor power piston (34) (Fig. 2-10-11) actuates the lever (56) to position the valves through a connecting linkage."

    c.  Paragraph 2-4-8, paragraph 1, line 7, change "governor body" to "spring seat".

    d.  Paragraph 2-4-10, paragraph 2, line 2, insert "(83)" between "valve" and "mounted".

    e.  Paragraph 2-5-3, insert ", steam seal regulator leakoff" between the words "leak-off" and "and" in third line of paragraph.

    f.  Paragraph 2-5-7, change third paragraph, first sentence to read as follows:

        "Gland sealing steam, orificed high pressure steam, low pressure (turbine exhaust), sealing steam leak-off, and operating oil and oil drain connections are provided on the regulator."

G-14

SSN59301/9610
NObs 74547
Ser 641-1404

g.  Paragraph 2-5-7, add the following sentence at the end of paragraph 4:

"Changing the tension on spring (57) will change the sealing steam pressure.  (See Paragraph 2-8-26)."

h.  Paragraph 2-5-11, first line, delete the word "direct" and add "and orificed".

i.  Paragraph 2-6-1, after first paragraph add the following Caution paragraph:

"CAUTION - Sealing steam should not be admitted to glands of a stationary turbine.  As it is impossible for a condenser which is common to a propulsion turbine and a turbo generator set to maintain vacuum without sealing steam being on both units the normal operating procedure is to place the propulsion turbine on the turning gear before turning on the sealing steam to either unit.  See Propulsion Turbine Instruction Book (NAVSHIPS 341-   ).  The turbo generator must be started turning within 10 minutes after the sealing steam is started."

j.  Paragraph 2-6-2, insert the numeral (8) in third line of sub-paragraph 8 after the wording "A ratchet wrench (".

k.  Paragraph 2-6-3, sub-paragraph 3, delete "step 7" in second line and add "step 8".

Sub-paragraph 5, delete "See Para. 2-8-8" in fourth line and add "See Para. 2-8-9".

Sub-paragraph 8, add sentence as follows:

"Drain valves must be open".

Sub-paragraph 9, add sentence as follows:

"Check sealing steam to propulsion turbines".

Sub-paragraph 10, add sentence as follows:

"(See Para. 2-8-26 for adjusting automatic regulation)".

Sub-paragraph 11, delete "Warning paragraph".

l.  Paragraph 2-6-4, sub-paragraph 1, delete "Warning paragraph".

Sub-paragraph 2, Note paragraph, last sentence, change to read as follows:

"This valve cannot be opened without control oil pressure."

2

SSN59301/9610
NObs 74547
Ser 641-1404

Paragraph 2-6-4, sub-paragraph 3, change to read as follows:

"Make sure that the turbine hydraulic trip valve is latched.  The valve is latched by pulling the handle away from the valve body or aft and holding it until it is held by oil pressure.  Control oil pressure will not build up unless valve is latched."

Sub-paragraph 4, change to read as follows:

"Check the operation of the steam seal system."

Sub-paragraph 5, add the following sentence:

"The unit must be started turning within 10 minutes of turning on the sealing steam."

m.  Paragraph 2-6-7-1, paragraph 1, fourth line, change "120" to "130". Change last sentence to read as follows:

"Under no condition should the return oil temperature exceed 180 F, nor should any bearing oil temperature rise exceed 50 F as indicated by the thermometers."

Add new paragraph to read as follows:

"The bearing temperature monitor alarm should be set at 250°F for bearings.  Monitor readings will be different than the thermometer readings and should be checked against previous readings for an indication of trouble."

n.  Paragraph 2-6-8, sub-paragraph 5, delete the word "handle" and substitute "handwheel".

Insert the following Caution paragraph between sub-paragraphs 5 and 6:

"CAUTION - Sealing steam should not be admitted to glands of a stationary turbine.  Provision should be made for continuous turning of the turbine shaft at times seal steam must be admitted to glands.  This may be done by one of the following methods:

    (A) Operation of turbine under control of governor valves.

    (B) Operation of turbine at slow speed under control of the trip throttle valve.

    (C) Hand rotation at a rate of 1/4 turn every 10-15 minutes.  A jacking arrangement is provided for at the end of the generator rotor.

3

S3N59301/9610
NObs 74547
Ser 641-1404

Under most conditions requiring sealing of glands it should be possible to operate the turbine under control of the governor valves or trip throttle valve.  If the turbine is operated under control of the throttle valve the speed should be checked any time there is a large change in steam pressure.  In cases involving a wiped turbine generator bearing or loss of lube oil to a turbine generator set it may be desirable to secure gland seal steam, break condenser vacuum and windmill the propulsion turbine on the side of the casualty."

o.  Paragraph 2-6-9, sub-paragraph 3, fourth line should read as follows:

"wrench (8, Fig. 2-10-19)".

p.  Paragraph 2-6-10, eighth line should read as follows:

"ADJUSTMENT", Para. 2-4-9), the tripping speed must be obtained manually by depressing pin (117, Fig 2-10-9) and turning hand-wheel (114) which is on top of speed governor."

q.  Paragraph 2-8-1, seventh paragraph should read as follows:

"Lubricate the turbine nozzle valve gear with high temperature grease (MIL-L-15719)."

Insert new paragraph as follows:

"Do not lubricate the valve stems."

r.  Paragraph 2-8-3, after the Normal Clearance for Thrust Bearing Oil Guards add "on dia.".

Change all clearances for the Shaft Packing Oil Guards, Steam Exhaust End to agree with clearance drawing Fig. 2-10-2.

s.  Paragraph 2-8-6, paragraph 1, last sentence, change the word "exhaust" to "inlet".

t.  Paragraph 2-8-19, correct all part numbers to agree with the referenced figure.

Sub-paragraph 3 change to read as follows:

"3:  Slide the outboard emergency ring (355) endwise enough to install the clamp assembly (23, Fig. 2-10-19) and then finish sliding the emergency ring off the emergency governor body."

Sub-paragraph 6, page 2-51, after word "tool" insert "(22, Fig. 2-10-19)".

4

REPRODUCED AT THE NATIONAL ARCHIVES

SSN593C1/9610
NObs 74547
Ser 641-1404

u.  Paragraph 2-8-20, paragraph 3, eleventh line, insert "(one turn)" between "in." and "before".

In Caution paragraph, second line, change the word "under" to "over".

v.  Paragraph 2-8-21, sub-paragraph 3, change to read as follows:

"3.  Remove the nuts (7), at the same time supporting the weight of the oil cylinder yoke assembly and cover."

Between sub-paragraphs 3 and 4, insert the following Caution paragraph:

"CAUTION - The joint between the oil cylinder (59) and cover (5) must not be allowed to open at any time the pilot valve and stem (41) is between them or the stem will be bent and unsatisfactory operation will result."

Sub-paragraph 4 should read as follows:

"4.  Remove the oil cylinder yoke assembly and cover (5) from the valve body."

Sub-paragraph 18, change "valve (20)" to "(15)", "piston ring (14)" to "(16)", "orifice (19)" to "(13)" and "strainer (18)" to "(14)".

Between sub-paragraph 21 and III, insert Caution paragraph as follows:

"CAUTION - Use extreme care not to bend stem (41)."

w.  Paragraph 2-8-22-1, paragraph a., add sentence as follows:

"Also disconnect valve stem steam seal and leak-off piping."

Paragraph "d" should read as follows:

"Chip out the spot welds, loosen nut (28) and remove key (25) on all the valves."

Change sub-paragraph letters "d" to "e", "e" to "f", "f" to "g", "g" to "h", "h" to "i" and "i" to "j".

Present sub-paragraph "f" - delete first sentence "Chip out the - -."

x.  Paragraph 2-8-24, paragraph 4, change pins "(65 and 68)" to "pin (65)" in first line.

SSN593C1/9610
NOBs 74547
Ser 641-1404

Paragraph 5, insert "with studs (96)" between "which" and "secure" and "to studs (96)" and insert "to the oil cylinder". Delete "forks (76, 68),"

Paragraph 6, insert "with studs (97)" between "which" and "secure". Delete "to studs (97)" and insert "to the oil cylinder".

Paragraph 9, insert between paragraphs 6 and 7.

y.  Paragraph 3-2-9, paragraph 3, change "Figs. 7-3-6.1" to Fig. 3-7-9.1" and delete "and 7-3-6.2".

Paragraph 4, change "Fig. 7-3-7.1" to "Fig. 3-7-8.1".

z.  Paragraph 3-5-9, paragraph 2, last line, the reading of 0.009 is questioned as General Electric shows .006 in their book.

aa.  Add new Paragraph 3-5-34 - Add information on use of tools and balance planes provided for infield balance of generator rotors.

bb.  Chapter 4, Section 2 - Include pictures of the manual control rheostat, rectifier assembly voltage regulator, voltage adjusting rheostat, control switch and current transformer.

cc.  Chapter 4, Section 5 - The maintenance and trouble shooting sections should be expanded to include data similar to that included in GEI-65753.

dd.  Fig. 2-10-7 furnish enlarged view of relay and associated parts.

ee.  Clear prints are required on all figures. Fig. 2-10-16, use correct drawing or delete from the book.

*Robert A Trout*

ROBERT A. TROUT.
By direction

Copy to:
DeLaval Steam Turbine Co., Trenton (Mr. Jackson)
Commercial Engineering Co., WASHDC (Mr. R. Fox)
FFSO Byron, Georgia (Codes 240M and 622.3)

660G        641B

Prepared by A. R. Bennett, Ext. 61659
Typed by M. L. Jenkins, 9/12/60
7130078-60                          6

REPRODUCED AT THE NATIONAL ARCHIVES

DEPARTMENT OF THE NAVY
BUREAU OF SHIPS
WASHINGTON 25, D. C.

IN REPLY REFER TO
CVA63/9510
NObs-67652
Ser 6518-32
9 January 1961

Chief, Bureau of Ships

........... Corporation, 666 Fifth Avenue, New York 19, New York

Inspector of Naval Material, Buffalo

........... Boilers, Contract NObs-67652; Preliminary Technical
........... approval of

........... (a) Foster Wheeler Corp ltr Ref 3-37-3894-3902 dtd 31May 1960

.......subject preliminary technical manual was forwarded by reference (a)
....................... and assignment of a NAVSHIPS number. NAVSHIPS number 351-8652
...................... assigned. The preliminary technical manual is approved subject
..... the following corrections.

    a.  Delete "CVA-63" from cover and title page.

    b.  Delete "U.S. Navy Contract NObs-67652" on the title page.

    c.  Page iii - Correct the spelling of "refractory."

    d.  The "List of Drawings", "List of Materials" and "List of Spares
and Tools" are excerpted from the approved manufacturer's drawings. It is
recommended that the complete approved drawings be substituted in reduced
size format.

    e.  The "List of Combustion Control Drawings and Spares" should be
deleted and placed in the Combustion Control Technical Manual.

    f.  Page 1-13 under "General" in the 3rd paragraph, correct "Figs.
1-1-1 and 1-1-2" to read "Fig. 1-1 and 1-2".

    g.  Page 1-17 under "Superheater" in the 2nd paragraph, correct
the text to refer to the 268 superheater elements which are in turn welded
to 134 bifurcated elements.

    h.  Page 1-17, under "Superheater" in the 7th paragraph delete
"provides" and substitute "provide".

    i.  Page 1-21, Figure 1-3, it is recommended that the complete draw-
ing be reproduced in lieu of the views shown.

REPRODUCED AT THE NATIONAL ARCHIVES

CV163/9510
NObs-67652
Ser 651B-32

under "Blowdown Valves", in the fifth paragraph, delete ". . . . . . . . . " and substitute "72 steaming hours".

Page 2-2, under "Feedwater" delete "Feedwater for these . . . . . . . . . . . . . . . Ships." and "To prevent possible . . . . . . . Bureau of . . . . . . . . . . . substitute "Feedwater quality and boiler water treatment shall . . . . . . . . . . requirements in Bureau of Ships Manual Chapter 56."

Page 2-3, under "Combustion" in the seventh paragraph, delete "When . . . . . . . . . . . . . . relighting the atomizers." and substitute "Whenever atomizers are extinguished, shut off the oil, open all air registers and purge the furnace."

m. Page 2-3, under "Water Level" after the first paragraph, add the following:

"Procedure in Case of High or Low Water."

"Except for momentary fluctuations during rapid maneuvering, whenever the water disappears from sight (either high or low):

    a. Secure oil supply to all burners

    b. Close feed-check valves

    c. Close boiler steam stop valves

    d. If there is any question as to whether the condition is high water or low water, blow through water gages to determine definitely whether gages are full or empty.

    e. In event of high water, blow the boiler down to the middle of the gage glass using the surface blow valve.

    f. Relight the burners and cut the boiler on the line again in the usual manner.

    g. In the event of low water, open safety valves cautiously by hand and relieve boiler pressure gradually.

    h. Close burner registers and diminish air supply to the boiler by stopping the blowers.

2

REPRODUCED AT THE NATIONAL ARCHIVES

CVA63/9510
NObs-67652
Ser 651B-32

i. In the event of low water, it is essential that no attempt be made to restore the normal water level by increasing the supply of feed-water, as this would result in sudden and too rapid cooling of overheated pressure parts."

n. Page 2-4 under "Combustion and Feedwater Control" last paragraph after NAVSHIPS add "351-0654". It is recommended that the text be reviewed and revised as necessary to account for NAVSHIPS 351-0654 wherever Combustion and Feedwater Control Systems Technical Manual is referenced.

o. Page 2-4, under "Tube Failure" delete "If a tube . . . . . . . up the stack." and substitute:

"To prevent serious injury to personnel and to reduce to a minimum the extent of damage to the boiler whenever a large steam leak occurs, the following action shall be taken, as far as the particular circumstances permit:

a. Shut off the supply of oil to the burners.

b. If blowers are running, increase their speed, if necessary, to drive the escaping steam up the smoke stack and out of the machinery space.

c. Close the boiler steam stops of the damaged boiler.

d. Gradually open safety valves as soon as possible to relieve the pressure.

e. Close the burner registers.

f. Except in cases of tube failure due to low water, when consequent overheating is involved, continue the feed supply until fires are out, to prevent the heating surfaces becoming uncovered and overheated. Special care should be taken to maintain the water at the proper height in the other boiler if it is being steamed.

g. After the pressure has been decreased and the fires are out, stop the blowers and close all possible sources of air flow into the furnace. Allow the furnace to cool slowly."

p. Page 2-4 under "Internal and External Inspection" delete "or steam".

3

CVA63/9510
NObs-67652
Ser 651B-32

q. Page 2-5, Figure 2-1 - The title refers to "curves for various sprayer plates". However, only one sprayer plate is used. Correct as necessary.

r. Page 2-6 under "Filling Boiler" in the second paragraph reference is made to the "17 inch water gage glass". The installed gages have a 22-1/8 inch visibility. Correct as necessary.

s. Page 2-8, in the second paragraph delete "protection steam need not be used during normal light-off".

t. Page 2-8, Figure 2-3 it is recommended that the applicable drawings be obtained from the shipbuilder.

u. Page 2-9, under "Lighting-off Straight Mechanical, etc" Second sentence insert the word "to" between the words "not" and "be".

v. Page 2-9 under "Lighting-off Manual Return Flow, etc." Same comment as (u) applies.

w. Page 2-9, paragraph 2-2 -"Lighting-off Manual Return Flow". Delete "(During Emergencies only)" and substitute "(when automatic controls not in use)".

x. Page 2-10 -"under Sootblowers lines 6 and 7 delete all in parenthesis. "Under Oil Burners" (a) line 6 after "kerosene". insert "or diesel oil." (b) line 15 delete "page 31" and substitute "page 3-11." (c) The chronological sequence of events in this paragraph indicates blower being run to purge furnace with air registers closed. Recommend lines 9-13 "When all atomizer ...... of all gases" be deleted and substitute the following: "When all atomizer valves are closed secure the oil lines and fuel pumps and reopen air registers. Run a blower long enough to insure that all oil on the furnace floor is consumed and that the furnace is cleared of all gases. After purging the furnace close air registers".

y. Page 2-11, delete steps 3 and 4 "When the boiler . . . . . . superheater air vents" and substitute:

"3. Boiler lay-up of the watersides can be accomplished by either of the following methods:

(a) Steam Blanket

(1) When boiler pressure drops below 150 psig, open the superheater protection steam valve allowing steam to enter the steam drum and superheater.

4

REPRODUCED AT THE NATIONAL ARCHIVES

OVA63/9510
NObs-67652
Ser 651B-32

(2) Keep all vents and drains closed, except for the superheater drains which should be opened to the high pressure drain system to prevent the accumulation of condensate in the superheater.

(3) If water level in the steam drum becomes too high due to condensing steam, reduce the water level by use of the surface blow or bottom blow system by draining the condensate to the bilge.

(b) Water Fill

(1) Make sure all vents and drains are closed.

(2) When boiler pressure drops to 15 psig, use the reserve feed and transfer pump to pump deaerated water from the DFT to the boiler back-fill connection via a hose connection in the reserve feed transfer piping.

(3) Continue filling water in the boiler until the water is no longer in sight in the steam drum level gage; then open the drum and superheater vents.

(4) When water issues forth from the vents, close them. Close the back fill valve and secure the pump.

(5) The boiler is now completely filled with water and should be kept pressurized from the D.F.T."

z. Page 2-11 delete paragraph 5 "Disposition" and paragraph 2-9 "Laying-up Steam Generator".

aa. Page 3-11 - Paragraph 36 delete "JAN R-717" and substitute "MIL-C-717".

bb. Page 3-22 under "Installation Procedure" Subparagraph (1) line 15 insert "Fig. 3-16".

cc. Page 3-23 at the end of the section on Handhole Plugs, add a series of sketches showing the minimum permissible header thickness at the handhole opening before the seat must be built up by welding. Separate sketches should show the dimensions for superheater, economizer and water-wall headers. Then insert the following:

5

REPRODUCED AT THE NATIONAL ARCHIVES

CV163/9510
NObs-67652
Ser 651B-32

"Minimum Header Thickness at Handhole Openings"

"The minimum allowed thickness should be measured radially as shown in Figure _____. If there is corrosion on the outside of the header, remove the corrosion and make the measurement from the clean bare metal."

"Whenever grinding is necessary to resurface handhole seats, only the minimum amount of grinding should be done to insure a satisfactory seat. In this way, seats may be resurfaced many times before reaching the minimum header thickness."

"Whenever the minimum thickness is reached, the seat should be rebuilt by welding to restore the original thickness. The seat should then be refaced in the usual manner."

dd. Page 3-26 in general note #1 insert the words "anchor bolt" before the word "material" and delete "class A" and the "A" of "MIL-N-15721A".

ee. Page 3-26 in general note #7 delete "general specifications for machinery, section 851-2 par. 851-2-h" and substitute "instructions in the Bureau of Ships Manual Chapter 51."

ff. Page 3-28 General Note #1 (same comments as for page 3-26 general note #1).

gg. Page 3-45 - Since all rotating soot blower elements are to sweep a complete 360° circle, Section L-3, "Adjusting Blowing Sweep" should be deleted. The remaining paragraphs should be renumbered accordingly.

hh. Page 3-59 under "Paragraph 7 Maintenance" delete second paragraph "The valves ... correctly" and substitute "The valves shall be tested in accordance with the provisions of Bureau of Ships Technical Manual Chapter 51."

ii. Page 3-73 Left hand side of page identify "MMM" as Manning, Maxwell and Moore"

6

REPRODUCED AT THE NATIONAL ARCHIVES

CVA63/9510
NObs-67652
Ser 6518-32

jj. Page 3-103 Boiler Air Preheaters Second paragraph line 2 delete "fig. 3-0 and 3-0" and substitute "Fig. 3-63 and 3-64". Also paragraph 3 line 3 delete "1-27" and substitute "1-31".

Copy to:
RESINSMAT Reading
SUPSHIP Camden
NBTL
FW CORP, NYK (Advance).
FW CORP, WASHDC
FPSO Byron, Ga.

240M

T. J. LUND
By direction

Prepared by B. Sloxinski, A. St.George, Ext. 62473
Typed by R. Bartley, 1/5/61

7

DE1052 Class/S47(2-2617-N)

RECE[...] June 15, 1966

6-15-66-1552

JUN 17 1966

BUFFALO PUMPS,

From:       Todd Shipyards Corp.
            (Seattle Division)
            By Gibbs & Cox, Inc.
            21 West Street,
            New York, N. Y. 10006

To:         Supervisor of Shipbuilding, USN, New York
            Federal Office Building
            29th Street and 3rd Avenue
            Brooklyn, New York 11232

Subject:    DE1052 - Distiller Feed Pump - Preliminary Equipment
            Manual.

References:
    (a)     Letter from Todd Shipyards Corp. (Gibbs & Cox, Inc.)
            DE1052 Class/S47(2-2618-N) to Buffalo Pumps Inc.   FILE 574
            dated June 15, 1966.

    (b)     Detail Specification for Building Ocean Escort
            DE1052 Class

Enclosure:  Two copies of (A)

    (A)     Preliminary Equipment Manual for Distiller Feed Pump -
            Buffalo Pumps Inc.

    1.      In compliance with the requirement of the specifications
it is requested that a NAVSHIP number be assigned to the equipment manual,
Enclosure (A). By Reference (a) the Design Agent forwarded comments on
the manual to the pump manufacturer.

    2.      Final approved manuals will be distributed in accordance
with Paragraph 9020-5-C of Reference (b).

    3.      It is anticipated that the final manuals will be available
for distribution approximately 60 days after final approval.

    4.      The Supervisor's response to the above is requested by
July 8, 1966.

                                    TODD SHIPYARDS CORPORATION
                                    (SEATTLE DIVISION)
                                    BY GIBBS & COX, INC.
                                    W. C. BACHMAN.

RH/jo
cc: Buffalo Pumps
        Buffalo, N.Y.                R. P. FULTON
    Todd, Seattle                    By direction
    Todd, New York

        Mailed Copy to A. Bloom 6/17 RWF

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

DE1052 Class/S47(2-2618-N)

6-15-66-1549
June 15, 1966

From:   Todd Shipyards Corp.
      (Seattle Division)
      By Gibbs & Cox, Inc.
      21 West Street
      New York, N.Y.  10006

To:    Buffalo Pumps, Inc.
      North Tonawanda, New York

Subject:  DE1052 – Distiller Feed Pump Purchase Specification
      No. DE1052-517-M4710 Todd Purchase Order DES 2033
      Preliminary Equipment Manual

References:
  (a)  Letter from Buffalo Pumps, Inc. to Gibbs & Cox, Inc.
      (3-18-66-64) dated March 15, 1966

  (b)  Buffalo Pumps, Inc. Technical Manual for Distiller
      Feed Pump DE1052 Class Ships

  1.   The Design Agent has reviewed Reference (b) as per Reference
(a) and considers it satisfactory subject to the following comments:

  (a) <u>Cover</u>

    (1) Change "Technical Manual" to "Equipment Manual".

  (b) <u>Title Page</u>

    (1) As noted in paragraph 1a1.

  (c) <u>Approval and Procurement Record Page</u>

    (1) Add "Page" after "Record".

    (2) Delete "Basic" and add "For" after "Data".

    (3) Comment 1a1 herein applies.

    (4) Delete "Approved By" and insert "Approval Authority".

    (5) Insert "Purchase" between "Or" and "Order".

DE1052 Class/S47(2-2618-N)           -2-

1.   (c)   (Cont'd)

(6)   Delete "Date" column.

(7)   Replace "Vessels" with "Ships".

(8)   Add "Quantity of Equipment" column between "Quantity of Manuals" and "Building Yard".

(9)   Change "Quantity of Manuals" from "86" to "74".

(10)  Delete all references to equipment used on ships built at Todd Shipyards Inc., San Pedro, California: i.e.; DE-1055, DE-1058, DE-1060, DE-1067, DE-1071, DE-1074 and DE-1076.  Gibbs & Cox is the Approval Authority only for ships built at Todd Shipyards Inc., Seattle.  Approval for equipment used on ships other than those built at Todd, Seattle, must be granted by the cognizant Naval authority.

(d)   List of Effective Pages

(1)   Delete "Effective Pages" upper left corner.

(2)   Delete "Front Matter" upper right corner.

(e)   Table of Contents

(1)   Delete "Contents" upper left hand corner.

(2)   Comment 1d2 herein applies.

(f)   List of Illustrations

(1)   Delete "List of Illustrations" in the upper left corner.

(2)   Comment 1d2 herein applies.

DE1052 Class/SL47(2-2618-N)          -3-

1.   (g)   Page vii

    (1)   Delete "Frontispiece".

  (h)   Page 1-1-2

    (1)   Add "Prelubed" after "Ball"

    (2)   Change "length" from 2'-7-7/8" to 31-7/8"

  (i)   Page 1-3-1

    (1)   Delete item 3. "Lubrication of Motor" since the bearings are prelubricated and sealed and require no lubrication.

2.       In addition to the above comments the manufacturer will be required to include an electrical section covering the motor. This section will be furnished by the motor manufacturer. The Table of Contents should include the motor section.

3.       By separate correspondence, to the Supervisor, the Design Agent is requesting that a NAVSHIPS No. be assigned to this manual.

4.       It is requested that the pump manufacturer resubmit the subject Equipment Manual, including the electrical section, for review by the Design Agent by July 5, 1966.

                         TODD SHIPYARDS CORPORATION
                         (SEATTLE DIVISION)
                         BY GIBBS & COX, INC.
                         W. C. BACHMAN

                         R. P. FULTON
                         By direction

EI/al

cc:   SupShip, N.Y.
      Todd, Seattle
      Todd, N.Y.

DE1052 Class/S47(2-3376-N)

7-28-66-1587
July 28, 1966

From:     Todd Shipyards Corp.
           (Seattle Division)
           By Gibbs & Cox, Inc.
           21 West Street,
           New York, N.Y. 10006

To:       Buffalo Pumps,
           North Tonawanda, N.Y. 14121

Subject:  DE1052 Class - Distiller Feed Pump -
           Purchase Specification DE1052-517-M4710
           P.O. DES-2033 - Equipment Manual, Review of

References:
    (a)      Letter from Buffalo Pumps Inc. to Gibbs & Cox, Inc. dated
            June 30, 1966 (7-1-66-66).

    (b)      Buffalo Pumps Inc. Equipment Manual for Distiller Feed
            Pump for DE1052 Class Vessels.

    1.      Reference (b) forwarded by Reference (a) has been reviewed
by the Design Agent and is considered satisfactory subject to the fol-
lowing comments:

    (a)  On the cover and title page delete "Bureau of Ships" and
        in its place insert:"Naval Ship Engineering Center,
        Washington, D.C."

    (b)  Page 1-1-1 under "Pump"
        (1) After "Actual Shut off Head" insert actual data.

        (2) Delete "structure borne noise Group G".

    (c)  Page 1-1-2 under "Overall dimensions of assembled unit"
        height should be "22-1/8".

    (d)  Page 1-1-4 - Paragraph 1-1-3 add "and Resilient Mounts"
        following "Mounting Subbase". In second sentence after
        "....foundation" add "to reduce sound transmission".

    (e)  Page 1-2-1 - In the first sentence under Piping delete
        "all" and substitute "Normally all rigid...." Before the
        fourth sentence add, "However since this pump is resi-
        liently mounted, flexible hoses are to be installed to
        reduce sound transmission and will also prevent piping
        stresses on the pump."

Copy and to A. Blam BW 8/1/66

- 2 -

DE1052 Class/S47(2-3376-N)

1.      (Cont'd)

   (f)  Page 1-3-1, Paragraph 1-3-1
        (1)  Under "Warning" add the following "Never use water on
             electrical fires. Use $CO_2$." Also add "When servicing
             pump, disconnect from sources of electrical power and
             tag."

        (2)  After "Pump priming", add "Insure that pump is com-
             pletely filled with liquid."

   (g)  Page 1-3-1 Paragraph 1-3-2 the step 2 after "primed" add
        "and vented. Then close vent valve."

   (h)  Page 1-3-2 Paragraph 1-3-5 under "Vibration", in the second
        paragraph delete "to acceptable limits" and specify these
        limits. Also identify the locations for taking readings.

   (i)  Page 1-4-1, Paragraph 1-4-2 in the first sentence under
        "Trouble Shooting" delete "Listed below are" and substitute
        "Table - - lists" at end of sentence add "and remedies".

   (j)  Page 1-4-2 - Delete paragraph number 1 to 5 and substitute
        table in the form "Trouble, Probable Cause, Remedy" in-
        cluding:

        (1)  For "No Discharge", Probable Cause should include Pump
             not primed, Speed too low, Impeller completely plugged,
             Plugged suction line or strainer, Pump not running and
             Impeller locked. Also indicate corresponding remedies.

        (2)  For "Insufficient Discharge", Probable Cause should
             include Air leaks in suction or stuffing box, Speed
             too low, Clogged suction line screen or impeller,
             Mechanical defects: Wearing rings worn; Impeller
             damaged. Also indicate corresponding remedies.

        (3)  For Insufficient Discharge Pressure, Probable Cause
             should include Speed too Low, Air or gases in liquid,
             Wrong direction of rotation, Mechanical Defects:
             Wearing rings worn; Impeller damaged. Also indicate
             corresponding remedies. For Air or gases in liquid,
             remedy is "Check suction for leaks. Vent frequently."

DE1052 Glass/Sh7(2-3376-N)

1.    (j)  (Cont'd)

       (4)  For "Loss of Suction," Probable Cause should include
           Air or gases in liquid, Defective Casing Gasket.
           Also indicate corresponding remedies.

       (5)  For "Excessive Power Consumption", Probable Cause
           should include Speed too high, Mechanical Defects:
           Shaft bent, Rotating element binds.  Also indicate
           corresponding remedies.

       (6)  Add Trouble "Stuffing box overheats or excessive stuf-
           fing box leakage".  Probable Cause should include
           Insufficient cooling water to stuffing box, Excessively
           worn packing, Lantern ring installed between wrong
           packing rings, Excessive pressure in stuffing box, Seal
           cage plugged.  Also indicate corresponding remedies.

       (7)  Add Trouble "Noisy Installation or Excessive Vibration".
           Probable Cause should include Loose mounting bolts,
           Mechanical defects, Impeller or motor imbalanced, Air
           or gases in liquid, Foreign matter in pump, Misalignment.
           Also indicate corresponding remedies.

     (k)  Page 1-4-4 Following paragraph 2 under "Wearing Rings", add
         the following: "Resilient Mounts - make regular checks on
         resilient mounts.  A normal service life of 5 years is expected
         unless damage or prior loss of effectiveness require earlier
         replacement.  Resilient mounts should be replaced at such
         time when their performance is deemed ineffective or as
         specified by current BuShips instructions".

2.    By separate correspondence to the Navy, the Design Agent has
requested the assignment of a NAVSHIPS number.

3.    The manual shall include an Electrical Section.  This
approved section will be forwarded by the motor manufacturer for insertion
by the pump manufacturer.

- 4 -

DE1052 Class/S47(2-3376-N)


4.      It is requested that the pump manufacturer's acceptance of
the above comments be forwarded to the Design Agent by August 15, 1966.
Resubmittal is not required.


                              TODD SHIPYARD CORPORATION
                              (SEATTLE DIVISION)
                              BY GIBBS & COX, INC.
                              W. C. BACHMAN


                              R. P. Fulton
                              By direction


RH/jo

cc: SupShip, N.Y.
     Todd, Seattle
     Todd, New York

*Copy to Art Bloom*
*3/15/68*
*RMc*

*File 570*

*3-6-68-1596*

DE1052 Class/S58(2-6207-N)

March 5, 1968

From:       Todd Shipyards Corporation
            (Seattle Division)
            By Gibbs & Cox, Inc.
            21 West Street
            New York, New York  10006

To:         Aqua-Chem, Inc.
            225 North Grand Ave.
            Waukesha, Wisconsin  53186
                Attn:  Mr. R. E. Huttner

Subject:    DE1052 Class – Distilling Plant – Distiller Distillate
            Pump & Distiller Sea Water Heater
            Drain Pump – Purchase Specification
            No. DE1052-517-M5800 – P.O. DES 2016
            Preliminary Technical Manual – Approval of

References:
    (a)     Letter from Aqua-Chem, Inc. to Gibbs & Cox, Inc., dated
            9 November 1966 (11-14-66-120)

    (b)     Preliminary Technical Manual for Distiller Distillate Pump
            & Distiller Sea Water Heater Drain Pump

    (c)     Preliminary Technical Manual for Aqua-Chem, Inc. 12,000 GPD
            Flash Type Distilling Plant (Model S500FL2H)

    (d)     Military Specification MIL-M-15071E(Ships)

    1.      Reference (b), forwarded via Reference (a), has been examined
in conjunction with Reference (d) and the subject purchase order specifications.
In this regard, Reference (b) is considered satisfactory for publication and
distribution, subject to the manufacturer's compliance with the following
comments:

        (a) Cover Layout

            (1) Delete "Bureau of Ships" and insert "Naval Ship
                Systems Command".

            (2) Insert the appropriate NAVSHIPS Number, when available.

        (b) Title Page

            (1) Comments 1.a.1 and 1.a.2 apply herein.

DE1052 Class/S58(2-6207-N)          -2-

1.          (Cont'd)

   (c)   Approval and Procurement Record Page

        (1)  The appropriate NAVSHIPS Number should be added under
             the Approval Data and the Certification Data columns.

        (2)  The approval authority should be delineated as follows:

             "Approved by Todd Shipyards Corp. (Seattle Division)
             (G&G) letter DE1052 Class/S58(2-6207-N), dated
             March 5, 1968

   (d)   Table of Contents & List of Illustrations

        (1)  It is noted that the manual does not contain the
             appropriate motor and controller inserts for each
             pump. Accordingly, the approved inserts should be
             added, when available. Additionally, the Table of
             Contents should be revised to indicate a separate
             chapter for each pump, motor and controller.

        (2)  Pursuant to comment 1.d.1, it is recommended that
             each chapter of the manual be divided by an appropriate
             separator.

        (3)  On Page 1-i, insert Section 7, entitled Motor and
             Controller, and add the appropriate page number.

        (4)  In line with comment 1.d.1, the motor and controller
             drawings should be included as illustrations. The
             appropriate page numbers should be indicated on
             Page 1-ii.

   (e)   Section 1 - General Data   (Distiller Distillate Pump)

        (1)  On Page 1-1-1 add the phrase "At Rating" in conjunction
             with the 1.09 BHP.

        (2)  The Military Specification for the motor should be
             changed to MIL-M-17060B. Additionally, the Design
             Agent notes that this information is also in error
             on Figure No. 1-6-1.

DE1052 Class/S58(2-6207-N)        -3-

1.  (e)  (Cont'd)

    (3)  It is noted that the weights for the subject equip-
        ment, shown on Page 1-1-2, are calculated weights.'
        This information should be reflected therein.

    (4)  On Page 1-1-2, under Reference Drawings, the manual
        should list the appropriate number for reference.

(f)  Section 1 - Detailed Description

    (1)  Under the paragraph on the casing, Page 1-1-3, make
        the following changes:

        (a)  Delete the word "Spigot" in the second sentence,
           and insert the word "Stepped".

        (b)  In the fourth sentence, identify the drain plug
           as Pc. No. (34), the vent cock as Pc. No. (26),
           and the flanged seal water connection as Pc.
           No. (47).

    (2)  Revise the last sentence of the paragraph on the motor
        bracket to read as follows:

        "The motor bracket contains drain fittings which may
        be used to remove leakage from the stuffing box".

(g)  Section 3 - Operating Instructions

    (1)  Inasmuch as the motor, utilized for this installation,
        is equipped with sealed bearings, any reference to
        motor lubrication is inappropriate.  Therefore, Item 3
        under Section 1-3-1 should be deleted.

(h)  Section 4 - Maintenance

    (1)  The second sentence of Item 2 under Annual Maintenance
        Procedure, Page 1-4-1, should be revised as follows:

        "When clearance has increased to double the initial
        value, the original clearance, as shown on Page 1-1-2,
        should be restored by replacing the affected parts".

DE1052 Class/858(2-6207-N)     -4-

1.  (h)  (Cont'd)

    (2)  The Trouble Shooting Table, on Pages 1-4-2 to 1-4-5, should be modified to accommodate the following:

        (a)  Under "Noisy Installation", delete the Cause and Remedy for "Specific Gravity of the Liquid Too High".  Revise the remedy for "Speed Too High" to read as follows:  "Check the Driver for High Speed, Refer to the Applicable Trouble Shooting Tables".

        (b)  Comment 1.h.2.a applies to the section on "Pump Overloads Driver".

        (c)  In addition to the present remedy for "Suction Lift Too High" under the topic "Pump Loses Prime After Starting", add the following remedy:  "Check the Level in the Supply Tank".

        (d)  Comment 1.h.2.c applies to the cause of "Suction Lift Too High", under the topic of "Pump Discharge Pressure Low".

        (e)  Under the topic of "Low Capacity" revise the remedy, for "Speed Too Low", to read as follows:  "Check Speed of Driver and Refer to the Applicable Trouble Shooting Tables".

    (i)  Section 1-4-5 - Reassembly (Page 1-4-2)

    (1)  The second sentence in Item 7 should be revised to read as follows:  "Coat both sides of the gasket with a graphite-oil mixture."

    (2)  In Item 9, delete the word "Correct" and insert the word "Connect".

    (3)  Delete Item 11, and insert the following:  "Start the Unit and Check for Leaks".

    (j)  Table of Contents  (Distiller Sea Water Heater Drain Pump)

    (1)  Comments 1.d.1 to 1.d.4 inclusive apply to Pages 2-i and 2-ii.

DE1052 Class/S58(2-6207-N)        -5-

1.        (Cont'd)

   (k)  <u>General Information</u>  Page 2-1-1- & 2-1-2

      (1)  Under General Data, delete the words "Close Coupled" and insert "Flexibly-Coupled".

      (2)  Delete "Buffalo Shop Orders - 550373-400" and insert "Class - D-1: Horizontal, Multi-Stage".

      (3)  Between the items of "Total Head, PSI" and "Specific Gravity", insert "Liquid Handled - Water".

      (4)  Delete "Rotation - CCW", or further qualify this item to indicate the location from which the rotation is viewed, i.e.  CCW as viewed from the pump end, or CCW as viewed from the motor end.

      (5)  Comment 1.e.3 applies to the weight information on Page 2-1-2.

      (6)  Under General Data for the Motor, Page 2-1-2, add the following:  "Military Specification MIL-M-17060B".

      (7)  Comment 1.e.4 applies to the reference drawing information on Page 2-1-2.

   (l)  <u>Detailed Description</u> - Pages 2-1-4 & 2-1-5

      (1)  In the second paragraph under the topic of "Casing", correct the spelling of the word "Labyrinth".

      (2)  Under the topic of "Bearings", after the last sentence, add the following:  "Note:  See Table 2.4.1".

      (3)  On Page 2-1-5, under the topic of Lubrication, add the following:  "Note:  See Table 2.4.1".

   (m)  <u>Installation</u> - Section 2

      (1)  On Page 2-2-3 revise Item 11 to read as follows:

         "It it becomes necessary to realign the pump and motor, so that the original dowels between the pump or motor and the subbase are no longer in alignment, drill and ream new dowel holes and install new dowels.  Be sure that all hold down bolts are drawn up tightly while drilling and reaming dowel holes".

DE1052 Class/858(2-6207-N)        -6-

1.        (Cont'd)

(n)  Trouble Shooting

(1)  The Trouble Shooting Table, on Pages 2-4-2 to 2-4-5, should be modified to accommodate the following:

(a)  Comment 1.h.2.a applies to the section on "Noisy Installation", and to the section on "Pump Overloads Driver".

(b)  Comment 1.h.2.c applies to the cause of "Suction Lift Too High" under the trouble of "Pump Loses Prime after Starting" and the trouble of "Pump Discharge Pressure Low".

(c)  Comment 1.h.2.e applies to the trouble of "Low Capacity".

(d)  Under the trouble of "Stuffing Box Overheats", add the following cause and remedy:  "Improper Installation of Seal Cage and Packing --- check to see that the Seal Cage and Packing are inserted in the proper sequence (See Fig. 2-6-2)".

(o)  Adjustments and Tests - Page 2-4-6

(1)  Revise the "Pressure Test" procedure to read as follows:

"After complete reassembly, start the unit.  Carefully inspect the unit for leaks, and correct as required".

(p)  Maintenance and Repair - Section 2-4-5

(1)  On Page 2-4-9, under the topic of gaskets, delete the last sentence and insert the following:

"Coat both sides of the gaskets with graphite and oil before replacing the gaskets".

(q)  Rotor Installation - Page 2-4-10

(1)  Under Item 5, on Page 2-4-11, delete the second sentence and insert the following:

"Reconnect the piping, if disconnected, and start the unit".

DE1052 Class/S58(2-6207-N)        -7-

     2.      The subject manual should be revised in accordance with the foregoing.  Upon receipt of a NAVSHIPS Number and compliance with the above, the manufacturer should effect publication and distribution in accordance with purchase order requirements.

     3.      By separate correspondence, the Design Agent is request-ing a NAVSHIPS Number for the subject manual.  The NAVSHIPS Number will be forwarded to the manufacturer as soon as it becomes available.

     4.      It should be noted that action on Reference (c) is the topic of separate correspondence.  Notification of approval of Reference (c) and the appropriate changes required thereof, will be forwarded to the manufacturer as soon as it becomes available.

     5.      Acknowledgement of compliance with the above is requested by 29 March 1968.

                                   TODD SHIPYARDS CORPORATION
                                     (SEATTLE DIVISION)
                                     BY GIBBS & COX, INC.
                                     W. C. BACHMAN

                                     R. P. FULTON
                                     By direction

RLB/crc

cc:  Todd, Seattle

     Todd, New York

     Buffalo Pumps
     North Tonawanda, N.Y.  14121
        Attn:  Mr. R. Hardison

# EXHIBIT L

MIL-I-15024(SHIPS)
19 September 1952
Used IN LIEU OF
MIL-N-2716
23 August 1951
SUPERSEDING
RE13A516C
15 August 1943

INTERIM MILITARY SPECIFICATION

IDENTIFICATION PLATES, INFORMATION PLATES AND MARKING INFORMATION FOR

IDENTIFICATION OF ELECTRICAL, ELECTRONIC AND

MECHANICAL EQUIPMENT

1. SCOPE

1.1 Scope. - This specification covers the material requirements for "identification plates" and "information plates" and the marking information for "identification plates" mounted on "major units" and "sets" of Bureau of Ships equipment.

1.2 Classification. - "Identification plates" and "information plates" shall be furnished in the following type plates as specified (see 6.1):

    Type A - Etched
    Type B - Engraved
    Type C - Stamped
    Type D - Cast
    Type E - Stenciled
    Type F - Graphic
    Type G - Decalcomanias
    Type H - Photographic

2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications and standards, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

    FEDERAL
        TT-P-141 - Paint, Varnish, Lacquer, and Related Materials: Methods of Inspection, Sampling and Testing.
        TT-C-595 - Colors; (for) Ready-Mixed Paints.

    MILITARY
        MIL-P-78 - Plastic-Material, Laminated, Thermosetting (for Designation Plates).
        MIL-S-854 - Steel, Corrosion-Resisting: Plates, Sheets, Strips, and Structural Shapes.
        MIL-N-894 - Nickel-Copper-Alloy; Wrought.
        MIL-P-15037 - Plastic-Material, Laminated Thermosetting, Sheets, Glass-Cloth Melamine-Resin.

    NAVY DEPARTMENT
        General Specifications for Inspection of Material.
        47A11 - Aluminum-Alloy (Al-52) (Aluminum-Magnesium-Chromium): Plates, Sheets, and Strips.

GPO—O—NAV—K-45a

1051

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to PIERCE DAVIS & PERRITANO, 01616576
Not for Resale,2005/6/21 22:59 GMT

MIL-I-15024(SHIPS)

STANDARDS

MILITARY
  MIL-STD-12 - Abbreviations for Use on Drawings.

(Copies of specifications, standards, and drawings required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

3.  REQUIREMENTS

3.1  Definitions. -

3.1.1  "Identification plates". - The words "identification plates" wherever used herein shall refer to the identification of "major units" or "sets" of Bureau of Ships equipment.

3.1.2  "Information plates". - The words "information plates" wherever used herein shall refer to instruction plates, wiring diagrams, graphic charts and other designation plates.

3.1.3  "Major unit". - A major unit shall be an electrical, mechanical or hydraulic grouping of parts, subassemblies, assemblies or accessories fixed or joined together into one item.

Examples:

| | |
|---|---|
| Radar transmitters | Laundry washers |
| Reduction gears | Dish washers |
| Internal combustion engines | Garbage grinders |
| Gyro compass | Printing and photolitho equipment |
| Loudspeakers | Flatwork ironers |
| Sonar receivers | Food mixers |
| Motor generators | Laundry extractors |

3.1.4  "Set". - A set shall be a grouping of two or more major units which are electrically, mechanically or hydraulically connected or associated together to perform their intended function.

Examples:

  Public address set
  Radar set
  Diesel generator set

3.2  Materials. -

3.2.1  General. - Identification plates and information plates shall be made of a material that shall withstand the same environmental conditions as the item to which the plates are to be attached. The individual equipment specification shall specify what material is to be used for each application. The general guide for the selecting of material for plates shall be (in order of preference):

(a) Nickel copper alloy (monel) (Specification MIL-N-894).
(b) Brass (commercial).
(c) Corrosion resisting steel (class 9, condition a, finish 1, Specification MIL-S-854).
(d) Aluminum alloy (Specification 47A11).
(e) Plastic (for application not directly exposed to weather)(Specification MIL-P-78 or MIL-P-15037).
(f) Decalcomanias, rubber stamping, stencilling, etc. (for non-metal applications).

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2005/5/21 22:69 GMT




MIL-I-15024(SHIPS)

3.2.1.1  Where the scarcity of critical materials prevent the use of nickel-copper alloy, other materials in the order listed shall be used.  Brass plates shall not be mounted directly on aluminum.  Edges of plastic plates shall be beveled.   The surfaces of plastic plates shall have a gloss factor of 25 $\pm$ 10 units (Spec. TT-P-141).

3.2.1.2  Color of laminations for plastic plates. - Except for type GMG laminates, the color values of the various lamination for types B, E, and F plastic plates shall conform to Specification MIL-P-78.   Colors of cores and cover sheets shall be as specified (see 6.1).

3.2.1.3  Background. - When specified (see 6.1) the background of the plate shall be lusterless orange 3205, conforming to Specification TT-C-595.

3.3  Dimensions for plates. -

3.3.1  Identification plates. - Identification plate dimensions shall depend upon the size of the major unit or set and shall be selected from the standard sizes listed in table I.  Adequate space shall be provided to accommodate the information arrangement necessary to suit the format (see 3.7).  Standard dimensions for identification plates shall be indicated by size numbers as specified (see 6.1).

Table I - Standard dimensions, identification plates.

| Size-number | Length (in.) | Width (in.) | Diameter of holes (in.) | Hole center to edge (in.) | Number of holes |
|---|---|---|---|---|---|
| 1 | 2 | 3/4 | 1/8 | 3/16 | 2 |
| 2 | 2 | 1 | 1/8 | 3/16 | 2 |
| 3 | 2 | 2 | 1/8 | 3/16 | 4 |
| 4 | 3 | 1 | 1/8 | 3/16 | 2 |
| 5 | 3 | 2 | 1/8 | 3/16 | 4 |
| 6 | 3 | 3 | 1/8 | 3/16 | 4 |
| 7 | 4 | 1-1/2 | 1/8 | 3/16 | 4 |
| 8 | 4 | 2 | 1/8 | 3/16 | 4 |
| 9 | 4 | 3 | 1/8 | 3/16 | 4 |
| 10 | 4 | 4 | 1/8 | 3/16 | 4 |
| 11 | 5 | 2 | 5/32 | 3/16 | 4 |
| 12 | 5 | 3 | 5/32 | 3/16 | 4 |
| 13 | 5 | 4 | 5/32 | 3/16 | 4 |
| 14 | 5 | 5 | 5/32 | 3/16 | 4 |
| 15 | 6 | 2 | 5/32 | 3/16 | 4 |
| 16 | 6 | 3 | 5/32 | 3/16 | 4 |
| 17 | 6 | 4 | 5/32 | 3/16 | 4 |
| 18 | 6 | 5 | 5/32 | 3/16 | 4 |
| 19 | 6 | 6 | 5/32 | 3/16 | 4 |
| 20 | 7 | 2 | 5/32 | 3/16 | 4 |
| 21 | 7 | 3 | 5/32 | 3/16 | 4 |
| 22 | 7 | 4 | 5/32 | 3/16 | 4 |
| 23 | 7 | 5 | 5/32 | 3/16 | 4 |
| 24 | 7 | 6 | 5/32 | 3/16 | 4 |
| 25 | 7 | 7 | 5/32 | 3/16 | 4 |



3.3.2  Information plate dimensions shall be submitted by the contractor to the bureau or agency concerned for approval.

3

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01616576
Not for Resale,2005/8/21 22:8:3 GMT

MIL-I-15024(SHIPS)

3.4  Marking information. -

3.4.1  Identification plates. - Marking information to appear on identification plates shall be in accordance with the following subparagraphs outlined and shall be submitted to the bureau or agency concerned for approval.  Information which does not pertain to the major unit or set shall be omitted. When the size of the major unit or set restricts the inclusion of the information listed below, only the most essential information shall be included as approved by the bureau or agency concerned.

3.4.1.1  Major unit name and Government type designation. - The major unit name shall be the approved Munitions Board Catalog Agency (MBCA) item name.  In the absence of such an approved name, the name in official use may be used.  Where a Government type designation includes a name which does not coincide with the MBCA item name, the Government type designation shall prevail. Where space precludes use of the entire major unit name, or set name words, (except the principle noun) may be abbreviated in accordance with Standard MIL-STD-12.

3.4.1.2  Stock number. - The stock number shall be as specified (see 6.1).  The source of the stock number shall be indicated.  The use of a stock number on an identification plate shall be at the discretion and as specified by the bureau of agency concerned.

3.4.1.3  Serial number. - The serial number shall be entered when required (see 6.1).  If a Government serial number is not assigned, the contractor's serial number may be entered upon the approval of the bureau or agency concerned or prime contractors.

3.4.1.4  Manufacturer's or prime contractor's data. - The manufacturer's name,  part and drawing or model number shall be entered as applicable when required (see 6.1).  This information shall refer to the actual manufacturer or prime contractor. The location of manufacture shall not appear on plates.

3.4.1.5  Contract number. - The procuring activity's contract or purchase order number shall be entered as the contract number.  When an order shows both a contract number and a purchase order number, the purchase order number shall be used.

3.4.1.6  U.S. property. - The words "U.S. PROPERTY" shall be inserted at the bottom of the plate.

3.4.1.7  Operating characteristics. - Under this heading shall be entered the information necessary for the safe handling, operation and maintenance of the major unit or set.  An additional space or an additional block may be provided as shown on figure 1 for inclusion of this information. The typical operating characteristics for electrical, electronic and mechanical major units and sets shall be as specified in figures 2, 3, and 4 and shall be subject to the approval of the bureau or agency concerned.

3.4.2  Information plates. - Marking information to appear on information plates shall be submitted by the contractor to the bureau or agency concerned for approval.

3.4.3  Marking information, together with views of the complete plate, shall be shown on the working drawings of the equipment concerned.

3.5  Type of marking for plates. - Letters shall be of Gothic capitals, and numerals and other characters shall be of similar appearance.  Letters, numerals, and other characters shall be of such size as to be clearly legible.  The principal words or group of words and the Government type identification (name of the major unit or set to which identification plate and information plate is to be attached) shall be emphasized by the use of larger letters.

3.5.1  Methods of marking. - The marking shall be made by a method which shall produce permanent and durable markings on identification plates and information plates to withstand the environmental conditions of the major units or sets to which the plates are to be attached.  Serial numbers and other designations which vary on each identification plate and information plate may be etched, impression-stamped or punched into the area provided.

4

1054

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01516576
Not for Resale,2005/08/21 22:59 GMT

MIL-I-15024(SHIPS)

3.5.2 Temporary markings. - The use of decalcomanias, rubber stampings, stencilings or other markings of information of a temporary nature will not be allowed without the specific approval of the bureau or agency concerned, in which case the markings shall be covered with a coat of clear lacquer. Unless otherwise specified in the contract or order, decalcomanias, rubber stampings, stencilings or other markings of information of a temporary nature are not required to withstand the same environmental conditions as the major unit or set to which they are to be attached.

3.5.3 Legibility. - Legibility of the letters, numerals and other characters shall be as necessary for easy readability.

3.5.4 Filling of markings. -

3.5.4.1 All engraved, stamped, or etched letters, numerals and other characters on metal plates shall be well filled with a hard paint, enamel, or lacquer of a contrasting color, as specified (see 6.1) and the face of the plates shall be covered with a moisture-resistant varnish.

3.5.4.2 Plastic plates engraved through one lamination so as to show a lamination of a contrasting color shall not have the letters, numerals and other characters filled.

3.6 Mounting and location. - Identification plates and information plates shall be mounted in a conspicuous place generally on the front panel of the major unit or set. Plates shall be mounted on major units or sets either externally or internally in locations easily accessible to for normal operation and in the event of an emergency. The mounting and location of plates shall be shown on the mechanical assembly drawing of the equipment. In the event the size or nature of the major unit or set precludes the mounting of an identification plate or information plate, information may be marked directly on the major unit or set by means of decalcomanias, rubber stamping, stenciling or other means upon the specific approval of the bureau or agency concerned. The plates shall not be positioned so as to interfere with controls or obscure other required information. Plates shall not be mounted by means of rivets, self tapping screws or welding. Unless otherwise specified in the contract or order, provision shall be made for securely fastening plates with machine screws or hardened steel drive screws. Plates of nickel-copper alloy material in locations exposed to the weather shall be mounted by nickel-copper alloy machine screws. Plates to be mounted on refrigerator major units or sets shall be soft soldered to tank or receiver.

3.7 Format for plates. -

3.7.1 Identification plates. - For guidance purposes only, the arrangement of the marking information for electrical, electronic and mechanical major units or sets shall be as suggested in figures 2, 3, and 4 and shall be submitted by the contractor to the bureau or agency concerned for approval. The format may be varied to suit the major unit or set to which the identification plate is to be attached.

3.7.2 Information plates. - The arrangement of the marking information shall be submitted by the contractor to the bureau or agency concerned for approval.

3.8 Type A (etched). -

3.8.1 Material. - Type A plates shall be of one of the following materials:

    Corrosion-resisting steel.
    Nickel-copper alloy.
    Aluminum alloy.
    Brass.

3.8.2 Marking. - Letters, numerals, and other characters shall be etched. Additional information if necessary may be stamped on the plate.

5

1055

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01915576
Not for Resale,2008/6/21 22:6:9 GMT

MIL-I-15024(SHIPS)

3.8.3 Dimensions. - Etched letters, numerals and other characters shall not be less than 0.003 inch deep. Stampings of additional information shall not be less than 0.003 inch deep. The thickness of the A plates shall be as follows:

Corrosion resisting steel - 0.03 inch
Nickel copper alloy - 0.03 inch
Aluminum alloy - 0.05 inch
Brass - 0.05 inch

3.9 Type B (engraved). -

3.9.1 Materials. - Type B plates shall be of one of the materials specified in 3.8.1 or of plastic material conforming to type NDP of Specification MIL-P-78 or Specification MIL-P-15037. Other types of plastic material for a specific purpose may be used upon the approval of the bureau or agency concerned.

3.9.2 Marking. - Letters, numerals and other characters shall be engraved. Additional information if necessary may be stamped on the plate.

3.9.3 Dimensions. - The depth of engraving and thickness shall be as specified hereinafter. Stampings of additional information shall not be less than 0.003 inch deep.

| Plate material | Minimum depth of engraving (inch) | Thickness (inch) |
|---|---|---|
| Plastic | 0.003 | 0.0625 |
| Brass or aluminum alloy | .003 | .05 |
| Nickel-copper alloy | .003 | .03 |
| Corrosion-resisting steel | .003 | .03 |

3.10 Type C (stamped). -

3.10.1 Materials. - Type C plates shall be of one of the following materials:

Brass.
Nickel-copper alloy.
Corrosion-resisting steel.

3.10.2 Marking. - Letters, numerals and other characters shall be stamped on the plate. Embossing or relief stamping is not acceptable.

3.10.3 Dimensions. - Stamping shall not be less than 0.003 inch deep. Thickness of type C plates used shall be in accordance with 3.8.3.

3.11 Type D (cast). -

3.11.1 Materials. - Type D plates shall be of cast brass or bronze of commercial quality.

3.11.2 Marking. - Letters, numerals and other characters shall be raised above the body of the plate and shall be polished, the balance of the plate to have a roughened or stippled finish. Additional information if necessary may be stamped on the plate.

3.11.3 Dimensions. - Letters, numerals and other characters shall be raised to 0.03 inch. Thickness of type D plates shall be as specified (see 6.1).

3.12 Type E (stenciled). -

3.12.1 Material. - Type E plates shall be of plastic material conforming to type HSP of Specification MIL-P-78 or Specification MIL-P-15037. Other types of plastic material for a specific purpose may be used upon the approval of the bureau or agency concerned.

6

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01615576
Not for Resale,2005/5/21 22:6:6 GMT



MIL-I-15024(SHIPS)

3.12.2 Marking. - Letters, numerals and other characters shall be stenciled on the plate. Marking shall be applied by lithographing, by the silk screen method (method of printing through a stencil that is bonded to a silk screen) or a similar process.

3.12.3 Dimensions. - Thickness of type E plates shall be 0.0625 inch.

3.13 Type F (graphic). -

3.13.1 Material. - Type F plates shall be of plastic material, type GCP-H (Specification MIL-P-78). Other types of plastic material for a specific purpose may be used upon the approval of the bureau or agency concerned.

3.13.2 Marking. - The printed information shall be included between the laminations and shall be clearly legible through a transparent outer layer.

3.13.3 Dimensions. - Thickness of type F plates shall be 0.0625 inch.

3.14 Type G (decalcomanias). -

3.14.1 General. - Decalcomanias shall be mounted on major units normally considered expendable and which do not require permanent marking information to withstand the environmental conditions of the major unit or set. Decalcomanias in general unless otherwise specified in the contract or order, shall be used to indicate the information necessary for delivery, handling, preliminary and/or final installation and/or operation of the major unit or set. Decalcomanias may also be used upon specific approval of the bureau or agency concerned on major units or sets subject to radioactive contamination.

3.14.2 Materials. - The plates shall be made of materials supplied by manufacturer's of decalcomanias approved by the bureau or agency concerned. Decalcomania materials shall depend upon the type of material, surface finish and exposure of the major unit or set to which the decalcomania is to be affixed.

3.14.3 Marking. - Letters, numerals and other characters shall be of the open letter design or solid letter design. The open letter design shall have the background omitted and the solid letter design shall have the letters, numerals and other characters integral with the background. Additional markings may be rubber stamped or lettered directly on the decalcomania before mounting.

3.14.4 Dimensions. - Thickness of type G plates shall depend upon the material and the expected life endurance of the decalcomania necessary for the delivery, handling, preliminary or final installation, and operation of the major unit or set to which the decalcomania is to be affixed.

3.14.5 Mounting. - Decalcomanias shall be designed for mounting on metallic, phenolic or organic surface finishes. Mounting of decalcomanias shall be in accordance with standard application procedures specified by the manufacturer of decalcomanias and approved by the bureau or agency concerned. Properly applied decalcomanias shall be firmly adhered and free of bubbles or loose edges. Should a transfer be damaged beyond usefulness after its application, a second transfer may be applied directly over the first transfer.

3.15 Type H (photographic). -

3.15.1 Materials. - Type H plates shall be of one of the following materials depending upon the photographic process used:

        Corrosion-resisting steel
        Aluminum

3.15.2 Marking. - Letters, numerals and other characters shall be integrated into the plate by a photographic process approved by the bureau or agency concerned and as specified (see 6.1). Stamping of additional marking information will not be permitted on type H plates.

7

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2005/9/21 22:8:9 GMT

MIL-I-15024(SHIPS)

3.15.3 <u>Dimensions</u>. - Thickness of type H plates shall be as follows:

| Plate material | Thickness (inch) |
|---|---|
| Corrosion-resisting steel | 0.0156 |
| Aluminum | 0.02 |

3.16. <u>Workmanship</u>. - Identification plates and information plates shall be furnished with smooth edges and shall be free from sharp corners. Unless otherwise specified in the contract or order, identification plates and information plates shall be suitable for mounting on finished major units or sets.

4. SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1 <u>Inspection procedures</u>. - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

4.2 Inspection and tests shall be conducted to determine that the material employed is in accordance with the requirements of the applicable material specification. Inspection and tests shall also be conducted to determine that the letters, numerals and other characters are of the specified height on cast identification plates and information plates or are stamped, etched, or engraved to the depth required. In determining the depth of stamping, etching, or engraving, care should be exercised in removing the filling material to insure that all material is removed. Surface inspection shall also be conducted to insure that the identification plates and information plates furnished comply with the requirements of the contract or order regarding dimensions, thickness, format, life endurance and finish. No chemical analysis will be required for brass or bronze plates. Plates necessary for proper inspection shall be furnished in addition to those required by the contract or order and without charge to the Government. One production run sample of each type of identification plate or information plate being supplied on the contract or order shall be furnished for inspection. At the request of the bureau or agency concerned the contractor shall furnish a photographic print of each type identification plate or information plate being supplied in lieu of a production run sample.

5. PREPARATION FOR DELIVERY

5.1 There are no packaging, packing, and marking requirements applicable to this specification.

6. NOTES

6.1 <u>Ordering data</u>. - Procurement documents should specify the following:

    (a) Title, number, and date of this specification.
    (b) Whether an identification or information plate is required and the type (see 1.2).
    (c) Material required (see 3.2.1, 3.8.1, 3.9.1, 3.10.1, 3.11.1, 3.12.1, 3.13.1, 3.14.1 and 3.15.1.
    (d) Color of cores and cover sheets (see 3.2.1.2).
    (e) Whether an orange background is required (see 3.2.1.3).
    (f) Size number (see 3.3.1).
    (g) Stock number (see 3.4.1.2).
    (h) Serial number if required (see 3.4.1.3).
    (i) Manufacturers or prime contractor's data if required (see 3.4.1.4).
    (j) Color of filler for metal plates (see 3.5.4.1).
    (k) Photographic process for type H plates (see 3.15.2).

<u>Notice</u>. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data, is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

8

Provided by IHS
No reproduction or networking permitted without licence from IHS

Sold to:PIERCE DAVIS & FERRITANO, 01616576
Not for Resale,2005/6/21 22:6:9 GMT

| (NAME) | TYPE | | Operating characteristics if necessary |
|---|---|---|---|
| | SERIAL NO. | | |
| | STD NAVY STOCK NO. | | DATA HERE |
| | MANUFACTURED BY | | OR BELOW |
| INSP. | CONTRACT NO. | | |
| | U.S. PROPERTY | | |

Operating characteristics

Figure I.— Identification plates— General use, format showing typical operating characteristics.




Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2005/8/21 22:8:9 GMT

MAJOR UNIT

LOUDSPEAKER TYPE IC/SHA—12
BU. SHIPS STOCK NO. 17-L-7785—500
MODEL 2946            SERIAL    782
VOLTS 70 CYCLES 100-6000 WATTS 10
NAVY DEPARTMENT— BUREAU OF SHIPS
ABC MANUFACTURING COMPANY, INC.
CONTRACT NObs—23745
INSP.
U. S. PROPERTY

Figure 2 A.—Typical IC/FC equipment.

MAJOR UNIT FOR SET

UNDERWATER LOG EQUIPMENT
MASTER SPEED TRANSMITTER
BU. SHIPS STOCK NO. S17-S-7246-302
MODEL 1976            SERIAL 169
VOLTS 115   CYCLES 60   AMPS 5
NAVY DEPARTMENT— BUREAU OF SHIPS
ACE MANUFACTURING COMPANY, INC.
CONTRACT NObs— 23456
INSP.
U. S. PROPERTY

Figure 2 B.—Typical IC/FC equipment.

Figure 2.— Identification plates, electrical, format showing
typical operating characteristics.

1060

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2005/8/21 22:8:9 GMT

Figure 3.—Identification plates—Electronic, format showing typical operating characteristics



**SA-500/URQ-10**
**MOTOR STARTER**
3.5 HP   440 VOLTS   3 PHASE   60 CYCLES

SERIAL

A MAJOR UNIT OF RADIO SET AN/URQ-10

MANUFACTURED FOR
**NAVY DEPARTMENT-BUREAU OF SHIPS**
BY CONTRACTOR
JOHN DOE MANUFACTURING CO.

SALEM                    MASS
CONTRACT                 NObsr 99999
U S PROPERTY

Space for inspectors stamp

Figure 3A.—Major unit (typical ship, shore and amphibious equipment.)

106 l

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01516576
Not for Resale,2005/8/21 22:8:9 GMT



NOTE – Dimensions shown are typical to show proportions and spacing.

Figure 3B. – Set

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold for PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2005/8/21 22:8:9 GMT



Figure 3 C.- Set and major unit—combination.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2006/6/21 22:59:9 GMT



OA-OOO/UPR-OO
INDICATOR GROUP
SUPPLY: 220 OR 440/3/60 SERIAL ☐

A UNIT OF RECEIVING SET, RADAR AN/UPR-OO

CONSISTS OF THE FOLLOWING

I INDICATOR, AZIMUTH  I P-OOO/UPR-OO
I POWER SUPPLY        PP-OOO/UPR-OO
I CONTROL, INDICATOR  C-OOO/URP-OO

MANUFACTURED FOR
NAVY DEPARTMENT-BUREAU OF SHIPS
BY J C COBB AND COMPANY INC.
CONTRACTOR
JOHN DOE MANUFACTURING CO
SALEM   MASS
CONTRACT ◯ Nobsr-99999
U.S. PROPERTY

Figure 3D.- Set.

RT-2/ARN-I
I3 VOLTS DC

NO a (s) - 1000   ◯   :CZY
U S. PROPERTY

Figure 3E.-Major unit (Airborne Equipment)

1064

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2005/6/21 22:8:8 GMT


Figure 4.— Identification plates—Mechanical, format showing
typical operating characteristics.

GENERATOR SET, TURBINE

SERIAL NO.

STD. GOVT STOCK NO.

MANUFACTURED BY

CONTRACT NO.

INSP

TURBINE DATA

MODEL                    RPM

STEAM, PSIG              VACUUM HG

STEAM TEMP

GENERATOR DATA

MFR              MODEL            RPM

KW               VOLTS            AC or DC

U. S. PROPERTY

Figure 4 A: Set.

1065

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold for PIERCE DAVIS & PERRITANO, 01616576
Not for Resale,2005/8/21 22:59 GMT



Figure 48.- Typical reduction gears major unit

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01516576
Not for Resale,2005/6/21 22:69 GMT



IDENTIFICATION PLATE FOR COMBINED L.P AND ASTERN TURBINE



IDENTIFICATION PLATE FOR CRUISING, HP AND ELECTRIC DRIVE TURBINE



NAME OF EQUIPMENT TO BE USED IN

IDENTIFICATION PLATE FOR AUXILIARY TURBINE

Figure 4 C.— Major unit typical turbines.

1067

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01616576
Not for Resale,2005/6/21 22:59 GMT

Figure 4D. – Major unit typical boilers

Provided by IHS
No reproduction or networking permitted without license from IHS
Sold to:PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2005/6/21 22:6:9 GMT

Note: Identification plates shall be soft soldered to tank or receiver.

Figure  4 E.- Major units  typical condensers.

1069

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01516576
Not for Resale,2005/06/21 22:8:9 GMT

Figure 4F.



Note: Identification plate shall be soft soldered to tank or receiver.

Figure 4G.

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01616576
Not for Resale,2005/6/21 22:9 GMT



Figure 4 H

Figure 4 J

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PIERCE DAVIS & PERRITANO, 01515576
Not for Resale,2005/6/21 22:8:9 GMT

# EXHIBIT M

MIL-P-15024B(SHIPS)
5 November 1956
SUPERSEDING
MIL-I-15024A(SHIPS)
31 March 1955

MILITARY SPECIFICATION

PLATES, IDENTIFICATION——INFORMATION AND MARKING FOR

IDENTIFICATION OF ELECTRICAL, ELECTRONIC

AND MECHANICAL EQUIPMENT

1. SCOPE

1.1 Scope. - This specification covers the material requirements for "identification plates" and "information plates" and the marking information for "identification plates" mounted on units assemblies, and equipments of Bureau of Ships material.

1.2 Classification. - "Identification plates" and "information plates" shall be furnished in the following types, as specified (see 6.1):

        Type A - Etched.
        Type B - Engraved.
        Type C - Stamped.
        Type D - Cast.
        Type E - Stenciled.
        Type F - Laminated.
        Type G - Decalcomanias or adhesive backed metal foil.
        Type H - Photographic.
        Type I - Embossed.

2. APPLICABLE DOCUMENTS

2.1 The following specifications and standards, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

    FEDERAL
        QQ-A-318 - Aluminum - Alloy 52S, Plates and Sheets.
        QQ-S-766 - Steel, Corrosion Resisting: Plates, Sheets, and Strips.
        TT-C-595 - Colors; (for) Ready-Mixed Paints.
        TT-P-141 - Paint, Varnish, Lacquer, and Related Material: Methods
                    of Inspection, Sampling and Testing.

    MILITARY
        MIL-P-78 - Plastic-Material Laminated, Thermosetting (for Designa-
                    tion Plates).
        MIL-N-894 - Nickel-Copper Alloy Bars, Plates, and Other Wrought
                    Forms.
        MIL-B-895 - Brass, Commercial; Bars, Forgings, Plates, Rods,
                    Shapes, Sheets and Strips.
        MIL-D-8634 - Decalcomanias: for Use on Exterior Surfaces of Aircraft.
        MIL-P-15037 - Plastic-Material, Laminated Thermosetting; Sheets,
                    Glass-Cloth Melamine-Resin.

FSC 9905

MIL-P-15024B(SHIPS)

NAVY DEPARTMENT
  General Specifications for Inspection of Material.

STANDARDS

  MILITARY
    MIL-STD-130 – Identification Marking of U.S. Military Property.
    MIL-STD-280 – Definition of Terms for Equipment Divisions.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

3.  REQUIREMENTS

3.1  Definitions. –  For the purpose of this specification the following definitions apply:

3.1.1  "Identification plates". –  The words "identification plates" wherever used herein shall refer to the identification plates for units, assemblies, or equipments of Bureau of Ships material.

3.1.2  "Information plates". –  The words "information plates" wherever used herein shall refer to instruction, safety or warning plates, wiring diagrams, graphic charts, and other designation plates.

3.1.3  Definitions of other terms such as part, assembly, unit, equipment (set) shall be in accordance with Standard MIL-STD-280.

3.2  Marking information and format. –  Marking information to be shown on identification plates or to be marked on parts, shall be consistent with the requirements of Standard MIL-STD-130.  The arrangement of the information together with the desired special characteristics shall be in accordance with the applicable figures 1 through 5.  The marking information for a particular item, together with views of typical plates, shall be shown on the working drawings of the item concerned.

3.2.1  Information plates. –  Marking information to appear on information plates and the arrangement of the information shall be submitted to the bureau or agency concerned for approval.

3.2.2  Weight. –  Lifting weight shall be indicated on either identification or information plate for items susceptible for frequent handling, such as motor-generators, reduction gears, and turbines.

3.3  Type of marking. –  Letters shall be of Gothic capitals, and numerals and other characters shall be of similar appearance.  The principal words or group of words and the Government type identification (name and Government designation of the item to which the identification plate will be attached) shall be emphasized by the use of larger letters.  See figures 2 to 5 inclusive for typical sizes of markings.

3.3.1  Methods of marking. –  The marking shall be made by a method which shall produce permanent and durable markings on identification plates and information plates to withstand the environmental conditions of the item to which the plates will be attached.  Serial numbers and other designations which vary on each identification plate and information plate may be etched, impression-stamped, or punched into the area provided.

3.3.1.1  Marking of parts. –  The marking of parts shall be made by a method which will produce markings of sufficient durability to last the anticipated life of the part under the environmental conditions to which it will be subjected.

2

3.3.2 <u>Temporary markings.</u> - The use of decalcomanias, rubber stampings, stencilings or other markings of information of a temporary nature will not be allowed without the specific approval of the bureau or agency concerned, in which case the markings shall be covered with a coat of clear lacquer. Unless otherwise specified in the contract or order, decalcomanias, rubber stampings, stencilings, or other markings of information of a temporary nature will not be required to withstand the same environmental conditions as the item to which they will be attached.

3.3.3 <u>Legibility.</u> - The size of the letters, numerals, and other characters shall be as necessary for easy readability.

3.3.4 <u>Filling of markings.</u> -

3.3.4.1 All engraved, stamped, or direct etched letters, numerals, and other characters on metal plates and background on reversed etched metal plates shall be well filled with a hard paint, enamel, or lacquer of a contrasting color as specified (see 6.1) and the face of the plates shall be covered with a moisture-resistant varnish. Black enamel shall be used for filling markings on plates for propulsion and auxiliary turbines and gears.

3.3.4.2 Plastic plates engraved through one lamination so as to show a lamination of a contrasting color shall not have letters, numerals, and other characters filled.

3.4 <u>Mounting and location.</u> - Identification plates and information plates shall be mounted in a conspicuous place generally on the front or front panel of the item. When space does not permit mounting the approved plate on the front panel, the Government assigned identification and serial number shall be permanently marked on the front panel of each unit, as appropriate, in addition to the mounting of the approved plate on other than the front panel. Plates shall be mounted either externally or internally in locations easily accessible during operation. The mounting and location of plates shall be shown on the mechanical assembly drawing of the item. If the size or nature of the item precludes the mounting of an identification plate or information plate, information may be marked directly on the item by means of decalcomanias, adhesive backed metal foil, rubber stamping, stenciling, or other means, upon the specific approval of the bureau or agency concerned. The plates shall not be positioned so as to interfere with controls or obscure other required information. The mounting and location of plates shall not adversely effect the strength of the item on which the plate is mounted. In general plates shall not be mounted by means of rivets, self-tapping screws, or welding. However self-tapping screws may be used to mount identification plates on the sides of the following types of nonrotating electric equipment: dripproof, dripproof protected, enclosed ventilated, fogproof, open, protected, splashproof, and totally enclosed. The arrangement shall be such that the screw completely penetrates the enclosure. The point of the screw shall not endanger personnel or the interior electric equipment. Metal plates shall be mounted by removable type screws made of the same material as the plate. Plastic plates shall be mounted by corrosion-resisting screws. Plates of nickel-copper-alloy material in locations exposed to the weather shall be mounted by nickel-copper-alloy machine screws. Plates to be mounted on refrigerating condensers, chillers, or receivers shall be soft-soldered to the shell.

3.5 <u>Materials.</u> -

3.5.1 <u>General.</u> - Identification plates and information plates shall be made of a material that shall withstand the same environmental conditions as the item to which the plates will be attached. The individual equipment specification shall specify what material is to be used for each application which may be the same as the material of the item on which the plate is mounted. The general guide for the selecting of material for plates shall be (in order of preference):

 (a) Nickel-copper-alloy (Monel) (Specification MIL-N-894).
 (b) Brass (commercial) (Specification MIL-B-895).
 (c) Corrosion-resisting steel (class FS-316, Specification QQ-S-766).
 (d) Aluminum alloy (Specification QQ-A-318).

3

MIL-P-15024B(SHIPS)





    (e)  Plastic (for application not directly exposed to weather)
        (Spec. MIL-P-78 or MIL-P-15037).
    (f)  Decalcomanias, adhesive backed metal foil, rubber stamping
        stenciling.

3.5.1.1 Where the scarcity of critical materials prevents the use of nickel-copper alloy, other materials in the order listed shall be used. Brass plates shall not be mounted directly on aluminum. Edges of plastic plates shall be beveled. The surfaces of plastic plates shall have a gloss factor of 25 ± 10 units (Spec. TT-P-141).

3.5.1.2 Color of laminations for plastic plates. - Except for type GMG laminates, the color values of the various lamination for types B, E, and F plastic plates shall conform to Specification MIL-P-78. Colors of cores and cover sheets shall be as specified (see 6.1).

3.5.1.3 Background. - On electronic equipment the background of unit plates shall be lusterless black (3727); the background of set plates shall be lusterless orange (3205), conforming to Specification TT-C-595.

3.5.1.4 Plating of brass plates will be satisfactory when so specified in the individual equipment specification.

3.6 Dimensions for plates. -

3.6.1 Identification plates. - Identification plate dimensions shall depend upon the size of the major unit or set and shall be selected from the standard sizes listed in table I. Where the unit, equipment, assembly, or part is too small to permit the installation of a size 1 plate as specified in table 1, the size and thickness of the plate, information to be included thereon and method of mounting or attachment shall be as acceptable to the bureau or agency concerned. Sizes of identification plates for propulsion turbines and gears shall not exceed 6 inches in length (size 1). Sizes of identification plates for auxiliary turbines and gears shall not exceed 4 inches in length (size 10) (see figures 4B and 4C). For electronic equipments the preferred sizes are size 5 for units, size 6 for assemblies and groups, and size 9 for sets, size 4 for unit modification plates and



4

MIL-P-15024B(SHIPS)

size 7 for set modification plates.   Adequate space shall be provided to accommodate the informa-
tion arrangement necessary to suit the special characteristics.   Standard dimensions for identifica-
tion plates shall be indicated by size numbers as specified (see 6.1).

Table I - Standard dimensions, identification plates.

| Size number | Length | Width | Diameter of holes | Number of holes | Hole center to edge | Hole center spacing | |
|---|---|---|---|---|---|---|---|
| | | | | | | Length | Width |
| | Inches | Inches | Inch | | Inch | Inches | Inches |
| 1 | 2 | 3/4 | 1/8 | 2 | 1/8 | 1-3/4 | ----- |
| 3 | 2 | 2 | 1/8 | 4 | 1/8 | 1-3/4 | 1-3/4 |
| 4 | 3 | 1 | 1/8 | 2 | 1/8 | 2-3/4 | ----- |
| 5 | 3 | 2 | 1/8 | 4 | 1/8 | 2-3/4 | 1-3/4 |
| 6 | 3 | 3 | 1/8 | 4 | 1/8 | 2-3/4 | 2-3/4 |
| 7 | 4 | 1-1/2 | 1/8 | 2 | 1/8 | 3-3/4 | ----- |
| 8 | 4 | 2 | 1/8 | 4 | 1/8 | 3-3/4 | 1-3/4 |
| 9 | 4 | 3 | 1/8 | 4 | 1/8 | 3-3/4 | 2-3/4 |
| 10 | 4 | 4 | 1/8 | 4 | 3/16 | 3-5/8 | 3-5/8 |
| 12 | 5 | 3 | 5/32 | 4 | 3/16 | 4-5/8 | 2-5/8 |
| 14 | 5 | 5 | 5/32 | 4 | 3/16 | 4-5/8 | 4-5/8 |
| 17 | 6 | 4 | 5/32 | 4 | 3/16 | 5-5/8 | 3-5/8 |
| 19 | 6 | 6 | 5/32 | 4 | 3/16 | 5-5/8 | 5-5/8 |
| 21 | 7 | 3 | 5/32 | 4 | 3/16 | 6-5/8 | 2-5/8 |
| 23 | 7 | 5 | 5/32 | 4 | 3/16 | 6-5/8 | 4-5/8 |
| 25 | 7 | 7 | 5/32 | 4 | 3/16 | 6-5/8 | 6-5/8 |

3.6.2  Information plate dimensions shall be submitted by the contractor to the bureau or agency
concerned for approval.

3.7  Detail features. -

3.7.1  Type A (etched). -

3.7.1.1  Material. - Type A plates shall be one of the following materials:

   (a)  Corrosion-resisting steel.
   (b)  Nickel-copper alloy.
   (c)  Aluminum alloy.
   (d)  Brass.

3.7.1.2  Marking. - Letters, numerals, other characters or background shall be etched.   Addi-
tional information, if necessary, may be stamped on the plate.

3.7.1.3  Dimensions. - Etched letters, numerals, other characters or background shall not be
less than 0.003 inch deep.   Stampings of additional information shall not be less than 0.003 inch deep.
The minimum thickness of type A plates shall be 0.03 inch.

5

MIL-P-15024B(SHIPS)

3.7.2 <u>Type B (engraved).-</u>

3.7.2.1 <u>Materials.-</u> Type B plates shall be of one of the materials specified in 3.7.1.1 or of plastic material conforming to type NDP of Specification MIL-P-78 or Specification MIL-P-15037. Other types of plastic material for a specific purpose may be used upon the approval of the bureau or agency concerned.

3.7.2.2 <u>Marking.-</u> Letters, numerals, and other characters shall be engraved. Addditional information if necessary may be stamped on the plate.

3.7.2.3 <u>Dimensions.-</u> The depth of engraving and thickness shall be as specified in table II. Stampings of additional information shall not be less than 0.003 inch deep.

Table II - Depth of engraving and thickness of plate.

| Plate material | Minimum depth of engraving | Minimum thickness |
|---|---|---|
| | Inch | Inch |
| Plastic | 0.003 | 0.0625 |
| Brass or aluminum alloy | .003 | .03 |
| Nickel-copper alloy | .003 | .03 |
| Corrosion-resisting steel | .003 | .03 |

3.7.3 <u>Type C (stamped).-</u>

3.7.3.1 <u>Materials.-</u> Type C plates shall be of one of the following materials:

(a) Brass.
(b) Nickel-copper alloy..
(c) Corrosion-resisting steel.

3.7.3.2 <u>Marking.-</u> Letters, numerals, and other characters shall be stamped on the plate. Embossing or relief stamping will not be acceptable.

3.7.3.3 <u>Dimensions.-</u> Stamping shall not be less than 0.003 inch deep. Thickness of type C plates used shall be in accordance with 3.7.1.3.

3.7.4. <u>Type D (cast).-</u>

3.7.4.1 <u>Materials.-</u> Type D plates shall be of cast brass or bronze of commercial quality.

3.7.4.2 <u>Marking.-</u> Letters, numerals, and other characters shall be raised above the body of the plate and shall be polished, the balance of the plate to have a roughened or stippled finish. Additional information, if necessary, may be stamped on the plate.

3.7.4.3 <u>Dimensions.-</u> Letters, numerals, and other characters shall be raised to 0.03 inch. Thickness of type D plates shall be as specified (see 6.1).

6

MIL-P-15024B(SHIPS)

3.7.5 <u>Type E (stenciled)</u>. -

3.7.5.1 <u>Material</u>. - Type E plates shall be of plastic material conforming to type HSP of Specification MIL-P-78 or Specification MIL-P-15037. Other types of plastic material for a specific purpose may be used upon the approval of the bureau or agency concerned.

3.7.5.2 <u>Marking</u>. - Letters, numerals, and other characters shall be stenciled on the plate. Marking shall be applied by lithographing, by the silk screen method (method of printing through a stencil that is bonded to a silk screen) or a similar process.

3.7.5.3 <u>Dimensions</u>. - Minimum thickness of type E plates shall be 0.0625 inch.

3.7.6 <u>Type F (laminated)</u>. -

3.7.6.1 <u>Material</u>. - Type F plates shall be of plastic material, type GCP-H of Specification MIL-P-78. Other types of plastic material for a specific purpose may be used upon the approval of the bureau or agency concerned.

3.7.6.2 <u>Marking</u>. - The printed information shall be included between the laminations and shall be clearly legible through a transparent outer layer.

3.7.6.3 <u>Dimensions</u>. - Minimum thickness of type F plates shall be 0.0625 inch.

3.7.7 <u>Type G (decalcomanias or "adhesive-backed metal foil")</u>. -

3.7.7.1 <u>General</u>. - Decalcomanias or adhesive-backed metal foil plates shall be mounted on major units normally considered expendable and which do not require permanent marking information to withstand the environmental conditions or the major unit or set. In general, unless otherwise specified in the contract or order, type G plates shall be used to indicate the information necessary for delivery, handling, preliminary or final installation or operation of the major unit of set. They may also be used upon specific approval of the bureau or agency concerned on major units or sets subject to radioactive contamination, or where it is considered impractical to drill mounting holes.

3.7.7.2 <u>Materials</u>. - Decalcomanias shall comply with Specification MIL-D-8634. Adhesive-backed metal foil shall be as approved by the bureau or agency concerned. Materials shall depend upon the type of material, surface finish, and exposure of the item to which the decalcomania or adhesive backed metal foil will be affixed.

3.7.7.3 <u>Marking</u>. - Letters, numerals, and other characters shall be of the open-letter design or solid letter design. The open letter design shall have the background omitted and the solid letter design shall have the letters, numerals, and other characters integral with the background. Additional markings may be rubber-stamped or lettered directly on the decalcomania or adhesive-backed metal foil plate before mounting.

3.7.7.4 <u>Dimensions</u>. - Thickness of type G plates shall depend upon the material and the expected life endurance of the decalcomania necessary for the delivery, handling, preliminary, or final installation, and operation of the item to which the decalcomania or adhesive-backed metal foil plate will be affixed.

3.7.7.5 <u>Mounting</u>. - Decalcomanias or adhesive-backed metal foil plates shall be designed for mounting on metallic, phenolic, or organic surface finishes. Mounting shall be in accordance with standard application procedures specified by the manufacturer and approved by the bureau or agency concerned. Properly applied decalcomanias or adhesive backed metal foil shall be firmly adhered and free of bubbles or loose edges. Should a transfer be damaged beyond usefulness after its application, a second transfer may be applied directly over the first transfer.

7

MIL-P-15024B(SHIPS)

3.7.8 Type H (photographic). -

3.7.8.1 Materials. - Type H plates shall be of one of the following materials depending upon the photographic process used:

    (a)  Corrosion-resisting steel.
    (b)  Aluminum.
    (c)  Plastic (fiber glass cloth reinforced polyester laminate).

3.7.8.2 Marking. - Letters, numerals, and other characters shall be integrated into the plate by a photographic process approved by the bureau or agency concerned and as specified (see 6.1). Stamping of additional marking information will not normally be permitted on metal plates. Plates with plastic backing may be revised by hand engraving through the coating.

3.7.8.3 Dimensions. - Thickness of type H plates shall be as specified in table III.

Table III - Thickness of type H plates.

| Plate material | Minimum thickness |
|---|---|
| | Inch |
| Corrosion-resisting steel | 0.0156 |
| Aluminum | .02 |
| Plastic | .015 |

3.7.9 Type I (embossed). -

3.7.9.1 Materials. - Type I plates shall be of the following materials:

    (a)  Brass.
    (b)  Nickel-copper alloy.
    (c)  Corrosion-resistant steel.
    (d)  Aluminum.

3.7.9.2 Marking. - Letters, numerals, and other characters shall be embossed on the plate by use of an electro-type machine.

3.7.9.3 Dimensions. - The depth of embossing shall be not less than 0.003 inch deep. The minimum thickness of type I plates shall be 0.03 inch.

3.8 Workmanship. - Identification plates and information plates shall be furnished with smooth edges and shall be free from sharp corners. Unless otherwise specified in the contract or order, identification plates and information plates shall be suitable for mounting on finished major units or sets.

4. QUALITY ASSURANCE PROVISIONS

4.1 Inspection and tests shall be conducted to determine that the material employed is in accordance with the requirements of the applicable material specification. Inspection and tests shall also be conducted to determine that the letters, numerals, and other characters are of the specified height on cast identification plates or, are stamped, etched, embossed or engraved to the depth required. In determining the depth of stamping, etching, engraving or embossing, care shall be exercised to insure that all filling material is removed. Surface inspection shall also be conducted to insure that

8

MIL-P-15024B(SHIPS)



the identification plates and information plates furnished comply with the requirements of the contract or order regarding dimensions, thickness, format, life-endurance, and finish. No chemical analysis will be required for brass or bronze plates. Plates necessary for proper inspection shall be furnished in addition to those required by the contract or order and without charge to the Government. One production run sample of each type of identification plate or information plate being supplied on the the contract or order shall be furnished for inspection. At the request of the bureau or agency concerned, the contractor shall furnish a photographic print of each type of identification plate or information plate being supplied in lieu of a production run sample.

4.2 Inspection procedures.- For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

5. PREPARATION FOR DELIVERY

5.1 Packaging, packing, and marking requirements are not applicable to this specification.

6. NOTES

6.1 Ordering data.- Procurement documents for the basic equipment concerned should specify the following:

   (a) Title, number, and date of this specification.
   (b) Whether an identification or information plate is required and the type (see 1.2).
   (c) Weight (see 3.2.2).
   (d) Color of filler for metal plates (see 3.3.4.1).
   (e) Material required (see 3.5.1).
   (f) Color of cores and cover sheets (see 3.5.1.2).
   (g) Size number (see 3.6.1).
   (h) Thickness of type D plates (see 3.7.4.3).
   (i) Photographic process for type H plates (see 3.7.8.2).

6.1.1 Procurement documents for turbines and gears need specify only title, number, and date of this specification.

Notice.- When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data, is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Preparing activity:
Navy - Bureau of Ships

9

MIL-P-15024B(SHIPS)



NOTE: Items such as stock number and serial number may be omitted if not required by the procuring activity.

SH 126

Figure I.- Basic arrangement.

MIL-P-15024B(SHIPS)



Figure 2 A.— Typical unit.



Figure 2 B.— Typical set.

SH 127

Figure 2.—Typical identification plates for electrical equipment.

11

MIL-P-15024B(SHIPS)



FIGURE 3.- ILLUSTRATIONS OF IDENTIFICATION PLATES FOR ELECTRONIC EQUIPMENT.

NOTE: Dimensions and other information on illustrations show typical proportions and spacing. The square is the space for inspector's stamp.



Figure 3A.- Set.

12

MIL-P-15024B(SHIPS)



Figure 3B.-Unit



SH 129

Figure 3C.-Combination Set and Unit

13

MIL-P-15024B(SHIPS)



Figure 3D.–Group.



SH130A    Figure 3E.–Unit. (For limited space and airborne equipment).

14

MIL-P-15024B(SHIPS)

```
┌─────────────────────────────────────────┐
│  MODIFIED  TO  RADIO SET AN/SRC-OO .      │
│  BY ADDITION OF FIELD CHANGE  #OO         │
│     UNDER CONTRACT NObsr-OOOOO            │
└─────────────────────────────────────────┘
```

Figure 3F.- Modification plate.
NOTE: The length of the modification
plate shall be the same as that
of the plate in whose vicinity
the modification plate will be used.



Figure 4A.—Typical generator set.

MIL-P-1502-B(SHIPS)



SHI32.

Figure 48.—Typical reduction gears.

16

MIL-P-15024B(SHIPS)





NOTE:
(1) All terminal conditions stamped on identification plates are for design full power, except for values of the separate cruising turbine which shall be for maximum cruising condition.
(2) Each pressure stamped on an identification plate must, unless already apparent on plate, indicate the unit of pressure and whether-or-not value stamped is absolute, i.e. 25 in. hg., 10 p.s.i.g., etc.

Figure 4C - Typical turbines.

17

MIL·P-15024B(SHIPS)



BOILER NO. [ _ _ _ ]
SERIAL NO. [ _ _ _ _ _ _ _ ]
STD. NAVY STOCK NO. [ _ _ _ _ _ ]
MANUFACTURED BY
[INSP]   CONTRACT NO.[ _ _ _ _ _ ]
DESIGN PRESS.[ _ ]PSI   DESIGN STEAM TEMP[ _ ]°F
MAX. STEAM DRUM PRESS.[ _ ]PSI  HYDROSTATIC TEST PRESS.[ _ ]PSI
AUTHORIZED SAFETY VALVE SETTING PSI
POPPING RESEATING            POPPING RESEATING
DRUM VALVE NO.1 ⊘ _ _        DRUM VALVE NO. 2 ⊘ _ _
DRUM PILOT VALVE ⊘ _ _       SUPERHEATER VALVE ⊘ _ _
U.S.

AUXILIARY BOILER   TYPE [ _ _ _ ]
SERIAL NO. [ _ _ _ _ _ ]
STD. NAVY STOCK NO. [ _ _ _ _ _ ]
MANUFACTURED BY
[INSP]   CONTRACT NO.[ _ _ _ _ ]
DESIGN PRESS.[ _ ]PSI   OPERATING PRESS[ _ ]PSI
HYDROSTATIC TEST PRESSURE [ _ ]PSI
SAFETY VALVE SETTING ⊘ _ PSI
ELECTRICAL CHARACTERISTICS[ _ ]VOLTS (AC OR DC)
U.S.

SH133

Figure 4D. —Typical boilers

18

MIL-P-16324B(SHIPS)





Note: Identification plates shall be soft
soldered to tank or receiver.

SHI34

Figure 4 E.-Typical condensers.

19

MIL-P-15024B(SHIPS)



Figure 4F.–Typical compressor.

TANK OR RECEIVER, TYPE [ ][ ][ ][ ]
SERIAL NO. [ ][ ][ ][ ]
STD. NAVY STOCK NO. [ ][ ][ ][ ]
MANUFACTURED BY

CONTRACT NO. [ ][ ][ ][ ][ ]

HYDROSTATIC TEST PRESS. [ ][ ] PSIG
CAPACITY [ ][ ][ ]
SHELL DIA. [ ][ ][ ] LENGTH [ ][ ][ ][ ]

U.S.

Note: Identification plate shall be
soft soldered to tank or receiver.

SH135

Figure 4G.–Typical tank or receiver.

MIL-P-15024B(SHIPS)



Figure 4 H.—Typical diesel engine.

Figure 4 J.—Typical forced draft blower.

21

MIL-P-15024B(SHIPS)



Figure 4K.—Typical cooler or heater. To be used for lub. oil coolers, heaters, fresh water coolers, fuel oil heaters, coolers.



Figure 5.—Typical machine tools and Industrial Shop Equipment.

22

# EXHIBIT N

81-1

GENERAL SPECIFICATIONS FOR MACHINERY

Bureau of Ships, Navy Department

SUBSECTION 81-1. PLANS

1 November 1940

(Superseding Subsection 81-1, Plans, dated September 1, 1938)

NOTE:- Plans for the machinery, electrical equipment, and accessories of vessels building for the Navy are always of a confidential nature. Care shall be observed that they do not fall into the hands of unauthorized persons, especially those not citizens of the United States.

The following is quoted from an act approved June 15, 1917:

" " * * * whoever, lawfully or unlawfully, having possession of, access to, control over, or being intrusted with any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, instrument, appliance, or note relating to the national defense, willfully communicates or transmits or attempts to communicate or transmit the same to any person not entitled to receive it, or willfully retains the same and fails to deliver it on demand to the officer or employee of the United States entitled to receive it, or whoever, being intrusted with or having lawful possession or control of any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, note, or information, relating to the national defense, through gross negligence permits the same to be removed from its proper place of custody or delivered to anyone in violation of his trust, or to be lost, stolen, abstracted, or destroyed, shall be punishable by a fine of not more than $10,000, or by imprisonment for not more than 2 years, or both. * * * "

81-1-a. General requirements.

References: (a) Navy Department Specification 42B9 – Boxes, spare part, electrical and mechanical (shipboard use).
(b) Federal Specification CCC-C-531, Tracing Cloth.
(c) List of Bureau standard plans, see Appexidix I.

1. All drawings of machinery and accessories under the cognizance of the Bureau of Ships, which shall be furnished by and at the expense of the contractor, are grouped under the following general classification:

(a) Type A drawings – Preliminary drawings, submitted with bids or prior to award of contract.
(b) Type B drawings – Development or working drawings, submitted for approval subsequent to award of contract but prior to ordering material or commencing work.

S1-1

-2-

    (c) Type C drawings — Drawings prepared during the progress of work to accompany orders on sub-contractors, particularly orders for steel castings and forgings.

    (d) Type D drawings — Finished drawings, submitted after work is completed.

    (e) In addition to the foregoing, instruction books and pamphlets, plans, and data incorporated in Booklet Plans of Machinery and Record of Electrical Installation shall be supplied as hereinafter described.

2.  The Bureau's approval of any type of plan shall not relieve a contractor of any material or performance obligation under the contract, unless a question in regard thereto has been brought to the Bureau's attention in writing, and specific waiver of such requirement by the Bureau has been obtained, see section A1.  All discrepancies discovered in drawings, in specifications, or between drawings and specifications, shall be immediately referred to the Bureau for action.

3.  Drawings need not necessarily be made to scale, but, where practicable, scaled drawings are preferred.  When drawings are not made to scale, such facts shall be clearly stated in the drawing title.  In all cases figured dimensions of all parts shall be complete and shall include manufacturing tolerances, working fits, and surface finish, wherever applicable.  All dimensions shall be given in feet, inches, and decimals or fractions of inches. Dimensions which apply to fitted parts shall be given in inches and fractions of inches with tolerances in decimal fractions; dimensions of non-fitted parts may be given in inches and decimal or common fractions; dimensions greater than 24 inches may be given in feet, inches, and fractions thereof.  Where drawings are made to scale one of the following standard scales shall be used.

    1/16-inch to the foot.
    1/8-inch to the foot.
    1/4-inch to the foot.
    3/8-inch to the foot.
    1/2-inch to the foot.
    3/4-inch to the foot.
    1-inch to the foot.
    1-1/2-inches to the foot.
    3-inches to the foot.
    6-inches to the foot.
    Full size.

S1--1

-3-

4.  The following plans shall be drawn to scales as indicated, but larger
scales are preferred when their employment will not unduly increase the
dimension of the sheet:

    (a) General layout plans of machinery installations of not less
        than one-quarter inch to the foot.
    (b) Piping layout plans for machinery spaces not less than three-
        eighths inch to the foot.
    (c) Electrical wiring layout plans for the entire vessel shall be
        made with decks and other structural features drawn to a
        scale of not less than one-quarter inch to the foot.

5.  All dimensions shall be so placed on drawings that they may be read
either from the bottom of the sheet or from the right-hand side.

6.  Salient features of the design and performance characteristics of all
apparatus shall be prominently shown on every drawing where applicable.  Such
features shall include:--

    (a) Power input.-- Pounds of steam per hour, kilowatts per hour,
        pounds of oil per hour, etc.
    (b) Power output (normal rated and overload).-- Horsepower, kilo-
        watts, gallons per minute, etc.
    (c) Pressure.-- Steam, exhaust, suction, discharge, test, bearing,
        voltage, etc.
    (d) Speed.-- Revolution or double strokes per minute, feet per second,
        bearing or journal surface speed, etc.
    (e) Velocity (steam, liquid, air, gas).-- Through pipes and orifices,
        peripheral, etc.
    (f) Temperature (inlet and outlet).-- Steam, superheat, liquids,
        etc.
    (g) Surfaces (area of).-- Heating, cooling, grate, etc.
    (h) Viscosities of liquids handled with corresponding temperatures.
    (i) Power losses.-- In same units as (a) and (b).
    (j) Heat transfer.-- Coefficient or rate.
    (k) Piping.-- Friction head on suction at rated flow, pressure drop
        through.
    (l) Boilers.-- Furnace volume, clear area through gas passages, up-
        takes, armor bars, gratings, etc.
    (m) Blowers.-- Clear area through ducts, intake gratings, armor bars,
        etc.
    (n) Weights.-- As a whole or per unit, computed or actual, wet and dry.
    (o) Power characteristics.-- Voltage, frequencies, number of phases,
        type of windings, starting torque, full-load speed
        torque, percentage of slip, speed adjustment,
        duty classification, etc.
    (p) Characteristic curves.-- Steam consumption, horsepower, head,
        pressure, capacities, speed, efficiencies, etc.

S1-1

-4-

7. Where parts of machinery are indicated as being right-hand or left-hand, a note shall be added to the drawing explaining in detail the difference between the right-hand and left-hand parts. Drawings of screw propellers, in addition to diameter, pitch, developed and projected areas of blades, etc., shall show indicated or shaft horsepower, effective horsepower, revolutions, and speed of vessel for which the propeller has been designed. Drawings of valves and miscellaneous fittings shall show the number, material, and location of each type and size. All drawings of apparatus using tubes, such as boilers, condensers, superheaters, feed-water heaters, etc., shall include a table showing number, ordering length, diameter, thickness, material, etc., of each type and size of tube required; the same applies to special brick in boiler combustion spaces. All apparatus using electric cable or wire shall include a table giving length, size, and type of all cable used.

8. Indicating the materials of construction by distinctive crosshatching is not required on any class of drawing; simple line hatching of complete sections or borders of separate parts shall be used wherever necessary to indicate a junction of two different pieces or otherwise to completely clarify the drawing. When distinctive crosshatching is used it shall conform to Bureau of Ships standard B-20.

9. The materials of construction shall be indicated on a list of material in all cases whether distinctive crosshatching is used or not, and this list shall appear in the upper right-hand corner of a drawing sheet, expanding to the left, and down as necessary. Since, under the provisions of Subsection S1-2, the list of material becomes the medium of agreement between the Bureau and the contractor as to the materials to be employed in construction, it is very important that extreme care be exercised in proper preparation. In order to facilitate Bureau action the following arrangement shall be followed (see also Table I):

           Column 1 - The piece number (in numerical sequence, 1, 2, 3, etc.)
           Column 2 - The name of piece.
           Column 3 - The number required.
           Column 4 - The material.
           Column 5 - The specification.

10. In the specification column the Navy Department specification and Supplementary General Specifications for Machinery number and class applicable shall always appear for each item considered by the manufacturer to fall in the stressed or otherwise vital class, and so subject to full inspection. Suffix letters, such as the "a" in 43B11a and SGS(41)-37a are not required to identify the particular issue of Navy Department specifications and Supplementary General Specifications for Machinery. The identifying number only, "43B11" or "SGS(41)-37" is necessary. In cases where the manufacturer proposes a substitution, reference to a footnote shall be entered after the Navy Department specification or Supplementary General Specification for Machinery number, and in the footnote the substitution shall be described in sufficient detail as to analyses, tests, heat treatments, etc., as will permit

SI-1

-5-

the Bureau to take proper action without further correspondence and in such form that proper inspection can be made. No entry shall be made in column 5 either of specification number or other designation, where the material is nonstressed or nonessential in character. The Bureau, in acting on the plan, will either accept or return this list of material for revision, and having been agreed upon, and approved, the specification column with its footnotes shall serve as the inspecting officer's guide as to whether a full or only a surface inspection shall be applied, see Subsection SI-2. Additional columns will be permitted in the list of material to suit the special requirements of a contractor, but there shall be no omissions from the information called for. Table I is a typical list of material for drawings and should be followed in carrying out the foregoing instructions. The width of columns and spacing of lines may be increased over that shown to suit requirements.

11. In order to reduce the number of plans for certain classes of material, such as electrical equipment, switchboards, searchlights, and similar apparatus which are made up of parts and subassemblies that are identical except for minor details or in numbers of parts, additional columns may be inserted to the left of column 1. The number required of the items in column 2 (name of piece) shall be tabulated in these additional columns instead of in column 3. This procedure is ordinarily applicable to plans which have been approved previously for similar apparatus on other vessels and may be used for assembly drawings, sub-assemblies, or detail parts. Essentially each item in column 2 is identified by means of the additional columns. If an item in column 2 does not apply to the latest design, the space opposite that item in the additional column shall be left blank. If a part is changed, a new item shall be added to column 2 and the number required of the new item shall be indicated in the additional column. If the number required of any items is changed the new number required will appear in the additional column. Each additional column shall show all the items that go to make up the complete unit corresponding to that column. These items may be sub-assemblies or individual parts, depending on the character of the unit. Plans must be complete, permit ready identification of any part, show all details required for duplication of parts and include all parts which go to make up the complete assembly. An explanatory note shall be added to each plan embodying this procedure that will show clearly which additional columns apply to the particular assembly, sub-assembly, or detail part on the plan, and the complete unit shall be identified by nameplate serial numbers or other positive means.

12. Surface finish shall be indicated for all parts. Where practicable, Bureau standard symbols and method of indicating them shall be used as described below: where the shop practice of a given manufacturer requires symbols differing from the Bureau's standard, the manufacturer's symbols will be acceptable.

### Finish Surface Marks

| | | |
|---|---|---|
| f 1. Rough tool finish. | f 4. Polish. | f 7. File. |
| f 2. Fine tool finish. | f 5. Drill. | f 8. Scrape. |
| f 3. Grind. | f 6. Ream. | f 9. Spot face. |

Case 2:12-cv-03013-SVW-PJW   Document 128-11   Filed 02/11/13   Page 88 of 100   Page ID
#:3143

S1-1

-6-

13.  Each piece will be marked with the character of finish required by in-
serting the corresponding number in the circle, the arrow being placed against
the surface to which the finish mark applies.  See figure 1.



Figure 1

14.  The right-hand side of types B and D drawings shall be reserved for
titles, list of material, explanatory notes, etc., and type B and D drawings
shall conform to the Bureau's standard title block plan No. 385691 for arrange-
ment.

15.  The titles of all drawings shall be complete, and for all drawings,
except type A, shall be preceded by the official designation of all vessels to
which the drawing applies, as obtained from the special specifications therefor
or from the Bureau; viz, BB45, DD240, etc.  As soon as the vessels are named, the
name of each vessel shall be added to its official designation wherever it
appears.  Names and designations of vessels shall be placed on drawings in
letters not less than one-fourth inch high.

16.  Each type D assembly drawing of a set for a given item of apparatus or
equipment shall carry a drawing list or index showing all other drawings of the
set with identification numbers for ready reference.

17.  Where welding is to be used, types A, B, and D drawings shall show
welding details clearly and concisely in all important and highly stressed
members.  For general indications in structural assemblies, the welding symbols
of section A-2 of Appendix VII of the General Specifications for Inspection of
Material shall be used; in all such cases, a key to the welding symbols shall be
included on the drawing.

18.  It is of the utmost importance that the details of the spare parts and
special tools to be furnished under any requisition, contract or order be clear-
ly shown on both Type B and D drawings.  The details of spare parts and special
tools for electrical equipment shall be arranged in a list in conformity with
the 'List of Spare Parts and Tools' shown on Navy Department specification 42B9.
In general, a detailed list of spare parts and special tools to be furnished per
vessel, and/or per requisition, contract or order, shall be shown on the general
assembly drawing for the equipment in question; in cases where such a list would
be too extensive for detailing on the assembly drawing, a separate drawing shall
be prepared for this sole purpose.  For convenience of the manufacturer, the
Bureau will accept a modification of the list of material shown under the
preceding sub-paragraph 10, whereby the columns headed "Number required" may be
broken down into two columns, one showing number required for assembly purposes
and one showing additional parts to be manufactured for spares; but such in-
formation on detail plans shall not relieve the contractor from the responsibility
for furnishing a detailed summary of spare parts and special tools on the general

SI-1

—7—

assembly drawing or separate special drawing, as the case may require.  Final
Bureau approval of the spare parts and special tools will be given on the
assembly drawing, or special drawing, in each case, and not on detailed drawings.
In particular, when sets of spare parts for a particular equipment are called
for by the requisition, contract or purchase order, such as "complete sets of
bearings," the summary of spare parts shall show in detail what items constitute
a set.

19.  In all applications of antifriction bearings of ball or roller types,
the assembly plan of the apparatus shall bear a certificate signed by a respon-
sible representative of the bearing manufacturing company showing that the
application of each particular bearing proposed for use is approved by his
company as to all details of mounting shown, the load and speed to which the
bearing will be subjected and the lubrication of the bearing, giving full con-
sideration to the intended service, viz, continuous or intermittent, ambient
temperature, disassembly requirements, etc.

SI-1-b.  Photographic tracings.

1.  Photographic tracing shall be furnished on tracing cloth which is in
accordance with Federal Specifications CCC-C-531; white cloth vellum is not
acceptable.  Photographic tracings shall be right reading and capable of pro-
ducing a clear and distinct print, and there shall be no distortion nor illegi-
bility of the lines or figured dimensions.

2.  Photographic tracings shall be made by an approved photographic process
which shall consist of the production of a suitable vandyke negative from the
original tracing on special paper; the negative shall then be placed on sensiti-
zed tracing cloth and exposed.  Following exposure, the tracing cloth shall be
passed through a water bath and a developing solution and then carefully wiped
clean with cotton or a camels-hair brush to remove foreign or excess substances
on the surface.

3.  Photographic tracings shall be made with clear, sharp, durable black
lines on the dull side of tracing cloth which has been treated with a colorless
waterproof coating and sensitized to produce a black line print when exposed
under a negative, developed and washed.  They shall be of such character as to
permit erasures and making alterations in ink with the same facility and degree
of permanency as with regular ink tracings.  The waterproofing shall withstand
at least 20 minutes exposure to water without showing any tendency to break
down and shall withstand a sufficient amount of vigorous rubbing necessary to
clean out the back ground without disturbing the lines; breaks, cracks, or
spots in waterproofing shall be cause for rejection.  The waterproof coat shall
adhere to the cloth so that it cannot be stripped from the cloth on either side.

SI-1

-6-

4.  The surface of photographic tracings shall be dull mat finish, requiring no top coating or lacquer, and shall possess sufficient tooth to take india ink with the same freedom as natural tracing cloth, and without causing the pen to slip or skip or the ink to spread unduly.  The finish shall permit india-ink lines to sufficiently penetrate the surface of the cloth so as to resist removal by chafing with the thumb nail, smudging the lines by damp hands under pressure and the wear and tear of frequent handling.  Failure to withstand the above shall be cause for rejection.

5.  Photographic tracings shall be perfectly smooth and flat when unrolled and show no tendency to pucker or draw.  The background of the cloth after printing and developing shall be of a bluish-white tint having a transparency ratio of not less than 65, and the cloth shall retain as nearly as possible the flexibility of natural tracing cloth.  Thickness over 0.0043-inch, stiffness or tackiness shall be cause for rejection.

6.  All tracings from which photographic tracings are made shall be in such condition as to produce photographic tracings which are satisfactory in every respect.

SI-1-c.  Sizes of drawings.

1.  The standard vertical dimension when reading all drawings except types A and C drawings, shall be 27-inches, and the standard length shall be 40-inches, and this standard sheet shall be used whenever practicable.  A half size sheet shall be 27-inches in the vertical direction and 20-inches in length, and this size sheet may be used when the standard sheet is not required.  If a sheet larger than the standard sheet is essential, the length may be increased as required up to a maximum length of 60-inches.  In exceptional cases the vertical dimension may be increased to 40-inches when specifically authorized by the Bureau.  For deck arrangements of large vessels and similar plans, where the scale of drawings required to keep within the dimensions of the sheets specified herein, would make the drawing difficult to read, the supervisor of shipbuilding may permit the contractor to exceed the length of 40-inches specified, but the number of such sheets shall be kept at a minimum and specific approval of the supervisor must be obtained in each instance.

2.  There is no restriction as to the size of types A and C drawings.

S1-1

–9–

S1-1-d. Type A drawings.

1. Type A drawings submitted in connection with bids for the building of vessels shall consist of such sketches and plans as may be necessary to amplify the Bureau's original contract plans. Such drawings shall be submitted in duplicate with bids or as required by the invitation for bids.

2. When equipment for vessels is to be purchased directly by the Navy Department, type A drawings in duplicate shall be furnished with the bids, or as may be specifically called for in the requisition or schedule. In any case one set shall be for the files of the Bureau of Ships and the remainder filed as directed by the Bureau of Supplies and Accounts. Type A drawings shall consist of all sketches, cuts, drawings, etc., as may be necessary to show completely the character and design of the material or equipment it is proposed to furnish, and in amplification of the description and guarantees described in the wording of the bid.

3. For apparatus such as turbines, pumps, motors, generators, condensers, boilers, and similar units, sectional plans shall be furnished which show clearly the details of the design, the materials of which the units are to be built, the over-all dimensions, and the space required for operation and overhaul.

4. For equipment such as distilling plants, refrigerating plants, and similar installations a floor-plan arrangement shall be furnished showing the space occupied by the apparatus, the space required for operation and overhaul, and the units which make up the plant. Sectional plans of the principal units containing the information required in the preceding paragraph, and such other information as will permit a clear understanding of the plants and their operation shall be also furnished.

5. Award of contract in connection with which type A plans have been submitted does not carry approval of such type A plans as construction or manufacturing plans but they are subject to modification in the development of type B plans as demanded by the requirements of the specifications and terms of the contract.

S1-1-e. Type B drawings.

1. Type B drawings shall consist of preliminary diagrammatic and detail working plans of all machinery and equipment prepared in the development of the contract specifications and shall be submitted for approval via the Bureau's inspector with suitable letter of transmittal for each vessel covered, as soon after award of contract as possible and before work covered by such plans is commenced. Before detail working plans are submitted diagrammatic plans of general arrangement of main and auxiliary machinery, piping, light, power, and interior communication systems must be approved. These drawings shall be carefully checked in order to correct omissions, errors, deviations from form, and noncompliances with the specifications before submission for approval via the Bureau's inspector. When drawings in an unsatisfactory condition in this respect are forwarded in sufficient quantity to constitute a definite cause for delay, the Bureau's inspector shall report the circumstances to the Bureau together with such comment as the contractor may care to make. As the working plans are

SI-1

-10-

developed, the shipbuilder shall enter the calculated weights on the plans in accordance with the following general requirements:

(a) Assembly plans of units and equipment shall have indicated thereon the calculated weight of the assembled unit or piece of equipment. Assembled units of 1,000 lbs. or over shall have the center of gravity indicated. The detail plans of parts forming the assembly shall have notes thereon referring to the assembly plans on which the weights are recorded.

(b) Piping arrangement plans shall have indicated thereon the calculated weights of the systems. Where applicable, weights of piping systems shall be indicated by subject sub-divisions in accordance with the latest edition of Instructions to Supervisors of Shipbuilding for Recording and Reporting Weights of Finished Machinery.

(c) Electrical weights for interior communication, fire control, radio, sound, and mine protective systems shall be indicated by circuits and totals for each system. Power and lighting systems need not have weights indicated on the deck plans or feeder lists, but the plans of these systems shall be cross-referenced to a plan covering a summary of the calculated weights for each of these systems.

(d) The submission of plans for approval shall not be withheld awaiting entry of calculated weights; but these weights shall be determined and entered on the plans as required in the foregoing paragraphs as early as practicable.

2. Type B drawings shall be blueprints furnished in triplicate unless otherwise specified where the equipment covered thereby is entirely under the cognizance of the Bureau of Ships. If other bureaus are involved one additional copy shall be furnished for each of the other bureaus concerned. Of the copies furnished, two shall be retained by the inspector and the remainder shall be forwarded by him to the bureau. Upon receipt of the bureau's action, one of the copies retained by the inspector will be suitably endorsed by him indicating such action and returned to the contractor. Additional copies offered by the contractor will be similarly endorsed on request.

3. Where two or more vessels of the same class are under construction at the works of the same contractor, or where plans are developed by a central drafting room, type B drawings pertaining to equipment common to two or more vessels shall be submitted as for one vessel and the number of blueprints furnished shall be as directed by the bureau. In such case drawings shall show name and designation of all vessels covered and letter of transmittal shall give the same information together with contract number of each vessel.

S1-1

-11-

4. Type B drawings may be submitted as tracings accompanied by one blueprint for the files of the Bureau of Ships and one for the files of any other bureau concerned. When so submitted the contractor shall furnish the bureau's inspector with one copy for his use, as soon as approved tracing is returned with bureau's approval.

5. Where type B drawings are taken from tracings previously approved by the bureau for other vessels, or are tracings made from approved drawings of other builders a note shall be made of bureau number previously assigned, together with notation "Modified", if modification has been made. If a new drawing is prepared it shall bear a note indicating that it supersedes the previous drawing number.

6. Any alteration made on a type B drawing during the progress of work shall require procedure to obtain approval in the same manner as in the case of the original. Copies of the new or altered drawing, if approval is obtained, shall be supplied as in the case of the original. If alterations are thus authorized and no new drawing is made, the altered drawing shall carry a table of alterations serially numbered and arranged in a table giving date, nature of each alteration, and reference authority for change; such alteration tables shall indicate the character of the original design features which have been altered. The bureau's inspector shall certify approved alterations as in the case of the original drawing.

7. Two blueprint copies on paper of all finally approved type "B" drawings shall be supplied by the contractor with each vessel delivered to take the place of type D drawings, if the complete set of type D drawings is not ready at time of delivery. One set of such blueprints showing the machinery and electrical installations as finally approved shall be delivered to the Commanding Officer of each vessel via the supervisor of shipbuilding, and the other set forwarded via the supervisor to the commandant of each vessel's home navy yard.

8. In the purchase of equipment for vessels directly by the Navy Department, type B drawings shall be furnished for the bureau's action prior to fabrication of any material, unless the contract specifically states otherwise. In such case the method of procedure shall be identical with that outlined above. The drawings shall likewise be forwarded in triplicate with additional copies for each of the other bureaus concerned, unless the contract states otherwise.

S1-1-f.  Type C drawings.

1. Type C drawings shall consist of such drawings as are necessary to amplify information supplied to sub-contractors with orders, copies thereof being required by the bureau inspectors in making inspection at the works of the sub-contractors.

2. Such drawings may be copies of type B plans previously approved or any other form of drawing the contractor may desire to use. Copies of such drawings shall be furnished complete with each copy of the order. All drawings

S1-1

—12—

shall be clearly marked to show either shipbuilder's order number or Navy contract number to facilitate identification. Orders are required to be submitted to the bureau's inspector in quadruplicate. The bureau's inspector will supply the bureau and other inspectors at the works of sub-contractors with copies as necessary.

3.  Orders for steel castings or forgings shall always be accompanied by type C drawings.

S1-1-g.  Type D drawings.

1.  Type D drawings shall consist of accurate hand tracings in india ink or photographic tracings on tracing cloth for all finished work, and shall be sufficiently extensive in detail to enable parts of the machinery and electrical installation of a vessel to be duplicated without additional drawings, and shall contain sufficient information to permit any part to be readily identified in orders for replacement; for the latter purpose only, photographs mounted on standard size cloth back sheets with part numbers clearly marked thereon will be acceptable to amplify and simplify, but not to replace the regular assembly drawings.  (Except as modified under par. S1-1-k.)

2.  Assembly drawings shall show the name of all major parts of the apparatus or subassemblies which appear on other plans.  All clearances affecting the assembling of detail parts shall be clearly indicated, together with any other information required for the proper adjustment of those parts.  Any information, not otherwise furnished in instruction books, pertaining to the operation of the apparatus shall be indicated.

3.  Where photographic tracings are supplied, reproductions made from the manufacturer's own shop tracings, will, in general, be acceptable.  However, whether photographic tracings are made from shop drawing or otherwise, no finished drawing supplied under these specifications shall show any plan or supply any information that is not strictly applicable to the apparatus or equipment for which the drawings are furnished except for certain classes of equipment which are made up of parts or subassemblies, the details of which can be indicated by the procedure specified in subparagraph S1-1-a-9.

4.  For equipment which is required to be in accordance with Navy Department Specifications 17C10, 17C17, 17G7, 17G8, 17W10, and 17W17;  the plans shall conform to the requirements specified therein, except that for type D plans, the number of sets, size, arrangements, title, and form shall conform to the requirements specified herein.

5.  When a contractor for a given class of equipment is in doubt as to the character of the type D drawings required by the bureau, it is suggested that a representative set of drawings covering a characteristic item of equipment be submitted to the bureau in triplicate for approval. The bureau will then retain one set of such drawings, and return one corrected set to the contractor, and send one corrected set to the bureau's inspector having cognizance, for use in checking drawings delivered on contract.

S1-1

-13-

6. All type D drawings shall be furnished complete within 4 months after a vessel has been delivered by the contractor unless the contract specifically states otherwise.

7. Where contracts for the construction of two or more vessels of the same design are awarded to one contractor, under contracts for which bids were opened at the same time, original finished tracings or photographic tracings for the bureau and for distribution to Navy Yards are required only as for one vessel, whenever the apparatus covered is identical. If not identical, separate and complete sets of tracings or photographic tracings for the bureau and for navy yards for all items which differ shall be furnished for each vessel so affected. When more than one vessel is covered by a drawing, the designation, name, and contract number for each vessel to which the drawing applies shall appear thereon.

8. Unless otherwise specified, sets of type D drawings shall be furnished in number and for the purpose indicated as follows:

(a) One complete set of hand tracings or photographic tracings for each group of similar vessels on order from the same contractor for the files of the bureau.

(b) Seven complete sets as in (a) above to the bureau's inspector for distribution to navy yards, as directed by the bureau.

(c) One complete set of blueprints for each vessel built containing only the items pertaining to that vessel; this set shall be supplied to the vessel via the supervisor of shipbuilding.

9. The type D drawings furnished for the machinery installation and electrical plant shall be indexed by the shipbuilder. Indexing shall be done with india ink and conform to size and styles shown on Bureau of Ships plan 385691 (see reproduction attached). The index number shall correspond to the official designation of the vessel, the group number shall conform to the Navy Filing Manual, and the file number shall conform to the master index sheets for machinery and electrical plans. Where a set of plans applies to a group of two or more vessels, all plans shall be indexed under the lowest numbered vessel of the group; in special cases where plans do not apply to all vessels of the group, such plans shall be indexed under the lowest numbered vessel of that group, and a notation made in or near the title to designate the vessel or vessels to which the plans are applicable.

10. The bureau will supply a set of blank index forms for type D drawings which will be filled in by the shipbuilder with india ink, after which the shipbuilder will make blue-line print copies of these forms for each set of plans; the indexed forms will be forwarded to the bureau with the set of type D drawings intended for the bureau's files, and set of blue-line copies will accompany each other set of these drawings.

11. Each set shall be wrapped in a waterproof wrapper and be packed separately, ready for shipment, in flat, strong, wooden cases, in which the sheets shall be so secured that it will be impossible for them to be displaced or crumpled during handling. Sets of machinery, electrical, and radio drawings for the same vessel may be boxed together.

S1-1

-14-

12.  In the purchase of equipment for vessels by direct contract with the bureau, type D drawings conforming to the requirements of the above paragraphs shall be furnished by the contractor with the delivery of the completed material in number of sets as required by the contract.

13.  No type D finished plans will be required for the interior communication equipment listed in subparagraph S1-1-h-6(f).

S1-1-h.  Instruction books and pamphlets.

1.  Instruction books will be furnished by contractors and sub-contractors for main propelling machinery, boilers, air compressors, main forced draft blowers, centrifugal pumps as required by Subsection S47-2, positive displacement rotary pumps as required by Subsection S47-3 and other auxiliary machinery, electrical installations and other important naval equipment furnished by them.  These instruction books will contain all necessary pertinent information to insure efficient and economical use of the equipment, such data and information as may be required by the applicable specifications under which furnished, and in general, the following:

(a)  General description, including also sufficient sketches, illustrations, and sectional assemblies with appropriate references to drawing numbers and titles.

(b)  Installation instructions.

(c)  Operating instructions.

(d)  Instructions for care and maintenance.

(e)  Safety precautions.

(f)  Index.

(g)  For interior communication equipment listed in subparagraph S1-1-h-6(f) reproductions of approved type B plans.

The books will be printed on a strong grade of paper using a medium size type so as to render easy reading.  The size of the printed page shall be approximately 8-1/2 by 10-1/2 inches.

2.  The instruction books shall be covered with a strong durable cover of black leather, leatherette, fabrikoid or similar approved material and shall be bound securely so as to prevent detachment of either the covering or the pages.  The size of the cover shall be approximately 9 by 11 inches. The front cover shall contain the following information:

(a)  Sufficient descriptive data to enable ready identification.

(b)  Name and number of all vessels to which the equipment applies.

(c)  Contract numbers under which equipment was purchased.  If more than one contract number is shown, the vessels supplied under each contract shall be indicated.

(d)  Manufacturer's name and address.

A sample of the complete books shall be submitted to the bureau for approval before final printing.

S1-1

-15-

3. A contractor furnishing more than one set or type of equipment, subject to bureau approval, may incorporate the instruction books of similar or allied equipment in one binder, providing the binder does not become bulky and more difficult to use.

4. The bureau will consider requests by contractors in special cases to furnish descriptive pamphlets instead of instruction books. Such pamphlets shall contain sufficient information to insure that the operating personnel can operate and maintain the equipment properly. The pamphlets shall be bound in a durable cover as described in subparagraph S1-1-h-2.

5. All copies of instruction books required shall be delivered to the supervisor of shipbuilding prior to the delivery of each vessel. Sufficient copies shall be supplied for distribution by the supervisor of shipbuilding as follows:

(a) Five to the Bureau of Ships.

(b) Ten to the commanding officer of each vessel, in the case of battleships, cruisers, and aircraft carriers, and five for each other type of vessel.

(c) Two to the Superintendent of the United States Naval Academy.

(d) Six books relating only to submarine equipment to the commander, submarine base, New London, Conn., for the submarine school.

(e) In the case of vessels built at navy yards additional books shall be furnished as follows:

(1) Two for the Commandant, Navy Yard, Brooklyn, N. Y.
(2) Three for each building yard.

(f) Two of equipment listed in subparagraph S1-1-h-6(f) to each navy yard, except Cavite, P. I., Portsmouth, N. H. and Charleston, S. C.

6. Instruction books shall in all cases be furnished for the following types of equipment wherever installed:

(a) Electrical propulsion equipments for all classes of vessels.
(b) Oil engines of all types, whether for propulsion purposes or not.
(c) Gasoline engines of all types.
(d) Main propulsion turbines.
(e) All turbines for driving electric generators.
(f) Propulsion reduction gears.
(g) Oil-burning equipment.
(h) Distilling plants.

Case 2:12-cv-03013-SVW-PJW   Document 128-11   Filed 02/11/13   Page 98 of 100   Page ID #:3153

S1-1

    (i) Refrigerating plants and boxes.
    (j) Storage batteries, submarine propulsion.
    (k) All auxiliary machinery of new unusual design.
    (l) Interior communication equipment:
        (1) Electric clocks.
        (2) Telegraph systems.
    (3) Battery powered telephones.
    (4) Sound-powered telephones.
    (5) General announcing system.
    (6) Under-water log.
    (7) Shaft-revolution indicator system.
    (8) Fire-alarm system.
    (9) Salinity indicator system.
    (10) Automatic telephone system.
    (11) Sound motion picture system.
    (12) Wind direction and intensity system.
    (13) High powered announcing system.
    (14) Electrical character transmission system.

S1-1-i. Record of electrical installation:

    1. Complete information and illustrative matter in connection with the details, layout, test, and operation of all the electrical equipment of a vessel shall be compiled by the contractor and bound by him into a convenient record of the electrical installation; information concerning radio equipment, and the underwater sound system shall not be included, except items connected with the power supply therefor, such as motor generators, etc. Arrangements to include information concerning items of the electrical installation not under the cognizance of the Bureau of Ships shall be made by the contractor with the assistance and to the satisfaction of the supervisor of shipbuilding.

    2. In general, the material included shall contain full information in regard to general appearance, details of construction, operation, connections, maintenance, shop test data, and shipboard test data (for standard test forms for electrical tests, see Appendix I) of all electrical machinery, instruments, fittings, appliances, etc., except such as may be covered by bureau standard plans and those excepted by subparagraph S1-1-i-1. For illustrative purposes, blueprints, photographs, cuts, or other suitable reproductions may be used and these shall be properly numbered or lettered to accompany the text; scales shall not be reduced to a size which would render reproductions difficult to read. Every type of instrument employed in the interior communication and signal systems, as well as generators, motors, controllers, searchlights, rheostats, circuit breakers, storage batteries, switchboards, panels, switchboard instruments, etc., shall be included, with the manufacturer's instructions, testing methods, nomenclature, catalog designation, and ordering instructions therefor. Elementary wiring diagrams shall be included in conjunction with other description and test data for electrical installations. Descriptions and plans of items furnished by the government shall be obtained from the bureau concerned by the contractor and included in the final compilation.

S1-1

—17—

3. All matter as finally compiled shall be grouped and carefully indexed; the grouping shall be on general lines, as, for example: (a) general, (b) distribution, (c) power, (d) lighting, (e) interior communication, (f) signals, (g) storage batteries, etc. The text may be printed or multigraphed and extracts from manufacturer's catalog covering the apparatus concerned may be bound directly in the record if of convenient size.

4. All copies of the record shall be delivered to the supervisor of shipbuilding prior to the delivery of each vessel. The records shall be grouped into volumes for distribution on the following described basis:

## Record of Electrical Installation

VOLUME I — Description.

NOTE 1. — This shall include all of the required information and illustrative matter.

NOTE 2. — This volume may cover a group of vessels when the matter is common to all the vessels of a group.

VOLUME II — Record of Electrical Tests.

NOTE 3. — This shall include blueprint copies of all of the required authenticated electrical tests' records – factory, supplementary factory and shipboard – of the electrical driven auxiliaries, electrical equipment and electrical installation.

NOTE 4. — This volume will apply to only one vessel.

## DISTRIBUTION OF BOUND COPIES

| Copies to | Volume I | Volume II |
|---|---|---|
| Bureau of Ships | 3 (original and 2 copies) | 2 (original and 1 copy) |
| Commanding Officer of each vessel of group | 1 | 1 |
| Commandant or supervisor of shipbuilding (at building yard as applicable) | 1 | 1 |
| Navy Yards (same as receive finished plans) | 7 | 0 |
| Bureau of Ordnance | 1 | 0 |
| Superintendent of Naval Academy | 1 | 0 |

NOTE 5. The original reports from which the blueprint copies are made shall be bound in a cover in the same manner as the blueprint copies.

S1-1.

-18-

5. Any original tracings or extra copies of subject matter specially pre-
pared for the record by the contractor, shall be finally forwarded to the bureau.

6. Every precaution should be observed to see that none of the information
compiled in the record falls into the hands of unauthorized persons; see note
at the beginning of subsection.

S1-1-j. Booklet plans of machinery.

1. Information and drawings of the systems hereinafter enumerated shall be
prepared by the contractor, and blueprint copies of same shall be bound in suit-
able paper-backed booklets by him and delivered to the supervisor of shipbuilding
prior to the delivery of each vessel. Sufficient copies shall be prepared for
distribution by the supervisor of shipbuilding, as follows:

    (a)  One to the Bureau of Ships.
    (b)  Ten to the commanding officer of each vessel in the case of
battleships, cruisers, and aircraft carriers and five for each other type of
vessel.
    (c)  One to each navy yard.
    (d)  Two to the Superintendent of the United States Naval Academy.

2. After all copies have been made the original tracings prepared for the
booklets shall be forwarded to the bureau for its files.

3. Drawings for the booklet plans of machinery shall be submitted to the
bureau for approval before final tracing. The final form of the drawings
supplied shall be as finished tracings on cloth, in sheets 14 by 34 inches with
a 1/2-inch margin all around, except on the left edge where a margin of 1-1/2-
inches shall be left for binding. No more than one system shall be shown on
any sheet, and each system shall be complete. All valves, branches, and con-
nections to main and auxiliary machinery and equipment shall be shown.

4. Drawings shall be clear and distinct and shall show leads of all piping
connections and in skeleton diagrammatic arrangement. Copy of bureau's standard
drawing may be requested as indicative of what is required. (See bureau type
plan 6-Y-374.) At least one tracing showing each of the following systems and
connections, as installed in plan, and one showing each as installed in elevation
shall be furnished. Certain systems may be shown for each deck if desirable.

For all vessels, except submarines:

    (a)  Main and auxiliary steam piping.
    (b)  Boiler feed; suction, discharge, and make-up feed piping.
    (c)  Auxiliary exhaust piping.
    (d)  Fresh-water tanks; filling and suction piping.
    (e)  Fire and bilge; suction and discharge piping.