S1-1

-19-

(f) Distilling plant; all piping.
(g) Refrigerating plant; refrigerant, brine, and water piping.
(h) Steam heating plant; steam and drain piping.
(i) Pantry, galley, laundry, and bath; fresh-water supply; steam and drain piping.
(j) Low-pressure steam drainage; piping and traps.
(k) High-pressure steam drainage; piping and traps.
(l) Main turbine glands; steam supply, leak-off piping, and steam-leakage-recovery system.
(m) Main propelling machinery; lubricating oil supply return and purification system.
(n) Lubricating oil tanks; filling and suction piping.
(o) Sea valves; suction and discharge connections.
(p) Compressed air; deck and machinery supply system.
(q) Fuel oil; tank filling and suction piping.
(r) Fuel oil; tank heating system, complete.
(s) Fuel oil; burner supply piping to boilers, galley incinerator, and other special services.
(t) Electric cable, electric-propulsion arrangement, generators via control station to motors, excitation and control systems.
(u) Electric-propulsion switching system.
(v) Ventilation piping; supply and exhaust for machinery spaces.
(w) Such other additional systems as the Bureau may specify in the individual case.

NOTE:— For destroyers and other small types of vessels where any of the above enumerated systems are not extensive, two or more can be combined and shown on the same sheet if convenient.

5. For heavy-oil engine installations (submarines), items (d), (f), (g), (h), (i), (n), (o), (q), (s), (t), and (u) shall be furnished as given in the foregoing subparagraph and the following additional items:

(a) Forced lubrication and piston cooling; supply, return, and purification system.
(b) Compressed air; scavenging, supercharging, and starting system.
(c) Compressed air; ship's high-pressure system.
(d) Compressed air; ship's low-pressure system.
(e) Automatic fuel compensating system.
(f) Main and auxiliary water systems.

S1-1

-20-

6.  In addition to the foregoing plans, general data for all vessels shall be supplied made up on a similar tracing, and a general synopsis of the official contract trials.  The letter will be furnished to the contractor by the bureau, via the supervisor of shipbuilding.  The general data required shall include the following items, covering dimensions and outstanding characteristics:

(a)  Hull.
(b)  Propelling machinery.
(c)  Shafting and bearings.
(d)  Propellers.
(e)  Boilers.
(f)  Pumps.
(g)  Auxiliary machinery.
(h)  Condensers and vacuum equipment.
(i)  Lubricating oil capacity and storage.
(j)  Fuel capacity and storage.
(k)  Fresh-water capacity and storage.
(l)  Speeds and performance characteristics on official trials.

S1-1-k.  Type B and D drawings — list of plans.

1.  In order to obtain uniformity in the preparation of type B, and particularly type D drawings, the following lists of subject items for such drawings are given.  For certain vessels some items listed do not apply; for others, necessary items may have been omitted.  The lists are not intended to be exhaustive but are furnished only as a general guide; omission of any important item shall not be construed to relieve the contractor of the responsibility for furnishing either type B or type D drawings; pertaining to same if required.  It is understood that these items are meant to include only work which is under the cognizance of the Bureau of Ships.

2.  For the following items, arrangement or assembly drawings will be required with such detail drawings or information as are necessary for a clear understanding of the item and to permit reproduction of parts which are subject to wear or breakage and which may require replacement.  The details of parts may be made on the same sheet as the arrangement or assembly plan, may be in form of a descriptive note, or may be on one or more separate sheets.

(a)  Bilge drainage system, machinery spaces.
(b)  Blacksmith shop.
(c)  Feed regulators.
(d)  Fire extinguishers, machinery spaces (steam).
(e)  Floor plates, machinery space.
(f)  Forced-draft system.
(g)  Foundations, important machinery.
(h)  Foundry.
(i)  Gear, locking, main and bilge injection, distance, valve operating.

S1-1

-21-

    (j) General workshop.
    (k) Gratings, machinery spaces.
    (l) Guards, main propulsion units.
    (m) Heating system:
        (1) Steam, living spaces.
        (2) Coils, fuel-oil tanks.
    (n) Indicators:
        (1) Temperatures.
        (2) Fuel-oil tank gage.
        (3) Smoke.
    (o) Ladders, machinery spaces.
    (p) Lagging and heat insulation.
    (q) Oil purification apparatus.
    (r) Piping.
    (s) Protective devices, electric propulsion controls.
    (t) Shop arrangements.
    (u) Sirens, steam (arrangement of piping and mechanical pulls).
    (v) Smoke pipes.
    (w) Switching structure, electric propulsion control.
    (x) Tanks, air.
    (y) Trial equipment.
    (z) Uptakes, boiler.
    (aa) Valves:
        (1) Sentinel.
        (2) Sluice, gate.
    (bb) Ventilating system, machinery spaces.
    (cc) Whistles, steam and electric (arrangement of piping and mechan-
        ical pulls).

    3. For the following items, assembly and complete detail plans will be
required:

    (a) Air accumulators:
        (1) Compressors.
        (2) Ejecting apparatus for condensers.
        (3) Flasks and plugs, Diesel engines.
        (4) Starting and reversing gears, Diesel engines.
    (b) Augmenters, vacuum.
    (c) Bearings:
        (1) Main shafting.
        (2) Main thrust.
        (3) Turbine thrust.
    (d) Blowers:
        (1) Ventilating, electric propulsion equipment.
        (2) Forced draft, fire rooms.
        (3) Soot.
    (e) Boilers:
        (1) Auxiliary.
        (2) Main.
    (f) Bolts, holding down, main propulsion units.
    (g) Cables, electric propulsion units.
    (h) Circuit breakers.
    (i) Clocks, electrical.

S1-1

-22-

 (j) Clutch gear, main propulsion.
 (k) Condensers.
 (l) Coolers.
  (1) Air.
  (2) Oil.
  (3) Water.
 (m) Distilling plant and auxiliary equipment.
 (n) Eductors.
 (o) Engines, main propelling.
 (p) Expansion couplings, shaft.
 (q) Expansion joints for piping.
 (r) Fair-waters.
 (s) Filters, lubricating oil.
 (t) Gages:
  (1) Bridge.
  (2) Turbine clearance.
 (u) Gear, lifting:
  (1) Lifting, for important machinery.
  (2) Operating:
   (a) Main engines.
   (b) Smoke pipe.
   (c) Damper.
   (d) Valve.
  (3) Turning or jacking, main propulsion units.
 (v) Generators, main propelling.
 (w) Governors:
  (1) Auxiliary units.
  (2) Main propulsion units.
 (x) Grease extractors.
 (y) Heaters:
  (1) Water.
  (2) Oil.
 (z) Indicator gear:
  (1) Auxiliary units.
  (2) Main engines.
 (aa) Indicators:
  (1) Revolution.
  (2) Salinity.
 (bb) Insulators, electric propulsion cable.
 (cc) Interlocks, electric propulsion.
 (dd) Lubrication:
  (1) Auxiliary units.
  (2) Main propulsion units.
 (ee) Mandrels for white metal, main bearings.
 (ff) Manifolds and all important piping.
 (gg) Meters, torsion.
 (hh) Micrometer gear, main propulsion units.
 (ii) Motors, electric propulsion.
 (jj) Mufflers, exhaust, Diesel engines.
 (kk) Oil fuel system.

S1-1

-23-

(ll) Packing:
    (1) Gland:
        (a) Auxiliary turbine.
        (b) Main turbines.
    (2) Metallic, main engines.
(mm) Potheads, propulsion cables.
(nn) Propellers.
(oo) Pumps.
(pp) Reduction gear, main propulsion units.
(qq) Refrigerating plant.
(rr) Relays, electric propulsion control.
(ss) Rheostats, electric propulsion control.
(tt) Separators:
    (1) Oil.
    (2) Steam.
(uu) Shafting, main propulsion.
(vv) Strainers:
    (1) Macomb.
    (2) Oil.
    (3) Steam.
(ww) Stuffing boxes:
    (1) Bulkhead:
        (a) Pipe.
        (b) Shaft.
    (2) Main engine.
    (3) Stern tube.
(xx) Switchboards, electric propulsion control.
(yy) Switches, electric propulsion control.
(zz) Tanks:
    (1) Air.
    (2) Feed and filter.
    (3) Ice making.
    (4) Oil.
(aaa) Tools, special.
(bbb) Transformers, electric propulsion.
(ccc) Turbine, special control, main propulsion units.
(ddd) Turbines:
    (1) Auxiliary.
    (2) Main propulsion.
(eee) Valves:
    (1) Boiler blow.
    (2) Check.
    (3) Feed stop and check.
    (4) Composition gate above 2-1/2-inches (where not standard).
    (5) Composition globe, angle and cross above 2-1/2-inches
        (where not standard).
    (6) Injection.
    (7) Reducing or regulating.
    (8) Relief.
    (9) Safety, boiler.
    (10) Sea.
    (11) Spring-loaded or pressure-regulating, exhaust.
    (12) Stop, boiler.
    (13) Throttle.
    (14) Toggle operated stop and cut out valves in the main steam lines.

S1-1

-24-

4. For certain classes of equipment, such as those where mechanical fit is not an object, where it may be manifestly impracticable for the manufacture of replacement parts to be attempted by naval personnel, or where the item in question is in accordance with approved naval standards or so standardized industrially as to be readily obtainable by purchase in practically any United States port, types B and D drawings in the form specified above will not be required. In lieu of hand tracings or photographic tracings, however, sufficient information shall be supplied by photographs, illustrations, printed matter, etc., to enable the equipment in question to be readily understood and to permit all parts to be ordered for replacement. The following list of items is given as indicative of equipment covered in this subparagraph:

    (a) Bolt forcers.
    (b) Calorimeters.
    (c) Chain blocks.
    (d) Cleaners, tube.
    (e) Clocks, nonelectrical.
    (f) Electrical metering instruments, switchboard and portable.
    (g) Flue-gas analyzing outfits.
    (h) Fuses.
    (i) Gages (steam, vacuum, air, water, and oil) except special types.
    (j) Indicators:
        (1) Diesel engine.
        (2) Steam engine.
    (k) Instruments, electric propulsion.
    (l) Joints, universal.
    (m) Machine tools (except motors and other electrical equipment).
    (n) Meters:
        (1) Oil.
        (2) Water.
    (o) Pipe fittings.
    (p) Pyrometers.
    (q) Springs.
    (r) Thermometers.
    (s) Transformers, instruments.
    (t) Tools:
        (1) Hand (except special wrenches, etc.)
        (2) Machine (except motors and other electrical equipment).
        (3) Workshop.
    (u) Traps, except vacuum traps for turbine drainage.
    (v) Valves:
        (1) Made from bureau standard plans, Bureau of Ships (INT) specifications, Navy Department specifications, or Supplementary General Specifications, except toggle operated stop and cut-out valves in main steam line.
        (2) Composition gate, globe, angle and cross, 2-1/2-inches and under.

S1-1

—25—

5. The following items for plans of electrical installation of vessels are listed to be furnished by the contractor:

(a) Power system:

(1) Elementary diagram of power distribution system (refer to type and contract plans. See also subpar. S1-1-k-5(e)(1)).
(2) Electrical data for motor driven auxiliaries (standard form, Bureau drawing 9-S-4729-L).
(3) Power analysis and summary of feeders (standard form for A.C. Bureau drawing 9-S-4704-L. See also subpar. S1-1-k-5(g)(5)).
(4) Isometric wiring diagram of Battle and General systems.
(5) Isometric wiring diagram of Emergency system (including portable storage battery leads and charging circuits).
(6) Elementary diagram of bus tie feeders between switchboards, generator cables and shore connection cables.
(7) Elementary diagram of control, interlock and indicating connections (circuits) between switchboards.
(8) Elementary diagram of vent sets power and control, and vent system closures and control.
(9) Elementary diagram of electric furnace power and control.
(10) Elementary diagram of all systems of remote control of circuits.
(11) Elementary diagram of control and starting circuits of emergency generator starting.
(12) Isometric diagram of heating, starting, and radio testing installations.
(13) Isometric wiring diagram of power circuits in gun turrets and mounts.
(14) Isometric wiring diagram of cable leads for main propulsion (also an elementary wiring diagram).
(15) Working wiring deck plans.
(16) List of feeders and mains of Battle, General, and Emergency systems (standard form Bureau drawing 9-S-4746-L).
(17) List showing switch arrangements, loads, fusing, etc., of distribution panels.
(18) Summary list of all storage batteries on vessel showing charging arrangements.
(19) Complete list of transformers with load data.

(b) Lighting system:

(1) List of lighting fixtures and appliances with symbols (standard form, Bureau drawing 9-S-4905-L. See also subpar. S1-1-k-5(b)(15).
(2) Isometric wiring diagram of Battle and General systems.
(3) Isometric wiring diagram of Emergency system.
(4) Outline plan of vessel showing exact locations of all search-lights, running, anchor, and signal lights.
(5) Elementary wiring diagram of running, anchor, and signal lights.
(6) Isometric wiring diagram of running, anchor, and signal lights.

31-1

-26-

    (7)   Isometric wiring diagram of lighting circuits in gun turrets and mounts and torpedo mounts.
    (8)   Plan showing locations of all flight deck lights.
    (9)   Elementary diagram of circuits of all flight deck lights.
   (10)   Elementary diagram of control of all flight deck lights.
   (11)   Elementary diagram of control of hanger deck lighting.
   (12)   Elementary diagram of remote control of general lighting.
   (13)   Working wiring deck plans.
   (14)   List of feeders and mains of Battle, General, and Emergency systems (standard form, bureau drawing 9-S-4745-L).
   (15)   List showing switch arrangements, loads, fusing, etc. of distribution panels.
   (16)   Load, analysis and summary of feeders (standard form for A. C. bureau drawing 9-S-4704-L. See also subpar. 31-1-k-5(a)(3)).
   (17)   Summary of lighting system equipment (standard form, bureau drawing 9-S-4905-L. See also subpar. 31-1-k-5(b)(1)).
   (18)   Illumination survey data (standard form, bureau drawing 9-S-4901-L).

(c) Interior-communication and fire-control systems:

    (1)   Elementary wiring diagram of each interior-communication and fire control system. The Government will supply type B and type D plans of elementary wiring diagrams of self-synchronous fire-control circuits.
    (2)   Diagram of current supply to interior-communication switchboards.
    (3)   List of voice-tube outlets.
    (4)   List of telephones (sound powered, automatic announcing).
    (5)   Isometric wiring diagram of each interior-communication and fire-control system.
    (6)   Load summary of all circuits emanating from interior-communication switchboards (standard form, bureau drawing 9-S-5112-L).
    (7)   Deck plans (1/4-inch scale on surface ships, 3/8-inch scale on submarines); separate sets of plans for interior-communication and fire-control systems.
    (8)   Summary of interior-communication and fire-control equipment (standard form, bureau plan 9-S-5113-L).
    (9)   Plans showing the mounting arrangements in the ship of:

       (a)   Shaft revolution transmitters.
       (b)   Underwater log rodmeter and transmitter.

(d) General plans for all miscellaneous electrical systems and installations in the following spaces (these plans are in addition to those submitted as purely general arrangement plans for joint approval of the bureau concerned):

    (1)   Wireways.
       (a)   Wireway deck plans. - Composite for all systems - power lighting, I.C., F.C., radio, sound, steering gear selsyn, etc. including thereon the following minimum information:
          (1):   Location of runs.
          (2):   Approximate space dimensions of runs.
          (3):   Designation of methods of support used for each section of runs.

SI—1

-27-

(4) Designation of sections (and plan numbers for same) for which
wireway details are shown on separate plans.
(5) Cables in the runs - showing for each:
(a) Circuit number.
(b) Cable type and size.

These plans shall be developed in collaboration with the development of the ma-
chinery arrangement (and prior to fixing such arrangement), so as to insure
compliance with all cable arrangement (including circuit trunking) and installa-
tion specification requirements, allotment of space, etc.

(b) Wireway details. - As necessary, including the following minimum infor-
mation:
(1) Arrangement (vertical) of cables in main wireway racks.
(2) Arrangement in gun-director trunk.
(3) Arrangement of gun mounts.
(4) Wiring tunnels.
(5) Arrangements at important locations, such as engine and
fireroom bulkheads, vicinity of main switchboards I.C.
and F.C. switchboards, etc.

NOTE: - Detail data such as shop drilling data for stuffing tubes in decks
and bulkheads, etc., are not required for type D and D plans.

The nature of these plans (wireway details) will not permit specific check-
ing for complete approval by the bureau, and therefore the local supervisor
of shipbuilding will act on such plans, and by close follow up shall be re-
sponsible for design and installation being in as full compliance as practi-
cable with the requirements and intent of the applicable specifications.
Also in this connection, regardless of whether shown on detail plans or not,
departures from specifications (including standard installation methods) will
be approved by the supervisor of shipbuilding upon installation only in in-
stances where the installation is such that such departure is necessary.
Copies of such plans given local approval shall be furnished for the informa-
tion and files of the bureau. Any particular matters in connection with these
matters (wireway details) on which the bureau's decision is considered neces-
sary, shall be submitted with full particulars and recommendations.

(2) Dynamo flats. - Diesel engine generator rooms - switchboard rooms
etc. (to show arrangements of generator sets, rheostats, voltage
regulator units, switchboards).
(3) Storage-battery compartment and arrangement of battery-charging
station.
(4) Arrangement of electrical workshop.
(5) Steering-gear room.
(6) Turrets and mounts.
(7) Turret.
(a) Column and base.
(b) Castings.

S1-1

-28-

(8)  Torpedo tubes.
(9)  Torpedo rooms.
(10)  Refrigerating plant spaces.
(11)  Machinery spaces.
(12)  Boiler rooms.
(13)  Motor rooms.
(14)  Bridge.
(15)  Central station.
(16)  Chart house.
(17)  Conning tower.
(18)  Armored access and wiring tubes.
(19)  Control rooms.
(20)  Maneuvering rooms.
(21)  Fire-control and director stations.
(22)  Gyro rooms.
(23)  Interior-communication room.
(24)  Cable installations at exposed guns and directors.
(25)  Masts.
(26)  Pilot house.
(27)  Plotting rooms
(28)  Photographic laboratory.

(e) Miscellaneous.

(1)  Schedule of type B plans of electrical installation. -- This schedule shall consist of a tabulation of the plans required of the electrical installation of the vessel or vessels concerned, listing in parallel columns: (a) The titles; (b) the contractors plan numbers (with column for alteration numbers); (c) the Bureau of Ships plan numbers (with column for alteration numbers; (d) the estimated date of submission for approval and (e) remarks; additional columns may be added to suit the contractors convenience.

(2)  A plan listing all methods of supporting cables, fixtures, panels, appliances, etc., by bureau plan, alteration, and method numbers as used; and delineating any proposed methods which are departures from the bureau standard methods. Also plans shall be furnished of any nonstandard (special) fixtures and appliances used.

(3)  Diagrammatic wiring plan of power and lighting systems and diagram of connections of generator and distribution switchboard as required for proper care and operation of the electric plant. (Refer to subpar. S1-1-k-5(a)(2)). The plans shall be reduced to a size that is legible and can conveniently be handled, and mounted in one of the following ways:

(a)  On sheet metal or other suitable rigid material and covered with a transparent sheet. These plans shall be uniform in size and mounted in a suitable case so that they can be hinged or slipped out for inspection. The individual sheets shall not be removable.

(b)  As photo reproductions on linen-cloth sheets of uniform size suitable for keeping in plan book form. The book shall consist of steel binders, approximately 20 inches x 12 inches over-all covered with artificial leather with title of book and

name and number of vessel or vessels stamped thereon in gold let-
ters.  One book to be permanently located at each main and emer-
gency switchboard and one in the Log Room.

(4) List of electrical weights showing manufacturer's or contractor's draw-
ing numbers, bureau drawing numbers, quantity, unit weights, and total
weights, in pounds, of all electrical material installed, whether fur-
nished by the contractor or bureau.  (Bureau standard form, bureau
drawing 9-S-3617-L.)

(f) All electrical apparatus and equipments.  (Refer to detail requirements of
applicable Subsections of General Specifications for Machinery, Supplementary Gener-
al Specifications for Machinery, Bureau of Ships (INT) specifications, and Navy De-
partment specifications.)

6.  The following type B and D plans of the radio installation in vessels shall be
furnished by the shipbuilding contractor.  Type B radio plans should be submitted
for approval separate from all other plans and in any order desired.  It is not in-
tended that the approval of radio plans will, in any way, affect the plans of the
electrical, interior communication, underwater sound, or other equipment installed
in radio spaces.  All plans required hereunder shall be indexed under file Group S67.

(a) Wiring:

(1) Elementary diagram of complete radio installation in vessel (exclu-
sive of broadcast receiving antenna distribution system).
(2) Isometric diagram of complete radio installation in vessel (exclusive
of broadcast receiving antenna distribution system).
(3) Elementary diagram of complete radio broadcast receiving antenna
distribution system.
(4) Isometric diagram of radio broadcast antenna distribution system.

(b) Arrangement:

(1) General arrangement of each radio space in vessel (including radio
central, radio transmitter room, emergency station, direction finder
stations, motor-generator rooms, etc., where applicable).
(2) General arrangement of all topside transmitting and receiving anten-
nas (including rod, whip and special types).
(3) General arrangement of antenna trunks and lead-ins and/or transmis-
sion lines.

(c) Miscellaneous:

(1) Detailed plans and/or instruction books for all radio equipment or
special material furnished by the contractor.  (Detailed plans and
instruction books of "Government Furnished" radio equipment are not
required to be furnished by the shipbuilding contractor).
(2) List of all items of equipment comprising the complete radio instal-
lation.

7.  The shipbuilding contractor shall furnish the following type B and D plans
of the underwater sound and electric visual signalling installations.  The type
B plans of these two systems should be submitted for approval separate from all
other plans and in any order desired.  It is not intended that the approval of

S1-1

-30-

communication or other equipment installed within the same space as the under-
water sound equipment. The plans required hereunder of the electric visual
signalling equipment shall be indexed under file Group S66 and those of the
underwater sound system under file Group S68.

   (a)  Wiring:

       (1)  Elementary diagram of the complete electric visual signalling
            system.
       (2)  Isometric diagram of the complete electric visual signalling
            system.
       (3)  Elementary diagram of the complete underwater sound system.
       (4)  Isometric diagram of the complete underwater sound system.

   (b)  Arrangement:

       (1)  Arrangement plan indicating the location of each unit of the
            electric visual signalling system.

       (2)  Arrangement of each underwater sound space and of other spaces
            in which units of the underwater sound are installed, including
            sea chests and hull fittings.

   (c)  Miscellaneous:

       (1)  Detailed plans and/or instruction books for all electric visual
            signalling and underwater sound equipment or associated special
            material furnished by the shipbuilding contractor.  (Detailed
            plans and instruction books of "Government Furnished" equipments
            are not required to be furnished by the shipbuilding contractor).
       (2)  List of all items of electric visual signalling and underwater
            sound equipment comprising the complete installation.

S1-1-l.  Electrical plan requirements.

   1.   Plans showing runs of wire leads and structural work together shall have
the wire leads shown as heavy lines, and structural work (outlines of decks,
bulkheads, etc.) in light lines.

   2.   All working deck plans and general arrangement plans showing electrical
wiring, shall have all structural work shown (such as doors, hatches, skylights,
stanchions, coal chutes, manholes, removable plates, together with their names
and compartment numbers, etc.) which might in any way affect the run of the
electrical wireways.

3. The symbols used on plans to indicate types of appliances, fixtures, etc., shall be in accordance with Bureau of Ships standard plan 9-S-3744-L. Each plan on which appliances, fixtures, etc., are shown by a symbol shall, for convenient identification, have on it a table which shall show in parallel columns each symbol used with its name and/or descriptive identification; this applies in particular to isometric and working wiring deck plans. All cables shown on plans shall be identified in accordance with Subsection S28-2. Where bureau standard forms are available they shall be followed in the preparation of plans.

4. Working wiring deck plans shall be of 1/4-inch scale on surface vessels and 3/8-inch scale on submarines; or larger as required for satisfactory legibility. These plans shall be submitted after diagrammatic (elementary and isometric) plans have been approved, and shall show the proposed location and type of fixtures, approximate location of motors and motor generators, fans, I.C. instruments, and all other electrical apparatus, complete wiring, nature of wireways, and all appliances, such as feeder junction boxes, feeder distribution boxes, distribution boxes, switches, receptacles, etc.

5. Each system wiring plan shall have a reference plan table referring to all other plans of the system (this includes elementaries, isometrics, deck and feeder lists); this table shall list in parallel columns both the contractors and bureau numbers and alterations of each. In the case of deck plans, one of the decks' (preferably Hold-Ford) only, shall bear the list of reference plans and their respective alteration numbers - in case of alteration to one of the system plans, it will therefore be necessary only to change the alteration numbers of reference plans on only this single deck plan.

6. The schedule of plans of electrical installation and the elementary diagram of the power distribution system shall be submitted at the earliest practicable date after award of contract. All power systems, lighting system, and general plans as listed in subparagraph S1-1-k-5 shall be submitted for approval in the general order stated in that subparagraph.

7. On elementary and isometric wiring diagrams and on deck plans, the extensive use of single lines to represent several cables, is unsatisfactory; a limited use of single lines for this purpose will be satisfactory. However, this shall be limited to instances where a group of leads start at one point (as at a panel or terminal board) and all proceed in the same direction to end in one general vicinity - and in these instances there should be no branches off the main single line run; wherever the single line scheme is used the leads shall be carefully labelled at each end of the single line where they are again separated.

SI-1

-32-

8. All interior-communication and fire control plans shall be submitted for approval in the order stated in subparagraph SI-1-k-5 and on separate sheets. One system only shall be shown on a sheet. Additional plans which may be necessary to show special features or points not otherwise clear shall be submitted as required. Deck plans shall show general arrangement and wireways, including location of junction boxes, distribution boxes, and other principal wiring appliances. There shall be furnished sheets containing general summary of the interior-communication and fire control instruments, accessories, and wiring appliances, giving both contractor's and bureau drawing numbers.

9. The diagrams or lists of lighting feeders and mains shall show the number of each and every circuit and circuit section (feeders, mains, submains, and branches). In this numbering care must be exercised in order to leave numbers available in sequence for each spare connection in a box (each spare on a box should be shown by a stub line). Also the deck plans shall show the number of each circuit (feeders, mains, submains, and branches) which passes through a deck bulkhead, or barrier or out of the same compartment from which it is fed; refer to Subsection S28-2. This marking is intended to provide proper identification of the circuits, so as to facilitate the tracing of the circuit after installation.

10. The approved type B plans of the electrical installation shall be followed in making the actual installation except as modified by this paragraph and any major developments or deviations therefrom - which are approved locally by the supervisor of shipbuilding or the navy yard - shall be accompanied by immediate alteration of the approved type B plans involved to show such departures. By major developments or deviations is meant changes which if not shown would lead to confusion in checking or tracing a circuit or fittings. Since the installation as actually made will be in strict conformity with and shown in all important details on the type B plans, which will thus include all such major developments and alterations made and approved by local authority, it is contemplated that new tracings made of such type B plans will be furnished as the type D drawings required under paragraph SI-1-g. It shall be noted in particular, that on this basis it will not be necessary to make wiring deck plans from the work to show exact locations of cables, fixtures, etc. - it being considered sufficient that the wiring installation plans shall have cables, fixtures, appliances, etc., shown in the proper compartments in their approximate locations, irrespective of exact location, as in the case on the type B plans. No type D finished deck plans will be required of the interior-communication and fire-control systems. Where one set of type D finished plans are furnished for more than one vessel of a group, all major departures for any individual vessel or vessels shall be clearly indicated by notes on the basic plan, or by such supplementary plans as may be necessary if such departures are extensive.

-33-

11.  The general plans, required by paragraph S1-1-k-5(d), items 2 to 28 inclusive, shall be entitled "General arrangement of electrical equipment in - - - - - - - " and shall include the following minimum information:

(a)  Outline views of all electrical equipment in the compartment (shown in heavy weight lines).

(b)  Location of all stanchions, hatches, doors, vent ducts, beams, manholes, salt water pipes, fresh water pipes, etc.

(c)  Outline views of all other equipment in the compartment, such as Diesel engines, turbines, etc. (shown in light weight lines).

(d)  Outline views only of wireways.  Individual detail run of cables are specifically not desired.

(e)  A small scale sketch showing the relation of the compartment to surrounding compartments, including accesses, etc.

Where plans showing the detail run of individual cables in the various compartments are required by the shipyard they shall be entitled - "Arrangement of wiring installation in - - - - - - - ".  These plans should not be forwarded to the bureau for approval or file unless specifically requested.

S1-1-m.   Radio plan requirements.

1.  Wiring:

(a)  The elementary wiring plan of the complete radio installation in a vessel should preferably be on one sheet and include all radio apparatus to be installed in all spaces.  No other apparatus or wiring except radio should be included on this plan:  Each space, in which radio apparatus is to be installed, should be indicated on plan by an outlined area appropriately labeled and each unit of the various equipments indicated therein by block method.  Each cable between units within a space and between spaces may be indicated by single heavy lines.  Single lines to represent more than one cable should not be used.  Each lead shall be marked with cable type and designation.  Power supply wiring between the radio power panels and the apparatus, or receptacles therefor, shall be included.  Transmitter remote control, radiophone, frequency meter and receiver extension circuits and antenna bus circuits, shall be in accordance with type plans furnished by the bureau.  Interconnection of equipments shall be in accordance with installation plans or instruction books furnished by the manufacturers of the equipments or by the bureau.

(b)  The isometric wiring plan of the radio installation should include only that portion of the different decks traversed by the radio cables and transmission lines.  All cables between radio spaces, radio direction finder stations, remote control stations, motor-generator spaces, etc., shall be included on this plan.  All leads shall be marked with cable type and designation to agree with the elementary wiring plan.

S1-1

-34-

(c) The elementary wiring plan of the radio broadcast receiving antenna distribution system shall include all wiring between antenna and all outlets. The locations of antenna transformers, amplifiers, filters, branch transformers and all outlets shall be indicated on plan. Cable types and designations shall be indicated. If space permits, the isometric wiring diagram may be included on same plan with elementary wiring. The runs of all cables and the locations of all units of the system shall be shown on the isometric diagram. (See subsection S67-1).

2. Arrangement:

(a) A plan view and an elevation view of each bulkhead, in which radio apparatus or material is concerned, should be shown for each radio space, main communication station, coding room, direction finder station, motor-generator room or other space in which an appreciable amount of radio equipment is installed. Spaces in which only remote station units, such as radiophone, key-control and jackbox units are installed, need not be included on radio arrangement plans. All radio equipment and material should be indicated by heavy lines. Structural members, ventilating ducts, piping, electrical equipment, interior communication equipment and all other apparatus or material, which may or may not affect the arrangement of radio equipment, should be indicated in outline by light lines. No wiring except antenna busses, and connecting leads thereto, should be shown on arrangement plans.

(b) Arrangement plans of topside antennas shall include an elevation view (profile) and a plan view if necessary to clearly show all antennas. The plan(s) shall show all transmitting, receiving and direction finder sense antennas and their lead-ins to the point of entrance. Routing, points of attachment, yardarms, outriggers, pendants, insulators and size, type and length of wire or cable should be indicated on these plans.

(c) Arrangement plans of antenna trunks shall show the routing, size, length, size of conductor, type and number of supporting insulators and number of access openings.

3. Miscellaneous:

(a) Detailed plans and instruction books shall be furnished covering all radio equipment furnished by the contractor, except where specifically waived. This requirement is not intended to include minor items of incidental installation material such as cable, stuffing tubes, clamps, brackets, etc., but only major items of radio apparatus furnished by the contractor. Plans shall include sufficient details to permit manufacture therefrom. Instruction books shall include sufficient information to permit installation, operation and maintenance by Navy personnel. These books should be submitted to the Bureau for approval.

-35-

(b) The list of radio equipment plan shall include information grouped under the following headings where applicable - Symbol or symbol number (or both), quantity, navy model or type, description, serial number, supply voltage, ship's power required, weight, Bureau drawing number, manufacturer's drawing number, remarks, and any other information desired added by the contractor.

S1-1-n.  Underwater sound and visual signalling plan requirements.

1.  Wiring:

(a) The elementary wiring plan of each complete underwater sound and visual signalling installation in a vessel should preferably be on one sheet and include the apparatus to be installed in all spaces or locations.  No other apparatus or wiring except underwater sound or visual signalling should be included in these plans.  Each space, in which the apparatus is to be installed, should be indicated on plan by an outlined area appropriately labeled and each unit of equipment indicated therein by block method.  Each cable between units within a space and between spaces shall be indicated by single heavy lines. Single lines to represent more than one cable should not be used.  Each lead shall be marked with cable type and designation. Power supply wiring between the power panels and the apparatus shall be included   Interconnection of equipment shall be in accordance with installation plans or instruction books furnished by the manufacturer of the equipment or by the Bureau.

(b) The isometric wiring plans of the underwater sound and visual signalling installations should include only that portion of the different decks traversed by the cables.  All leads shall be marked with cable type and designation to agree with the elementary wiring plan.

2.  Arrangement:

(a) A plan view and an elevation view of each bulkhead, in which underwater sound apparatus or material is concerned, should be shown for each underwater sound space, motor-generator room or other space in which an appreciable amount of sound equipment is installed.  All sound equipment and material should be indicated by heavy lines.  Structural members, ventilating ducts, piping, electrical equipment, interior communication equipment and all other apparatus or material, which may or may not affect the arrangement of sound equipment, should be indicated in outline by light lines.

Sl-1

(b)  Arrangement plans showing the electrical visual signalling equipment shall show location of the 12-inch and 24-inch searchlights in plan view and all interferences in elevation to show coverage of each light.

3.  Miscellaneous:

(a)  Detailed plans and instruction books shall be furnished covering all underwater sound and visual signalling equipment furnished by the contractor, except where specifically waived.  Plans shall include sufficient details to permit manufacture therefrom.  Instruction books shall include sufficient information to permit installation, operation and maintenance by Navy personnel.  The books should be submitted to the Bureau for approval.

(b)  The list of underwater sound and visual signalling equipment plan shall include information grouped under the following headings where applicable – symbol or symbol number (or both), quantity, navy model or type, description, serial number, supply voltage, ship power required, weight, Bureau drawing number, manufacturer's drawing number, remarks, and any other information desired added by the contractor.

Sl-1-o.  Symbols for electrical installation of vessels.

1.  Symbols used on drawings to indicate type of appliances, etc., shall be in accordance with Bureau of Ships plan No. 9-S-3744-L, revised to date of bid.

Sl-1-p.  Inspection and performance acceptance tests.

1.  Unless otherwise specified, the inspections and tests made in accordance with the requirements of the applicable specifications shall be recorded in a complete test report as hereinafter stated.  These reports may be made on manufacturer's or contractor's test forms, except when Standard Forms (See Appendix I) have been prepared by the Bureau.

2.  The inspections and tests which may be required by the applicable specifications and which shall form the basis of test reports are as follows:

(a)  Separate tests of driving or driven units.
(b)  Combined assembly tests of driving and driven units.

3.  For all combined assembly tests, each performance acceptance test report shall include:

(a)  Test report of driving unit.  For alternating-current motors refer to Navy Department Specification 17M10 and Factory Test Record, Form I.N.M. 34.  For direct-current motors refer to Navy Department Specification 17M17 and Factory Test Record, Form I.N.M. 21.

S1-1

-37-

(b)  Test record of controller (if involved). For alternating-
current controllers, refer to Navy Department Specification
17C1O and Factory Record, Form I.N.M. 35. For direct-current
controllers refer to Navy Department Specification 17C17 and
Factory Record, Form I.N.M. 23.

(c)  Test record of generators (if involved). For alternating-
current generators, refer to Navy Department Specification
17C8 and Factory Record, Form I.N.M. 36. For direct-current
generators refer to Navy Department Specification 17C7 and
Factory Record, Form I.N.M. 22.

(d)  Test record of driven unit, including copies of all recorded
test data and characteristic curves plotted therefrom (where
required).

(e)  Test report of the combined assembled unit, including a definite
report on the suitability of the driving unit (and controller,
if furnished) for its specific application and harmony of
assembly of all independent units going to make up to the
complete equipment. For motor-driven units refer to Factor
Record, Form I.N.M. 34a.

4.  Distribution of complete test reports on the combined assembled units
shall be as follows:

(a)  Two to Bureau of Ships.
(b)  One to each vessel concerned (to be forwarded via supervisor of
shipbuilding or commandant of the building yard).
(c)  Two to each supervisor of shipbuilding (one for the supervisor's
files, the other for the shipbuilder), for privately built ships.
(d)  One to commandant of each building yard concerned, for navy yard
built vessels.
(e)  One for primary district inspection office.
(f)  One for branch inspection office (if any).

S1-1

Edge of plan

## LIST OF MATERIAL

(Quantities are for 1 globe valve)

| Piece No. | Name of piece | Number required | Material | Material specifications | Drawing Nos.* Contractor | Bureau |
|---|---|---|---|---|---|---|
| 1 | Body | 1 | Cast steel | 46S1, Cl. B | | |
| 2 | Bonnet | 1 | Cast steel | 46S1, Cl. B; note 3 | | |
| 3 | Seat | 1 | Forged steel | 46S1X, GS6S1 note 3 | | |
| 4 | Disk | 1 | Alloy | | | |
| 5 | Disk nut | 1 | Bronze alloy | | | |
| 6 | Stem | 1 | Rolled steel | 46S1X, GS6S1 | | |
| 7 | Nut for pc. 6 | 1 | Bronze | | | |
| 8 | Gland | 1 | Bronze | 46S5S1 note 4 | | |
| 9 | Yoke | 1 | Forged steel | 46S2, Cl. Any note 4 | | |
| 10 | Handand | 1 | Forged steel | 46S2, Cl. Any note 4 | | |
| 11 | Nut for pc. 10 | 1 | Forged Steel | | | |
| 12 | Hand wheel | 1 | Aluminium Alloy | 62A7, Cl. F | | |
| 13 | Bonnet stud | | Steel | 43S11, Cl. B | | |
| 14 | Nut for pc. 13 | | Steel | 43S11, Cl. C | | |
| 15 | Gland stud | | Bronze | 46S5S1 note 4 | | |
| 16 | Nut for pc. 15 | | Bronze | | | |
| 17 | Split pin for pc. 8 | 2 | Bronze | 46S5S1 note 4 | | |

| | YOKE | | | | | |
|---|---|---|---|---|---|---|
| 2 | Seat | 1 | See above | | | |

* These columns, shown in leaders, will only be required for finished drawings where reference to other drawings is necessary.

NOTE 1.—Die-cast carbon steel of following characteristics substituted:
- Carbon ........................................................... 0.40 percent maximum.
- Sulphur ........................................................... 0.05 percent maximum.
- Phosphorus ........................................................ 0.05 percent maximum.
- Tensile strength .................................................. 70,000 pounds per square inch minimum.
- Yield point ....................................................... 35,000 pounds per square inch minimum.
- Longitudinal elongation in 2 inches ............................... 25 percent minimum.
- Transverse elongation in 2 inches ................................. 20 percent minimum.
- Longitudinal reduction of area .................................... 40 percent minimum.
- Transverse reduction of area ...................................... 30 percent minimum.
- Cold bend 180° to inner diameter of 1 inch.

NOTE 2.—Cast steel complying with chemical requirements of specifications substituted. No physical test, except minimum Brinell No. 200.

NOTE 3.—Source inspection only.

NOTE 4.—In accordance with specifications, except minimum tensile strength 70,000 pounds per square inch and elongation 20 percent in 2 inches.

NOTE 5.—Tobin bronze substituted. No test.

Table I.

S-F330



REPRODUCED AT THE NATIONAL ARCHIVES

[IMPORTANT.—Frequent reference is made to these Subsections of the General Specifications for Machinery.  This copy should be retained as a permanent life record until a revision is issued]

# GENERAL SPECIFICATIONS FOR MACHINERY

## BUREAU OF ENGINEERING, NAVY DEPARTMENT

### Subsection S1–1.—PLANS

September 1, 1938

(Superseding Subsection S1–1, Plans, dated December 1, 1936)

NOTE.—Plans for the machinery, electrical equipment, and accessories of vessels building, for the Navy are always of a confidential nature.  Care shall be observed that they do not fall into the hands of unauthorized persons, especially those not citizens of the United States.

The following is quoted from an act approved, June 15, 1917:

"* * * whoever, lawfully or unlawfully, having possession of, access to, control over, or being intrusted with any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, instrument, appliance, or note, relating to the national defense, willfully communicates or transmits or attempts to communicate or transmit the same to any person not entitled to receive it, or willfully retains the same and fails to deliver it on demand to the officer or employee of the United States entitled to receive it, or, whoever, being intrusted with or having lawful possession or control of any document, writing, code book, signal book, sketch, photograph, photographic negative, blueprint, plan, map, model, note, or information, relating to the national defense, through gross negligence permits the same to be removed from its proper place of custody or delivered to anyone, in violation of his trust, or to be lost, stolen, abstracted, or destroyed, shall be punishable by a fine of not more than $10,000, or by imprisonment for not more than 2 years, or both.  * * *"

**S1–1–a.  General requirements.**

Reference:  (a)  Federal Specifications CCC–C–531, Tracing Cloth.
(b)  List of Bureau standard plans, see Appendix I.

1.  All drawings of machinery and accessories under the cognizance of the Bureau of Engineering, which shall be furnished by and at the expense of the contractor, are grouped under the following general classification:

(a)  *Type A drawings.*—Preliminary drawings, submitted with bids or prior to award of contract.

(b)  *Type B drawings.*—Development or working drawings, submitted for approval subsequent to award of contract, but prior to ordering material or commencing work.

(c)  *Type C drawings.*—Drawings prepared during the progress of work to accompany orders on subcontractors, particularly orders for steel castings and forgings.

(d)  *Type D drawings.*—Finished drawings, submitted after work is completed.

(e)  In addition to the foregoing, instruction books and pamphlets, plans, and data incorporated in Booklet Plans of Machinery and Record of Electrical Installation shall be supplied as hereinafter described.

2.  The Bureau's approval of any type of plan shall not relieve a contractor of any material or performance obligation under the contract, unless a question in regard thereto has been brought to the Bureau's attention in writing, and specific waiver of such requirement by the Bureau has been obtained, see section 2–1.  All discrepancies discovered in drawings, in specifications, or between drawings and specifications, shall be immediately referred to the Bureau for action.

3.  Drawings need not necessarily be made to scale, but, where practicable, scaled drawings are preferred.  When drawings are not made to scale, such fact shall be clearly stated in the drawing title.  In all designs figured dimensions of all parts shall be complete and shall indicate manufacturing tolerances allowed in manufacture and finish, wherever applicable.  All dimensions shall be given in feet, inches, and decimals or fractions of inches.  Dimensions which apply to fitted parts shall be given in inches and fractions of inches with decimal equivalents of fractions; dimensions of nonfitted parts may be given in inches and decimals or fractions.  Tabulated dimensions

REPRODUCED AT THE NATIONAL ARCHIVES

St–1

2

greater than 24 inches may be given in feet, inches, and fractions thereof.  Where drawings are made to scale one of the following standard scales shall be used.

⅛ inch to the foot.
¼ inch to the foot.
⅜ inch to the foot.
½ inch to the foot.
¾ inch to the foot.
1 inch to the foot
1½ inches to the foot.
3 inches to the foot.
6 inches to the foot.
Full size

4.  The following plans shall be drawn to scales as indicated, but larger scales are preferred when their employment will not unduly increase the dimensions of the sheet:
(a)  General layout plans of machinery installations of not less than one-quarter inch to the foot:
(b)  Piping layout plans for machinery spaces not less than three-eighths inch to the foot.
(c)  Electrical wiring layout plans for the entire vessel shall be made with decks and other structural features drawn to a scale of not less than one-quarter inch to the foot.
5.  All dimensions shall be so placed on drawings that they may be read either from the bottom of the sheet or from the right-hand side.
6.  Salient features of the design and performance characteristics of all apparatus shall be prominently shown on every drawing where applicable.  Such features shall include—
(a)  Power input.—Pounds of steam per hour, kilowatts per hour, pounds of oil per hour, etc.
(b)  Power output (normal rated and overload).—Horsepower, kilowatts, gallons per minute, etc.
(c)  Pressure.—Steam, exhaust, suction, discharge, test, bearing, voltage, etc.
(d)  Speed.—Revolution or double strokes per minute, feet per second, bearing or journal surface speed, etc.
(e)  Velocity (steam, liquid, air).—Through pipes and orifices, peripheral, etc.
(f)  Temperature (inlet and outlet).—Steam, superheat, liquids, etc.
(g)  Surfaces (area of).—Heating, cooling, grate, etc.
(h)  Viscosities of liquids handled with corresponding temperatures.
(i)  Power losses.—In same units as (a) and (b).
(j)  Heat transfer.—Coefficient or rate.
(k)  Piping.—Friction head on suction at rated flow, pressure drop through.
(l)  Boilers.—Furnace volume, area through gas passages, uptakes, armor, bars, gratings, etc.
(m)  Blowers.—Area of ducts, intake gratings, armor bars, etc.
(n)  Weights.—As a whole or per unit, computed or actual, wet and dry.
(o)  Power characteristics.—Voltage, frequencies, number of phases, type of windings, starting torque, full-load speed torque, percentage of slip, speed adjustment, duty classification, etc.
(p)  Characteristic curves.—Steam consumption, horsepower, head, pressure, capacities, speed, efficiencies, etc.
7.  Where parts of machinery are indicated as being right-hand or left-hand, a note shall be added to the drawing explaining in detail the difference between the right-hand and left-hand parts.  Drawings of screw propellers, in addition to diameter, pitch, developed and projected areas of blades, etc., shall show indicated or shaft horsepower, effective horsepower, revolutions, and speed of vessel for which the propeller has been designed.  Drawings of valves and miscellaneous fittings shall show the number, material, and location of each type and size.  All drawings of apparatus using tubes, such as boilers, condensers, superheaters, feed-water heaters, etc., shall include a table showing number, ordering length, diameter, thickness, material, etc., of each type and size of tube required; the same applies to special brick in boiler combustion spaces.  All apparatus using electric cable or wire shall include a table giving length, size, and insulation of all cable used.
8.  Indicating the materials of construction by distinctive crosshatching is not required on any class of drawing; simple line hatching of complete sections or borders of separate parts shall be used wherever necessary to indicate a junction of two different pieces or otherwise to completely clarify the drawing.  When distinctive crosshatching is used it shall conform to Bureau of Engineering standard B-20.
9.  The materials of construction shall be indicated on a list of material in all cases whether distinctive crosshatching is used or not, and this list shall appear in the upper right-hand corner of a drawing sheet, expanding to the left, and down as necessary.  Since, under the provisions of Subsection St-2, the list of material becomes

REPRODUCED AT THE NATIONAL ARCHIVES

3

the medium of agreement between the Bureau and the contractor as to the materials to be employed in construction, it is very important that extreme care be exercised in proper preparation. In order to facilitate Bureau action the following arrangement shall be followed:

Column 1. The piece number.  (In numerical sequence 1, 2, 3, etc.)
Column 2. The name of piece.
Column 3. The number required.
Column 4. The material.
Column 5. The specification.

10.  In the specification column the Navy Department specification and Supplementary General Specifications for Machinery number and class applicable shall always appear for each item considered by the manufacturer to fall in the stressed or otherwise vital class, and so subject to full inspection.  Suffix letters, such as the "a" in 43B11a and SGS(41)-37a are not required to identify the particular issue of Navy Department specifications and Supplementary General Specifications for Machinery.  The identifying number only, "43B11" or "SGS (41)-37", is necessary.  In cases where the manufacturer proposes a substitution, reference to a footnote shall be entered after the Navy Department specification or Supplementary General Specification for Machinery number, and in the footnote the substitution shall be described in sufficient detail as to analyses, tests, heat treatments, etc., as will permit the Bureau to take proper action without further correspondence and in such form that proper inspection can be made.  No entry shall be made in column 5 either of specification number or other designation, where the material is nonstressed or nonessential in character.  The Bureau, in acting on the plan, will either accept or return this list of material for revision, and having been agreed upon, and approved, the specification column with its footnotes shall serve as the inspecting officer's guide as to whether a full or only a surface inspection shall be applied, see Subsection S1-2.  Additional columns will be permitted in the list of

Edge of plan

| LIST OF MATERIAL (Quantities are for 1 globe valve) | | | | | Drawing Nos.[1] | |
|---|---|---|---|---|---|---|
| Piece No. | Name of piece | Number required | Material | Material specifications | Contractor | Bureau |
| 1 | Body | 1 | Cast steel | 46S1, Cl. B | | |
| 2 | Bonnet | 1 | Cast steel | 49S1, Cl. B; note 1 | | |
| 3 | Seat | 1 | Forged steel | 43S15, ORS1; note 2 | | |
| 4 | Disk | 1 | Nickalloy | | | |
| 5 | Disk nut | 1 | Nickel alloy | | | |
| 6 | Stem | 1 | Rolled steel | 43S15, ORS1 | | |
| 7 | Nut for pc. 6 | 1 | Bronze | | | |
| 8 | Gland | 1 | Bronze | 46B6; note 3 | | |
| 9 | Yoke | 1 | Forged steel | 43S2, Cl. A; note 4 | | |
| 10 | Standard | 2 | Forged steel | 43S2, Cl. A; note 4 | | |
| 11 | Nut for pc. 10 | 2 | Forged steel | | | |
| 12 | Hand wheel | 1 | Aluminum alloy | 44A1, Cl. 2 | | |
| 13 | Bonnet stud | 8 | Steel | 43B11, Cl. B | | |
| 14 | Nut for pc. 13 | 8 | Steel | 43B11, Cl. C | | |
| 15 | Gland stud | 2 | Bronze | 46B6; note 3 | | |
| 16 | Nut for pc. 15 | 2 | Bronze | 46B6; note 5 | | |
| 17 | Split pin for pc 6 | 1 | Brass | | | |
| | SPARES | | | | | |
| 1 | Seat | 1 | See above | | | |

[1] These columns, shown in leaders, will only be required for finished drawings where reference to other drawings is necessary.

NOTE 1.—Die-cast carbon steel of following characteristics substituted:
Carbon ................................................................. 0.40 percent maximum.
Sulphur ................................................................ 0.045 percent maximum.
Phosphorus ........................................................... 0.04 percent maximum.
Tensile strength ..................................................... 70,000 pounds per square inch minimum.
Yield point ........................................................... 35,000 pounds per square inch minimum.
Longitudinal elongation in 2 inches ................................. 25 percent minimum.
Transverse elongation in 2 inches ................................... 20 percent minimum.
Longitudinal reduction of area ...................................... 40 percent minimum.
Transverse reduction of area ........................................ 35 percent minimum.
Cold bend, 180° to inner diameter of 1 inch.
NOTE 2.—Cast steel complying with chemical requirements of specifications substituted.  No physical test, except minimum Brinell No. 200.
NOTE 3.—Surface inspection only.
NOTE 4.—In accordance with specifications, except minimum tensile strength 90,000 pounds per square inch and elongation 20 percent in 2 inches.
NOTE 5.—Tobin bronze substituted.  No test.

REPRODUCED AT THE NATIONAL ARCHIVES

S1-1

4

material to suit the special requirements of a contractor, but there shall be no omissions from the information called for.  On page 3 is a typical list of material for drawings and should be followed in carrying out the foregoing instructions.  The width of columns and spacing of lines may be increased over that shown to suit requirements.

11.  In order to reduce the number of plans for certain classes of material, such as electrical equipment, switchboards, searchlights, and similar apparatus which are made up of parts and subassemblies that are identical except for minor details or in numbers of parts, additional columns may be inserted as shown in column 1. The number required of the items in column 2 (name of piece) shall be tabulated in these additional columns instead of in column 3.  This procedure is ordinarily applicable to plans which have been approved previously for similar apparatus on other vessels and may be used for assembly drawings, subassemblies, or detail parts. Essentially each item in column 2 is identified by means of the additional columns.  If an item in column 2 does not apply to the latest design, the space opposite that item in the additional column shall be left blank.  If a part is changed, a new item shall be added to column 2 and the number required of the new item shall be indicated in the additional column.  If the number required of any items is changed the new number required will appear in the additional column.  Each additional column shall show all the items that go to make up the complete unit corresponding to that column  These items may be subassemblies or individual parts, depending on the character of the unit.  Plans must be complete, permit ready identification of any part, show all details required for duplication of parts and include all parts which go to make up the complete assembly.  An explanatory note shall be added to each plan embodying this procedure that will show clearly which additional columns apply to the particular assembly, subassembly, or detail part on the plan, and the complete unit shall be identified by name-plate serial numbers or other positive means.

12.  Surface finish shall be indicated for all parts.  Where practicable, Bureau standard symbols and method of indicating them shall be used as described below: where the shop practice of a given manufacturer requires symbols differing from the Bureau's standard, the manufacturer's symbols will be acceptable.

FINISH SURFACE MARKS

f 1.  Rough tool finish.      f 4.  Polish.       f 7.  File.
f 2.  Fine tool finish.       f 5.  Drill.        f 8.  Scrape.
f 3.  Grind.                  f 6  Ream.          f 9.  Spot face.

13.  Each piece will be marked with the character of finish required by inserting the corresponding number in the circle, the arrow being placed against the surface to which the finish mark applies.  See figure 1.



Figure I

14.  The right-hand side of types B and D drawings shall be reserved for titles, list of material, explanatory notes, etc., and type B and D drawings shall conform to the Bureau's type plan 50–R–87 for arrangement.

15.  The titles of all drawings shall be complete, and for all drawings, except type A, shall be preceded by the official designation of all vessels to which the drawing applies, as obtained from the special specifications therefor or from the Bureau; viz, BB45, DD240, etc.  As soon as the vessels are named, the name of each vessel shall be added to its official designation wherever it appears.  Names and designations of vessels shall be placed on drawings in letters not less than one-fourth inch high.

16.  Each type D assembly drawing of a set for a given item of apparatus or equipment shall carry a drawing list or index showing all other drawings of the set with identification numbers for ready reference.

17.  Where welding is to be used, types A, B, and D drawings shall show welding details clearly and concisely in all important and highly stressed members.  For general indications in structural assemblies, the welding symbols of Bureau standard sheet B–154 shall be used; in all such cases, a key to the welding symbols shall be included on the drawing.

18.  It is of the utmost importance that the details of the spare parts arranged in a list in conformity with the "List of Spare Parts and Tools" shown on Subsection S31–1 and special tools to be furnished under any requisition, contract or purchase order be clearly shown on both type B and type D drawings.  In general, a detailed list of spare parts and special tools to be furnished per vessel, and/or per requisition, contract or purchase order, shall be shown on the general assembly drawing for the equipment in question; in cases where such a list would be too extensive for detailing on the assembly drawing, a separate drawing shall be prepared for this sole purpose. For convenience of the manufacturer, the Bureau will accept a modification of the list of material shown under the preceding subparagraph 10, whereby the columns headed "Number required" may be broken down into two columns, one showing number required for assembly purposes and one showing additional parts to be manufac-

REPRODUCED AT THE NATIONAL ARCHIVES

5

tured for spares; but such information on detail plans shall not relieve the contractor from the responsibility for furnishing a detailed summary of spare parts and special tools on the general assembly drawing or separate special drawing, as the case may require. Final Bureau approval of the spare parts and special tools will be given on the assembly drawing, or special drawing, in each case, and not on detailed drawings. In particular, when sets of spare parts for a particular equipment are called for by the requisition, contract or purchase order, such as "complete sets of bearings," the summary of spare parts shall show in detail what items constitute a set.

19. In all applications of antifriction bearings of ball or roller types, the assembly plan of the apparatus shall bear a certificate signed by a responsible representative of the bearing manufacturing company showing that the application of each particular bearing proposed for use is approved by his company as to all details of mounting shown, the load and speed to which the bearing will be subjected and the lubrication of the bearing, giving full consideration to the intended service, viz, continuous or intermittent, ambient temperature, disassembly requirements, etc.

### S1-l-b. Photographic tracings.

1. Photographic tracing shall be furnished on tracing cloth which is in accordance with Federal Specifications CCC–C–531; white cloth vellum is not acceptable. Photographic tracings shall be right reading and capable of producing a clear and distinct print, and there shall be no distortion nor illegibility of the lines or figured dimensions.

2. Photographic tracings shall be made by an approved photographic process which shall consist of the production of a suitable vandyke negative from the original tracing on special paper; the negative shall then be placed on sensitized tracing cloth and exposed. Following exposure, the tracing cloth shall be passed through a water bath and a developing solution and then carefully wiped clean with cotton or a camels-hair brush to remove foreign or excess substances on the surface.

3. Photographic tracings shall be made with clear, sharp, durable black lines on the dull side of tracing cloth which has been treated with a colorless waterproof coating and sensitized to produce a black line print when exposed under a negative, developed and washed. They shall be of such character as to permit erasures and making alterations in ink with the same facility and degree of permanency as with regular ink tracings. The waterproofing shall withstand at least 20 minutes exposure to water without showing any tendency to break down and shall withstand a sufficient amount of vigorous rubbing necessary to clean out the background without disturbing the lines; breaks, cracks, or spots in waterproofing shall be cause for rejection. The waterproof coat shall adhere to the cloth so that it cannot be stripped from the cloth on either side.

4. The surface of photographic tracings shall be dull mat finish, requiring no top coating or lacquer, and shall possess sufficient tooth to take india ink with the same freedom as natural tracing cloth, and without causing the pen to slip or skip or the ink to spread unduly. The finish shall permit india-ink lines to sufficiently penetrate the surface of the cloth so as to resist removal by chafing with the thumb nail, smudging the lines by damp hands under pressure, and the wear and tear of frequent handling. Failure to withstand the above will be cause for rejection.

5. Photographic tracings shall be perfectly smooth and flat when unrolled and show no tendency to pucker or draw. The background of the cloth after printing and developing shall be of a bluish-white tint, having a transparency ratio of not less than 65, and the cloth shall retain as nearly as possible the flexibility of natural tracing cloth. Thickness over 0.0043 inch, stiffness or tackiness shall be cause for rejection.

6. All tracings from which photographic tracings are made shall be in such condition as to produce photographic tracings which are satisfactory in every respect.

### S1-l-c. Sizes of drawings.

1. The standard vertical dimension when reading all drawings except types A and C and radio drawings shall be 27 inches, and the standard length shall be 40 inches, and this standard sheet shall be used wherever practicable. A half size sheet shall be 27 inches in the vertical direction and 20 inches in length, and this size sheet may be used when the standard sheet is not required. If a sheet larger than the standard sheet is essential, the length may be increased as required up to a maximum length of 80 inches. In exceptional cases the vertical dimension may be increased to 40 inches when specifically authorized by the Bureau. For deck arrangements of large vessels and similar plans, where the scale of drawings required to keep within the dimensions of the sheets specified herein, would make the drawing difficult to read, the inspector of machinery may permit the contractor to exceed the length of 80 inches specified, but the number of such sheets shall be kept at a minimum and specific approval of the inspector must be obtained in each instance.

2. Types B and D plans for radio apparatus shall conform to the following sizes:

(a) "A" sheets, 10½ by 8¼ inches.

(b) "AA" sheets, 10½ by 16½ inches.

(c) "F" sheets, 21 by 27 inches.

(d) "J" sheets, 42 by 27 inches,

REPRODUCED AT THE NATIONAL ARCHIVES

S1-1

6

3. There is no restriction as to the size of types A and C drawings.

S1-1-d.  Type A drawings.

1.  Type A drawings submitted in connection with bids for the building of vessels shall consist of such sketches and plans as may be necessary to amplify the Bureau's original contract plans.  Such drawings shall be submitted in duplicate with bids or as required by the invitation for bids.

2  When equipment for vessels is to be purchased directly by the Navy Department, type A drawings in duplicate shall be furnished with the bids, or as may be specifically called for in the schedule or requisitions.  In any case one set shall be for the files of the Bureau of Engineering and the remainder filed as directed by the Bureau of Supplies and Accounts.  Type A drawings shall consist of all sketches, cuts, drawings, etc., as may be necessary to show completely the character and design of the material or equipment it is proposed to furnish, and in amplification of the description and guarantees described in the wording of the bid.

3.  For apparatus such as turbines, pumps, motors, generators, condensers, boilers, and similar units, sectional plans shall be furnished which show clearly the details of the design, the materials of which the units are to be built, the over-all dimensions, and the space required for operation and overhaul.

4.  For equipment such as distilling plants, refrigerating plants, and similar installations a floor-plan arrangement shall be furnished showing the space occupied by the apparatus, the space required for operation and overhaul, and the units which make up the plant.  Sectional plans of the principal units containing the information required in the preceding paragraph, and such other information as will permit a clear understanding of the plants and their operation shall also be furnished.

5.  Award of contract in connection with type A plans have been submitted does not carry approval of such type A plans as construction or manufacturing plans but they are subject to modification in the development of type B plans as demanded by the requirements of the specifications and terms of the contract.

S1-1-e.  Type B drawings.

1.  Type B drawings shall consist of preliminary diagrammatic and detail working plans of all machinery and equipment prepared in the development of the contract specifications and shall be submitted for approval via the Bureau's inspector with suitable letter of transmittal for each vessel covered, as soon after award of contract as possible and before work covered by such plans is commenced.  Before detail working plans are submitted diagrammatic plans of general arrangement of main and auxiliary machinery, piping, light, power, and interior communication systems must be approved.  These drawings shall be carefully checked in order to correct omissions, errors, deviations from form, and noncompliances with the specifications before submission for approval via the Bureau's inspector.  When drawings in an unsatisfactory condition in this respect are forwarded in sufficient quantity to constitute a definite cause for delay, the Bureau's inspector shall report the circumstances to the Bureau together with such comment as the contractor may care to make.

2.  Type B drawings shall be furnished on blueprints in triplicate where the equipment covered thereby is entirely under the cognizance of the Bureau of Engineering.  If other bureaus are involved one additional copy shall be furnished for each of the other bureaus concerned.  Of the copies furnished, two shall be retained by the inspector and the remainder shall be forwarded by him to the Bureau.  Upon receipt of the Bureau's action, one of the copies retained by the inspector will be suitably endorsed by him indicating such action and returned to the contractor.  Additional copies offered by the contractor will be similarly endorsed on request.

3.  Where two or more vessels of the same class are under construction at the works of the same contractor, or where plans are developed by a central drafting room, type B drawings pertaining to equipment common to two or more vessels shall be submitted as for one vessel and the number of blueprints furnished shall be as directed by the Bureau.  In such case drawings shall show name and designation of all vessels covered and letter of transmittal shall give the same information together with contract number of each vessel.

4.  Type B drawings may be submitted as tracings accompanied by one blueprint for the files of the Bureau of Engineering and one for the files of any other bureau concerned.  When so submitted contractor shall furnish the Bureau's inspector with one copy for his use, as soon as approved tracing is returned with Bureau's approval.

5.  Where type B drawings are taken from tracings previously approved by the Bureau for other vessels, or are tracings made from approved drawings of other builders, a note shall be made of Bureau number previously assigned, together with notation "Modified," if modification has been made.  If a new drawing is prepared it shall bear a note indicating that it supersedes the previous drawing number.

6.  Any alteration made in a type B drawing during the progress of work shall require procedure to obtain approval in the same manner as in the case of the original.  Copies of the new or altered drawing, if approval is obtained, shall be supplied as in the case of the original.  If alterations are thus authorized and no new drawing is made, the altered drawing shall carry a table of alterations serially numbered and arranged in a table giving date, nature of each alteration, and reference authority for change; such alteration tables shall indicate the

REPRODUCED AT THE NATIONAL ARCHIVES

7

character of the original design features which have been altered. The Bureau's inspector shall certify approved alterations as in the case of the original drawing.

7. Two blueprint copies on paper of all finally approved type "B" drawings shall be supplied by the contractor with each vessel delivered to take the place of type D drawings, if the complete set of type D drawings is not ready at time of delivery. One set of such blueprints showing the machinery and electrical installations as finally approved shall be delivered to the commanding officer of each vessel via the inspector of machinery, and the other set forwarded via the inspector to the commandant of each vessel's home navy yard.

8. In the purchase of equipment for vessels directly by the Navy Department, type B drawings shall be furnished for the Bureau's action prior to fabrication of any material, unless the contract specifically states otherwise. In such case the method of procedure shall be identical with that outlined above. The drawings shall likewise be forwarded in triplicate with additional copies for each of the other bureaus concerned, unless the contract states otherwise.

## S1–1–f. Type C drawings.

1. Type C drawings shall consist of such drawings as are necessary to amplify information supplied to subcontractors with purchase orders, copies thereof being required by the Bureau inspectors in making inspection at the works of the subcontractors.

2. Such drawings may be copies of type B plans previously approved or any other form of drawing the contractor may desire to use. Copies of such drawings shall be furnished complete with each copy of the purchase order. All drawings shall be clearly marked to show either shipbuilder's order number or Navy contract number to facilitate identification. Purchase orders are required to be submitted to the Bureau's inspector in quadruplicate. The Bureau's inspector will supply the Bureau and other inspectors at the works of subcontractors with copies as necessary.

3. Purchase orders for steel castings or forgings shall always be accompanied by type C drawings.

## S1–1–g. Type D drawings.

1. Type D drawings shall consist of accurate hand tracings in India ink or photographic tracings on tracing cloth for all finished work, and shall be sufficiently extensive in detail to enable parts of the machinery and electrical installation of a vessel to be duplicated without additional drawings, and shall contain sufficient information to permit any part to be readily identified in orders for replacement; for the latter purpose only, photographs mounted on standard size cloth back sheets with part numbers clearly marked thereon will be acceptable to amplify and simplify, but not to replace the regular assembly drawings. (Except as modified under par. S1–1–k.)

2. Assembly drawings shall show the name of all major parts of the apparatus or subassemblies which appear on other plans. All clearances affecting the assembling of detail parts shall be clearly indicated, together with any other information required for the proper adjustment of those parts. Any information, not otherwise furnished in instruction books, pertaining to the operation of the apparatus shall be indicated.

3. Where photographic tracings are supplied, reproductions made from the manufacturer's own shop tracings, will, in general, be acceptable. However, whether photographic tracings are made from shop drawing or otherwise, no finished drawings supplied under these specifications shall show any plan or supply any information that is not strictly applicable to the apparatus or equipment for which the drawings are furnished except for certain classes of equipment which are made up of parts or subassemblies, the details of which can be indicated by the procedure specified in subparagraph S1–1–a–9.

4. For equipment which is required to be in accordance with Navy Department Specifications 17C10, 17G7, 17M9, and 17M10, the plans shall conform to the requirements specified therein, except that for type D plans, the number of sets, size, arrangements, title, and form shall conform to the requirements specified herein.

5. When a contractor for a given class of equipment is in doubt as to the character of the type D drawings required by the Bureau, it is suggested that a representative set of drawings covering a characteristic item of equipment be submitted to the Bureau in triplicate for approval. The Bureau will then retain one set of such drawings, and return one corrected set to the contractor, and send one corrected set to the Bureau's inspector having cognizance, for use in checking drawings delivered on contract.

6. All type D drawings shall be furnished complete within 4 months after a vessel has been delivered by the contractor unless the contract specifically states otherwise.

7. Where two or more vessels of the same design are under construction at the same time by the same contractor, original finished tracings or photographic tracings for the Bureau and for distribution to navy yards are required only as for one vessel, wherever the apparatus covered is identical. If not identical, separate and complete sets of tracings or photographic tracings for the Bureau and for navy yards for all items which differ shall be furnished for each vessel so affected. When more than one vessel is covered by a drawing, the designation, name, and contract number for each vessel to which the drawing applies shall appear thereon.

REPRODUCED AT THE NATIONAL ARCHIVES

S1–I

8

8. Unless otherwise specified, sets of type D drawings shall be furnished in number and for the purpose indicated as follows:

    (a) One complete set of hand tracings or photographic tracings for each vessel or group of similar vessels on order from the same contractor for the files of the Bureau.

    (b) Seven complete sets as in (a) above to the Bureau's inspector for distribution to navy yards, as directed by the Bureau.

    (c) One complete set of blueprints for each vessel built containing only the items pertaining to that vessel; this set shall be supplied to the vessel via the inspector of machinery.

9. The type D drawings furnished for the machinery installation and electrical plans shall be indexed by the shipbuilder. Indexing shall be done with india ink and conform to size and style shown on Bureau of Engineering plan 50–R–87. The index number shall correspond to the official designation of the vessel, the group number shall conform to the Navy Filing Manual, and the file number shall correspond to the master index sheets for machinery and electrical plans. Where a set of plans applies to a group of two or more vessels, all plans shall be indexed under the lowest numbered vessel of the group; in special cases where plans do not apply to all vessels of the group, such plans shall be indexed under the lowest numbered vessel of that group, and a notation made in or near the title to designate the vessel or vessels to which the plans are applicable. Type D drawings of radio apparatus shall be indexed by the shipbuilder in accordance with instructions furnished by the Bureau on request.

10. The Bureau will supply a set of blank index forms for type D drawings which will be filled in by the shipbuilder with india ink, after which the shipbuilder will make blue-line print copies of these forms for each set of plans; the indexed forms will be forwarded to the Bureau with the set of type D drawings intended for the Bureau's files, and set of blue-line copies will accompany each other set of these drawings.

11. Each set shall be wrapped in a waterproof wrapper and be packed separately, ready for shipment, in flat, strong, wooden cases, in which the sheets shall be so secured that it will be impossible for them to be displaced or crumpled during handling. Sets of machinery, electrical, and radio drawings for the same vessel may be boxed together.

12. In the purchase of equipment for vessels by direct contract with the Bureau, type D drawings conforming to the requirements of the above paragraphs shall be furnished by the contractor with the delivery of the completed material in number of sets as required by the contract.

13. No type D finished plans will be required for the interior communication equipment listed in subparagraph S1–t–h–6 (j).

### S1–I–h. Instruction books and pamphlets.

1. Instruction books will be furnished by contractors and subcontractors for main propelling machinery, boilers, air compressors, forced draft blowers, reciprocating pumps, centrifugal pumps as required by Subsection S47–2, positive displacement rotary pumps as required by Subsection S47–3 and other auxiliary machinery, electrical installations and other important naval equipment furnished by them. These instruction books will contain all necessary pertinent information to insure efficient and economical use of the equipment, such data and information as may be required by the applicable specifications under which furnished, and in general, the following:

    (a) General description, including also sufficient sketches, illustrations, and sectional assemblies with appropriate references to drawing numbers and titles.

    (b) Installation instructions.

    (c) Operating instructions.

    (d) Instructions for care and maintenance.

    (e) Safety precautions.

    (f) Index.

    (g) For interior communication equipment listed in subparagraph S1–t–h–6 (j) reproductions of approved type B plans.

The books will be printed on a strong grade of paper using a medium size type so as to render easy reading. The size of the printed page shall be approximately 8¼ by 10¾ inches.

2. The instruction books shall be covered with a strong durable cover of black leather, leatherette, fabrikoid or similar approved material and shall be bound securely so as to prevent detachment of either the covering or the pages. The size of the cover shall be approximately 9 by 11 inches. The front cover shall contain the following information:

    (a) Sufficient descriptive data to enable ready identification.

    (b) Name and number of all vessels to which the equipment applies.

REPRODUCED AT THE NATIONAL ARCHIVES

9

(c) Contract numbers under which equipment was purchased.  If more than one contract number is shown, the vessels supplied under each contract shall be indicated.

(d) Manufacturer's name and address.

A sample of the complete book shall be submitted to the Bureau for approval before final printing.

3. A contractor furnishing more than one set or type of equipment, subject to Bureau approval, may incorporate the instruction books of similar or allied equipment in one binder, providing the binder does not become bulky and more difficult to use.

4. The Bureau will consider requests by contractors in special cases to furnish descriptive pamphlets instead of instruction books.  Such pamphlets shall contain sufficient information to insure that the operating personnel can operate and maintain the equipment properly.  The pamphlets shall be bound in a durable cover as described in subparagraph S1–1–h–2 above.

5. All copies of instruction books required shall be delivered to the inspector of machinery prior to the delivery of each vessel.  Sufficient copies shall be supplied for distribution by the inspector of machinery as follows:

(a) Five to the Bureau of Engineering.

(b) Ten to the commanding officer of each vessel, in the case of battleships, cruisers, and aircraft carriers, and five for each other type of vessel.

(c) Two to the Superintendent of the United States Naval Academy.

(d) Six books relating only to submarine equipment to the commander, submarine base, New London, Conn., for the submarine school.

(e) In the case of vessels built at navy yards additional books shall be furnished as follows:

(1) Two for the Commandant, Navy Yard, Brooklyn, N. Y.

(2) Three for each building yard.

(f) Two of equipment listed in subparagraph S1–1–h–6 (f) to each navy yard.

6. Instruction books shall in all cases be furnished for the following types of equipment wherever installed:

(a) Electrical propulsion equipments for all classes of vessels.

(b) Oil engines of all types, whether for propulsion purposes or not.

(c) Gasoline engines of all types.

(d) Main propulsion turbines.

(e) All turbines for driving electric generators.

(f) Propulsion reduction gears.

(g) Oil-burning equipment.

(h) Distilling plants.

(i) Refrigerating plants and boxes.

(j) Storage batteries, submarine propulsion.

(k) All auxiliary machinery of new or unusual design.

(l) Interior communication equipment:

(1) Electric clocks.

(2) Telegraph systems.

(3) Battery powered telephones.

(4) Sound-powered telephones.

(5) General announcing system.

(6) Electric log.

(7) Shaft-revolution indicator system.

(8) Fire-alarm system.

(9) Salinity indicator system.

(10) Automatic telephone system.

(11) Sound motion picture system.

(12) Wind direction and intensity system.

(13) High powered announcing system.

S1–1–i. Record of electrical installation.

1. Complete information and illustrative matter in connection with the details, layout, test, and operation of all the electrical equipment of a vessel shall be compiled by the contractor and bound by him into a convenient record of the electrical installation; information concerning radio equipment, and the underwater sound system shall not be included, except items connected with the power supply therefor, such as motor generators, etc. Arrangements to include information concerning items of the electrical installation not under the cognizance of

81835—38——2

REPRODUCED AT THE NATIONAL ARCHIVES

S1–1

10

the Bureau of Engineering shall be made by the contractor with the assistance and to the satisfaction of the inspector of machinery.

2. In general, the material included shall contain full information in regard to general appearance, details of construction, operation, connections, maintenance, shop test data, and shipboard test data (for standard test forms for electrical tests, see appendix I) of all electrical machinery, instruments, fittings, appliances, etc., except such as may be covered by Bureau standard plans and those excepted by subparagraph S1–1–k–1.  For illustrative purposes, blueprints, photographs, cuts, or other suitable reproductions may be used and these shall be properly numbered or lettered to accompany the text; scales shall not be reduced to a size which would render reproductions difficult to read.  Every type of instrument employed in the interior communication and signal systems, as well as generators, motors, controllers, searchlights, rheostats, circuit breakers, storage batteries, switchboards, panels, switchboard instruments, etc., shall be included, with the manufacturer's instructions, testing methods, nomenclature, catalog designation, and ordering instructions therefor.  Elementary wiring diagrams shall be included in conjunction with other description and test data for electrical installations. Descriptions and plans of items furnished by the Government shall be obtained from the Bureau concerned by the contractor and included in the final compilation.

3. All matter as finally compiled shall be grouped and carefully indexed; the grouping shall be on general lines, as, for example: (a) General, (b) distribution, (c) power, (d) lighting, (e) interior communication, (f) signals, (g) storage batteries, etc.  The text may be printed or multigraphed and extracts from manufacturer's catalog covering the apparatus concerned may be bound directly in the record if of convenient size.

4. Fourteen copies of the record shall be prepared and all copies shall be delivered to the inspector of machinery prior to the delivery of each vessel for distribution as follows:

    (a) Five copies to the Bureau of Engineering.
    (b) Five copies to the commanding officer of each vessel.
    (c) One copy to the Bureau of Construction and Repair.
    (d) Two copies to the Bureau of Ordnance.
    (e) One copy to the Bureau of Navigation.

5. Any original tracings or extra copies of subject matter specially prepared for the record by the contractor, shall be finally forwarded to the Bureau of Engineering.

6. Every precaution should be observed to see that none of the information compiled in the record falls into the hands of unauthorized persons; see note at the beginning of subsection.

S1–1–j.  Booklet plans of machinery.

1. Information and drawings of the systems hereinafter enumerated shall be prepared by the contractor, and blueprint copies of same shall be bound in suitable paper-backed booklets by him and delivered to the inspector of machinery prior to the delivery of each vessel.  Sufficient copies shall be prepared for distribution by the inspector of machinery as follows:

    (a) One to the Bureau of Engineering.
    (b) Ten to the commanding officer of each vessel in the case of battleships, cruisers, and aircraft carriers and five for each other type of vessel.
    (c) One to each navy yard.
    (d) Two to the Superintendent of the United States Naval Academy.

2. After all copies have been made the original tracings prepared for the booklets shall be forwarded to the Bureau for its files.

3. Drawings for the booklet plans of machinery shall be submitted to the Bureau for approval before final tracings.  The final form of the drawings supplied shall be as finished tracings on cloth, in sheets 14 by 34 inches with a ½-inch margin all around, except on the left edge where a margin of 1½ inches shall be left for binding. No more than one system shall be shown on any sheet, and each system shall be complete.  All valves, branches, and connections to main and auxiliary machinery and equipment shall be shown.

4. Drawings shall be clear and distinct and shall show leads of all piping connections and in skeleton diagrammatic arrangement.  Copy of Bureau's standard drawing may be requested as indicative of what is required. (See Bureau type plan 6–Y–374.)  At least one tracing showing each of the following systems and connections as installed in plan, and one showing each as installed in elevation shall be furnished.  Certain systems may be shown for each deck if desirable.

  For all vessels, except submarines:
    (a) Main and auxiliary steam piping.
    (b) Boiler feed; suction, discharge, and make-up feed piping.

REPRODUCED AT THE NATIONAL ARCHIVES

It

(c)  Auxiliary exhaust piping.
(d)  Fresh-water tanks; filling and suction piping.
(e)  Fire and bilge; suction and discharge piping.
(f)  Distilling plant; all piping.
(g)  Refrigerating plant; refrigerant, brine, and water piping.
(h)  Steam heating plant; steam and drain piping.
(i)  Pantry, galley, laundry, and bath; fresh-water supply; steam and drain piping.
(j)  Low-pressure steam drainage; piping and traps.
(k)  High-pressure steam drainage; piping and traps.
(l)  Main turbine glands, steam supply, leak-off piping, and steam-leakage-recovery system.
(m)  Main propelling machinery; lubricating oil supply return and purification system.
(n)  Lubricating oil tanks; filling and suction piping.
(o)  Sea valves; suction and discharge connections.
(p)  Compressed air; deck and machinery supply system.
(q)  Fuel oil; tank filling and suction piping.
(r)  Fuel oil; tank heating system, complete.
(s)  Fuel oil; burner supply piping to boilers, galley incinerator, and other special services.
(t)  Electric cable, electric-propulsion arrangement; generators via control station to motors, excitation, and control systems.
(u)  Electric-propulsion switching system.
(v)  Ventilation piping; supply and exhaust for machinery spaces.
(w)  Such other additional systems as the Bureau may specify in the individual case.

NOTE.—For destroyers and other small types of vessels where any of the above enumerated systems are not extensive, two or more can be combined and shown on the same sheet if convenient.

5. For heavy-oil engine installations (submarines), items (d), (f), (g), (h), (i), (n), (o), (q), (s), (t), and (u) shall be furnished as given in the foregoing subparagraph and the following additional items:

(a)  Forced lubrication and piston cooling; supply, return, and purification system.
(b)  Compressed air; scavenging, supercharging, and starting system.
(c)  Compressed air; ship's high-pressure system.
(d)  Compressed air; ship's low-pressure system.
(e)  Automatic fuel compensating system.
(f)  Main and auxiliary water systems.

6. In addition to the foregoing plans, general data for all vessels shall be supplied made up on a similar tracing, and a general synopsis of the official contract trials. The latter will be furnished to the contractor by the Bureau, via the inspector of machinery. The general data required shall include the following items, covering dimensions and outstanding characteristics:

(a)  Hull.
(b)  Propelling machinery.
(c)  Shafting and bearings.
(d)  Propellers.
(e)  Boilers.
(f)  Pumps.
(g)  Auxiliary machinery.
(h)  Condensers and vacuum equipment.
(i)  Lubricating oil capacity and storage.
(j)  Fuel capacity and storage.
(k)  Fresh-water capacity and storage.
(l)  Speeds and performance characteristics on official trials.

## S1–3–k. TYPE B AND D DRAWINGS—LIST OF PLANS

1. In order to obtain uniformity in the preparation of type B, and particularly type D, drawings, the following lists of subject items for such drawings are given. For certain vessels some items listed do not apply; for others, necessary items may have been omitted. The lists are not intended to be exhaustive but are furnished only as a general guide; omission of any important item shall not be construed to relieve the contractor of the responsibility for furnishing either type B or type D drawings, pertaining to same if required. It is understood that these items are meant to include only work which is under the cognizance of the Bureau of Engineering.

2. For the following items, arrangement or assembly drawings will be required with such detail drawings or information as are necessary for a clear understanding of the item and to permit reproduction of parts which are

REPRODUCED AT THE NATIONAL ARCHIVES

S1-1

12

subject to wear or breakage and which may require replacement.   The details of parts may be made on the same sheet as the arrangement or assembly plan, may be in the form of a descriptive note, or may be on one or more separate sheets.

(a) Bilge drainage system, machinery spaces.
(b) Blacksmith shop.
(c) Feed regulators.
(d) Fire extinguishers, machinery spaces (steam).
(e) Floor plates, machinery space.
(f) Forced-draft system.
(g) Foundations, important machinery.
(h) Foundry.
(i) Gear, locking, main and bilge injection, distance, valve operating.
(j) General workshop.
(k) Gratings, machinery spaces.
(l) Guards, main propulsion units.
(m) Heating system:
   (1) Steam, living spaces.
   (2) Coils, fuel-oil tanks.
(n) Indicators:
   (1) Temperature.
   (2) Fuel-oil tank gage.
   (3) Smoke.
(o) Ladders, machinery spaces.
(p) Lagging and heat insulation.
(q) Oil purification apparatus.
(r) Piping.
(s) Protective devices, electric propulsion controls.
(t) Shop arrangements.
(u) Sirens, steam.
(v) Smoke pipes.
(w) Switching structure, electric propulsion control.
(x) Tanks, air.
(y) Trial equipment.
(z) Uptakes, boiler.
(aa) Valves:
   (1) Sentinel.
   (2) Sluice, gate.
(bb) Ventilating system, machinery spaces.
(cc) Whistles, steam and electric.

3. For the following items, assembly and complete detail plans will be required:
(a) Air accumulators:
   (1) Compressors.
   (2) Ejecting apparatus for condensers.
   (3) Flasks and plugs, Diesel engines.
   (4) Starting and reversing gears, Diesel engines.
(b) Augmenters, vacuum.
(c) Bearings:
   (1) Main shafting.
   (2) Main thrust.
   (3) Turbine thrust.
(d) Blowers:
   (1) Ventilating, electric propulsion equipment.
   (2) Forced draft, fire rooms.
   (3) Soot.
(e) Boilers:
   (1) Auxiliary.
   (2) Main.
(f) Bolts, holding down, main propulsion units.

REPRODUCED AT THE NATIONAL ARCHIVES

13

(g) Cables, electric-propulsion units.
(h) Circuit breakers.
(i) Clocks, electrical.
(j) Clutch gear, main propulsion.
(k) Condensers.
(l) Coolers.
   (1) Air.
   (2) Oil.
   (3) Water.
(m) Distilling plant and auxiliary equipment.
(n) Eductors.
(o) Engines, main propelling.
(p) Expansion couplings, shaft.
(q) Expansion joints for piping.
(r) Fair-waters.
(s) Filters, lubricating oil.
(t) Gages:
   (1) Bridge.
   (2) Turbine clearance.
(u) Gear, lifting:
   (1) Lifting, for important machinery.
   (2) Operating:
      (a) Main engines.
      (b) Smoke pipe.
      (c) Damper.
      (d) Valve.
   (3) Turning or jacking, main propulsion units.
(v) Generators, main propelling.
(w) Governors:
   (1) Auxiliary units.
   (2) Main propulsion units.
(x) Grease extractors.
(y) Heaters:
   (1) Water.
   (2) Oil.
(z) Indicator gear:
   (1) Auxiliary units.
   (2) Main engines.
(aa) Indicators:
   (1) Revolution.
   (2) Salinity.
(bb) Insulators, electric propulsion cable.
(cc) Interlocks, electric propulsion.
(dd) Lubrication:
   (1) Auxiliary units.
   (2) Main propulsion units.
(ee) Mandrels for white metal, main bearings.
(ff) Manifolds and all important piping.
(gg) Meters, torsion.
(hh) Micrometer gear, main propulsion units.
(ii) Motors, electric propulsion.
(jj) Mufflers, exhaust, Diesel engines.
(kk) Oil fuel system.
(ll) Packing:
   (1) Gland:
      (a) Auxiliary turbine.
      (b) Main turbines.
   (2) Metallic, main engines.

REPRODUCED AT THE NATIONAL ARCHIVES

S1–1

14

   (mm) Potheads, propulsion cables.
   (nn) Propellers.
   (oo) Pumps.
   (pp) Reduction gear, main propulsion units.
   (qq) Refrigerating plant.
   (rr) Relays, electric propulsion control.
   (ss) Rheostats, electric propulsion control.
   (tt) Separators:
      (1) Oil.
      (2) Steam.
   (uu) Shafting, main propulsion.
   (vv) Strainers:
      (1) Macomb.
      (2) Oil.
      (3) Steam.
   (ww) Stuffing boxes–
      (1) Bulkhead.
         (a) Pipe.
         (b) Shaft.
      (2) Main engine.
      (3) Stern tube.
   (xx) Switchboards, electric propulsion control.
   (yy) Switches, electric propulsion control.
   (zz) Tanks:
      (1) Air.
      (2) Feed and filter.
      (3) Ice making.
      (4) Oil.
   (aaa) Tools, special.
   (bbb) Transformers, electric propulsion.
   (ccc) Turbine, special control, main propulsion units.
   (ddd) Turbines:
      (1) Auxiliary.
      (2) Main propulsion.
   (eee) Valves:
      (1) Boiler blow.
      (2) Check.
      (3) Feed stop and check.
      (4) Composition gate above 2½ inches (where not standard).
      (5) Composition globe, angle and cross above 2½ inches (where not standard).
      (6) Injection.
      (7) Reducing or regulating.
      (8) Relief.
      (9) Safety, boiler.
      (10) Sea.
      (11) Spring-loaded or pressure-regulating, exhaust.
      (12) Stop, boiler.
      (13) Throttle.
      (14) Toggle operated stop and cut out valves in the main steam lines.

    4. For certain classes of equipment, such as those where mechanical fit is not an object, where it may be manifestly impracticable for the manufacture of replacement parts to be attempted by naval personnel, or where the item in question is in accordance with approved naval standards or so standardized industrially as to be readily obtainable by purchase in practically any United States port, types B and D drawings in the form specified above will not be required. In lieu of hand tracings or photographic tracings, however, sufficient information shall be supplied by photographs, illustrations, printed matter, etc., to enable the equipment in question to be readily understood and to permit all parts to be ordered for replacement. The following list of items is given as indicative of equipment covered in this subparagraph:
   (a) Bolt forcers.

REPRODUCED AT THE NATIONAL ARCHIVES

15

    (b) Calorimeters.
    (c) Chain blocks.
    (d) Cleaners, tube
    (e) Clocks, nonelectrical.
    (f) Counters, revolution.
    (g) Electrical metering instruments, switchboard and portable.
    (h) Flue-gas analyzing outfits.
    (i) Fuses.
    (j) Gages (steam, vacuum, air, water, and oil) except special types.
    (k) Indicators:
        (1) Diesel engine.
        (2) Steam engine.
    (l) Instruments, electric propulsion.
    (m) Joints, universal.
    (n) Machine tools (except motors and other electrical equipment).
    (o) Meters:
        (1) Oil
        (2) Water.
    (p) Pipe fittings.
    (q) Pyrometers.
    (r) Springs.
    (s) Thermometers.
    (t) Transformers, instruments
    (u) Tools
        (1) Hand (except special wrenches, etc.).
        (2) Machine (except motors and other electrical equipment).
        (3) Workshop.
    (v) Traps, except vacuum traps for turbine drainage.
    (w) Valves:
        (1) Made from Bureau standard plans, Navy Department specifications, or Supplementary General
            Specifications, except toggle operated stop and cut-out valves in main steam line.
        (2) Composition gate, globe, angle and cross, 2¼ inches and under.
  5. The following items for plans of electrical installation of vessels are listed to be furnished by the contractor:
    (a) *Power system:*
        (1) Elementary diagram of power distribution system (refer to type and contract plans. See also
            subpar. S1–1–k–5 (e) (1)).
        (2) Electrical data for motor driven auxiliaries (standard form, Bureau drawing 9–S–4722–L).
        (3) Power analysis and summary of feeders (standard form for A. C, Bureau drawing 9–S–4704–L.
            See also subpar. S1–1–k–5 (g) (5)).
        (4) Isometric wiring diagram of *Battle* and *General* systems.
        (5) Isometric wiring diagram of *Emergency* system (including portable storage battery leads and
            charging circuits).
        (6) Isometric wiring diagram of bus ties, switchboard interconnections, generator cables, shore
            connections, transformers and feeders for ships alongside (tender class), etc.
        (7) Elementary diagram of vent sets power and control, and vent system closures and control.
        (8) Elementary diagram of electric furnace power and control.
        (9) Elementary diagram of all systems of remote control of circuits.
        (10) Elementary diagram of control and starting circuits of emergency generator starting.
        (11) Isometric diagram of heating, starting, and radio testing installations.
        (12) Elementary of control, interlock and indicating connections between switchboards.
        (13) Isometric wiring diagram of power circuits in gun turrets and mounts.
        (14) Isometric wiring diagram of cable leads for main propulsion (also an elementary wiring diagram).
        (15) Working wiring deck plans.
        (16) List of feeders and mains of *Battle*, *General*, and *Emergency* systems (standard form Bureau
            drawing 9–S–4746–L).

REPRODUCED AT THE NATIONAL ARCHIVES

S1-1

16

(17) List showing switch arrangements, loads, fusing, etc., of distribution panels.
(18) Summary list of all storage batteries on vessel showing charging arrangements.
(19) Complete list of transformers with load data.

(b) *Lighting system:*
   (1) List of lighting fixtures and appliances with symbols (standard form, Bureau drawing 9-S-4905-L. See also subpar. S1-1-k-5 (b) (15)).
   (2) Isometric wiring diagram of *Battle* and *General* systems.
   (3) Isometric wiring diagram of *Emergency* system.
   (4) Outline plan of vessel showing exact locations of all searchlights, running, anchor, and signal lights.
   (5) Elementary wiring diagram of running, anchor, and signal lights.
   (6) Isometric wiring diagram of running, anchor, and signal lights.
   (7) Isometric wiring diagram of lighting circuits in gun turrets and mounts and torpedo mounts.
   (8) Plan showing locations of all flight deck lights.
   (9) Elementary diagram of circuits of all flight deck lights.
   (10) Elementary diagram of control of all flight deck lights.
   (11) Elementary diagram of control of hangar deck lighting.
   (12) Elementary diagram of remote control of general lighting.
   (13) Working wiring deck plans.
   (14) List of feeders and mains of *Battle, General,* and *Emergency* systems (standard form, Bureau drawing 9-S-4745-L).
   (15) List showing switch arrangements, loads, fusing, etc., of distribution panels.
   (16) Load, analysis and summary of feeders (standard form for A. C. Bureau drawing 9-S-4704-L. See also subpar. S1-1-k-5 (q) (3)).
   (17) Summary of lighting system equipment (standard form, Bureau drawing 9-S-4905-L. See also subpar. S1-1-k-5 (b) (1)).
   (18) Illumination survey data (standard form, Bureau drawing 9-S-4901-L).

(c) *Interior-communication and fire-control systems:*
   (1) Elementary wiring diagram of each interior-communication system. The Government will supply type B and type D plans of elementary wiring diagrams of self-synchronous fire-control circuits.
   (2) Isometric wiring diagram of each interior-communication and fire-control system.
   (3) List of voice-tube outlets.
   (4) List of telephones (battle, sound powered, automatic, general announcing).
   (5) Diagram of current supply.
   (6) Load summary of all circuits emanating from interior-communication switchboards.
   (7) Deck plans (¼-inch scale on surface ships; ½-inch scale on submarines); separate sets of plans for interior-communication and fire-control systems.

(d) *General plans for all miscellaneous electrical systems and installations in the following spaces* (these plans are in addition to those submitted as purely general arrangement plans for joint approval of the Bureau concerned):
   (1) *Wireways:*
      (a) *Wireway deck plans.*—Composite for all systems—power lighting, I. C., F. C., radio, sound, steering gear selsyn, etc.—including thereon the following minimum information:
         (1)' Location of runs.
         (2)' Approximate space dimensions of runs.
         (3)' Designation of methods of support used for each section of runs.
         (4)' Designation of sections (and plan numbers for same) for which wireway details are shown on separate plans.
         (5)' Cables in the runs—showing for each:
            a' Circuit number.
            b' Cable type and size.
      These plans shall be developed in collaboration with the development of the machinery arrangement (and prior to fixing such arrangement), so as to insure compliance with all cable arrangement (including circuit trunking) and installation specification requirements, allotment of space, etc.
      (b) *Wireway details.*—As necessary, including the following minimum information:
         (1)' Arrangement (vertical) of cables in main wireway racks.

REPRODUCED AT THE NATIONAL ARCHIVES

17

(2)' Arrangement in gun-director trunk.
(3)' Arrangement at gun mounts.
(4)' Wiring tunnels.
(5)' Arrangements at important locations, such as engine and fireroom bulkheads, vicinity of main switchboards I. C. and F. C. switchboards, etc.

NOTE.—Detail data such as shop drilling data for stuffing tubes in decks and bulkheads, etc., are not required for type B and D plans.

The nature of these plans (wireway details) will not permit specific checking for complete approval by the Bureau, and therefore the local inspector of machinery will act on such plans, and by close follow up shall be responsible for designs and installation being in as full compliance as practicable with the requirements and intent of the applicable specifications. Also in this connection, regardless of whether shown on detail plans or not, departures from specifications (including standard installation methods) will be approved by the inspector of machinery upon installation only in instances where the installation is such that such departure is necessary. Copies of such plans given local approval shall be furnished for the information and files of the Bureau. Any particular matters in connection with these matters (wireway details) on which the Bureau's decision is considered necessary, shall be submitted with full particulars and recommendations.

(2) *Dynamo flats.*—Diesel engine generator rooms—switchboard rooms—etc. (to show arrangements of generator sets, rheostats, voltage regulator units, switchboards).
(3) Storage-battery compartment and arrangement of battery-charging station.
(4) Arrangement of electrical workshop.
(5) Steering-gear room.
(6) Turrets and mounts.
(7) Turret.
   (a) Column and base.
   (b) Castings.
(8) Torpedo tubes.
(9) Torpedo rooms.
(10) Refrigerating plant spaces.
(11) Machinery spaces.
(12) Boiler rooms.
(13) Motor rooms.
(14) Bridge.
(15) Central station.
(16) Chart house.
(17) Conning tower.
(18) Armored access and wiring tubes.
(19) Control rooms.
(20) Maneuvering rooms.
(21) Fire-control and director stations.
(22) Gyro rooms.
(23) Interior-communication room.
(24) Cable installations at exposed guns and directors.
(25) Masts.
(26) Pilot house.
(27) Plotting rooms.
(28) Photographic laboratory.

(c) *Miscellaneous.*
(1) Schedule of type B plans of electrical installation—This schedule shall consist of a tabulation of the plans required of the electrical installation of the vessel or vessels concerned; listing in parallel columns (a) The titles; (b) the contractors plan numbers (with column for alteration numbers); (c) the Bureau of Engineering plan numbers (with column for alteration numbers); (d) the estimated date of submission for approval and (e) remarks; additional columns may be added to suit the contractors convenience.
(2) A plan listing all methods of supporting cables, fixtures, panels, appliances, etc., by Bureau plan, alteration, and method numbers as used; and delineating any proposed methods which

REPRODUCED AT THE NATIONAL ARCHIVES

S1–1

18

are departures from the Bureau standard methods.  Also plans shall be furnished of any nonstandard (special) fixtures and appliances used.

(3) Diagrammatic wiring plan of power and lighting systems and diagram of connections of generator and distribution switchboard as required for proper care and operation of the electric plant.  (Copies also to be suitably framed and fitted on each generating set platform.)  (Refer to subpar. S1–1–k–5 (a) (1).)

(4) List of electrical weights showing manufacturer's or contractor's drawing numbers, Bureau drawing numbers, quantity, unit weights, and total weights, in pounds, of all electrical material installed, whether furnished by the contractor or Bureau.  (Bureau standard form, Bureau drawing 9–S–3617–L.)

(f) *All electrical apparatus and equipments.*  (Refer to detail requirements of applicable Subsections of General Specifications for Machinery, Supplementary General Specifications for Machinery, and Navy Department specifications.)

S1–1–1. Electrical plan requirements.

1. Plans showing runs of wire leads and structural work together shall have the wire leads shown as heavy lines, and structural work (outlines of decks, bulkheads, etc.) in light lines.

2. All working deck plans and general arrangement plans showing electrical wiring, shall have all structural work shown (such as doors, hatches, skylights, stanchions, coal chutes, manholes, removable plates, together with their names and compartment numbers, etc.) which might in any way affect the run of the electrical wireways.

3. The symbols used on plans to indicate types of appliances, fixtures, etc., shall be in accordance with Bureau of Engineering standard plan 9–S–3744–L.  Each plan on which appliances, fixtures, etc., are shown by a symbol, shall for convenient identification, and shall have on it a table which shall show in parallel columns each symbol used with its name and/or descriptive identification; this applies in particular to isometric and working wiring deck plans.  All cables shown on plans shall be identified in accordance with Subsection S23–2.  Where Bureau standard forms are available they shall be followed in the preparation of plans.

4. Working wiring deck plans shall be of ¼-inch scale on surface vessels and ⅜-inch scale on submarines; or larger as required for satisfactory legibility.  These plans shall be submitted after diagrammatic (elementary and isometric) plans have been approved, and shall show the proposed location and type of fixtures, approximate location of motors and motor generators, fans, I. C. instruments, and all other electrical apparatus, complete wiring, nature of wireways, and all appliances, such as feeder junction boxes, feeder distribution boxes, distribution boxes, switches, receptacles, etc.

5. Each system wiring plan shall have a reference plan table referring to all other plans of the system (this includes elementaries, isometrics, deck and feeder lists); this table shall list in parallel engineering numbers and alterations of each.  In the case of deck plans, one of the decks (preferably Hold-Ford) only, shall bear the list of reference plans and their respective alteration numbers—in case of alteration to one of the system plans, it will therefore be necessary only to change the alteration numbers of reference plans on only this single deck plan.

6. The schedule of plans of electrical installation and the elementary diagram of the power distribution system shall be submitted at the earliest practicable date after award of contract.  All power systems, lighting system, and general plans as listed in subparagraph S1–1–k–5 shall be submitted for approval in the general order stated in that subparagraph.

7 On elementary and isometric wiring diagrams and on deck plans, the extensive use of single lines to represent several cables, is unsatisfactory; a limited use of single lines for this purpose will be satisfactory.  However, this shall be limited to instances where a group of leads start at one point (as at a panel or terminal board) and all proceed in the same direction to end in one general vicinity—and in these instances there should be no branches off the main single line run; wherever the single line scheme is used the leads shall be carefully labelled at each end of the single line where they are again separated.

8. All interior-communication plans shall be submitted for approval in the order stated in subparagraph S1–1–k–5 and on separate sheets.  One system only shall be shown on a sheet.  Additional plans which may be necessary to show special features or points not otherwise clear shall be submitted as required.  Deck plans shall show general arrangement and wireways, including location of junction boxes, distribution boxes, and other principal wiring appliances.  There shall be furnished sheets containing general summary of the interior-communication instruments, accessories, and wiring appliances, giving both contractor's and Bureau drawing numbers.

9 The diagrams on lists of lighting feeders and mains shall show the number of each and every circuit and circuit section (feeders, mains, submains, and branches).  In this numbering care must be exercised in order to leave numbers available in sequence for each spare connection in a box (each space on a box should be shown

REPRODUCED AT THE NATIONAL ARCHIVES

S1

19

by a stub line).  Also the deck plans shall show the number of each circuit (feeders, mains, submains, and branches) which passes through a deck, bulkhead, or barrier or out of the same compartment from which it is fed; refer to Subsection S28–2.  This marking is intended to provide proper identification of the circuits, so as to facilitate the tracing of the circuit after installation.

10.  The approved type B plans of the electrical installation shall be followed in making the actual installation except as modified by this paragraph and any major developments or deviations therefrom—which are approved locally by the inspector of machinery or the navy yard—shall be accompanied by immediate alteration of the approved type B plans involved to show such departures.  By major developments or deviations is meant changes which if not shown would lead to confusion in checking or tracing a circuit or fittings.  Since the installation as actually made will be in strict conformity with and shown in all important details on the type B plans, which will thus include all such major developments and alterations made and approved by local authority, it is contemplated that new tracings made of such type B plans will be furnished as the type D drawings required under paragraph S1–l–g.  It shall be noted in particular, that on this basis it will not be necessary to make wiring deck plans from the work to show exact locations of cables, fixtures, etc.—it being considered sufficient that the wiring installation plans shall have cables, fixtures, appliances, etc., shown in the proper compartments in their approximate locations, irrespective of exact location, as is the case on the type B plans.  No type D finished deck plans will be required of the interior-communication and fire-control systems.  Where one set of type D finished plans are furnished for more than one vessel of a group, all major departures for any individual vessel or vessels shall be clearly indicated by notes on the basis plan, or by such supplementary plans as may be necessary if such departures are extensive.

S1–l–m.  Radio drawings, special requirements.

1  Type plans, drawings of radio apparatus and its arrangements will be supplied by the Government from which contractors shall make the installations.

2  In cases when contractors supply radio apparatus, working drawings shall be submitted as may be required by the Bureau of Engineering, in the standard sizes shown in subparagraph S1–l–c–2.

S1–l–n.  Symbols for electrical installation of vessels.

1.  Symbols used on drawings to indicate type of appliances, etc., shall be in accordance with Bureau of Engineering plan No. 9–S–3744–L, revised to date of bid.

S1–l–o.  Inspection and performance acceptance tests.

1.  Unless otherwise specified, the inspections and tests made in accordance with the requirements of the applicable specifications shall be recorded in a complete test report as hereinafter stated.  These reports may be made on manufacturer's or contractor's test forms, except when STANDARD FORMS (see appendix I) have been prepared by the Bureau.

2.  The inspections and tests which may be required by the applicable specifications and which shall form the basis of test reports are as follows:

(a)  Separate tests of driving or driven units.

(b)  Combined assembly tests of driving and driven units.

3.  For all combined assembly tests, each performance acceptance test report shall include—

(a)  Test report of driving unit.  For alternating-current motors refer to Navy Department Specification 17M10 and FACTORY TEST RECORD, Form I. N. M. 34.  For direct-current motors refer to Navy Department Specification 17M9 and FACTORY TEST RECORD, Form I, N. M. 21.

(b)  Test record of controller (if involved).  For alternating-current controllers, refer to Navy Department Specification 17C10 and FACTORY RECORD, Form I. N. M. 35.  For direct-current generators refer to Navy Department Specification 17M9 and FACTORY RECORD, Form I, N. M. 23.

(c)  Test record of generators (if involved).  For alternating-current generators, refer to Navy Department Specification 17G8 and FACTORY RECORD, Form I, N. M. 36.  For direct-current generators refer to Navy Department Specification 17G7 and FACTORY RECORD, Form I, N. M. 22.

(d)  Test record of driven unit, including copies of all recorded test data and characteristic curves plotted therefrom (where required).

(e)  Test report of the combined assembled unit, including a definite report on the suitability of the driving unit (and controller, if furnished) for its specific application and harmony of assembly of all independent units going to make up to the complete equipment.  For motor-driven units refer to FACTORY RECORD, Form I, N, M. 34a.

REPRODUCED AT THE NATIONAL ARCHIVES

S1-1

20

4. Distribution of complete test reports on the combined assembled units shall be as follows:

(a) Two to Bureau of Engineering.

(b) One to each vessel concerned (to be forwarded via inspector of machinery or commandant of the building yard).

(c) Two to each inspector of machinery (one for the inspector's files, the other for the shipbuilder), for privately built ships.

(d) One to commandant of each building yard concerned, for navy yard built vessels.

(e) One for primary district inspection office.

(f) One for branch inspection office (if any).





FOR OFFICIAL USE ONLY

Code 415

# GENERAL SPECIFICATIONS FOR SHIPS
## OF THE UNITED STATES NAVY

S1-1

### DEPARTMENT OF THE NAVY, BUREAU OF SHIPS

#### 1 DECEMBER 1957

SECTION S1-1
PLANS
Supersedes section S1-1, dated 1 July 1954

## CONTENTS

| Paragraph | Title | Page |
|---|---|---|
| S1-1-a. | Scope | 1 |
| S1-1-b. | General | 1 |
| S1-1-c. | Plan definitions | 2 |
| S1-1-d. | Government-furnished plans | 2 |
| S1-1-e. | Correspondence and plan forwarding procedure | 3 |
| S1-1-f. | Drafting and plan reproduction requirements | 3 |
| S1-1-g. | Working plans | 5 |
| S1-1-h. | Corrected plans | 6 |
| S1-1-i. | Selected record plans | 7 |
| S1-1-j. | Basic plans | 9 |
| S1-1-k. | Ship Plan Index | 9 |
| S1-1-l. | Microfilm | 10 |
| S1-1-m. | Onboard plans | 10 |
| S1-1-n. | Machinery plans | 12 |
| S1-1-o. | Electrical plans | 12 |
| S1-1-p. | Electronics plans | 13 |
| S1-1-q. | Hull plans | 13 |
| S1-1-r. | Booklet of Tank-Sounding Tables | 16 |
| S1-1-s. | Booklet of General Plans | 17 |

### S1-1-a.   Scope

This section contains requirements pertaining to type, preparation, approval procedure, indexing and distribution of plans and plan booklets required under the contract. Government-furnished plans are also described.

Additional plan requirements for specific installations, structures, systems, and instruction books are contained in the applicable sections of these specifications. Specific plan requirements for machinery and equipment are contained in the referenced Government purchase specifications in the applicable section.

### S1-1-b.   General

Classified plans and classified correspondence relative to plans shall be designated and handled in accordance with the security regulations referenced in section A1-0.

All plans, booklets, and indexes requiring approval shall be submitted to the Supervisor as outlined herein. Separate instructions are issued Supervisors regarding plans which the Bureau desires to review or approve prior to their granting the contractor formal approval of such plans. In general, additional prints are required of plans showing installation of equipment furnished by, or of plans of structures and systems directly associated with the proper functioning of equipment under the cognizance of the Bureau of Aeronautics, Bureau of Ordnance, Bureau of Medicine and Surgery, and the Bureau of Supplies and Accounts. In these cases, the Supervisor will designate the number of additional prints required for plan approval.

All plans, including tracings, vandykes, and blueprints, specified to be furnished by the contractor to the Bureau or its representatives shall become the property of the Government.

If defects develop in machinery and equipment during the guarantee period, and if corrections of such defects are determined to be chargeable to the contractor, he shall revise the Government's set of reproducible plans to show modifications made to correct such defects. To accomplish this, the activity to which the plans were delivered shall be requested to return them for revision; or, if preferred by the contractor, new reproducibles may be furnished to replace the incorrect plans.

### ST-I-c.   Plan definitions

*Contract plans* are Bureau plans forming part of the contract which illustrate design features of the ship from which no departure in the development of plans by the contractor is permitted unless such departure is specifically approved. They may consist of:

    Hull contract plans
    Machinery contract plans
    Electrical contract plans
    Electronics contract plans

*Contract guidance plans* are Bureau plans forming part of the contract which illustrate design features of the ship subject to development. These design features are acceptable to the Bureau but will not necessarily be subject to strict compliance, provided the required results are accomplished. These plans may consist of:

    Hull contract guidance plans
    Machinery contract guidance plans
    Electrical contract guidance plans
    Electronics contract guidance plans

*Standard plans* are Bureau plans illustrating arrangement and details of equipment, systems, or components from which no departure in the manufacture of parts or intent of use is permitted without Bureau approval. They may consist of:

    Hull standard plans
    Mechanical standard plans
    Electrical standard plans
    Electronics standard plans

*Type plans* are Bureau plans illustrating general arrangement of equipment, systems, or components which will be satisfactory for the Bureau's purposes but which will not necessarily be subject to strict compliance therewith as to details provided the required results are accomplished.

They may consist of:

    Hull type plans
    Mechanical type plans
    Electrical type plans
    Electronics type plans

*Production plans* are manufacturers' plans illustrating machinery or equipment (exclusive of electronic equipment). They consist of:

    Type I   *Master plans* (Ship identification numbers *are not shown* because there are no features exclusively applicable to any particular ship).

    Type II   *Other plans* (Ship identification numbers *are shown* because some part or feature is applicable only to a particular ship). These are manufacturers' working plans.

*Electronic equipment and system plans* are electronic equipment manufacturers' plans illustrating their equipment.

*Construction plans* are the contractor's plans that are necessary for construction of the ship or for illustration of the ship as constructed.

*Working plans* are those construction and type II production plans which are necessary for construction of the ship. They are directly associated with ship and system arrangement, fabrication, and installation. They are developed from the specifications, contract plans, and contract guidance plans.

*Corrected plans* are working plans which have been corrected to illustrate final ship and system arrangement, fabrication, and installation.

*Selected record plans* are a designated group of construction and production plans applicable to an individual ship and illustrating important features, systems, and arrangements. They are maintained correct throughout the life of the ship by the Government.

*Basic plans* are the design activity's plans required for all ships of a design class.

*Onboard plans* are a designated group of construction and production plans illustrating those features considered necessary for shipboard reference.

### ST-I-d.   Government-furnished plans

Contract plans and contract guidance plans will be furnished the contractor as a part of the contract. Other plans which may have been developed in conjunction with the Detail Specifications will also be furnished for the contractor's guidance if considered advisable by the Bureau.

Case 2:12-cv-03013-SVW-PJW Document 128-12 Filed 02/11/13 Page 46 of 59 Page ID #:3201

S1-1-d

3

Upon the contractor's request to the Supervisor, the Government will furnish prints or lend tracings of Government-furnished equipment as necessary for preparation of construction or basic plans.

Bureau standard and type plans are also available upon request, and the copy furnished will always be the one incorporating the latest revision letter. Refer to section A1-0 for effective date of revision applicable to the contract.

The Bureau revises standard plans when advisable to incorporate improved features or processes and will consider similar modifications proposed by a contractor except those aimed primarily at modification of standard plans to suit individual shipyard shop practices.

Lists of standard and type plans are tabulated in the following:

Index of Bureau of Ships Standard and Type Plans

Part 1, Hull NavShips 250-510-1
Part 2, Mechanical NavShips 250-510-2
Part 3, Electrical NavShips 250-510-3
Part 4, Electronics NavShips 250-510-4

Items fully illustrated by Government-furnished plans shall not be redrawn by the contractor. When these plans apply they shall be referenced by Bureau plan number on the applicable arrangement plan, assembly plan, or plan list.

S1-1-e. Correspondence and plan forwarding procedure

The contractor shall direct correspondence concerning plans to the Supervisor as specified in section A1-0, enclosing prints of the various types of plans as outlined herein. Large shipments of the contractor's plans designated for delivery to a Government activity may be sent direct to that activity provided a list of the plans sent is enclosed; however, his forwarding letter shall be sent via the Supervisor. When a design activity is distributing basic plans his correspondence and plans shall be forwarded direct to Supervisors, Inspectors, and contractors involved in the construction of the design class and designated on a mailing order furnished by his Supervisor.

Correspondence forwarding plans, and lists accompanying plans forwarded separately from correspondence, shall list each plan forwarded, indicate its title, Bureau plan number, and latest revision letter. Plan lists shall reference the date and serial or file number of the forwarding letter, or a copy of the forwarding letter marked for identification only may be enclosed.

When practicable, correspondence regarding approval of plans shall be limited to the coverage of a single subject corresponding with the categories listed in Bureau of Ships Consolidated Index, NAVSHIPS 250-2702.

Correspondence forwarding plans for approval or other action shall be separate from correspondence forwarding plans for information and file.

When practicable, a single shipment shall be made of one type of plan (such as vandyke prints and tracings of selected record plans, or tracings of corrected plans) designated for a Government activity. For such plans the contractor shall obtain shipping instructions from the Supervisor.

All plans shall be prepared for mailing or shipping in accordance with MIL. Spec. MIL-D-963. Blueprints shall be folded in accordance with plan, BuShips No. S0103-73905; except that blueprints of the Booklet of General Plans shall be folded as specified in paragraph S1-1-c.

S1-1-f. Drafting and plan reproduction requirements

Production plans shall comply with MIL. Spec. MIL-D-963; electronic equipment and system plans shall comply with MIL. Spec. MIL-D-16415 and MIL-D-17419.

Except where otherwise specified for a specific plan, or type of plan or plan booklet, the following shall be applicable to construction plans:

Format.— Plans, BuShips Nos. S0103-73726 and S0103-73940 are applicable.

In selecting the length of a plan the probable expansion of the revision column shall be considered, especially for compartment and access plans, general arrangement plans, piping arrangement plans, and others usually subject to extensive development. If practicable, the length of plans shall be limited to 144 inches.

Titles of plans and plan booklets referred to herein shall be strictly followed. Because of possible changes in names of ships only the official identification numbers of the applicable ships shall appear on the plans.

Titles and Bureau plan numbers of reference plans shall be incorporated on all arrangement, diagrammatic, and detail plans, if such references are necessary for a complete understanding of the plan.

If the required information cannot be included on one plan as many sheets as necessary may be used, provided each sheet is the same size and has the same complete title and plan number.

ST-1-g                           6                           ST-1-h

representative; likewise, no revision is valid until
it bears his initials in the appropriate place in
the revision block.  After each approval, prints
shall be forwarded to the Supervisor for his dis-
5    tribution and file.  In general, three prints of each
plan shall be forwarded, but for certain plans, ad-
ditional blueprints or vandyke prints will be re-
quired and shall be furnished by the contractor
in the number specified by the Supervisor.  When
10   the contractor is required to furnish basic plans;
additional prints and reproducibles shall be
furnished as specified in paragraph ST-1-j.

When submitting plans for approval the con-
tractor shall invite specific attention to all de-
15   partures from contract plans, or from requirements
of the General Specifications or the Detail Specifi-
cations.  He shall describe in detail those
departures which he considers to involve a change
under the contract; otherwise, general approval of
20   his plans shall not constitute approval of the
departures.  Reasons for all departures from
contract plans and specifications shall be given.

Approval of a plan shall not be construed as
approving items not germane to the subject of the
25   plan as stated in the title unless specific action
on such items is requested.  This requirement shall
not be interpreted as cause for complicating the
plan title.

Approval of a detail, such as the electric equip-
30   ment of an auxiliary, shall not be construed as
implying approval of the auxiliary itself or the
general system with which it operates.  Approval
of an arrangement or outline plan does not indicate
approval of any detail.

35   If after a plan of any arrangement or detail has
been approved and the same arrangement or detail
is shown differently on any plan subsequently
submitted, approval of the latter plan shall not be
construed as approving any deviation from the
40   former plan unless approval of such deviation is
requested.

If new plans are submitted which supersede or
supplement previously submitted plans in whole
or in part, reference to the superseded or supple-
45   mented plans shall be made on the new plans, and
vice versa.  Explanatory notes regarding main
differences or supplementary information regarding
the superseded or supplemented plans shall be
shown on the new plans or outlined in the corre-
50   spondence when submitting the plans for approval.

Piping, ventilation, heating, and air con-
ditioning.—Other sections of these General
Specifications outline specific requirements for
piping, ventilation, heating, and air conditioning

diagrams.  Working plans of these diagrams shall        55
be submitted for approval prior to submission of
arrangement plans of the systems.  Refer to
sections ST-5 and S33-1 for use of these diagrams
in instruction books.

Stress diagrams.—When stress diagrams are        60
specified to be furnished the plan shall incorporate
the following data:

Working load, test load, assumption as to
manner of loading (i.e., live, dead, alternating),
assumed friction, materials (including specifica-        65
tion number), maximum stresses in each part
(compressive, tensile, shearing, bearing, and
torsional) developed by the working load, and
the factor of safety (see section S13-0), in
each part.                           70

Stress diagrams shall also give information re-
garding characteristics under dynamic loadings,
when applicable.  This shall include calculations
for natural frequencies of vibration and for re-
sistance to shock loadings, together with pertinent        75
data.

Stress diagrams shall be submitted in a com-
plete and rational form so that a reviewer can
follow through the work, step by step, without
difficulty.  Pertinent work sheets, such as for the        80
calculation of section modulus of an irregular
section, shall be submitted with the stress dia-
gram.  The format of these work sheets may be
of any form convenient to the contractor.

Refer to section S42-0 for stress diagrams re-        85
quired for piping installations.

ST-1-h.  Corrected plans

General requirements.—Working plans shall
be used in the preparation of corrected plans for        90
the Bureau.  They shall be furnished in the follow-
ing manner:

If all ships of a design class are built at one
shipyard, one complete set of plans shall be
furnished by the contractor.  Should a plan not        95
apply either in whole or in part to all ships of the
class, such plan shall be properly marked for
the applicable ships, or additional sketches
incorporated thereon to indicate the differences;
and if this is impracticable, a separate plan for        100
each ship shall be furnished.

If ships of the same design class are built at
more than one shipyard from basic plans, each
contractor shall furnish a corrected plan, properly
marked for the applicable ships, incorporating        105
all revisions made by him for each deviation from
the basic plan which effects replacement and
repair.  Each such plan shall be assigned a new

SI-1-k                                                    7                            SI-1-l

Bureau plan number and shall carry a note reading: *This plan developed from Basic Plan, BuShips No. . , if he has not deviated from the basic plan to the extent mentioned above, no corrected plan need be furnished.*

Corrected plans need not be furnished for diagrams which form a part of instruction books nor for those plans required to be Selected Record Plans. When selected record plans are not required (see paragraph SI-1-i), plans of the same scope and title shall instead be furnished as corrected plans as specified herein.

*Preparation.* -- All corrected plans shall be hand-inked or photographically-reproduced cloth tracings, or they may be the original hand-inked cloth tracings. They shall be suitable for producing legible prints and satisfactory microfilm.

Any information or sketch not on the plans, the lack of which would prevent fabrication, manufacture, or reordering of parts, shall be incorporated on the corrected plans. Any sketch or miscellaneous information not applicable to the equipment or part shown shall be removed.

*Approval and marking.* -- Before distributing tracings the contractor shall have them examined by the Supervisor to ascertain that they comply with all requirements. When found correct they shall be stamped or marked Corrected Plan in the location shown on plan, BuShips No. S0103-73728.

*Distribution.* -- Unless otherwise stated in the contract, each contractor shall furnish corrected plans within four months after all ships of the design class built at his yard have been delivered to the Government. The destination to which the plans are to be delivered shall be as directed by the Supervisor. Plans shall be forwarded as a single shipment (except that classified plans shall be forwarded as a separate shipment), and they shall be accompanied by a list as specified in paragraph SI-1-e. The forwarding letter shall state that all plans have been certified correct by the Supervisor. If a contractor has been using basic plans, his forwarding letter shall also state that the plans enclosed are the only ones applicable to the ships concerned which differ from the basic plans as effecting replacement or repair.

SI-1-l.  Selected record plans

*General requirements.* -- Except as otherwise specified in this paragraph, one complete set of selected record plans shall be furnished by the contractor for each ship of the following types:

Aircraft carriers
Battleships
Cruisers                                                       55
Destroyers
Submarines

For ships other than the above-listed types, the only selected record plans required are the docking, booklet of general plans, and the running, signal and anchor lights location plans. Separate docking, booklet of general plans, and running, signal and anchor lights location plans shall be furnished for each ship of each class. In addition, corrected plans, in accordance with paragraph SI-1-h, shall be furnished for the items listed below (other than the docking, booklet of general plans, and running, signal and anchor lights location plans) in lieu of selected record plans.

Onboard prints of these plans shall be furnished as specified in paragraph SI-1-m regardless of whether they are furnished as selected record plans or as corrected plans.

Plans covering the following items shall be designated Selected Record Plans:

SURFACE SHIPS AND SUBMARINES
Antenna systems, topside arrangements
Booklet of General Plans
Docking plan                                                   80
Electric equipment, arrangements in all ship and fire control spaces.
Electronic equipment, arrangements in all electronics main operating and control spaces (if not shown on other arrangement plans)
Electronic systems, isometric wiring diagrams
Electronic systems, elementary wiring diagrams (including remote control systems but not including individual electronic equipment system diagrams)
Fire control systems, isometric and elementary wiring diagrams
Interior communication systems, isometric and elementary wiring diagrams
Lighting systems, working wiring deck plans (if these plans do not show all feeders and mains the contractor shall furnish instead the isometric wiring diagrams of the ship service and emergency lighting systems)
Running, signal and anchor lights location plan (outboard profile of ship showing exact locations of all lights including searchlights)
Machinery, arrangements in main and auxiliary spaces (except small pump rooms, workshops, and steering gear rooms)
Steering gear control system, diagrammatic arrangement

S1-1-1

Switchboards, I. C. and F. C. (wiring diagrams, single line or elementary, and front views only)

SURFACE SHIPS ONLY

Booklet of Tank Sounding Tables

Emergency power system, isometric wiring diagram

Power distribution system, elementary wiring diagram

Rigging, general arrangement

Ship service power system, isometric wiring diagram

Schedule of watertight integrity tests and inspections

Tank capacity curves and curves of vertical center of gravity

Telephones, list of sound-powered and dial types

SUBMARINES ONLY

Compartments and tanks, testing requirements

Escape and rescue arrangements

Lighting system, list of feeders and mains

Moment diagram

Propulsion power system, schematic diagrams

Propulsion power system, working wiring deck plans

Salvage system, arrangement

Ship service power system (a. c. and d. c.), working wiring deck plans

Ship service power system (a. c. and d. c.) list of feeders and mains

Snorkel system, arrangement

Stowage, lead ballast

Tank capacity curves, curves of center of gravity and curves of moment of inertia

The contractor, utilizing the above, shall prepare a list of selected record plans, giving title and plan number of each plan. This list shall be approved by the Supervisor. For a design class, the design activity shall distribute this list to all following yards.

*Preparation.*—Plans and plan booklets shall be hand-inked or photographically reproduced cloth tracings. Each selected record plan shall show the official number of that ship only. Separate Bureau plan numbers shall be assigned each plan for each ship.

*Approval and marking.*—All selected record plans shall be examined and approved by the

S1-1-1

Supervisor. When found to be correct they shall be stamped or marked SELECTED RECORD PLAN in the location indicated on plan, BuShips No. 80103-73728. As each selected record plan is completed, the last revision shall indicate that the plan has been checked against the ship and corrected to show conditions actually existing on that ship.

*Distribution.*—Selected record plans shall be completed by the contractor as soon as practicable, preferably by the time the ship has reached the outfitting activity, but in no case later than three months after delivery of the ship for which the plans are applicable.

When completed, tracings of all selected record plans shall be forwarded by the contractor to the outfitting activity via the Supervisor. These tracings shall represent the ship as delivered and shall terminate the contractor's responsibility regarding these plans except as noted in paragraph S1-1-b, or where his contract specifies fitting-out the ship.

If it is impracticable to furnish all tracings of selected record plans to the outfitting activity at the time of delivery of the ship, the contractor shall furnish those completed and for the remainder he shall furnish vandyke prints of working plans which the contractor will either convert to or which he will use as a basis for preparing the remainder of the selected record plans. These prints will be used by the outfitting activity in lieu of selected record plans until the tracings are furnished by the contractor.

As soon as practicable, and in any case before the ship leaves the building yard, the contractor shall furnish one vandyke print of the docking plan to the Bureau, one to the outfitting activity, and one to the Commanding Officer of the ship. In addition, a reproducible shall be furnished to the Supervisor for reproduction and distribution.

When selected record plan tracings are transferred to the outfitting activity the contractor shall furnish the Bureau with reverse-reading paper vandykes of the Booklet of General Plans and direct-reading paper vandykes of the remaining selected record plans.

If the contractor is designated as the outfitting activity he shall incorporate on the selected record plans all revisions found to be necessary in the fitting-out. He shall furnish the Bureau with a reverse-reading paper vandyke of the Booklet of General Plans and one direct-reading paper vandyke of each other selected record plan. He shall

S1-1-t

9

then forward the tracings to the naval shipyard
designated by the Bureau as the planning yard.

## S1-1-j.  Basic plans

*General requirements.*—This paragraph out-
lines the responsibilities of a design activity for
the preparation and distribution of basic plans and
the responsibilities of leading and following yards
in their use of these plans.  If a design activity is
not designated, the leading yard shall assume the
responsibilities of the design activity as outlined
herein unless otherwise stated in its contract.

If both a design activity and a leading yard are
specified in the construction of a design class, the
plan responsibilities outlined herein for a follow-
ing yard are applicable to the leading yard except
as noted.  Plan requirements in connection with
trial work or other special assigned tasks will be
as specified in section A1-0.

Furnishing of basic plans shall include the
preparation, submission for approval, certification,
and distribution of all plans which are necessary
in the construction of a design class and which
are applicable to the entire class when drawn.
The design activity shall furnish basic plans.

Following yards shall use basic plans in the
construction of ships built at their shipyards.
They shall furnish prints of onboard plans and
when required, tracings of corrected plans and
selected record plans prepared from basic plans
supplied by the design activity.

*Preparation and marking.*—The design activity
shall develop and prepare basic plans in the
manner prescribed in the appropriate paragraphs of
this section describing the various types of plans.
All plans shall be titled to indicate all ships of
the design class authorized when plans are drawn.
Since reproductions of these plans may subse-
quently be revised or new plans drawn which
would supersede them insofar as particular ships
are concerned, they shall be conspicuously
marked or stamped at time of submission for ap-
proval.  *See Ship Plan Index for verification or
applicability of this plan to any ship.*

*Approval procedure.*—The design activity
shall obtain approval of basic plans from its
Supervisor in the manner prescribed in the appro-
priate paragraphs of this section describing the
various types of plans.

A following yard may make minor revisions to
working plans to suit local conditions.  In such
instances, and for new plans such as corrected
plans and selected record plans prepared from

S1-1-k

basic plans, approval shall be obtained from the
Supervisor of the following yard.

When both a design activity and a leading yard
have been specified, the following additional
responsibilities are applicable:

The leading yard shall forward to the design
activity, after approval by the Supervisor of
the leading yard, prints of all new and revised
plans which differ from basic plans.

The design activity shall review all new and
revised plans forwarded by the leading yard,
incorporate on the basic plans those revisions
which it considers applicable to the design
class, and submit them to its Supervisor for
approval.

*Distribution.*—Distribution of prints and
tracings of basic plans by the design activity to
its Supervisor shall be as specified in the appro-
priate paragraphs of this section describing the
various types of plans.  The design activity shall
distribute prints of new and revised plans to
Supervisors of following, yards in quantity suf-
ficient to satisfy their title and distribution re-
quirements.  To each following yard the design
activity shall forward one vandyke or one ozalid
print, whichever is requested by the following
yard, of each new and revised plan.

Plans shall be distributed as soon after ap-
proval as practicable.  Production plans necessary
in construction of the design class shall be dis-
tributed also; except that detail type I plans need
not be distributed unless they are required for
reference or for reproduction of onboard plans.

After completion of all ships of the design
class, and arrangements for microfilming of plans
have been made, the design activity shall forward
to the Bureau the original ink tracings, or photo-
graphically reproduced cloth tracings, of all basic
plans.

## S1-1-k.  Ship Plan Index

*Definition and use.*—The Ship Plan Index,
referred to herein as the SPI, comprises a list of
plans, together with the latest applicable revision
of each, that apply to an individual ship or a
specific group of ships.

*General requirements.*—For ships having an
overall length of less than 200 feet, one SPI shall
be prepared by each contractor to list plans
applicable to all ships of a design class built at
his shipyard.

For ships having an overall length of 200 feet
or more, one SPI shall be prepared for each ship.

*Content and preparation.*— Except for Bureau standard and type plans, detail and subassembly type I production plans, all plans under the cognizance of the Bureau of Ships, including plans of Government-furnished material, and applicable to the ship(s) concerned, shall be listed in the SPI.

The SPI shall show the title, Bureau plan number, latest revision letter, and the contractor's or manufacturer's plan number of each plan listed. On the left-hand edge of each page an asterisk shall be placed opposite each onboard plan. Manufacturers' plan lists or assembly plans included in the SPI, which list some or all of the detail and subassembly plans furnished as onboard plans which are not included separately in the SPI, shall be indicated by a double asterisk. The cover sheet of the SPI shall contain the following notation regarding onboard plans:

ONBOARD PLANS

*Plan furnished ship.

**Plan furnished ship, including some or all detail and subassembly plans not listed in this index.

The SPI shall be prepared on reproducible paper forms. Copies of these forms will be furnished the contractor by the Supervisor. The data may be typed on the SPI provided the carbon-backed sheets are carbon-backed to permit greater legibility of reproductions. Reproducible copies furnished following shipyards shall have the plan revision letters deleted, as these shall be inserted by each contractor to correspond with his final plans. Each contractor shall correct his copy of the SPI to show the applicable list of plans at time of delivery of the ships concerned.

As far as practicable, all plans shall be listed in numerical sequence according to their functional 3-digit index number (NAVSHIPS 250-270?) appearing in the plan number. Within the same index number category, related plans shall be grouped together. Where the plan content includes components that have subordinate index categories, as determined by notes on the plan, the plan shall be listed again in the SPI under each 3-digit index number exemplifying the subordinate category. Plans not having a 3-digit index number, or having an S-group number, shall be listed in the SPI under the 3-digit number corresponding to each shipboard application.

*Distribution.*— All SPI's shall be distributed in the same manner as described for selected record plans.

ST-I-l.   Microfilm

As soon as practicable after delivery of the ship to the Government, the contractor shall furnish microfilm indexes and one print of each plan listed therein for microfilming by the Government. The Supervisor will specify to which Government activity these indexes and prints shall be sent. Plans and indexes shall be forwarded as a single shipment and a copy of the forwarding letter shall be sent the Bureau.

The microfilm indexes shall comply with Mil. Spec. MIL-D-18051. Prints shall be black line or white background and shall be clear and sharp. If plans of Government-furnished equipment are not available at the contractor's shipyard, prints will be furnished by the Bureau upon request. If the contractor cannot furnish all prints because some plans are not available at the time, he shall list each such missing plan by its Bureau number and title in the forwarding letter.

Prints shall be assembled in the same order as they are listed in the microfilm index and rolled into bundles not exceeding nine inches in diameter. Bundles shall be marked on the outside to indicate the page numbers of the microfilm index on which the plans are listed. Plans shall be rolled from left to right so that the titles will appear first when unrolling.

When several ships of a design class are being constructed, microfilm indexes and prints will be required for the first ship of the class only. In this case the design activity shall prepare and furnish the microfilm indexes and shall be responsible for arranging for the forwarding of prints for microfilming.

Microfilm indexes and prints forwarded for microfilming shall become the property of the Government.

ST-I-m.   Onboard plans

This paragraph covers the contractor's responsibilities regarding the furnishing of onboard plans for each ship. Separate instructions are issued Supervisors regarding such items as the allowance list and the tonnage certificate that are furnished for the ship's file in addition to the plans furnished by the contractor. Plans of internal combustion engines, in the form of microfilm, will be furnished by the Bureau. For instruction books and the Damage Control Book refer to sections ST-5 and S88-1.

*Requirements for surface ships.*— For selection of onboard plans, the following list shall be

Case 2:12-cv-03013-SVW-PJW   Document 128-12   Filed 02/11/13   Page 51 of 59   Page ID #:3206

used as a guide for all surface ships except service craft:

Air testing fittings, list of (if not included in the Schedule of Watertight Integrity Tests and Inspections).

Aircraft and boat stowage and handling arrangements.

Ammunition, stowage, and handling, arrangements.

Bow doors.

Bow ramps.

Capacity plan (for cargo and supply type ships).

Closure classification label plates, list of.

Degaussing, elementary and isometric wiring diagrams.

Fueling-at sea, arrangement.

Gaskets and packing, list of.

General arrangement plans of all decks, levels, and platforms.

Ladder, accommodation, stowage and handling arrangements.

Lubricants, list of.

Machinery:

  (1) General assembly.

  (2) Subassembly of major components.

  (3) Operating, control, and lubrication diagrams.

  (4) Equipment and procedure for evaporator tube nest removal.

  (5) Other detail plans (for ships 200 ft. in length and larger) that are considered necessary by the design activity preparing the Ship Plan Index to supplement information contained in the instruction books.

Missiles, launching arrangements.

Paravane installation.

Piping arrangement plans in all main and auxiliary machinery spaces.

Pipe hangers for main steam piping.

Power system wiring deck plans.

Propellers.

Propulsion shafting arrangement and details.

Propulsion shaft bearings (including strut, stern tube, line shaft, and propeller thrust bearings).

Propulsion turbines and gears (all assembly and detail plans, including lifting arrangements; except for ships less than 200 ft. in length where assembly, outfitss, and clearance plans only shall be furnished).

Replenishment at sea, arrangements.

Rudder and rudder bearings.

Selected record plans (or their equivalent in the form of Corrected Plans, see S1-1-i.).

Ship Plan Index.

Stern gates.

Stern tube stuffing box.

Zincs in machinery installations, check-off list.

Except as noted below, one blueprint of each plan required by the above list shall be furnished as onboard plans:

Prints need not be furnished of those plans included in an instruction book specified in section S1-5.

Additional prints, in number specified by the Supervisor, shall be furnished of the Ship Plan Index, Booklet of General Plans, Booklet of Tank Sounding Tables, Schedule of Watertight Integrity Tests and Inspections, docking and heeling plans, and other important plans depending upon the type of ship.

For service craft, onboard plans shall be limited to diagrammatic and general arrangement plans considered necessary by the Supervisor.

*Requirements for submarines.*.— For selection of onboard plans, the following list shall be used as a guide:

Ammunition stowage, handling, and launching arrangements.

Closure classification label plates, list of.

Degaussing, elementary and isometric wiring diagram.

Gaskets and packings, list of.

Hydraulic rams for bow and stern diving and steering systems.

Lubricants, list of.

Machinery:

  (1) General assembly.

  (2) Subassembly of major components.

  (3) Operating, control, and lubrication diagrams.

  (4) Other detail plans that are considered necessary by the design activity preparing the Ship Plan Index to supplement information contained in the instruction books.

Operating gear affecting the submersibility of the submarine, arrangement and details.

Periscope hoist cylinders.

Propellers.

Propulsion shafting arrangement and details.

Propulsion shaft bearings (including strut, stern tube, line shaft, and propeller thrust bearings).

Selected record plans.

Ship Plan Index.

Snorkel systems (including safety circuits and devices).

Stern tube stuffing box.

Zincs in machinery installations, check-off list:

Onboard plans need not be furnished if they have been included in an instruction book specified in section S1-5.

Except for the Booklet of General Plans, the Ship Plan Index, and the docking plan, for which one or more full-size blueprints are required, one photographically-reduced positive blueprint of each plan required by the above list shall be furnished in booklet form as follows:

The trimmed width of plans shall be twelve inches and the minimum length twenty inches. Prints of longer plans shall be folded to dimensions of 12 by 20 inches. Prints shall be inserted in strong 13 by 21 inch loose-leaf binders in numerical sequence corresponding to the serial number of the Bureau plan number.

The front binder shall show the ship's official identification number, inclusive Bureau plan numbers in the booklet, and the title onboard plans. The front binder shall be hinged near its left hand edge and again approximately ten inches from its right hand edge so that it can be folded over for examination of a whole plan or for examination of title blocks only.

One or more booklets shall be furnished, as required, to limit the maximum thickness of each to 2-inches.

The photographic negatives, necessary to produce the reduced size plans, shall be furnished the Bureau as Government property.

**S1-1-n. Machinery plans**

Plans of all machinery details, arrangements, systems, and outfit necessary for execution of the work and all booklet plans and special plans described in these specifications shall be furnished by the contractor unless otherwise specified. Supplementing the basic requirements of other paragraphs of this section and specific plan requirements in other sections of these specifications the following is applicable to all machinery plans.

Generally all machinery plans are drawn to scale. Diagrams, preliminary sketches, and other plans which cannot be misinterpreted because of lack of scale may be drawn without a definite scale provided the concept is clear. Where practicable such plans shall show machinery and im-

portant equipment in proportion to size, and where shown within the boundaries of ship's outlines, in positions approximating their physical locations.

Machinery and piping arrangements shall be drawn to scales of not less than 1/4 inch to the foot and larger scales are recommended where their use will not unduly increase the size of the plan. Where practicable, all machinery and piping arrangements for the same design class shall be drawn to the same scale.

In general, machinery arrangement plans shall also show major items of electric equipment, including main wireways, to insure against interference between mechanical and electrical components and to expose undesirable conditions whereby fluids from piping systems or moisture from ventilation ducts could be directed on electric equipment or main wireways. Machinery arrangement plans shall also show other pertinent features such as tube removal space outlines, ladder landings and accesses, large piping such as main injection and discharge piping, main and auxiliary sea connections and valves, permanent lifting gear and trolley arrangements. Main and auxiliary machinery shall be identified by the nomenclature specified in sections S28-1 and S28-2 and machinery compartments identified in accordance with section S28-3.

**S1-1-o. Electrical plans**

Plans of electrical details, arrangements, systems, and outfit, booklet plans and special plans required by these specifications shall be furnished by the contractor unless otherwise specified. Supplementing the basic requirements of other paragraphs of this section and the specific plan requirements in other sections of these specifications, the following shall be applicable to all electrical plans.

Plans showing both runs of wiring and structural work, such as outlines of decks and bulkheads, shall have the wiring runs shown in thick lines and the structural work shown in thin lines.

Symbols used on plans to indicate type of appliances and fixtures shall comply with BuShips Standard Electrical Symbol List NAVSHIPS 250-560-3. Each plan on which equipment, appliances, and fixtures are shown by a symbol shall have on it a table which shall show in parallel vertical columns each symbol used and its name or descriptive identification. Cables shown on plans shall be identified in accordance with section S28-2.

Elementary wiring plans need not be to scale.

Isometric plans shall be drawn to a scale suitable for clarity. They shall show structural outline necessary to illustrate cable runs relative to main compartmentation.

Interior communication, fire control, and navigation system isometric drawings shall have the conductor markings as described in paragraph S28-2-f shown for each cable along with the cable identification markings.

Working wiring deck plans shall be drawn to a scale of 3/8 inch to the foot for submarines. For surface ships the scale may be either 1/4 inch or 3/8 inch to the foot.

Working wiring deck plans and general arrangement plans showing electric wiring shall also show structures which may affect the run of electrical wireways. Doors, hatches, scuttles, manholes, and removable plates shall be shown.

Wiring deck plans shall be submitted after diagrammatic (elementary and isometric) plans have been approved, and shall show the proposed location and type of equipment. Wiring shall be shown as required by sections S62-0 and S64-1. power and lighting deck plans and interior communications and fire control isometric diagrams.

Each system wiring plan shall have a reference plan-table referring to all other plans of the system, such as elementary and isometric diagrams, deck plans, and feeder lists. This table shall list in parallel vertical columns the contractor's plan number, the Bureau plan number, and the title of each referenced plan. One of the deck plans shall have a similar table of reference plans.

### S1-1-p. Electronics plans

Plans of all electronics arrangements, systems, and outfit necessary for execution of the work and all special plans described in these specifications shall be furnished by the contractor unless otherwise specified. When electronic equipment is furnished by the contractor he shall furnish plans in accordance with Mil. Spec. MIL-D-17419 and MIL-D-16415. Supplementing the basic requirements of other paragraphs of this section and the specific plan requirements in section S57-0, the following shall be applicable to all electronics plans.

Plans showing both runs of wiring and structural work shall have the wiring runs shown in thick lines and structural work, such as outlines of decks and bulkheads, in thin lines.

Symbols used on plans to indicate type of appliances and fixtures shall comply with BuShips Standard Electrical Symbol List NAVSHIPS 250-593-3. Each plan on which equipment, appliances, and fixtures are shown by a symbol shall have on it a table which shall show in parallel vertical columns each symbol used and its name or descriptive identification. Cables shown on plans shall be identified in accordance with section S28-2. Items of electronic equipment shall be identified on all plans by their assigned nomenclature and model, or type number designation.

Elementary wiring plans shall show and identify the source of electric power, such as the distribution panel or switch box. These plans need not be drawn to scale.

Isometric plans shall be drawn to a scale suitable for clarity and shall indicate and identify all associated structural compartments.

Elementary and isometric wiring plans of electronic equipment and systems shall be submitted after equipment arrangement plans have been approved.

The contractor's electronic equipment arrangement plans shall show structure, ventilation, rigging, and all other equipment and systems that may affect the equipment installation. The scale to which these plans are drawn shall be as large as necessary for clarity, generally one inch to the foot, except for topside antenna arrangements which may be as small as 1/4 inch to the foot.

Each system wiring plan shall have a reference plan table referring to all other plans of the system, such as elementary and isometric diagrams. This table shall list in parallel vertical columns the contractor's plan number, the Bureau plan number, and the title of each reference plan.

### S1-1-q. Hull plans

Plans of all hull structures, arrangements, systems, and outfit necessary for execution of the work and all booklet plans and special plans described in these specifications shall be furnished by the contractor unless otherwise specified. Supplementing the basic requirements of this section and specific plan requirements contained in other sections of these

Case 2:12-cv-03013-SVW-PJW   Document 128-12   Filed 02/11/13   Page 55 of 59   Page ID #:3210

Draft, above bottom of keel corresponding to full load displacement

Draft, above lowest projection below keel corresponding to full load displacement

5  Heights of masts, periscopes, navigational lights, masthead lights, rotating antennas, bridges, and elevated platforms

List of small boats

Capacity of booms and cranes

10  Accommodations showing[1]

Berths (total number for flag officers, ship's officers, warrant officers, chief petty officers, crew, marines, troop officers, troops, and passengers)

15  Lockers (total number for noncommissioned ratings, except lockers, type D, plan, BuShips No. S3305-860192)

Cribs (number on dependent transports)

Table showing capacity of all tanks in gallons and also in tons of salt water, fresh water, or oil as applicable (for submarines only).

20  

Outboard profile (where essential differences exist in port and starboard sides of ship both sides shall be shown)[2]

25  Inboard profile

Bridges and boat stowage

Decks (a plan of each deck and platform)[2]

Hold

30  Bottom compartments

Inner bottom

Midship and type sections, indicating scantlings and details of construction, and molded heights of decks above the base line.

35  Preparation.— The ship's contract plans and contract guidance plans and the Detail Specifications, with approved modifications to date, shall be followed in the preparation of the first draft of the booklet.  As further information becomes available the contractor shall revise the booklet accordingly.

40  

---

[1]  Quantities shall be the total for each item as shown in berthing arrangements for wartime conditions.

45  [2]  Horizontal distances between all masts, heights above the load waterline of all masts, navigational lights, bridges, and elevated platforms, and the distance of antenna below top of mast shall be shown by figured dimensions.

50  [3]  Replenishment at sea stations (fuel and cargo) shall be shown on the appropriate deck plan, including type of replenishing gear installed and size of lifting connections.

---

The following drafting requirements shall be followed in preparation of plates for the booklet.

55  Installations such as guns, loading machines, berths, furniture, and chairs, shall be delineated only as necessary for clear understanding using straight-line outlines and labeling.

60  Detail of rails, stanchions, and rigging, where a clear understanding of the actual installation may be obtained otherwise, need not be shown. Hinging of stanchions and swing of airports need not be shown.

65  Detailed arrangement of spaces is not desired except to show use or occupancy.  In crew living spaces the outline of berths, number of men berthed, number of lockers, or other accommodations provided in each space shall be shown.

70  Plan views of decks and levels shall show arrangement of spaces for peacetime operations.  A separate plan view of spaces which will be converted to living or other use when STRIP-SHIP takes effect shall be included on the plan of the deck or level concerned to show arrangement under wartime conditions.  General arrangement of furniture and equipment in officer quarters, offices, and similar spaces shall be shown where practicable, and in as little detail as practicable. Berths shall be marked single or double.  Furniture, such as chairs or similar small articles, shall not be shown.

75  

80  

All compartments shall be designated by compartment number (surface ships only), and by name. Spaces such as staterooms and offices shall be designated by number and name if assigned.  The following shall be indicated:

85  

Airports—Trace on deck plans and outboard profile

90  Ammunition hoists—trace on deck plans; number hoists at upper and lower terminals

Ammunition passing scuttles

Anchors

Antennas, radio and radar

95  Appendages, major; such as struts and bilge keels

Arches in bulkheads

Armament—outline, location, number, size (bore) of gun

100  Arresting gear deck pendants, deck sheaves, barriers, and barrier wires

Auxiliary machinery—outline of major auxiliaries only

Awnings—extent of

105  Bake shops—outline of ovens, proofers, dough troughs, and mixers

Bell, ship's

Berths
Bilge keels
Binnacle—with fixed and movable non-
magnetic material circles
Bitts
5
Blowers, forced draft—major outlines only
Boat booms
Boats, giving length and type
Boilers—outline and access
10
Bulkheads
Capstans
Catapults
Chain pipes
Chairs, bridge wing and pilothouse
15
Compartments—all; identification number
and use
Control spaces—outline
Cowls
Cranes, cargo booms and other weight
20
handling devices
Davits
Dental spaces—outline of large equipment
Diving planes
Docking keels
25
Doors—location and swing
Ducts, ventilation—plan view, major only
Dishwaiters
Elevators
Escape scuttles
30
Fans, ventilation, major
Fenders
Frame, web-trace on deck plans
Frame numbers—all plans, each fifth frame
Furniture—outline of berths, offices and
35
CPO messing tables, office desks
Galley—outline of ranges, kettles, and
dressers
Generators—outline and number
Gypsy heads
40
Hatches
Hawsepipes
Hospital spaces—outline and number of
berths, cabinets, lockers, and other large items
Ladders—vertical and inclined
45
Laundries
Life buoys
Light traps
Lookouts, sky and surface
Machinery—outline of engines, turbines,
50
generators, and access
Magazines—kind of ammunition stored only
Manholes
Masts, spars, and booms

Messing—outline of serving tables and num- 55
ber of men that can be seated in each messing
compartment
Mine or depth-charge tracks or rails—
outline
Mooring bitts
Motors—outline and number 60
Offices—outline of desks, large cabinets,
lockers, and tables
Propeller lifting padeyes
Propellers—on outboard profile and hold
plan (with outline showing maximum beam and 65
propeller guards on hold plan in way of pro-
peller)
Propulsion shafting on outboard profile and
hold plans
Range finders 70
Refrigerated storerooms
Replenishment at sea stations—outline of
landing areas
Rigging, standing
Rudder 75
Searchlights
Side ladders
Signal halyards
Smoke pipes
Spars 80
Staterooms—outline and number of berths
and detail or mess assignment
Steering-gear—outline
Stiffeners on main structural bulkheads
Storerooms—allocation 85
Struts, shaft
Tanks, fresh-water, gravity and-pressure
Towing machine—outline
Towing pads
Trunks—plan view, principal 90
Turrets—outboard profile and plan outline
Uptakes
Washrooms—list of lavatories and showers
Water closet spaces—list of seats and
urinals 95
Wildcats
Winches—outline and number
Windlass—outline
Windows
Windshields 100
In connection with the preparation of midship
and type sections, the following shall apply:
Scale shall be 1/2 inch to the foot. A scale
of 1/8 inch to the foot may be used wherever
necessary to reduce the size of individual 105
sheets to permit inclusion, without folding, in
the booklet.

Armor shall not be indicated, but the out-
line of armored structures such as protected
pilothouse, barbettes, internal armor, and
armored bulkheads, shall be indicated by a
single line of normal thickness.

Scantlings and methods of construction of
special treatment steel structures comprising
plating of less than 60 pounds per square foot
shall be shown.

Where an armored deck consists of a
single course, only a single deck of normal
structural thickness (but without dimension)
shall be shown.

For two-course armored decks only the un-
der (strength) course with correct scantlings,
where plating is less than 60 pounds per
square foot, shall be shown.

Details of torpedo protection systems as
used on large ships shall be omitted. Arrange-
ment of longitudinal bulkheads and other
structure between shell, holding bulkhead,
and second deck shall be indicated diagram-
matically. Only shell plating shall show
scantlings.

Inner bottoms of cruisers, where carried up
to the third deck, are not considered parts of
torpedo protection systems and their scantlings
shall be indicated.

In addition to the foregoing restrictions on
sections, the following shall not be shown or
tabulated on the deck views or profiles:

Arrangement of armor

Locations and thickness of ballistic plating
on shell, decks, bulkheads, and control sta-
tions.

Arcs of fire of guns, torpedo tubes, and
catapults.

Angles of sight of directors, spotting
glasses, range finders, and other optical
instruments for fire control.

Work shops—list of machine tools and work-
benches.

Yards and gaffs.

Capacities of magazines and ready service
stowages.

Capacities of fuel oil, reserve feed water,
and gasoline tanks (except for submarines).

Stowages of airplanes other than catapult
positions.

All deck and profile views shall be to the
same scale, which shall be as follows:

1/16 inch to the foot for ships of 450
feet and more overall length

1/8 inch to the foot for ships of less
than 450 feet overall length

The compartment directory shall comprise a
list in alphabetical order of all compartment
designations, giving the number and location as
shown in the example below:

Where two or more compartment designations
are alike the forward one shall be listed first and
followed by those farther aft, deck by deck,
starting from the highest level.

*Approval and distribution.*— A complete
booklet, with exception of data not available,
shall be submitted for approval at the earliest
practicable date, but before the ship is 40 percent
complete. Thereafter at three month intervals
(provided changes have been made since last
issue), the contractor shall submit for approval
two reverse reading paper vandyke prints of the
complete booklet. Upon completion of the ship the
booklet shall be certified correct by the Supervisor
and three final vandyke prints furnished him for
distribution.

| COMPARTMENT DESIGNATION | NO.* | DECK | FRAME | REMARKS |
|---|---|---|---|---|
| Amplidyne room ............. | 1-93-3-C | Main | 93-105 1/2 stbd | |
| Aviation workshop ............. | 3-149-0-Q | 3rd deck | 149-156 ɕ. L | |
| Battle dressing station ............. | 4-101-2-L | 2nd platform | 101-104 port | |

*Surface ships only



METHOD OF FOLDING PLATE HAVING A VERTICAL
DIMENSION EXCEEDING 9"





FIGURE 1 — METHOD OF ASSEMBLING BLUEPRINTS OF BOOKLETS OF GENERAL PLANS

SL-1
Amendment 1
1 April 1958

Section SL-1 (dated 1 December 1957)

Page 8, lines 34-35 delete
and substitute "Power
system design plan."

Page 13, after line 24 add
"Cable ends to be sealed
shall be indicated on".