# EXHIBIT F



# THE DIVISION OF PREVENTIVE MEDICINE.

Lieut. Commander E. F. Jones, Medical Corps, United States Navy, in charge.

Notes on Preventive Medicine for Medical Officers, United States Navy.

## INSTRUCTIONS TO MEDICAL OFFICERS.

### OCCUPATION HAZARDS AND DIAGNOSTIC SIGNS: A GUIDE TO IMPAIRMENTS TO BE LOOKED FOR IN HAZARDOUS OCCUPATIONS.

By Louis I. Dublin, Ph. D., Statistician Metropolitan Life Insurance Co., and Philip Lamperty.

#### INTRODUCTION.

Many occupations have injurious effects on the physical condition of those engaged in them. The health of those who work with the poisons, such as lead, arsenic, mercury, picric acid, etc., or those who are exposed for long periods to dust, heat, humidity, or to the infectious materials, etc., may be impaired seriously as the result of their work. The occupation is now recognized as of the very first importance as a factor in the causation of disability and even of death. Doctor Edsall has shown that in his clinic at the Massachusetts General Hospital many of the conditions for which treatment is sought by men of working ages are the effects of occupations. Other industrial clinics are reporting similar results. With their attention directed to occupation as a possible factor, industrial physicians are able to diagnose a great many obscure cases which previously had puzzled even the most competent clinicians. In this way they discover a great many more cases of disease of occupational origin than had before been thought possible. Thus, in 1917 about 150 cases of lead poisoning were discovered at the Massachusetts General Hospital, which are more than were recorded by this clinic during the five-year period prior to the adoption of the more intensive methods of study. It is generally recognized that patients come to physicians with pains and complaints of an indefinite char-

¹ See Monthly Labor Review of the U. S. Bureau of Labor Statistics, December, 1917, p. 106–158.

8084—22——10

883

actor, and it is only when consideration is given to the occupation and its possible effects that many of these cases are cleared up.

The medical examiner should, therefore, be very careful to see if any of the usual diagnostic signs of poisoning, dust, heat, or other hazards which are known to be inherent in occupations are in evidence among their patients where no other explanation of the case is readily available. In the case of those exposed to lead, such as employees of storage-battery plants, white-lead workers, paint mixers, painters, etc., the blue line on the gum, the pale, sallow appearance, and the trembling fingers are significant as indications of chronic lead poisoning, and the physician should look for these signs. Physical symptoms and conditions which ordinarily might be passed by in this way become very important if they point to the possible effect of the occupation.

This article has been prepared to aid physicians in general practice, industrial hygienists, safety engineers, and others who come into close professional contact with those who are engaged in industrial processes. Nine major hazards of employment are listed, namely, abnormalities of temperature; compressed air; dampness; dust; extreme lights; infectious; poor illumination; repeated motion, pressure, or shock; and the poisons. A separate section is devoted to a discussion of skin irritants. Long exposure to any of these will usually leave definite physical signs which the medical examiner can discover if he will look for them. To aid him in detecting the hazards and their effects on the worker, two lists are presented. The first consists of the more common hazardous occupations, arranged alphabetically; the second consists of hazards, together with their effects or symptoms, as well as the occupations affected. After each occupation in the first list is a reference in code to the particular hazard in the second list. The capital letters after each occupation, "A," "B," "C," etc., refer to the general hazard. The Arabic numerals signify the particular hazard, as "D1," inorganic dust; "D2," organic dust.

The following example will show how this guide may be of value to the general practitioner: A man, who works in a garage, suffering from continuous headaches, visits his physician. The latter can find no cause for the patient's illness. The patient shows no signs of disease other than the subjective symptoms which he describes. Perhaps the physician will recommend an examination of the subject's eyes, ears, and sinuses, which will prove negative. A puzzling diagnosis such as this becomes very simple when the occupation is ascertained and this guide is utilized. Alongside of "Garage workers" in the "Alphabetical list of hazardous occupations," the physician finds the symbols J 16, 25. "J" represents the hazard poisons and "16, 25" the particular poisons—carbon monoxide and gasoline,

Case 2:12-cv-03013-SVW-PJW   Document 128-18   Filed 02/11/13   Page 5 of 100   Page ID #:3722

respectively. Upon looking up the symptoms of these poisons in the second list he finds that both produce headache when inhaled in small quantities. In such a case the effective remedy lies in the removal of the etiological factor—the two poisons.

The following procedure is therefore recommended: The medical examiner or physician should ascertain the occupation of the applicant. He should then look for it in the "Alphabetical list of hazardous occupations." If found there, it is possible that the person has been exposed to and is possibly suffering from the effects of some hazard of the occupation. The numerals will indicate the particular hazards of the occupation. The physician should then make special effort to discover the symptoms or signs referred to in the second list. By this means he can readily determine whether the person examined is in fact suffering from the effect of his occupation. His examination is in this way made more illuminating. Physicians, not specialists in occupational hygiene, can thus learn to detect the effects of industry and, conversely, can eliminate the occupation as the cause when certain symptoms are observed which do not fit the usually observed effects of the occupation.

Medical examiners should remember that it is often necessary to keep in mind not only the present occupation but the former one as well. Persons suffering from certain ailments may no longer be engaged in the industry which was originally responsible for their condition. But careful inquiry into their occupational history will sometimes result in the recording of an occupation the effects of which are clearly those from which the patient is suffering. The medical profession must give occupational findings greater weight in forming their judgments regarding physical conditions and in diagnosing and treating disease.

## ALPHABETICAL LIST OF HAZARDOUS OCCUPATIONS.

Acetylene makers, D 1, J 4, 16, 42.
Acid dippers, C, J 10, 22, 26, 37, 43.
Acid finishers (glaze), J 26, 28, 42.
Acid makers. See particular acid.
Acid mixers, J 26, 37, 43.
Acid recoverers, J 26, 37, 43.
Acid transporters, J 26, 37, 43.
Airplane-wing varnishers, J 50. See also Varnishers.
Alcohol distillery workers, J 5, 6.
Aldehyde pumpers, J 1, 50.
Alkali salt makers, C, J 14, 18, 25, 46, 47.
Amber workers, J 23.
Ammonium salts makers, A 1, J 4, 15, 22, 26, 46.

Ammonium sulphate makers, J 46.
Aniline dye makers. See Dye makers.
Aniline makers, J 7, 16, 19, 22, 34, 37.
Animal hair dressers. See Hair workers.
Animal fatalizers, F 1, 8.
Annealers, A 1.
Antimony extractors (refiners), A 1, J 3.
Antimony fluoride extractors, J 27.
Antipyrin makers, J 31, 40.
Arsenic roasters, A 1, J 3.
Art-glass workers, J 5, 11, 27, 28, 30, 52.
Artificial flower makers, H, J 9, 21, 23, 28, 30.

Artificial ice makers, A 2, C, J 4.
Artificial leather makers, J 7, 9, 12, 37, 43.
Artificial manure makers. See Fertilizer makers.
Artificial silk makers, C, J 4, 6, 15, 30, 47, 52.
Asbestos workers, D 1.
Asphalt testers, J 15.
Auto painters, C. See also Painters.

Babbiters, J 28.
Bakelite makers, J 39.
Bakers, A 2, D 2, J 16.
Balloon (toy) fillers, J 10.
Barbers, H.
Bar-mill workers (iron and steel), A 1.
Basic slag (artificial manure) workers, D 1.
Batch makers (glass works). See Glass mixers.
Batch makers (rubber works). See Compounders (rubber).
Baters (tannery), C, F 1.
Battery (dry) makers, D 1, J 5, 10, 12, 21, 26, 28, 29, 48.
Battery (storage) makers. See Storage battery makers.
Beamers (textile), D 2.
Beamhouse workers (tannery), C, F 1.
Beatermen (paper and pulp), C, J 18.
Bed rubbers (marble and stone), D 1.
Bench molders (foundry), D 1, J 18, 28.
Bericd milliners, A 1, J 12.
Bessemer-converter workers (iron and steel), A 1.
Beta-mill operators (beta naphthol), A 1, J 48.
Bevelers, D 1.
Bicyclists, H.
Billet mill workers (iron and steel), A 1.
Bisque-kiln workers, A 1, D 1, J 16.
Blacksmiths A 1, B, H, J 14, 16, 22, 28.
Blast-furnace workers, A 1, J 22, 46, 47.
Bleachers, A 2, C, J 17, 18, 21, 27, 37, 46.
Bleachers (cloth), A 2, C.
Bleachery dexters, A 2, C.
Blockers (felt hat), C, J 18.
Blousers (tannery), J 28.

Blooming-mill workers (iron and steel), A 1.
Blowers (felt hat), D 2, J 20.
Blowers (glass manufacturing). See Glass-blowers.
Blowers-out (zinc smelting), A 1, J 13.
Bluers (revolvers), A 1.
Boiler-room workers, A 1, J 14, 16.
Boiler washers, C.
Bone-black makers, J 4, 42.
Bone renderers, J 2.
Bone workers, D 1.
Bookbinders, J 6, 24, 39.
Bottle-cap makers, J 24.
Brass founders, A 1, J 8, 9, 13, 14, 16, 28, 42, 48.
Brass polishers, J 28.
Braziers, A 1, J 13, 28.
Brewers, A 2, C, J 14.
Brick burners, A 1, J 14, 28.
Brickmakers, A 1, C, D 1, F 2, J 28, 46.
Briquet makers, J 46.
Bronzers, D 1, J 4, 5, 9, 10, 11, 12, 13, 28, 29, 29, 46, 47.
Broom makers D 2, J 16, 40.
Browners (gun barrels), J 22, 28, 20, 28.
Brushers (felt hat), D 2, J 28.
Brush makers, D 2, F 1, J 28, 30, 40.
Buffers, D 1, 3, C.
Buffers (rubber), J 5, 11, 28.
Burners (enamelling), A 1, J 28.
Burnishers (iron and steel), C, J 5, 45.
Burnishers (rifle barrels), J 5.
Burrers (needles), D 1.
Burr filers, D 1.
Butchers, A 2, F 1, 5.
Button makers, D 1, 2.

Cable makers, J 28.
Cable splicers, C, J 16, 28, 47, 52.
Caisson workers, A 2, B, C, G, J 14.
Calenderers (rubber), A 2, D 1.
Calico printers, A 2, C, J 7, 8, 9, 16, 18, 21, 22, 23, 26, 30, 30, 48, 52.
Camphor makers, J 26, 52.
Candle (colored) makers, J 9 28.
Candy makers A 2 C.
Canners, A 2, C, F 3, J 28.
Cap loaders, J 29.
Cappers (window glass), A 1.
Carbide makers, A 1, D 1, J 16.
Carbolic acid makers, J 12, 28, 46, 48.

Carbon bru
Carbon disc
Carbon disc
Carbonizers
Carborundu
Cankers (te
Card grind
Carpenters
Carpet mak
Carroters (
Cartridge (
Cartridge (
Cartridge f
Cartridge l
Cartridge r
A 2, C.
Case harden
Casters (br
foundries
Casters (fr
Casting cle
else Ack
Cast scrubi
12.
Catchers (i
Cattle raise
Celluloid ma
28, 30, 3
Celluloid po
Celluloid w
Cementers
10, 30, 5
Cement mix
Cement wor
Chambermen
48.
Charcoal bu
Charcoal w
3, C, D
Chargers (b
Chargers (i
J 0, 18, 4
Chasers (st
Chauffeurs,
Chimney sw
Chippers, D
Chloride of
Chlorine wo
28.
Chloroform
Chromium w
Cigar maker

Case 2:12-cv-03013-SVW-PJW   Document 128-18   Filed 02/11/13   Page 7 of 100   Page ID #:3724

Carbon brush makers, D 1.
Carbon dioxide makers, J 14.
Carbon disulphide makers, J 16.
Carbonizers (shoddy), D 2, J 10, 20, 48.
Carborundum workers, A 1, D 1.
Carders (textile), D 2.
Card grinders (textile), D 1, 2.
Carpenters, H.
Carpet makers, D 2, F 1, J 8.
Carroters (felt hats), J 8, 29, 37.
Cartridge cup washers, C.
Cartridge dippers, J 23, 37, 48.
Cartridge felt and wad makers, C.
Cartridge makers, J 28, 29.
Cartridge shot shell paraffin dippers, A 2, C.
Case hardeners, A 1, J 22.
Casters (brass foundry). See Brass founders.
Casters (iron and steel), A 1.
Casting cleaners (foundry), D 1. See also Acid dippers.
Cast scrubbers (electroplaters), J 11, 12.
Catchers (iron and steel), A 1.
Cattle tubercon, F 1.
Celluloid makers, J 1, 5, 11, 15, 16, 22, 29, 36, 37, 47, 48.
Celluloid polishers, D 2.
Celluloid workers, D 2.
Cementers (rubber shoes), J 11, 12, 15, 36, 62.
Cement-mixers (rubber), J 11, 12, 15.
Cement workers, A 1, D 1.
Chamberers (sulphuric acid), J 46, 48.
Charcoal burners, J 14, 16.
Charcoal workers (sugar refining), A 2, C, D 1.
Chargers (smelting), A 1, D 1.
Chargers (zinc smelting), A 1, D 1, J 9, 13, 16, 23, 46.
Chasers (steel), D 1.
Chauffeurs, H, J 28.
Chimney sweepers, D 1, J 16, 40.
Chippers, D 1.
Chloride of lime makers, J 17, 18.
Chlorine makers (electrolytic), J 18, 20.
Chloroform makers, J 17.
Chromium workers, J 21.
Cigar makers, D 2, H.

Clay and bisque makers (pottery), A 2, C, D 1.
Clay-plug makers (pottery), C, D 1.
Clay-products workers.  See Pottery workers.
Clerks, H.
Cloth preparers, C.  See also Bleachers.
Coal miners.  See Miners.
Coal-tar workers, J 7, 12, 16, 30.
Cobblers, D 2, F 1, H.
Coke-oven workers, A 1, J 4, 12, 16, 40.
Cold-storage-plant workers, A 2.
Color makers, A 1, D 1, J 8, 9, 12, 21, 26, 28.
Colored-paper workers, J 9.
Colorers (white) of shoes, J 28.
Comb makers (celluloid), D 2.
Compodtors, D 1, C, H, J 7, 8, 11, 28.
Compounders (rubber), D 1, J 7, 8, 9, 11, 12, 21.
Concentrating-mill workers (lead and zinc), C, D 1, J 28.
Coners (felt hats), D 2, J 29.
Confectioners.  See Candy makers.
Construction camp workers, F 2.
Cooks, A 2.
Copper founders, J 9.
Copper miners.  See Miners.
Copper smelters, A 1, J 9, 16, 46.
Cord makers, D 2, J 40.
Core makers, A 1, D 1, J 13, 16.
Cork workers, D 2.
Cotton-mill workers, C, D 2.
Cotton twisters, D 2, H.
Cramesers (glass industry), A 1.
Cranemen (iron and steel), A 1.
Creosoting plant workers, C.
Crucible mixers, D 1.
Crucible-steel department employees, A 1.
Crushermen (clay and stone), D 1.
Cupola men (foundries), A 1.
Curers, vapor (rubber).  See Vulcanizers.
Curriers (tannery), D 2, F 1, J 9, 11.
Cut-glass workers, D 1, J 9, 23.
Cutlery makers, D 1, J 9, 23.
Cyanamid makers, A 1, D 1.

Dancers, H.
Decorators (pottery), J 9, 11, 12, 23, 62.

Degreasers (fertilizer, leather), J 11, 12, 25.
Dentists, J 29.
Detonator cleaners, J 29.
Detonator fillers, J 29.
Detonator packers, J 29.
Devil operators (felt hats), D 2, J 29.
Diamond cutters, D 1, 1f.
Diamond polishers, J 29.
Digester-house workers (paper and pulp), A 2, G.
Dimethyl-sulphate makers, J 10, 28, 29, 37, 49.
Dippers (guncotton), J 37.
Dippers (rubber), J 11.
Dippers. *See also* Acid dippers.
Disinfectant makers, J 17, 18.
Divers, H.
Doffers (textile), G, D 2.
Dressers (glass), A 1.
Dresser tenders (textile), A 2, G.
Drivers, A 2, G.
Drop forgers, A 1.
Dry battery workers. *See* Battery (dry) makers.
Dry cleaners, A 2, J 11, 12, 16, 30, 72.
Dryers (felt hats), A 2, J 30.
Dryers (rubber), J 30.
Drying-room workers (miscellaneous), A 2, J 14, 16.
Dye makers, A 2, G, J 1, 2, 4, 6, 7, 8, 9, 10, 12, 17, 18, 21, 22, 23, 24, 28, 29, 30, 31, 34, 36, 48, 44, 44, 46, 47, 49, 52.
Dyers, A 2, G, J 4, 21, 26, 26, 27, 28, 30, 44. *See also* preparatory processes.

Edison storage battery workers, J 28.
Electric'ans, H.
Electric linemen, H.
Electroplaters, G, J 8, 11, 13, 22, 28.
Electrolyzers, A 2, D 1, J 28. *See also* Electroplaters.
Elevator runners, H.
Embroidery workers, G, J 28.
Emery wheel makers D 1, J 28.
Enamelers. *See* Enamel makers.
Enamel makers, A 1, G, 1f, J 6, 8, 9, 10, 11, 15, 16, 21, 26, 28, 37, 62.
Engravers, D 1, 1f. *See also* Steel engravers.
Etchers, J 27, 37, 33.

Explosives workers, G, J 1, 6, 7, 12, 29, 30, 34, 36, 37, 44, 48, 63. *See also* particular occupation.
Extractor operators (soap), A 2, G.

Farmers, F 1, 2.
Fat renderers, A 2, J 3.
Feather curers, D 2, J 6.
Feather workers, D 2, F 3, J 7, 6, 11, 12, 36, 38, 62.
Felt extractors, G.
Felt-hat makers, A 2, G*, D 2, J 6, 16, 29, 30, 37, 48. *See also* particular occupation.
Ferro-silicon workers, J 6, 16, 48.
Fertilizer makers, G, D 1, F 3, 3, J 16, 12, 14, 26, 27, 37, 42, 46, 47, 49. *See also* Phosphate mill employees.
Fiber workers, D 2.
Filament makers (incandescent lamps), J 16, 36.
File cutters, D 1, J 28.
Filers, D 1, J 6, 28.
Film makers. *See* Celluloid makers.
Filter press workers, G.
Finishers (incandescent lamps), J 16.
Finishers (leather), D 2.
Finishers (shoe). *See* Shoe finishers.
Fireworks makers J 6, 29, 42. *See also* Explosives.
Fishermen, A 2, G.
Fitters (shoe), J 30.
Flangers (felt hats), A 2, J 16.
Flatteners (glass), A 1.
Flax retting workers, J 47.
Flax spinners, G, D 2.
Flint workers, D 1.
Floor molders (foundry), A 1, D 1, J 16, 28.
Flour workers, D 2.
Flue cleaners, D 1, J 16, 48, 49.
Flusk tenders (aluminum), G.
Forgemen, A 1.
Formers (felt hats), D 2.
Foundry workers, A 1, D 1, J 16. *See also* particular metal.
Fruit-essence workers, J 6.
Fruit preservers, J 46.
Fulminate mixers, J 22, 29.
Fumigators, J 22, 46.
Fur curlers, D 2, F 1.
Fur clippers, D 2, F 1.
Fur cutters, D 2, F 1.

Fur handlers, D 2, F
Furnace workers, A 1
Furniture polishers, J 62.
Fur preparers, D 2, F
Fur pullers, D 2, F 1.

Galvanizers, G, J 3, 4, 37, 46, 48.
Garage workers, J 16.
Garbage workers, F 3
Gardeners, J 6.
Gas (illuminating) w 12, 16, 21, 30, 47, 48.
Gas purifiers, J 4, 21,
Gatherers (glass), A 1
Gilders, J 6, 11, 12, 21
Glass blowers, A 1, D
Glass cutters, G, D 1.
Glass finishers, G, D 1.
Glass-furnace workers
Glass mixers, D 1, J 8
Glass polishers, J 28.
Glass dippers (pottery) 28.
Glass mixers (pottery 28.
Glost-kiln workers, A
Glove makers (leather D 2. *See also* Tann
Glue makers, A 2, G, 12, 16, 28, 37, 46, 47
Gold beaters, D 1, 1f.
Gold refiners, D 1, J 6
Grab elevator workers
Granite workers. *See*
Graphite workers, A 1
Grinders (colors). *See*
Grinders (metals), G,
Grinders (rubber), J 1
Guncotton dippers, J 3
Guncotton pickers, D
Guncotton washers, J
Guncotton wringers, J
Gypsum workers, D 1.

Hair workers, G, D 2.
Hammermen, H.
Hardeners (felt hats),
Hardeners (metals), A
Harness makers, D 2.
Hat makers, felt. *See* ers.

2.                    Vol. XVII.

r, C, J 1, 5, 7, 12, 20,
14, 48, 51.  See also
pation.
c.        ap), A 2, C.

2, J 3.
.2, J 0.
D 2, F 3, J 7, 9, 11.

2, 9, D 2, J 0, 16.
See also particular

ers, J 0, 16, 42.
C, D 1, F 1, 3, J 10,
, 42, 45, 47, 48.  See
mill employes.
2.
(incandescent

J 23.
.
Celluloid makers,
rs, C.
scent lamps), J 16,
), D 2.
See Shoe finishers.
J 8, 20, 42.  See

10.
0), A 2, J 16.
A 1.
rs, J 47,
2.

untry), A 1, D 1.

J 18, 40, 40,
mineral), C.

), D 2.
1, D 1, J 10.  See
sctal.
-s, J C.
40.
J 22, 29.
C.
F 1.
F 1.
1.

Fur handlers, D 2, F 1, J 9, 20.
Furnace workers, A 1, H, J 14, 16.
Furniture polishers, J 5, 11, 20, 38, 38, 62.
Fur preparers, D 2, F 1, J 9, 20, 57.
Fur pullers D 2, F 1.

Galvanizers, C, J 3, 4, 9, 10, 13, 20, 23, 37, 46, 48.
Ganza workers, J 16, 20.
Garbage workers, F 3.
Gardeners, J 3.
Gas (illuminating) workers, A 2, J 4, 12, 16, 22, 36, 47, 48.
Gas purifiers, J 4, 22, 36, 47.
Gatherers (glass), A 1.
Gilders, J 5, 11, 12, 23, 30.
Glass blowers, A 1, D 1, H.
Glass cutters, C, D 1.
Glass finishers, C, D 1, J 20, 27, 28, 48.
Glass-furnace workers, A 1, H.
Glass mixers, D 1, J 8, 9, 21, 20, 23.
Glass polishers, J 20.
Glass dippers (pottery), C, J 8, 9, 21, 23.
Glass mixers (pottery), D 1, J 8, 9, 21, 23.
Glost-kiln workers, A 2, J 16, 23.
Glove makers (leather prepared), C, D 2.  See also Tannery workers.
Glue workers, A 2, C, D 2, F 3, J 4, 12, 12, 16, 26, 37, 40, 47.
Gold beaters, D 1, H.
Gold refiners, D 1, J 9, 22, 26, 29.
Grain elevator workers, D 2.
Granite workers.  See Stonecutters.
Graphite workers, A 1, D 1.
Grinders (colors).  See Color makers.
Grinders (metals), C, D 1, J 8, 23.
Grinders (rubber), D 2, J 38, 23.
Guncotton dippers, J 37, 48.
Guncotton pickers, D 2.
Guncotton washers, C.
Guncotton wringers, J 37.
Gypsum workers, D 2.

Hair workers, C, D 2, F 1, 3.
Hammermen, H.
Hardeners (felt hats), J 29, 30.
Hardeners (metals), C.
Harness makers, D 2.
Hat makers, felt.  See Felt-hat makers.

Heater boys (riveters), J 23.
Heel makers (shoes), D 2.
Hemp workers, D 2.
Horn workers, D 1.
Hathinas workers, A 2.
Hot-rod rollers (iron and steel), A 1.
Hydrochloric-acid makers, J 26, 48.

Ice (artificial) makers.  See Artificial-ice makers.
Ice-cream makers, A 2, C.
Imitation-pearl makers, J 23, 37.
Incandescent-lamp makers, J 9, 16, 23, 28, 30, 37.  See also particular occupation.
Incandescent-mantle hardeners, H.
Ink makers, J 21, 30.
Insecticide makers, J 9, 16, 23, 42.
Insulators, J 46.
Iron and steel workers (all departments), A 1.  See also particular occupation.
Ironers, A 2.

Japan makers, A 2, J 9, 11, 23, 30, 62.
Japanners.  See Japan makers.
Jewelers, D 1, G, H, J 9, 9, 23, 23, 29, 37, 45.
Junk metal refiners, A 1, D 1, J 13, 23.
Jute workers, D 2.

Kiln tenders, A 1, J 16.
Knitters, H.
Knitting-mill workers, D 2.

Labelers (paint cans), J 23.
Lace makers, D 2.
Lacquerers.  See Lacquer makers.
Lacquer makers, J 5, 11, 12, 23, 30, 62.
Lampblack makers, J 23, 30.
Lapidaries, D 1.
Lard makers, J 2.
Lantern (stone), A 2, C, D 2, J 30.
Lathe turners, H.
Laundry workers, A 2, C, J 16, 17, 18.
Layer pullers (glass), A 1.
Lead burners, J 10, 23.
Leadfoil makers, A 1, J 23.
Lead makers, J 23.  See also Miners.
Lead pipe makers, J 23.
Lead salts makers, J 23.
Lead smelters, A 1, D 1, J 3, 9, 16, 23, 46.

Leather workers, D 2, F 1.  *See also*
 Tannery workers.
Loer tenders (glass), A 1.
Letter sorters, H.
Lovermen (iron and steel), A 1.
Liftera-over (glass), A 1.
Lime burners, D 1, J 10, 14, 16.
Limekiln chargers, D 1, J 14, 16.
Lime pullers (tannery), C, F 1.
Lime workers, D 1.
Limn workers, D 2.
Linoleum colorers, J 6, 21.
Linoleum makers, A 2, C, D 1, J 3, 5,
 11, 23, 36, 45, 52.
Linotypers, J 6, 23.
Linseed-oil boilers, J 6, 23.
Lithographers, D 1, H, J 7, 6, 11, 12,
 21 23, 37, 52.
Litho-transfer workers, J 23.
Locksmiths, H.
Longshoremen, F 1.
Lumbermen, A 2, F 2.
Luters (zinc smelting), A 1, J 13.

Machinists, H.
Marble cutters, D 1.
Marblers (glass), A 1.
Masons, C, D 1, H.
Match-factory workers, C, D 1, 2, J 15,
 21, 23, 42, 47.
Mattress makers, D 2.
Meat inspectors, F 1.
Melters (foundry: glass), A 1.
Mergelizers, J 4, 43.
Mercurial-vapor-lamp makers J 20.
Mercury bronzers, J 20.
Mercury miners, J 20.  *See also* Miners.
Mercury mills workers, J 20.
Mercury smelters, A 1, J 16, 23, 40.
Mercury-solder makers, J 20.
Mercury-still cleaners, J 20.
Metal polishers, G.
Metal-polish makers, J 23.
Metal turners, J 7.
Metal workers.  *See* particular occu-
 pation.
Mica strippers or splitters, D 1.
Mica workers, D 1.
Microscopist, H.
Milkers, H.
Millinery workers, J C, 11, 12, 20,
 33, 52.

Miners, A 2, C, D 1, F 2, G, 15, J 14,
 16, 37, 47.
Mirror silverers, A 2, C, J 1, 23, 29.
Mixers (felt hats), D 2, J 29.
Mixers (rubber), A 2, D 1, J 7, 8, 9,
 11, 12, 21, 23.
Mixing-room workers (miscellaneous),
 D 1, 2.
Mold breakers (foundry), D 1.
Molders.  *See* Bench molders, Floor
 molders.
Monotypers, J 6, 23.
Mordanters, J 6, 8, 9, 11, 13, 21, 37.
Motion-picture-film makers.  *See* Cel-
 luloid makers.
Naturemen, A 2.
Nailers (leather), J 6, 46.
Moving-picture-machine operators, H.
Mule tenders, A 1.
Muriatic-acid makers.  *See* Hydro-
 chloric-acid makers.
Muriatic-acid mixers.  *See* Acid mix-
 ers.
Musical-instrument makers, J 23.
Musicians, H.

Nickel platers, C.  *See also* Electro-
 platers.
Nitrators, J 37, 48.
Nitric-acid workers, J 23, H, 48.
Nitroglycerin makers, J 10, 23, 36, 37,
 48.

Oilcloth makers.  *See* Linoleum mak-
 ers.
Oil extractors, J 16.
Oil-flotation-plant workers, J 33, 46,
 47, 48.
Oil refiners.  *See* Petroleum refiners.
Oil-well workers, J 33.
Open-hearth-department workers (iron
 and steel), A 1.
Oxy-acetylene cutters, H.

Packing-house employees, A 2, C.
Painters, H, J 7, 11, 12, 20, 23, 33, 52.
Paint makers, C, J 7, 11, 12, 16, 23,
 29, 30, 40, 52.
Paint removers, D 1, J 23.
Pate-heaters (tin-plate), A 1.
Paper-box makers, H.
Paper glazers, J 6.
Paperhangers, D 1, J 6, 21, 23.

Paper makers,
 ticular occu
Paraffin works
Patent-leather
 30, 48, 52.
Pavers, A 1, 1
Pencil (colored
Perfume maker
Petroleum refi
 23, 33, 40, 4
Phenol makers
 makers.
Phosgene make
Phosphate-mill
 J 43.  *See al*
Phosphor-bronz
Phosphorus-coa
Phosphorus-ove
 ators, A 2, C
Phosphorus ex
Phosphorus (re
Photo-engraver
Photographers,
Photographic v
 23, 29.
Photograph ret
Picklers, C, J
Picric-acid ma
Pigment maker
Pipe fitters, J
 pipes.
Pitch workers,
Pit makers (do
Plaster men (c
Plasterers, C, D
Plaster of Pari
Platers.  *See* H
Plumbers, J 23
 manufactured
Pneumatic-tool
Polishers, D 1,
Polishers (furn
 polishers.
Porcelain make
Potters, H.
Pot lifters (glas
Pot lifters (iron
Pot pullers (fou
Pot-room worke
 carbide plant
Pot setters, A 1.
Pottery workers
 16, 23, 29, 46
 occupation.

vol. XVII.

t, F 2, G, H, J 14,

2, G, J 1, 23, 29.
J 29.
., J 1, J 7, 8, D,

s (miscellaneous),

ntry), D 1.
k mnlders, floor

5.
0, 11, 12, 21, 37.
mnkers. See Cel-

f G, 39,
ine operators, E.

rs. See Hydro-
-. See Acid mix-

mnkers, J 23.

See also Electro-

J 23, 37, 48,
t, J 10, 24, 35, 37,

g Linoleum mak-

orkers, J 33, 46,

mleum refiners.
N.
at workers (iron

t, E.

rers. A 2, G,
12, 23, 24, 30, 62,
7, 11, 12, 16, 24,

J 23,
tc), A 1.
f.

0, 21, 23.

Paper makers, A 2, G.  See also particular occupation.
Paraffin workers, J 10, 23, 43.
Patent-leather makers, A 2, J 6, 16, 24, 30, 43, 62.
Pavers, A 1, H, J 40.
Pencil (colored) makers, J 7, G, 2L
Perfume makers, J 23, 36, 54.
Petroleum refiners, A 1, G, J 23, 24, 28, 33, 46, 47, 48, 49.
Phenol makers.  See Carbolic-acid makers.
Phosgene makers, J 16, 18, 41.
Phosphate-mill workers, A 2, G, D 1, J 42.  See also Fertilizer makers.
Phosphor-bronze workers, J 42.
Phosphorus-compounds makers, J 42.
Phosphorus-evaporating-machine operators, A 2, G J 43.
Phosphorus extractors, J 42, 43.
Phosphorus (red) makers, J 43.
Photo-engravers, J 12, 21, 30, 37.
Photographers, H, G, J 10, 44.
Photographic workers, J 7, 12, 18, 21, 23, 30.
Photograph retouchers, J 23.
Picklers, G, J 10, 23, 26, 37, 43.
Picric-acid makers, J 37, 33, 44, 45.
Pigment makers.  See Color makers.
Pipe fitters, J 23.  See also liquid piped.
Pitch workers, J 3.
Pit molders (foundry), A 1, D 1.
Planer men (stone, metal), D 1.
Plasterers, G, D 1.
Plaster of Paris workers, D 1.
Platers.  See Electroplaters.
Plumbers, J 23.  See also substance manufactured.
Pneumatic-tool workers, D 1, H.
Polishers, D 1, J 6, 25, 23, 30.
Polishers (furniture).  See Furniture polishers.
Porcelain makers.  See Pottery.
Porters, H.
Pot-fillers (glass), A 1.
Pot lifters (iron and steel), A 1.
Pot pullers (foundry), A 1.
Pot-room workers (aluminum foundry; carbide plant), A 1.
Pot setters, A 1.
Pottery workers, A 1, G, D 1, J 6, 14, 16, 20, 23, 46.  See also particular occupation.

Pouncers (felt hats), D 1, 2.
Pourers (brass foundry), A 1, J 13.
Preparers (tannery), G, F 1, 3.
Pressers, H, J 16.
Pressmen (oil refining), G.
Pressmen (printers), D 1.
Pressroom workers (rubber), A 2, J 7, 8, 9, 11, 12, 21.
Primers (explosives), J 23.
Printers, D 1, J 7, 8, 9, 11, 23, 62.
Puddlers (iron and steel), A 1, H.
Pullers-out (felt hats), G.
Pulp-mill employees, G.  See also particular occupation.
Putty makers, D 1, J 11, 15, 23.
Putty polishers (glass), D 1, J 23.
Pyrites burners, A 1, D 1, J 6, 46, 47.
Pyroxylin makers.  See Guncotton.

Quarrymen, D 1, F 2.

Rag workers, D 2, F 3.
Rosinfusers (rubber), J 7, 12, 15, 23, 23, 48.
Red-lead workers, J 23.
Refiners (metals), A 1, J 6, 10, 16, 23, 23, 37, 46.  See also particular metal.
Refiners (sugar).  See Sugar refiners.
Refrigerating-plant workers, A 2, G, J 4.
Riveters, H, J 23.
Roller coverers (cotton mills), G, D 2.
Rollers (metals), A 1.
Roll rollers (iron and steel), A 1.
Roll wrenchers (iron and steel), A 1.
Roofers, A 2, J 23, 46.
Roofing-paper workers, J 46.
Rope makers, D 2.
Roughers (iron and steel), A 1.
Rubber-glove makers, J 11.
Rubber-substitute makers, J 46.
Rubber-tire builders, J 9, 11, 12, 21.
Rubber washers, J 9, 11, 12, 21.
Rubber workers, A 2, D 1, 2, J 7, 8, 9, 11, 12, 21, 23, 24, 28, 39, 46, 52.  See also particular occupation.

Sagger makers, G, D 1, J 23.
Sailors, A 2, H.
Salt extractors (Coke-oven by-products, J 4, 48.
Salt preparers, A 2, G, D 1.
Sand blasters, D 1.
Sand cutters, D 1.

Sanders, D 1.
Sanding-machine operators, D 1.
Sandpaperers (enameling and painting auto bodies, etc.), D 1, J 28.
Saw filers, D 1.
Saw-mill workers, D 2, F 2.
Sawyers, II.
Scissors sharpeners, II.
Scourers, wood fasts (shoes), D 2.
Scrapers (foundry), D 1.
Screen tenders (pulp mill), C.
Screen workers (lead and zinc smelting), D 1, J 28.
Sealers (incandescent lamps), J 10.
Sealing-wax makers, J 9, 32.
Seamstresses, II.
Sewer workers, C, J 4, 14, 47.
Sewing-machine operators, II.
Shake-off workers.  See Petroleum refiners.
Sharers (felt hats, fur, tannery), C, D 2, F 1, 3.
Shaving-brush makers, D 2, F 1.
Sheep-dip makers, D 2.
Sheet-metal workers, J 28.
Shellackers.  See Shellac makers.
Shellac makers, J 4, 5, 11, 12, 28, 50, 52.
Shell fillers, J 38, 44, 51.
Shepherds, F 1.
Shoddy workers, F 2, F 3, J 10, 28, 48.
Shoe-factory operatives, D 2, J 5, 12, 50.  See also particular occupation.
Shoe finishers, J 2, J 4, 5, 6, 11, 12, 28, 50.
Shoemakers.  See Cobblers.
Shot makers, J 8, D, 28.
Shove-in boys (glass), A 1.
Sifters, D 1, 2.
Silicate extractors, J 27.
Silk workers, D 2, F 3.
Silo workers, J 14.
Silverers (mirrors).  See Mirror silverers.
Silver melters, J 5, J 16.
Silver reducers, J 22.
Singers (cloth), J 18.
Sintering-plant workers, D 1.
Sizers (felt hats), C, J 20.
Skinners (glass), A 1.
Sizing-machine tenders (iron and steel), A 1.
Slate workers, D 3.
Slip makers (pottery), C, D 1, J 28.

Slushers (porcelain enameling), J 28.
Smelters. – See particular metal.
Smokeless-powder makers, J 5, 12, 18, 34, 53, 54.
Smoothers (glass), C, D 1.
Soap makers, A 2, C, F 3, J 3, 50, 54.
Soda makers, C, J 4, 14, 16, 37, 47.
Sodium-hydroxide makers, C.
Sodium-sulphide makers, J 47.
Softeners (tannery), D 2.
Solderers, J 26, 28.
Sole stitchers (Blake machine), J 28.
Spinners (asbestos), D 1.
Spinners (textiles), D 2, II.
Spongers, C.
Sprayers, C.
Sprayers (trees), J 3, 28.
Spreaders (rubber works), A 2.
Stableman, F 1.
Stainers (shoes), J 28...
Stamp-mill workers, C, D 1.
Starch makers, D 2, J 14, 47.
Starters (felt hats), C, J 20.
Statuary workers, D 1.
Steam fitters.  See pipe fitters.
Stearic-acid makers, A 2, J 3.
Steel engravers, C, J 26, 29, 37.  See The Engravers.
Stereotypers, A 2, J 8, 28.
Stiffeners (felt hats), J 22, 20.
Still (coal-tar) cleaners, A 1, J 12, 40.
Stillmen (carbolic acid), A 1, J 40.
Stillmen, operating, A 1.
Stitchers (shoes), J 50.
Stokers, A 2, II, J 16.
Stonecutters (dry), D 3, II.
Stonecutters (wet process), C, D 1, II.
Storage-battery makers, J 28, 20, 46, 48.
Straw-hat makers, A 2, D 2.
Submarine (storage-battery) workers, J 10.
Sugar refiners, A 2, C, D 1, J 4, 14, 46, 47.
Sulphite cooks (pulp mill), A 2, C, J 46.
Sulphur burners, A 3, D 1, J 3, 46.
Sulphur-chloride makers, J 18, 28.
Sulphuretts (hops and malt), J 46.
Sulphur extractors, J 18.
Sulphuric-acid workers, J 3, 10, 28, 37, 46, 48.
Sumackers (tannery), C, F 1.
Surgical-dressing makers, J 33.

Table hands (tannery
Table operators (iron
Table turners (enamel
  J 28.
Tailors, II.
Takers-down (glass),
Tallow refiners, F 3, J
Tank men, C.
Tannery workers, C, F
17, 21, 22, 28, 46, 47
Tapers (airplanes), J
Tappers (smelting),
Tar workers, J 46.
Taxidermists, D 2, F
Tenters (glass), A 1,
Telegraphers, II.
Telephone linesmen (in
Temperers, A 1, C, J 1
Textile-comb makers,
Textile printers.  See
Textile workers, A 2, C
particular occupatio
Thermometer makers,
Thread glazers, A 2, C
Tile makers, A 2, C, D
Tin-foil makers, A 1, J
Tinkers, A 1, C, J 2, 4
Tin-plate mill workers
steel workers.
Tire builders.  See Rub
Tobacco molasseers, C
Tobacco rollers, D 2.
Tobacco workers, D 2.
Toggomen (iron and st
Toolmakers, D 1.
Top-fillers (foundry).
Towermen (sulphuric
46, 48.
Toy makers, J 5, 9, 2
Transfer workers (pot
Transporters of hides
Treaders (rubber), J
Tree sprayers.  See Sp
Trench diggers, F 2.
Tube makers (glass), J
Tabulators (incandesc
10.
Tumbling barrel worke
Tunnel workers, II, F 1
Turners-out (glass), A
Turpentine extractors,
Type cleaners, J 11, 3
Type founders, J 29.

Table hands (tannery), C, F 1.
Table operators (iron and steel), A 1.
Table turners (enameling), A 2, D 1, J 28.
Tailors, H.
Takers-down (glass), A 1.
Tallow refiners, F 3, J 5, 15, 45.
Tank men, C.
Tannery workers, C, F 1, 2, J 7, 9, 11, 17, 21, 22, 28, 46, 47, 48.
Tapers (airplanes), J 50.
Tappers (smelting), A 1.
Tar workers, J 48.
Taxidermists, D 2, F 1, J 9, 28.
Teazers (glass), A 2, J 18.
Telegraphers, H.
Telephone linemen (trench work), C.
Temperers, A 1, C, J 16, 22, 28, 33, 44.
Textile-comb makers, D 1.
Textile printers. See Calico printers.
Textile workers, A 2, C, D 2. See also particular occupation.
Thermometer makers, J 29.
Thread glazers, A 2, C.
Tile makers, A 2, C, D 1, J 28.
Tin-foil makers, A 1, J 22.
Tinners, A 1, C, J 3, 4, 5, 16, 20, 28.
Tin-plate mill workers. See Iron and steel workers.
Tire builders. See Rubber-tire makers.
Tobacco moisteners, C.
Tobacco rollers, D 2.
Tobacco workers, D 2.
Tongsmen (iron and steel), A 1.
Toolmakers, D 1.
Top fillers (foundry), A 1, D 1.
Towermen (sulphuric acid), J 10, 37, 40, 43.
Toy makers, J 5, 9, 22.
Transfer workers (pottery), J 22, 52.
Transporters of hides and wool, F 1.
Treaders (rubber), J 12.
Tree sprayers. See Sprayers (trees).
Trench diggers, F 2.
Tube makers (glass), A 1.
Tubulators (incandescent lamps), J 16.
Tumbling-barrel workers, D 1.
Tunnel workers, B, F 2, C.
Turners-out (glass), A 1.
Turpentine extractors, C, J 02.
Type cleaners, J 11, 50.
Type founders, J 22.

Typesetters, J 22.
Typists, H.

Upholsterers, D 2, J 30.

Vapor curers. See Vulcanizers.
Varnish boilers, J 3.
Varnish makers, A 2, J 1, 3, 4, 11, 12, 38, 52.
Vatmen, C.
Velvet makers, C, J 30.
Veterinarians, F 1, 3.
Vignetters, J 22.
Vinegar workers, J 1.
Vinters, J 14.
Vulcanizers, A 2, C, J 7, 8, 11, 12, 15, 21, 30, 45.
Vulcanizers (steam), A 2, C.

Wall-paper printers, A 2, C, J 9, 21, 22.
Warming-house employees (guncotton), A 2.
Washers, C.
Washers (rubber), C.
Washwomen, C, H.
Watchmakers, C, H.
Water gilders, J 22.
Waterproof-cloth makers, J 25.
Weavers, D 2, H.
Weighers, D 1, 2.
Welders, A 1, B, J 12, 22.
White-lead workers, J 14, 22.
Wire drawers, J 9, 45.
Wirers (incandescent lamps), J 5.
Wood-alcohol distillers, J 50.
Wood-last scourers (shoes), D 2.
Wood preservers, J 9, 30, 49.
Wood stainers, J 21, 22.
Woodworkers, D 2, J 25, 30.
Wool carders, D 2, F 1.
Wool scourers, A 2, C.
Wool spinners, D 2, F 1.
Wool workers, D 2, F 1. See also particular occupation.
Wringers (guncotton), J 37.

X-ray workers, H.

Yeast makers, J 14.

Zinc-chloride makers, J 10, 18, 20.
Zinc-electrode makers, J 22.
Zinc miners, J 9. See also Miners.
Zinc smelters, A 1, J 12, 16, 22, 40.

## LIST OF HAZARDS, SYMPTOMS, OCCUPATIONS EXPOSED, AND PREVENTION.

### A. ABNORMALITIES OF TEMPERATURE.

The primary physiological effect of abnormal temperatures is the disturbance of the heat-regulating system of the body. Heat dilates the blood vessels on the surface of the body, increasing the supply of blood in this region. Cold, on the other hand, constricts the blood vessels, causing a diminished blood supply on the body surface. Continuous abrupt changes from one extreme of temperature to another may cause serious congestion of the internal organs, the heat-regulating system of the body not being capable of adapting itself to sudden variations. It is in this way that a cold draft, which causes a sudden variation of the temperature, may produce neuralgia, paralysis, and respiratory diseases. Extremes of temperature may produce pathological changes by direct action. Thus, extreme dry heat will cause conjunctivitis, cataract, and the familiar sunburn. Extreme cold may cause frostbite and eczema. With the above data in mind, abnormalities of temperature have been classified under only two headings, namely, "Sudden variations of temperature" and "Extreme dry heat." Extreme cold has not been listed as a distinct hazard, because a temperature so low as to cause the direct effects mentioned above is rarely met in industry. It is evident that the occupations listed in the division "Extreme dry heat" are exposed not only to the danger of the direct action of the high temperatures but also to the hazard "Sudden variations of temperature."

The prevention of disease due to exposure to extremes of temperature consists, obviously, in the avoidance of sudden variations of temperature. Drafts are particularly hazardous, and may be practically eliminated by the use of vestibule and storm doors. Workers in cold processes should keep active and avoid chill. The hot-process worker should allow his body to cool off gradually after completion of the day's work. He should carefully regulate his diet, drinking plenty of water and avoiding meats. As direct preventive measures for the effects of extreme heat, it is advisable to make use of shields, helmets, goggles, water-cooled furnace doors, exhaust systems, cold air, fans, etc.

ED, AND

*A. Abnormalities of Temperatures.*

| Health hazard. | Symptoms, conditions, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Extreme dry heat. | Asphyxia, general debility, catarrh, skin affection, cramps, headache, Bright's disease, skin complaints, premature old age, cataracts, rachitis, compensability. | |
| 2. Sudden variations of temperature. | Congestion of internal organs, catarrh, muscular and rheumatoid affections, inflammation, gastro-intestinal and visceral catarrh, pneumonia, Bright's disease. | |

...ures is tha
...eat dilates
...he supply
... the blood
...y surface.
...erature to
...rgans, the
... adapting
...aft, which
...duce neu-
...tempera-
...Thus, ex-
... familiar
...With the
...een clas-
...s of tem-
...not been
... to cause
...ry. It is
...reme dry
...action of
...ariations.

...t of tem-
...ariations
... may be
...m doors.
...ill. The
...lly after
...ulate his
...rect pre-
...isable to
...e doors,

## B. COMPRESSED AIR.

In building tunnels, laying deep foundations for large buildings, etc., it is necessary for the work to be carried on under increased air pressure in order to prevent the entrance of water into the excavations. The laborer is lowered gradually and at short intervals the

pressure of the air in the compartment is increased. The first sensation of compression is felt on the eardrums, which may be relieved by the act of swallowing. If the air is too quickly compressed hemorrhage may occur. The greater part of the danger of working in compressed air lies in hasty decompression. While under compression the blood and tissue juices dissolve an increased amount of air, the gases of which are released when the pressure is suddenly decreased. The bubbles thus formed cut off the blood supply from various parts of the body by blocking up the capillaries. The symptoms of compressed air illness, the so-called "bends," are the result.

Workers in compressed air must follow strictly the rules governing gradual compression and decompression, especially the latter. It is not advisable for boys and for men over 40 years of age to work under high pressure.

### B. Compressed air.

| Health hazard. | Symptoms, conditions, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Compressed air | Workers, restless pains in the back and legs, paralysis of legs and arms, painful constriction of the chest, cerebral hemorrhage and epistaxis, nose, nosebleeds, unconsciousness hemorrhages, impairment of hearing. | Caisson workers; divers; tunnel workers. |

### C. Dampness.

The moisture content of the air is very important for the proper adjustment of the physiologic processes of the body. Damp air will prevent the evaporation of moisture from the body and will therefore affect the body temperature. High humidity tends to increase the effects of high temperature. Moist cold air has the effect of undermining the general vitality of the organism, weakening its resistance to diseases of the respiratory passages, and to neuralgic and rheumatic affections. The same effects are noticed among workers around open tanks and vats, who are continuously working in wet clothes. Excessive dampness suggests dry air as a hazard. The latter causes chapped skin and catarrhal conditions. It has not been listed among the hazards because it is not characteristic of any one occupation but is prevalent generally, especially during the winter months.

When dampness is a feature of an industrial process the following precautions should be taken to avoid ill effects:

(1) Provision of exhaust systems wherever steam is generated.

(2) Provision of floors with drain channels to prevent the accumulation of water.

(3) Provision of adequate waterproof clothing, such as rubber boots, rubberized aprons, etc.

Wherever there is dampness special measures should be taken to keep the humidity at its proper percentage. In this connection the wet-bulb thermometer is invaluable in determining the degree of moisture in the air. By circulating the air the effects of high humidity may be mitigated.

*C. Dampness.*

| Health hazard. | Symptoms, modified, or diseases to look for. | Occupations which offer such exposure. |
|---|---|---|
| Dampness | Diseases of the respiratory passages, tonsilitis and rheumatic affections. | |

## D. Dust.

Dusts have here been divided into two kinds, according to their chemical composition, namely, organic and inorganic. The difference in symptoms listed under each is based on the findings of recent investigators that organic dusts do not cause pulmonary lesions. Dr. H. R. M. Landis [a] has found that wherever fibrosis was present in the lungs of men exposed to organic dust, the latter was always mixed with some form of mineral or metallic dust. Tobacco workers exposed to organic dust for years showed no pulmonary changes other than those found in people living in the city. Mineral and metallic dusts, however, produce fibrosis of the lung tissue, the

[a] See article on "The Pathological and Clinical Manifestations Following the Inhalation of Dust," in The Journal of Industrial Hygiene, July, 1919, pp. 117-190.

extent of which depends on the time of exposure and the particular
dust inhaled. Of the inorganic dusts, silica is the most harmful,
producing serious pulmonary damage in a comparatively short pe-
riod of time, while the least harmful are those which produce slight
changes and then only after long exposure, for example, lime, coal,
etc. The relationship between occupational dust and tuberculosis
is rather a doubtful one. Authorities disagree as to the effect of
fibrosis on the resisting power to the tubercle bacillus. Dust, by
acting as a carrier of the bacilli, may increase their number in the
lungs. In this way, men exposed to dust may be in greater danger
of contracting tuberculosis than others. Dr. H. R. M. Landis claims,
however, that in the trades exposed to inorganic dust, mistaken
diagnosis of pneumoconiosis swells the mortality statistics for tuber-
culosis. As a means of avoiding incorrect diagnosis of pneumoco-
niosis, Roentgen ray examinations of the lungs and sputum analyses
are invaluable.

There are four effective methods that may be used to prevent the
inhalation of dust generated during industrial processes. No one
of these can apply to all conditions, but the particular method to be
used must be adapted to the peculiarities of the process.

(1) The use of water to dampen the dust and thus prevent it from
rising and filling the atmosphere.

(2) The use of exhaust systems which remove the dust at the point
of origin.

(3) The use of inclosing chambers in which the dust-producing
processes are confined, being regulated from the outside.

(4) The use of respirators and helmets.

In many cases it may be necessary to combine several of these
measures effectively to prevent the inhalation of dust by the worker.

*D. Dust.*

| Health hazard. | Symptoms, condition, of disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Inorganic dust.... | Cough, dyspnea, phthisical habit, bronchitis, emphysema, fibrosis of the lungs, defective expansion of chest, defective expansion of pulmonary tract. | *(illegible — heavily degraded column listing numerous occupations)* |

D. Dust—Continued.

| Health hazards. | Symptoms, conditions or diseases to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Inorganic dust—Continued. | Cough, dyspnea, pleuritis pains, etc.—Continued. | *(illegible)* |
| 2. Organic dust | Dryness of nose, throat, and mouth, cough, anaphylaxis and bronchitis, asthma, emphysema, tuberculosis. | *(illegible)* |

## E. EXTREME LIGHT.

Intense light is usually a product of a process associated with heat. Among the different kinds of light included under this heading are the arc light, furnace glare, glowing metal or glass, and X ray. Poor illumination as a hazard is treated under "G. Poor illumination." Continuous exposure to strong light is not only irritating to the conjunctiva, but may also cause a degeneration of the retina and decomposition of the visual purple. Repeated electric flashes of brilliant light have caused severe ophthalmia, retinitis, and even blindness. Glass blowers and steel puddlers, who have to look at a glowing molten mass, are apt to develop cataracts. It seems that the invisible ultra-violet rays and infra-red rays are responsible. The introduction of X rays into the medical field has brought to light the highly

dangerous character of the radiographer's work. Severe dermatitis and cancer may ensue after exposure to X rays.

The following protective devices prove effective in preventing the injurious action of extreme light:

(1) Shields.

(2) Helmets.

(3) Goggles which eliminate the ultra-violet and infra-red rays.

(4) Clothing which covers the skin completely.

(5) X-ray apparatus should be inclosed as completely as possible with lead plates.

### E. Extreme light.

| Health hazard. | Symptoms, conditions, of diseases to look for. | Occupations which offer such exposure. |
|---|---|---|
| Extreme light...... | Cataracts, retinitis, conjunctivitis, dermatitis, blindness (temporary and permanent), effects on the skin, electrical ophthalmia, cancer. | Blacksmiths, electricians, electric furnace, arc workers, gas glass blowers, glass furnace workers, incandescent gas lamp chimney workers, insulted-powder workers, machinery operators, crystal glass craftsmen, photographers, puddlers (iron and steel), striking welders, X-ray workers. |

### F. Infections.

There are many infectious diseases, such as tetanus, trachoma, and syphilis, which are often of occupational origin. They are not, however, specifically occupational; that is, they do not arise from a condition caused by an industrial process. The conditions which cause these diseases in industry are identical with those which cause them out of industry. The above-mentioned diseases have not therefore been included in this list of occupational infections. Those diseases which have been included arise primarily in occupational exposure. There are a number of other diseases which occur in occupations, but these are of such little numerical importance that they also have not been included.

Besides the general rules of sanitation, the following measures are recommended:

(1) *Anthrax.*—All hides and animal hair must be thoroughly sterilized. Foreign skins or hair should not be carried on the unprotected shoulder. The hands should be frequently washed with bichloride of mercury. Hair sorters should wear respirators.

(2) *Hookworm.*—Workers in mines and others who are exposed to infected soil should make special effort to keep the skin clean. Shoes must always be worn and gloves are also of value in preventing the entrance of the hookworm through the skin. Infected soil should be disinfected and kept dry. The stools of infected individuals must be disinfected immediately.

(3) *Septic infections.*—Workers should avoid puncturing the skin. Cuts, scratches, or abrasions should be treated at once to avoid in-

fection. Men having open wounds should not be allowed to work with putrid material.

### F. Infections.

| Health hazard. | Symptoms, condition, or disease in task (?). | Occupations which offer most exposure. |
|---|---|---|
| 1. Anthrax External | | |
| 2. Malignant edema | | |
| Internal | | |
| 3. Hookworm (ankylostomiasis) | | |
| 4. Septic infections | | |

## II. POOR ILLUMINATION.

The effects of poor illumination are not easily apparent. The hazard may be present in any plant, but is especially prevalent in a limited number of occupations because of the peculiar conditions that make it difficult properly to illuminate the workroom. Miner's nystagmus is the outstanding example of the effects of this hazard. Poor illumination is not only the cause of the conditions listed below but is also an important factor in the causation of accidents.








Artificial light is least harmful to the worker when it comes from overhead, reflected from the ceiling by inverted bowl-shaped reflectors. Light-colored walls and ceilings aid materially in properly illuminating a room. Special precaution must be taken to avoid glare. All lights should be shaded so that only diffused light reaches the eye.

#### d. Poor illumination.

| Health hazard. | Symptoms, conditions, or diseases to look for. | Occupations which offer such exposure. |
|---|---|---|
| Poor illumination. | Myriagmus, nystagmus, defective vision due to eye-strain, inflammation of eyelids, blepharitis, dizziness. Nystagmus contributes to nonattainment. | Workers themselves (less and nicely cataract working occupations) underground work—rest hovering metal polishers; miners; photographers and steel engravers; internal workers; watchmakers; any factory workers. |

### H. REPEATED MOTION, PRESSURE, SHOCK, Etc.

Under this heading are included those muscle-strain conditions which are caused by the continuous repetition of movements, pressure, or blows. This section is not concerned with the neurasthenic phenomena which are sometimes called occupational neurosis. Everyone is familiar with the muscular strain experienced in performing for the first time some exercise, such as rowing, long walking, etc. Men newly introduced into a process requiring such repeated action are affected similarly but often much more severely, so as to disable them temporarily for the particular job. The injury does not stop with muscular strain but may even cause inflammation of the surrounding sheaths or paralysis of the parts concerned.

Many types of occupational neurosis may be avoided by working at a comfortable pace, avoiding fatigue. Where continuous pressure or shock is the cause, pads or cushions are often beneficial. Workers who have to grasp tools tightly would do well frequently to change their method of holding the instrument, if this is possible. Occasional rest periods will do much toward the prevention of muscular pains and cramps.

#### H. Repeated motion, pressure, shock, etc.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Repeated motion, pressure, shock, etc. | Pain of muscle used, set up by a myositic lesion, muscular stress, tic, set up from local changes of a chronic inflammatory nature, trembling, gradual associated or partial paralysis of parts; scleroderosis. | Artificial-flower makers; barbers; bicyclists; blacksmiths; carpenters; chasers or cutters on cold steel and compositors (related to bones); dancers; diggers; cutters; riveters; turners on lathes; glass-grinders and polishers; laundry hand ironers; lithographers; locksmiths; machinists; masons; needleworkers; piano and forte-beat makers; screw, penmanship—label vork—or perfect-worm; riveters; sailors; sawyers; scissors sharpeners; screw makers; seamstresses; shoe cutters (crystal); shoe cutters (cost process); tailors; telegraphers; typists; tanker-washer; watchmakers; weavers. |

The continued poisonous substances more important stuffs and other workmen in the increased production plans dope rest these substances revised "List of Fischer for the been drawn up rial in that list poisons have been for each poison gators. In order ranted proportion been grouped. logues have been cedure has been been made to list are mainly concerned the substances Because of the it has not been

To prevent it be taken! Persons be instructed as medical examination toms of diseases where poisonous removed at end provided. Wearing of gloves and confining the poisons measures, under of by proper blowers. Men fumes and gases ths obtaining of

[a] See United States

ful to the worker when it comes from ceiling by inverted bowl-shaped re— . . . eilings aid materially in properly . . . caution must be taken to avoid . . . led so that only diffused light reaches

*. illumination.*

| School | Occupations which offer such exposure. |
|---|---|
| desk- grade- blue- prints. | Student here (where class and wholly colored work... ers and scattered embroidery workers handling mixed rosinbeing mineral photographers steel engravers tinned workers watchmaking any history workers. |

### N. PRESSURE, SHOCK, ETC.

...luded those muscle-strain conditions ...nuous repetition of movements, pres— ...t not concerned with the neurasthenia ...times called occupational neurosis. ...muscular strain experienced in par— ...t exercise, such as rowing, long walk— ...ed into a process requiring such re— ...iarly but often much more severely, ...ly for the particular job. The injury ...strain but may even cause inflamma— ...s or paralysis of the parts concerned. ...neurosis may be avoided by working ...fatigue. Where continuous pressure ...ushions are often beneficial. Workers ...y would do well frequently to change ...nstrument, if this is possible. Occa— ...h toward the prevention of muscular

*...ion, pressure, shock, etc.*

| | Occupations which offer such exposure. |
|---|---|

Artificial-flower makers barbers bicyclists blacksmiths carpenters cigar-makers electric-battery compositors cutlery cutters engravers cutlery-makers dental assistants doctors diamond cutters drivers (certain trades) glass-blowers gold-beaters harness-makers hatters (felt) jewelers lace... makers leather-workers lithographers mechanics... musicians painters paper-box makers potters... pneumatic-tool workers porters (present) printers tailors seamstresses shoemakers stone-masons sewing machines operators spinners (textiles) stone cutters (steel shoemakers (certain trades cutters (steel presses) tailors telegraphers typists watch... workers wood-making weavers.

### J. POISONS.

The continued introduction of new processes making use of new poisonous substances in industry makes this section of more and more importance. The enormous increase in the production of dye-stuffs and other chemicals will no doubt show its effects on the workmen in the form of industrial poisoning. During the war the increased production of trinitrotoluol and tetrachlorethane for air-plane dope resulted in a large number of cases of poisoning from these substances. For the data presented under this heading, the revised "List of industrial poisons," compiled by Sommerfeld and Fischer for the International Association for Labor Legislation, has been drawn upon largely. The arrangement is similar. The material in that list has been revised and brought up to date. Several poisons have been added and all the occupations exposed are given for each poison. The symptoms are those given by recent investigators. In order to avoid swelling the list of poisons to unwarranted proportions, substances the effects of which are similar have been grouped. Thus all nitro compounds of benzol and its homologues have been included under one heading and the same procedure has been followed with amido compounds. An endeavor has been made to limit this list to those substances the actions of which are mainly constitutional. The next section (p. 912) is devoted to the substances occurring in industry which act as skin irritants. Because of the very large number of substances in the latter class, it has not been possible to treat them as fully as the other poisons.

To prevent industrial poisoning the following precautions should be taken: Personal cleanliness must be maintained. Workers must be instructed as to the toxicity of the substances handled. Frequent medical examinations of workers must be made to detect early symptoms of disease. Men should not be allowed to eat in workrooms where poisonous substances are handled. Work clothes should be removed at end of day's work. Proper lavatory facilities should be provided. Work clothes should receive special attention. The use of gloves and boots are often necessary. Mechanical devices for confining the poisons are of prime importance. (See also preventive measures, under "Dust.") Fumes and gases should be taken care of by proper ventilation, the use of exhaust systems, fans, and blowers. Men who work in an atmosphere polluted by poisonous fumes and gases should always wear gas masks properly suited for this obtaining conditions.

* See United States Bureau of Labor, Bulletin No. 100, May, 1912.

904

## DIVISION OF PREVENTIVE MEDICINE.

Vol. XVII.

### J. Poisons.

| Health hazard. | Symptoms, conditions, of disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Acetaldehyde | Irritation of the mucous membranes of the nose, larynx, trachea, and ... | Aldehyde young; metal celluloid makers; dye makers; explosives workers; mixed silverers; varnish making; vinegar workers. |
| 2. Acridine | Irritant and inflammation of skin and mucous membranes; ... | Dye makers. |
| 3. Acrolein | ... burning and itching of the eyes, varices nose and ... | Nose renderers; fat renderers; polyurethene; lard workers; linoleum making; linseed oil boilers; soap makers; stearic acid making; tallow rendering; thinning; varnish boilers. |
| 4. Ammonia | ... | Acetylene makers; ammonia ...; artificial-ice makers; artificial manures; bleachers; ... |
| 5. Amyl acetate | Nervous symptoms, headache, irritation of the head, giddiness, ... | Alcohol-distillery workers; artificial-silk makers; battery dye makers; brewers; ... |
| 6. Amyl alcohol | Congestion of the brain, depression of the head, irritation of the eye nerves, headache, palpitation of the heart, ... | Alcohol-distillery workers; dye makers; fruit essence making; shoe finishers. |
| 7. Aniline and other aniline compounds and its homologues. | Paling of the skin (blue, gray, slaty, and dusky hues) and cyanotic, discoloration of visible mucous ... | Aniline makers; artificial-leather makers; calico printers; color workers; ... |
| 8. Antimony and its compounds. | Blisters, eruptions of the skin; ulceration of the mouth, nasal septum, ... | Antimony extractors; ... rubber workers; ... |
| 9. Arsenic and its compounds. | Headache, nausea; ... colic; cramps; ... various forms of eczema and various lesions of the nasal ... | Arsenic roasters; arsenical-dye makers; artificial-leather makers; ... |

---

### J. Poi...

| Health hazard. | Symptoms, conditions, of disease to look for. | ... |
|---|---|---|
| 9. Arsenic and its compounds—Continued. | ... septum, bleeding gums, ... multiple neuritis, paralysis. | ... |
| 10. Arseniureted hydrogen. | General malaise, difficulty of breathing, jaundice, dark urine, discoloration, ... | ... |
| 11. Benzine. | ... | ... |
| 12. Benzol. | Headache, variety, ... trembling, vomiting, weakness of the heart, ... | ... |
| 13. Brass (zinc). | Headache, vertigo, nausea, muscular cramps, metallic taste, ... | ... |
| 14. Carbon dioxide. | Headache, general malaise, ... vertigo, somnolence, drowsiness, vertigo, irritation, and general nervousness. | ... |



VE MEDICINE.   Vol. XVII.

OF PREVENTIVE MEDICINE.   305

J. Poisons—Continued.

| Health hazard | Symptoms, condition of disease in last fat. | Occupations which offer such exposure. |
|---|---|---|
| 8. Arsenic and its compounds—Continued. | | |
| 9. Arseniuretted hydrogen. | | |
| 11. Benzine. | | |
| 12. Benzol. | | |
| 13. Brass (zinc). | | |
| 14. Carbon dioxide. | | |

306

DIVISION OF PREVENTIVE MEDICINE.        Vol. XVII.

J. Poisons—Continued.

| Health hazard. | Symptoms, condition of disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 15. Carbon disulphide. | Headache, pain in the extremities, trembling, deafness, disturbance of the vision, acceleration of the heart's action, gastric, mental, painful, oversensitive... | [illegible] |
| 16. Carbon monoxide. | Irritating cough... | [illegible] |
| 17. Chloride of lime. | Irritating cough, impairment of the respiratory system... | [illegible] |
| 18. Chlorine. | [illegible] | [illegible] |
| 19. Chlorodinitrobenzol. | | |
| 20. Chloronitrobenzol. | See Nitrobenzol. | |
| 21. Chromium compounds. | [illegible] | [illegible] |
| 22. Cyanogen compounds. | Headache, vertigo, nausea, irritation of skin, mucous, loss of dry, slight disturbance of the pulse, also numbness. | [illegible] |

(second column, right side of page — partially visible)

DIVISION OF PREVEN[TIVE MEDICINE]

J. Poisons—Con[tinued]

| Health hazard. | Symptoms, condition of disease to look for. | C |
|---|---|---|
| 23. Dimethyl sulphate. | [illegible] | Dimethyl [illegible] |
| 24. Dinitrobenzol. | See Nitrobenzol. | |
| 25. Gasoline. | See Naphtha. | |
| 26. Hydrochloric acid. | Irritation of mucous membranes... | [illegible] |
| 27. Hydrofluoric acid. | Intense irritation of the eyelid and conjunctiva... | [illegible] |
| 28. Lead and its compounds. | [illegible] | [illegible] |



908   DIVISION OF PREVENTIVE MEDICINE.   Vol. XVII.

J. Poisons—Continued.

| Health hazard. | Symptoms, conditions, of disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 28. Mercury and its compounds. | | Artificial silk makers |
| 29. Methyl alcohol. | Headache, nausea, etc. | |
| 30. Methyl bromide. | Vertigo, headache | Antisyphilis makers, dye makers. |
| 31. Naphtha. | Headache, vertigo. | |
| 32. Nitraniline. | | |
| 33. Nitrobenzol and other nitro compounds of benzene and the homologues. | Icterical skin | Aniline makers, dye makers, explosives workers, perfumers, shoe blacking makers, soap makers. |

No. 5.   DIVISION OF P

J. Pois

| Health hazard. | Symptoms, conditions, of disease to look for. | |
|---|---|---|
| 35. Nitroglycerin. | Severe headache | |
| 36. Nitronaphthalene. | | |
| 37. Nitrous gases and nitric acid. | Irritation of the mucous membrane | |
| 38. Petroleum. | | |
| 39. Phenol. | | |
| 40. Phenyl hydrazine. | Vascular eruptions on the skin | |

J. Poisons—Continued.

| Health hazard. | Symptoms, condition, of disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 41. Phosgene | | Dye makers; phosgene makers. |
| 42. Phosphorus | | Household makers; brass founders; fertilizer makers; firework makers; insecticide makers; match factory workers; phosphate-acid workers; phosphor-bronze workers; phosphorus-compound makers; phosphorus extractors. |
| 43. Phosphoretted hydrogen. | | Acetylene makers; ferro silicon workers; phosphorus extractors; phosphorus (red) makers. |
| 44. Picric acid | | Dye makers; dyers; explosives workers; picric-acid makers; steel filters; munitions-powder makers. |
| 45. Sulphur chloride | | Rubber-substitute makers; vulcanizers. |
| 46. Sulphur dioxide | | Alkali-acid makers; blast-furnace workers; bleachers; brass workers; (continued) |
| 47. Sulphuretted hydrogen. | | (continued) |

J. Poisons

| Health hazard. | Symptoms, conditions, of disease to look for. | |
|---|---|---|
| 48. Sulphuric acid. | Inflammation of respiratory organs, injury to teeth through including of the dentine, chronic catarrh. | Aci |
| 49. Tar | The itch, diffuse acne, (continued) | Ma |
| 50. Tetrachlorethane (acetylene tetrachloride) | (continued) | Air |
| 51. Trinitrotoluol | (continued) | Ex |



ENTIVE MEDICINE.                    Vol. XVII.

-Continued.

Occupations which offer such exposure.

akers: phosgene makers.

No. 2.                    DIVISION OF PREVENTIVE MEDICINE.                    911

J. Poisons—Continued.

| Health hazard. | Symptoms, conditions, of disease in toxic list. | Occupations which offer such exposure. |
|---|---|---|
| 44. Sulphuric acid. | | |
| 45. Tin | | |
| 46. Tetrachlorethane (tetrachloroethane) | | (Airplane-wing varnishers; artificial-silk making; lspers (airplane). |
| 47. Trinitrotoluol | Nasal and throat irritation, | Explosive workers; shell fillers. |

Case 2:12-cv-03013-SVW-PJW   Document 128-18   Filed 02/11/13   Page 32 of 100   Page ID #:3749

J. Poisons—Continued.

| Health hazard. | Symptoms, conditions, or disease to look for. | Occupations which incur such exposure. |
|---|---|---|
| 11. Turpentine...... | Irritation of the mucous membrane of the eyes, nose, and upper air passages; colds, bronchial inflammation; skin lesions; giddiness; headache; irritation of the kidneys, edema of bladder and lungs; severe irritation of the skin, eczema and hardening of the epidermis. | Art-glass workers; cable splicers; calico printers; camphor makers; cementers (rubber shoes); dencatars (pottery); dry cleaners; dye makers; enamelers; enamel makers; leather workers; linoleum polishers; linen makers; linoleum makers; oilcloth makers; lithographers; painters; paint makers; rosin makers; rubber workers; sealing-wax makers; shellac makers; transfer workers (pottery); turpentine extractors; varnish makers. |

## SKIN IRRITANTS.

Because of the fact that dermatoses form such a large proportion of all occupational diseases and are often disabling, the more important occupations that are exposed to skin irritants have been listed separately. A complete enumeration of such occupations would be impossible. Almost any foreign substance can become a skin irritant if it is in continuous contact with the skin. Thus soap and water, which ordinarily do not irritate the skin, may cause severe dermatoses in washerwomen.

The data presented below are a compilation of the literature on the subject, taken largely from Dr. R. Prosser White's compilation of "Occupational Affections of the Skin."

Skin affections caused by different external irritants often show the same clinical picture. A number of occupational skin eruptions have no specific lesions or special pathology, which makes their differential diagnosis very difficult. Most superficial industrial skin diseases show simply a difference in degree of catarrhal inflammation, depending on the intensity of the irritant. For these reasons the symptoms for each irritating substance have not been listed as has been done for the other hazards.

Occupational dermatoses are characterized by their grouping, situation, mode of appearance, spread, and evolution. They crop up in series, retaining their initial type throughout, unless they are secondarily infected. They are most often local, except when they are a differentiating sign of the toxemias. The onset and development are usually sudden. The inflammation is sharply outlined. Exudation is excessive and there is deep-seated edema. The eruption usually predominates on the right side.

There are many cases of dermatitis which are caused by physical agents, such as heat, cold, friction, etc. In this bulletin these conditions are dealt with only as they are related to the hazards listed.

Thus among the symptoms for "light" we find skin eruptions.

The following is the list of the to dermatoses with the irritating

| Occupation exposed. | Occupation exposed to |
|---|---|
| Acetylene makers...... | |
| Acid workers...... | |
| Alkali and makers...... | |
| Artificial-flower makers...... | |
| Bakelite makers...... | |
| Barbers...... | |
| Battery (dry) makers...... | |
| Blacksmiths (smith)...... | |





VENTIVE MEDICINE.                    Vol. XVII.

—Continued.

*Occupations which offer such exposure.*

[text illegible]

ITANTS.

es form such a large proportion
often disabling, the more impor-
o skin irritants have been listed
n of such occupations would be
stance can become a skin irritant
the skin. Thus soap and water,
kin, may cause severe dermatoses

compilation of the literature on
R. Prosser White's compilation
Skin."

xternal irritants often show the
f occupational skin eruptions
hology, which makes their dif-
ost superficial industrial skin
degree of catarrhal inflamma-
irritant. For these reasons
stance have not been listed as

erized by their grouping, situ-
evolution. They crop up in
throughout, unless they are
often local, except when they
lux. The onset and develop-
mation is sharply outlined.
ep-seated edema. The erup-
sida.

are caused by physical
In this bulletin these condi-
elated to the hazards listed.

DIVISION OF PREVENTIVE MEDICINE.                    913

Thus among the symptoms for "Extreme dry heat" and "Extreme light" we find skin eruptions.

The following is the list of the more common occupations exposed to dermatoses with the irritating substances concerned:

*Occupations exposed to specified skin irritants.*

| Occupation exposed. | Skin irritants. |
|---|---|
| | Calcium carbide. |
| | Lime. |
| | Acids. |
| | Caustic alkali, dyes. |
| | [illegible] |
| | Potassium salts, phenol. |
| | Acid, lime. |
| | Lime, zinc chloride, ammonium salts, charcoal. |
| | Acids. |
| | Acids, bleaching powder, caustic alkali, hydrogen peroxide. |
| | [illegible] |
| | Acids, ammonium salts, formaldehyde, magnesium salts. |
| | [illegible] |
| | "Acids [illegible] dyes." |
| | Lime. |
| | Caustic [illegible] |
| | Caustic soda, phenol. |
| | Acid [illegible]. |
| | Acids, mercury compounds. |
| | [illegible] |
| | Acids, soap. |
| | Lime. |
| | Phenol, coal-tar products, naphtha, methyl alcohol. |
| | Lime. |
| | Acids, caustic alkali, lime, soap, potassium salts, sodium salts. |
| | [illegible] |
| | [illegible] |
| | Acid, zinc chloride, arsenic salts, phenol. |
| | Potash, bichloride. |
| | [illegible] |
| | Bichloride, aluminum salts, formaldehyde, magnesium salts, sodium bichloride. |
| | Dyes. |
| | Mercury compounds. |
| | Mercury compounds. |
| | [illegible] |
| | Formaldehyde. |
| | Caustic alkali, soap, iodoform, sodium salts, sugar. |
| | Acids, bichrom, caustic alkali, coal-tar products, dye intermediates, dyes, turpentine, antimony compounds, barium salts, sodium salts, acids, distilling, hemp, resin, formaldehyde, gums, hydrogen salts, lead salts, phenol, potassium chloride. |
| Dyers............ | Dyes. |
| Electroplaters....... | Acids, borates, caustic alkali, lime, potassium cyanide, soap, nickel sulphide. |
| Embalmers........ | Formaldehyde. |
| Engravers......... | Acids, caustic alkali, ferric chloride, potassium cyanide. |
| Etchers.......... | Acids, caustic alkali. |
| Explosives workers.... | Dye intermediates, explosives (TNT, etc.), ammonium salts, chromium, mercury compounds. |
| Felt-hat makers..... | Acids, mercuric nitrate, dyes. |
| Fish dressers...... | Brine. |
| Flax spinners...... | Lime, brine. |
| Furniture polishers... | Resins, caustic alkali, naphtha, turpentine, methyls alcohol, pyridin, rosin. |
| Fur workers....... | Dyes. |
| Galvanizers....... | Ammonium chloride. |
| Gas-mantle impregnators. | Thorium compounds. |
| Glass blowers...... | Charcoal, plink, rosin. |
| Glass makers...... | Caustic alkali. |
| Ink makers....... | Dyes. |

914

DIVISION OF PREVENTIVE MEDICINE.                Vol. XVII.

*Occupations exposed to specified skin irritants—Continued.*

| Occupation exposed. | Skin irritants. |
| --- | --- |
| Lampblack workers | Soot. |
| Laundry workers | Caustic alkali, soap. |
| Lime burners | Lime. |
| Lime polisher (tannery) | Lime. |
| Linoleum makers | Dyes. |
| Machinists | Cutting compounds, lubricants, oils. |
| Masons | Lime. |
| Match-factory workers | Dyes, dextrine, gums. |
| Mercerizers | Alkali, caustic alkali. |
| Miners (rubber) | Lead, acetate of lead, chromates, zinc chloride, aluminum salts, |
| Mordanters |  |
| Morticers (leather) | Dyes. |
| Nickel platers | Zinc chloride, nickel sulphate. |
| Nitroglycerin makers | Acids, explosives. |
| Packing house employees |  |
| Painters | Acids, caustic alkali, paints, zinc chloride. |
| Paint makers | Paints. |
| Pane-bed makers | Chrome. |
| Paraffin workers | Paraffin. |
| Parquetry makers | Zinc chloride. |
| Pen (Colored) makers | Dyes. |
| Petroleum refinery | Coal tar alkali, peroxide. |
| Photographers | Acids, rust (iron alkali, chromates, metol, pyrogallic acid, |
| Photographic plate cleaners | Caustic alkali. |
| Pitch workers | Pitch. |
| Plasterers | Lime. |
| Platinum workers | Coal tar alkali, naphtha. |
| Polishers (silver and brass) | Petroleum cyanide. |
| Printers | Lead, benzine. |
| Railroad workers | Friction. |
| Rawhidemen | Oils, lime. |
| Rubber workers | Accelerators (hexamethylenetetramine). |
| Salt preparers | Brines. |
| Scroll sawers (electroplating) | Lime, benzine, lime, oils. |
| Shell fitters | Acid, trinitrotoluol, etc. |
| Shoe and dye | Benzine, coal-tar products, naphtha, methyl alcohol. |
| Slaters (cement) | Zinc chloride, chromium salts, fulminate salts, |
| Soap makers | Caustic alkali, soap, vegetable oils, sodium silicate. |
| Sodium hydroxide makers | Caustic alkali. |
| Solderers | Acids, zinc chloride. |
| Sugar refiners | Sugar. |
| Tannery workers | Acids, lime, salt, arsenic salts, brine, calcium |
| Tanners |  |
| Tinners |  |
| Tobacco workers | Nicotine, vegetable oils. |
| Tube layers (cotton conditioning) | Chromium salts, formaldehyde, magnesium salts. |
| Typists | Carbon paper. |
| Vulcanizers | Accelerators (hexamethylenetetramine). |
| Weavers | Caustic alkali. |
| Wheelwrights | Caustic alkali, tars, sodium salts. |
| Whitewashers | Petroleum cyanide. |
| Whitewashers (paint) | Paraffin. |
| Wax-ornament makers | Dye intermediates, petroleum cyanide. |
| Wet-bobbin winders | Lime, aluminum salts, formaldehyde, magnesium salts, sodium |
| Wood preservers | Tar, zinc chloride. |
| Zinc-chloride makers | Acids, zinc chloride. |

No. 5.                DIVISION OF PREVE

HEALTH CONDITIONS

Health conditions of the Navy d
were excellent. The annual admiss
Navy, for the four-week period endi
per annum, as compared with 870 pe
week period ending September 9.

There has been little change in t
nicable diseases; the annual admissi
ending October 7 was 49 per 1,000,
for the five-week period ending Septe

The following table gives the annu
certain communicable diseases for th
1922, in comparison with the mean o
of September, for the four-year per

| Cerebrospinal fever |  |
| Diphtheria |  |
| German measles |  |
| Influenza |  |
| Malaria |  |
| Measles |  |
| Mumps |  |
| Pneumonia |  |
| Scarlet fever |  |
| Smallpox |  |
| Tuberculosis |  |
| Typhoid fever |  |

There were 173 admissions with d
tember, 132 occurring in insular a
United States, and 17 among the for
for pneumonia is somewhat higher t
two or three months, the rate for th
tober 7 being 1.5 per 1,000 per annu
measles, mumps, or scarlet fever has
four weeks, either ashore or afloat.

There has been a decided increas
disease during the past two months,
cases, entire Navy, for the four-w
being 163 per 1,000 per annum.
nereal diseases for the entire Navy
passed is now 118 per 1,000 per annu

5324—22—12

# EXHIBIT G

# HANDBOOK

### OF THE

# HOSPITAL CORPS

## UNITED STATES NAVY

## 1939

⚓

PUBLISHED BY

### THE BUREAU OF MEDICINE AND SURGERY

UNDER THE AUTHORITY OF

### THE SECRETARY OF THE NAVY



UNITED STATES

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1939

For sale by the Superintendent of Documents, Washington, D. C. - - - - - - Price $1.75 (Buckram)



## TABLE OF CONTENTS

MEDICINE AND SURGERY,
NAVY DEPARTMENT,
Washington, D. C., July 1, 1939.

... ed States Navy, 1938, is a revised
... pital Corps, United States Navy,
... ed by members of the Medical,
... vy, and reviewed and revised by
... ps, and Chief Pharmacist N. L.
... the instruction and guidance of
United States Navy and for use at

... f of the text of the United States
... eived from the Board of Trustees
... ion. The said Board of Trustees
... ation nor for any errors in the
... agths.

... e National Formulary, Sixth Edi-
... he Committee on Publications by
... sociation.
... Remedies, 1938 Edition, has been

Ross T. McIntire,
Surgeon General, U. S. Navy.

# FOREWORD

In this 1939 edition of the Handbook of the Hospital Corps, U. S. Navy, the subject matter has been revised, enlarged, and brought up-to-date, as nearly as possible, with the science which are briefly discussed in the various chapters and sections.

The handbook is intended to serve as a general guide and reference book for the hospital corpsmen of the Navy, especially those performing duty independent of medical officers, and as a textbook for their instruction in the Hospital Corps Schools and elsewhere. It contains information and instructions concerning the duties of the Hospital Corps of the Navy, but hospital corpsmen, particularly those in the upper ratings, are urged to make frequent reference to the U. S. Navy Regulations, the Manual of the Medical Department, U. S. Navy, the manuals of other Navy Department bureaus, circular letters, etc., for additional information and instructions.

The principal subjects have been arranged in the order in which they occur in examinations for advancement in rating. As these subjects necessarily are presented in epitomized form, readers of the handbook should realize that the information contained in it must be supplemented by reference to the standard textbooks and professional journals usually available in the medical libraries of hospitals, ships, and stations.

The Bureau of Medicine and Surgery herewith expresses appreciation to the following-named members of the Medical Department, U. S. Navy for the time and effort spent in preparing, reviewing, and revising the material for this book:

| | |
|---|---|
| Captain J. Harper, (MC), U. S. Navy. Commander G. B. McArthur, (MC), U. S. Navy. | Anatomy and Physiology. |
| Commander M. D. Willcutts, (MC), U. S. Navy. | Minor Surgery and First Aid. Bandages and Bandaging. |
| Captain H. M. Harvey, (DC), U. S. Navy. Captain W. L. Darnall, (DC), U. S. Navy. Commander R. S. Davis, (DC), U. S. Navy. | Emergency Dental Treatment. |
| Chief Pharmacist M. G. Swann, U. S. Navy. | Materia Medica and Therapeutics. Pharmacy. |
| Chief Pharmacist A. T. Schwartz, U. S. Navy. Pharmacist P. S. Gault, U. S. Navy. | Toxicology. |
| Chief Nurse J. Ferris, U. S. Navy. Chief Nurse P. W. Hoyle, U. S. Navy. | Nursing. |
| Commander G. A. Eckart, (MC), U. S. Navy. | Ward Management. Operating Room and Surgical Technique. |
| Lieutenant O. L. Burton, (MC), U. S. Navy. Lieut. Commander F. M. Rebow, (MC), U. S. Navy. | Hygiene and Sanitation. Prevention of Venereal Diseases. |
| Commander M. S. Mathis, (MC), U. S. Navy. | Allergy. Genito-urinary and Venereal Diseases. |



It should always be remembered that diseases that have attacked more than half the men of the country during youth, diseases that bring misery to thousands of children and suffering to hundreds of thousands of women innocently infected, and that are incurred almost exclusively through promiscuous sexual intercourse, are diseases to be avoided. It should also be remembered that the man who practices promiscuous cohabitation almost invariably contracts one of the venereal diseases, sooner or later, in spite of every precaution. And if sufficient moral stamina to resist sexual temptation is not possessed, then it must be remembered to take prophylactic treatment as soon as possible after exposure.

REFERENCES

Syphilology.—Stokes.
Practice of Urology.—Young.
Hospital Corps Handbook, U. S. Navy, 1923.

# Section 5.—INDUSTRIAL MEDICINE AND INDUSTRIAL HAZARDS

Industrial Medicine is that branch of medicine which deals with the prevention of diseases and injuries among industrial workers. Strictly speaking, industrial medicine has become of such importance in late years, that it is not now limited to workers, but endeavors to promote good health and increase the life span of the entire people.

Its purposes or aims are to insure good health, the prevention of avoidable accidents, to alleviate unnecessary suffering and thereby provide contentment and promote more efficient work. It further deals with the rehabilitation of diseased and injured persons and reclassifies them to work in such positions as their disabilities will permit, thereby obviating the necessity for their becoming public charges and insuring them a livelihood.

Industrial Medicine is akin to Hygiene and Sanitation and Preventive Medicine, but spreads out to embrace accident prevention as well. Its aims are accomplished by endeavoring to reduce the health and accident hazards to a minimum by education, safety devices and precautions, periodic physical examinations, cooperation of employees, and by the passage of laws for the protection of the workers.

The need for the development of this branch of Medicine is apparent to all, when it is known that in the sixteenth century the average life expectancy of the working man was 22 years, as compared to 44 years for those of the upper classes. The working men were really slaves. They worked from 12 to 20 hours daily, 7 days a week. They were subjected to forms of health hazards about which little or nothing was known. The death of the men was considered a natural course of events.

The value of Industrial Medicine to the workers has been clearly manifest. Today, the average working man in industry may well expect to live to the age of 50 with still a better outlook for the future when the hazards to health and accident are better understood and safety measures are developed and perfected to protect against such hazards.

In this country today, every employee is protected by laws which require that certain standards of protection be maintained against health and accident hazards. Compensation laws are in force to require the payment of disability benefits to those incapacitated by accident or disease which were connected with their employment.

U. S. NAVY

bat have attacked more
seases that bring misery
of thousands of women
clusively through promis-
ded. It should also be
tous cohabitation almost
sooner or later, in spite
- to resist sexual tempta-
ics prophylactic treatment

## D INDUSTRIAL

hich deals with the pre-
rkers. Strictly speaking,
in late years, that it is
tote good health and in-

a prevention of avoidable
rely provide contentment
with the rehabilitation
n to work in such post-
ng the necessity for their
f.
on and Preventive Medi-
n as well. Its aims are
nd accident hazards to a
periodic physical exam-
of laws for the protection

icine is apparent to all,
average life expectancy
d years for those of the
They worked from 12 to
ded to forms of health
he death of the men was

as been clearly manifest.
ell expect to live to the
sm the hazards to health
iret are developed and

d by laws which require
ainst health and accident
the payment of disability
e which were connected



U. S. NAVY

nis would be a person with
inist.  Physical examina-
s their ability to continue
hazardous work or to re-
Repeated examination of
blasting, painting, chrome
y possible systemic effects

ind working places by the
to to determine the causes
correction of these faults.
tion pictures, posters, and
vention.
of all employees with the
peration and high morale
uld be taken when workers

taction and escape in cases

s difficult in view of the
industry.  There is such a
ion that they are generally
is Dermatoses.  It is suf-
injuries may be associated

Medicine the medical per-

ry and the duties of each

by the particular industry

stablished against the en-

st of sick and injured per-
cts and returns to be sub-

it seems sufficient to give
ation, hazards, protection,
than to try to discuss in-
ne by discussing the safety
ard, for those in force at
gize throughout the Navy.

of the organization.  He is
tion of the employees, as
He is familiar with the
ass at his station and the
he appoints, as the work-
fety engineer, as he is bet-
t rank and service to have



...juries is essentially that for
...g to the severity and locality.
...ven minor accidents by reason
...ty. The treatment of diseases
...ot be considered here.

...f during work.

...d injuries are quite numerous.
...an be familiar with only those
...general, are as follows:
...ceres of their employment are
...iment. If makes no difference
...ness, he must still report. No
...se offices. When a man reports,
...or otherwise disposed of. At
...a form report of the case, is.
...k are forwarded to the safety
...e shop or the supervisor of the
...ed in his file jacket. A separate
...e reports to the dispensary for
...ermanent record which is kept
...information furnished on this'
...t of injury or return to work;
...date and hour of injury; date
...of injury is due to employment;
...ven time off, or transferred to
...iting case; and patient's state

U. S. Employees' Compensation
...ch case. This form is started
...ition of the case is made it is

...hop, or office, or when the fore-
...m report, the foreman or super-
...a CA-2, and forwards it to the
...e dispensary for completion by
...dical officer gets the data for
...t.

...e examination of total or partial

...ility allowance or compensation
...by the employee within 60 days
...plated by the medical officer ap-
...port and U. S. M. C. C. Form

CA-4 but must be submitted on
...ployee, during the period of his

...ployee to have hospital or other
...physician, U. S. E. C. C. Form
...atient to the hospital or place

Times arise when there is doubt as to the origin of the disability, i. e.,
whether or not the disability is occupational. In such cases U. S. E. C. C. Form
CA-17 is substituted for Form CA-16. Whenever U. S. E. C. C. Forms CA-16
and CA-17 are made out they must be accompanied by U. S. E. C. C. Form
CA-02.

U. S. E. C. C. Form CA-21, Discharge Report of Injury Case, is forwarded
when an employee is discharged from treatment after having been incapacitated
by reason of occupational injury or disease.

U. S. E. C. C. Form CA-22 is a report of hernia and must be submitted in
all cases in which claim is made that a hernia was caused by employment.

Numerous other forms, such as public bills for payment for treatment, are
used in handling these cases, but as they are accomplished by the injury officer
they are not listed here.

Forms showing reports of all physical examinations of employees, including
the special examinations previously mentioned, are also kept. These are
routine however, and are easily learned when actually engaged in this work.
Special forms for W. P. A., M. R. N., and P. W. A. workers are also provided.

In conclusion, it is well to state the qualifications expected of a hospital corps-
man engaged in Industrial Medicine.

1. He should realize that his first duty is to the workman who is injured.
2. His personality should inspire confidence.
3. He should have a knowledge of first aid.
4. He should have a knowledge of an efficient medical record system and
of statistical methods.
5. He should have a knowledge of sanitation, of working conditions, of
occupational hazards and preventive measures.
6. He should possess a general knowledge of industrial relations, including
employment, its methods and problems.
7. He should have a working knowledge of the workmen's compensation laws.
8. It would be well for all hospital corpsmen to obtain and read the publication
Medical Service in Industry and Workmen's Compensation Laws, 1932, published
by the American College of Surgeons as prepared by M. N. Newquist, A. B.,
B. Sc., M. D., to enhance their knowledge of this subject and thereby be of
more value to the medical organization of the Navy for Industrial medicine.
This publication contains concise, complete statements of the problems of the
industrial organization and is of value to all industries.

REFERENCES

Industrial Medicine and Surgery.—Mock, 1931.
Industrial Health.—Kober and Hayhurst.
U. S. Naval Medical Bulletin, January and April, 1925.
Medical Service in Industry and Workmen's Compensation Laws, 1932.
Inspection Questionnaire, West Coast Medical Activities, U. S. Navy.

## Section 6—FIELD SANITATION

*Health is necessary in war, and cannot be replaced by anything else.—Napoleon*

**Introduction.**

The activities of a medicomilitary organization tend to concentrate toward
one primary objective, "The conservation of physical efficiency for combat."
The hospital corpsmen of the Navy serve ashore, as well as afloat, and in



# EXHIBIT H



UNITED STATES NAVY DEPARTMENT
BUREAU OF MEDICINE AND SURGERY

# ANNUAL REPORT OF THE
# SURGEON GENERAL, U.S. NAVY

CHIEF OF THE BUREAU OF MEDICINE AND SURGERY

TO THE SECRETARY OF THE NAVY

containing

STATISTICS OF DISEASES AND INJURIES
IN THE UNITED STATES NAVY

FOR THE CALENDAR YEAR

1939

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1941

ious action of the light.

## INDUSTRIAL MEDICINE

Navy Yard, Charleston, S. C.--In order that claims for industri[al] injury may be confined to those receiving such injury by reason [of] their employment in the navy yard, all applicants for trades listed [as] potentially hazardous, receive a special examination, including X-ray examination of chest, where necessary, prior to their employment [or] assignment to the hazardous occupation. In addition to the entrance examination, periodical examinations are given during continuance [of] occupation in such work. This increases the work of the Yard dispensary and involves considerable additional cost to the government by reason of materials expended, but it is believed that the results [ob]tained will prevent any serious industrial injury to the man occupied [in] hazardous industrial trades and prevent unjust compensation claims [to] be filed against the Government. As a means of protection to fellow employees and to prevent unjust claims to compensation for injur[ies] alleged to have been received by reason of industrial employment, it [is] recommended that as a condition of employment all Civil Service ap[plicants] be required to have a serological test, with the provision th[at] applicants who show a positive serological reaction but no activ[e] lesions, shall be required to have continuous medical treatment unt[il] negative serological tests are obtained or the disease is pronounced non-infectious by the Yard medical officer. It is also recommended that where infection occurs subsequent to employment that serological tests be made compulsory. As condition of employment, large private industrial corporations require serological tests prior to employment and at periodic intervals thereafter. If it is found that employees have active syphilitic disease, medical treatment is compulsory unless they are pronounced non-infectious by the company physician. Medical treatment for Civil Service employees could be obtained from private physicians or public clinics, and such treatment could be evidenced by certificates signed by licensed practitioners, but serological exami[nations] should be performed at the Yard dispensary in order that a uniform procedure may be followed.

Puget Sound Navy Yard, Bremerton, Wash.--The average employee of this Navy Yard is safety-minded, and a general spirit of cooperation with regard to accident prevention continues. The safety program has been carried forward with excellent results during the past year, em[phasis] being placed on education of men through indoctrination of the supervisors. Analysis of representative periods have shown that ap[proximately] 90 percent of all accidents are directly attributable [to] carelessness of the man. The record of 18 lost-time accidents among 5,985 employees as compared with 22 lost-time accidents among 4,022 employees in 1938 is considered very satisfactory.

During the past year the following additional safety measures have been undertaken: (a) a new type of face shield has been obtained [for] buffing and polishing work which is a great improvement over goggles; (b) new double lenses for helmets have been obtained which are found to be much more satisfactory than the old; (c) salt tablet dispensers have been installed in all shops in which "hot work" is carried on; [(d)] ventilation of shops and offices has been materially improved, and is continuing to improve as funds become available for projected work; (e) an investigation has shown that men on machine tool work wearing corrective spectacles have only one-eighth the number of [illegible] [fo]reign particle eye injuries as compared to men wearing no spectacles. Or[di]nary cup goggles are unsuitable for most types of machine tool work [du]e to restricted vision. It has been proposed to the Navy Department Safety Engineer that a suitable type of spectacle goggle without side [shi]elds be approved for use on these types of machine tool work; and (f) the present Navy specification welding glove has been found to be un[sat]isfactory, particularly for overhead electric welding. A number of [me]n have been burned due to failure of exposed stitching in this glove. [It] has been proposed that a more suitable type of glove be approved.

The number of eye injuries among the regular Yard employees was more than double for the calendar year 1938 - 223 for 1938 and 457 for 1939. The increased number of employees can account for some of the increase but the eye injuries have increased out of proportion. Out[st]anding causes of injuries to the eyes have been poor fitting goggles and failure to use goggles in spite of educational activities on the part of the medical department, injury officer, and supervisors. It is grat[ify]ing to note that there were no lost-time eye injuries among the reg[ul]ar Yard force and only one case among the relief workers.

Statistics show a definite increase in all types of injuries among [cl]asses of employees except the Emergency Relief, Navy. This in[c]rease is out of proportion to the increased personnel and it is be[lie]ved to be due to the fact that the shop superintendents insist that employees receiving injuries, no matter how slight or insignificant they may seem in extent or severity, report to the Dispensary for treatment. This opinion is supported by the reduction in the actual number of "Injuries resulting in Loss of Time" from 22 during 1938 to 18 during 1939.

Navy Yard, New York, N. Y.--Welding: There are approximately [8]30 electric welders and 112 gas welders carried on the rolls.

It is well recognized that in the absence of protective measures or with inadequate measures welding incurs certain health hazards; such as toxic gases from the arc of the flame, fumes or dust of metallic [ox]ides of an injurious nature from the coating of certain welding rods, damage to the eyes from ultraviolet rays, etc. The question arises whether or not control protective methods now provided are entirely [ad]equate to prevent occupational diseases in welders under all cir[cu]mstances.

It was recommended to the Commandant in December 1939, at the [su]ggestion of the Director of the Division of Industrial Hygiene, New York State Department of Labor, that a joint health study of the 930 electric, gas, and tack welders, be conducted by the latter agency and the medical officer of the Yard. The proposed research contemplated medical and occupational histories, physical examinations, and X-ray studies, the funds and bulk of the research staff to be supplied by the New York State Division of Industrial Hygiene.

It was believed that such a study would yield results of great bene[fi]t to the workers and that the findings would be significant as a check upon the present methods of control and of value to the U. S. Em[p]loyees Compensation Commission in relation to certain possible fu[tu]re compensation claims. Other outstanding authorities in industrial [hy]giene were consulted and all concurred in the view that a large-scale health study of welders was required to settle definitely certain ques[ti]ons relative to hazards of the occupation.

Lead and Lead Compounds: There is little hazard incident to brush [pa]inting in this Yard. Lead paint is used chiefly for the red lead priming coat for the hulls of ships. Zinc, titanium or aluminum paints are largely used for other applications. The enamel pai[nts] consist of a [illegible] base in varnish and turpentine. No cases of lead [illegible] [pois]oning have [co]me to the attention of the Medical Department during the period un-

der consideration. Metallic lead is handled in the molten state as a component of Babbitt metal in the Inside Machine Shop (No. 31). This metal contains lead, antimony, and copper. The lead volatilizes at a relatively low temperature. The melting kettles are equipped with a hood connected to an air exhaust system with suitable suction fan pipe and conduit to remove fumes which form on the surface of the molten metal. In addition, a respirator is provided for protection against the inhalation of fumes.

Lacquer painting with spray technique is conducted with lacquers made up of a celluloid base with certain volatile solvents, some fast and some slow drying, which may lead to toxic symptoms if inhaled beyond threshold concentrations.

The Ordnance Machine Shop, Electrical Shop, and Sheet Metal Shop are equipped with hoods connected to adequate exhaust systems. In the Ordnance Machine and Sheet Metal Shops a water spray curtain is also provided for more effective removal of fumes. The spray room of the paint shop is not equipped with a hood, dependence being placed upon an exhaust blower for removal of fumes. This lack of localized exhaust results in a much slower rate of removal of contaminated air. No cases of volatile solvent poisoning were reported during the calendar year.

It is recommended that all spray painters be given an annual examination for evidence of toxic effects of volatile solvents.

Industrial Protection Against X-ray and Radium: (a) X-ray protection.--The Pipefitter Shop is equipped with one portable X-ray machine of 220 kilovolts and 25 milliamperes capacity which was installed approximately two years ago. This is employed chiefly for the detection of flaws in pipe-welded joints for high steam pressure installation. The maximum number of exposures approximates a total of 51 minutes a day. (1) Engineering Control: The X-ray tube is encased in lead of 2mm. thickness. The machine is contained in an enclosure 20 feet by 20 feet bounded by a shield 6-1/2 feet high, 10 feet from the tube in all directions and lined with sheet lead 2mm. thickness on three sides. (2) Medical Control: Four men are assigned as operators of the X-ray and radium installations. One of the earliest effects of radiation exposure is a destructive action on the white and red cells of the blood, more marked on the white cells in the early stages. A procedure has been established for a quarterly blood examination of operating personnel and an examination for possible general radiation injury.

(b) Radium Protection.--The use of radium was initiated 4 to 5 years ago for the detection of flaws in castings constructed for high pressure steam installations, both steel and non-ferrous. A capsule containing 278 mgms. of radium is the source of the radiation, the tests being conducted in the Inside Machine Shop. This is in use for an average of 150 to 200 hours a month. The chief metallurgist reports that high speed films exposed at a distance of 12 feet from the capsule for one hour showed no fogging. It is therefore concluded that employees are not subject to harmful radiation at that distance. Protective measures appear adequate.

It is emphasized that a thorough physical examination of a radium or X-ray worker shall be made before he is employed and at any time that the blood count shows suggestive changes or the worker complains of an obscure ailment. The question arises whether the foregoing measures of protection against X-ray radiation are entirely adequate. The situation was recently discussed with the Chairman of the Advisory Committee on X-ray Protection of the Bureau of Standards. [illegible] gested that personnel within the distance of 40 feet external of [illegible] and [illegible]

workers would probably not receive a damaging exposure, the question of such a possibility demands consideration. The absolute necessity for further protection can be definitely determined by actual measurements of scattered radiation by means of the portable ionization chamber. It is recommended that the advisability of such tests be considered.

Precautions Relative to Pickling of Metals: (a) Building Ways, No. 1.--There are two sets of pickling tanks in this area one for flat steel and one for piping. The acid employed is dilute sulphuric. The question at issue is whether at any stage of operation personnel are subjected to the inhalation of arsine gas or arsenic dust originating as a result of contact with arsenic, present as an impurity of the metal, with nascent hydrogen in the bath. Such a possibility appears extremely remote in view of the fact that the operations are conducted in the open air thus excluding the possibility of rising accumulation of arsenical compounds which might result in an enclosed space. However, it is advisable that the operating personnel be examined semi-annually for possible evidence of arsenic absorption instead of the quarterly examination now prescribed.

(b) Coppersmith Shop.--Both sulphuric and muriatic acids are used in the vats of this enclosed space connected with the coppersmith shop. The possibility of arsenical exposure discussed above also obtains for this space. Forced exhaust ventilation is provided and appears adequate. A semi-annual medical examination of operating personnel is advisable.

Occupational Dust Hazards: (a) The Steel and Brass Foundries.--The chief hazard to be considered is silicosis due to the inhalation of silica dust, the extent of the hazard being dependent upon the concentration, size of the particles, percentage of free silica, and the duration of exposure. Whether or not a silicosis hazard exists in these foundries can only be determined by actual counts of dust particles concentration under the various working conditions and the estimation of free silica in the sand used. It has recently been reported by the New York State Department of Labor that silicosis can be prevented if the average plant concentration does not exceed 15 million parts per cubic foot.

(b) Casting Cleaning Shop.--The conditions in this shop appear to be particularly unfavorable. The iron and brass foundry buildings are equipped with forced exhaust ventilation although its efficiency in controlling dust concentrations is undetermined. The casting cleaning shop, however, is not provided with any mechanical ventilation, dependence being placed mainly on roof cowls, which, it is believed, are inadequate.

Certain of the grinding and chipping operations should be conducted under hoods with localized suction ventilation. Two high-speed emery wheels and two carborundum grinding wheels are not equipped with suction ventilation. It is recommended that consideration be given to a systematic engineering survey of both foundries and the casting cleaning shop to include dust counts and the measures necessary to reduce silicosis hazards.

There are 33 employees in the iron foundry, 64 in the brass foundry, and 22 in the casting cleaning shop. It would be desirable to carry out a medical survey, including X-ray of the lungs, of all personnel in order to determine the incidence of silicosis. For the present, however, it is suggested that such a study be limited to employees in the casting cleaning shop where the worst conditions prevail

All candidates for employment for foundry oper[illegible]s should be given an X-ray examination of the lungs in order to scr[illegible] out cases in

any state of silicosis.

(c) Sandblasters.—The present practice of an annual X-ray examination of the chest, or oftener if so indicated, will be continued.

(d) Buffing and Polishing.—The possible hazard to dust from abrasives and abrasives such as carborundum, aluminum oxide, and emery should be considered.—The abrasive material does not contain free silica and therefore dust from these materials can not be breathed for prolonged periods, these dusts induce an X-ray silhouette similar to that of early silicosis. However, the picture changes very slightly, and workers whose exposure increases, the picture changes very dust are more susceptible to diseases that the chest than those not so exposed. Authorities in this field advise that the effect should be made to keep the dust count below 20 million particles per cubic foot. This dust is considered practically 50 percent abrasive and 50 percent metallic. Although respirators are provided for individual use, it is impracticable to wear such a device constantly.

The buffing and polishing wheels in the Sheet Metal Shop are now equipped with localized exhaust. This is recommended as a safety precaution.

The grinding wheels in the tool-room of the Shipfitter Shop are provided with either individual exhaust or are kept constantly wet which reduces to a marked degree the quantity of escaping dust.

Hazard of Asbestosis.—Asbestosis is an industrial disease of the lungs incident to the inhalation of asbestos dust and depends upon the direct dust from silicosis. The development of asbestosis depends the length of duration of the dust, the size of the dust particles, and the shop are exposed to the workers in the Pipe Covering Shop where the cutting of asbestos insulation in the insulation of asbestos dust insulation terials, (valve boxes, and high temperature lubrication of covers to be used in the steam turbines, The material in the Pipe Covering Shop trade name of "Amosite pipe and block insulation." The material...

A medical survey of the 11 employees in this Shop was conducted recently with the object of determining whether asbestosis as a disease could be detected. The history of exposure varied from 1 to 11 years, men reporting 10 years or over. Present and past dust, of, the chest were so asbestosis was denied by all The X-ray and history was not considered that the mortality negative in all cases. However, it was denied that asbestosis by continued exposure precluded the future development of asbestosis. The following recommendations in present occupational significance. The officer of the Navy Yard and the safety engineer was jointly by the medical officer thrower from the work table in the Pipe Covering Shop to remove substances until all sources against the hazard of asbestosis.

Norfolk Navy Yard, Portsmouth, Va.—Considerable work had been done, and W. P. Air Safety Supervisor Work in civilian consultation, in this manner the Air Safety Supervisor Work in medical and toxicological aspects of such examination. The general problems and technical aspects of such examination, and the Navy Department and the Bureau of Medicine have been consulted on several occasions and have given valuable suggestions.

A special effort has been made to organize... regard clinical attention trial medicine to be used for reference literature and their various such as sandblasting, asbestos pipe-covering compounds. Special attention insulation, Ventilators, clothing, masks, etc. are all quantity. Routine inspections have revealed that helmets used in fur...

masting are of various types. A special study is being attempted with regard to types of masks, helmets, and one may type as possible.—recommending standard items of this nature.

An extensive study of a new insulating material, fiber-glass, now employed by the Navy, has recently been carried out by this department. Representatives of the manufacturers of this product have been interviewed, and numerous reports of clinical and laboratory investigations have been reviewed. The representative claim that no harmful effects from the material have been noted among their employees. After a period of 3 years, and the only precautions used are loose clothing, and a good cleansing shower at the end of each working day. The following precautions are in effect. The employee must wear loose respirator, and gloves at all times; the clothing must be loose and cuffs in the field that asbestosis is in the comparison, and showers are required before lunch and at the close of the day...

At present the Norfolk Navy Yard has no instruments for making dust counts. The acquisition of at least one of the newly developed improved instruments would be a great advancement in the field of industrial medicine at this Navy Yard and would afford an opportunity for the hazards research.

In high-incidence employees consequent to industrial activity is a problem, and requires the continued interest, effort and research with regard to personnel, new materials, Safety devices and rules should maintain. It requires this aspect should be studied, developed, and mastered. It requires each problem in safety engineering and intensive study of industrial health problems...

Naval Torpedo Station, Newport, R.I.—The number of infections, following injuries remain low during civil service... this is due in no doubt to the cooperation of all concerned in routine medical, no matter how trivial, to the dispensary, where they are promptly treated. Accidents and injuries are also used whereby cases must report for daily observation, such injuries are relatively small... cases of colds, grippe, and bronchitis have developed. Many... um employees during the fall and winter months. By treating three times daily with antiseptic sprays, cough mixtures, and cold capsules, and the prompt checking out of cases with elevated temperatures, an appreciable decline in lost-time incidence is... spite of the increase in employees. By accidents are on the decline in... find that in 1936 there were about 4,000 injuries and in 1939 about 3,800 injuries among 3,852 employees... cluding a complete blood analysis and urinalysis, has been done monthly since April 1939. An effort is being made to prevent occupational poisonings with TNT, reference to tetryl and fulminate of mercury. To date, no statistical data have been completed, and X-rays are examined routinely each month; reference to chest X-rays are done every three months, oftener if thought necessary.

114

Diseases by Systems

## Diseases of Class XV, by occupational groups, new admissions, 1939

Respiratory System

115

## RESPIRATORY SYSTEM

There were 318 original admissions and 20,719 sick days for diseases in this class during the year 1939, accounting for 0.62 percent of all admissions and 1.72 percent of total sick days.

In addition, there were 64 admissions for complications of other diseases or conditions, 21 admissions reported as existing prior to enlistment, 74 readmissions, and 47 cases remaining from the previous year.

The diagnoses in Class XVIII (chronic bronchitis, asthma, acute fibrinous pleurisy and sero-fibrinous pleurisy) caused 78 percent of class admissions and 88 percent of class sick days.

The common acute infectious diseases, of the respiratory tract, colds, acute bronchitis, etc., as well as pneumonia, are classified as "Communicable diseases," Group III, or "oral and nasal discharges in "Communicable diseases," Group III, or "oral and nasal discharges in respiratory system, are accounted for in Class V. "Diseases of ear, nose, and throat." Class XVIII therefore, does not account for a great number of admissions to the sick list.

Diseases in this class causing more than 10 admissions, together with a total for those diseases in the class causing less than 10 admission, are listed in the following table:

## Diseases of Class XVIII, admissions and sick days, 1939

## Diseases of Class XVIII with complications, 1939



116

Diseases of Class XVIII, classified personnel, admissions by age, Ground, 1938

**CIRCULATORY SYSTEM.**

Diseases in this class were responsible for 562 original admissions and 40,523 sick days, or 0.82 percent of all admissions and 3.27 percent of total sick days. The admission rate was 376 per 100,000, as compared with 335, the admission rate in 1937, and 366, the median for the 5 preceding years.

Five of the diseases in this class (arterial hypertension; varicose veins; thrombosis; coronary artery; phlebitis; and chronic myocarditis) caused 61 percent of class admissions and 63 percent of class sick days.

In addition to the 562 original admissions shown in the table below, there were 51 admissions covering cases reported as complications of other diseases and conditions, 116 readmissions, 85 for diseases reported as existing prior to enlistment, and 107 cases remaining from the previous year.

Thirty-five of the 105 persons invalided from the service on account of diseases in this class incurred the disability prior to entering the service.

Diseases for which 10 or more admissions were recorded during the year and a total for those diseases in the class causing less than 10 admissions are shown in the following table:

**Diseases of Class II, admissions and sick days, 1938**

UNITED STATES NAVY DEPARTMENT
BUREAU OF MEDICINE AND SURGERY

# ANNUAL REPORT OF THE
# SURGEON GENERAL, U.S. NAVY

CHIEF OF THE BUREAU OF MEDICINE AND SURGERY

TO THE SECRETARY OF THE NAVY

CONCERNING

## STATISTICS OF DISEASES AND INJURIES
## IN THE UNITED STATES NAVY

FOR THE CALENDAR YEAR

1941

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1944

## 26 HEALTH OF THE NAVY

and reclaiming unit. The decrease in the concentration of dust has been of primary importance, from the standpoint of ability to reclaim some of the materials needed for cleaning castings, better quality of the finished job, and elimination of picking process to get rid of last traces of sand.

*Navy Yard, New York, N. Y.*—Experience indicates that individuals of the type to apply for employment through the Labor Board have, an incidence of active pulmonary tuberculosis of about 2 percent. In most cases, this disease cannot be detected by ordinary physical examination. Consideration is at present being given to the practicability of including a chest x-ray as part of the preemployment examination.

In accordance with Instruction contained in Secretary of the Navy letter dated 26 October 1941 periodic physical examinations have been given to employees engaged in certain work hazardous to themselves or others. In addition to these periodic examinations, it has been considered advisable to perform periodic chest x-ray examinations on tool-grinders and on workers handling flint glass. The use of this latter material has recently been introduced for sand-blasting purposes, and since little is known of the effects of flint glass dust upon the lungs, it seems desirable to keep a close watch upon the workers who handle this material. In view of the increased scope of these periodic examinations, expansion of the facilities for performing these examinations has been necessary. The establishment of an industrial health office has been the first step to meet the increased requirements of the industrial program. It was felt that improved x-ray equipment suitable for making chest x-ray films would facilitate and expedite performance of the required periodic examinations. Purchase of such equipment has been approved.

In July, 1942, a Reserve officer with a wide experience in industrial hygiene was assigned to duty at the yard. Shortly thereafter, a medical officer was ordered to duty at the yard, who had undergone a course of training in industrial hygiene, and reported for duty at the yard. After a short period of indoctrination, these two officers were designated as Industrial Health Officer and Assistant Industrial Health Officer, respectively.

A comprehensive industrial health program has been put into operation. The following activities have already been established:

(a) Survey of lighting in several shops with recommendations for improvement.

(b) Study of the efficiency of spray painting booths, with recommendations.

## HYGIENIC AND SANITARY CONDITIONS AFLOAT AND ASHORE. 27

(c) Study of ventilation in the temporary foundry, with recommendations.

(d) A study of illness (mercury poisoning) among painters working with antifouling plastic paint. As a result of this study, effective control measures have been put into effect.

(e) An investigation of nonstandard cleaning and degreasing agents used in the yard. As a result of the findings of this study, a ban has been placed prohibiting the use of unapproved cleaning agents in the yard.

(f) Compilation of a list of materials used in the yard which may offer potential health hazards. This list includes many substances, such as benzol and carbon tetrachloride; all dust-producing materials, such as asbestos, sand, and fibre glass; and all toxic metals, such as lead and magnesium. Tabulations have been made showing which dusts are using each substance in each shop. These tabulations are to be used as a basis for a comprehensive program of occupational disease prevention.

(g) A campaign of health education was instituted in an effort to reduce lost time due to nonindustrial illness among civilian employees. Posters illustrating the spread of respiratory infections have been placed on all bulletin boards in the yard. Plans have been formulated for distributing educational material on the subject of colds, tuberculosis, and nutrition.

(h) Preemployment chest x-ray survey. During the latter part of 1943, plans were completed for taking chest x-ray films, on a sample of preemployment applicants. The preemployment applicants are being x-rayed in an effort to detect a sufficient number of cases of active pulmonary tuberculosis will be found among men seeking employment at the yard.

(i) Spaces on the ground floor of Building No. 200, at the present time occupied by the safety engineer, have been allocated for use as industrial health office and laboratory.

*Norfolk Navy Yard, Portsmouth, Va.*—Although some attention has been directed to industrial hygiene at this yard for several years, it was not until the latter part of 1943 that a medical officer was assigned to this phase of medical department activities. The safety officer and the medical department have cooperated in an effort to detect hazards, and recommend measures to obviate them or make them less hazardous.

Preemployment physical examinations were conducted by the medical section of the Labor Board. An attempt is being made to conduct routine examinations as recommended by the Navy Department, especially on those engaged in occupations involving hazardous exposures. Complete blood counts were obtained on men handlers, benzophilic aggregation tests on welders, etc.

## 28        HEALTH OF THE NAVY

burners, and painters, and x-ray examinations of the chest are made on "sandblasters."

The silica hazard in the foundry was reduced somewhat by the substitution of steel grit, or sand in "two modern blasting units. One old-type sandblasting unit using sand is still being used. Plans to replace this unit have been made and it is anticipated that this will require some period of time. Also enclosed hoods will be required for sandblasting operations. To minimize the hazard presented by sandblasting operations, approved personal protection equipment is provided.

There has been some time lost from metal fume fever, particularly among those working around welding and burning operations on new construction and repair jobs. In many cases the men are exposed unnecessarily to fumes due to reluctance on the part of leading men to take the time to secure and set up blowers in compartments where they are needed. It very frequently happens that attacks of metal fume fever develop among others working in the compartment than in welders or burners. Also cases develop among those working in a compartment when the bulkhead is being heated on the opposite side. This necessitates adequate ventilation in both compartments. An approved metal fume respirator that is so constructed that it can be worn under a welder's shield is being recommended for use by those exposed to metal fumes, and it is anticipated that the use of these respirators will reduce the time lost and increase the production considerably.

There continues to occur an unnecessary number of cases of ophthalmia due to arc rays from the welding arc. This is due to inexperience among some of the welders' helpers, carelessness on the part of those that may be working near welding operations, and failure of the welder in many instances to shield his work properly.

Goggles are provided for and generally used by those engaged in chipping and grinding. In spite of this an average of five foreign bodies in the eye occurs each day. These are most frequently due, however, to causes other than grinding and chipping. Occasionally a foreign body in the eye case is due to improperly fitting goggles as well as goggles worn on the forehead instead of, over the eyes, and injury is often due to rubbing the eye while it is working near the welder's work is welding about in the yard or out from some of the shop operations.

The campaign for the wearing of safety shoes has not been successful, and there continues to be an undue number of toe injuries, particularly among riggers.

### Puget Sound Navy Yard, Bremerton, Wash.—

A medical officer reported 11 August 1941 as the industrial medical officer for this navy yard. He is doing excellent work and has offered many suggestions that have been instituted in killing the health and hygiene of the industrial yard.

The list of technical equipment to establish an industrial health laboratory has been approved.

The industrial health officer is working in close cooperation with the injury officer and the leading men of the various shops and projects. Some very interesting and informative data has

## HYGIENE AND SANITARY CONDITIONS ASHORE AND AFLOAT     29

been accumulated regarding injuries to yard employees and non-occupational illnesses.

The proposed industrial health program was explained to the heads of departments in the yard and to the masters of the various shops. The new program was received with enthusiasm and assured full cooperation. Many contacts with quartermen, leadingmen and individual workers have been established by the industrial medical officer during his frequent visits to the shops. A survey was made of all the shops and activities, and a chart prepared showing the location and nature of the possible health hazards.

Space for an industrial hygiene laboratory has been allotted in the chemical laboratory building, and technical equipment has been requested. With the establishment of this laboratory, facilities will be available for investigation of industrial health hazards in the naval district.

A total of 2,376 eye injuries were treated at the dispensary during 1941 which indicates that the present eye protection is not satisfactory. The fact that eye injuries totaled 29.5 percent of all cases, but accounted for only 9.3 percent of the lost-time accidents indicates that there were low compensation following the injuries.

The industrial medical officer has been working in cooperation with the safety engineer to determine the basic causes of the high frequency of certain types of injuries. At the time this survey was initiated the medical emphasis by physicians of 40 to 50, have been placed as a measure of greater emphasis is placed on the responsibility of the supervisors in guarding the safety and health of their men. Numerous problems and comments about procedures, policies, equipment and conditions were uncovered in the discussions following these meetings.

There were 10,401 sick leave applications during the year requesting a total of 46,651 sick days. Since a few employees do not have sufficient accumulated sick leave to cover their entire illness or injury, some take annual leave instead of sick leave, and some of this sick leave applications are not approved, 46,651 is not the total days absent from work due to nonoccupational illness. The following summary of a 3-year period is submitted for comparison:

| | 1939 | 1940 | 1941 |
|---|---|---|---|
| Number of sick leave applications | 9,708 | 6,174 | 10,401 |
| Number of sick days requested and approved | 56,587 | 28,584 | 46,651 |
| Average days requested per application | 6.35 | 4.63 | 4.48 |
| Average number of applications each month per 1,000 employees | 43.1 | 56.6 | 52.1 |
| Average number of sick days requested each month per 1,000 employees | 282 | 318 | 277 |

The lower average days of illness per case in 1940 and 1941 is apparently due to an increase in one and two-day absences. Both the frequency of applications and the number of sick days requested show an expected seasonal variation

# EXHIBIT I






# EXHIBIT J

2J, B. G.

January 31, 1945

Bureau of Medicine and Surgery
United States Navy Department
Washington, D. C.

Attention: Captain Thomas J. Carter, M.C.

2070325

Gentlemen:

Confirming our telephone conversation of the 30th, I enclose copy of report by Drs. Fleischer and Dreessen on the occurrence of asbestosis at Bath Iron Works, December 19, 1944, a series of dust counts by E. Ward Thompson of the insurance carrier, American Mutual of Boston and petrographic analyses of the dust by Dr. C. R. Williams, my own colleague at Harvard.

This evidence is enough to indicate a fairly serious dust risk at Bath and to make it very probable that the same sort of thing will be found in other plants and yards where the same type of pipe covering materials are used.

I met with the manufacturers of the materials used at Bath and they stated they would be glad to get out a brief statement of precautions which should be taken in the light of their own experience and that they would inform their competitors that I had asked them to do so. I understand that neither Navy nor Maritime wants any change in the specifications as the performance with the present materials is entirely satisfactory. From a health standpoint we do not believe any specification changes are needed.

I suggested to Admiral Mills that it would be very desirable for Navy to examine men handling the preparation of pipe coverings and their installation in at least two Navy Yards and two Navy contract yards as this is much more a Navy than a Maritime problem because the materials are used especially on Navy vessels with high pressure steam power plants. Admiral Mills agreed that such studies would be wise before Navy or Maritime accepted this asbestosis risk as being significant in our general ship construction program.

Therefore, could you not have such surveys made at Boston and New York Navy Yards? We could do two contract yards, preferably Bethlehem's Quincy Yard and either New York Shipbuilding or Federal.

Bureau of Medicine and Surgery-1/31/45-2.

All four yards would be close together and we know that the two we might do would cooperate. I suggest we take dust counts and have Dr. Williams make the same sort of petrographic analyses unless your Bureau can do them. These petrographic studies would be the only items of expense for which neither your Bureau nor our office is prepared. Williams' charges would probably not exceed $150.00. If we had them done by an outside petrographer it would be at a rate of about $25.00 per sample.

Please let me have your thoughts on this matter and kindly send an extra copy to Lt. Commander W. E. Fleischer, Assistant Chief Health Consultant, United States Maritime Commission, Jefferson Building, 1015 Chestnut Street, Philadelphia 7, Pennsylvania.

Sincerely yours,

Philip Drinker
Chief Health Consultant
Division of Shipyard Labor Relations

Enclosure

PDrinker/drh

2070325

cc:  Admiral Mills
     Dr. Fleischer
     Mr. Phillips G. Pearson
     Mr. Daniel S. Ring
     Div. Shipyard Labor Relations

# EXHIBIT K

Case 2:12-cv-03013-SVW-PJW   Document 128-18   Filed 02/11/13   Page 66 of 100   Page ID #:3783

# A HEALTH SURVEY OF PIPE COVERING OPERATIONS IN CONSTRUCTING NAVAL VESSELS*

Walter E. Fleischer,[1] Frederick J. Viles, Jr.,[2] Robert L. Gade[3] and Philip Drinker[4]

An INDUSTRIAL health inspection of an important U. S. Navy Contract Yard indicated that dustiness from miscellaneous pipe covering operations was considerable and that a few of the employees had what appeared to be asbestosis. This is a well-known industrial disease caused by only one thing—prolonged breathing of asbestos dust. The clinical manifestations are shortness of breath and an unusual chest picture by X-ray. In industry the disease is often disabling, but it is much less frequent than silicosis, with which it very properly is classed.

It was not felt that experience in a single yard was enough to justify any general statements on working conditions in other yards, and certainly was no cause for alarm, but the results warranted check-ups elsewhere. Accordingly, arrangements were made to examine by chest X-ray the pipe coverers in two Government Navy Yards, A and B, and in two Navy Contract Yards, C and D. Examinations were made of the working conditions including dust counts of the air breathed with microscopic and chemical analysis of the dust itself.

We would point out that this procedure is customary in making such surveys of occupational diseases—medical examination of the workers and a study of the nature and concentration of the contaminants in the air breathed.

## Pipe Covering Material

An important ingredient of pipe covering material used on U. S. Navy vessels is amosite. This mineral is a magnesium iron silicate of variable composition. The name is the generic one for an asbestos type of fibrous mineral mined in South Africa.

The chief reasons for the wide use of amosite felt and pipe covering in naval work are its low thermal conductivity, light weight, strength, and refractoriness. When the felt and pipe covering were first developed, we were still building vessels under the Washington Treaty of Limitations in Tonnage, and every pound saved meant that much more armor, guns or ammunition for a given displacement, to say nothing of more economic operation for the weight involved in insulation.

Amosite pipe covering weighs about 14 pounds per cubic foot, with a temperature limit of 750°F. as compared to magnesia with a weight of 16 pounds per cubic foot, and a temperature limit of 500° F. High temperature amosite pipe covering weighs about 18 pounds per cubic foot as compared to 26 pounds per cubic foot for other high temperature insulations. Because of the lower conductivity and the higher temperature limit of the amosite type, less of it need be used in a combination covering than other types of insulations.

The development of amosite felt started in 1934 when a need existed to secure a thermal insulation lighter in weight and thermally more efficient than the materials (blocks and cement or asbestos blankets) which were then being used on destroyer turbines. The Navy approved the type developed by a manufacturer in September, 1934. Originally amosite was used only for turbine insulation, but it proved so satisfactory that its field of application enlarged to include insulation of valves, fittings, flanges, etc. From the initial destroyer, it has been used on almost all the destroyers built since that time and on all other combat vessels built since before the War.

Pipe covering was a later development in late 1935 and early 1936. Due to the manufacturing problems involved, it took a longer time to evolve into a satisfactory shape, and its first use on naval vessels was in 1937. Since that time its use has spread markedly and it was used on the great majority of naval combat vessels built during World War II.

Water-repellent amosite felt was developed during the early part of 1942, as a replacement for hair felt in the insulation of cold water lines to prevent sweating. Hair felt had the disad-

* Received for publication September 21, 1945. Published by permission of the U. S. Navy. The opinions and assertions contained herein are the private ones of the writers, and are not to be construed as official or reflecting the views of the Navy Department or the naval service at large.
[1] Comdr. MC, USNR, Asst. Chief Health Consultant.
[2] Lieut. H(S) USNR, Health Consultant.
[3] Lieut. H(S) USNR, Health Consultant.
[4] Chief Health Consultant, U. S. Maritime Commission.

9

vantage of being combustible and as it was organic, when it became wet it moulded or rotted and could harbor vermin. At this time fires on board certain naval vessels convinced the Navy of the desirability of eliminating any combustible material from on board ship. Eventually water-repellent amosite was made in strips of 50 foot lengths and of suitable width to enclose the circumference of the pipe and enclosed in an extremely light-weight muslin to facilitate handling and reduce the dust, which the water-repellent agent accentuated.

## I. Description of Operations and Working Environment

Asbestosis results from breathing asbestos fibers of relatively long length, such as 15 to 75 microns. It is not caused by breathing chopped up asbestos fibers of one or two microns (1). Therefore we are concerned with the presence in air of asbestos fibers which can be seen as such under low power of the ordinary microscope.

The clinical picture of asbestosis can easily be complicated by the presence of diatomaceous earth, a form of amorphous silica, which can cause silicosis and is probably a more serious health risk than asbestosis.

Another dust which may be present is magnesia, MgO, which is in very common use as a heat insulator and is harmless.

Therefore our analyses were done to indicate how much fibrous type of asbestos dust was present in the air breathed, how much silica was present (especially as diatomaceous earth), and how much of the harmless ingredients like iron oxide and carbonates.

Pipe covering may be divided into seven different operations as follows:

*1. Laying out and cutting*
*2. Band saw cutting*
*3. Sewing and preparation of boots and jackets*
*4. Cement mixing*
*5. Molding*
*6. Grinding*
*7. Installation on board ship*

### 1. Laying out and cutting

Rolls of the insulating felt are unwrapped and unrolled on a large layout table or on the floor of the shop. This material, with the exception of the type known as water repellent amosite, is then well wetted with a fine water spray. It is marked into measured sections and cut with a rotary electric hand saw. The cut sections are rolled up and either used immediately or stacked in the storeroom.

Usually one to three workers are employed at this operation. During the handling, unwrapping and unrolling of the asbestos, considerable dust arises, but appears to settle readily. A very fine water spray should be used for wetting down the material as a high velocity spray stirs up dust. Once it is wetted the handling and cutting of the material causes little visible dust. All of the four yards surveyed wet down the insulating material described above.

One Navy Yard has an elaborate exhaust system for the layout table. The entire top of this table is covered with small perforations through which the air is exhausted. This table is sufficiently large that no more than two-thirds of the top is ever covered with material and room air is thereby exhausted through the other third. While no velocity or capacity measurements were made on this system, data presented later in the report indicate that this control measure had a marked effect in reducing the dust count.

### 2. Band saw cutting

A standard band saw such as is found in wood-working shops is used to cut insulation blocks and boards into desired shapes. This operation produces large amounts of air-borne dust, most of which settles slowly. Normally there is only one worker on this operation at any one time.

Inasmuch as this is a very dusty operation, the band saw should be enclosed in a room by itself and should be equipped with adequate local exhaust ventilation both above and below the saw table. Because of the mechanical difficulties in locating this exhaust properly, some of the dust will escape into the air and the operator should therefore wear an approved dust respirator.

### 3. Sewing and preparation of boots and jackets

In this operation jacket covers for valves and pipe joints are fabricated. The work consists of cutting asbestos cloth with shears, padding the jackets with insulating material, and sewing with wire or asbestos cord. These operations give rise to only slight amounts of visible dust, and exhaust ventilation and respiratory protection are neither required nor used. There is usually a large number of workers doing this operation in one large room.

### 4. Cement mixing

For protection and to give a neat appearance the insulation on board ship is usually covered with cement containing a high percentage of asbestos fibers. In mixing, the proper amount of water is added to the dry asbestos cement and thoroughly agitated with a hoe. Occasionally small amounts of asbestos cement are mixed in a pail with a trowel. Considerable dust is raised when the asbestos cement is dumped into the mixing trough and during the early stages of mixing. Ordinarily this process is done in a separate room and only one operator is exposed. The dustiness of this operation warrants the use of exhaust ventilation or respiratory protection or both, although neither is generally used.

Petrographic analyses of asbestos cement indicate that the amount of diatomaceous earth may be as high as 87 per cent by count.

### 5. Molding

Molding is the process of building up the insulation to fit odd shapes of boilerwork and piping. A form is made to the exact shape of the part to be insulated. Block insulation is laid on, adjoining sections glued together, exposed surfaces sealed with asbestos cement and the whole mold covered with asbestos cloth. When dry, the molded insulation can be lifted off the form and is ready to be installed on board ship. This operation is usually done in the shop next to the sewing operation. Very little dust is produced from this operation and no special ventilation or respiratory protection is required.

### 6. Grinding

Several shipyards reclaim their scrap pieces of prefabricated sections of insulation by grinding up this material and using it in the asbestos cement, all of which contributes considerable dustiness. Normally this job is done at infrequent intervals and only one or two men are exposed, but the operation should be isolated, general room exhaust supplied and an approved respirator worn by the operator.

### 7. Installation of pipe covering on board ship

There are a number of operations involved in pipe covering on board ship. Insulation felt is wrapped and pounded tightly around large pipes and joints and fastened firmly in place with wire or asbestos cord. Pipes and boilers are covered with prefabricated sections, which necessitates some hand sewing to fit the sections. Ready mixed cement is applied to fill in spaces and give a smoother finish. Some insulation is wrapped

with glass cloth or asbestos cloth for greater strength. The only operations that produce much dust are the wrapping and pounding of amosite and the sewing of sections.

Nearly all of the compartments on board ship are involved in this work, although most of it is concentrated in the machinery spaces. Usually the greater number of pipe coverers work on board ship and relatively few men in the shop. The spacing of workers ranges from one or two men doing a small job in a living space to as many as twenty or thirty men working on ten or more jobs in the engine room. Temporary exhaust ventilation is seldom used on board ship for pipe covering and very few of the workers wear respirators.

Because of the varied nature of pipe covering operations in ship compartments, general exhaust ventilation is to be preferred. If the compartment is large, such as the main engine room, five air changes per hour are needed. In small compartments, such as living spaces, ten to fifteen air changes per hour are required.

## II. Composition of Materials Used

According to Navy Specification the rovings of asbestos insulating felt (amosite) shall contain not less than 95 per cent asbestos fiber of the following composition:

Silica (SiO₂) per cent minimum.................. 47.5

Iron oxide (Fe₂O₃) per cent maximum........... 45.0

Magnesium oxide (MgO) per cent minimum...... 6.0

Typical analysis of the two types of asbestos fibers in general use are tabulated below:

| | Chrysotile | Amosite |
|---|---|---|
| Silica (SiO₂) | 39.05% | 50.24% |
| Magnesia (MgO) | 40.05% | 3.96% |
| Alumina (Al₂O₃) | 3.65% | |
| Ferric oxide (Fe₂O₃) | | 7.80% |
| Ferrous oxide (FeO) | 2.41% | 32.00% |
| Sodium oxide (Na₂O) | | 2.12% |
| Combined water (N₂O) | 14.48% | 3.00% |

Therefore amosite alone will not comply with Navy Specifications because of the low magnesia content and must be mixed with chrysotile asbestos to equal or exceed the 6.0 per cent minimum value for magnesia. On the other hand, chrysotile cannot be used alone because of its silica content which is below the minimum 47.5 per cent specified by the Navy. The two types

12  JOURNAL OF INDUSTRIAL HYGIENE AND TOXICOLOGY  [vol. 28, no. 1

of asbestos fibers must be mixed together in the proper proportions to satisfy the values set for magnesia and silica. The amounts of these materials used to form this mixture therefore would be 6–43 per cent chrysotile asbestos and 94–57 per cent amosite asbestos.

These two fibers differ mainly in their physical characteristics. Chrysotile is capable of being readily separated into very fine fibers with a soft silky feel, whereas amosite is harsher and requires more manipulation to fiberize it. One authority has stated that the chrysotile has the finest individual fibers, and amosite the coarsest. Because of this difference we may suspect a decided decrease in the number of respirable fibers (below 200 microns in length and 5 microns in diameter) whenever amosite is used in preference to chrysotile asbestos.

### III. PIPE COVERING FACILITIES AT INDIVIDUAL SHIPYARDS

#### U. S. Navy Yard A.

There were 84 men working in the shop and 467 men on board ship. The shop was divided into two rooms, one of which was primarily for storage and occasional grinding and band saw cutting operations. The only mechanical exhaust ventilation in the shop was provided for the grinding, mixing and band saw cutting operations and was inadequate. In the other room layout, cutting

and sewing were done with a small amount of space for storage. Cross draft ventilation was provided by open windows on both sides of the room.

Work on board ship was not supplied with exhaust ventilation.

No asbestos workers were found wearing respirators.

#### U. S. Navy Yard B.

There were 60 men working in the shop and 700 men on board ship. The shop was divided into four main rooms: Layout, Sewing, Cement, and Storage and Band saw combined. With the exception of the Cement Room, the doors between these were normally left open.

The work in the Sewing Room consisted mostly of fabricating and sewing valve boots and jackets. All the cement used on board ship was mixed in the Cement Room. There was no exhaust ventilation for either the Sewing or Cement Room. The band saw was equipped with a flexible exhaust tube above the table and an exhaust around the blade below the saw table. The layout table was equipped with exhaust ventilation as described above. There was no exhaust ventilation supplied on board ship for pipe covering and no workers were found wearing respirators.

#### Contract Yard C.

There were 51 men working in the shop and 123 on board ship. Layout, cutting and cement

### TABLE 1
#### SUMMARY OF MATERIALS USED AT EACH YARD PER MONTH

|  | NAVY YARD A | NAVY YARD B | CONTRACT YARD C | CONTRACT YARD D |
|---|---|---|---|---|
| Amosite | 58,200 sq. ft. | 50,000 sq. ft. | 40,000 sq. ft. | 6,325 sq. ft. |
| Amosite (water-repellent) | — | 15,000 sq. ft. | — | 3,300 sq. ft. |
| Prefabricated sections (molded and block) | 600 sq. ft. 39,900 linear ft. | 1,200 sq. ft. 115,000 linear ft. | 1,750 sq. ft. 18,800 linear ft. | 15,700 linear ft. |
| Asbestos cloth | 76,500 sq. ft. | 106,600 sq. ft. | 34,700 sq. ft. | 40,000 sq. ft. |
| Metallic twine Asbestos yarn | — | 150 lb. | — | — |
| Asbestos paper | — | 5,500 sq. ft. | 4,000 sq. ft. | 5,500 sq. ft. |
| Asbestos board | 2,700 linear ft. | 6,000 sq. ft. | 150 sq. ft. | — |
| Asbestos cement | 34,400 lb. | 15,000 lb. | 57,500 lb. | 38,500 lb. |

Jan. 1948

mixing r
respirato
procedur
fabricati
carried o
was done

Mater
room an
respirator
through a
a part of

There
other tha
pipe cover
walls and
frequent
cleaner.
applied in

Contrac
There w
working on
were done
and jackets
fabricated
smaller sh
and cutting
and fire fe
in either sh
on board sh
in a compar
who wore a
man who c
was no band

IV. ANALYS

There are
or safe dus
Dreessen et
the asbestos
particles of
for that ind
that the asb
ing industrie
In textile p
specific jobs
for some ye:
rotate betwe
large ship c.
in dust expos

In contras
coverer's ma

34  467
56  700
51  123
...  150
193  ...

mixing were done at one end of the shop. Dust respirators were occasionally worn during these procedures. At the other end of the shop the fabrication of boots, jackets and molds were carried out. A small amount of such fabrication was done on board ship.

Material was cut with a band saw in a separate room and the operator wore an approved dust respirator. The dust from this saw was exhausted through a slot under the table which caught only a part of the dust given off above the table.

There was no exhaust ventilation in the shop, other than for the band saw, and none for the pipe covering operations on board ship. All floors, walls and rafters of the shop were cleaned at frequent intervals with an industrial vacuum cleaner. Most pipe covering on board ship was applied in the evening during the second shift.

*Contract Yard D.*

There were 8 men in the shop and 160 men working on board ship. Pipe covering operations were done in two shops. In the main one, boots and jackets for pipe valves and connections were fabricated and surplus material stored. In the smaller shop the operations consisted of layout and cutting of amosite, water repellent amosite and fire felt. There was no exhaust ventilation in either shop nor for the pipe covering operation on board ship. All the asbestos cement was mixed in a compartment on board ship. The only worker who wore an approved dust respirator was the man who cut the two types of amosite. There was no band saw cutting of asbestos in this yard.

## IV. ANALYSES OF SETTLED DUST AND DUST COUNTS

There are no established figures for permissible or safe dustiness in pipe covering operations. Dreessen et al. (2), in their study of asbestosis in the asbestos textile industry suggested 5 million particles of total dust by impinger as a threshold for that industry. We should like to point out that the asbestos textile and asbestos pipe covering industries differ widely in their dust exposures. In textile plants workers usually continue at specific jobs with fairly constant dust exposures for some years, whereas the pipe coverer may rotate between shop and ship and from small to large ship compartments with a wide variation in dust exposure.

In contrast to the textile worker, the pipe coverer's materials differ markedly in their as-

bestos content, ranging from 85 per cent magnesia (10-15% asbestos) to amosite (95% asbestos). When asbestos cements contain large amounts of diatomaceous earth there is a resultant silicosis hazard as indicated above.

In general we feel that dust counts below 5 million particles per cubic foot by Konimeter indicate good dust control.

Our figures in Table 2 were determined by the Konimeter and not with the impinger instrument. We used the Konimeter because it is light, easily portable and takes records which can be kept indefinitely. As is indicated in Table 3, the dustiest operations are band saw cutting, cement mixing, and installation on board ship.

## V. MEDICAL FINDINGS

The incidence of asbestosis among pipe coverers as determined by chest X-ray is given in Table 4. The relation between years of exposure and per cent asbestosis is included in Table 5.

Due to frequent turnover of shipyard workers and the length of time required to X-ray a large number of workers, the number X-rayed may not equal the number of pipe coverers. At Contract Yard C X-rays were examined of men who had left the yard while at Navy Yard B a few pipe coverers were not X-rayed. At Navy Yard A the 48 X-rayed out of 531 were all older men working in the shop.

Some of these pipe coverers had had pre-shipyard experience in the asbestos industry, but the tables are based solely on shipyard exposure. At Contract Yard C, for example, the Asbestos Shop estimated that about one-third of their pipe coverers had worked with asbestos before coming to the yard.

The one case of advanced asbestosis at Contract Yard C had worked in the asbestos industry for 23 years before coming to work in the yard. At Contract Yard D the two cases of moderate asbestosis had worked 22 years and 30 years at pipe covering in their yard.

All of the X-ray films used in the above data were first read by roentgenologists of the Medical Department of the yard and then by one of the authors (W. E. F.). Dr. W. C. Dreessen, U. S. P. H. S., was kind enough to examine the three positive plates and he agreed on the diagnosis.

Since only three workers out of the 1074 X-rayed had asbestosis, and each of the three had been a pipe coverer for more than 20 years, it would

TABLE 1

ANALYSES OF SETTLED DUST AND AIR SAMPLES

| Operation | PER CENT LESS THAN 10 MICRONS BY COUNT | ASBESTOS (PER CENT BY AMOUNT) | PER CENT LESS THAN 10 MICRONS BY COUNT | | | | | Number of dust Samples | DUST COUNTS (MPPCF)* | | | | Per cent asbestos (count) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Miscellaneous | Serpentine | Other fibers (serpentine) | Long short (opaque) | Crystalline and others | Others | Total dust | | Asbestos dust | | |
| | | | | | | | | | | Range of counts | Average | Range of counts | Average | |
| Layout and cutting | | | | | | | | | | | | | |
| Navy Yard A | 95 | 16 | 6 | 12 | 6 | 24 | 20 | 10 | 2 | 3.3– 8.7 | 6.1 | 0.21–0.80 | 0.35 | 3.7– 6.0 |
| Navy Yard B | 95 | 10 | 8 | 12 | tr | 40 | 18 | 12 | 7 | 1.6– 6.5 | 4.2 | 0.01–0.84 | 0.23 | 0.6– 7.9 |
| Contract Yard C | 95 | 30 | 5 | 10 | tr | 26 | 14 | 15 | 4 | 17.1– 25.2 | 20.3 | 1.13–4.30 | 3.15 | 6.6–19.8 |
| Contract Yard D | 95 | 26 | 6 | 8 | tr | 29 | 21 | 10 | 5 | 6.8– 16.5 | 10.9 | 0.09–1.16 | 0.63 | 3.4– 8.7 |
| Cutting with band saw | | | | | | | | | | | | | |
| Navy Yard A | | | | | | | | | 2 | 11.0– 19.3 | 13.1 | 0.10–0.14 | 0.12 | 0.7– 0.9 |
| Navy Yard B | 95 | 9 | 7 | 8 | tr | 48 | 16 | 12 | 2 | 32.4– 46.6 | 39.5 | 2.8– 3.2 | 3.0 | 6.5– 8.7 |
| Contract Yard C | 95 | 9 | 63 | 2 | tr | 10 | 4 | 12 | 3 | 18.2–100+ | 73+ | .9–12.8 | 6.19 | 4.3–12.8 |
| Molding operations | | | | | | | | | | | | | |
| Contract Yard C | 95 | 8 | 66 | 3 | tr | 7 | 6 | 10 | | | | | |
| Contract Yard D | 95 | 4 | 9 | 7 | tr | 33 | 10 | 12 | | | | | |
| Sewing & prep. of boots & jackets | | | | | | | | | | | | | |
| Navy Yard A | | | | | | | | | 2 | 3.3– 6.1 | 4.6 | .01– .06 | 0.03 | 0.3 –1.0 |
| Navy Yard B (Sewing asbestos cloth) | 95 | 12 | tr | 9 | tr | 42 | 21 | 16 | 3 | 3.3– 6.0 | 6.8 | 3.0– 9.4 | 0.1 | 0. –6.4 |
| (Stuffing with amosite) | 95 | 8 | 8 | 11 | tr | 38 | 20 | 15 | 1 | 2.1– | 7.1 | 0. | 0.3 | 0. |
| Contract Yard C | 95 | 26 | 6 | 11 | 3 | 28 | 12 | 14 | 2 | 10.6– 12.3 | 11.4 | .45– .79 | .62 | 5.7 –7.4 |
| Contract Yard D | 95 | 6 | 6 | 8 | tr | 38 | 23 | 14 | 5 | 3.9– 10.9 | 6.0 | 0. – .05 | .03 | 0. –0.3 |
| Storeroom | | | | | | | | | | | | | |
| Contract Yard D | 95 | 15 | 8 | 7 | tr | 26 | 32 | 12 | | | | | |
| Cement mixing | | | | | | | | | | | | | |
| Navy Yard A | | | | | | | | | 16 | 5.4– 30+ | 31÷ | 0. –0.52 | 0.2 | 0. – 0.7 |
| Navy Yard B | | | | | | | | | 2 | 67.– 100+ | 84+ | 1.6– 1.7 | 1.7 | 1.4– 2.5 |
| Contract Yard C | | | | | | | | | 2 | 33.8– 48.7 | 41.3 | 1.6– 4.7 | 3.1 | 4.7–10.0 |
| Contract Yard D (on board ship) | | | | | | | | | 5 | 19.6– 40.0 | 32 | 0. – .02 | .01 | 0. – .001 |
| Grinding scrap materials | | | | | | | | | | | | | |
| Navy Yard A | 95 | 8 | 20 | 16 | 1 | 10 | 33 | 12 | 15 | 9.4–100+ | 50+ | 0. – 1.6 | .47 | 0. –2.5 |
| General room | | | | | | | | | | | | | |
| Navy Yard A | | | | | | | | | 49 | 0.2– 24.6 | 10.0 | 0. – 1.4 | 0.08 | .02–0.3 |
| Navy Yard B | | | | | | | | | 2 | 1.6– 3.3 | 2.4 | 0. – .01 | .01 | 0. –0.6 |
| Contract Yard C | | | | | | | | | 4 | 0.0– 21.6 | 14.2 | 0.34–1.7 | .8 | 3.8 –7.9 |
| Contract Yard D | | | | | | | | | 5 | 3.9– 10.9 | 6.0 | 0. – .03 | .02 | 0. –0.3 |
| Aboard ship | | | | | | | | | | | | | |
| Navy Yard A | | | | | | | | | 30 | 65.– 250. | 143 | 0. – 0.17 | 0.02 | 0. – 0.05 |
| Navy Yard B | | | | | | | | | 15 | 84.4–192.0 | 128 | 1.36–3.2 | 2.8 | 1.1 –3.7 |
| Contract Yard C | | | | | | | | | 15 | 25.3– 89.0 | 49.2 | 0.23–2.38 | 1.10 | 0.5 –6.3 |
| Contract Yard D | | | | | | | | | 15 | 8.0– 22.1 | 11.0 | 0. – 0.21 | 0.03 | 0. –1.0 |

* Note: MPPCF = Million particles of dust per cubic foot of air.

14

Jan. 1946]                           PIPE COVERING OPERATIONS                                    13

TABLE 3

COMPARISON OF DUSTINESS OF VARIOUS OPERATIONS IN EACH SHIPYARD

| OPERATION | NAVY YARD A | | NAVY YARD B | | CONTRACT YARD C | | CONTRACT YARD D | |
|---|---|---|---|---|---|---|---|---|
| | Total dust | Asbestos dust | Total dust | Asbestos dust | Total dust | Asbestos dust | Total dust | Asbestos dust |
| | MPPCF* | | MPPCF | | MPPCF | | MPPCF | |
| Layout and cutting............ | 6.1 | 0.33 | 4.2 | .0.23 | 20.5 | 2.13 | 10.9 | 0.03 |
| Band saw cutting............ | 15.1 | 0.12 | 39.5 | 3.0 | 73.0 | 6.19 | | |
| Sewing and fabrication........ | 4.8 | 0.03 | 64.8 | 0.1 | 11.4 | 0.62 | 6.0 | 0.03 |
| Cement mixing.............. | 31.0 | 0.3 | 84.0 | 1.7 | 41.3 | 3.1 | 32.0 | 0.01 |
| Grinding.................. | 50.0 | 0.47 | | | | | | |
| General room............... | 10.0 | 0.03 | 2.4 | 0.01 | 14.2 | 0.8 | 6.0 | 0.02 |
| Shop average............... | 30.0 | 0.25 | 26.9 | 1.0 | 32.0 | 2.6 | 7.6 | 0.23 |
| Ship average............... | 142.0 | 0.02 | 125.0 | 2.3 | 49.2 | 1.1 | 11.0 | 0.05 |

* Note: MPPCF = Million particles of dust per cubic foot of air.

TABLE 4

INCIDENCE OF ASBESTOSIS AMONG PIPE COVERERS

| SHIPYARD | NUMBER OF PIPE COVERERS USED | NUMBER X-RAYED | NUMBER OF CASES OF ASBESTOSIS | | |
|---|---|---|---|---|---|
| | | | Slight | Moderate | Advanced |
| Navy Yard A....... | 551 | 43 | 0 | 0 | 0 |
| Navy Yard B....... | 750 | 662 | 0 | 0 | 0 |
| Contract Yard C.... | 174 | 196 | 0 | 0 | 0 |
| Contract Yard D.... | 168 | 168 | 0 | 2 | 0 |
| Totals......... | 1653 | 1074 | 0 | 2 | 1 |

TABLE 5

RELATIONSHIP BETWEEN LENGTH OF EXPOSURE AND INCIDENCE OF ASBESTOSIS

| SHIPYARD | | YEARS IN PIPE COVERING INDUSTRY | | | |
|---|---|---|---|---|---|
| | | 0-2 | 3-5 | 6-10 | 10 plus |
| Navy Yard A | Exposed...... | 26 | 13 | 3 | 3 |
| | Affected..... | 0 | 0 | 0 | 0 |
| | Percentage... | 0% | 0% | 0% | 0% |
| Navy Yard B | Exposed...... | 235 | 453 | 67 | 22 |
| | Affected..... | 0 | 0 | 0 | 0 |
| | Percentage... | 0% | 0% | 0% | 0% |
| Contract Yard C | Exposed...... | 0 | 105 | 45 | 17 |
| | Affected..... | 0 | 0 | 0 | 1 |
| | Percentage... | 0% | 0% | 0% | 6% |
| Contract Yard D | Exposed...... | 26 | 113 | 5 | 9 |
| | Affected..... | 0 | 0 | 0 | 2 |
| | Percentage... | 0% | 0% | 0% | 11% |

appear that asbestos pipe covering of naval vessels is a relatively safe occupation. However, it must be remembered that these men rotated among the various operations of pipe covering and were not continually exposed to high concentrations of asbestos dust as found in band saw cutting and cement mixing. The suggestions made relative to exhaust ventilation and respiratory protection are therefore of value in maintaining this low incidence of asbestosis.

### DISCUSSION

The extremely low incidence of asbestosis found, 0.29 per cent, or 3 cases out of 1074 pipe coverers, stands in marked contrast to the high dust concentration found in several of the pipe covering operations. As shown in Table 3, the total dust concentration for band saw cutting ranged from 13.1 to 73.0 million particles per cubic feet, for cement mixing from 31.0 to 84.0, and for installation on board ship, from 11.0 to 142.0. The solution of this apparent discrepancy lies in a characteristic peculiar to the pipe covering trade, that is lack of a necessity for specialization. In general, pipe coverers are capable of doing all of the operations described above, and the worker may be changed from one operation to another or to different jobs in the same type of operation without loss of efficiency and according to the demands of ship construction. It is therefore apparent that a pipe coverer's environment may change every few days or few weeks at the most with a constant fluctuation in the dust concentration which he breathes. Therefore, the figures given in Table 3 for shop average and ship average cannot give a composite picture of the asbestos.

16                    JOURNAL OF INDUSTRIAL HYGIENE AND TOXICOLOGY                    [vol. 28, no. 1

dust that a worker may breathe over a period of years. It is further apparent that to obtain such a picture, daily dust counts at each specific job in each ship compartment and in the shop together with the time spent on each job would have to be compiled separately for each worker. In this respect, asbestos pipe covering differs markedly from the asbestos textile industry where dust concentrations for an operation do not fluctuate widely and where a worker will usually remain at a specific job for some years.

A further factor in maintaining a low incidence of asbestosis is that in band saw cutting, grinding, and cement mixing only one or two men are involved and the work is usually done at infrequent intervals such as several times a week.

Finally, pipe coverers also apply glass wool, rock wool, magnesia, and other types of non-asbestos insulation, all of which decreases the amount of exposure to asbestos dust. It seems likely to us that if the pipe coverers studied had worked steadily at any of the above operations where the amount of asbestos dust in the air was consistently high, the incidence of asbestosis

among these workers would have been considerably greater. In view of the varied character of the environmental dust exposure in the pipe covering industry on naval vessels, it is manifestly impossible to set a threshold.

VI. CONCLUSIONS

1. The character of asbestos pipe covering industry on board naval vessels is such that conclusions drawn from other asbestos industries such as textiles, cannot be applied.

2. The operations of band saw cutting, grinding, cement mixing, and installation on board ship should be equipped with exhaust ventilation to keep the total dust concentration low.

3. The incidence of asbestosis among pipe coverers in the shipyards studied was low, 0.29 per cent or 3 cases out of 1074. In view of the nature of shipyard pipe covering work, this low incidence is not surprising.

4. Since each of the 3 cases of asbestosis had worked at asbestos pipe covering in shipyards for more than 20 years, it may be concluded that such pipe covering is not a dangerous occupation.

REFERENCES

(1) LANZA, A. J.: Silicosis and asbestosis. Oxford University Press, New York, 1938.
(2) DREESSEN, W. C. et al.: A study of asbestosis in the asbestos textile industry. Bull. No. 241, Public Health Service, U. S. Treasury Department, 1938.
(3) FAHEY, J. C.: Ships and aircraft of the United States Fleet. 2nd War Edition, 1944. Published by Ships and Aircraft, 1265 Broadway, New York, New York.

# EXHIBIT L

# SAFETY REVIEW



NAVEXOS P-52



Vol. 4, No. 1
Jan. 1947

J-M EXHIBIT 12(c)(1)



DEPOSITION
EXHIBIT
PNS 26

## FOUNDRY DUST

ONE of the elements in effective control of silicosis in foundry operations is the maintenance of the highest standards of housekeeping. One phase of the housekeeping program should include periodic removal, on a scheduled basis, of the dust which has settled on overhead obstructions, girders, conduits, catwalks, and other fixed objects where dust in the general atmosphere may settle and come to rest. Several of the above establishments, realizing the importance of good housekeeping conditions in keeping down concentrations of dust in the general foundry atmosphere, make use of industrial vacuum-cleaning systems for the periodic removal of dust which has settled on overhead structural members and equipment.

The importance of developing and maintaining such a housekeeping program is emphasized in the following report submitted recently by the Boston Naval Shipyard:

"Personnel working in the foundry have complained of the material which is deposited overhead and elsewhere in the foundry and drops down when the building vibrates; a laboratory analysis of a sample of this deposit follows:

| | | |
|---|---|---|
| Tin | (as $SnO_2$) | 9.64 |
| Lead | (as Pb) | 2.09 |
| Copper | (as Cu) | 2.06 |
| Silica | (as $SiO_2$) | 2.44 |
| Sulphur | (as S) | 4.59 |

Zinc Oxide ...... The remainder, with the lead, copper and part of the zinc present as sulfides in the sample.

"In that the inhalation of heavy metal dusts is considered a contributing factor to metal-fume fever, the need for protective measures is obvious and again urged."

## ASBESTOS DUST

EXPOSURE to asbestos dust is a health hazard which cannot be overlooked in maintaining an effective occupational-hygiene program. Adequate localized ventilation to maintain dust concentrations below the safe threshold limits must be utilized wherever possible, and, if circumstances warrant these should be supplemented by general-room ventilation. Activities engaged in the handling of asbestos insulation and pipe covering should thoroughly investigate the environmental conditions under which these operations are performed, taking the necessary dust counts and checking existing ventilating facilities to insure that the hazard is being effectively and continuously controlled. In those instances where mechanical exhaust ventilation must be supplemented by the wearing of personal protective equipment, personnel exposed to such hazards should be furnished the Navy half mask, conforming to BuShips Ad Int. Specification, Masks (for Protection of Respiratory Organs from Toxic Fumes and Dust), dated 15 September 1944, 37M3, Type C, Class 1, Filter-Pad Masks.

The following report from the Naval Shipyard, Portsmouth, New Hampshire, records the results of an investigation conducted at that activity:

"There were two investigations of occupational-health exposures during the month of October.

I (a) Conditions in the Asbestos Insulation and Pipe-Cover Section of Bldg. 174 were investigated and it was found that the dust count in this section was upward of 5 m./cu.ft.

(b) Recommendations were made as follows:

1. That the asbestos covering process be confined to as small a section of the shop as possible.
2. That proper ventilation be secured.
3. That appropriate respirators be worn by the workers.
4. That instruction be given workers in the use of respirators."

## FLAMEPROOFING OF TEXTILES

THE National Bureau of Standards recently announced "Circular C-455, Flameproofing of Textiles," which sets forth most recent results of research to develop treatments which reduce the flammability of textiles and make them reasonably resistant to effects of water. It also gives a new method for determining the relative flammability of untreated textiles. Requests for this publication should be sent to the Safety Branch, Office of Industrial Relations, Building K-1006, Navy Department, Washington 25, D. C.

13

# EXHIBIT M

• DEPARTMENT OF THE NAVY
Bureau of Medicine and Surgery
Washington 25, D. C.

BUMED 6260.5
BUMED-7231-JS-cac
7 November 1955

BUMED INSTRUCTION 6260.5

From: Chief, Bureau of Medicine and Surgery
To:    All Ships and Stations

Subj:   Threshold limit values for toxic materials

Encl:   (1) Table of Threshold Limit Values

1. Purpose. To establish as a basic reference the threshold limit values of toxic materials, adopted by the American Conference of Governmental Industrial Hygienists, and to provide guidance towards the reduction of potential health hazards encountered in the industrial environment for both military and naval civilian personnel.

2. General

a. Definition. The term "threshold limit values", as used herein is intended to indicate the maximum average atmospheric concentrations of contaminants to which personnel may be exposed during an 8-hour workday, over a prolonged period of time, without adversely affecting their health. The threshold limit values should be used as a guide in the control of health hazards and should not be regarded as fine lines between safe and dangerous concentrations. The most desirable levels in all cases are those approaching zero, but practical considerations frequently require the acceptance of higher levels which are safe but not ideal.

(1) The term "maximum allowable concentrations" is to be considered synonymous with the term "threshold limit values", defined above.

b. Threshold Limits. The threshold limit values contained in enclosure (1) are based on the best available toxicological information, long-term industrial experience, and experimental studies. Inasmuch as these values are constantly being reevaluated, revisions or additions will be made as further information becomes available.

c. Exposure to Ionizing Radiation. Threshold limits for exposure to ionizing radiation have been omitted from this Instruction. These exposures are adequately covered in NavMed P-1325, Radiological Safety Regulations.

ENCLOSURE (1)

DEFENDENT'S
EXHIBIT
Buffalo Pumps

89

(2)

BUMEDINST 6260.5
November 1955

d. __Limitations__. The enclosed listing of threshold limit values for various chemicals does not constitute authority for the procurement or use of these items.

3. __Action__. The medical officer or medical department representative of each ship and station concerned shall take the following action:

a. Survey industrial operations utilizing the information contained in enclosure (1) to assist in the identification and control of potential industrial health hazards.

b. Make recommendations to the commanding officer for specific corrective actions, when required.

c. When specialist assistance for adequate survey of a ship or shore station is desired, requests should be initiated through the proper channels for the services of an industrial hygienist. This may be done in accordance with procedures outlined in NCPI 88, or by request direct to the Bureau of Medicine and Surgery.

B. W. HOGAN

Enclosure (1)          BUMEDINST 6260.5
                        7 November 1955

### THRESHOLD LIMIT VALUES

**Abbreviations Used.** The following abbreviations are used:

PPM                                    Parts per million

Mg. per cu. m. (mg/M³)                 Milligrams per cubic meter

NPPCF                                  Million particles per cubic foot

### Established Values

Adopted at the 17th annual meeting of the American Conference of Governmental Industrial Hygienists, Buffalo, 24-28 April 1955.

### Gases and Vapors

| Substance | PPM |
|---|---|
| Acetaldehyde | 200 |
| Acetic acid | 10 |
| Acetic anhydride | 5 |
| Acetone | 1000 |
| Acrolein | 0.5 |
| Acrylonitrile | 20 |
| Ammonia | 100 |
| Amyl acetate | 200 |
| Amyl alcohol (isoamyl alcohol) | 100 |
| Aniline | 5 |
| Arsine | 0.05 |
| Benzene (benzol) | 35 |
| Bromine | 1 |
| Butadiene (1,3-butadiene) | 1000 |
| Butanone (methyl ethyl ketone) | 250 |
| Butyl acetate (n-butyl acetate) | 200 |
| Butyl alcohol (n-butanol) | 100 |
| Butyl cellosolve (2-butoxy ethanol) | 200 |
| Carbon dioxide | 5000 |
| Carbon disulfide | 20 |
| Carbon monoxide | 100 |
| Carbon tetrachloride | 25 |
| Cellosolve (2-ethoxyethanol) | 200 |
| Cellosolve acetate (hydroxyethyl acetate) | 100 |
| Chlorine | 1 |
| Chlorobenzene (monochlorobenzene) | 75 |
| Chloroform (trichloromethane) | 100 |
| 1-Chloro-1-nitropropane | 20 |
| Chloroprene (2-chlorobutadiene) | 25 |
| Cresol (all isomers) | 5 |
| Cyclohexane | 400 |
| Cyclohexanol | 100 |
| Cyclohexanone | 100 |
| Cyclohexene | 400 |
| Cyclopropane | 400 |

Enclosure (1)

BUMEDINST 6260.5
7 November 1955

Gases and Vapors (Continued)

| Substance | PPM |
|---|---|
| o-Dichlorobenzene | 50 |
| Dichlorodifluoromethane | 1000 |
| 1,1-Dichloroethane | 100 |
| 1,2-Dichloroethylene | 200 |
| Dichloroethyl ether | 15 |
| Dichloromonofluoromethane | 1000 |
| 1,1-Dichloro-1-nitroethane | 10 |
| Dichlorotetrafluoroethane | 1000 |
| Diethylamine | 25 |
| Dimethylaniline (N-dimethylaniline) | 5 |
| Dimethylsulfate | 1 |
| Dioxane (diethylene dioxide) | 100 |
| Ethyl acetate | 400 |
| Ethyl alcohol (ethanol) | 1000 |
| Ethylamine | 25 |
| Ethyl benzene | 200 |
| Ethyl bromide | 200 |
| Ethyl chloride | 1000 |
| Ethyl ether | 400 |
| Ethyl formate | 100 |
| Ethyl silicate | 100 |
| Ethylene chlorohydrin | 5 |
| Ethylene dibromide (1,2-dibromoethane) | 25 |
| Ethylene dichloride (1,2-dichloroethane) | 100 |
| Ethylene oxide | 100 |
| Fluorine | 0.1 |
| Fluorotrichloromethane | 1000 |
| Formaldehyde | 5 |
| Gasoline | 500 |
| Heptane (n-heptane) | 500 |
| Hexane (n-hexane) | 500 |
| Hexanone (methyl butyl ketone) | 100 |
| Hexone (methyl isobutyl ketone) | 100 |
| Hydrogen chloride | 5 |
| Hydrogen cyanide | 10 |
| Hydrogen fluoride | 3 |
| Hydrogen selenide | 0.05 |
| Hydrogen sulfide | 20 |
| Iodine | 1 |
| Isophorone | 25 |
| Mesityl oxide | 50 |
| Methyl acetate | 200 |
| Methyl alcohol (methanol) | 200 |
| Methyl bromide | 20 |
| Methyl cellosolve (methoxyethanol) | 25 |
| Methyl cellosolve acetate (ethylene glycol monomethyl ether acetate) | 25 |
| Methyl chloride | 100 |
| Methylal (dimethoxymethane) | 1000 |
| Methyl chloroform (1,1,1-trichloroethane) | 500 |
| Methylcyclohexane | 500 |

Enclosure (1)                              2

BUMEDINST 6260.5
7 November 1955

### Gases and Vapors (Continued)

| Substance | PPM |
|---|---|
| Methylcyclohexanol | 100 |
| Methylcyclohexanone | 100 |
| Methyl formate | 100 |
| Methylene chloride (dichloromethane) | 500 |
| Naphtha (coal tar) | 200 |
| Naphtha (petroleum) | 500 |
| Nickel carbonyl | 0.001 |
| Nitrobenzene | 1 |
| Nitroethane | 100 |
| Nitrogen dioxide | 5 |
| Nitroglycerin | 0.5 |
| Nitromethane | 100 |
| 2-Nitropropane | 50 |
| Nitrotoluene | 5 |
| Octane | 500 |
| Ozone | 0.1 |
| Pentane | 1000 |
| Pentanone (methyl propyl ketone) | 200 |
| Perchlorethylene (tetrachloroethylene) | 200 |
| Phenol | 5 |
| Phosgene (carbonyl chloride) | 1 |
| Phosphine | 0.05 |
| Phosphorus trichloride | 0.5 |
| Propyl acetate | 200 |
| Propyl alcohol (isopropyl alcohol) | 400 |
| Propyl ether (isopropyl ether) | 500 |
| Propylene dichloride (1,2-dichloropropane) | 75 |
| Stibine | 0.1 |
| Stoddard solvent | 500 |
| Styrene monomer (phenyl ethylene) | 200 |
| Sulfur monochloride | 1 |
| Sulfur dioxide | 10 |
| 1,1,2,2-Tetrachloroethane | 5 |
| Toluene | 200 |
| o-Toluidine | 5 |
| Trichloroethylene | 200 |
| Turpentine | 100 |
| Vinyl chloride (chloroethene) | 500 |
| Xylene | 200 |

### Toxic Dusts, Fumes, and Mists

| Substance | Mg. per cu. m. |
|---|---|
| Antimony | 0.5 |
| Arsenic | 0.5 |
| Barium (soluble compounds) | 0.5 |
| Cadmium | 0.1 |
| Chlorodiphenyl | 1. |

3

Enclosure (1)

BUMEDINST 6260.5
November 1955

### Toxic Dusts, Fumes, and Mists (Continued)

| Substance | Mg. per cu. m. |
|---|---|
| Chromic acid and Chromates as $CrO_3$ | 0.1 |
| Cyanide as CN | 5 |
| Dinitrotoluene | 1.5 |
| Dinitro-o-cresol | 0.2 |
| Fluoride | 2.5 |
| Iron oxide fume | 15 |
| Lead | 0.15 |
| Magnesium oxide fume | 15 |
| Manganese | 6 |
| Mercury | 0.1 |
| Parathion (O,O-Diethyl-O-p-nitrophenyl thiophosphate) | 0.1 |
| Pentachloronaphthalene | 0.5 |
| Pentachlorophenol | 0.5 |
| Phosphorus (yellow) | 0.1 |
| Phosphorus pentachloride | 1 |
| Phosphorus pentasulfide | 1 |
| Selenium compounds (as Se) | 0.1 |
| Sulfuric acid | 1 |
| Tellurium | 0.1 |
| Tetryl (2,4,6-trinitrophenyl methylnitramine) | 1.5 |
| Trichloronaphthalene | 5 |
| Trinitrotoluene | 1.5 |
| Uranium (soluble compounds) | 0.05 |
| Uranium (insoluble compounds) | 0.25 |
| Zinc oxide fumes | 15 |

### Mineral Dusts

| Substance | MPPCF |
|---|---|
| Alundum (aluminum oxide) | 50 |
| Asbestos | 5 |
| Carborundum (silicon carbide) | 50 |
| Dust (nuisance, no free silica) | 50 |
| Mica (below 5% free silica) | 20 |
| Portland cement | 50 |
| Talc | 20 |
| Silica | |
| high (above 50% free $SiO_2$) | 5 |
| medium (5 to 50% free $SiO_2$) | 20 |
| low (below 5% free $SiO_2$) | 50 |
| Slate (below 5% free $SiO_2$) | 50 |
| Soapstone (below 5% free $SiO_2$) | 20 |
| Total dust (below 5% free $SiO_2$) | 50 |

### Tentative Threshold Limit Values

The following tentative values have been suggested for further consideration and it is proposed that the entire list will be presented for adoption at the meeting of the American Conference of Governmental Industrial Hygienists in 1956, if no reason to the contrary is forthcoming.

Enclosure (1)                                    4

BUMEDINST 6260.5
7 November 1955

Tentative Threshold Limit Values (Continued)

| | | |
|---|---|---|
| Aldrin (1,2,3,4,10,10-hexachloro-1,4,4a,5,8,8a,-hexahydro-1,4,5,8-dimethanonaphthalene) | 0.25 | mg/M$^3$ |
| Allyl alcohol | 5 | ppm |
| Allyl propyl disulfide | 2 | ppm |
| Amurate (ammonium amidosulfate) | 15 | mg/M$^3$ |
| Benzyl chloride | 1 | ppm |
| Butyl amine | 5 | ppm |
| Butyl mercaptan | 10 | ppm |
| Calcium arsenate | 0.3 | mg/M$^3$ |
| Chlordane (1,2,4,5,6,7,8,8-octachloro-3a,4,7,7a-tetrahydro-4,7-methanoindane) | 2.0 | mg/M$^3$ |
| Chlorine trifluoride | 0.1 | ppm |
| Chlorinated diphenyl oxide | 0.5 | mg/M$^3$ |
| Crag Herbicide (sodium-2,4, dichlorophenoxy ethyl sulfate) | 15 | mg/M$^3$ |
| 2,4-D (2,4-dichlorophenoxyacetic acid) | 10 | mg/M$^3$ |
| D.D.T. (2,2-bis-(p-chlorophenyl)-1,1,1- trichlorethane) | 2.0 | mg/M$^3$ |
| Diacetone alcohol (4-hydroxy-4-methyl pentanone-2) | 50 | ppm |
| Diborane | 0.1 | ppm |
| Dieldrin (1,2,3,4,10,10-hexachloro-6,7, epoxy-1,4,4a,5,6,7,8,8a-octahydro-1,4,5,8-dimethanonaphthalene) | | |
| Difluorodibromomethane | 0.25 | mg/M$^3$ |
| Diisobutyl ketone | 100 | ppm |
| EPN (ethyl-p-nitrophenyl thiono benzene phosphonate) | 50 | ppm |
| Ethyl mercaptan | 0.5 | mg/M$^3$ |
| Ethylene diamine | 250 | ppm |
| Ethylene imine | 10 | ppm |
| Ferro vanadium dust | 5 | ppm |
| Furfural | 1 | mg/M$^3$ |
| Furfuryl alcohol | 5 | ppm |
| Hydrazine | 200 | ppm |
| Hydrogen bromide | 1 | ppm |
| Hydrogen peroxide, 90% | 5 | ppm |
| Hydroquinone | 1 | ppm |
| Isopropylamine | 2 | mg/M$^3$ |
| Lead arsenate | 5 | ppm |
| Lindane (hexachlorocyclohexane, gamma isomer) | 0.2 | mg/M$^3$ |
| Malathon (O,O-dimethyl dithio phosphate of diethyl mercaptosuccinate) | 0.5 | mg/M$^3$ |
| Methoxychlor (2,2,diparamethoxyphenyl-1,1,1, trichloroethane) | 15 | mg/M$^3$ |
| Methyl acetylene | 15 | mg/M$^3$ |
| Methyl isobutyl carbinol (methyl amyl alcohol) | 1000 | ppm |
| Ethyl mercaptan | 25 | ppm |
| Molybdenum | 50 | ppm |
| (soluble compounds) | 5 | mg/M$^3$ |
| (insoluble compounds) | 15 | mg/M$^3$ |
| p-Nitroaniline | 1 | ppm |
| Organo mercurials (as mercury) | 0.01 | mg/M$^3$ |
| Perchloromethyl mercaptan | 0.1 | ppm |
| Phenylhydrazine | 5 | ppm |
| Picric acid | 0.1 | mg/M$^3$ |
| Propylene imine | 25 | ppm |
| Pyridine | 10 | ppm |
| Quinone | 0.1 | ppm |

Enclosure (1)

BUMEDINST 6260.5
1 November 1955

Tentative Threshold Limit Values (Continued)

| | | |
|---|---|---|
| Sodium hydroxide | 2 | mg/M³ |
| Sulfur hexafluoride | 1000 | ppm |
| Sulfur pentafluoride | | |
| TEDP (tetraethyl dithiono pyrophosphate) | 0.025 | ppm |
| TEPP (tetraethyl pyrophosphate) | 0.2 | mg/M³ |
| p-Tertiary butyl toluene | 0.05 | mg/M³ |
| Tetrahydrofuran | 10 | ppm |
| Tetranitromethane | 75 | ppm |
| Titanium dioxide | 1 | ppm |
| Trifluoromonobromomethane | 15 | mg/M³ |
| Vanadium | 1000 | ppm |
| (V₂O₅ dust) | 0.5 | mg/M³ |
| (V₂O₅ fume) | 0.1 | mg/M³ |
| Zirconium | 5 | mg/M³ |

Enclosure (1)                    6

# EXHIBIT N



GENERAL SAFETY RULES
MANUAL

PUGET SOUND NAVAL SHIPYARD
BREMERTON, WASHINGTON



# GENERAL SAFETY RULES
## MANUAL

★

18ND-P85

### PUGET SOUND NAVAL SHIPYARD
BREMERTON, WASHINGTON
1950

I





# *Shipyard*
## GENERAL SAFETY RULES

**A. General:**

**A1.** All supervisors shall be responsible for enforcement of safety rules and thorough safety instruction of employees under their charge.

**A2.** Keep your mind on your work, always. Practical joking and horseplay are prohibited.

**A3.** Report promptly any unsafe conditions noted. Persons accepting such reports are responsible for following the matter through to a logical conclusion.

**A4.** Watch out for your fellow workers. Warn them of any dangerous situations.

**A5.** Watch your step! Avoid short cuts through dangerous areas.

**A6.** Running in the Shipyard is not allowed, except in cases of real emergency, or where approved by the supervisor as necessary for the efficient conduct of the job at hand.

1



A7. Do not jump from heights.

A8. Never throw tools or materials to another worker.

A9. Don't lean against or sit on any railing or life-line.

A10. Barriers are placed around the job for your protection. Never go through or under a barrier without specific orders.

A11. Keep off of all equipment such as cranes, shovels, trucks, caterpillars, pile drivers, etc., unless an authorized requirement of your work.



A12. All open man-holes, hatches and deck openings must be guarded with safety line or hand rails.

A13. All flush deck openings must be provided with toe boards to prevent materials, tools, etc., from falling below.

2

A14. No unauthorized person shall remove, displace, damage, or destroy any safety device, safeguard, notice or warning furnished for use in any place of employment.

A15. Wearing of finger rings, wrist watches and watch chains is prohibited when handling materials, tools or working around moving machinery.

A16. Do not enter closed compartments or voids until they have been ventilated, tested, and authorized for entrance.

A17. All cans, drums or bottles containing chemicals shall be clearly labeled to show name of chemical and its flammability or toxicity.

A18. When mixing acid and water, always pour the acid into the water slowly. NEVER pour water into acid. Approved goggles and rubber gloves shall be worn.

A19. In case you get acid or caustic into your eyes or on your skin, bathe immediately with large quantities of clean water and report to the Dispensary without delay. Before starting such work, note location of emergency showers, drinking fountain or other source of water.

A20. Safety valves, governors, over-speed trips, automatic cutouts, limit switches, fuses and similar safety devices are installed to prevent failure of equipment with resultant serious injury or

3





damage. Such devices must not be altered or tampered with in any way and shall be repaired or adjusted only by authorized persons. Report any difficulties with safety devices to your supervisor at once.

A21. Switches, valves or other equipment controls, movement of which may endanger personal working on lines or machinery shall be locked or tagged out by the man in charge of the work before permitting work thereon. Where more than one man is working independently on the equipment, each shall place his own tag on the control.

A22. Safety locks or tags shall be removed, when no longer needed, only by the person who put them in place. Emergency removal, in the unavoidable absence of such a person may be accomplished under the direction of the employee's senior civilian supervisor.

B. Personal Clothing:

B1. Always wear proper clothing. Ragged sleeves, cuffed trousers, gloves, loose ties or jumpers, will not be permitted around moving machinery. Rolled up sleeves are dangerous. If you like your sleeves short, cut and hem them above the elbow.

B2. Keep work clothing clean. Dirty clothes are a menace to health as well as a fire hazard if oily.

4

B3. Never put oil-soiled clothing or rags in lockers. They can ignite spontaneously.

B4. Celluloid visors on caps and shields are highly inflammable and shall not be used in the shipyard.

B5. Workers exposed to hot sparks or molten metals should wear hard cloth or wool clothing. Congress type safety shoes are recommended.

B6. All employees shall wear shoes with substantial soles and good heels. Employees whose duties involve exposure to foot-injury hazards in operational areas shall not wear sandals, tennis slippers or open-toed shoes while on duty. Safety shoes with built-in steel toe-cap protection are strongly recommended.

B7. Protect your hands by wearing gloves of proper type when handling rough, splintery or sharp objects, except when operating machines with revolving spindles and cutting tools.

B8. Wear gloves while using vibrating hand tools, such as chipping guns, rivet guns, etc.

C. Protective Equipment:

C1. For certain operations special protective clothing such as rubber or slicker suits, boots, gloves, aprons, bibs and sleeves are furnished to prevent dam-



5

age to personal clothing and eliminate injury hazards. Your supervisor knows when special clothing is required. Consult him if you have any questions.



C2. Approved hard hats (skull guards) shall be worn by all shipyard personnel working or performing duties aboard ships, in dry docks, and in all other locations where there is danger of injury to the head.

C3. Rubber glove hand protection shall be worn when handling acids, caustics, solvents and other irritant or corrosive chemicals.

C4. Approved protective eye-wear shall be worn by all employees working in dry docks; aboard ships under repair, overhaul or construction; in posted shop areas; and when performing or passing within the dangerous vicinity of the following operations:

6

(a) Welding, cutting, soldering, brazing, stud-shooting.
(b) Handling molten metals, hot tars, mastics, etc.
(c) Handling or working with chemicals, solvents, caustics, etc.
(d) Handling wet-cell batteries.
(e) Grinding, power buffing or power sanding.
(f) Chipping.
(g) Wire brushing.
(h) Drilling.
(i) Caulking.
(j) Abrasive or shot-blasting.
(k) Spraying, except in exhausted booth.
(l) Glazing.
(m) Scraping.
(n) Operating power machine tools or power woodworking tools where chips or dust are present.
(o) Drop forging.
(p) Using pneumatic impact-type tools.
(q) Using striking hand-tools.
(r) Handling high vacuum electronic tubes.
(s) Doing work on overhead involving possibility of falling particles.
(t) Working under vehicles and similar operations.
(u) Working inside boiler fire-boxes and flues.
(v) Working with fiberglass, including storage areas.
(w) Using compressed air jet.
(x) Dumping operations.

7



(y) Any other operation where there is danger of injury to the eyes from particles, liquids or radiations, or operations designated as eye-hazardous by either the Shop Senor Civilian Supervisor or the Safety Superintendent.

C5. Corrective-protective eye-wear issued to shipyard personnel are the property of the government, and shall be turned in to the Central Tool Room upon separation or detachment, where arrangement may be made for purchase of the equipment, if desired.

C6. Keep your goggles clean. Cleaning stations are installed at tool rooms equipped with lens-wiping tissue and anti-fog compound.

C7. Never look at or near a welding arc except through approved eye-protection equipment fitted with proper filter lenses. If required to work where exposed to either direct or reflected rays from a nearby welding arc, wear eye-protection equipment affording suitable filter lens protection and complete eye enclosure. When passing by welding operations, personnel wearing non-side-shielded spectacle type goggles shall look in opposite direction and shield exposed side of goggle with the hand.

C8. Wherever there are fumes, irritating vapors or heavy dust present in the atmosphere, respiratory equipment is

necessary for your protection. Consult your supervisor for advice on any problem that may arise. (See Section N, Rules on Personal Health.)

C9. Personnel exposed to noticeable concentrations of sand-blast dust for extended periods shall wear an approved respirator.

C10. Safety belt with properly secured life line shall be worn while working on hanging stagings and at elevations where lack of hand rail or other protection presents the hazard of falling. Always check condition of safety belts before use.



C11. Life jackets shall be worn when working in small boats or over water. (Where desired, a properly secured safety belt and life line may be substituted.)



**D. Lifting and Carrying:**

D1. Lift only what you are sure you can safely handle. No weight limit can practicably be set, except that imposed by common horse-sense. Use mechanical lifting devices wherever possible.

D2. When lifting, make the strong leg muscles do the work by crouching under the load and keeping the back as vertical as possible. Face the load, and keep it close to the body, lifting gradually with arms slightly bent. Don't lift from a twisted or awkward position. Firm footing and a solid grip are equally important.

D3. Keep hands and feet in such position as to protect them from being crushed if load is dropped or strikes other objects.

D4. When handling material with other men, all should agree on who is in charge and the signals to be given. Load should not be moved or released until all are ready.

D5. When carrying extended loads such as pipe, lumber, or ladders, keep front end high and watch carefully to avoid striking objects or other persons.

D6. If an object is too bulky to allow you to watch where you're going, it's too big to carry alone. Get help or use transporting equipment.

10

**How to Lift:**

1. You may be as strong as an ox but be careful what you lift. Even if your back muscles were made of steel there would be a limit to the strain they would stand.

2. Size up the load before you lift it. Get help if necessary.

3. Lift with your legs and not your back.





11

**E. Housekeeping:**

E1. Good housekeeping must be maintained on every job. Do your share—clean up after yourself, and do it "as you go."

E2. Keep all portable welding leads, light cords, air hoses and service lines clear of the deck or so laid as to prevent the possibility of personnel tripping over them.

E3. Never place portable leads on ladders or on the deck in front of ladders or stairways.

E4. Keep tools and materials away from edges from which they may fall on persons working below.

E5. Tool boxes allowed on board by supervisors should be placed only in designated areas, but in no case in traveled areas.

E6. In piling material or placing equipment, see that it is securely placed in a stable position to prevent falling.

E7. Oil on decks must be wiped up immediately.

E8. Keep change rooms, lockers, smoking areas, showers and toilets clean. Dispose of trash, lunch wrappings and paper towels in cans provided.

E9. Use care to place waste materials in proper containers. Separate containers shall be used for burnables, non-burnables, and oily rags.

E10. Do not hang clothing, towels, rags, etc., to dry on radiators, hot lines or similar locations.

12

**F. Hand Tools:**

F1. Carefully inspect all tools before use, to determine that they are in good condition and of proper size to do the job safely.

F2. Damaged or unsuitable tools will not be permitted, whether personally or Navy owned.

F3. Never use wrenches for hammers, screw drivers or files for prys, or any tools for purposes other than intended.



F4. Do not use a piece of pipe as an extension handle on a wrench to obtain more leverage. Use a larger wrench.

F5. Use proper size and kind of wrench.

F6. Avoid wrenches with sprung, battered or worn jaws.

F7. Never shim up a wrench to make it fit.

13




F8. Always pull toward the adjustable jaw of a wrench.

F9. Think before pushing on a wrench. It's usually safer to pull.

F10. Get set before you pull on a wrench. Figure out what is going to happen if the wrench slips or suddenly gives, the bolt breaks, or the threads strip.

F11. Keep the surfaces and handles of tools free of excess oil or grease to prevent slipping or glancing.

F12. Never carry sharp or pointed tools loose in the pockets or loose in the tool box. Use a sheath.

F13. Soft metal, rubber or rawhide hammers only shall be used for striking hardened steel or other brittle metals.

F14. Tools with mushroomed heads or hammers with split or loose handles shall not be used until repaired.

F15. Files shall be used only when equipped with handles.

F16. Place tools not in use out of the way or in tool box or bag.

F17. Keep tools sharp. A dull tool is always hazardous.

F18. Safety goggles shall be worn when using striking hand tools.

F19. Only qualified personnel fully acquainted with Navy specifications shall be permitted to heat treat or temper striking tools.

14

G. Ladders and Scaffolds:

G1. Do not attempt to carry anything in the hands or under the arms while using ladders. Use a hand line for raising or lowering these objects.

G2. Ladders shall be firmly placed on secure footing. If there is danger of slipping, have ladder held by a fellow worker or lash securely. Proper angle of incline is obtained when the horizontal distance from the base of the ladder to the top support is one-quarter the length of the ladder.

G3. Portable ladders shall be of such length as to extend at least 36" beyond the top support, to provide adequate hand hold. Always face the ladder and hold on with both hands whether climbing up or down. It is generally considered safer to hold on to rungs rather than side-rails.

G4. Portable ladders shall be equipped with safety feet, except step-ladders and construction ladders firmly secured in place.

G5. Don't over-reach when working from a ladder.

G6. When necessary to place a ladder in front of a doorway, the door shall be locked or guarded.

G7. Barrels, boxes, chairs or crates shall not be used in place of step-ladders or portable steps.

15





G8. Ladders shall never be painted, as this may conceal dry rot or other defect. Linseed oil, clear varnish or clear lacquer form satisfactory coatings.

G9. See that ladders are stored in a safe place when not in use, secured against falling.

G10. Staging and scaffolding shall be rigged and unrigged under the direct supervision of a leadingman rigger (or, in the Public Works Department, by an authorized supervisor), who shall be responsible for the equipment and its safety. He shall detail a competent man to make a daily inspection of scaffolds, stagings and platforms.

G11. Handrail protection is required on at least the outboard side of the working platforms of all scaffolds or stagings. The only exception permitted is in the case of trestle or horse stagings on which railing protection is required when built to a height of over eight feet from base.

G12. Scaffolding and staging is erected in accordance with existing standards. Do not use makeshift substitutes.

G13. The top hand rail on scaffolds and staging is required to be rigidly constructed of at least 2″ x 6″ lumber, or standard diameter tubular stock, at a height of 42″ from platform surface. An inter-

mediate rail or line is required to be installed at a height of 21″ from platform surface, except on hanging stagings where workers are required to use a safety belt.

G14. The ends of staging or scaffold planks are painted blue where handled by Shop 72, and green where handled by Shop 07. Do not use these planks for any purpose other than for staging or scaffolds without specific permission of the responsible shop.

G15. Three plank platforms are required on scaffolds or stagings except where impossible to install. Space between planks shall be kept to a minimum.



G16. Scaffold planks should overlap at least 18″, with one end over and the other end under adjoining planks.

G17. Mast stagings shall be secured against movement about the mast.

G18. Toe boards are required on all scaffolds or staging where personnel below are





likely to be exposed to injury from falling objects, except where area below is roped off and marked with warning signs.

G19. Keep scaffold and staging platforms clear of loose materials which may be jammed or knocked off onto personnel working below.

## H. Machines:

H1. Unless authorized and thoroughly familiar with their use do not attempt to operate mechanical equipment such as pumps, engines, hoists, power tools and shop machinery.

H2. Gloves are very dangerous around rotating machinery. If they are authorized due to sharpness of material being handled, great care must be exercised to keep hands well away from moving machine parts.

H3. Do not wipe, clean or adjust mechanical equipment while in motion unless such operation has been approved.

H4. Where guards are removed for oiling, adjustment or repair by authorized personnel, the equipment shall be tagged out of operation, pending replacement of the guards upon completion of the work that required their removal.

H5. Never oil unguarded machinery or shafting while in motion.

18

H6. Never use rags around moving machinery.

H7. Guards must be kept in place around all projecting ends of rotating machinery.

H8. Use a brush for cleaning away chips from your work.

H9. Before placing hands, head, or body beneath rams of power hammers, punches and presses, the rams must be securely blocked to prevent movement. All switches and valves supplying power must be pulled and shut off, and tagged or locked to prevent all possible danger.

H10. Employees must keep their machines clean and at the end of the shift leave them clean.



H11. Shades on machine point-of-operation

19

lamps shall be made of non-combustible material, so constructed as to prevent exposure of personnel to injurious or startling burns.

H12. All gears, sprockets, belts, chains, pulleys, etc., which are 7 feet or less from floor or working platform shall be guarded with approved enclosures.

H13. Do not leave your machine running unattended.

H14. Do not divert operators' attention from their work.

H15. Before starting machinery, insure that all is clean.

H16. All machining operations where dust or chips are present require the operator and those in the effective vicinity to wear approved eye-protection.

H17. Tool rests, guards, tongues and shields shall not be removed from abrasive wheels. Work rest clearance shall not exceed 1/16".

H18. Avoid forcing work against a cold wheel; apply pressure gradually, giving the wheel a chance to warm up.

H19. Take care not to strike an abrasive wheel at any time, except where making authorized tasks.

H20. Speed of abrasive wheel shall not exceed that prescribed by the manufacturer.

20

H21. Report immediately any abrasive wheel which shows evidence of injury or excessive vibration.

H22. Operators of abrasive wheels and personnel in the dangerous vicinity shall wear approved eye-protection.

H23. Use extreme care reaching around rotating parts of drill presses, lathes, boring mills, etc. If hair is long, wear a cap.

H24. Never attempt to hold the work on a drill press table; clamp it securely in place.

H25. Run machine drills only, at proper speed; forcing or feeding too fast may result in a broken drill and serious injury.

H26. Long drills of small diameter may bend and whip out if run too fast. Keep speed and feed at a minimum.

H27. When operating power saws use push-stick wherever possible.

H28. Kick-backs from power saws can be fatal. Always stand out of line with the saw, use splitter or non kick-back fingers wherever possible, never bring a piece of wood down on top of a saw and keep saw table cleared of cut-off pieces.

H29. Keep the floors around all power wood-working machinery scrupulously clean. A slip or stumble can be serious.

21

H30. When operating jointers, always push stock through, using pusher block wherever possible. Always take a shallow cut and feed slowly. Keep cutter guard in good working order.

H31. When operating a band saw, keep the guide adjusted to a small clearance from the material being sawed and avoid any cut which tends to bind the blade.

H32. A depth collar shall be used on shaper operations wherever possible.

H33. Always check security of shaper cutters prior to starting up. Do not leave shaper running unattended.

H34. Wear approved eye-protection when working on or in effective vicinity of power woodworking operations.

H35. Inspect all portable power tools before use. Make sure extension cord and attachment plug of electrical tools are in good condition, and frame ground-wire connected.

H36. No power tool of any description shall be raised or lowered to or from decks or staging by the air hose or power cable.

H37. Never lay a portable power-tool down while still running. Disconnect power source if leaving, to prevent accidental tripping of control switch or trigger.

H38. Portable power abrasive wheels, disc sanders and wire brushes shall not be used without side-plate guards. Whenever other persons must remain in the vicinity of such operations, a portable shield shall be used.

H39. Approved eye-protection shall be worn by operators of all pneumatic impact-type tools and by personnel in the effective vicinity.

I. Electricity:

I1. Only authorized persons shall make repairs to or work on electrical equipment. Securing regulations shall be observed.

I2. All electrical wires must be considered live until proven they are not.

I3. Steam, water or oil leaks near electrical equipment shall be reported immediately to the supervisor in charge.

I4. Working surfaces shall be kept dry when working with, or near, electrical apparatus.

I5. The frames of all portable electrical equipment shall be grounded when in operation.

I6. No equipment or machinery shall be operated at less than six (6) feet, from any high tension power line.

I7. A switch shall not be closed without full knowledge as to why the circuit is