open. The tag on the switch shall be removed only by the person who tagged the switch open. See Rule A21.

I3. Material or gear shall not be hung on switchboards or left near enough to obstruct ready access to the board.



I9. Keep out from behind power panels aboard ship unless authorized to enter.

J. Safe Clearance:

J1. Material, equipment or fixtures shall not be placed alongside railroad or crane tracks closer than 4 feet 8 inches from the outside rail.

J2. Passageways, walks, entrances, exits, access to utility controls, or other areas designated by floor striping shall not be blocked by temporary or permanent

24

placement or storage of material or equipment.

J3. In removing pipe, tubes or similar materials, avoid standing in front of the pile.

J4. Do not stand under or between skids or timbers while handling material. Make sure skids or timbers are securely placed and sufficiently strong for the load.

J5. Never walk or stand under suspended loads. Stand well to the side and clear.

J6. Do not stand in the bight of a line.

J7. Place red flags or flares on materials projecting into passageways, or from trucks or flat cars.

K. Compressed Air:

K1. Use compressed air only when and as directed by your supervisor.

K2. When compressed air is used for applying pressure to closed containers, always provide proper pressure relieving devices.

K3. A stream of compressed air shall never be directed at any part of your or other employee's body.

K4. When using a stream of compressed air for any authorized purpose, protect your eyes with safety goggles and see that personnel in the vicinity are not endangered

25

K5. Always shut off air at manifold and bleed air hose before disconnecting tool or air hose.

K6. Compressed air shall not be used to force oil from drums. Use gravity flow or hand pump.

## L. Traffic:

L1. Keep on the alert while walking in the yard. Use marked walks and cross-walks where provided, and observe all warning signs and signals. Always look both ways before stepping into road-ways.

L2. Pedestrians in designated walkways have the right-of-way over all vehicles, except those on an emergency mission.

L3. All persons riding bicycles, choreboys or scooters must obey traffic rules in regard to riding on the right side of the road or traveled area. Use hand signals well in advance of the turn, and do not pass any vehicle on the right.

L4. Carrying other persons or material on the inside bar or frame of bicycles is prohibited.

L5. Do not ride a bicycle at night unless it is equipped with head light, and tail light or reflector.

L6. Bicycle riders shall not ride abreast of each other.

L7. Bicycles shall not be ridden on side-walks or in buildings.

26

L8. Persons crossing caissons on bicycles shall dismount and push the bicycle across.

L9. Bicycles shall be turned in monthly to Shop 02 for check and overhaul.

L10. Do not operate a government owned vehicle without proper authority. Operators of all motor vehicles, including motorcycles, scooters, and cranes mounted on conventional truck chassis, shall have on their person a valid U.S. Navy Operator's Permit while driving.

L11. The traffic laws of the State of Washington apply within the yard. Observe posted speed limits.

L12. Persons holding permits to park vehicles in other non-assigned areas shall take precautions to park clear of general traffic, cranes and railroad tracks.

L13. Riding in truck bodies is prohibited unless the truck is fitted with seats with special handholds over the roof of the cab.

27

L14. When riding in truck bodies, remain seated or maintain a firm grip on hand-holds.

L15. When any motor vehicle is in motion, riders shall not board or leave, ride on running boards or steps, or permit legs or arms to dangle over the side.

L16. Emergency vehicles have the right-of-way upon sounding siren and flashing red warning light. All vehicles shall immediately pull clear of the roadway and stop until emergency vehicles have passed, regardless of direction traveled.

L17. No more than two persons shall ride in the cab of any truck except where the truck is labeled suitable for three persons.

L18. Jeeps shall not carry more than driver and one passenger in the front seat.

L19. Because of their light weight and high center of gravity, scooters, choreboys and similar vehicles shall be operated with extreme caution and all regulations governing the operation of motor vehicles shall be observed in their operation.

L20. Do not ride tandem on scooters.

L21. Do not use scooter side cars for carrying passengers except where specially constructed for the purpose.

L22. Passengers riding on choreboys or similar vehicles is prohibited.

28

M. Fire:

M1. Make it a habit to know the location and proper use of the nearest fire-fighting and fire alarm equipment wherever you are working. When notifying Fire Department by telephone, call 220.

M2. There are four types of fire extinguishing mediums provided in the shipyard, with which all employees should be familiar:
a. $CO_2$: For use on any fire.
b. Soda-acid: For use on rubbish and other combustible materials (never on inflammable liquids or electrical fires).
c. Water Pump Cans: Same as b. above.
d. Pyrene (carbon tetrachloride): For use on electrical fires, around motors, etc.

M3. When using fire extinguishers direct the stream at the base of the fire for most effective extinguishing action.

M4. $CO_2$ gas is asphyxiating, and carbon tetrachloride, a toxic liquid, forms poisonous phosgene gas upon contact with heat. Employees shall steer clear of confined spaces in which a fire is being extinguished with these chemicals, and shall not enter such spaces after the fire is out until space has been adequately ventilated.

M5. Fire-fighting equipment shall not be used for any other purpose.

29

## N. Personal Health:

N1. Report any illness to your supervisor who will send you to the Dispensary.

N2. Coughing and sneezing spread disease; use a handkerchief. Spitting on decks of shops, ships and sidewalks is forbidden.

N3. Do not breathe fumes from welding, burning, cutting, plating, pickling, painting, lead, burning, galvanizing, molten metals and other fume producing operations. Where adequate ventilation is not procurable, use fume type or air-fed respirators.

N4. Wear dust type or air-fed respirators for chipping red lead, handling rinsoite or insulating materials, while dressing abrasive wheels, while working exposed to dust from sand and blast operations (wet or dry), and for any other dusty processes where effective ventilation cannot be obtained.

N5. During hot weather or while doing hot work, drink plenty of water and eat salt tablets to prevent heat cramps or prostration.

N6. Fluorescent lamps contain materials which can seriously retard healing of skin abrasions, and are dangerous to breathe. Therefore, fluorescent lamps shall be handled only by authorized personnel of Shop 07 (ashore only). (ashore).

81

---

M6. All fire-fighting equipment shall be kept unobstructed at all times.

M7. "Strike anywhere" or non-safety matches are not permitted in the shipyard. To be sure match is out, break it before throwing away.

M8. Keep covers on inflammable liquids, store in approved fire resistant ventilated cabinets when not in use.

M9. Gasoline shall not be used for cleaning purposes.

M10. Gasoline shall be transported and stored in safety containers only.

M11. Vapor-proof lights shall be used in the vicinity of gasoline or other inflammable or gaseous vapors.

M12. Do not throw paint or oil-soaked rags or clothing into piles. Spontaneous combustion may result. Place in proper covered receptacles and remove at the end of the shift.

**NO SMOKING**

M13. Observe all posted signs prohibiting smoking or heat producing operations. When you use temporary warning signs see that they are removed when no longer needed.

M14. At quitting time supervisors will have work areas inspected for fire hazards and eliminate where observed.

80

IV. Keep your skin healthy. Various protective-barrier skin creams are provided for protection against unavoidable contact with chemical and mechanical skin irritants, such as oils, paints, solvents, etc. Your supervisor or toolroom attendant will advise you regarding proper types and applications. Remember that your best insurance against development of industrial and almost other skin diseases is to avoid contact with skin irritants as far as possible through the use of proper protective equipment, coupled with observation of a high standard of personal hygiene.

O. ... What To Do in Case of Injury:

... employees receiving injury while at work shall report to the Shipyard

Industrial Dispensary immediately for treatment. Prior to leaving the job, however, Dispensary Permit Form NAVEXOS 107 shall be obtained from the immediate supervisor, or if this is not practicable, from any other supervisor or from the shop office.

b. The injured employee shall retain the original of the Dispensary Permit until conclusion of treatment for the injury, presenting it to the Industrial Dispensary and supervisor for required entry of dates treated and all times of departure from job, arrival at Dispensary, return to job, etc. Upon termination of treatment the original form shall be forwarded to the Safety Division via the immediate supervisor.

c. In case of serious injury to civilian employees, call 496 (Industrial Dispensary) for ambulance. Where military personnel receive serious injury call 604. (Naval Dispensary).

d. Remember, every injury suspected to have occurred must be reported for treatment immediately no matter how may appear to you.

P. Employees' Compensation:

a. All civil employees of United States who are injured in the performance of duty

52

medical care and compensation for disability, under a program administered by the Federal Security Agency, Bureau of Employees Compensation, Washington, D. C. The Safety Division, Industrial Relations Department, is charged with the responsibility of processing all claims arising from occupational injury, and will see that you receive fair and adequate treatment in case you are injured while at work.

b. Immediately upon reporting an injury to the Dispensary, the injured employee will be assisted in the preparation of an official Notice of Injury form, which provides the basis for any claim for disability compensation, or medical treatment which may become necessary. It is of extreme importance that this notice be properly executed within 48 hours after the occurrence of an accident, since failure to do so may result in refusal of benefits.

Under the provisions of the Federal Employees' Compensation Act, revised 14 October 1949, employees disabled as a result of injury sustained in the course of their work are, in addition to medical and hospital care, entitled to compensation at the rate of 66 2/3% of the pay received at the time of injury, plus an extra 8 1/3% if the employee has a dependent, up to a maximum compensation of $525 per month.

d. Compensation starts on the fourth day after the employee's pay stops. The worker has the right to elect to receive sick or annual leave or compensation for any period of disability. If these, for the period of disability lasts over 21 days, a retroactive payment will be made to cover the 3-day waiting period.

e. In cases involving permanent partial disability, including loss of or loss of use of fingers, hands, arms, toes, feet, legs, vision, or hearing, scheduled awards ranging from 15 weeks compensation for loss of a little finger to 312 weeks for loss of an arm are payable. In addition to compensation received during the healing period, payments up to $3500 may be made in cases involving disfigurement.

f. In cases involving death, sustained as a result of accidents occurring in line of duty, burial payments are authorized up to $400, and compensation is provided for widows, widowers, dependent children, and dependents. Further information on this or other phases of the Federal Compensation Act, can be obtained from the Safety Office.

## SUBJECT INDEX

| Subject | Page |
|---|---|
| Acid, Handling of | 6 |
| Abrasive Wheels | 11 |
| Bicycle | 33 |
| Carrying and Lifting | 13-14, 17, 18 |
| Colloid Viscr | 5 |
| Chemical Containers, Marking of | 6 |
| Cleanliness, Personal | 5, 34 |
| Clearance | 17 |
| Closed Compartments, Work In | 6 |
| Clothing, General Protective | 5 |
| Clothing, Personal | 7 |
| Compensation, Injury | 16 |
| Compressed Air | 22-29 |
| Controls, Securing of | 4 |
| Electricity | 16 |
| Eye Protection | 4-11 |
| Eye Equipment | 4 |
| Fire, Prevention, Care of | 4 |
| Fire, Extinguishers | 7, 8, 15, 22, 32-33 |
| Gas | 34 |
| Gasoline | 7, 8, 9, 11 |
| | 8-11 |
| | 16, 16-17 |
| | 9 |
| | 34 |
| | 8 |
| Liquid Production Against | 16, 21, 22, 24, 33 |
| Safety Pulleys | 34, 35-36 |
| Jewelry | 6 |
| Ladder | 12-19 |
| Life Jackets | 12 |

| Subject | Page |
|---|---|
| Lifting and Carrying | 13-14, 17, 18 |
| Lines, Keeping Off Docks, Ladders | 16, 18 |
| Machines | 17-24 |
| Masks, Respirators | 33 |
| Matches | 11, 34 |
| Metal Working Machines | 18-24 |
| Personal Protective Clothing and Equipment | 7-11 |
| Pillar Material | 15 |
| Portable Power Tools | 23, 24 |
| Railings, Life Lines, Barriers | 5, 19 |
| Repairing Unsafe Conditions | 4 |
| Respirators, Masks | 11, 24 |
| Ropes, Wearing of | 6 |
| Running, Jumping, Throwing Material | 4-5 |
| Safety Belts | 12 |
| Safety Devices, Safeguards, Warning | |
| Signal, Removal of | 5, 6, 21 |
| Salt Tablets | |
| Scaffolds, Staging | |
| Securing of Switches, Valves, etc | |
| Shoes | |
| Shore-Gate | |
| Switches, Securing of | |
| Toe-Boards, Provision of | |
| Tool Boxes, Placing of | |
| Traffic | |
| Unauthorized Use of | |
| Valves, Securing of | |
| Vehicles | |
| Vibrating Tools | |
| Walkways | |
| Warning Signs | |
| Waste Material | |
| Watches, Wrist, Securing of | |
| Woodworking Machines | 24-25 |

# EXHIBIT O

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

all to whom these presents shall come, Greeting:

virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf,

seal of the National Archives of the United States, that the attached reproduction(s) is a true and

y of documents in his custody.

| SIGNATURE | |
|---|---|
| *Joseph J. Sheehan* | |
| NAME | DATE |
| Joseph J. Sheehan | 12-2-1988 |
| TITLE | |
| Assistant Director | |
| NAME AND ADDRESS OF DEPOSITORY | |
| National Archives, Mid-Atlantic Region | |
| Room 1350, 9th & Market Streets | |
| Philadelphia, PA   19107 | |

NA FORM APR 85 1407



# BOSTON NAVAL SHIPYARD

## 8-9-10 MAY 1957

DEFENDENT'S
EXHIBIT
Buffalo Pumps

96

# PIPE AND COPPER SHOP
# MASTER MECHANICS' CONFERENCE

## MINUTES



# BOSTON NAVAL SHIPYARD
## 8-9-10 MAY 1957

PERSONNEL WHO WILL PARTICIPATE IN THE
FIRST SHIP 56 MASTERS' CONFERENCE
TO BE HELD 8-9-10 MAY 1957 AT
BOSTON NAVAL SHIPYARD

**BOSTON NAVAL SHIPYARD**

| | |
|---|---|
| Rear Admiral W. E. Howard, Jr., USN | Commander, BNS |
| Captain J. E. Flynn, USN | Production Officer |
| Commander G. L. Daniel, USN | Shop Superintendent |
| Mr. G. P. Chamberlain | Master, Shop 56 |
| Mr. A. D. Sproul | Foreman, Shop 56 |
| Mr. L. E. Carley | Production Analysis Assistant |

**BUREAU OF SHIPS**

| | |
|---|---|
| Commander H. H. Simpson, USN | Code 550, Gas Turbines |
| Mr. E. B. Stacher | Code 548, Mach. Arrgt. & Piping |

**CHARLESTON NAVAL SHIPYARD**

| | |
|---|---|
| Mr. H. E. Miller, Jr. | Master, Shop 56 |
| Mr. C. W. Edwards | Chief Quarterman, Shop 56 |

**LONG BEACH NAVAL SHIPYARD**

| | |
|---|---|
| Mr. O. W. Mesher | Master, Shop 56 |

**MARE ISLAND NAVAL SHIPYARD**

| | |
|---|---|
| Mr. I. R. Whitthorne | Master, Shop 56 |

**NEW YORK NAVAL SHIPYARD**

| | |
|---|---|
| Mr. L. J. Ferris | Master, Shop 56 |

**NORFOLK NAVAL SHIPYARD**

| | |
|---|---|
| Mr. R. E. Lucas | Master, Shop 56 |

**PEARL HARBOR NAVAL SHIPYARD**

| | |
|---|---|
| Mr. L. H. Atkinson | Master, Shop 56 |
| Mr. J. H. Williamson | Quarterman, Shop 56 |

PHILADELPHIA NAVAL SHIPYARD

Mr. C. J. Bastian                                      Master, Shop 56
Mr. M. Endres                                          Chief Quarterman, Shop 56

PORTSMOUTH NAVAL SHIPYARD

Mr. E. H. Lord                                         Master, Shop 56

PUGET SOUND NAVAL SHIPYARD

Mr. C. H. Richards                                     Foreman, Shop 56

SAN DIEGO NAVAL REPAIR FACILITY

Mr. T. N. Carr                                         Foreman Mechanic
Mr. J. W. Yates                                        Chief Quarterman, Shop 56

SAN FRANCISCO NAVAL SHIPYARD

Mr. F. C. Winslow                                      Master, Shop 56
Mr. M. Poglianich                                      Senior Analyst and Scheduler,
                                                       Shop 56

AGENDA

Conference

of

U. S. Naval Shipyard, Pipe & Copper Shop, Master Mechanics

Boston Naval Shipyard

Boston, Mass.

May 8, 9, 10, 1957

Wednesday — 8 May

| | |
|---|---|
| 0815-0900 | Registration and Assembly<br>Pipe & Copper Shop Conference Room<br>Building #195 - 2nd Floor |
| 0900-1000 | Conference Opening<br><br>Commander C. L. Daniel, USN<br>Shop Superintendent<br><br>Welcoming Remarks<br><br>Rear Admiral W. E. Howard, Jr., USN<br>Shipyard Commander<br><br>Introduction of Conference Chairman<br><br>Captain J. E. Flynn, USN<br>Production Officer<br><br>Formal Opening of Conference<br><br>Mr. George P. Chamberlain<br>Master Pipefitter & Coppersmith |
| 1000-1015 | Recess – Group Photo outside Door #3 –<br>Weather permitting |
| 1015-1100 | Presentation of a paper on<br>"Production Planning & Control"<br>by Mr. Lyman E. Carlow<br>Production Analysis<br>Boston Naval Shipyard |

- 1 -

Wednesday – 8 May  (Continued)

1100-1145  Presentation of a paper on
"Job Standards"
by Mr. C. J. Bastian
Philadelphia Naval Shipyard

1200-1300        Lunch – Officers' Club

1315-1400  Presentation of a paper on
"Material Scheduling and Handling"
by Mr. H. E. Lucas
Norfolk Naval Shipyard

1400-1445  Presentation of a paper on
"Piping Identification & Control"
by Mr. E. H. Lord
Portsmouth Naval Shipyard

1445-1500        Recess

1500-1545  Presentation of a paper on
"Fabrication and Processing of
Alloy Piping for High Temperature
High Pressure steam" by Conference
Chairman, Mr. G. P. Chamberlain
Boston Naval Shipyard

1545-1630  Presentation of a paper on
"On-the-job training for Pipe &
Copper Shop Personnel as related
to New and Improved Techniques
and Safe Practices" by
U. S. Naval Repair Facility Rep-
resentative
Mr. T. N. Carr

- 2 -

Thursday - 9 May

0815-0900  Presentation of a paper on
           "The Effective and Uniform
           Use of Current Navy Piping
           Specifications and Standards"
           By Mr. F. C. Winslow
           San Francisco Naval Shipyard

0900-0945  Presentation of a paper on
           "Simplification of Design and
           Fabrication as Related to Pipe
           Fabrication" by
           Mr. L. H. Atkinson
           Pearl Harbor Naval Shipyard

0945-1000             Recess

1000-1045  Presentation of a paper on
           Effective Shop Layout" by
           Mr. L. W. Ferris
           New York Naval Shipyard

1045-1130  Presentation of a paper on
           "Pipe Fabricating Techniques
           in Industry" by
           Mr. C. M. Richards
           Puget Sound Naval Shipyard

1130-1230      Lunch - Officers' Club

1230-1630  Demonstrations or Displays
                        by
           Aluminum Company of America
           Armstrong Cork Company
           Crane Company
           Duralith Corporation
           F. N. Eastman Company
           Grinnell Company
           Henry Valve Company
           Barry Hyman Company
           G. S. Lewis Company
           Liquidometer Corporation
           Nelson Stud Welding Company
           Parker Appliance Company
           Taylor Forge and Pipe Company
           Tube Turns
           Tubular Structures Corporation of America
           Wallace Supplies Manufacturing Company
           Walworth Company
           Yarnall-Woring Company

- 3 -

<u>Friday - 10 May</u>

0815-0900   Presentation of a paper on
"The Effect of Gas Turbine
Propulsion on the Piping
Industry" by
Bureau of Ships' Representative
Commander H. M. Simpson, USN

0900-0945   Presentation of a paper on
"Refrigeration and Air Conditioning
Systems" by
H. R. Miller, Jr.
Charleston Naval Shipyard

0945-1000   Recess

1000-1045   Presentation of a paper on
"Piping Problems in Nuclear ———
Power Plants" by
Mr. L. H. Witthorne
Mare Island Naval Shipyard

1045-1130   Presentation of a paper on
"Uses and Limitations of Plastic
Pipe and Tubing" by
Bureau of Ships' Representative
Mr. E. B. Stecher

1130-1215   Presentation of a paper on
"Pipe Insulation Processes and
Procedures" by
Mr. O. W. Kraker
Long Beach Naval Shipyard

1215-1315   Lunch - Officers' Club

1315-1500   Review - Discussion - Summation

Mr. G. P. Chamberlain

1500-1515   Remarks
Captain J. E. Flynn, USN
Production Officer

1515-1630   Formal Closing of Conference
Rear Admiral W. E. Howard, Jr., USN
Shipyard Commander

- 4 -

Pipe and Copper Shop
Master Mechanics' Conference
Boston Naval Shipyard
8, 9, and 10 May 1957

Wednesday, 8 May 1957

0815 - 1200

<u>AGENDA</u>

<u>WEDNESDAY 8 MAY 1957</u>

0815-0900   <u>Registration and Assembly</u>
Pipe & Copper Shop Conference Room
Building 195, 2nd Deck

0900-1000   <u>Conference Opening - Commander C. L. Daniel, USN</u>
Shop Superintendent - Conference Chairman (Pro-Tem)

<u>Welcoming Remarks</u>
RAdm. W. E. Howard, Jr., USN - Shipyard Commander
Captain J. E. Flynn, USN - Production Officer

<u>Introduction of Permanent Chairman</u>
Captain J. E. Flynn, USN

<u>Address By Permanent Chairman</u>
Mr. George F. Chamberlain, Master Pipefitter & Coppersmith
Boston Naval Shipyard

1000-1100   <u>"Production Planning and Control"</u>
Mr. L. E. Carlow, Production Analysis Assistant
Boston Naval Shipyard

<u>Discussion of preceding presentation</u>

1100-1200   <u>"Job Standards"</u>
Mr. C. J. Bastian - Master Pipefitter & Coppersmith
Philadelphia Naval Shipyard

CONFERENCE OPENING

Commander C. L. Daniel:

Admiral Howard, Captain Flynn, Representatives from the Bureau of Ships, Lady, and Gentlemen of the Conference:

I hereby declare the Pipe and Copper Shop Master Mechanics' Conference to be opened.

It gives me an unusual amount of pleasure to meet you and welcome you to the Boston Naval Shipyard.

I have just returned from Philadelphia where I attended the first part of the Tool Conference, where I learned at first hand the immense amount of value these conferences can be.  With the wealth of talent and experience in you people assembled here; with your free exchange of ideas, and with the fellowship of your meeting together for the next three days, I hope, and I sincerely believe, that you will all leave here having gained a great deal from this Conference.

(COMMANDER C.L. DANIEL:)

We have the honor of having Rear Admiral William E. Howard, Jr.,
our Shipyard Commander, address you at this time. I now present
Admiral Howard:--

(REAR ADMIRAL W.E.HOWARD,JR.:)

Gentlemen:

Welcome to the Boston Naval Shipyard and to Boston. Former
Assistant Secretary Pratt once stated that, at this particular time
of the day, remarks should be brief, be gay, and be gone. I pro-
pose the former and latter - I don't propose at this particular
time to be gay.

I do want to say this, that conferences of this type were
discussed at the last Shipyard Commanders' Conference and proce-
dures for them were set up. However, over a year ago we stuck out
our necks and asked for this conference and asked that it be held
here, and we are very happy to be your host.

I feel a great deal of time and preparation has gone into
this, from a preliminary point of view, and I also think and hope
that those of you from near and far who have prepared papers have
not only done your part of it, but have had the opportunity to
read the others so that the time here can be as fruitful as possi-
ble by a discussion of these papers and of other matters.

There is one item I do want to mention - COSTS. I do not
know how it is in the Pacific Area, but here in the Atlantic Area
money is tight. However, our repair costs are level this fiscal
year with the previous one. This is the first time there has not
been a rise year by year. This does not mean that we are in a
satisfactory position, but it does mean that the tide has been
stemmed. On the other hand, with the trend of rising costs, we
have had to bend all efforts possible to do more for our customers
for the same amount of funds. Now, Production Planning and Control
is an effort in that direction. Improved methods, better coordina-
tion in and between trades must offset the steadily rising costs.

It is my hope that the cost of this conference, which is not
inconsiderable, will be repaid a thousandfold by what develops
from it.

Thank you, gentlemen, and welcome!

(COMMANDER C.L. DANIEL:)

Thank you, Admiral Howard.

(COMMANDER C.L. DANIEL:)

It is now my pleasure to present Captain J. E. Flynn, our
Production Officer.  Captain Flynn.

(CAPTAIN J.E. FLYNN:)

Gentlemen:

I want to add my welcome to that expressed by Admiral Howard.
There is nothing to add to that, for he left nothing unsaid.

I asked to be here especially because among the conferees I
see many friends of former years.  I am an alumnus of several of
the Shipyards represented here.  If I have not been brought up
properly, it is possibly your fault.

Among other things, I am happy about the weather, at least
for today.  Only last Sunday I put my snow shovel away in the
cellar, so I want you to understand that practically anything can
happen in Boston.

I do have a couple of suggestions to offer to the Chairman,
although he is perfectly free to do as he chooses.  We asked you
to make your presentations as brief as possible so that we will
not have to go through the dry reading of the full subject when
you make your presentation.  The purpose of that request is to
allow time for considerable discussion after a topic has been
presented, and I think that is the greatest benefit to be de-
rived from a conference.  It is the discussion that produces the
fruit, and I suggest that you run this conference with an eye on
the clock, for by the time Friday afternoon rolls around you are
going to discover that you need more of that precious commodity -
TIME.  In addition, each discussion is likely to provoke new
topics — and some might even develop into a bull session.  For
example, it is important that you allow yourselves an executive
session - and, while the conference agenda doesn't specify an
allotted time for that, I think you might give some thought to
a round table discussion — which I predict will last for four or
five hours.  You will find that you are going to want an uninter-
rupted period of four or five hours, which may perhaps be worked
into the program on Thursday afternoon, or maybe Friday afternoon.

It is your conference — it is not ours.  We, as Admiral
Howard said, are your hosts.

If you find any inadequacy and you will make the deficiency
known, I will be only too happy to step in and do whatever I can
to help.  Our attitude here is that we feel honored to have the
Master Mechanics from the Pipe and Copper Shops here in Boston,
and we want them to enjoy a successful conference.  It is our
obligation and we are prepared to live up to it.

(Captain J. E. Flynn)          I want to introduce to you
at this time the Chairman of
this Conference Mr. George
Chamberlain, Master Pipefitter
and Coppersmith here in Boston.

FORMAL OPENING OF CONFERENCE
By G. P. Chamberlain

Admiral Howard, Captain Flynn, Commander Daniel and fellow
conferees. I accept the Chairmanship of the first Pipe and Copper
Shop Master Mechanics' Conference with pride, but also with a sense of
humility. I realize well, the responsibilities and importance of this
position and cherish the opportunity to serve.

The purpose of this Conference is to provide a common meeting
ground for the identification, discussion and resolution of problems
common to all U. S. Naval Shipyard Pipe and Copper Shops.

During these past few years, we in this United States of America,
have been taught to regard ourselves as the chosen people of the
God of material industrialization.

There has been painted for us a panorama of resplendent prosperity.
We marvel at the prodigious accumulation of wealth. We rejoice in the
multiplication of labor saving devices, whose main purpose and object is
to lift the burden of labor from the hands of weary men.

America, in its short industrial life of 150 some odd years, has
witnessed more material progress than has Asia in the past 150 centuries.
We are presently witnessing the unfolding of new sources of power, atomic
energy, and the efforts to harness that tremendous energy, for the
benefit of industry. We see jet engines, capable of driving airliners
at a speed of 600 mph, electronic machines which are almost capable of
thinking, rocket missiles with a 3000 mile range, wonder drugs that
save lives that would have been lost only a few short years ago, and
feats of medicine and surgery that border on the miraculous are performed
with new equipment which is the product of our industries. Great turbine
engines produce power greater than all men and all beasts of burden on the
earth combined. Mammoth shafts and mighty anchors, motor cars and miles
of super highway for them to ride upon. All of those are fabricated,
manufactured and accomplished with a speed and a quantity almost
unbelievable. As a matter of fact, the United States is capable of
supplying two thirds of the machined products of the entire world. These
are no dreams of tomorrow, but actual reports of projects now underway,
that are helping to make a new and wonderful world.

It is not my purpose to review for you any further, this epic of
American progress. Each of these developments and demands more like than
are now part of the program of the Navy. We, as part of Navy production
management, are a vital part of this program. We have an opportunity in
this dynamic parade of events, which few people are privileged to have in
their lifetime.

Some of the major advances in science, when put to practical uses,
require a tremendously expanded use of piping. In other words, the
normal growth of scientific knowledge has in and of itself, created a
demand for an even greater number of qualified people in the pipefitting
field. New production methods are being rushed into use, under the
stimulus of this Nation's efforts to defend itself. In this mad rush for
efficiency and production, there has been scarcely time to perfect the

proper procedures, the painstaking step by step measures which must be followed in the fabrication of the piping systems which are so important in the control of our great sources of power. We are in a unique primary position in the field of piping for Naval power. Prime is defined in Funk and Wagnall's dictionary as: "The Beginning of Anything." We as prime movers in the field of Naval piping, find ourselves this morning, sitting in conference at the beginning of what promises to be the greatest era in the piping industry. We are being given a special opportunity to become the undisputed leaders in the field of marine piping. We want to be efficient. We want clear thinking and fearless action along the right lines of thought. Our program must be sound and workable. Experience has shown that these conferences alone can not ensure success. We need the unwavering support of all segments of management within our own industry. We need reassuring assistance of all related departments, free from petty considerations. Our problems are serious enough to merit constructive action. That, we have the right to expect.

If the United States Navy is to continue guarding jealously, its standing in the world of today, as a hard hitting military organization of the highest calibre, then it must continue to develop still newer methods of production.

Since our purpose is so worthwhile, I am confident as to what the outcome of this conference will be. We recognize our wider frontiers and wider responsibilities. We accept that responsibility and the challenge of the future. Dedication can scarcely be considered complete, unless it includes devotion to the work of bringing increased contribution and efforts to meet this challenge. My congratulations go to you and may we be enormously successful.

(MR. G. P. CHAMBERLAIN:)

    Gentlemen:

    At this time, in the absence of Mr. Chet Stanson, the
President of our local Master Mechanics and Foreman's Associa-
tion, who is attending the 61st Annual American Foundryman's
Society Congress at Cincinnati this week, I have the pleasure of
introducing to you, Mr. David Himmelfarb, Master Ropemaker, who
is undoubtedly known to some of you as a National Committee-man
of the Master Mechanics and Foremen's National Association.
Mr. Himmelfarb!

(MR. D. HIMMELFARB:)

    Mr. Chairman, Admiral Howard, Captain Flynn, Commander
Daniel, my Fellow Master Mechanics, and invited guests:

    On behalf of the Boston Local Chapter of the Master
Mechanics and Foremen's Association, it is my privilege to bring
our greetings to this conference.

    I have been instructed by your Fellow Master Mechanics to
convey our best wishes.  It is our sincere effort to try to make
this conference a 100% success.  If there is anything that we can
do as individuals or collectively to further the success of this
conference, please pass the word.

    I would like for a moment to deal with the position of
Master Mechanics in the Naval Shipyards.  All of us, from time to
time, feel we are being engulfed by new and changing staff functions.
We see new faces, new groups - all of which are presumably designed
to help in the achievement of our industrial mission.  We note in-
creasing overhead expenses and see no relief from mounting costs.
Engulfed by all of this, we often despair that not only is our ef-
fectiveness being threatened, but our positions as Master Mechanics
are being weakened - if not actually threatened.

    Gentlemen, let me assure you that there is nothing further
from the truth in this type of thinking.  Every time we have a
doubt in our Shipyard as to our status as leaders of the indus-
trial operations, our Shipyard Commander dispels it; our Produc-
tion Officer dispels it, and I can assure you that your respec-
tive Shipyard Commanders and your Production Officers will dispel
it, too.  In our meetings at the National Association level, our
conference members are aware that Bureau Chiefs are concerned with
civilian industrial operations also.  If we needed any more evidence,
there is the fact that the Navy recognizes it by encouraging con-
ferences such as this.

(MR. G. P. CHAMBERLAIN:)

Gentlemen:

Now to open the business of the conference, I am going to present a man whom we in Boston think is particularly qualified to discuss the problems of Pipe and Copper Shops, as they became embroiled with the Production Planning and Control Program. Having been a Master Pipefitter and Coppersmith for seven years, he understands our particular problems best.

It is accepted as fact that only about one in twenty American adults have ever been exposed to a formal course in economics. Yet the great issues of the day are interwoven with an economic base. Lacking knowledge of economics, any individual falls prey easily to the something-for-nothing philosophy. Lacking knowledge of how a business operates, a person might readily believe that profits, and the profit motive, are forces for evil rather than forces for good.

This gentleman whom I am about to introduce to you a few short months ago stepped into a job which was considered by many as an impossible one. He has stimulated sound thinking and attitudes about the spirit and workings of our Production Planning and Control System. He has developed a better understanding of the workings of the system. He has improved attitudes which were based on popular misconceptions and mistaken economic beliefs.

I give you Mr. Lyman E. Conlon, Production Analysis Assistant, and my predecessor as Master Pipefitter and Coppersmith at the Boston Naval Shipyard.

Mr. Chamberlain:

Thank you, Mr. Atkinson.

Mr. Ferris of the New York Naval Ship-
yard will speak to us on "LIFELINE
SHOP LAYOUT."

"Effective Shop Layout"

***

Mr. L. W. Ferris
New York Naval Shipyard

"Effective Shop Layout"

Introduction:

Gentlemen, when I was first informed that the topic assigned to me was to be "Effective shop layout" I said to myself "what the devil" everyone there has had a lifetime of experience on that subject and each one has his own opinion. There is no doubt in my mind that every Master Mechanic here thinks as shops go, along the lines of the flea who thinks his dog is the best darn dog in the world. At this point I suppose I should sit down and forget the whole thing and maybe some of the members present wish I would. However, having been asked to present a paper, I am going to proceed along that line. The title "effective shop layout" may be interpreted in several ways, such as proper set up of machines and equipment for the most efficient manner of performing the work within a structure which was originally designed for some other purpose, or a proper set up of modern machines and equipment within a structure designed particularly for the purpose. The former interpretation is the one we have lived with and have changed each time a new development of our work takes place.

The old shop of twenty years ago was devoid of stress relieving, welding, X Ray, bending machines, pipe identification equipment and etc. So we changed from expanding and spelter brazing to van-stoning and then from van-stoning to welding. With the advent of the new higher steam pressures more changes were made and there is no question in my mind that changes will have to be made to fit in with the new age upon which we are about to embark, that of Nuclear Power. This brings me back to the title "Effective Shop Layout", is it something you make the best of, with what you have or is it something you devise using building, equipment and machines best suited, a sort of "ideal shop."

Many of us have dreamed of what we would ask for if given the opportunity and here there would be a large number of opinions, not all alike for the opinions would be based on the type of work performed at that person's yard. There is one thing I am sure, each one of us would base our ideal shop on the shortcomings of our present shop. So with this in mind, I will endeavor in the time allotted me, to integrate the layout of the ideal shop, designed specifically to function as a Pipe and Power Shop. Theoretically there would be no problem of space or money. After laying out my ideal shop, I will describe how our present shop is arranged to conform into this layout as far as its physical size and space permit.

As I see it, the shop is a shell which contains our men and machines. This shell should be so planned, designed and built that it not only amply provides for present requirements, but it must be able to accomodate, with utmost efficiency the inevitable increase in shop personnel, internal transportation and particularly, in the number and size of new machines for the next ten years. This is by no means a purely visionary idea, but is predicated on the tremendous strides and multitude of technological developments in the field of marine engineering since World War II. In addition we must not lose track of the fact that Navy Yards and shops operate at approximately 10% of their potential in peace time. The shop must be designed to operate efficiently at the lower figure and able to expand to the maximum in time of emergency.

As I stated before my talk will consist of:

1.  The layout of the Ideal Shop (which includes)

    a.  Process method layout
    b.  Kind of Building
    c.  Receiving and Storage
    d.  Transportation
    e.  Functional layout
    f.  Tools and Toolroom
    g.  Personnel Accomodations

2.  How Present Shop conforms to "Ideal"

    a.  General Areas
    b.  Functional Arrangement
    c.  Copper Shop
    d.  Shipping Department

3.  Conclusion

    1.  LAYOUT OF THE "IDEAL SHOP"

    a.  Process Method Layout

Effective shop layout considers the function of the shop, quantity of production, type of production and type of operations involved. Since our work consists of many varied operations with pipe to form the finished product, it can be seen that the mechanic and his work must have the various functions of the shop close at hand to complete his job efficiently and economically. There are at least two basic plans to resolve shop layout: the process layout and the functional layout. The functional layout, banks of girders,

lines of drill presses, rows of power saws, etc., is not ideally
suited to our needs. The prime disadvantage of this layout is the
excessive back-hauling of material in work. Since the production
in-line method, i.e., raw material entering one end of the shop
and emerging as a finished product at the other end is the concept
of our work, the process method is better adapted to our work
demands. The principles of mass production however, cannot be
applied to our highly specialized work. It must be borne in mind
that our type of work requires great flexibility in sequence of
fabrication and assembly. This is due to the wide variety of other
similar work operations being performed simultaneously. Some conditions
particular to shop work require extensive shop operations while other
conditions require relatively limited shop operations prior to instal-
lation aboard ship. In each operation, effective shop layout should
have the necessary equipment arranged in the in-line set up. This
would insure maximum efficiency in production. Machines of similar
types should be stratigically located in the various shop functions
so that operational steps in manufacture would move from machine to
function and function to machine with minimum effort.

b.  Kind of Building

        The single-story building, by that I mean the whole shop
under one roof and on the ground floor has a number of advantages.
They are: ease of handling material, reduced obstructions, machine
foundation problems minimized, ease of shop expansion, better
natural lighting and ventilation. Again let me emphasize that the
product and its method of manufacture determines the ideal layout.

        The ideal shop's administration office should have
sufficient space for management and its personnel staff. The office
should be located where the noises of the shop are at a minimum and
still be readily accessible to the production floor. It should
have proper ventilation, lighting and the acoustics should be such
as to dispel unnecessary noises.

        Good administration requires proper management and control
of all work progress in the shop. Therefore a conference room
capable of seating all supervision of the shop is of prime
importance. This room is a necessary part of good administration
since it enables top management to meet periodically with
supervision and remain abreast of all work progress and problems
as inherent to shop work.

c.  Receiving and Storage

        The best arrangement of the receiving and storage areas
in the floor plan of the ideal shop is one which combines

centralization and decontralization and attains the maximum
advantages of both. Materials that require special-handling equip-
ment and care in transportation such as thermostatic valves, gauges,
carboys of acids, etc., should be moved as little as possible.
Storage areas should be located with reference to the receiving
areas and the production areas they will serve. Raw materials
storage should be centralized and located near the point of
use. Supplies and parts may all be provided with centralized
storage areas located to reduce handling and delays. The
decentralized scheme is particularly desirable then individual
storage areas can be made to carry items used only by the
respective shop functions served. Whatever storage is used
in the shop layout, it should be one that provides an adequate
supply of material with a minimum of handling and delay.

The pipe rack areas should be located and so designed as
to be readily accessible from the initial stage operations, i.e.,
bending, fabricating, pickling, etc., and to enable piping being
unloaded from trucks to be placed in rack without having truck
enter the shop proper. This would eliminate truck exhaust fumes
in the shop and help expedite the flow of material from the
pipe racks to the production floors. Large size pipes with heavy
wall thicknesses are best stored in open racks which provides a
decided advantage, since it permits a man to handle even the longest
or heaviest sections of pipe without assistance. This would be
impractical, unsafe and time consuming if the pipe were in a closed
rack. Many changes of pipe design such as larger pipe sizes,
metal alloys, etc., are constantly being introduced to the Pipe and
Copper trades. Therefore, ample space must be alloted in the pipe
rack area for future expansion.

d. Transportation

The ideal shop layout should combine spacious work areas
with proper and adequate internal transportation facilities. The
shop layout should be so arranged that the work flowing to and from
one operation to the next does not interfere with adjoining or
adjacent work functions. This can be accomplished by having
adequate aisle space sufficient for all internal trucking
requirements and the necessary equipment for over-head travel.
The entire shop overhead should be criss-crossed with electri-
cally operated hoists and movable trolleys to facilitate handling
of all heavy materials. While it is true that short distances
make for time saving, the over-head hoists and movable trolleys,
covering every square foot of work area, reduces the handling time
and worker fatigue to a minimum. The advantage of this means
of travel is the ease in which the mechanic is able to handle and
move heavy and unwieldy objects to any shop functions without

hindering or interfering with other work. Broad aisles should be clearly defined by painted lines and in no way be blocked by trucks or material waiting for movement to the next shop function. The space immediately surrounding each function must provide for work just finished and for work waiting to be fabricated.

#. Functional Layout

The shop should primarily be built around the bending and fabricating shop functions. These are two of the most important functions in the shop and it is from here that practically every other operational step is ultimately used. These two sections should be immediately adjacent to each other since most frequently one step follows the next. Power saws and grinders should be spotted within each function and also between the functions because piping is frequently cut immediately prior to or after the bending operation. Auxiliary shop functions are other important factors to be considered in the shop layout. It must be remembered that our shop consists of three different trades; pipefitters, coppersmiths and pipecoverers and insulators. In addition, we employ the permanent services of four other trades; Shops 06, 11-25, 31 and 38. Shop 05 for tool issue and maintenance; Shops 11-26 for the all-important chipping and welding; Shop 31 for the machining, facing and boring of flanges, piping sections and jigs; and finally Shop 38 for inspection and repair of large valve bodies and component parts, a vital part of all piping assemblies. Ample areas must be alloted for these allied trades within the shop not merely for present demands but for all future expansion.

Other auxiliary functions to be considered in the layout are the: hanger department; gasket department; acid room; stress relieving section; nipple department; cleaning section; hydrostatic testing section; gas mask department; pipe X-ray section; rosin stand; layout tables, floors for mechanical templates; and the vertical and horizontal hydraulic presses. These are but a few of the many auxiliary functions within the shop. Two of these auxiliaries should be given particular attention for space allotment in the floor plan. They are the acid room and the stress relieving section. The acid room should be partitioned off to prevent any acid fumes from entering the shop and should be so located as to be readily accessible to the production floors. Ample space must be allowed between the acid tanks, lye tanks, hot water tanks and neutralizing tanks, etc., to allow for easy handling of bulky objects. Tin pots capable of handling objects up to twelve feet in length and six feet in diameter should have sufficient space to accomodate any unusual shaped objects which may have to be hot-dipped. The influx of copper work due to the introduction of atomic energy into the copper field has created

many new problems in its manufacture.  To meet this demand,
additional space must be planned for future utilization.  Special
high capacity forced-draft blowers should be installed in the
acid room to dispel all acid fumes and vapors and a shower should
be installed for emergency purposes.  Within the stress relieving
section, the Johnston oven should be located in relation to the
shop itself rather than to any individual function.  Its site is
determined by two factors: its tremendous size and the fact that
a railroad track is used to load and unload it.  This area, when
not in use should not be used for any other purpose, such as storage,
due to the many delicate gauges, thermostats, gas valves
and gas cocks surrounding the oven.  Additional ovens should be
placed adjacent to or in the immediate vicinity of present ovens
to utilize existing piping and cranes.  This should be considered
in the placement of the original installations.

F.  Tools and Toolrooms

Additional space must be alloted in each shop function
to allow for storage of workers tool boxes.  This is necessary since
many shop operations require the use of hand tools which are kept
in tool boxes stored in racks.  These racks should be placed in
such manner as to be easily reached within each work station.

The tool room should be centrally located in the shop
to minimize time lost by workers going to and from the tool
crib and their work stations.  The crib should be maintained with
an adequate supply of tools necessary to meet every operation in
the shop and have proper tool control of all the tools issued.

G.  Personnel Installations

Water closets, women's rest rooms and locker rooms should
be properly located in reference to the administration offices
and the production floor.  All plumbing fixtures should be adequate
to meet the needs of the worker.  Again, let me say, that all of
these areas should be properly lighted, ventilated and of adequate
space.

In planning the ideal shop layout, great consideration
should be given to the woman worker.  In the event of an emergency
crisis, the shop's layout should be of sufficient flexibility
as to allow for the different demands and requirements of these
employees.

A good shop layout is one that retains safe and healthful
working conditions for its employees.  The layout should be
analyzed and checked for safety from every point of view.

The floor plan should be checked for safety at every shop function. Adequate guards and devices should be provided to protect the worker from moving parts, hot pipes, slippery or rough floors and similar hazards. Such processes as metal cleaning and welding operations should be arranged and located with sufficient consideration for the health and fatigue of employees working in these sections as well as of employees in the shop as a whole. Production areas congested with material or equipment are other safety hazards. Therefore, ample space should be provided around each machine for safe operation and material handling.

In the ideal shop, consideration of the quantity of light alone is insufficient. Good illumination reduces eye fatigue thereby increasing production. It also raises the quality of workmanship, reduces accidents and improves employees morale. Good quality of light is attained by the proper direction, diffusion and distribution of light for ease and accuracy of seeing. The quality of light is measured by the absence of such features as glares and shadows. Direct glare and reflected glare can be eliminated by analyzing the sources of glare and then taking corrective action. Good diffusion is attained by scattering the light in all directions through expansion of the size of the light sources. When the human eye must move from one intensity of illumination to another, eye fatigue results. It is therefore readily seen that by providing a uniform distribution of the required quantity of light, the ideal shop will be free of glare and objectionable shadows.

While it is true that heating is often given the first consideration in a shop layout, it is my opinion that ventilation should be considered first, as the amount of ventilation required will materially affect the heating required. Another factor to be considered in the layout is the need of sufficient ventilation to dispel welding and burning fumes, silver-brazing fumes and vapors. Adequate circulation of air and proper control of temperature reduces employee fatigue and accidents.

The layout should incorporate good fire-protection features. Inflammable materials and liquids should be provided for in segregated areas. Fire-fighting equipment must be adequate and properly located. For rapid evacuation of the working force in case of fire, exits must be ample and well located.

2.  HOW PRESENT SHOP CONFORMS TO "IDEAL"

a.  General Area

In summing up, if I were asked to name the most important

factor that makes for ideal shop layout. I would unhesitantly state
that space and more space is the answer. To serve this space we
must of course have the requisite internal transportation. It is
with this problem of space that our present shop differs mostly
with the ideal concept. We in New York are handicapped to a
great extent by the size and shape of the building we now occupy.
This building, covering some 120,000 square feet is roughly
"L" shaped. Certainly not the most practical layout for our kind
of work. In our present shop, we have fully incorporated the
theories of in-line production. To overcome to a great extent the
space problem, we have built a mezzanine for light manufacturing
and storage of gaskets and gas racks. Our administration offices,
shop analyst and scheduling, sketching department, men's head
and wash room, women's locker and rest room and the supervisor's
conference room occupy two floors on one side of the building.
These areas are immediately adjoining the production area. The
pipecoverer and insulating trade, nipple department and refrigera-
tion department occupy the street floor of a separate building
adjoining our main shop. This allows some 10,000 additional
square feet for these three activities. Here again the layout
conforms to the in-line production set-up. The entire second floor
of this building is the men's locker room. Equiped with heads,
wash rooms and showers, its facilities are adequate for our present
ceiling of 1300 employees.

b. _Functional Arrangement_

At one end of the pipe shop, close by the receiving door,
we have our pipe rack. Here also are located the hanger department,
scrap buckets, van-stone machine and power saws. The Johnston
Oven, its length running parallel to the shop, has its receiving
doors at this end of the building. Two steel doors give access
to the oven enclosure from within the shop proper and from the
outside of the building. From this area, going further into the
shop, we have on one side of the central aisle, a steel template
floor, template layout tables and large Wallace bending machines.
On the other side of this aisle are fabricating tables, silver-
brazing section, another steel floor and the welding bay. The
welding bay, situated along side the fabricating tables is
partitioned off from the rest of the shop. The interior walls are
painted black to absorb the glaring flashes. Every possible means
of ventilation and all safety devices are employed to safeguard the
men working here. These shop functions are laid out for maximum
efficiency of work sequence and are so arranged as to make full use
of every square foot of available space. Within and between these
functions are our auxiliary tools, i. e., grinders and power saws.
This then, is the heart of our production area. Lathes, boring

mills and radial drill presses are next in line with the fabricating tables. These machines, operated by men assigned from Shop 31, are so arranged in the shop layout scheme that special machining jobs, i.e., jigs and templates, can be done without interruption to the normal flow of fabricated work. Beyond the machine shop work area are the cleaning, testing and inspection department. A good indication of the variety of metal alloys developed and used for naval piping are the testing devices employed in our shop. All main steam propulsion piping, and this includes chrome-molybdenum, carbon molybdenum and carbon-steel is tested with high powered x-ray machines. In addition, other kinds of inspection are made by the metallurgists of Shops 11-26 permanently assigned to our shop. Shop 38 has its own work area in this section for valve inspection. The hydrostatic testing of piping sections is done by our own men.

c.  Copper Shop

      The Copper Shop is a separate activity within the main building. Coppersmithing, as we all know, is one of the oldest trades and many of its operations are still performed by hand. However, whenever possible, hand and power machines are used to accelerate the work progress. The Copper Shop is for all practical purposes, arranged in such a manner as to efficiently and economically process non-ferrous metal assemblies of sheet and piping. Here again the work sequences are set-up for in-line production but to a lesser degree than the pipe shop since there is a greater amount of artificer hand work involved in the fabrication of non-ferrous assemblies. These are; various size expansion joints, venturi tubes and 42" diameter copper-nickel main injection piping, etc. The shop is laid out in such a way as to have the raw material enter one end of the building, proceed thru the various fabrication steps, enter the acid room for cleaning, on to the hydrostatic test and inspection areas and then routed to the shipping department for delivery.

d.  Shipping Department

      Well...we finally arrived at the area of organized confusion. The shipping department. To listen to those fellows tell it, we could never assign them enough space, fork-lift trucks or cranes for their needs. One look at the mass of finished work, the product of an average work day, ready to be delivered to the ships, is a darn convincing argument for their side. Our shop has three main shipping doors at one end of the building. Trucks do not back up to a loading platform as they would in the ideal shop, but must back into the shop proper to be loaded. The

space thus occupied by these trucks and trailers even for the comparatively short loading time could be used for trays, pallets and tote boxes waiting to be loaded. The space between the shipping doors is utilized for stacking trays, pallets and tote boxes not in use. Incidentally, these tote boxes were a beneficial suggestion adopted by the Navy Department. They are shipping boxes made of 2" planking which are covered and locked in transit. They are used for shipping valves and smaller fittings which are easily "lost."

## 3. CONCLUSION

How we have incorporated the ideal shop concept to our present shop layout and scheme of things is indicated by a few facts and figures. During the year 1956 a particularly heavy work schedule year, the New York yard saw the completion of the CVA-60, the early stages of the CVA-62, the conversions of the CVA-11, 19, 20, and the ZLG-153 and some twenty six destroyers and destroyer escorts. During this period our shop fabricated and installed over one quarter million feet of pipe, ranging in size from 48" diameter copper and copper-nickel, 16" to 20" corrosion-resistant steel and copper-nickel, 6" to 12" chromo-molybdenum, carbon-molybdenum and carbon-steel piping. This of course was in addition to the more usual standard piping ranging in size down to a half inch. These new high pressure, high temperature piping alloys and unprecedented large size piping fabrications required larger size machines, more space for template layout and new procedures in fabrication. This in turn necessitated the relocation of existing machines and equipment to make place for these additional space demands. This could not have been accomplished had our shop layout been inflexible in its original floor plan. There is always a need for shop layout analysis in our yards. Progressive supervision constantly reviews its facilities for possible improvement. A shop layout that remains unchanged for a number of years can be assumed to be obsolete in some way. This can be understood considering that there are constant changes in the kind and size of piping fabrications demanded by our ever increasingly efficient navy. In closing, let us remember that these efforts are for our great heritage; the resourcefulness, ability and ingenuity of the finest mechanic in the world, the AMERICAN WORKMAN.

Mr. Chamberlain:                    Thank you, Mr. Ferris; it was a most
                                    interesting and enlightening presentation.


                                    Gentlemen, we will have to make a slight
                                    change on the agenda.  Mr. Richards of
                                    the Puget Sound Naval Shipyard was to
                                    have talked to us before luncheon on
                                    "Pipe Fabricating Techniques in Industry,"
                                    but time is running out.  It is now 1104,
                                    and we are due at the Officers' Club
                                    promptly at 1130.  We will adjourn and
                                    hear Mr. Richards at 1245.


                                    Thank you.


Mr. Chamberlain:                    And now we will hear from Mr. Richards
                                    of the Puget Sound Naval Shipyard, who
                                    will present a paper on the "Pipe Fabri-
                                    cating Techniques in Industry."  Mr.
                                    Richards......

"Pipe Insulation Processes and Procedures"

\*\*\*

Mr. O. W. Meeker
Long Beach Naval Shipyard

"Pipe Insulation Processes and Procedures"

Gentlemen:

We, Master Pipefitters, more than any other group of people,
face the increasingly important and difficult task of providing
and installing effective insulating materials aboard Naval Vessels.

Why is this an important and difficult task?

What are we doing about it?

What advances have been made?

What does the future hold?

The manner in which insulating materials is applied,
and also the selection of these materials, affects both habitability
and operating efficiency of our ships. An otherwise perfectly
designed ship would be of little value if heat from steam pipes
and machinery was allowed to escape and convert the ship into an
immense oven which could bake the crew. We gain little by
constructing boilers, reactors and heat exchangers to squeeze the
maximum BTU of power from the available fuel and then permitting
heat to escape from the system before it expends its energy on the
rotor of the turbine.

Comfort of the crew is not a luxury. In order that men
arrive at their battle positions in good health, capable of
performing with maximum effectiveness, this comfort must be
maintained by whatever control we can exercise over living conditions.

The steam turbine is a heat engine. Every conceivable
device is built into the boiler to obtain the best possible
combustion and to transfer the greatest amount of heat to the water
in order to generate the maximum amount of steam per pound of
fuel consumed. The steam is then superheated to an even
higher temperature to enable it to deliver even greater quantities
of heat energy to the rotor of the turbine.

If the boiler steam drum, the valves and piping, the
turbines and pumps are not properly insulated, much of the heat
energy will be lost to the atmosphere, raising temperatures in the
machinery spaces to the point where they become unbearable. This
unwanted heat must be removed by large, powerful and expensive
ventilation systems. As the blower supplies and the exhauster
removes air, wind is generated. As the wind velocity increases,

loss of radiant heat also increases, both from insulated and uninsulated surfaces. This cycle of more blowers to remove more heat to lose more heat to remove more heat is extremely undesirable. Of course, the obvious solution is to insulate efficiently in the beginning.

In every power plant there is a heat loss from all heated surfaces and a heat loss to all cooled surfaces.

Heat loss may occur in three ways; by conduction, by convection, and by radiation.

The manner of heat flow is most important in insulation because it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant insulation). Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (BTU) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. The surface condition greatly affects the ability of a body to radiate heat. Dull, dark, rough surfaces (such as C-I-O pipe), are the best radiators.

In order to minimize the transfer of heat from or to a body which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. Thermal insulation is a material or materials of low thermal conductivity.

While increasing the economy of the plant, thermal insulation, (as was mentioned previously), reduces the quantity of air necessary for ventilation and cooling requirements and prevents injury of personnel due to contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal.

I wish to emphasize that insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.

Insulating materials must possess certain characteristics. These are:

    a.  Low heat conductivity.
    b.  Noncombustibility
    c.  Lightweight.
    d.  Capability of easy molding and application.
    e.  Moisture repellent.
    f.  Noncorrosive, insoluble, and chemically inactive.
    g.  Composition, structure, and characteristics unchanged by temperatures at which it is to be used.
    h.  Once installed, should not cluster, become lumpy, disintegrate or build up in masses from vibration.
    i.  Vermin proof.

All of us are familiar with the available forms of insulating materials such as:

    a.  Molded sectional pipe covering:
        (1) Magnesia
        (2) Diatomaceous earth
        (3) Cork
    b.  Block
        (1) Magnesia
        (2) Diatomaceous earth.
        (3) Cork
    c.  Blanket insulation
        (1) Amosite
    d.  Plastic
        (1) Magnesia cement
        (2) High temperature cement

These familiar materials have been with us and in use on ships as long as any of us can remember.

During World War II a few changes in materials were made. Unibestos, which is amosite in pipecovering sectional form, was introduced.  Also, we started using blanket insulation such as glass on ventilation systems.  After the carrier Lexington was sunk, as well as because of uncontrollable fires on other battle-struck vessels, we substituted asbestos cloth and glass cloth for canvas as a lagging material.

Until recently, methods of installing insulating materials remained almost the same as always.  Probably the most radical change was that of substituting the use of adhesives for the needle and thread in the application of cloth lagging.

Greater efficiency of powerplants dictates increases in both pressures and temperatures used. Aside from the problems of metallurgy and fabrication of piping systems Pipe Shops must be increasingly alert to the need for more affective insulating materials and processes.

Developers of insulating materials have, in the last few years, produced many new insulating materials. Many of these lend their characteristics readily and favorably to shipboard uses.

We are familiar with the problems encountered in insulating deck steam lines aboard tankers. Because a loaded tanker in heavy seas has its decks constantly awash, insulating materials such as magnesia, which readily absorb salt water, are of little value. Each time insulation absorbs salt water, salts are introduced into the material. The pipe is heated, water being evaporated and leaving the salts. Each subsequent soaking brings additional salt until the insulation is filled with foreign material and becomes entirely useless.

Any solution to the problem of deck steam piping insulation demands that the insulation be completely water-proofed.

Two solutions offer themselves: the first, and possibly most obvious, would be to replace the catwalk on the deck of the tanker with a waterproof tunnel-like passage from forecastle to poop deck. This would permit personnel to travel the length of the ship in foulest of weather. On its overhead and sides could be placed piping and electrical conduits out of the weather.

The second solution, and the one being employed at Long Beach, is to insulate deck steam piping with a non-absorptive material. We use Foamglass sectional insulation. This is a material which meets all requirements for insulation. However, because of its nature all contact surfaces must be cemented together with a waterproof adhesive. The adhesive which we have been using is not adequate in that it does not set up quickly enough now is strong enough for our purpose. However, we have discovered an adhesive called Tuff-Bond, manufactured by the Goodloe E. Moore Company of Danville, Illinois, and which apparently will cohere any two substances.

If Tuff-Bond delivers as well as we expect it will solve still another problem, that of attaching insulation fastenings to surfaces to be insulated, such as ventilation ducts.

This material has not received BuShips approval. However, we have requested evaluation from them.

As we all well realize, refrigeration insulation has been a problem area through the years. This was a problem area during World War II because of the acute shortage of insulators who were capable of applying cork insulation properly. The cutting and fitting of cork to exact measurements, particularly in confined areas requires considerable skill and is time consuming.

The Foamglass and adhesives which are used on dock steam lines seem to be the answer to the refrigeration insulation problem.

We have insulated one complete refrigeration system on a Destroyer with this material and it proved to be satisfactory.

No appreciable savings in labor costs were realized but the material costs were much less. This is an important factor as insulation often costs more than the pipe on which it is applied.

We are also applying Foamglass on chilled water lines, and plan to discontinue the use of cork as an insulating material.

In addition to the chilled water piping, we have many miles of cold water piping such as flushing and fire systems. Present specifications call for the application of blanket type insulation (Amosite) to cold water piping. This is a dusty, time-consuming chore which requires considerable skill to produce a neat appearing completed job.

Instead of cork and blanket insulations on chilled water and cold water systems another material might be used. This is Armstrong's Armaflex. Armaflex is furnished in a variety of sizes up to 2½" I.P.S., as a long cylinder or tube.

In new installations, this material can be slipped over the pipe, pushed back from the joints for sil-brazing, and then returned to position. A fitting cover is installed with contact surfaces cemented and the job is complete except for painting. Being flexible, the material can be bent around curved piping easily.

On old installations the tube is slit, slipped over the pipe, contact surfaces are then cemented, and the job is finished.

Using the appropriate larger size material, fitting covers can be fabricated easily.

Probably best of all, in cases of national emergency, with skilled labor unobtainable, new employees could be trained to install insulation in a minimum period of time.

Another, and even more startling development, is a plastic material developed by the American Latex Company of Hawthorne, California. This material, StaFoam, is applied very simply by spraying, similar to the application of a heavy coat of varnish, with the catalyst being added in the nozzle of the spray gun. Within a few minutes of application StaFoam bubbles up to about 5/8 of an inch, or even thicker, depending on the thickness of the spray coat. It then air-cures in a few hours. The finished product resembles magnesia insulation in color and formules in texture.

StaFoam is not intended for use on hot installations. While it will not support combustion it would best be suited for use on cold water piping and ventilation ducts.

Because StaFoam is a new product, and one which offers so many possible applications, I have brought along copies of its literature for each of you who desires them.

In a period of only a few years we may well be insulating all ventilation, fire, flushing and refrigeration installations, with this or a similar material, saving sums which I hesitate to estimate. Equally important is the possibility of being able to apply a completely vapor-proof barrier on all cold surfaces.

These new materials also offer a means of combating one of the most insidious of occupational diseases, Asbestosis, by replacing amosite as an insulating material to a considerable extent.

Amosite is a form of asbestos which is coarse in texture and of a varying color from ash gray to brown.

The asbestos which we use is a mineral as much as is the rock in which it is found. Furthermore, its principal ingredient is silicon, which is responsible for the disease which we know as silicosis.

Asbestos, or silicosis, is caused by prolonged breathing of silica dust. Asbestos, when handled dry, produces vast amounts of silica dust. In new applications the material can be dampened to reduce the amount of dust liberated. However, the specified type of amosite for use on cold water piping is water repellant. Also material which must be removed from an existing installation is dry and powdery, being an excellent dust-producer.

The most apparent symptom of asbestosis is lethargy or a lack of vitality. What we suspect to be lead in the posterior might well be asbestos in the lungs. During 1956,



eleven deaths from asbestosis were reported on the Pacific Coast alone.  One insulator died of asbestosis at the age of 29.

Asbestosis is extremely difficult to detect -- particularly in the early stages.  I know that two of my insulators are now afflicted with this condition.  How many more will become afflicted is something which I hesitate to predict.  Again, the solution is obvious.  Remove the cause by substituting other products such as amosite and stavcos for asbestos wherever possible.  However, this will take some doing.

In the meantime, the answer is the wearing of respirators by all who handle asbestos products.  To many the very idea of wearing respirator is repugnant.  However, a respirator on the face is preferable to asbestos in the lungs.

Therefore, gentlemen, ours definitely is the important and difficult task of providing and installing effective insulating materials aboard Naval Vessels.  Moreover, this task must be accomplished without sacrificing our workmen in the process.

The End

A Discussion of

Mr. O. W. Meeker's Talk Follows

Mr. Winslow:   Do you know that Poly-Vinyl loses its resiliency over a period of time? The fittings, you can pull them right off. They depend on resiliency to make the joint and we have removed four or five thousand of them.

Mr. Stecher:   We are hoping to clear this up in the months ahead.

Mr. Miller:   That plastic tube will be bent in the same way?

Mr. Stecher:   The pipe is being bent with hot water or steam.

Mr. Lord:   We use a lot of them and we get better results with hot air.

Mr. Stecher:   Any more questions?  Alright then we will show this film on plastic piping for washdown systems.

Mr. Chamberlain:   Gentlemen, we are fifteen minutes behind schedule. Thank you very much, Mr. Stecher, for a very intersting presentation.

Our next speaker this morning will be Mr. Meeker from Long Beach Naval Shipyard, who will speak to us on "Pipe Insulation Processes and Procedures."

Mr. Meeker:

Mr. Stecher:   I missed one point what was the complaint about unibestos?

Mr. Meeker:   It is too rigid.

Mr. Stecher:   What do you mean by too rigid?

Mr. Meeker:   It's just that. It has no flexibility, at least. And it's a very hard wearing material.

Mr. Stecker:

It's one of the best insulating materials as regards the high co-efficient of heat.

Mr. Meeker:

It's very good in the laboratory and on paper, but when you install it takes a lot more time and breaks in shipment.

Mr. Winslow:

We never use it, we have had trouble with it.

Mr. Chamberlain:

Olen, there is one thing you mentioned that interests me and that is Stafoam you indicate that it is only for cold surfaces. Do you know if any research is being conducted to see if it can apply to a hot surface in a spray manner?

Mr. Meeker:

No, I went over to the Union Oil Refinery about three weeks ago looking for new material. It doesn't work out good on hot pipe.

Mr. Chamberlain:

How would it work on a heated space such as on a DL class vessel?

Mr. Meeker:

It would not work very good in there. It is not approved for that.

Mr. Chamberlain:

Have you any literature or information on it?

Mr. Meeker:

A small amount in my hotel, I think. I will bring it over if I can remember it.

Mr. Chamberlain:

If you don't, just drop it in the mail. I would appreciate it. Thanks.

Mr. Ferris:

George, if you will contact DuPont Company you will get all the

Mr. Ferris:
(Continued)

information. They developed this
type of insulation.

Mr. Chamberlain:

Have you used it, Larry?

Mr. Ferris:

I have seen experiments on it.
I haven't used it.

Mr. Stecher:

It will not stick to metal, I saw it
tried on the inner and outer panels of
voids, it rises up like yeast and
fills up the whole void. I don't
think it will stick to metal.

Mr. Meeker:

The particular stuff we are trying out
is sticking. It may not last, I don't
know about that.

Mr. Chamberlain:

How about your shop, Mr. Lucas?

Mr. Lucas:

We've been using the conventional type
of insulation.

Mr. Ferris:

In one part of Mr. Meeker's speech it
was very interesting due to the fact
that a couple of years ago this
Asbestosis in the workers was quite
a scare. As you know, a person using
this material has to be X-rayed at
regular periods, they will tell him
to come back in a much shorter interval.
This was brought to the attention of
Union Leaders. Fourteen out of one
hundred and twenty-six had Asbestosis,
and possibly by now a higher percentage
have it. Attention was brought some-
time ago to the high rate of sick
leave for lung and throat trouble,
and the Hygiene Officer, said there
was nothing to it. Then we had a
letter from the Bureau. The order is
for them to wear masks, because
fourteen people have brought suit
against the Government. Now, if you
haven't told these people to put on
masks, you are more or less the cause
of their trouble. You are

Mr. Ferris:
(Continued)

knocking the Government case into a cocked hat.

Mr. Stocher:

I go along with that.

Mr. Ferris:

I think everyone, who has people doing this type work, should warn their people regarding the handling of this material. With the proper handling of it on the job, and it has always posed a very big problem, because the men don't want to wear the masks, or get this dread disease. It is difficult to protect them. After a couple of years of mandatory wearing of masks, I think they should realize the danger. I think everyone ought to enforce the wearing of masks. Don't forget this is something that injures people's health. We should do something about it and fast, and I am convinced that what we are doing is not enough. We should not have people handle this material without protection.

Mr. Hacker:

Any more questions?

Mr. Chamberlain:

If there are no more questions, this would be a good time for a short recess.

Mr. Whitthorne:

Just a minute, George, please. In behalf of myself and all the other Master Mechanics present at this, one of the most wonderful conferences given in any Shipyard — in fact I have never seen anything like what you have done, I wish to express our appreciation for your efforts.

Mr. Chamberlain:

Thank you, Irv. We always want you to have pleasant memories of us here in Boston, remembering that the Boston Naval Shipyard was host to the first Pipe and Copper Master Mechanics', Conference. Let us hope that we will soon meet again.

COPY
FROM
ARCHIVES BRANCH
GSA REGIONAL OFFICE BUILDING
9th & MARKET STS. ROOM 1350
PHILADELPHIA, PA 19107
Record Group No. 181
Additional Information RECORDS OF INDUSTRIAL MANAGER, 4th NAVAL DISTRICT

# EXHIBIT P



NAVORDINST 5100.21
IN1
7 Jan 1958

DEPARTMENT OF THE NAVY
Bureau of Ordnance
Washington 25 D. C.

NAVORD INSTRUCTION 5100.21

From:  Chief, Bureau of Ordnance
To:    Distribution List

Subj:  Safety Handbook for Pipefitters

Ref:   (a) NAVORDINST 5100.12 of 10 Aug 1956, Subj:
           Industrial and General Safety and Industrial
           Hygiene Manual

1.  **Purpose.**  This instruction promulgates a Safety Hand-
book for Pipefitters.  This is one of the safety handbooks
to be issued in accordance with Chapter 4, paragraph 5 of
reference (a) as an aid in the safety indoctrination of
employees so that accident prevention can be further
improved in the Naval Ordnance Shore Establishment.

2.  **Background.**  A number of activities have suggested
that the Bureau issue safety handbooks for trades rather
than have each activity develop its own similar set of
such handbooks.  Smaller activities, in some cases, lack
the facilities for the development of such handbooks.  A
set of the more common handbooks has been developed
in loose-leaf format with the intent that stations desiring
to use them can modify them to suit local conditions.
This is one of a set of fifteen handbooks being issued at
this time.

789602

2340  CCF9477





SAFETY HANDBOOK

## FOREWORD

There are certain fundamentals in accident prevention that must be observed if one is to have a safe operation. Regardless of what the job or department, there are safety factors that should be considered. Personnel should view this information on-the-job for safety in any work they do. A good example is working from ladders and scaffolds. Injuries after these have been numerous as a result of improper procedures. Once the benefits of a good safety program is obtained from the part skilled in a smooth efficient running operation. One feature of a good program is the shop slow-up meeting. These subjects should be considered in every section as topics for their conference type meetings.

NAVGOBHST 5100.21

## GENERAL TOPICS

**Reporting of Injuries.** (Reference NCPI 80.5) All injuries, no matter how insignificant, must be reported immediately to the Medical Department. Your experience may prevent a more serious accident later. In safety work, we learn from the experience of others.

**Compensation Claim Procedures.** (Reference NCPI 80.1, Encl. 3) The Safety and/or Personnel Officer can assist the injured in claim procedures. However, definite steps must be taken to progression to establish a bona fide claim.

Obtain permission on a NAVEXOS 103 (Dispensary Permit) from your supervisor before going to the dispensary, Naval, or Public Health Hospital.

Complete a CA-1 (Employee's Notice of Injury and Original Claim for Compensation and Medical Treatment) when treated at your work, WHEN, and WHERE the accident was experienced, and include names of witnesses.

If the injured chooses additional compensation (treatment a CA-2 (Official Superior's Report of Injury) should be completed.

If the injured requires additional compensation in his leave or use-stablist, a CA-4 (Employee's Claim for Compensation on Account of Injury) should be initiated. (Fragmented compensation is desirable for dependents a CA-4a (Application for Augmented Compensation for Disability) should be completed at the same time.

# SAFETY HANDBOOK

## APPLICABLE SAFETY RULES

**Electrical Appliances.** (Reference OPNAV 34P1 Chapter 10) The Underwriters Laboratories approve electrical devices, so look for their seal of approval. Provide grounds for devices as required by current instructions. Never overload circuits. When in doubt call an electrician, particularly where there may be faulty service. People working in and around voltages should be acquainted with first aid in case of shock. Posters may be obtained from the Medical Department (or training purposes. Hereunder state that water is not conductive in good electrical working conditions and if combined with low or high voltage may prove disastrous.

**Compressed Air.** (Reference NAVORDINST 5100.11, page 7-35) Eye injuries are prevalent from the application of compressed air. Always remember to wear safety glasses with side shields. Air embolisms are possible from improper exposure to high pressure air. Use with respect, sharp, improper storage facilities can prove disastrous if not controlled properly, particularly in the case of high pressure. The lines should be secured to prevent possible whipping when a break occurs. Air line respirators should have a filter in feed lines to prevent inhalation of foreign materials.

**Acids - Toxic Materials.** It is the fumes from these substances that are dangerous. From an explosive and inhalation hazard each has hazardous qualities that can be dangerous, so inform yourself of individual hazards and their value. It is advantageous when working with acids to have copious amounts of water available.

Acids have (moderate to be explosive both in large and small amounts (i.e., leftered). Ventilation is a must

---

## NAVORDINST 5100.21

where carbon tetrachloride or methyl alcohol is used. These toxic substances are usually controlled by a Toxic Control Committee or are not allowed.

**Hand Tools and Portable Tools.** Inspect all tools for defects. If the tool is used for impact purposes check closely for metal fatigue. Report all defects to prevent additional exposure. Tag and indicate defects. Use the tool for the specific designed application only, never using it in excess of the rated capacity for which it was intended, in a neat, orderly fashion. Emphasis can not be too great in off-the-job, hobby work in the use of safe tools. With planning, work consider what safety precautions are necessary. Use references before making plans and before giving a stand-up meeting on the subject.

**Ladders.** (Reference NAVORDINST 5100.11, page 7-10) Inspect the ladder for defects and note that the last date of inspection is current before checking out. Use a ladder for reaching an object only within the safe distances of reach. Never over-extend. Check the safety shoes for the proper design to meet the needs of the surface used for footing (i.e., spiked for soils, rubber for cement, etc). Never carry material up a ladder, use a hand line. Off-the-job ladders should be used cautiously at all times. Off-the-job ladders from this source is hazard serious trouble.

**Lifting and Carrying Operations.** Plan your work with consideration for the loading lift. If it becomes a manual lift allow for room to make lift with your knees and not your back. Install cabinets mechanically if feasible. If you must carry material oversidely keep it close to your body. Whenever possible use a mechanical lifting device to prevent possible injury. Inherited from improper lifting

2

3

are prevented/side-the-job and on-the-job. Using the proper method is a good preventive in any safety program.

**Scaffolding.** (Reference NAVGRDINST 3100.13, page 8-14) Scaffolding can prove to be an accident preventive, if used properly. In many instances ladders instead of scaffolds should be installed. This consideration should be made in on-the-job phase. Materials left on scaffolds have proved to be accident makers. Toeboards help; but good housekeeping is also an in accident prevention. Use your safety manual and other reference material, when making plans for work or for close-up meetings on this subject.

**Wire Rope and Manila Lines.** This gear should be inspected in periodic inspections. Do not take a chance. Inspect it yourself. This equipment will deteriorate quickly when exposed to the elements. It needs your care as an ounce of preventive. There are many good references on this subject such as the National Safety Council Safe Practices Pamphlets and Cards and OPNAV 3430. Use these in planning your stand-up meetings on this subject. Falls caused by deteriorated lines have resulted in serious injuries. Wash-and-house painters, boat builders, and hobbyists in general should be cautioned on this exposure.

## VEHICLE EQUIPMENT LICENSING REQUIREMENTS

Only authorized trained operators may be assigned to vehicle equipment. Criteria for licensing are given in NCDII 108 and OF 3238. Material-handling licensing should be outlined in the Station Safety Manual. Training and refresher training is a requirement for all vehicle operators. All material damage and physical injury must be reported immediately. Serious industrial injuries are reported to the Bureau as well as serious industrial accidents resulting in material damage. (NAVGRDINST 5100.1B). Notify your supervisor of any change in your operating status whether on-duty or off-duty. Particularly in the area of personal physical conditions.

780603

SAFETY HANDBOOK

NAVORDINST 5100.21

## PERSONNEL

The greatest exposure of this trade is that workers come in contact with materials under high pressure such as steam and air. Due to constant exposure in such conditions at waterplants, sewerage plants, loading operations, etc., the worker must observe complete industrial hygiene practices for his own welfare. Many of the work assignments consist of manual application tasks requiring attention to damage and materials handling. This should alert the worker to the proper techniques in lifting. Many times the worker finds himself in assignments that call for his own judgment. If the work is planned with the supervisor and the basic safety concepts are reviewed before going on the job they aid in preserving the worker's safety.

**Eye Safety.** Wear correct goggles for every job where there may be danger of impact, flying objects, harmful dust, gases, strong chemicals, or harmful light rays. Wash materials from the eyes with large quantities of clean running water, blinking the eyes repeatedly. Then get a doctor immediately. If dust or small particles get in your eyes, do not rub them. Get prompt first aid. Allow only a doctor or qualified nurse to remove anything from your eyes.

**Bench Work.** Keep your bench neat and orderly, and the floor free of slipping and stumbling hazards; don't let materials or debris accumulate to become a fire hazard or breed vermin. Use a brush to clean off the bench, never your hands. Use a brush to clean off the bench easily; have a place for each tool and keep it there. Protect the blades of sharp or pointed tools. Avoid using tools with mushroomed heads, cracked or broken handles,

or without handles. Use only wrenches of the right size; keep jaws sharp and in alignment and keep your vise in order.

Always use the proper tool for the job — never use makeshifts. Do not stand long materials against the bench or the wall where they may fall easily. Guard against injury to others when handling long materials; place screens to protect them from flying objects. Wear goggles as protection against flying particles wear safety shoes when doing heavy work. See that the view are and other sources of light at your work give all possible illumination without glare. Wash your hands and face thoroughly before eating and before leaving the workplace for home.

**Pipecovering and insulating.** Knives should be carried in a sheath, point down. When cutting materials, cut from you, never cut toward you. When twisting wire around piping, pull down sidewards; never toward your face. Scissors should be carried in a sheath with points down, never in a pocket. When stripping or cutting material or sideways, are there is danger at injuring yourself if the tool breaks. When handling insulating material on piping, always bend such over so that hand does not come against the sharp ends of wire; always bend them over so sharp ends won't protrude. When

SAFETY HANDBOOK

MAYORANDST 5100.11

cutting wire from coil, hand and at wire firmly to prevent end striking you in your eyes or face. Buckskin and material should be wired to spring or other blunt objects to keep them from being kicked or rolled off staging or scaffolds. Do not pile materials in passageways or fire exits. Do not spread cloth gloves over boxes or articles placed near doors, plates or passageways where there would be danger of anyone slipping. Remove excess materials to proper containers. Observe good housekeeping at all times. When handling utensils, filter glass, or embrasions sections tight-fitting leather gloves must be worn to prevent injury to hands.

Cutting, Oils and Compounds. You may be troubled with rash, pimples, or boils if you permit your skin to become plugged with dirt and oil. When getting work at noon and at night, scrub your hands and arms thoroughly with soap, water and a nail brush. After each washing rub lanolin or petroleum jelly or other ointment on your skin to prevent chapping. Keep a nail brush and a soft towel handy for your own use. Do not wipe your hands with waste; metal particles on your skin or in the waste may scratch you.

Propane Gas. Leaks in propane gas lines are dangerous. Misuse of the equipment to which this gas is supplied is equally dangerous, as explosion, fire, or asphyxiation can readily occur. In order to prevent this be alert constantly for gas hazards due to leaks, faulty equipment, or malpractices. All shops and areas using propane gas must instruct and train their personnel in the precautions and safe practices to follow. This gas is 1-1/2 to 2 times as heavy as air and thus tends to seek low levels and will, for instance, progress through a sewer or crack if free access to escape is provided. Therefore use proper precautions against fire in handling this gas.

Refrigeration and Hydraulic. Be sure that you understand exactly what is involved. Check the data on which the mask was inspected at frequent intervals. Gas mask canisters which are one year older which have been used for a total period of one hour must be immediately replaced. Do not work around ammonia fumes without a mask and without a second person nearby. Wear rubber gloves and approved goggles before handling sodium dichromate or caustic. In the event that any of this material comes in contact with the skin, flush freely with water. Do not make any adjustments unless you are sure that there will be no danger to yourself, your fellow employee, or the equipment.

Silver Brazing. Only those employees who have passed a qualification test are permitted to do silver brazing. Be sure there is good ventilation. Wear eye protection. Filter lens, either green or green, will give protection to protect face and help you do a better job.

Handle compressed gas cylinders carefully. Cylinders stored in any position only. Cylinders should be stored, transported and used in an upright position only. Cylinders shall be capped at all times when not in use. Do not permit oil or grease to come in contact with oxygen cylinders, valves, regulators, or fittings. Oxygen shall be discharged from cylinder after...



789953

## SAFETY HANDBOOK

the internal pressure has been reduced to 25 psi. (gage). Do not use acetylene at pressures in excess of 15 p.s.i. (gage). Do not use oxygen or any fuel gas from a cylinder without an approved pressure reducing regulator. Torches and hoses shall be disconnected (even cylinders when not in use) and cylinders shall be capped. Gas torches and hoses must never be left unattended in confined spaces. When leaving a compartment, tank, or other confined space immediately remove the torch and hose to a well ventilated area.

Machinery and Equipment, General Precautions. Only authorized and qualified employees are permitted to operate machines and equipment. Be sure all guards are in place and properly adjusted before starting machines. Keep tools, machines, and working space as clean as possible. Don't let stock or scrap accumulate. Clean metal borings, chips, and scrap material from the machine and pull it in the proper containers. Do not blow dirt or scrap with your bare hands. Do not use an air hose to clean the machines; use a brush. Clamp material securely in machine before starting the machine. Do not attempt to oil, adjust, or clean any part at a machine while it is running. Do not distract the attention of others engaged in exacting operations.

Always remove a check wrenches, etc. chucks are suitably after you use them. If left in the chuck they will fly out when the machine is started. Loose clothing, rings, watches, and neckties should not be worn around moving machinery. Do not lean over the work so that your clothing may be caught in moving parts. Stop the machine before attempting to pick up tools or other objects lying near or in the path of moving parts. Always shut off the power before attempting to remove stock or jammed pieces of material from a machine.

10

NAVORDNST 5100.21

Pipe Threading Machine. Wear eye protection when operating a pipe threading machine. Tighten pipe securely in the check and remove check wrenches before starting the machine. Do not run your fingers or hand over the pipe threads. Use a brush to remove chips. If you are not familiar with the machine get instructions from your supervisor before attempting to operate it.

Power Hack Saws. All work shall be properly secured before starting the blade. Keep stock in piles and keep work area as neat as possible. Be sure all belts and pulley are guarded. Foot protection should be worn when operating this equipment. Keep coolant off the floor. When handling heavy materials use a hoisting device.

Caustic Solutions. Lye and caustic soda will cause severe burns to the eyes and skin; therefore, close-fitting rubber framed goggles and rubber gloves should always be worn when handling caustic solutions in quantity. To avoid violent spattering when making solutions, add caustic slowly to the solution and stir constantly. In case you are accidentally splashed flush the affected parts thoroughly with water, then report to dispensary.

Acid. Use same protective equipment as for caustic solutions. Lower material slowly into acid to avoid splashing. Be particularly careful when dipping hot material. When mixing acid solutions always pour the acid into the water. Never pour water into acid. Pour slowly and stir constantly. Thoroughly rinse containers after use as they are emptied. Wash out acid carved pipe or coils do not submerge coils ends in the pipe at the same time.

11

## SAFETY HANDBOOK

**Lead.** When pouring or working with hot lead wear an apron, glasses, and eye protection. If a lead pot is used in a confined area, make sure good ventilation has been provided. Do not leave molten lead unattended. Use only approved ladles when handling molten lead. Be sure no moisture or water gets into the molten lead. Wash hands thoroughly after handling lead, particularly before eating. This precaution also applies when using a lead/base paint or white lead pipe sealer.

**Wrenches.** Inspect wrenches for sprung, cracked, or battered jaws. Do not use a wrench that does not fit the nut or bolt properly. Keep wrenches free from oil or dirt. When using an adjustable wrench, place the jaw on the side facing you and apply pressure on the wrench. Brace yourself to avoid falling should the wrench slip at the nut turn awkward. If it becomes necessary to extend a wrench handle for additional leverage, get a longer wrench. Do not use a shim wrench lit.

**Asbestos.** Asbestos dust is injurious if inhaled. Wear an approved dust respirator for protection against this hazard.

**Hack Saws.** Tighten blade firmly to prevent buckling. Apply pressure on the forward stroke only. Pull the saw back lightly to protect the teeth. Secure all material before attempting to make a cut. Keep both hands on the saw to steady it and prevent chattering. Wear your safety goggles when using a hack saw overhead.

---

Use the following table to determine the proper blade for the job:

| Use | Teeth to Inch |
|---|---|
| Soft solid metal | 14 |
| Tool steel, iron pipe, hard metal | 18 |
| Drill rod, sheet metal, tubing | 24 |
| Thin metal and tubing | 32 |

**Pneumatic tools** shall be used only by employees familiar with and properly instructed in their use. Hose shall not be laid away (whenever slack exists, available, or on trays). When in use, manner so to create a whipping hazard. Air pressure shall be shut off at the manifold and pressure released from line before disconnecting the tool from the line. When using pneumatic tools keep the automatic tools away from shoulder toward your face. Eye protection shall be worn at all times when operating portable tools. Do not use portable power tools in an area where flammable vapors may be present. Contact your supervisor if in doubt. As with

13



12

## SAFETY HANDBOOK

all revolving tools, loose clothing that may catch in the machine should not be worn.

**Portable Electric Tools.** Use only equipment that is in good condition. Take good care of it. Be sure that the tool is properly grounded. Do not overstrain the tool, thus overloading the motor. Never use a portable electric tool in the presence of flammable vapors or gases, unless it is designed for such use.

Report the following unsafe conditions: defective or broken insulation on cord, improper or poorly made connections to terminals, broken or otherwise defective plug, and loose or broken switch.

**Sharpening Hand Tools.** When necessary to use a grinding wheel, be sure the guards are in place and always protect your eyes with goggles. When using a grindstone, it should always be turned away from your body. Hold the tool to be sharpened firmly with one hand and use the fingers on the other to guide the blade.

Dirty oil stones may cause the tool to slip and result in cut fingers. Clean the stones by placing them in a pan and heating it; wipe the stones dry and clean while hot. Do not try to sharpen tools on dry oil stones. Oil stones mounted in boxes are usually more stable.

**Mounting Grinding Wheels on Spindles.** Inspect the wheel for flaws and make the "ring test." Clean the bearing surfaces of wheel, flanges, and spindle so that the clamping pressure will be evenly distributed. Check the speed of the spindle to make sure that it is not running too fast for the type and size of wheel. Make certain that the hole in the wheel matches the right size for the

14

---

## NAVORDINST 5100.21

spindle (neither too small nor too large). Use flanges which are recessed and large enough to clamp the blotter well around their circumference. Use compression washers between the flanges and wheel that are larger than the flanges (if rubber, use washers 0.125-inch thick; if blotting paper, 0.025-inch thick).

**Machinery Guards.** The importance of guards may be realized easily. Picture yourself slipping, throwing out your hand to catch yourself, and finding it resting on a geared conveying mechanism or other machinery. Think what might have happened to your hand if someone had left that guard out of place. Do not remove any guard unless for repairing, oiling, or adjusting the machine; always stop the machine first; and always replace the guard when the work is done. When starting a machine, make sure that all guards are securely left in place. If you notice that a guard has been carelessly left off any machine, notify your supervisor. If you find that any guard is broken or furnishes inadequate protection, notify your supervisor.

**Thawing Frozen Pipes Inside Buildings.** Never use an open flame to thaw frozen pipes inside of a building. Even though the flame may not cause a fire, its sudden intense heat on metal may cause the pipe or pipe fittings to break and flood the premises with water. Hot water is the safest method to use.

**Acid and Caustic Pipe Lines, Opening Flanged Joints.** Wear goggles and rubber gloves. Shut off all valves controlling the contents of the pipe. Drain the pipe. Put a shield out from a piece of steel sheet over the flange. Keep your face well screened. In case of the largest few lower bolts first, then loosen the others slightly

15



well the acid or ample drips. If flanges stick seat them by driving a wedge (40-penny spike sharpened) through the shield and into the joint.

**Shielding, Lighting and Pouring Suggestions.** Wear a safety mask protecting both your eyes and face. Wear close-fitting clothing, long sleeves tight about the wrists, collar buttoned close, about shoes in good repair tightly laced, and trousers coming well down over the shoe tops. Make sure the babbitt, melting pot, ladle, and the mold or machine parts into which the molten babbitt is to be poured are perfectly dry. To insure this, preheat them thoroughly. Suspect all babbitt pigs for blow holes that might contain moisture. Avoid inhaling the fumes from the melting pot or the ladle. Insert the ladle into the lead pot clear in so that splashing may be avoided.

**Barricades and Warning Signs.** Before starting any job on a public street or other thoroughfare, always place adequate barricades and warning signs. Barricades should completely enclose the street opening or other workplace. Place proper red warning flags in position to protect the workmen from traffic and also prevent warning signs announcing danger to the public. If traffic is heavy, station a flagman with the proper red warning flag who will give additional warnings to all approaching traffic. At night use bright red lanterns to replace the daytime danger flags and signs. All lanterns near any

14

open trench or other excavation must be securely anchored to prevent their falling into the excavation.

**Trenches.** Do not keep into a trench. Sit on the edge and slide in, if trench is more than 3 feet deep, use a ladder. When getting out of trench, look all ways for traffic danger. Keep a safe distance from fellow workers, to avoid danger of striking them with tools. Keep the shoulders off the trench line from tools, material, silence, and loose earth. If possible, keep the soil bank between you and traffic. If the walls of trench are of sand or fine wire, and other loose earth, brace them carefully and promptly. Trenches must be braced whenever sand or other loose soil is encountered. Keep the soil bank far enough from the edge of trench to avoid excess weight and cave-ins.

**Manholes.** Use a proper tool to remove and replace the manhole cover. Place traffic guards around the manhole. Display DANGER signs and bright red warning flags at night, red lighted lanterns. Always helper guard the opening at all times. Test the manhole for bad or unpleasant gases before you are present, or if there is a deficiency of oxygen, ventilate the manhole. Use other wind axils, remove adjacent manhole covers, or use forced ventilation. The last method is best. Make

17

## SAFETY HANDBOOK

sure that air delivered to the manhole is not contaminated by motor vehicle exhaust gases. After ventilation, again test the manhole. If the air content is questionable, enter it only under specific orders of your supervisor after putting on respirator protection and a lifeline. Have a helper stationed at the manhole entrance holding the life-line in his hands.

Handling Pipe, Truck, and Trench. Stand on one side when pipe is being unloaded from a truck lowered into a trench. Before operations are begun carefully inspect the ropes to be used, for defects that might cause falls of materials and injury to persons. Bad burns are caused by allowing the rope to slide through the hands. Wear gloves, and take great care to avoid strains. Always block the pipe to prevent it from rolling. When carrying pipe with others, make sure that all workmen understand the signals for lifting and lowering. These are done best with good teamwork. Take great care in handling threaded pipe - the threads are always sharp and cut the flesh easily.

18

# EXHIBIT Q



# SAFETY Review



### In This Issue:

SAFETY EQUIPMENT CONTROL

WHO IS RESPONSIBLE FOR SAFETY?

SUCCESSFUL FOOT PROTECTION PROGRAM

BULK PROPANE SYSTEM

JIG FOR BUILDING PIPE STAGING

ASBESTOSIS

SAFETY CAPSULES



Safety costs money—lack of safety costs infinitely more. We must pursue an effective, efficient safety program with the same vigor we pursue an effective, efficient program of shipbuilding, conversion and repair.

*R. K. James*

RADM R. K. JAMES, USN
*Chief, Bureau of Ships*

NAVY DEPARTMENT
OFFICE OF INDUSTRIAL RELATIONS
WASHINGTON, D.C.

NAVEXOS P-52

## OCTOBER 1962
## VOLUME 19 NO. 10

Use of funds for printing this publication approved by the Director of the Bureau of the Budget 4 May 1960. For sale by the Superintendent of Documents, United States Government Printing Office, Washington 25, D.C. Single copy: 15 cents; domestic, $1.25 per year; 50 cents additional for foreign mailing.

DEFENDENT'S
EXHIBIT
Buffalo Pumps

114

# ASBESTOSIS

*Prepared by Capt. H. M. Robbins, MC, USN, and W. T. Marr, Industrial Hygienist, Long Beach Naval Shipyard*

IN 1930, the first cases of asbestosis were reported in the United States. A few years later (1934), amosite, a type of asbestos, was found to be comparatively light in weight and an excellent insulator for shipboard work. By 1937, manufacturing problems were solved and the material was used productively aboard naval vessels. During the war years, shipyards had a great influx of employees in all trades, and pipe covering was no exception. Asbestos was used extensively. In 1945, a medical survey team noticed the dusty working conditions of pipe coverers and a study was made of the working environment of these employees in four shipyards. High dust concentrations were found at the time and X-ray examinations given to over 1,000 pipe coverers. Only three employees, each with more than 20 years' experience in working with asbestos material, were found to have asbestosis. This low incidence of disease and the extensive number of years the affected employees worked in the material led the investigators to conclude pipe covering to be a relatively safe operation in shipyards. Exhaust ventilation and respiratory protection were still recommended as good practices. The "extensive years" gives us an extremely important clue to watch.

Medical evidence indicates the requirement for many years of exposure to develop asbestosis. Shipyards have two work areas, the insulation shop and aboard ship, where there is a potential exposure to asbestos fibers. Pads, like small pillows for shipboard fittings, are made in the shop. Here asbestos cloth is cut to size and filled with a type of asbestos called amosite. Recently, in this shipyard, fibrous glass has replaced amosite as the filler for these pads. Aboard ship, a great variety of insulation is performed. Insulation blocks are shaped with a saw, pads are applied to fittings, insulation cement is applied to blocks and covered with asbestos cloth. These, and other operations, take place in nearly all compartments; however, most work is done in the machinery spaces. By far the greatest potential exposure to asbestos fibers occurs during ripout of old insulation for ship overhaul or reconversions.

There is still much to be learned in the area of measurement and evaluation of asbestos fibers in the working environment. The general feeling is that asbestosis is caused by breathing relatively long fibers (10–25 microns) and that the fine asbestos dust is relatively inert. At this time, the recommended maximum allowable concentration is 5 million particles per cubic foot. Control of asbestos dust and fibers is relatively easy in the pad shop. A water supply pipe, filled with small holes, is located directly over the asbestos cloth on the end of the cutting table. As the cloth is drawn onto the table, the cloth is dampened. This cloth remains damp throughout the process of filling, sewing, and installing pins in the pads. Additional exhaust ventilation has been installed in the shop and is now operated constantly during working hours. Dust studies were made while dry cloth and amosite were in use and the ventilation off. These counts were generally in the range of 5 to 20 mppcf. Under improved conditions, the count is generally below 1 mppcf.

A pipe coverer's working environment on board ship is constantly changing, making it difficult to obtain an average dust exposure. Almost any concentration of dust and fibers can be found under varying conditions. The highest counts, of course, are during ripout where 200 mppcf are not uncommon. Due to the constantly changing work positions and areas of pipe coverers, adequate ventilation is not possible. The worker's best protection is to avoid careless creation of dusty conditions, use damp material when possible, and wear respiratory protection constantly. There is, at present, no known cure for asbestosis. Once a person has contracted the disease he has suffered a loss of health which cannot be redeemed.

For an educational program, a tape recording was made of an interview with a former employee who is now receiving disability compensation for asbestosis. This recording, along with discussion, has been presented on several occasions to encourage employees to use every means to protect themselves from exposure to asbestos fibers. Films are also periodically shown on the use of respirators.

10

# EXHIBIT R

REPRODUCED FROM HOLDINGS OF

CSS-64

March 11, 1941.

MEMORANDUM FOR ADMIRAL McINTIRE:

Subject:        Notes for consideration when you call on Assistant
                Secretary Bard.

1.        We make specifically what the policy is concerning invitation
of such people as Mr. Zimmer of the Bureau of Labor Standards, Labor Depart-
ment into the Navy Yards to make a survey of the welding and other hazards.
I told him that we had never done that sort of work and recommended against
it, as I know who Mr. Zimmer intends to send in if it should be done.

2.        My meeting with Mr. Bard was specifically due to the fact
that Captain Fisher had written a letter to Dr. Selby inviting him to make
a survey of Navy Yards, with particular reference to health hazards, and
make recommendations to the Shore Establishments Division.

        I gave Mr. Bard and the two officers present a complete story
of the beginning of this controversy from the Federal Administrator's letter;
that is, that the United States Public Health Service had four teams of travel-
ing scientists alleged to be able to make surveys of all of the Navy Yards and
make recommendations for the correction of such hazards as were discovered.
I told Mr. Bard that this was not considered the best policy, due to the fact
that we had medical officers in the Yards and that in practically all instances
recommendations of sound character had been made by medical officers. We saw
no need of inviting the United States Public Health Service on its own invita-
tion to do this job.

3.        Likewise, I told him that I had spoken to you and that you had
indicated that President Roosevelt thought that this might not be the best
policy, due to the fact that they might cause disturbance in the labor element.

4.        Points of great interest:

        (a)  Such health hazards as silicosis in our foundries.
None of our foundries would pass the necessary inspection to obtain
workmen's compensation insurance from any of the insurance organiza-
tions.  I doubt if any of our foundries would be tolerated if the
State industrial health people were to make surveys of them.  Repeated
recommendations have been made by the medical officers attached to
these Yards that studies be made on dust concentrations and steps be
taken to remedy this condition.

DEFENDENT'S
EXHIBIT
Buffalo Pumps

24

REPRODUCED FROM HOLDINGS OF

- 3 -

(b)  Sand blasting.  Several recommendations have been made with reference to sand blasting and the danger from this hazard with particular reference to the production of silicosis. Since these recommendations have come in, we now are using steel shot rather than sand in sand blasting, but this is still a hazardous trade and might be restricted.

(c)  Welding.  Welding is a hazard under certain circumstances; that is, if nitrous fumes are encountered and these can be completely obviated by reasonable exhaust ventilation.  However, several people have complained that we are doing welding under dangerous conditions.  I frankly admitted that we had no data on which to make a considered opinion, but we would immediately start out with a view of determining the concentration of fumes of toxic metals or substances that might be in the welding rod.

(d)  Solvents.  Too little is known on the question of solvents and since there is a controversy between the toxicologists and industrial hygienists on this point, it will be necessary to do a very careful survey to determine whether we are in trouble.

(e)  Hydrogenated hydrocarbons.  This is a matter of considerable concern in industry and we may be getting damage from some of these, but no surveys have been made to tell us the concentration of these compounds.

(f)  Eye flashes from unprotected electric arcs, such as welding and pouring.  This can be completely obviated by using screens for the workmen.

(g)  Cadmium dust, smoke and fumes.  If we are doing as much cadmium welding as is indicated by unofficial information from the field, we may be in a position to be seriously criticized about this. This also needs research to determine the concentration.

(h)  Chromium trioxide.  Chromium plating is one of the dangerous occupations in that people frequently have perforated septum from irritation from chromium trioxide.  Such plants as I have seen doing plating in the Navy appear to be fairly well ventilated, but there is evidence that a considerable number of people have been damaged from this hazard.

(i)  Asbestosis.  We are having a considerable amount of work done in asbestos and from my observations I am certain that we are not protecting the men as we should.  This is a matter of official report from several of our Navy Yards.

5.      We are not doing a very bad job of safety as we have won safety awards, but there will be a tremendous increase in the number of non-

REPRODUCED FROM HOLDINGS OF

- 2 -

fatal accidents, some of which will be lost time and some of which will be
non-lost time, with the increase in personnel.  This is already apparent
from the reports from the yards.  If this is not enough to hold them down,
I will give you all the additional information you need.


C. S. Stephenson,
Commander (MC), U. S. Navy,
In Charge, Div. of Preventive Medicine.