# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCLAFANI, et al.,<br><br>                              Plaintiffs,<br><br>       v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>                              Defendants. | Case No.<br>**2:12-cv-03013-SVW-PJW**<br><br>**Judgment on Defendant Warren Pumps, LLC's Motion for Summary Judgment**<br><br>Judge:    Stephen V. Wilson |

Defendant Warren Pumps, LLC's Motion for Summary Judgment against Plaintiffs David Sclafani and Patricia Ann Sclafani ("Motion") came on for hearing on March 18, 2013, at 1:30 PM before the Honorable Stephen V. Wilson, United States District Judge, presiding in Courtroom 6. Appearances, if any, were noted on the record. The Court, having read and considered all papers filed in support of the Motion, including all admissible evidence filed in support of the Motion, having read and considered all papers filed in opposition to the Motion, if any, including all admissible evidence filed in opposition to the Motion, and having heard and considered the arguments of counsel, the Court determined that no genuine issue of material fact exists and that Defendant Warren Pumps, LLC's Motion for Summary Judgment should be granted.

The Court granted Warren Pumps, LLC's Motion for Summary Judgment in its entirety on March 20, 2013. Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure under the circumstances,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

Defendant Warren Pumps, LLC, shall have judgment against Plaintiffs David Sclafani and Patricia Ann Sclafani ("Plaintiffs");

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Plaintiffs herein and any other judgments entered heretofore or hereafter in this action against any other Plaintiffs are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants.

**IT IS FURTHER ORDERED** that there is no just reason for delay in entry of this final judgment against defendant herein and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Plaintiffs herein pursuant to FRCP Rule 54 notwithstanding whether this action remains pending against other Defendants.

IT IS SO ORDERED.

DATED:  March 27, 2013

_____
The Hon. Stephen V. Wilson
United States District Judge

JUDGMENT ON DEFENDANT WARREN PUMPS, LLC'S MOTION FOR SUMMARY JUDGMENT