1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  DAVID SCLAFANI, an individual,
and PATRICIA ANN SCLAFANI,

12  an individual,

13            Plaintiffs,

14        v.

15  AIR & LIQUID SYSTEMS
CORPORATION, a subsidiary of

16  AMPCO-PITTSBURGH
CORPORATION, individually and as

17  successor by merger to BUFFALO
PUMPS, INC., individually and as

18  successor in interest to BUFFALO
FORGE COMPANY; et al.,

19            Defendants.

20

CASE NO.  2:12-cv-03013-SVW (PJWx)

**JUDGMENT ON DEFENDANT DANA
COMPANIES, LLC'S MOTION FOR
SUMMARY JUDGMENT**

Judge:              Stephen V. Wilson

21
22
23
24
25
26
27
28

        Defendant Dana Companies, LLC's Motion for Summary Judgment against

Plaintiffs David Sclafani and Patricia Sclafani, ("Motion") came on regularly for

hearing on March 18, 2013 at 1:30 p.m. before the Honorable Stephen V. Wilson,

United States District Judge presiding in Courtroom 6 of the above-referenced

Court.  Appearances were noted on the record.  The Court, having read and

considered all papers filed in support of the Motion, including all admissible

evidence filed in support of the Motion, having read and considered all papers filed

in opposition to the Motion, including all admissible evidence filed in opposition to the Motion, and having heard and considered the arguments of counsel, the Court determined that no genuine issue of material fact exists and that Defendant Dana Companies, LLC's Motion for Summary Judgment should be granted.

The Court granted Dana Companies, LLC's Motion for Summary Judgment in its entirety on March 20, 2013.  Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure under the circumstances,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant Dana Companies, LLC, shall have judgment against Plaintiffs David Sclafani and Patricia Sclafani ("Plaintiffs");

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Plaintiffs herein and any other judgments entered heretofore or hereafter in this action against any other Plaintiffs are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

**IT IS FURTHER ORDERED** that there is no just reason for delay in entry of this final judgment against Defendant herein and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Plaintiffs herein pursuant to FRCP Rule 54 notwithstanding whether this action remains pending against other Defendants.

Dated:  April 3, 2013          ____ _____ ____

The Honorable Judge Stephen V. Wilson
Judge of the United States District Court

LA:18018460.1

- 2 -