UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCLAFANI, et al., | Case No. CV 12-3013 SVW |
| Plaintiffs, | |
| v. | JUDGMENT |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | JS - 6 |

Pursuant to the Court's order granting summary judgment [351], judgment is hereby entered against plaintiff and in favor of defendants Goodyear Tire and Rubber Company, Foster Wheeler LLC, and Crane Co.

DATE: April 18, 2014

_____
STEPHEN V. WILSON
United States District Judge